IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    June 24, 2022
                                 )    1:06 p.m.
ELMER STEWART RHODES III, ET AL.,)
                                 )
            Defendants.          )
_____ )
```

TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES VIA ZOOM

```
For the Government:         Kathryn L. Rakoczy
                            Jeffrey S. Nestler
                            U.S. ATTORNEY'S OFFICE
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-7277
                            Email:
                            kathryn.rakoczy@usdoj.gov
                            Email:
                            jeffrey.nestler@usdoj.gov
```

```
APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Elmer Stewart Rhodes III:        Phillip A. Linder
                                 James L. Bright
                                 BARRETT BRIGHT LASSITER LINDER
                                 3300 Oak Lawn Avenue
                                 Suite 700
                                 Dallas, TX 75219
                                 (214) 252-9900
                                 Email:
                                 phillip@thelinderfirm.com
                                 Email: jlbrightlaw@gmail.com

For Defendant
Kelly Meggs:                     Stanley Edmund Woodward, Jr.
                                 BRAND WOODWARD LAW
                                 1808 Park Road NW
                                 Washington, D.C. 20010
                                 (202) 996-7447
                                 Email:
                                 stanley@brandwoodwardlaw.com

                                 Juli Zsuzsa Haller
                                 LAW OFFICES OF JULIA HALLER
                                 601 Pennsylvania Avenue, NW
                                 Suite 900
                                 S. Building
                                 Washington, D.C. 20036
                                 (202) 352-2615
                                 Email: hallerjulia@outlook.com

For Defendant
Kenneth Harrelson:               Bradford L. Geyer
                                 FormerFeds LLC
                                 2006 Berwick Drive
                                 Cinnaminson, NJ 08077
                                 (856) 607-5708
                                 Email:
                                 Bradford@formerfedsgroup.com

For Defendant
Jessica M. Watkins:              Jonathan W. Crisp
                                 CRISP AND ASSOCIATES, LLC
                                 4031 North Front Street
                                 Harrisburg, PA 17110
                                 (717) 412-4676
                                 Email: jcrisp@crisplegal.com
```

```
APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Roberto A. Minuta:              William Lee Shipley, Jr.
                                LAW OFFICES
                                OF WILLIAM L. SHIPLEY
                                841 Bishop Street
                                Suite 2201
                                Honolulu, HI 96813
                                (808) 521-3336
                                Email: 808Shipleylaw@gmail.com

                                Alfred Guillaume, III
                                LAW OFFICES
                                OF ALFRED GUILLAUME III, LLC
                                1350 Connecticut Avenue NW
                                Suite 308
                                Washington, D.C. 20036
                                (202) 321-0549
                                Email: ag3law@gmail.com

For Defendant
Joseph Hackett:                 Angela Halim
                                FEDERAL COMMUNITY
                                DEFENDER OFFICE
                                601 Walnut Street
                                Suite 501 West
                                Philadelphia, PA 19106
                                (215) 928-1100
                                Email: angie_halim@fd.org

For Defendant
David Moerschel:                Scott Weinberg
                                BROWN, SUAREZ, RIOS & WEINBERG
                                265 E. Marion Avenue
                                Suite 114
                                Punta Gorda, FL 33950
                                (941) 575-8000
                                Email: scott@bsrwlegal.com

For Defendant
Thomas E. Caldwell:             David William Fischer, Sr.
                                FISCHER & PUTZI, P.A.
                                7310 Governor Ritchie Highway
                                Empire Towers, Suite 300
                                Glen Burnie, MD 21061-3065
                                (410) 787-0826
                                Email:
                                fischerandputzi@hotmail.com
```

APPEARANCES VIA ZOOM CONTINUED:

For Defendant
Edward Vallejo:                    Matthew J. Peed
                                   CLINTON & PEED
                                   1775 Eye Street, NW
                                   Suite 1150
                                   Washington, D.C. 20006
                                   (202) 919-9491
                                   Email: matt@clintonpeed.com


Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                      P R O C E E D I N G S
 2              COURTROOM DEPUTY:  All rise.
 3              All rise.  The Honorable Amit P. Mehta presiding.
 4              THE COURT:  Please be seated, everyone.
 5              COURTROOM DEPUTY:  Good afternoon, Your Honor.
 6    This is Criminal Case No. 22-15, United States of America
 7    versus Defendant No. 1, Elmer Stewart Rhodes, Defendant No.
 8    2, Kelly Meggs; Defendant No. 3, Kenneth Harrelson;
 9    Defendant 4, Jessica Watkins; Defendant 6, Roberto Minuta;
10    Defendant 7, Joseph Hackett; Defendant 8, David Moerschel;
11    Defendant 10, Thomas Edward Caldwell; and Defendant 11,
12    Edward Vallejo.
13              Kathryn Rakoczy and Jeffrey Nestler for the
14    government.
15              James Bright and Phillip Linder for Defendant
16    Rhodes.
17              Stanley Woodward and Juli Haller for Defendant
18    Meggs.
19              Bradford Geyer for Defendant Harrelson.
20              Jonathan Crisp for Defendant Watkins.
21              William Shipley for Defendant Minuta.
22              Angela Halim for Defendant Hackett.
23              Scott Weinberg for Defendant Moerschel.
24              David Fischer for Defendant Caldwell.
25              And Matthew Peed for Defendant Vallejo.
```

1            The Defendants Rhodes, Meggs, Harrelson are
2    appearing in person for these proceedings.
3            Defendants Minuta, Hackett, Moerschel, Caldwell,
4    and Vallejo are appearing remotely.
5            And Defendant Watkins is not present.
6            THE COURT:  Okay.  Good morning again -- or good
7    afternoon, I should say, everyone.
8            Gentlemen, welcome.
9            To those of you who are here, Ms. Haller, welcome.
10            All right.  So we're here for check-in to see how
11    things are progressing, and there are some issues that have
12    been raised.
13            Before we do that, I want to just quickly make
14    sure that, Mr. Crisp, we don't have your client and that
15    you're prepared to proceed without Ms. Watkins.
16    I understand you are prepared to proceed, but if there's
17    something substantive, we may need to reschedule;
18    is that correct, sir?
19            MR. PEED:  That is correct, Your Honor.
20    Thank you.
21            THE COURT:  Okay.
22            All right.  So here's what I'd like to do and the
23    order in which we're going to do it today.
24            The first thing I want to do is I want to deal
25    with -- Mr. Meggs has a conflicts issue, and we have

1    conflicts counsel here with us, and so I'd like to turn to

2    that first so that he can -- he doesn't have to be on any

3    longer than necessary.

4            We'll then turn to the new superceding indictment,

5    then the -- just where things stand.  And then we'll turn to

6    the government's motion concerning the fees conflict -- the

7    issue of -- the conflicts arising out of the fees.

8            And then if there's anything else, obviously if

9    anybody would like to raise it, that's on the agenda as

10   well.

11           So just starting first with Mr. Meggs, I think

12   this was at the government's request, and I agreed, to have

13   conflicts counsel advise Mr. Meggs about potential

14   conflicts, both he and his wife, because they are now --

15   they sought to -- at least Mr. Meggs seeks to be represented

16   by the same counsel, that's Mr. Woodward, and Ms. Haller, by

17   the same counsel that have been representing Ms. Meggs, who

18   is a defendant in the other indictment that's now case

19   styled U.S. versus Crowl.

20           And so I asked counsel from the law firm of Miller

21   & Chevalier, Mr. Wise, I see him, and Ms. Soller, I see both

22   of them, to gather information, to talk to the government,

23   speak to defense counsel, and then to speak to the

24   individual defendants, that's Mr. Meggs and his wife,

25   Ms. Meggs, to discuss with them the potential issues that

1    might arise from the joint or mutual representation, and to

2    secure their positions, that is, the defendants' positions,

3    and if they were prepared to proceed, to secure waivers from

4    them.

5           So why don't I turn to Mr. Wise or Ms. Soller, and

6    then we'll move forward from there.

7           MR. WISE:  Thank you, Your Honor.

8           So just to briefly apprise the Court, my

9    colleague, Mary Soller, and I spoke with Mr. Nestler.  And

10   then I've had thorough discussions with Ms. Haller,

11   Mr. Woodward, and then with both Mr. Meggs and Ms. Meggs

12   separately in the presence of both Ms. Haller and

13   Mr. Woodward.

14          In those discussions, we explored the facts and

15   circumstances that could give rise to conflicts when one set

16   of lawyers simultaneously represents two defendants in

17   separate cases arising out of the same set of facts.

18          We focused on Ms. Haller's and Mr. Woodward's

19   proposed simultaneous representation of both Ms. Meggs and

20   Mr. Meggs in related criminal cases, but we also discussed,

21   with both Mr. Meggs and Ms. Meggs, Ms. Haller's proposed

22   representation of both of them in related civil proceedings.

23          We advised Mr. Meggs and Ms. Meggs separately of

24   the potential conflicts that we believe exist in this

25   situation.  Those conversations built off previous

1    discussions that we had had in December of last year with

2    both Mr. Meggs and Ms. Meggs regarding Ms. Haller's

3    simultaneous representation of Ms. Meggs in her criminal

4    matter and Mr. Meggs in civil litigation arising out of the

5    same set of events.

6            We invited both Mr. Meggs and Ms. Meggs and their

7    counsel to raise any questions about our advice, and

8    separately both Mr. Meggs and Ms. Meggs indicated that they

9    understood the advice, did not believe their interests were

10   adverse, and were willing to waive any conflicts that arose

11   from the joint representation of them by Ms. Haller and

12   Mr. Woodward.

13           We followed up those conversations by providing

14   Mr. and Ms. Meggs our advice in writing and asked both to

15   confirm their understanding, which each of them has done.

16           And we are, therefore, satisfied that both

17   Mr. Meggs and Ms. Meggs understand the actual and potential

18   conflicts that exist, and are satisfied that they are

19   waiving those conflicts knowingly and voluntarily.

20           And we're happy to take any question that the

21   Court might have.

22           THE COURT:  Okay.

23           Mr. Wise and Ms. Soller -- Ms. Soller, did you

24   want to add anything before we move forward?

25           MS. SOLLER:  No, Your Honor.  Mr. Wise covered it

```
 1  all.
 2          THE COURT:  Okay.
 3          First, let me thank the both of you.  I know this
 4  is being done as a service to the Court, so we're very
 5  grateful for the work that you've done, and I know it
 6  involves some amount of time and a fair amount of
 7  discussions with all the parties and their counsel.
 8          I don't know that I have a question for conflicts
 9  counsel, but I do have a question for the government and
10  then for counsel and Mr. Meggs.
11          And let me turn first to Mr. Nestler and ask
12  whether the government is satisfied, based upon its
13  understanding of what conflicts counsel has done and the
14  representations that have just been made, whether the
15  government is satisfied that the conflicts issue has been
16  resolved or I should just say is -- has reached a point
17  that's satisfactory in the government's view.
18          MR. NESTLER:  Yes, Your Honor, with the caveats
19  that we believe that both Mr. and Mrs. Meggs are planning to
20  execute written waivers as well.  And that we would also ask
21  Your Honor to just inquire of them on the record to make
22  sure that they confirm everything that Mr. Wise said and
23  that is their understanding.
24          But with that, yes, the government would be
25  satisfied.
```

1           THE COURT:  Okay.  All right.  I planned to do

2     that.

3           Ms. Haller, you're present.  I don't know if

4     Mr. Woodward is on the screen, but I want to just -- you

5     heard Mr. Wise's description of the steps that conflicts

6     counsel has taken to advise Mr. Meggs as well as Ms. Meggs,

7     and we'll do that separately for her when that case

8     convenes, to advise them about the potential conflicts and

9     to secure a waiver from them if that's what they wish to do.

10          So let me just inquire of you whether you're

11     satisfied with the inquiries that conflicts counsel have

12     made and whether you're satisfied from your perspective that

13     Mr. Meggs, who's present here today, is knowingly and

14     voluntarily waiving any conflicts that may arise from the

15     joint representation?

16          MS. HALLER:  Thank you, Your Honor.

17          Sorry, I'm a bit out of breath; I ran to get here.

18          I would just add that we do have written waivers

19     from both Mr. Meggs and Mrs. Meggs, that those written

20     conflict waivers have been provided to conflicts counsel.

21          So I believe Mr. Wise did generally reference

22     that, but just for clarity for the government, the written

23     waivers have been provided, have been signed by both.

24          THE COURT:  Okay.

25          MS. HALLER:  And answering Your Honor's last

```
 1    question, yes, I am satisfied that both Mr. and Mrs. Meggs
 2    are waiving voluntarily and knowingly any potential
 3    conflict.
 4            And I would only add that I'd like to thank
 5    Mr. Wise and Ms. Soller, because they've been really
 6    helpful.
 7            THE COURT:  Okay.  Thank you.
 8            Mr. Meggs, if I can just turn to you.  And I'm not
 9    going to ask you anything other than just a very simple
10    question, which is -- I guess I'll ask you two questions;
11    one is, did you hear and follow the representations that
12    were made by conflicts counsel, Mr. Wise, as well as your
13    counsel, Ms. Haller?
14            DEFENDANT MEGGS:  Yes, Your Honor.
15            THE COURT:  And do you agree with the
16    representations that they've made, Mr. Meggs?
17            DEFENDANT MEGGS:  Yes.
18            THE COURT:  Okay.
19            All right.  So based then upon the representations
20    and the work that conflicts counsel has done, as well as the
21    representations of Ms. Haller and Mr. Meggs' confirmation of
22    those representations, I'm satisfied that Mr. Meggs is
23    knowingly and voluntarily waiving any potential conflicts
24    that might arise from the mutual representation of him and
25    his wife, both in connection with the criminal cases arising
```

1    out of January 6th, as well as the civil matters arising out

2    of January 6th, and I'm satisfied, as I said, that he's

3    waiving those conflicts knowingly and voluntarily.  Okay.

4              With that, on that issue, does anyone else wish to

5    be heard or anything need to be done for purposes of the

6    record?

7              Okay.  Hearing nothing, Mr. Wise, Ms. Soller,

8    thank you very much, I am, again, really grateful for all

9    the hard work and effort, and I'll be in touch shortly about

10   potential additional tasks ahead.

11             MR. WISE:  Very well.  Our pleasure.  Your Honor.

12   Thank you.

13             THE COURT:  All right.  Thank you.

14             All right.  Let's turn then to the superseding

15   indictment that came down, I want to say, I guess it was

16   Monday or Tuesday or may even have been Wednesday.

17             But in any event, that indictment, as I understand

18   it, adds only a single claim against Mr. Rhodes, a new claim

19   against Mr. Rhodes, or a new count, I should say, against

20   Mr. Rhodes, which is Count 7.  The other counts are the same

21   as they were in the original indictment, minus the counts as

22   they relate to Mr. James and Mr. Ulrich, who have both

23   pleaded.

24             And that the last or the other substantive change

25   is that the government has added in Count 1, in both,

1    I think, the conspiracy and the purpose of the conspiracy

2    sections, language that tracks the seditious conspiracy

3    statute, one of the clauses in the statute, that is, to

4    oppose by force the authority of the government of the

5    United States.

6          So let me just ask all defense counsel, other than

7    Mr. Rhodes' counsel, whether, in your view, we need to

8    re-arraign your clients on the superseding indictments?

9    Does anybody believe that is necessary and ought to be done?

10         Okay.  Does the government think that that's

11   needed to be done?

12         MR. NESTLER:  No, Your Honor.

13         THE COURT:  Okay.

14         All right.  So given that the superseding

15   indictment, in all respects except for one, alleges the same

16   offenses against each of the defendants as to all of those

17   defendants other than Mr. Rhodes, the record will reflect

18   the entry of a not-guilty plea as to each and every count of

19   the superseding indictment against them.

20         Now, with respect to Mr. Rhodes, why don't we --

21   if Mr. Linder is agreeable to arraign him on the new

22   count -- and if you're agreeable to just arraigning him on

23   the new count, we can do that, and I'll sort of take the

24   same approach on the other counts.

25         Mr. Linder, you're on mute.

1        MR. LINDER:  Sorry.

2        Your Honor, with the Court's permission, we would

3   actually waive reading of that count, and my client would

4   enter a plea of not guilty.

5        THE COURT:  Okay.

6        MR. LINDER:  I believe we've read out --

7        THE COURT:  At a minimum, Mr. Douyon, our

8   Courtroom Deputy, needed to announce what the new count is.

9        MR. LINDER:  Sure.

10       THE COURT:  You can waive the formal reading of

11  the count.  But why don't we at least have him announce the

12  count, and then you can enter a plea with respect to that

13  count, Mr. Linder --

14       MR. LINDER:  Yes, sir.

15       THE COURT:  -- and let's proceed that way.

16       MS. RAKOCZY:  Your Honor, I apologize for

17  interrupting.

18       We don't object to having the charge read.  We

19  just would note for the record that it is not a completely

20  new count, we just articulated explicitly an aiding and

21  abetting theory of liability.

22       THE COURT:  Oh, okay.  I misspoke then.  I thought

23  it was a new count.

24       In any event, let's go ahead and just do that for

25  Mr. Rhodes since it -- at a minimum what it does is it adds

1    another statutory section to that particular offense, unlike

2    the changes that were made to the seditious conspiracy

3    count.

4            COURTROOM DEPUTY:  Mr. Rhodes, in Criminal Case

5    No. 22-15-1, the following count has been added:

6            Count 7, tampering with documents or proceedings

7    and aiding and abetting, in violation of Title 18,

8    United States Code, Sections 1512(c)(1) and Section 2.

9            How do you wish to plead and do you waive form

10   reading of the superseding indictment?

11           MR. LINDER:  Your Honor, on behalf of my client,

12   Mr. Rhodes, we'll waive official reading of the count and

13   enter a plea of not guilty.

14           THE COURT:  Okay.  Thank you, Mr. Linder.

15           So as to the counts in the superseding indictment

16   against Mr. Rhodes, the record will reflect the entry of a

17   not-guilty plea as to each of those counts.

18           Okay.  Next item of business is to see where

19   things are in terms of progress towards trial.  Five of you

20   have a trial date in late September.  So why don't we start

21   with Ms. Rakoczy and the government, and then we'll go in

22   order of defense counsel involved in the two different trial

23   dates.  So why don't we start with the government.

24           MS. RAKOCZY:  Yes, Your Honor.

25           From the government's perspective, we are

1    proceeding on pace for our late September trial date.  The

2    bulk of the case-specific discovery has been provided at

3    this point in time.  There are a few remaining items, but we

4    anticipate that those will be provided in the coming weeks.

5            For the Court's and counsels' information, the

6    main outstanding discovery consists of some reports that

7    will supplement the expert notice that we provided to the

8    defense yesterday, consistent with the Court's pretrial

9    scheduling order, a very limited universe of civilian

10   witness *Jencks* materials that have now been provided.  The

11   vast majority of those materials have been provided

12   previously, but there are a few outstanding materials.

13           We'll be getting in touch with the defense to set

14   up physical evidence viewing, should the defense request

15   that, which we expect that they will at some point in the

16   summertime that's convenient for counsel, or if we need to

17   do a couple dates if that is best for counsel, we can do

18   that as well.

19           And then we will continue to provide some

20   discovery and to make efforts to continue to supplement the

21   global discovery process, which is ongoing.

22           And so discovery at this point is, we believe, on

23   track to be completed well in advance of trial to assist

24   counsel in preparing for trial.

25           The government did have a few questions and some

1    thoughts on the Pretrial Scheduling Order and some of the

2    dates and deadlines scheduled for this summer and September,

3    and I don't know if now is an appropriate time to address

4    that.

5            THE COURT:  Why don't we hold on that for a

6    moment, Ms. Rakoczy, and then we can double back to that

7    issue after I've heard from defense counsel about where

8    things stand.

9            Hang on, everyone.

10           (Pause)

11           THE COURT:  Okay.  Why don't I turn then first to

12   Mr. Linder on behalf of Mr. Rhodes.

13           And in addressing where things stand, I want to

14   ask whether you all foresee any additional motions practice

15   based upon the amended -- or I shouldn't say the amended --

16   the superseding indictment.

17           So, Mr. Linder.

18           MR. LINDER:  Yes, sir.

19           I don't see any additional motions coming from us

20   on the new superseding indictment.

21           As Ms. Rakoczy stated, we've got some motions

22   deadlines we want to tweak and move as it relates to certain

23   evidence that we've been -- she and I have been discussing

24   on behalf of the two sides.

25           But, no, I do not foresee us filing additional

```
 1   motions just because of the superseding indictment.
 2              THE COURT:  Okay.
 3              How about anything else, Mr. Linder?  I know we've
 4   had -- or at least you've kept chambers involved in your
 5   access-to-your-client issues.  Anything on that front you
 6   want to discuss or anything with respect to access to
 7   discovery generally?
 8              MR. LINDER:  Well, basically, JC has a job offer
 9   in Texas if he ever wants to leave D.C.  He
10   single-handedly -- he has been able to keep --
11              THE COURT:  Let me tell you something, Mr. Linder,
12   that ain't happening because he's not going anywhere.
13              MR. LINDER:  Well, I understand why.
14              THE COURT:  Although I don't know that I could out
15   bid you.
16              MR. LINDER:  He has single-handedly again gotten
17   the jail back on track.  Our Webex visits had been canceled;
18   we've got them reinstated.  Our computer arrived.  We
19   foresee that moving forward positively.
20              Ms. Rakoczy and I and the FBI have a hands-on
21   evidence viewing of the phone, of Mr. Rhodes' phone, with
22   Mr. Rhodes scheduled in two weeks -- two to three weeks from
23   now, so that's moving forward.  So I'm okay as far as that
24   stuff goes.
25              My issue comes with what Ms. Rakoczy and I have
```

```
1    discussed is with the January 6th committee hearings.  They

2    go in opening statements, and say, hey, we've interviewed

3    thousands of people, which nobody has talked to.

4              THE COURT:  Yeah.

5              So, Mr. Linder, let me interrupt you if I could

6    because that's on my agenda of things to talk about.  So

7    let's put a pause on that for a moment.  I want to turn to

8    the government, because I know they've made some

9    representations, both to Congress and more recently to

10   Judge Kelly, in the Tarrio matter with respect to

11   January 6th.  So let's put a button on that and we'll come

12   back to that in a moment.

13             MR. LINDER:  Sure.

14             And that's -- other than that, Your Honor, at this

15   point, I don't have -- I'll defer to the other counsel as we

16   move forward at this stage.

17             THE COURT:  Okay.

18             All right.  Thank you, Mr. Linder.

19             So why don't we turn to Mr. Woodward and

20   Ms. Haller.

21             Ms. Haller, you're here.

22             MS. HALLER:  Thank you, Your Honor.

23             I would actually defer to Mr. Woodward on our

24   trial date with Mr. Meggs currently in September.  I believe

25   Mr. Woodward certainly and I work -- I help in the
```

```
 1    background with a case that is set for trial at the same
 2    time, so I will let Mr. Woodward address that point.
 3          And also, the Minute Order the Court had issued
 4    back since we were conditional counsel, we did not file the
 5    Rule 12 motions, we haven't even entered our appearance
 6    officially on the record.  So we would also -- I think
 7    Mr. Woodward will address that.
 8          THE COURT:  Okay.
 9          MR. WOODWARD:  Thank you, Your Honor.
10    Stanley Woodward on behalf of Mr. Meggs now formally.  We'll
11    enter our appearances as soon as the Court excuses us.
12          As I mentioned the first time we appeared before
13    Your Honor, I do have another trial scheduled in this Court
14    set to begin the first week of October, and so respectfully
15    we request to be slotted into the second group, at the
16    earliest.
17          Your Honor will recall --
18          THE COURT:  I may have misheard you -- I didn't
19    hear you clearly.  You have another trial scheduled the
20    first week of October.  And is that a trial in this
21    courthouse?
22          MR. WOODWARD:  It is a trial in this courthouse.
23          When I last appeared before Your Honor, I had
24    noted that I was discussing with the government the
25    possibility of moving that trial.
```

```
 1              It is a multi-defendant trial, and the government
 2   has not agreed to move the trial.  I'd prefer not to say
 3   more about that on the public record, but it's still set for
 4   the beginning of October.  I think that it may still move,
 5   but I just don't know.  And the government is opposing my
 6   request at this moment, so we would not be able to be in two
 7   places at one time.
 8              THE COURT:  All right.
 9              And, Mr. Woodward, is it a January 6th case, and,
10   if so, can you just tell me what the name of the case is and
11   the judge who's presiding over it?
12              MR. WOODWARD:  Yes, Your Honor, it is a
13   January 6th case.  It is United States versus McCaughey.
14   I'm just looking up the number.  I'm sorry.  Before
15   Judge McFadden.
16              THE COURT:  McCaughey?
17              MR. WOODWARD:  Yes, Your Honor.
18              THE COURT:  Can you spell that?
19              MR. WOODWARD:  The case number is 21-CR-40.
20              THE COURT:  Okay.
21              And who's your client?
22              MR. WOODWARD:  Federico Klein, Your Honor.
23              THE COURT:  Okay.
24              And is Mr. Klein held or on release?
25              MR. WOODWARD:  No, Your Honor.
```

```
1              THE COURT:  He's not held?
2              MR. WOODWARD:  Oh, excuse me.  He is not detained.
3   Yes, Your Honor.
4              THE COURT:  Are there any held defendants in that
5   case?
6              MR. WOODWARD:  Yes.  There are three detained
7   defendants in that case, Your Honor.
8              THE COURT:  Okay.
9              And just I guess finally, have you discussed this
10  issue with Mr. Meggs and is he prepared to, if it comes to
11  that, move his trial date back to November?
12             MR. WOODWARD:  Yes, Your Honor.
13             THE COURT:  Okay.
14             Is that correct, Mr. Meggs?
15             DEFENDANT MEGGS:  Yes, Your Honor.
16             THE COURT:  Okay.
17             All right, Mr. Woodward.  We'll just -- I'm going
18  to put a -- I'm not going to address the issue right now.
19  I want to look at it a little bit more closely, and if
20  there's not something we can figure a way out of, then I'll
21  take up the solution that you've proposed.
22             MR. WOODWARD:  Thank you, Your Honor.
23             I'll send a note to chambers copying the
24  government, of course.  I've spoken to the government about
25  the specific circumstances concerning my request.  And so I
```

1    don't want to make any misrepresentations about us trying to

2    reschedule that trial.  And so I just want the Court to be

3    apprised of my efforts before Judge McFadden.

4            THE COURT:  Okay.

5            MR. WOODWARD:  With respect to additional motions

6    practice, Your Honor, you'll recall that --

7            THE COURT:  Mr. Woodward, hang on one second.

8            You know, look, I'm not tasking Ms. Rakoczy and

9    Mr. Nestler to do this, but if there is any opportunity for

10   communication with your colleagues who may be prosecuting

11   that case that might help resolve this conflict, I would

12   certainly welcome that.

13           MS. RAKOCZY:  Yes, Your Honor.  We will inquire of

14   our co-counsel here in the government.

15           We also -- if the other trial is not able to be

16   moved, we would appreciate the opportunity to be heard,

17   so -- on whether it is appropriate to grant a continuance

18   for Mr. Meggs' case.

19           THE COURT:  Okay.  All right.  So let's just put a

20   hold on that.  And maybe give that a week or so and see

21   where things are and we can then reconvene on that issue if

22   we need to.

23           Okay.  Oh, Mr. Woodward, your square moved, so

24   I didn't know --

25           MR. WOODWARD:  I'm here, Your Honor.

```
 1              THE COURT:  All right.

 2              MR. WOODWARD:  With respect to additional motions

 3     practice, Your Honor will recall that Mr. Moseley had filed

 4     several motions and then Your Honor entered a Minute Order

 5     that directed him not to do that anymore and that that would

 6     not preclude Mr. Meggs, through counsel, from filing

 7     anticipated Rule 12 motions.

 8              We anticipate filing a motion to join and adopt

 9     those motions that have already been filed and cleaning up

10     the docket a little bit by withdrawing the prior motions

11     that have not been ruled upon by the Court.

12              Again, just in the interest of not -- of full

13     transparency, I think we will add some limited substance to

14     our motion just to bring it all together, but it largely

15     will be joining and adopting those motions that have been

16     filed by our colleagues here already.

17              THE COURT:  Okay.

18              So I believe -- and -- I believe this to be

19     correct.  I believe Mr. Meggs has joined in all motions.

20     I think the only exception is that he did not formally join

21     in the motion to transfer.  And if you simply want to make

22     an oral representation that he wishes to join in that, I'm

23     happy to accept it in that way.

24              MR. WOODWARD:  I would like Your Honor --

25     I absolutely defer and trust the Court.  But that was not my
```

 1   understanding, and so I'd like to go and look at that.  And,

 2   again, I can file something shortly.

 3          I have not understood that Mr. Meggs had joined

 4   the Rule 12 motions that have been filed because the Court

 5   had directed Mr. Moseley to stop filing in advance of the

 6   Rule 12 deadline.

 7          MS. HALLER:  If I may, Your Honor, Mr. Moseley had

 8   filed in ECF 82 --

 9          THE COURT:  Right.

10          MS. HALLER:  -- a motion that raised certain

11   arguments that other defendants had not raised.  So we are

12   planning to file a Rule 12 motion that would be more than

13   just the joinder of the other cases.

14          THE COURT:  Hang on one second.

15          In any event, we're taking a look.  We should be

16   able to resolve that in short order.

17          So just, Mr. Woodward, to put a finer point on

18   this, there were a couple of motions that were filed that

19   weren't Rule 12 motions.  Are those the ones you're

20   withdrawing?

21          MR. WOODWARD:  I believe we will be withdrawing

22   the non-Rule 12 motions, Your Honor.

23          THE COURT:  Okay.  Fine.

24          And then, look, to the extent you want to

25   supplement the Rule 12 motion, that's fine.  You know, just

1   by when do you think you can -- you'll be able to do that?

2          MR. WOODWARD:  I think next week would be

3   sufficient for us, Your Honor.

4          THE COURT:  All right.  Why don't we just set a

5   deadline of next Friday --

6          MR. WOODWARD:  Thank you, Your Honor.

7          THE COURT:  -- for any supplementation.

8          All right.  In any event, we'll talk a look at the

9   docket.  As I said, I was under the distinct impression that

10  Mr. Moseley had filed something indicating that Mr. Meggs

11  was joining in the Rule 12 motions that have been filed.

12  And if I'm wrong about that, then I'll stand corrected.

13  In any event, we'll get that clarified.

14         Okay.  Anything else for Mr. Woodward or on behalf

15  of Mr. Meggs or Ms. Haller?

16         MR. WOODWARD:  Thank you, Your Honor.

17         THE COURT:  Okay.

18         All right.  Mr. Geyer on behalf of Mr. Harrelson.

19         MR. GEYER:  Good afternoon, Your Honor.

20         I don't think I have anything to add today.

21         You mentioned, or someone mentioned, the 1,000

22  interviews or thereabouts by the January 6th committee.

23  Obviously we think we have a right to that information prior

24  to trial, but I'll suspend comments until that's brought up

25  later in the hearing.

```
 1              THE COURT:  Yeah.  Okay.
 2              MR. GEYER:  Thank you.
 3              THE COURT:  I think just going back to
 4  Mr. Woodward and Mr. Geyer, I'll ask you the same question I
 5  asked Mr. Linder to address, and that is whether any -- you
 6  expect any additional motions, or in Mr. Woodward's case,
 7  argument, arising out of the modifications in the
 8  superseding indictment to Count 1?
 9              MR. LINDER:  Not on behalf of Mr. Rhodes,
10  Your Honor.
11              MR. GEYER:  Not on behalf of Mr. Harrelson,
12  Your Honor.
13              THE COURT:  Mr. Woodward or Ms. Haller?
14              MS. HALLER:  Yes, Your Honor.
15              MR. WOODWARD:  Respectfully, Your Honor, I don't
16  know.
17              I don't think so, but I don't want to commit to
18  the Court that we won't address the alterations in the
19  indictment in our supplemental motion.
20              THE COURT:  Okay.
21              MS. HALLER:  And, yes, Your Honor.
22              And I would only add that we would make a verbal
23  motion for Mr. Meggs to join the motion to transfer as
24  Your Honor suggested.
25              Thank you.
```

```
 1              THE COURT:  Okay.  So our docket is reflecting
 2    that there was a joinder with the primary motion filed by
 3    Mr. Caldwell.
 4              I don't know whether there was a joinder in
 5    Mr. Vallejo's motion, there may not have been, as well as
 6    Mr. Hackett's motions.  So, you know, there may be that.
 7              And if you want to just be heard now and save
 8    yourself a little bit of ink, I can have the record reflect
 9    that Mr. Meggs has joined in all prior Rule 12 motions
10    applicable to him, which would be the motions to dismiss
11    Count 1 through 4 and the motion to transfer.
12              MS. HALLER:  Thank you, Your Honor.  We are
13    joining those motions and we appreciate that --
14              THE COURT:  Okay.
15              MS. HALLER:  -- but respectfully still would
16    supplement the record.
17              THE COURT:  That's fine.  I wasn't foreclosing
18    that.
19              So next Friday for that.
20              All right.  Why don't I turn to Mr. Crisp on
21    behalf of Ms. Watkins.
22              MR. CRISP:  Good afternoon, Your Honor.
23              In answer to the motion to dismiss, there was
24    obviously one filed last evening that we joined.  So that
25    would be -- outside of that motion, we don't intend to file
```

1    any additional motions.

2            As to the new superseding indictment, I do

3    anticipate the possibility of a Rule 16 motion for an

4    expert -- either expert disclosure or a potential expert

5    funds request, depending upon the nature of that based on

6    the government's report now, but that will be in before the

7    current PTO deadline.

8            THE COURT:  Okay.

9            Let me -- then I think that takes care of all

10   the -- no, Mr. Caldwell and Mr. Fischer.

11           Hi, Mr. Fischer.

12           MR. FISCHER:  Your Honor, if the Court would

13   please, I do anticipate filing a motion to dismiss as to

14   Count 1 of the superseding indictment.

15           THE COURT:  Okay.

16           Do you have a sense of by when you'll have that on

17   file, Mr. Fischer?

18           MR. FISCHER:  Your Honor, if the Court could give

19   me two weeks.

20           THE COURT:  That's fine.

21           Okay.  So two weeks from today puts us at -- well,

22   let's just do this.  If you need two weeks, that's July the

23   8th.  Why don't we set that as the deadline for Mr. Meggs as

24   well.  So we just get all the pleadings at one time and

25   we're all on the same schedule for any supplemental Rule 12

1    motions, okay?

2              MR. FISCHER:  Thank you, Your Honor.

3              THE COURT:  And then the government's motion --

4    opposition and the reply will just follow in due course.

5              Mr. Fischer, anything else to add about discovery

6    or any other matters?

7              MR. FISCHER:  No, Your Honor.

8              THE COURT:  Okay.

9              All right.  Let me turn then to Mr. Shipley on

10   behalf of Mr. Minuta.  I know you did file a motion last

11   evening, so I think that question has been resolved.

12             Anything else you'd like to raise?

13             MR. SHIPLEY:  Your Honor, Mr. Fischer and I had

14   talked about the motion that he has under consideration

15   for -- on Count 1, and we'll be joining that, and I think it

16   simply addresses the new theory of liability the government

17   has raised.

18             THE COURT:  Okay.

19             All right.

20             MR. SHIPLEY:  So beyond that, I expect there may

21   be more motions to compel discovery.  I think there are

22   disputes that still exist that I fear are going to persist

23   for some time.

24             THE COURT:  Okay.

25             Well, let me just let everybody know this, which

1    is, it is certainly my intention to move forward with all

2    deliberate speed and process to a trial in late September.

3              So if there are discovery disputes, please do not

4    wait until the next status conference to raise them, bring

5    them to my attention, just contact chambers and we can set

6    something down on the calendar and try and resolve it

7    orally.  And if it's a complicated issue, I may ask for some

8    limited briefing.

9              But, you know, let's not all wait -- either wait

10   or, importantly, what I would ask actually -- let's do it

11   this way.  What I would ask is we treat this the same way I

12   treat civil filings, which is that nobody file a motion to

13   compel unless they first contact chambers and we have an

14   opportunity to potentially resolve it orally.  I don't want

15   to get really long motions to compel that we can otherwise

16   resolve, okay?

17             So moving forward, if there is a discovery-related

18   motion, please contact chambers first, we'll try and get it

19   resolved orally before anybody spends a lot of time and

20   effort briefing the issue.  If it's a complicated one, then

21   perhaps I'll ask for some limited briefing.  But certainly

22   in the civil context, that seems to work pretty well, and

23   I don't think it -- I think it will work well here, too.

24             Okay.  Anything else, Mr. Shipley?

25             MR. SHIPLEY:  No, Your Honor.  Thank you.

```
 1                    THE COURT:  Okay.

 2               Ms. Halim.

 3               MS. HALIM:  Good afternoon, Your Honor.

 4               On behalf of Mr. Hackett, I do contemplate filing

 5     an additional motion in light of the superseding indictment.

 6     And the two-week time frame works for me, and so I will get

 7     that in by the 8th of July.

 8                    THE COURT:  Okay.

 9               MS. HALIM:  Other than that, I don't have anything

10     else to raise at this time.

11                    THE COURT:  Okay.  Terrific.  Thank you.

12               Mr. Weinberg on behalf of Mr. Moerschel.

13               MR. WEINBERG:  Good afternoon, Your Honor.

14               Judge, we have nothing to raise at this time.

15                    THE COURT:  Okay.

16               And then finally, Mr. Peed on behalf of

17     Mr. Vallejo.

18               MR. PEED:  Good afternoon, Your Honor.

19               I'd like to orally join the motion filed last

20     night by Mr. Shipley if the Court will accept that.

21                    THE COURT:  Okay.

22               Well, in terms of that motion, if anybody wants to

23     join it, just please file a notice.

24               I've sort of said otherwise for Mr. Meggs just to

25     save him and his counsel some time, but if anybody wants to
```

1  join -- whoever is joining that motion, please put it on

2  the -- file a motion, or a notice, excuse me.  As I've said

3  in the past, I think, if there is to be appellate review,

4  that's the clearest way to ensure that there's no doubt

5  about who's joining what motion if you just put something on

6  the docket, okay?

7              MR. PEED:  Thank you, Your Honor.  Very well.

8              I would -- you know, I at least would like to

9  consider filing an additional motion based on the

10  superseding indictment.

11             I expect Mr. Fischer's motion, that he would be

12  able to take the lead on that.  So the 8th may work for

13  that.

14             I would not be able to write a motion before the

15  15th because the next two weeks are pretty much out of

16  pocket.  So I would ask for the 15th, with the caveat that

17  it's very likely that Mr. Fischer's motion would cover what

18  I will file.

19             THE COURT:  Well, let's do this, Mr. Peed.

20             Instead of a separate deadline, why don't you wait

21  and see what's filed.  And then if you're asking for more

22  time, then just file a motion to that effect, okay?

23             MR. PEED:  Okay.  Thank you, Your Honor.

24             THE COURT:  All right.  So I think that covers

25  everyone.

1          All right.  Let's turn to the next issue, which is

2    January 6th committee hearings, potential discovery arising

3    from that hearing, and the government's -- how the

4    government sees that case interfacing with this one.

5          I think we're all aware that at least the case

6    before Judge Kelly received some amount of prominence, at

7    least during the opening hearing.  The defendants, at least

8    as a group, were mentioned, and there was, I think, at least

9    some video shown during the first hearing as to this case.

10         So I think the place to begin is where the

11   government is with respect to requesting evidence that might

12   be relevant to this case from a January 6th committee, and

13   if that request has been made, what you envision the timing

14   of that to be.

15         MS. RAKOCZY:  Yes, Your Honor.

16         As we have previously shared with counsel in this

17   case, the government, the Department of Justice, submitted

18   letters on April 20th of this year and June 15th of this

19   year requesting access to the transcripts of interviews that

20   have been conducted by the committee.

21         We have not received anything in response; we've

22   not received any transcripts in response.  If and when we

23   receive access to any transcripts, we will provide those

24   immediately to counsel if they are -- well, we will

25   certainly alert counsel the minute that that happens.

1          We do not have any anticipated timeline for when

2    and if we will get access to these beyond what has been

3    publicly reported that the transcripts will be publicly

4    released sometime in the fall.  That is what public

5    reporting has been.

6          THE COURT:  Okay.

7          And are you asking or envisioning any disruptions

8    of our current schedule should there be a release of

9    discovery that's been collected by the committee?

10         MS. RAKOCZY:  I have spoken with some counsel

11   about this, and I think it is the hope of the government and

12   counsel that there will not be a disruption to the trial

13   schedule.

14         Whenever we obtain those transcripts, we are

15   hopeful that even if they are released closer to September,

16   that we will be able to work our way through them quickly,

17   and we are hopeful that there will not be information in the

18   transcripts that would necessitate a continuance of the

19   trial.  But obviously we don't have access to them yet so we

20   do need to see what's in them.  But it is the hope of, I

21   think, all counsel that we are able to maintain our

22   September 26th trial date.

23         THE COURT:  Okay.

24         Can I just ask, there was at least one video that

25   I know was shown during that opening session that involved a

1  potential meeting or involved a meeting between Mr. Rhodes

2  and Mr. Tarrio.  Is the government in possession of that

3  video or is that something only the January 6th committee

4  has obtained?

5            MS. RAKOCZY:  No.  That is something that is in

6  the government's possession.

7            THE COURT:  Okay.  And so I take it that's been

8  disclosed?

9            MS. RAKOCZY:  Yes, Your Honor.

10           THE COURT:  All right.

11           Anybody else then on the defense side of the

12  ledger, wish to be heard about the January 6th committee and

13  potential impacts on this case?

14           Mr. Linder, you wanted to say something?

15           MR. LINDER:  I do, Your Honor, on behalf of

16  Mr. Rhodes.

17           Ms. Rakoczy and I have spoken, as she indicated.

18  It is our hope that we can stay on schedule.  There's a

19  fear -- I have two fears; one is that the Congress does

20  comply with DOJ's request, and then there is some -- a bunch

21  of witnesses nobody's ever heard of, 100 or so, whatever it

22  is, that there's some outrageous number of new witnesses no

23  one's talked to.  That's one fear; I don't think that's

24  really one that I think would come to fruition.

25           My bigger -- I think what Ms. Rakoczy and I have

```
1   discussed at most, there might be a handful of witnesses
2   that are new that they could get to us the information and
3   we could get through that quickly.
4           My other fear, though, is if Congress does not
5   comply with DOJ's request, then what is the remedy?
6   If there are witnesses that they have talked to and
7   interviewed that DOJ doesn't have access to and we don't
8   have access to, I don't know what the remedy is there; that
9   could be a problem.
10          And so that's where I see this becoming a problem.
11  If Congress complies and we get a handful of new things and
12  we can go through it quickly, great.  But if Congress
13  doesn't comply, that's going to create an issue.  And so I
14  don't know how to address that until we see if they comply
15  or not.
16          THE COURT:  Okay.
17          Well --
18          MR. BRIGHT:  I'm so sorry.
19          Philip, do you mind if I add in what we previously
20  discussed earlier today, in terms of the timing of what
21  Congress may do?
22          MR. LINDER:  No.  That's fine.
23          MR. BRIGHT:  Your Honor, if I may, James Lee
24  Bright, co-counsel with Mr. Linder for Mr. Rhodes.
25          One of the concerns that we have in our office
```

1    regarding this, and I don't think Phil has specifically

2    spoken specifically with Ms. Rakoczy about this, does have

3    to do with Congress complying, but it's about when they

4    choose to comply.  And I think we would all be naive if we

5    didn't see that there is, without going into far into it, a

6    political nature of what is being done and how it's being

7    handled.  I'm not going to choose sides here, that's not my

8    place.

9         But when we look at the mid-terms coming up in

10   early November and if one is inclined to believe that there

11   are aspects of the timing of how things will be released and

12   the manner in which they would be used as political bludgeon

13   for the mid-terms, one of the very grave concerns we have in

14   our office is the timing of when those matters might be

15   released and the impact they would have on our trial date,

16   and that's a deep concern that we have in terms of the

17   timing of the trial.

18        THE COURT:  Well, look, you know, there's only so

19   much that can be controlled.

20        You know, to Mr. Linder's question, if Congress

21   doesn't disclose the evidence -- I'm not saying it's not

22   possible but I'm not aware of any way for a federal court to

23   get Congress to turn over records.

24        MR. LINDER:  DOJ could indict them for

25   obstruction.

1              THE COURT:  I don't need that as a related case,

2    thank you very much.

3              MR. LINDER:  Understand.

4              THE COURT:  But, look, there are all issues with

5    that, and I think, frankly, there are probably no real

6    solutions.

7              You know, the evidence is not in the government's

8    custody or control, so it's not technically subject to

9    Rule 16.  And if it's not forthcoming from Congress,

10   I'm not sure there's a way to compel its production.

11   I mean, you can imagine how far a subpoena would go.

12             Ms. Haller.

13             MS. HALLER:  Thank you, Your Honor, if I may.

14             Technically, the government represents Congress in

15   this case essentially, because that's why we had to do a

16   site visit at Congress.

17             THE COURT:  Well, I'm not sure that's right,

18   Ms. Haller.  I mean --

19             MS. HALLER:  Well, the alleged victim, even though

20   the government doesn't necessarily --

21             THE COURT:  Right.

22             MS. HALLER:  -- represent victims, but the alleged

23   victim would be Congress.

24             And the challenge we have, both with discovery and

25   with prejudice, is that it's -- well, number one, on the

1    prejudice issue with the motion to transfer, we would argue,

2    while it's national, there's clearly evidence coming out,

3    and we can file a supplement to this effect if Your Honor

4    needs it or the government, but there's a Yahoo! and

5    YouGov.com poll that came after the first two hearings that

6    show that, actually on a national basis, the impact is

7    minimal.

8              But the concern we have is the local basis,

9    Washington, D.C., *The Washington Post*, you know, daily

10   updates.  They have their own section on the insurrection.

11   You go to the January 6th, it's a heading on the paper.

12             We're inundated in this, and so we would add to

13   our motion to transfer that we do believe there's a

14   solution, because the Eastern District of Virginia pulls

15   from seven counties and is much more removed than the

16   District of Columbia, as our earlier evidence shows.

17             To the extent that these are going simultaneously,

18   these congressional hearings, with these prosecutions,

19   I think the prejudice is undeniable, as explained by

20   *Delaney*, and in the cases we previously cited to this Court,

21   Your Honor.  So I would just highlight that issue.

22             And to the extent that the government made the

23   representation that if she believes all counsel are ready

24   for September, I think we've already made clear that we're

25   requesting later or November.  But to the extent that

```
 1   there's prejudice, we did -- I believe we've covered these
 2   issues, but we do believe that's a solution.
 3           And we would also note that today it was reported
 4   in The Washington Post that they had a seven-defendant
 5   trial, or nine defendant, excuse me, seven- or
 6   nine-defendant trial where the defendants were today
 7   convicted on criminal allegations.  And the bottom line is,
 8   I believe they can seat more defendants at trial.  So
 9   there's a practical element to it, as well as only being 8.1
10   miles away from this Court.  Thank you, Your Honor, unless
11   Your Honor has questions.
12           THE COURT:  Okay.
13           Anyone else want to be heard on the January 6th
14   committee issue?
15           Okay.  Look, I think all we can do -- the best we
16   can do is see how it plays out.  And depending upon the
17   timing of disclosures, if there are to be disclosures, we'll
18   see what effect that has on our schedule here.
19           Okay.  Let's then turn to the government's motion
20   that was filed in this case regarding a request for an
21   inquiry pursuant to D.C. Rule of Professional Conduct
22   1.8(e).
23           The motion raises the question of to what extent
24   fees are being received by counsel from sources other than
25   the defendant and what that might mean in terms of securing
```

1    certain understandings of the defendant -- of the client of

2    that fee arrangement.

3            So, Mr. Nestler, I think you're the signatory on

4    that motion.  So what are you contemplating happened here?

5            MR. NESTLER:  Yes, Your Honor.

6            First, we wanted to raise this issue for the

7    Court, consistent with the case law and the government's

8    obligation to try to protect the record and raise for the

9    Court at the earliest possible time potential conflicts.

10            I think the final paragraph of our motion lays out

11   what we think would be the best course of action, would be

12   for Your Honor to review any fee agreements, ask counsel to

13   confirm their compliance with Rule 1.8(e).  I believe almost

14   all have told us they are in compliance, but ask them to

15   confirm that for Your Honor.  And then importantly, confirm

16   for Your Honor with each defendant who has retained counsel

17   who may be in this situation, the nature of their

18   understanding so that their consent can be informed.

19            One of the issues the government sees is it's

20   possible that the defendants don't fully understand or

21   appreciate the nature of the conflict based on where some of

22   the funding could be coming from.

23            And, of course, the government has no insight into

24   what these pay agreements, if they exist, look like or what

25   strings are attached to the money.  All we know is what's

1   based on public reporting, and what Mr. Moseley told, I

2   believe, the two different reporters who asked him questions

3   about it.

4            And so that does raise a concern for the

5   government if the organization who is funding some of the

6   defenses has certain strings or suggestions or requirements

7   for how certain defendants operate in terms of their

8   defenses.

9            THE COURT:  Okay.

10           And are you envisioning any role for a conflicts

11  counsel or is there government -- would the government

12  simply be satisfied if I were to make the requisite

13  inquiries?

14           MR. NESTLER:  We believe Your Honor could make the

15  requisite inquiries, especially including a review of the

16  fee arrangement.

17           We don't believe at this time there's a need for

18  conflicts counsel, but there certainly could be a benefit to

19  it.  But we believe it could be done in a straightforward

20  manner.  I honestly have no idea what the fee agreement

21  looks like.

22           THE COURT:  Okay.

23           All right.  So I know the time for an opposition

24  hasn't come yet, but what is the view of various defense

25  counsel on the request to make some inquiry, one; and, two,

1    to receive fee agreements so that I can review them in

2    camera and ex parte?

3          MR. LINDER:  Your Honor, on behalf of Mr. Rhodes,

4    first, this isn't -- I'm not picking on Mr. Nestler, but

5    first I'm a little bit offended at the timing of the filing

6    and the public nature of the filing.  If he had an issue

7    with alleged contracts, Mr. Moseley talked to the press back

8    in February, this is five months ago, he could have brought

9    it up then, he could have brought it up when individual

10   counsel signed on to the case.

11         I also am offended at the public nature of this

12   filing when some people in the Department of Justice --

13   Ms. Rakoczy and I spoke about this yesterday -- they decide

14   to file some things publicly and some things under seal, and

15   I believe this is filed publicly as a chance to embarrass or

16   harass defendants and their counsel, so I don't like it.

17         I have no problem at all having this discussion

18   with the Court about the fee arrangements with my clients;

19   I think that's relevant to the Court to figure out those

20   issues.  But I don't like the way that they pick and choose

21   what to file under seal and what to file publicly and that

22   they've waited so long to do this.

23         But, Your Honor, I am happy to discuss with you

24   off the record, outside of the media attention, our fee

25   arrangement, who paid it, how it's paid.  My client sitting

```
 1   there in the courtroom has -- we've talked about conflicts
 2   with him, he's aware, there is none, he's okay with our
 3   arrangement.  And so in that respect, I'm perfectly willing
 4   to have a conversation with Your Honor.
 5            MR. BRIGHT:  On behalf of Mr. Rhodes as co-counsel
 6   as well, Your Honor, I wholly support every single thing
 7   that Mr. Linder just said.
 8            I join with him that I believe this was
 9   intentionally filed publicly.  I, too, am offended by the
10   fact that it was done.  I understand the reasoning and the
11   basis of it.  But like Mr. Linder said, the government can
12   pick and choose what they choose to file publicly or
13   privately under seal.  I do believe there was an intent to
14   do this publicly.
15            But we would comply with any request by the Court
16   in terms of contracts.  Mr. Rhodes is there, he understands
17   who is paying us, he consented to it the first day that we
18   met with them.  And as Mr. Nestler referenced, there are no
19   strings attached to any defense that we offer, none.
20            And the third point of 1.8(e) regarding the basis
21   of 1.6 confidentiality, this is stuff that we hold dear in
22   our office and we would welcome any inquiry into this
23   matter.
24            THE COURT:  Okay.
25            Anyone else want to be heard or wish to be heard
```

```
1    on this issue?

2           MR. WOODWARD:  Your Honor, Mr. Woodward on behalf

3    of Mr. Meggs.

4           THE COURT:  Okay.

5           MR. WOODWARD:  We share in Mr. Linder and

6    Mr. Bright's concerns.

7           We just went through a conflicts process.  This

8    was something that easily could have been addressed when

9    Mr. Wise was working through some of these issues with our

10   client.

11          We also would observe -- we had intended to file

12   an opposition, but we would observe that the government's

13   representations in its brief are not entirely accurate.  The

14   case law that they rely on is readily distinguishable from

15   the allegations that Mr. Moseley lodged in various

16   publications.  And we're not sure that whatever Mr. Moseley

17   said or didn't say does give rise to the need for this

18   inquiry, distracting defense counsel from an

19   ever-approaching trial date.

20          And so, you know, if the Court looks to the --

21   I don't think it's worth doing this any further on a public

22   docket, but I think if the Court looks to what Mr. Moseley

23   said and what the government is complaining of, they're just

24   irreconcilable.  It makes to us very little sense that we're

25   going through this exercise at this late hour, given the way
```

1    that the motion is postured.

2          And so, yes, we intended to oppose, but we're also

3    happy to certify for the Court at any time that we remain

4    compliant with every ethical obligation of an attorney

5    before Your Honor.

6          THE COURT:  Okay.

7          Anyone else?

8          MR. CRISP:  Your Honor, I think it's probably

9    appropriate that I address the Court as well if I may,

10   because I was listed as an individual who had not responded

11   to government counsel.

12         That is not the case as of today.  I did speak

13   with government counsel the other day and I have disclosed

14   to him the information he requested.  I don't believe this

15   is necessary.  While I was equally offended by the nature of

16   the pleading and the allegations, I don't really want to

17   spend the time to litigate this.  I'm happy to make a

18   representation to the Court.  I don't believe it's necessary

19   to go through any ex parte review of fee agreements.

20         And I did apprise my client of the nature of the

21   pleading, and my client, while not here, has authorized me

22   to take a representation that she is well-aware of source of

23   funding and has no concerns and is happy to address any

24   concerns in a later inquiry with this Court.

25

1          THE COURT:  Okay.

2          Anyone else?

3          MR. SHIPLEY:  Your Honor, on behalf of Mr. Minuta,

4   I was listening to the government's pleading as having

5   indicated that I would not provide any information to the

6   Justice Department, but that my client and I were happy to

7   respond to any inquiries of the Court, remain of that

8   position, not in open court, I don't think that's

9   appropriate, I think the Court simply needed to confirm that

10  my client is aware of the potential conflict and knowingly

11  and the intelligently waives it, and that's the end of the

12  inquiry.

13          THE COURT:  Okay.

14          Ms. Haller.

15          MR. FISCHER:  Your Honor, if I may on behalf of

16  Mr. Caldwell, while I'm privately retained, Mr. Caldwell, he

17  is not being funded by any organization, including the

18  organization referenced by the government.  So I don't mind

19  an inquiry.

20          I certainly certify that I have abided by all

21  ethical rules, and I have explained to Mr. Caldwell the

22  government's filing, and he understands what the potentials

23  are that are out there.

24          And, Your Honor, I would not be on board with

25  turning over fee agreements because I don't believe the

1    government's filing really pertains to Mr. Caldwell.

2           MR. GEYER:  Your Honor, Brad Geyer for Ken

3    Harrelson.

4           I believe I'm one of the counsel who refused to

5    provide the government with any information either to

6    confirm or deny what was alleged.

7           I do that as matter of practice and policy;

8    I don't make comments on source-of-funds issues unless it's

9    a situation where a court would like information, in which

10   case we'll comply with whatever court directives there may

11   be.

12          My client's fully understanding of the situation

13   that confronts him.  All of these issues have been early

14   discussed with Mr. Harrelson from the very beginning, and

15   his wife, Angel Harrelson, there are no issues.

16          As a matter of public policy, I am opposed to

17   sharing fee agreements.  But if it's -- if, in the Court's

18   judgment, that's necessary based on what is a very weak

19   filing, in my view, on the part of the government other than

20   OBM statements made -- allegedly made to different members

21   of the media, we'll provide any information of the Court

22   that the Court demands.

23          THE COURT:  So -- Ms. Haller.

24          MS. HALLER:  Yes, Your Honor, if I may.

25   Thank you.

1          I would just briefly add that having worked with

2    conflicts counsel now twice, the first time I worked with

3    them, we did provide -- I did provide to them the

4    representation agreement, and I certified to the government

5    that I am in compliance with Rule 1.8.

6          I second or join, as Mr. Woodward did Mr. Linder's

7    comments, because the concern we have with representations

8    made by Mr. Moseley is -- just as an aside but raises a

9    housekeeping issue that Mr. Woodward and I have that I'd

10   like to raise with the Court is that we can't get any prior

11   documents Mr. Moseley had specific only to Mr. Meggs, we

12   can't -- he won't contact us, he won't help us, he won't

13   provide those.  I remember when he appeared in this Court

14   and said he had this problem with Mr. Wilson before him.

15         You know, the challenge is, I can't speak for what

16   Mr. Moseley said or didn't say, but I can tell you conflicts

17   counsel is aware of my representation agreement and I am

18   concerned about the lack of good faith when we did certify

19   to the government that we are in compliance and the

20   government knows we've been working with conflicts counsel.

21   And that's all I'd add.  Thank you, Your Honor.

22              THE COURT:  Okay.

23         Look, I am -- leave aside for the moment whether

24   this ought to have been publicly filed or not.  I think it

25   probably does make some sense, out of an abundance of

 1    caution, for me to ensure that any defendant who finds

 2    himself or herself in this position has made the requisite

 3    representations on the record.

 4         You know, the Circuit has not spoken to this

 5    particular rule and this particular conflict, but it has

 6    spoken to the issue of conflicts in other contexts, and,

 7    frankly, for the same reasons we've had conflicts counsel

 8    appointed, perhaps even when one wasn't necessary, I've done

 9    it just out of an abundance of caution and to ensure that

10    everybody's receiving appropriate advice and appropriate

11    disclosures are being made and that the record reflects that

12    any potential conflicts are being waived knowingly and

13    voluntarily.

14         So here's what I'm going ask you all to do.  For

15    anybody that is affected by this situation, that is, you are

16    receiving fees from a source other than your client that is

17    not CJA funds, obviously if you're receiving CJA funds, this

18    is not -- this is not applicable, I can't remember if any of

19    you are, I think Ms. Halim may be, other than that,

20    I'm not sure -- if you all could just submit to me

21    in-camera, ex-parte your fee agreements, you can just submit

22    them directly to chambers, they will not be seen by anyone

23    other than me and my staff.  You can send them to Mr. Douyon

24    who will then forward them to me and I'll take a look at

25    them.

1          After I receive them, I will set down individual

2    hearing times with counsel and the relevant defendants who

3    are impacted just to have a colloquy to ensure that they are

4    aware of any potential conflicts and that they are

5    waiving -- or acknowledging them and still prepared to

6    proceed with the potential for conflicts arising either

7    presently or in the future, okay?

8          So if you all -- as I said, just whoever's

9    impacted by this, if I don't get something from you, I will

10    take that as a representation; for example, you know, on

11    behalf of Mr. Caldwell, for example, Mr. Fischer, obviously

12    you don't need to submit anything, but if you are impacted

13    by this, please just send something by next Friday.

14          Okay.  That is everything I had on my agenda.

15    Does anybody else want to raise anything else?  The only

16    other person -- I only had to raise one thing and that's

17    with Mr. Minuta and his counsel.  Other than that -- yes,

18    Ms. Rakoczy.  Oh, yes, you wanted to discuss scheduling.

19    Sorry.

20          All right.  Now, I have the pretrial order in

21    front of me.

22          MS. RAKOCZY:  Your Honor, I think our two main

23    topic areas were having to do with jury selection and the

24    Pretrial Conference.  I think Mr. Linder had some additional

25    issues he may want to raise as well.

1          But from the government's perspective, I think we

2    were just curious if the Court had summoned the panel yet

3    and if the Court would be willing to share with us the size

4    of the panel.  And we were also curious if the Court had

5    made any decisions yet or if it might be prudent to discuss

6    the issue of preemptory strikes so we have a sense of how

7    many jurors we need to qualify.

8          We also wanted to ask the Court if it had any

9    further thoughts on whether the Court was available to begin

10   jury selection at least on the 19th of September and whether

11   that would make sense to try to keep the course -- the trial

12   on track.

13          THE COURT:  So, Ms. Rakoczy, I'll try to answer

14   your questions, perhaps not in the order in which you asked

15   them.

16          I do not believe -- well, let's put it this way.

17   I have not requested that the jury office send the summons

18   out yet.  I think when we were doing this for the last trial

19   date, it was ten weeks, and I think the ten-week date is

20   coming up not till July -- or August 1, give or take.

21   I guess that would actually have to be pegged to the date to

22   come for the questionnaire, as opposed to trial.  So I don't

23   think we'll be sending that summons out until July.  So if

24   we've got to tweak some things, we're not -- the suggestion

25   has not gone out, that's one.

1          Two, in terms of peremptories, I had not thought

2    about the issue, and I'm happy to get folks' view on it.

3    I have long assumed that we will have, at a minimum, given

4    the length of trial, most likely 16 jurors.  I was thinking

5    at least three or four alternates, given the length of the

6    trial, and so at least we'll have that number of jurors

7    additionally to qualify.  But if the defense, for example,

8    wishes more preemptory strikes than the usual ten, as I

9    suspect you might, I'm happy to hear any suggestions on what

10   you all think that number ought to be.

11          I think we had planned on calling 150 potential

12   jurors, and we were going to bring them in at staggered

13   intervals on at least, what, the time was September 13th to

14   complete that jury questionnaire.  And then, you know, that

15   would then afford time for defense counsel to take a look at

16   those or government to take a look at those and for me to

17   take a look at those and at least make a first cut as to

18   people who there's really no reason to even bring them in

19   for voir dire, and that may be because of intractable

20   conflicts, health reasons, for example, or perhaps they've

21   just answered questions in such a way that the person is

22   just not able to be -- that there's no real prospect that

23   the person can be fair and impartial; for example, somebody

24   who was on Capitol Hill the day of, if we get a response

25   from someone like that, that kind of response.  So those are

1    my thoughts.

2           And then in terms of timing, Ms. Rakoczy, I'm not

3    quite sure I heard what you were thinking about in terms of

4    making any adjustments.

5           MS. RAKOCZY:  Yes, Your Honor.

6           And thank you very much for that information.

7    It would be our position that if the Court is calling 125 to

8    150 potential jurors for the questionnaire, I think

9    addressing the issue of peremptory strikes right now is

10   probably not necessary, we're happy to work with the defense

11   on that.

12          THE COURT:  Yeah, we're not calling in the usual

13   50, I can promise you that.

14          MS. RAKOCZY:  Thank you, Your Honor.

15          We do think that process, as well as the detailed

16   questionnaire, should hopefully help a little bit, too, with

17   any concerns we have coming out of the select committee's

18   proceedings.

19          Just with timing, Your Honor, the two questions we

20   had were whether the Court had any further thoughts about

21   starting at least jury selection earlier than the 26th.  The

22   Court had, I think at our last hearing, discussed the

23   possibility of beginning on September 19th.

24          And then we also, in thinking through the volume

25   of issues we may have to have addressed at the Pretrial

1  Conference, we're wondering if the Court was confident that

2  one day would be enough or whether it might be prudent to

3  get a second day at least on the calendar in the event that

4  we need it for spillover.

5           THE COURT:  So I think the second issue is a

6  little easier than the first.

7           So I am presently scheduled to be in trial the

8  week of the 19th.  It's a January 6th case in which the

9  defendant is not held.  In theory if I can get the

10 government and defense counsel in that case to move the

11 trial up by a couple of weeks, to the first full week in

12 September, that would free up the week of the 19th for me.

13 But as of right now, I'm not able to move jury selection to

14 the 19th because I'll be selecting a different jury that day

15 in another matter.

16          And then insofar as the Pretrial goes, so right

17 now I'm supposed to be on duty the week of the 12th in the

18 Foreign Intelligence Surveillance Court, and so setting

19 aside a full additional day will be challenging for me.

20          That said, if we can move up the Pretrial to

21 September 5th, I could see you all on September 8th or

22 9th -- September 8th.  Now, that, of course -- the problem

23 with that is if I'm going to move that other trial up, that

24 would foreclose doing -- having a Pretrial on the 8th.

25          So maybe the thing to do is to see if I can move

1    that trial up, because if I can move that trial up from the

2    19th through the 5th, that would free up another day to

3    have -- we could start jury selection on the 19th or even

4    later in the week and we could do a second day of Pretrial

5    on the week of the 19th if we think that's necessary.

6            MS. RAKOCZY:  Thank you, Your Honor.

7            The government certainly does not want to dictate

8    or suggest to the Court how it addresses its schedule, we

9    just wanted to raise some concerns we had about making sure

10   the trial starts on time.

11           THE COURT:  Yeah, no, that's fair.

12           Let me make an inquiry and find out what I can

13   find out about moving this other trial.  And if I can do

14   that, then that may give us some flexibility, okay?

15           MS. RAKOCZY:  Thank you very much, Your Honor.

16           THE COURT:  Anything else then?

17           Mr. Linder.

18           MR. LINDER:  Yes, Your Honor.

19           Yes, Ms. Rakoczy and I had spoken about this

20   before.

21           In an effort to streamline the trial process, as

22   you're aware of the abundant nature of evidence we have, she

23   and I have discussed having the government elect which

24   Signal chats they would use in the trial and trying to

25   streamline those chats and try to resolve Rule 106 issues as

```
 1   far as completeness and things like that, and that would --
 2   she didn't think the government could have that done by her
 3   motion in limine deadline in late July.  So in an effort --
 4   she and I are working together to try to figure this out.
 5   We would like maybe that's a soft deadline and the Court
 6   have some flexibility as long as the two sides are working
 7   together on that; we may need to file motions in limine a
 8   little bit after July 29th.
 9                THE COURT:  That's fine.
10                I mean, look, I know that this is fluid.  It's not
11   like a civil case.  I don't think we can -- I think
12   deadlines have to be a little bit more flexible in criminal
13   cases, and so -- which is not to suggest to anyone that you
14   shouldn't meet your deadlines.  That said, I can understand
15   if there's a need for a little extra time around the edges
16   to resolve things, and that's fine.
17                I mean, look, the goal here is to be ready for
18   that first trial group by September 26th.  So as long as
19   we're all rowing in the same direction to that goal, I'm
20   happy to be flexible with some timing issues, okay?
21                MR. LINDER:  Thank you.
22                THE COURT:  Okay.  Anything else before we
23   adjourn?
24                Do we have another date on the calendar here for
25   this?
```

```
1              MS. RAKOCZY:  No, Your Honor.

2              THE COURT:  Are you all available on August 2nd at

3      11:00 a.m.?

4              MR. CRISP:  No, Your Honor.  Jonathan Crisp.

5              On behalf of Jessica Watkins, I am not available

6      on the 2nd, Your Honor.

7              THE COURT:  Are you unavailable the whole week,

8      Mr. Crisp, or just that day and time?

9              MR. CRISP:  I am out of the country from 29 July

10     to 8 August, Your Honor.

11             THE COURT:  Anyone else have an issue with the

12     2nd?

13             MR. LINDER:  No, Your Honor, not on behalf of

14     Mr. Rhodes.

15             THE COURT:  Mr. Crisp, would it be possible for

16     you, just given the scheduling difficulties here, to either

17     have someone stand in for you or have one of the other

18     defense counsel stand in?

19             MR. CRISP:  I'm sure I can coordinate something to

20     either effect prior to that.  If I think there's going to be

21     any issues, I can certainly alert the Court in advance of

22     the proposed hearing date.

23             THE COURT:  I appreciate that.

24             And it's just given the number of counsel we have,

25     if there's an opening, you know, I feel like I've got to
```

1   take it and ask for everybody's indulgence.

2         So let's plan to meet again August 2nd at 11:00

3   and we'll go from there.

4         All right.  Anything else anybody wants to raise

5   before we adjourn?

6         MR. FISCHER:  Your Honor, on behalf of

7   Mr. Caldwell, I just want to clarify, I assume that the

8   Court, the motions -- the Rule 12 motions that were filed

9   under the previous indictment, that those motions, to the

10  extent they apply to the superseding indictment, there's no

11  need to refile those motions?  They would apply with equal

12  force to the superseding indictment?

13        THE COURT:  Yes, that's a fair assumption,

14  Mr. Fischer.  Yes, that's fair assumption.  You do not need

15  to even refile a notice re-asserting your prior arguments.

16  I think it's understood that the same arguments apply to the

17  indictment -- portions of the indictment which remain the

18  same and the claims that remain the same.

19        MR. FISCHER:  Thank you, Your Honor.  I have

20  nothing further.

21        THE COURT:  Okay.  Thanks for flagging that,

22  Mr. Fischer.  Okay.

23        All right.  Thank you, everybody.  We will -- I'll

24  be in touch with those of you from whom I receive fee

25  agreements next Friday; and, otherwise, we'll see everybody

1    else on August 2nd.

2              Thank you, everybody.

3              MR. SHIPLEY:  Your Honor, you had indicated you

4    wanted Mr. Minuta to stick around; you had something to take

5    up with him.

6              THE COURT:  Oh, yes.

7              These gentlemen are free to be taken back.

8    Thank you, everyone.

9              Okay.  I going to ask that the public line be

10   turned off because this relates to an under-seal matter.

11             Could I ask the Marshal to just lock the courtroom

12   and this portion of the hearing will be under seal.

13             (Sealed proceedings)

14   ██████████    ████████████████████

15   ████████████████████████████████

16   ██████████████████████████████████████

17   ██████████████████████████████████████

18   ████████████████████████████

19       ████████████    ██████████████████

20   ██████

21       ████████    ██████████████████████

22   ██████████████████████████████

23      ██████████████████████

24      ████████████████

25             (Proceedings concluded at 2:28 p.m.)

# C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__July 20, 2022_____    

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 5/2 5/5 16/4

**DEFENDANT MEGGS: [3]** 12/14 12/17 23/15

**MR. BRIGHT: [4]** 38/18 38/23 46/5

**MR. CRISP: [5]** 29/22 48/8 60/4 60/9 60/19

**MR. FISCHER: [7]** 30/12 30/18 31/2 31/7 49/15 61/6 61/19

**MR. GEYER: [4]** 27/19 28/2 28/11 50/2

**MR. LINDER: [19]** 15/1 15/6 15/9 15/14 16/11 18/18 19/8 19/13 19/16 20/13 28/9 37/15 38/22 39/24 40/3 45/3 58/18 59/21 60/13

**MR. NESTLER: [4]** 10/18 14/12 43/5 44/14

**MR. PEED: [4]** 6/19 33/18 34/7 34/23

**MR. SHIPLEY: [5]** 31/13 31/20 32/25 49/3 62/3

**MR. WEINBERG: [1]** 33/13

**MR. WISE: [2]** 8/7 13/11

**MR. WOODWARD: [22]** 21/9 21/22 22/12 22/17 22/19 22/22 22/25 23/2 23/6 23/12 23/22 24/5 24/25 25/2 25/24 26/21 27/2 27/6 27/16 28/15 47/2 47/5

**MS. HALIM: [2]** 33/3 33/9

**MS. HALLER: [13]** 11/16 11/25 20/22 26/7 26/10 28/14 28/21 29/12 29/15 40/13 40/19 40/22 50/24

**MS. RAKOCZY: [14]** 15/16 16/24 24/13 35/15 36/10 37/5 37/9 53/22 56/5 56/14 58/6 58/15 60/1 62/19

**MS. SOLLER: [1]** 9/25

**THE COURT: [106]**

**0**

**0549 [1]** 3/10
**08077 [1]** 2/19
**0826 [1]** 3/24

**1**

**1,000 [1]** 27/21
**1.6 [1]** 46/21
**1.8 [4]** 42/22 43/13 46/20 51/5
**10 [1]** 5/11
**100 [1]** 37/21
**106 [1]** 58/25
**11 [1]** 5/11

**114 [1]** 3/18
**1150 [1]** 4/4
**11:00 [2]** 60/3 61/2
**12 [12]** 21/5 25/7 26/4 26/6 26/12 26/19 26/22 26/25 27/11 29/9 30/25 61/8
**125 [1]** 56/7
**12th [1]** 57/17
**1350 [1]** 3/8
**13th [1]** 55/13
**15 [2]** 1/4 5/6
**150 [2]** 55/11 56/8
**1512 [1]** 16/8
**15th [3]** 34/15 34/16 35/18
**16 [3]** 30/3 40/9 55/4
**17110 [1]** 2/23
**1775 [1]** 4/3
**18 [1]** 16/7
**1808 [1]** 2/9
**19106 [1]** 3/14
**19th [8]** 54/10 56/23 57/8 57/12 57/14 58/2 58/3 58/5
**1:06 [1]** 1/6

**2**

**20 [1]** 63/7
**20001 [1]** 4/9
**20006 [1]** 4/4
**20010 [1]** 2/10
**20036 [2]** 2/15 3/9
**2006 [1]** 2/18
**202 [6]** 1/16 2/10 2/15 3/10 4/5 4/10
**2022 [2]** 1/5 63/7
**20530 [1]** 1/16
**20th [1]** 35/18
**21-CR-40 [1]** 22/19
**21061-3065 [1]** 3/23
**214 [1]** 2/5
**215 [1]** 3/15
**22-15 [2]** 1/4 5/6
**22-15-1 [1]** 16/5
**2201 [1]** 3/4
**24 [1]** 1/5
**252-7277 [1]** 1/16
**252-9900 [1]** 2/5
**2615 [1]** 2/15
**265 [1]** 3/18
**26th [3]** 36/22 56/21 59/18
**29 [1]** 60/9
**29th [1]** 59/8
**2:28 [1]** 62/25
**2nd [5]** 60/2 60/6 60/12 61/2 62/1

**3**

**300 [1]** 3/23
**3065 [1]** 3/23
**308 [1]** 3/9
**321-0549 [1]** 3/10
**3249 [1]** 4/10
**3300 [1]** 3/4
**333 [1]** 4/9

**33950 [1]** 3/19
**352-2615 [1]** 2/15
**354-3249 [1]** 4/10

**4**

**40 [1]** 22/19
**4031 [1]** 2/23
**410 [1]** 3/24
**412-4676 [1]** 2/24
**4676 [1]** 2/24

**5**

**50 [1]** 56/13
**501 [1]** 3/14
**521-3336 [1]** 3/5
**555 [1]** 1/15
**5708 [1]** 2/19
**575-8000 [1]** 3/19
**5th [2]** 57/21 58/2

**6**

**601 [2]** 2/13 3/13
**607-5708 [1]** 2/19
**6th [14]** 13/1 13/2 20/1 20/11 22/9 22/13 27/22 35/2 35/12 37/3 37/12 41/11 42/13 57/8

**7**

**700 [1]** 2/4
**717 [1]** 2/24
**7277 [1]** 1/16
**7310 [1]** 3/22
**7447 [1]** 2/10
**75219 [1]** 2/5
**787-0826 [1]** 3/24

**8**

**8.1 [1]** 42/9
**8000 [1]** 3/19
**808 [1]** 3/5
**808Shipleylaw [1]** 3/6
**82 [1]** 26/8
**841 [1]** 3/4
**856 [1]** 2/19
**8th [6]** 30/23 33/7 34/12 57/21 57/22 57/24

**9**

**900 [1]** 2/14
**919-9491 [1]** 4/5
**928-1100 [1]** 3/15
**941 [1]** 3/19
**9491 [1]** 4/5
**96813 [1]** 3/5
**9900 [1]** 2/5
**996-7447 [1]** 2/10
**9th [1]** 57/22

**A**

**a.m [1]** 60/3
**abetting [2]** 15/21 16/7
**abided [1]** 49/20
**able [11]** 19/10 22/6 24/15 26/16 27/1 34/12 34/14 36/16 36/21 55/22 57/11

**11/8 13/9 18/7 19/3 20/6 22/3 23/24 24/1 27/12 31/5 31/19 34/5 36/11 37/12 39/2 39/3 44/3 45/13 45/18 46/1 51/18 55/2 56/3 56/20 58/9 58/13 58/19**
**above [1]** 63/4
**above-titled [1]** 63/4
**absolutely [1]** 25/25
**abundance [2]** 51/25 52/9
**abundant [1]** 58/22
**accept [2]** 25/23 33/20
**access [6]** 19/5 19/6 35/19 35/23 36/2 36/19 38/7 38/8
**access-to-your-client [1]** 19/5
**accurate [1]** 47/13
**acknowledging [1]** 53/5
**action [1]** 43/11
**actual [1]** 9/17
**actually [6]** 15/3 20/23 32/10 41/6 54/21
**add [11]** 9/24 11/18 12/4 25/13 27/20 28/22 31/5 38/19 41/12 51/1 51/21
**added [2]** 13/25 16/5
**additional [12]** 13/10 18/14 18/19 18/25 24/5 25/2 28/6 30/1 33/5 34/9 53/24 57/19
**additionally [1]** 55/7
**address [9]** 18/3 21/2 21/7 23/18 28/5 28/18 38/14 48/9 48/23
**addressed [2]** 47/8 56/25
**addresses [2]** 31/16 58/8
**addressing [2]** 18/13 58/8
**adds [2]** 13/18 15/25
**adjourn [2]** 59/23 61/5
**adjournments [1]** 56/4
**adopt [1]** 25/8
**adopting [1]** 25/15
**advance [3]** 17/23 26/5 60/21
**adverse [1]** 9/10
**advice [4]** 9/7 9/9 9/14 52/10
**advise [3]** 7/13 11/6 11/8
**advised [1]** 8/23
**affected [2]** 52/15 55/15
**afford [1]** 55/15
**after [14]** 8/7 41/5 53/1 59/8
**afternoon [7]** 5/5 6/7 27/19 29/22 33/3 33/13 33/18
**ag3law [1]** 3/10
**again [6]** 6/6 13/8

**against [6]** 13/18 13/19 13/19 14/16 14/19 16/16
**agenda [3]** 7/9 20/6 53/14
**ago [1]** 45/8
**agree [1]** 12/15
**agreeable [2]** 14/21 14/22
**agreed [2]** 7/12 22/2
**agreement [3]** 44/20 51/4 51/17
**agreements [8]** 43/12 43/24 45/1 48/19 49/25 50/17 52/21 61/25
**ahead [2]** 13/10 15/24
**aided [1]** 4/11
**aiding [2]** 15/20 16/7
**ain't [1]** 19/12
**AL [1]** 1/6
**alert [2]** 35/25 60/21
**Alfred [2]** 3/7 3/8
**all [61]** 5/2 5/3 6/10 6/22 10/1 10/7 11/1 12/19 13/8 13/13 13/14 14/6 14/14 14/15 14/16 18/14 20/18 22/8 23/17 24/19 25/1 25/24 25/19 27/4 27/8 27/18 29/9 29/20 30/9 30/24 30/25 31/9 31/19 32/1 32/9 34/24 35/1 35/5 36/21 37/10 39/4 40/4 41/23 42/15 43/14 43/25 44/23 45/17 49/20 50/13 51/21 52/14 52/20 53/8 53/20 55/10 57/21 59/19 60/2 61/4 61/23
**All right [2]** 11/1 25/1
**allegations [3]** 42/7 47/15 48/16
**alleged [4]** 40/19 40/22 45/7 50/6
**allegedly [1]** 50/20
**alleges [1]** 14/15
**almost [1]** 43/13
**already [3]** 25/9 25/16 41/24
**also [12]** 8/20 10/20 21/3 21/6 24/15 42/3 45/11 47/11 48/2 54/4 54/8 56/24
**alterations [1]** 28/18
**alternates [1]** 55/5
**Although [1]** 19/14
**am [12]** 12/1 13/8 45/11 45/23 46/9 50/16 51/5 51/17 51/23 57/7 60/5 60/9
**amended [2]** 18/15 18/15
**AMERICA [2]** 1/3 5/6
**AMIT [2]** 1/10 5/3
**amount [3]** 10/6 10/6 35/6
**Angel [1]** 50/15

**A**

Angela [2]  3/12 5/22
angie [1]  3/15
announce [2]  15/8 15/11
another [6]  16/1 21/13 21/19 57/15 58/2 59/24
answer [2]  29/23 54/13
answered [1]  55/21
answering [1]  11/25
anticipate [4]  17/4 25/8 30/3 30/13
anticipated [2]  25/7 36/1
any [54]  7/2 9/7 9/10 9/20 11/14 12/2 12/23 13/17 15/24 18/14 18/19 23/4 24/1 24/9 26/15 27/7 27/8 27/13 28/5 28/6 30/1 30/25 31/6 35/22 35/23 36/1 36/7 39/22 43/12 44/10 46/15 46/19 46/22 47/21 48/3 48/19 48/23 49/5 49/7 49/17 50/5 50/21 51/10 52/1 52/12 52/18 53/4 54/5 54/8 55/9 56/4 56/17 56/20 60/21
anybody [9]  7/9 14/9 32/19 33/22 33/25 37/11 52/15 53/15 61/4
anymore [1]  25/5
anyone [8]  13/4 42/13 46/25 48/7 49/2 52/22 59/13 60/11
anything [19]  7/8 9/24 12/9 13/5 19/3 19/5 19/6 27/14 27/20 31/5 31/12 32/24 33/9 35/21 53/12 53/15 58/16 59/22 61/4
anywhere [1]  19/12
apologize [1]  15/16
appearance [1]  21/5
appearances [5]  1/13 1/19 2/25 3/25 21/11
appeared [3]  21/12 21/23 51/13
appearing [2]  6/2 6/4
appellate [1]  34/3
applicable [2]  29/10 52/18
apply [3]  61/10 61/11 61/16
appointed [1]  52/8
appreciate [4]  24/16 29/13 43/21 60/23
apprise [2]  8/8 48/20
apprised [1]  24/3
approach [1]  14/24
approaching [1]  47/19
appropriate [6]  18/3 24/17 48/9 49/9 52/10 52/10
April [1]  35/18
are [66]
areas [1]  53/23

**B**

back [8]  18/6 19/17 20/12 21/4 23/11 28/3 45/7 62/7
background [1]  21/1
BARRETT [2]  2/3 4/8
based [8]  10/12 12/19 18/15 30/5 34/9 43/21 44/1 50/18
basically [1]  19/8

---

**A**

argue [1]  22/1
argument [2]  28/7
arguments [3]  26/11 61/15 61/16
arise [3]  8/1 11/14 12/24
arising [8]  7/7 8/17 9/4 12/25 13/1 28/7 35/2 53/6
arose [1]  9/10
around [2]  59/15 62/4
arraign [2]  14/8 14/21
arraigning [1]  14/22
arrangement [4]  43/2 44/16 45/25 46/3
arrangements [1]  45/18
arrived [1]  19/18
articulated [1]  15/20
as [76]
aside [3]  51/8 51/23 57/19
ask [20]  10/11 10/20 12/9 12/10 14/6 18/14 28/4 32/7 32/10 32/11 32/21 34/16 36/24 43/12 43/14 54/14 54/8 61/1 62/9 62/11
asked [5]  7/20 9/14 28/5 44/2 54/14
asking [2]  34/21 36/7
aspects [1]  39/11
asserting [1]  61/15
assist [1]  17/23
ASSOCIATES [1]  2/22
assume [1]  61/7
assumed [1]  55/3
assumption [2]  61/13 61/14
attached [2]  43/25 46/19
attention [2]  32/5 45/24
attorney [1]  48/4
ATTORNEY'S [1]  1/15
August [5]  52/20 60/2 60/10 61/2 62/1
authority [1]  14/4
authorized [1]  48/21
available [3]  54/9 60/2 60/5
Avenue [5]  2/4 2/13 3/8 3/18 4/9
aware [8]  35/5 39/22 46/2 48/22 49/10 51/7 53/4 58/22
away [1]  42/10

**B**

be [92]
because [17]  7/14 12/5 19/1 19/2 20/6 20/8 26/4 34/15 40/15 41/14 48/10 49/25 51/7 55/19 57/14 58/1 62/10
becoming [1]  38/10
been [34]  6/12 7/17 10/14 10/15 11/20 11/23 11/23 12/5 13/16 16/5 17/2 17/10 17/11 18/23 18/23 19/10 19/17 25/9 25/11 25/15 26/4 27/11 29/5 31/11 35/13 35/20 36/2 36/5 36/9 37/7 47/8 50/13 51/20 51/24
before [16]  1/10 6/13 9/24 21/12 21/23 22/14 24/3 30/6 32/19 34/14 35/6 48/5 51/14 58/20 59/22 61/5
begin [3]  21/14 35/10 54/9
beginning [3]  22/4 50/14 56/23
behalf [23]  16/11 18/12 18/24 21/10 27/14 27/18 28/9 28/11 29/21 31/10 33/4 33/12 33/16 37/15 45/3 46/5 47/2 46/13 61/6 53/11 60/5 60/13 61/6
being [8]  10/4 39/6 39/6 42/9 42/24 49/17 52/11 52/12
believe [30]  8/24 9/9 10/19 11/21 14/9 15/6 17/22 20/24 25/18 25/18 25/19 26/21 39/10 41/13 42/1 42/2 42/8 43/13 44/2 44/14 44/17 44/19 45/15 46/8 46/13 48/14 48/18 49/25 50/4 54/16
believes [1]  41/23
benefit [1]  44/18
Berwick [1]  2/18
best [3]  17/17 42/15 43/11
between [1]  37/1
beyond [2]  31/20 36/2
bid [1]  19/15
bigger [1]  19/17
Bishop [1]  3/4
bit [8]  11/17 23/19 25/10 29/8 45/5 56/16 59/8 59/12
bludgeon [1]  39/12
board [1]  49/24
both [22]  7/14 7/21 8/11 8/12 8/18 8/21 8/22 9/2 9/6 9/8 9/14 9/16 10/3 10/19 11/19 11/23 12/1 12/25 13/22 13/25 20/9 40/24

---

bottom [2]  41/6 46/11
Brad [1]  50/2
Bradford [3]  2/17 2/20 5/19
BRAND [1]  2/9
brandwoodwarlaw.c om [1]  2/11
breath [1]  11/17
brief [1]  47/13
briefing [3]  32/8 32/20 32/21
briefly [1]  8/8 51/1
Bright [4]  2/3 2/3 5/15 38/24
Bright's [1]  47/6
bring [4]  25/14 32/4 55/12 55/18
brought [3]  27/24 45/8 45/9
BROWN [1]  3/17
bsrwlegal.com [1]  3/20
Building [1]  2/14
built [1]  8/25
bulk [1]  17/2
bunch [1]  37/20
Burnie [1]  3/23
business [1]  16/18
button [1]  20/11

**C**

Caldwell [12]  3/21 5/11 5/24 6/3 29/3 30/10 49/16 49/16 49/21 50/1 53/11 61/7
calendar [3]  32/6 57/3 59/24
calling [3]  55/11 56/7 56/12
came [2]  13/15 41/5
camera [1]  45/2 52/21
can [43]  7/2 12/8 14/23 15/10 15/12 17/17 18/6 22/10 22/18 23/20 24/21 26/2 27/1 29/8 32/5 32/15 36/24 37/18 38/12 39/19 40/11 41/3 42/8 42/15 42/16 43/18 45/1 46/11 51/16 52/21 52/23 55/23 56/13 57/9 57/20 57/25 58/1 58/12 58/13 59/11 59/14 60/19 60/21
can't [4]  51/10 51/12 51/15 52/18
canceled [1]  19/17
Capitol [1]  55/24
care [1]  30/9
case [32]  5/6 7/18 11/7 16/4 17/2 21/1 22/9 22/10 22/13 22/19 23/5 23/7 24/11 24/18 28/6 35/4 35/5 35/9 35/12 35/17 37/13 40/1 40/15 42/20 43/7 45/10 47/14 48/12 50/10 57/8 57/10 59/11
case-specific [1]  17/2

---

cases [6]  8/17 8/20 12/25 26/13 41/20 59/13
caution [2]  52/1 52/9
caveat [1]  34/16
caveats [1]  10/18
certain [5]  18/22 26/10 43/1 44/6 44/7
certainly [9]  20/25 24/12 32/1 32/21 35/25 44/18 49/20 58/7 60/21
certified [2]  4/7 51/4
certify [4]  48/3 49/20 51/18 63/2
CH [1]  4/8
challenge [2]  40/24 54/15
challenging [1]  57/19
chambers [6]  19/4 23/23 32/5 32/13 32/18 52/22
chance [1]  45/15
change [1]  13/24
changes [1]  16/2
charge [1]  15/18
chats [2]  58/24 58/25
check [1]  6/10
check-in [1]  6/10
Chevalier [1]  7/21
choose [5]  39/4 39/7 45/20 46/12 46/12
Cinnaminson [1]  2/19
Circuit [1]  52/4
circumstances [2]  8/15 23/25
cited [1]  41/20
civil [6]  8/22 9/4 13/1 32/12 32/22 59/11
civilian [1]  17/9
CJA [2]  52/17 52/17
claim [2]  13/18 13/18
claims [1]  61/18
clarified [1]  27/13
clarify [1]  61/7
clarity [1]  11/22
clauses [1]  14/3
cleaning [1]  25/9
clear [1]  41/24
clearest [1]  34/4
clearly [2]  21/19 41/2
client [13]  6/14 15/3 16/11 19/5 22/21 43/1 45/25 47/10 48/20 52/16
client's [1]  50/12
clients [2]  14/8 45/18
CLINTON [1]  4/3
clintonpeed.com [1]  4/5
closely [1]  23/19
closer [1]  36/15
co [3]  24/14 38/24 46/5
co-counsel [3]  24/14 38/24 46/5
Code [1]  16/8
colleague [1]  8/9
colleagues [2]  24/10 25/16

**C**

collected [1] 36/9
colloquy [1] 53/3
COLUMBIA [2] 1/1
41/16
come [4] 20/11 37/24
44/24 54/22
comes [2] 19/25 23/10
coming [7] 17/4 18/19
39/9 41/2 43/22 54/20
56/17
comments [3] 27/24
50/8 51/7
commit [1] 28/17
committee [9] 20/1
27/22 35/2 35/12 35/20
36/9 37/3 37/12 42/14
committee's [1] 56/17
communication [1]
24/10
COMMUNITY [1] 3/12
compel [4] 31/21 32/13
32/15 40/10
complaining [1] 47/23
complete [1] 55/14
completed [1] 17/23
completely [1] 15/19
completeness [1] 59/1
compliance [4] 43/13
43/14 51/5 51/19
compliant [1] 48/4
complicated [2] 32/7
32/20
complies [1] 38/11
comply [7] 37/20 38/5
38/13 38/14 39/4 46/15
50/10
complying [1] 39/3
computer [2] 4/11
19/18
computer-aided [1]
4/11
concern [4] 39/16 41/8
44/4 51/7
concerned [1] 51/18
concerning [2] 7/6
23/25
concerns [7] 38/25
39/13 47/6 48/23 48/24
56/17 58/9
concluded [1] 62/25
conditional [1] 21/4
Conduct [1] 42/21
conducted [1] 35/20
conference [4] 1/9
32/4 53/24 57/1
confident [1] 57/1
confidentiality [1]
46/21
confirm [7] 9/15 10/22
43/13 43/15 43/15 49/9
50/6
confirmation [1] 12/21
conflict [7] 7/6 11/20
12/3 24/11 43/21 49/10
52/5
conflicts [36] 6/25 7/1
7/7 7/13 7/14 8/15 8/24

10/13 10/15 11/5 11/8
11/11 11/14 11/20
12/12 12/20 12/23 13/3
43/9 44/10 44/18 46/1
47/7 51/2 51/16 51/20
52/6 52/7 52/12 53/4
53/6 55/20
confronts [1] 50/13
Congress [13] 20/9
37/19 38/4 38/11 38/12
38/21 39/3 39/20 39/23
40/9 40/14 40/16 40/23
congressional [1]
41/18
Connecticut [1] 3/8
connection [1] 12/25
consent [1] 43/18
consented [1] 46/17
consider [1] 34/9
consideration [1]
31/14
consistent [2] 17/8
43/7
consists [1] 17/6
conspiracy [4] 14/1
14/1 14/2 16/2
Constitution [1] 4/9
contact [4] 32/5 32/13
32/18 51/12
contemplate [1] 33/4
contemplating [1] 43/4
context [1] 32/22
contexts [1] 52/6
continuance [2] 24/17
36/18
continue [2] 17/19
17/20
CONTINUED [3] 2/1
3/1 4/1
contracts [2] 45/7
46/16
control [1] 40/8
controlled [1] 39/19
convenes [1] 11/8
convenient [1] 17/16
conversation [1] 46/4
conversations [2] 8/25
9/13
convicted [1] 42/7
coordinate [1] 60/19
copying [1] 23/23
correct [5] 6/18 6/19
23/14 25/19 63/3
corrected [1] 27/12
could [21] 8/15 19/14
20/5 30/18 38/2 38/3
38/9 39/24 43/22 44/14
44/18 44/19 45/8 45/9
47/8 52/20 57/21 58/3
58/4 59/2 62/11
counsel [60] 7/1 7/13
7/16 7/17 7/20 7/23 9/7
10/7 10/9 10/10 10/13
11/6 11/11 11/20 12/12
12/13 12/20 14/6 14/7
16/22 17/16 17/17
17/24 18/7 20/15 21/4

35/24 35/25 36/10
36/12 36/21 38/24
41/23 42/24 43/12
43/16 44/11 44/18
44/25 45/10 45/16 46/5
47/18 48/11 48/13 50/4
51/2 51/17 51/20 52/7
53/2 53/17 55/15 57/10
60/18 60/24
counsels' [1] 17/5
count [21] 13/19 13/20
13/25 14/18 14/22
14/23 15/3 15/8 15/11
15/12 15/13 15/20
15/23 16/3 16/5 16/6
16/12 28/8 29/11 30/14
31/15
Count 1 [5] 13/25 28/8
29/11 30/14 31/15
Count 7 [2] 13/20 16/6
counties [1] 41/15
country [1] 60/9
counts [3] 13/20 13/21
14/24 16/15 16/17
couple [2] 17/17 26/18
57/11
course [6] 23/24 31/4
43/11 43/23 54/1 54/1
57/22
court [54] 1/1 4/6 4/8
8/8 9/21 10/4 21/3
21/11 21/13 24/2 25/11
25/25 26/4 28/18 30/12
30/18 33/20 39/22
41/20 42/10 43/7 43/9
45/18 45/19 46/15
47/20 47/22 48/3 48/9
48/18 48/24 49/7 49/8
49/9 50/9 50/10 50/21
50/22 51/10 51/13 54/2
54/3 54/4 54/8 54/9
56/7 56/20 56/22 57/1
57/18 58/8 59/5 60/21
61/8
Court's [4] 15/2 17/5
17/8 50/17
courthouse [2] 21/21
21/22
courtroom [3] 15/8
46/1 62/11
cover [1] 34/17
covered [2] 9/25 42/1
covers [1] 34/24
CR [2] 1/4 22/19
create [1] 38/13
criminal [7] 5/6 8/20
9/3 12/25 16/4 42/7
59/12
Crisp [8] 2/22 2/22
5/20 6/14 29/20 60/4
60/8 60/15
crisplegal.com [1]
2/24
Crowl [1] 7/19
CRR [2] 63/2 63/8
curious [1] 54/2 54/4
current [1] 30/7 36/8

custody [1] 40/8
cut [1] 55/17

**D**

D.C [10] 1/5 1/16 2/10
2/15 3/9 4/4 4/9 19/9
41/9 42/21
daily [1] 41/9
Dallas [1] 2/5
date [13] 16/20 17/1
20/24 23/11 36/22
39/15 47/19 54/19
54/19 54/21 59/24
60/22 63/7
dates [3] 16/23 17/17
18/2
David [4] 3/17 3/21
5/10 5/24
day [10] 46/17 48/13
55/24 57/2 57/3 57/14
57/19 58/2 58/4 60/8
deadline [7] 26/6 27/5
30/7 30/23 34/20 59/3
59/5
deadlines [4] 18/2
18/22 59/12 59/14
deal [1] 6/24
dear [1] 46/21
December [1] 9/1
decide [1] 45/13
decisions [1] 54/5
deep [1] 39/16
defendant [38] 2/2 2/8
2/17 2/21 3/2 3/11 3/16
3/21 4/2 5/7 5/7 5/8 5/9
5/9 5/10 5/10 5/11 5/11
5/15 5/17 5/19 5/20
5/21 5/22 5/23 5/24
5/25 6/5 7/18 22/1 42/4
42/5 42/6 42/25 43/1
43/16 52/1 57/9
defendants [17] 1/7
6/1 6/3 7/24 8/16 14/16
14/17 23/4 23/7 26/11
35/7 42/6 42/8 43/20
44/7 45/16 53/2
defendants' [1] 8/2
DEFENDER [1] 3/13
defense [16] 7/23 14/6
16/22 17/8 17/13 17/14
18/7 37/11 44/24 46/19
47/18 55/7 55/15 56/10
57/10 60/18
defenses [2] 44/6 44/8
defer [3] 20/15 20/23
25/25
Delaney [1] 41/20
deliberate [1] 32/2
demands [1] 50/22
deny [1] 50/6
Department [1] 35/17
45/12 49/6
depending [2] 30/5
42/16
Deputy [1] 15/8
description [1] 11/5
detailed [1] 56/15

detained [2] 23/2 23/6
dictate [1] 58/7
did [15] 9/9 9/23 11/21
12/11 17/25 21/4 25/20
31/10 42/1 48/12 48/20
51/3 51/3 51/6 51/18
didn't [6] 21/18 24/24
39/5 47/17 51/16 59/2
different [4] 16/22 44/2
50/20 57/14
difficulties [1] 60/16
dire [1] 55/19
directed [2] 25/5 26/5
direction [1] 59/19
directives [1] 50/10
directly [1] 52/22
disclose [1] 39/21
disclosed [2] 37/8
48/13
disclosure [1] 30/4
disclosures [3] 42/17
42/17 52/11
discovery [13] 17/2
17/6 17/20 17/21 17/22
19/7 31/5 31/21 32/3
32/17 35/2 36/9 40/24
discovery-related [1]
32/17
discuss [5] 7/25 19/6
45/23 53/18 54/5
discussed [8] 8/20
20/1 23/9 38/1 38/20
50/14 56/22 58/23
discussing [2] 18/23
21/24
discussion [1] 45/17
discussions [4] 8/10
8/14 9/1 10/7
dismiss [3] 29/10
29/23 30/13
disputes [2] 31/22 32/3
disruption [1] 36/12
disruptions [1] 36/7
distinct [1] 27/9
distinguishable [1]
47/14
distracting [1] 47/18
DISTRICT [5] 1/1 1/1
1/10 41/14 41/16
do [54] 6/13 6/22 6/23
6/24 10/9 11/1 11/7
11/9 11/18 12/15 14/23
15/24 16/9 16/9 17/17
17/17 18/25 21/13 24/9
25/5 27/1 27/1 30/2
30/13 30/16 30/22 32/3
32/10 33/4 34/19 36/1
36/20 37/15 38/19
38/21 39/3 40/15 41/13
42/2 42/15 42/16 45/22
46/13 46/14 50/7 52/14
53/23 54/16 56/15
57/25 58/4 58/13 59/24
61/14
do you [3] 12/15 16/9
16/9
Do you have [1] 30/16
docket [5] 25/10 27/9

**D**

**docket... [3]** 29/1 34/6 47/22
**documents [2]** 16/6 51/11
**does [12]** 13/4 14/9 14/10 15/25 37/19 38/4 39/2 44/4 47/17 51/25 53/15 58/7
**doesn't [5]** 7/2 38/7 38/13 39/21 40/20
**doing [3]** 47/21 54/18 57/24
**DOJ [2]** 38/7 39/24
**DOJ's [2]** 37/20 38/5
**don't [54]** 6/14 8/5 10/8 11/3 14/20 15/11 15/18 16/20 16/23 18/3 18/5 18/11 18/19 19/14 20/15 20/19 22/5 24/1 27/4 27/20 28/15 28/17 28/17 29/4 29/20 29/25 30/23 32/14 32/23 33/9 34/20 36/19 37/23 38/7 38/8 38/14 39/1 40/1 43/20 44/17 45/16 45/20 47/21 48/14 48/16 48/18 49/8 49/18 49/25 50/8 53/9 53/12 54/22 59/11
**done [13]** 9/15 10/4 10/5 10/13 12/20 13/5 14/9 14/11 39/6 44/19 46/10 52/8 59/2
**double [1]** 18/6
**doubt [1]** 34/4
**Douyon [2]** 15/7 52/23
**down [3]** 13/15 32/6 53/1
**Drive [1]** 2/18
**due [1]** 31/4
**during [3]** 35/7 35/9 36/25
**duty [1]** 57/17

**E**

**each [5]** 9/15 14/16 14/18 16/17 43/16
**earlier [3]** 38/20 41/16 56/21
**earliest [2]** 21/16 43/9
**early [2]** 39/10 50/13
**easier [1]** 57/6
**easily [1]** 47/8
**Eastern [1]** 41/14
**ECF [1]** 26/8
**edges [1]** 59/15
**Edmund [1]** 2/8
**Edward [3]** 4/2 5/11 5/12
**effect [4]** 34/22 41/3 42/18 60/20
**effort [4]** 13/9 32/20 58/21 59/3
**efforts [2]** 17/20 24/3
**either [6]** 30/4 32/9 50/5 53/6 60/16 60/20
**elect [1]** 58/23

**ELMER [3]** 1/6 2/2 5/7
**else [20]** 7/8 13/4 19/3 27/14 31/5 31/12 32/24 33/10 37/11 42/13 46/25 48/7 49/2 53/15 53/15 58/16 59/22 60/11 61/4 62/1
**Email [14]** 1/17 1/18 2/6 2/7 2/11 2/16 2/20 2/24 3/6 3/10 3/15 3/20 3/24 4/5
**embarrass [1]** 45/15
**Empire [1]** 3/23
**end [1]** 49/11
**enough [1]** 57/2
**ensure [4]** 34/4 52/1 52/9 53/3
**enter [4]** 15/4 15/12 16/13 21/11
**entered [2]** 21/5 25/4
**entirely [1]** 47/13
**entry [2]** 14/18 16/16
**envision [1]** 35/13
**envisioning [2]** 36/7 44/10
**equal [1]** 61/11
**equally [1]** 48/15
**especially [1]** 44/15
**essentially [1]** 40/15
**ET [1]** 1/6
**ethical [2]** 48/4 49/21
**even [8]** 13/16 21/5 36/15 40/19 52/8 55/18 58/3 61/15
**evening [2]** 29/24 31/11
**event [6]** 13/17 15/24 26/15 27/8 27/13 57/3
**events [1]** 9/5
**ever [3]** 19/9 37/21 47/19
**ever-approaching [1]** 47/19
**every [3]** 14/18 46/6 48/4
**everybody [4]** 31/25 61/23 61/25 62/2
**everybody's [2]** 52/10 61/1
**everyone [5]** 5/4 6/7 18/9 34/25 62/8
**everything [2]** 10/22 53/14
**evidence [9]** 17/14 18/23 19/21 35/11 39/21 40/7 41/2 41/16 58/22
**ex [3]** 45/2 48/19 52/21
**ex parte [1]** 45/2
**ex-parte [1]** 52/21
**example [5]** 53/10 53/11 55/7 55/20 55/23
**except [1]** 14/15
**exception [1]** 25/20
**excuse [2]** 23/2 34/2 42/5
**excuses [1]** 21/11

**exercise [1]** 47/25
**exist [4]** 8/24 9/18 31/22 43/24
**expect [4]** 17/15 28/6 31/20 34/11
**expert [4]** 17/7 30/4 30/4 30/4
**explained [2]** 41/19 49/21
**explicitly [1]** 15/20
**explored [1]** 8/14
**extent [6]** 26/24 41/17 41/22 41/25 42/23 61/10
**extra [1]** 59/15
**Eye [1]** 4/3

**F**

**fact [1]** 46/10
**facts [2]** 8/14 8/17
**fair [5]** 10/6 55/23 58/11 61/13 61/14
**faith [1]** 51/18
**fall [1]** 36/4
**far [4]** 19/23 39/5 40/11 59/1
**FBI [1]** 19/20
**fd.org [1]** 3/15
**fear [4]** 31/22 37/19 37/23 38/4
**fears [1]** 37/19
**February [1]** 45/8
**federal [2]** 3/12 39/22
**Federico [1]** 22/22
**fee [12]** 43/2 43/12 44/16 44/20 45/1 45/18 45/24 48/19 49/25 50/17 52/21 61/24
**feel [1]** 60/25
**fees [4]** 7/6 7/7 42/24 52/16
**few [3]** 17/3 17/12 17/25
**figure [3]** 23/20 45/19 59/4
**file [18]** 21/4 26/2 26/12 29/25 30/17 31/10 32/12 33/23 34/2 34/18 34/22 41/3 45/14 45/21 45/21 46/12 47/11 59/7
**filed [17]** 25/3 25/9 25/16 26/4 26/8 26/18 27/10 27/11 29/2 29/24 33/19 34/21 42/20 45/15 46/9 51/24 61/8
**filing [13]** 18/25 25/6 25/8 26/5 30/13 33/4 34/9 45/5 45/6 45/12 49/22 50/1 50/19
**filings [1]** 32/12
**final [1]** 43/10
**finally [2]** 23/9 33/16
**find [2]** 58/12 58/13
**finds [1]** 52/1
**fine [7]** 26/23 26/25 29/17 30/20 38/22 59/9

**finer [1]** 26/17
**firm [1]** 7/20
**first [22]** 6/24 7/2 7/11 10/3 10/11 18/11 21/12 21/14 21/20 22/13 32/18 35/9 41/5 43/6 45/4 45/5 46/17 51/2 55/17 57/6 57/11 59/18
**Fischer [11]** 3/21 3/22 5/24 30/10 30/11 30/17 31/5 31/13 53/11 61/14 61/22
**Fischer's [2]** 34/11 34/17
**fischerandputzi [1]** 3/25
**five [2]** 16/19 45/8
**FL [1]** 3/19
**flagging [1]** 61/21
**flexibility [2]** 58/14 59/6
**flexible [2]** 59/12 59/20
**fluid [1]** 59/10
**focused [1]** 8/18
**folks' [1]** 55/2
**follow [2]** 12/11 31/4
**followed [1]** 9/13
**following [1]** 16/5
**force [2]** 14/4 61/12
**foreclose [1]** 57/24
**foreclosing [1]** 29/17
**foregoing [1]** 63/3
**Foreign [1]** 57/18
**foresee [3]** 18/14 18/25 19/19
**form [1]** 16/9
**formal [1]** 15/10
**formally [2]** 21/10 25/20
**FormerFeds [1]** 2/18
**formerfedsgroup.com [1]** 2/20
**forthcoming [1]** 40/9
**forward [8]** 8/6 9/24 19/19 19/23 20/16 32/1 32/17 52/24
**four [1]** 55/5
**Fourth [1]** 1/15
**frame [1]** 33/6
**frankly [2]** 40/5 52/7
**free [3]** 57/12 58/2 62/7
**Friday [4]** 27/5 29/19 53/13 61/25
**front [2]** 2/23 19/5 53/21
**fruition [1]** 37/24
**full [3]** 25/12 57/11 57/19
**fully [2]** 43/20 50/12
**funded [1]** 49/17
**funding [3]** 43/22 44/5 48/23
**funds [4]** 30/5 50/8 52/17 52/17
**further [4]** 47/21 54/9 56/20 61/20
**future [1]** 53/7

**G**

**gather [1]** 7/22
**generally [2]** 11/21 19/7
**gentlemen [2]** 6/8 62/7
**get [17]** 11/17 27/13 30/24 32/15 32/18 33/6 36/2 38/2 38/3 38/11 39/23 51/10 53/9 55/2 55/24 57/3 57/9
**getting [1]** 17/13
**Geyer [5]** 2/17 5/19 27/18 28/4 50/2
**give [6]** 8/15 24/20 30/18 47/17 54/20 58/14
**given [6]** 14/14 47/25 55/3 55/5 60/16 60/24
**Glen [1]** 3/23
**global [1]** 17/21
**gmail.com [3]** 2/7 3/6 3/10
**go [9]** 15/24 16/21 20/2 26/1 38/12 40/11 41/11 48/19 61/3
**go ahead [1]** 15/24
**goal [2]** 59/17 59/19
**goes [2]** 19/24 57/16
**going [17]** 6/23 12/9 19/12 23/17 23/18 28/3 31/22 38/13 39/5 39/7 41/17 47/25 52/14 55/12 57/23 60/20 62/9
**gone [1]** 54/25
**good [9]** 5/5 6/6 6/6 27/19 29/22 33/3 33/13 33/18 51/18
**Good morning [1]** 6/6
**Gorda [1]** 3/19
**got [4]** 18/21 19/18 54/24 60/25
**gotten [1]** 19/16
**government [51]** 1/14 5/14 7/22 10/9 10/12 10/15 10/24 11/22 13/25 14/4 14/10 16/21 16/23 17/25 20/8 21/24 22/1 22/5 23/24 23/24 24/14 31/16 35/4 35/11 35/17 36/11 37/2 40/14 40/20 41/4 41/22 43/19 43/23 44/5 44/11 44/11 46/11 47/23 48/11 48/13 49/18 50/5 50/19 51/4 51/19 51/20 55/16 57/10 58/7 58/23 59/2
**government's [16]** 7/6 7/12 10/17 16/25 30/6 31/3 35/3 37/6 40/7 42/19 43/7 47/12 49/4 49/22 50/1 54/1
**Governor [1]** 3/22
**grant [1]** 24/17
**grateful [2]** 10/5 13/8
**grave [1]** 39/13
**great [1]** 38/12
**group [3]** 21/15 35/8 59/18

**G**

guess [4]  12/10 13/15 23/9 54/21
Guillaume [2]  3/7 3/8
guilty [4]  14/18 15/4 16/13 16/17

**H**

Hackett [5]  3/12 5/10 5/22 6/3 33/4
Hackett's [1]  29/6
had [37]  8/10 9/1 9/1 19/4 19/17 21/3 21/23 25/3 26/3 26/5 26/7 26/11 27/10 31/13 40/15 42/4 45/6 47/11 48/10 51/11 51/14 52/7 53/14 53/16 53/24 54/2 54/4 54/8 55/1 55/11 56/20 56/20 56/22 58/9 58/19 62/3 62/4
halim [5]  3/12 3/15 5/22 33/2 52/19
Haller [19]  2/12 2/13 5/17 6/9 7/16 8/10 8/12 9/11 11/3 12/13 12/21 20/20 20/21 27/15 28/13 40/12 40/18 49/14 50/23
Haller's [3]  8/18 8/21 9/2
hallerjulia [1]  2/16
handedly [2]  19/10 19/16
handful [2]  38/1 38/11
handled [1]  39/7
hands [1]  19/20
hands-on [1]  19/20
hang [3]  18/9 24/7 26/14
happened [1]  43/4
happening [1]  19/12
happens [1]  35/25
happy [11]  9/20 25/23 45/23 48/3 48/17 48/23 49/6 55/2 55/9 56/10 59/20
harass [1]  45/16
hard [1]  13/9
Harrelson [9]  2/17 5/8 5/19 6/1 27/18 28/11 50/3 50/14 50/15
Harrisburg [1]  2/23
has [37]  6/25 9/15 10/13 10/15 10/16 11/6 12/20 13/25 16/5 17/2 19/8 19/10 19/16 20/3 22/2 25/19 29/9 31/11 31/14 31/17 35/13 36/2 36/5 37/4 39/1 42/11 42/18 43/16 43/23 44/6 46/1 48/21 48/23 52/2 52/4 52/5 54/25
hasn't [1]  44/24
have [102]
haven't [1]  21/5
having [7]  15/18 45/17 49/4 51/1 53/23 57/24

he [27]  7/2 7/2 7/14 19/9 19/9 19/10 19/16 23/2 23/10 25/20 25/22 31/14 34/11 45/6 45/8 45/9 46/16 46/17 48/14 49/16 49/22 51/12 51/12 51/12 51/13 51/14 53/25
he's [5]  13/2 19/12 23/1 46/2 46/2
heading [1]  41/11
health [1]  55/20
hear [3]  12/11 21/19 55/9
heard [11]  11/5 13/5 18/7 24/16 29/7 37/12 37/21 42/13 46/25 46/25 56/3
hearing [9]  13/7 27/25 35/3 35/7 35/9 53/2 56/22 60/22 62/12
hearings [4]  20/1 35/2 41/5 41/18
held [4]  22/24 23/1 23/4 57/9
help [4]  20/25 24/11 51/12 56/16
helpful [1]  12/6
her [3]  9/3 11/7 59/2
here [17]  6/9 6/10 7/1 11/13 11/17 20/21 24/14 24/25 25/16 32/23 39/7 42/18 43/4 48/21 59/17 59/24 60/16
here's [2]  6/22 52/14
herself [1]  52/2
hey [1]  20/2
HI [2]  3/5 30/11
highlight [1]  41/21
Highway [1]  3/22
Hill [1]  55/24
him [15]  7/21 12/24 14/21 14/22 15/11 25/5 29/10 33/25 44/2 46/2 46/8 48/14 50/13 51/14 62/5
himself [1]  52/2
his [7]  7/14 7/24 12/25 23/11 33/25 50/15 53/17
hold [3]  18/5 24/20 46/21
honestly [1]  44/20
Honolulu [1]  3/5
Honor [102]
Honor's [1]  11/25
HONORABLE [2]  1/10 5/3
Honorable Amit [1]  5/3
hope [3]  36/11 36/20 37/18
hopeful [2]  36/15 36/17
hopefully [1]  56/16
hotmail.com [1]  3/25
hour [1]  47/25

**I**

how [13]  6/10 16/9 19/3 35/3 38/14 39/6 39/11 40/11 42/16 44/7 45/25 54/6 58/8

**I**

I absolutely [1]  25/25
I also [1]  45/11
I am [10]  12/1 13/8 45/23 50/16 51/5 51/17 51/23 57/7 60/5 60/9
I assume [1]  61/7
I believe [13]  11/21 15/6 20/24 25/18 25/18 25/19 26/21 42/1 42/8 42/13 45/15 46/8 50/4
I can [10]  26/2 29/8 45/1 51/16 56/13 58/1 58/12 59/14 60/19 60/21
I can't [1]  51/15
I did [3]  48/12 48/20 51/3
I didn't [1]  21/18
I didn't know [1]  24/24
I do [1]  50/7
I don't [16]  27/20 32/23 37/23 39/1 40/1 45/16 45/20 47/21 48/14 48/16 48/18 49/8 49/25 50/8 54/22 59/11
I don't have [2]  20/15 33/9
I guess [4]  12/10 13/15 23/9 54/21
I have [17]  10/8 18/23 19/25 26/3 27/20 36/10 37/19 45/17 48/13 49/20 49/21 51/9 53/20 54/17 55/3 58/23 61/19
I just [1]  22/5
I know [8]  10/3 10/5 19/3 20/8 31/10 36/25 44/23 59/10
I mean [4]  40/11 40/18 59/10 59/17
I misspoke [1]  15/22
I should [3]  6/7 10/16 13/19
I think [43]  7/11 14/1 21/6 22/4 25/13 25/20 27/2 28/3 30/9 31/15 31/21 32/23 34/3 34/24 35/5 35/8 36/11 37/24 37/25 39/4 40/5 41/19 41/24 42/15 43/3 43/10 45/19 47/22 48/8 49/9 51/24 52/19 53/22 53/24 54/1 54/18 54/19 55/11 56/8 56/22 59/11 60/20 61/16
I understand [4]  6/16 13/17 19/13 46/10
I want [7]  6/13 6/24 11/4 13/15 18/13 20/7 23/19
I was [5]  21/24 48/10

I will [5]  21/2 33/6 34/18 53/1 53/9
I work [1]  20/25
I worked [1]  51/2
I would [1]  32/11
I'd [8]  6/22 7/1 12/4 22/2 26/1 33/19 51/9 51/21
I'll [14]  12/10 13/9 14/23 20/15 23/20 23/23 27/12 27/24 28/4 32/21 52/24 54/13 57/14 61/23
I'm [35]  11/17 12/8 12/22 13/2 19/23 22/14 22/14 23/17 23/18 24/8 24/25 25/22 27/12 38/18 39/7 39/21 39/22 40/10 40/17 45/4 45/5 45/17 47/16 50/4 52/14 52/20 55/2 55/9 56/2 57/13 57/17 57/23 59/19 60/19
I'm going [2]  52/14 57/23
I'm just [1]  22/14
I'm not [8]  12/8 23/18 24/8 39/7 39/21 39/22 45/4 57/13
I'm not sure [3]  40/10 40/17 52/20
I'm sorry [1]  22/14
I'm sure [1]  60/19
I've [7]  8/10 18/7 23/24 33/24 34/2 52/8 60/25
idea [1]  44/20
III [4]  1/6 2/2 3/7 3/8
imagine [1]  40/11
immediately [1]  35/24
impact [2]  39/15 41/6
impacted [2]  53/3 53/9 53/12
impacts [1]  37/13
impartial [1]  55/23
importantly [2]  32/10 43/15
impression [1]  27/9
inclined [1]  39/10
including [2]  44/15 49/17
indicated [4]  9/8 37/17 49/5 62/3
indicating [1]  27/10
indict [1]  39/24
indictment [23]  7/4 7/18 13/15 13/17 13/21 14/15 14/19 16/10 16/15 18/16 18/20 19/1 28/8 28/19 30/2 30/14 33/5 34/10 61/9 61/10 61/12 61/17 61/17
indictments [1]  14/8
individual [4]  7/24 45/9 48/10 53/1
indulgence [1]  61/1
information [11]  7/22 17/5 27/23 36/17 38/2

49/5 50/5 50/9 50/21 56/6
informed [1]  43/18
ink [1]  29/8
inquire [3]  10/21 11/10 24/13
inquiries [4]  11/11 44/13 44/15 49/7
inquiry [8]  42/21 44/25 46/22 47/18 48/24 49/12 49/19 58/12
insight [1]  43/23
insofar [1]  57/16
Instead [1]  34/20
insurrection [1]  41/10
Intelligence [1]  57/18
intelligently [1]  49/11
intend [1]  29/25
intended [2]  47/11 48/2
intent [1]  46/13
intention [1]  32/1
intentionally [1]  46/9
interest [1]  25/12
interests [1]  9/9
interfacing [1]  35/4
interrupt [1]  20/5
interrupting [1]  15/17
intervals [1]  55/13
interviewed [2]  20/2 38/7
interviews [2]  27/22 35/19
intractable [1]  55/19
inundated [1]  41/12
invited [1]  9/6
involved [4]  16/22 19/4 36/25 37/1
involves [1]  10/6
irreconcilable [1]  47/24
is [130]
is that correct [1]  6/18
is there [1]  44/17
isn't [1]  45/4
issue [26]  6/25 7/7 10/15 13/4 18/7 19/25 23/10 23/18 24/21 32/7 32/20 35/1 38/13 41/1 41/21 42/14 43/6 45/6 47/1 51/9 52/6 54/6 55/2 56/9 57/5 60/11
issued [1]  21/3
issues [16]  6/11 7/25 19/5 40/4 42/2 43/19 45/20 47/9 50/8 50/13 50/15 53/25 56/25 58/25 59/20 60/21
it [72]
it could be [1]  44/19
It would be [1]  56/7
it's [23]  22/3 32/7 32/20 34/17 39/3 39/6 39/21 40/8 40/9 40/25 41/2 41/11 43/19 45/25 47/21 48/8 48/18 50/8 50/17 57/8 59/10 60/24 61/16

**I**

item [1]  16/18
items [1]  17/3
its [6]  10/12 40/10
47/13 58/8

**J**

jail [1]  19/17
James [4]  2/3 5/15
13/22 38/23
January [14]  13/1 13/2
20/1 20/11 22/9 22/13
27/22 35/2 35/12 37/3
37/12 41/11 42/13 57/8
January 6th [4]  20/11
22/13 37/3 37/12
JC [1]  19/8
jcrisp [1]  2/24
Jeffrey [2]  1/14 5/13
jeffrey.nestler [1]  1/18
Jencks [1]  17/10
Jessica [3]  2/22 5/9
60/5
Jessica Watkins [1]
5/9
jlbrightlaw [1]  2/7
job [1]  19/8
join [9]  25/8 25/20
25/22 28/23 33/19
33/23 34/1 46/8 51/6
joinder [3]  26/13 29/2
29/4
joined [4]  25/19 26/3
29/9 29/24
joining [6]  25/15 27/11
29/13 31/15 34/1 34/5
joint [3]  8/1 9/11 11/15
Jonathan [3]  2/22 5/20
60/4
Joseph [2]  3/12 5/10
Jr [2]  2/8 3/2
judge [7]  1/10 20/10
22/11 22/15 24/3 33/14
35/6
Judge Kelly [2]  20/10
35/6
Judge McFadden [2]
22/15 24/3
judgment [1]  50/18
Juli [2]  2/12 5/17
JULIA [1]  2/13
July [8]  30/22 33/7
54/20 54/23 59/3 59/8
60/9 63/7
June [2]  1/5 35/18
jurors [5]  54/7 55/4
55/6 55/12 56/8
jury [8]  53/23 54/10
54/17 55/14 56/21
57/13 57/14 58/3
just [66]
Justice [3]  35/17 45/12
49/6

**K**

Kathryn [2]  1/14 5/13
Kathryn Rakoczy [1]
5/13

Kathryn Rakoczy [1]
1/17
keep [2]  19/10 54/11
Kelly [4]  2/8 5/8 20/10
35/6
Ken [1]  50/2
Kenneth [2]  2/17 5/8
kept [1]  19/4
kind [1]  55/25
Klein [2]  22/22 22/24
know [35]  10/3 10/5
10/8 11/3 18/3 19/3
19/14 20/8 22/5 24/8
24/24 26/25 28/16 29/4
29/6 31/10 31/25 32/9
34/8 36/25 38/8 38/14
39/18 39/20 40/7 41/9
43/25 44/23 47/20
51/15 52/4 53/10 55/14
59/10 60/25
knowingly [7]  9/19
11/13 12/2 12/23 13/3
49/10 52/12
knows [1]  51/20

**L**

lack [1]  51/18
language [1]  14/2
largely [1]  25/14
LASSITER [1]  2/3
last [9]  9/1 11/25 13/24
21/23 29/24 31/10
33/19 54/18 56/22
late [5]  16/20 17/1 32/2
47/25 59/3
later [4]  27/25 41/25
48/24 58/4
law [7]  2/9 2/13 3/3 3/7
7/20 43/7 47/14
Lawn [1]  2/4
lawyers [1]  8/16
lays [1]  43/10
lead [1]  34/12
least [16]  7/15 15/11
19/4 34/8 35/5 35/7
35/7 35/8 36/24 54/10
55/5 55/6 55/13 55/17
56/21 57/3
leave [2]  19/9 51/23
ledger [1]  37/12
Lee [2]  3/2 38/23
length [2]  55/4 55/5
let [12]  10/3 10/11
11/10 14/6 19/11 20/5
21/2 30/9 31/9 31/25
31/25 58/12
let's [14]  13/14 15/15
15/24 20/7 20/11 24/19
30/22 32/9 32/10 34/19
35/1 42/19 54/16 61/2
letters [1]  35/18
liability [5]  15/21 31/16
light [1]  33/5
like [21]  6/22 7/1 7/9
12/4 25/24 26/1 31/12
33/19 34/8 43/24 44/21
45/16 45/20 46/11 50/9
51/10 55/25 59/1 59/5
likely [1]  34/17 55/4
limine [2]  59/3 59/7
limited [4]  17/9 25/13
32/8 32/21
Linder [21]  2/2 2/3
5/15 14/21 14/25 15/13
16/14 18/12 18/17 19/3
19/11 20/5 20/18 28/5
37/14 38/24 46/7 46/11
47/5 53/24 58/17
Linder's [2]  39/20 51/6
line [2]  42/7 62/9
listed [1]  48/10
listening [1]  49/4
litigate [1]  48/17
litigation [1]  9/4
little [10]  23/19 25/10
29/8 45/5 47/24 56/16
57/6 59/8 59/12 59/15
LLC [3]  2/18 2/22 3/8
local [1]  41/8
lock [1]  62/11
lodged [1]  47/15
long [5]  32/15 45/22
55/3 59/6 59/18
longer [1]  7/3
look [18]  23/19 24/8
26/1 26/15 26/24 27/8
39/9 39/18 40/4 42/15
43/24 51/23 52/24
55/15 55/16 55/17
57/10 59/17
looking [1]  22/14
looks [3]  44/21 47/20
47/22
lot [1]  32/19

**M**

made [15]  10/14 11/12
12/12 12/16 16/2 20/8
35/13 41/22 41/24
50/20 50/20 51/8 52/2
52/11 54/5
main [2]  17/6 53/22
maintain [1]  36/21
majority [1]  17/11
make [15]  6/13 10/21
17/20 24/1 25/21 28/22
44/12 44/14 44/25
48/17 50/8 51/25 54/11
55/17 58/12
makes [1]  47/24
making [2]  56/4 58/9
manner [2]  39/12
44/20
many [1]  54/7
Marion [1]  3/18
Marshal [1]  62/11
Mary [1]  8/9
materials [3]  17/10
17/11 17/12
matt [1]  4/5
matter [8]  9/4 20/10
46/23 50/7 50/16 57/15
62/10 63/4
matters [3]  13/1 31/6
39/14
likely
may [26]  6/17 11/14
13/16 21/18 22/4 24/10
26/7 29/5 29/6 31/20
32/7 34/12 38/21 38/23
40/13 43/17 48/9 49/15
50/10 50/24 52/19
53/25 55/19 56/25
58/14 59/7
maybe [3]  24/20 57/25
59/5
McCaughey [2]  22/13
22/16
McFadden [2]  22/15
24/3
MD [1]  3/23
me [25]  10/3 10/11
11/10 14/6 19/11 20/5
22/10 23/2 30/9 30/19
31/9 31/25 33/6 34/2
42/5 48/21 52/1 52/20
52/23 52/24 53/21
55/16 57/12 57/19
58/12
mean [5]  40/11 40/18
42/25 59/10 59/17
mechanical [1]  4/11
media [2]  45/24 50/21
meet [2]  59/14 61/2
meeting [2]  37/1 37/1
Meggs [56]  2/8 5/8
5/18 6/1 6/25 7/11 7/13
7/15 7/17 7/24 7/25
8/11 8/11 8/19 8/20
8/21 8/21 8/23 8/23 9/2
9/2 9/3 9/4 9/6 9/6 9/8
9/8 9/14 9/17 9/17
10/10 10/19 11/6 11/6
11/13 11/19 11/19 12/1
12/8 12/16 12/22 20/24
21/10 23/10 23/14 25/6
25/19 26/3 27/10 27/15
28/23 29/9 30/23 33/24
47/3 51/11
Meggs' [2]  12/21 24/18
MEHTA [2]  1/10 5/3
members [1]  50/20
mentioned [4]  21/12
27/21 27/21 35/8
Merit [1]  4/7
met [1]  46/18
mid [2]  39/9 39/13
mid-terms [2]  39/9
39/13
might [11]  8/1 9/21
12/24 24/11 35/11 38/1
39/14 42/25 54/5 55/9
57/2
miles [1]  42/10
Miller [1]  7/20
mind [2]  38/19 49/18
minimal [1]  41/7
minimum [3]  15/7
15/25 55/3
minus [1]  13/21
Minuta [8]  3/2 5/9 5/21
6/3 31/10 49/3 53/17
62/4
minute [3]  21/3 25/4
35/25
misheard [1]  21/18
misrepresentations [1]
24/1
misspoke [1]  15/22
modifications [1]  28/7
Moerschel [3]  3/17
5/10 5/23 6/3 33/12
moment [5]  18/6 20/7
20/12 22/6 51/23
Monday [1]  13/16
money [1]  45/8
months [1]  45/8
more [10]  20/9 22/3
23/19 26/12 31/21
34/21 41/15 42/8 55/8
59/12
morning [1]  6/6
Moseley [12]  25/3 26/5
26/7 27/10 44/1 45/7
47/15 47/16 47/22 51/8
51/11 51/16
most [2]  38/1 55/4
motion [41]  7/6 25/8
25/14 25/21 26/10
26/12 26/25 28/19
28/23 28/23 29/2 29/5
29/11 29/23 29/25 30/3
30/13 31/3 31/10 31/14
32/12 32/18 33/5 33/19
33/22 34/1 34/2 34/5
34/9 34/11 34/14 34/17
34/22 41/1 41/13 42/19
42/23 43/4 43/10 48/1
59/3
motions [32]  18/14
18/19 18/21 19/1 21/5
24/5 25/2 25/4 25/7
25/9 25/10 25/15 25/19
26/4 26/18 26/19 26/22
27/11 28/6 29/6 29/9
29/10 29/13 30/1 31/1
31/21 32/15 59/7 61/8
61/8 61/9 61/11
move [14]  8/6 9/24
18/22 20/16 22/2 22/4
23/11 32/1 57/10 57/13
57/20 57/23 57/25 58/1
moved [2]  24/16 24/23
moving [5]  19/19 19/23
21/25 32/17 58/13
Mr. [184]
Mr. and [1]  9/14
Mr. and Mrs. Meggs [2]
10/19 12/1
Mr. Bright's [1]  47/6
Mr. Caldwell [8]  29/3
30/10 49/16 49/16
49/21 50/1 53/11 61/7
Mr. Crisp [4]  6/14
29/20 60/8 60/15
Mr. Douyon [2]  15/7
52/23
Mr. Fischer [8]  30/10
30/11 30/17 31/5 31/13
53/11 61/14 61/22
Mr. Fischer's [2]  34/11

**M**

Mr. Fischer's... [1] 34/17
Mr. Geyer [2] 27/18 28/4
Mr. Hackett [1] 33/4
Mr. Hackett's [1] 29/6
Mr. Harrelson [3] 27/18 28/11 50/14
Mr. James [1] 13/22
Mr. Klein [1] 21/22
Mr. Linder [18] 14/21 14/25 15/13 16/14 18/12 18/17 19/3 19/11 20/5 20/18 28/5 37/14 38/24 46/7 46/11 47/5 53/24 58/17
Mr. Linder's [2] 39/20 51/6
Mr. Meggs [36] 6/25 7/11 7/13 7/15 7/24 8/11 8/20 8/21 8/23 9/2 9/4 9/6 9/8 9/17 10/10 11/6 11/13 11/19 12/8 12/16 12/22 20/24 21/10 23/10 23/14 25/6 25/19 26/3 27/10 27/15 28/23 29/9 30/23 33/24 47/3 51/11
Mr. Meggs' [2] 12/21 24/18
Mr. Minuta [4] 31/10 49/3 53/17 62/4
Mr. Moerschel [1] 33/12
Mr. Moseley [12] 25/3 26/5 26/7 27/10 44/1 45/7 47/15 47/16 47/22 51/8 51/11 51/16
Mr. Nestler [6] 8/9 10/11 24/9 43/3 45/4 46/18
Mr. Peed [2] 33/16 34/19
Mr. Rhodes [19] 13/18 13/19 13/20 14/17 14/20 15/25 16/4 16/12 16/16 18/12 19/22 28/9 37/1 37/16 38/24 45/3 46/5 46/16 60/14
Mr. Rhodes' [2] 14/7 19/21
Mr. Shipley [3] 31/9 32/24 33/20
Mr. Tarrio [1] 37/2
Mr. Ulrich [1] 13/22
Mr. Vallejo [1] 33/17
Mr. Vallejo's [1] 29/5
Mr. Weinberg [1] 33/12
Mr. Wilson [1] 51/14
Mr. Wise [10] 7/21 8/5 9/23 9/25 10/02 11/1 12/5 12/12 13/7 47/9
Mr. Wise's [1] 11/5
Mr. Woodward [21] 7/16 8/11 8/13 9/12 11/4 20/19 20/23 20/25 21/2 21/7 22/9 23/17

28/4 28/13 47/2 51/6 51/9
Mr. Woodward's [2] 8/18 28/6
Mrs. [3] 10/19 11/19 12/1
Mrs. Meggs [1] 11/19
Ms [1] 18/6
Ms. [55] 6/9 6/15 7/16 7/17 7/21 7/25 8/5 8/10 8/11 8/12 8/18 8/19 8/21 8/21 8/23 9/2 9/2 9/3 9/6 9/8 9/11 9/14 9/17 9/23 9/23 11/3 11/6 12/5 12/13 12/21 13/7 16/21 18/21 19/20 19/25 20/20 20/21 24/8 27/15 28/13 29/21 33/2 37/17 37/25 39/2 40/12 40/18 45/13 49/14 50/23 52/19 53/18 54/13 56/2 58/19
Ms. Halim [2] 33/2 52/19
Ms. Haller [16] 6/9 7/16 8/10 8/12 9/11 11/3 12/13 12/21 20/20 20/21 27/15 28/13 40/12 40/18 49/14 50/23
Ms. Haller's [3] 8/18 8/21 9/2
Ms. Meggs [13] 7/17 7/25 8/11 8/19 8/21 8/23 9/2 9/3 9/6 9/8 9/14 9/17 11/6
Ms. Rakoczy [13] 16/21 18/21 19/20 19/25 24/8 37/17 37/25 39/2 45/13 53/18 54/13 56/2 58/19
Ms. Soller [6] 7/21 8/5 9/23 9/23 12/5 13/7
Ms. Watkins [2] 6/15 29/21
much [7] 13/8 34/15 39/19 40/2 41/15 56/6 58/15
multi [1] 22/1
multi-defendant [1] 22/1
mute [1] 14/25
mutual [2] 8/1 12/24
my [26] 8/8 15/3 16/11 19/25 20/6 22/5 23/25 24/3 25/25 32/1 32/5 37/25 38/4 39/7 45/18 42/20 48/20 48/21 49/6 49/10 50/12 50/19 51/17 52/23 53/14 56/1

**N**

naive [1] 39/4
name [1] 22/10
national [2] 41/2 41/6
nature [9] 30/5 39/6 43/17 43/21 45/6 45/11

necessarily [1] 40/20
necessary [8] 7/3 14/9 48/15 48/18 50/18 52/8 56/10 58/5
necessitate [1] 36/18
need [17] 6/17 13/5 14/7 17/16 24/22 30/22 36/20 40/1 44/17 47/17 53/12 54/7 57/4 59/7 59/15 61/11 61/14
needed [3] 14/11 15/8 49/9
needs [1] 41/4
Nestler [8] 1/14 5/13 8/9 10/11 24/9 43/3 45/4 46/18
new [14] 7/4 13/18 13/19 14/21 14/23 15/8 15/20 15/23 18/20 30/2 31/16 37/22 38/2 38/11
next [9] 16/18 27/2 27/5 29/19 32/4 34/15 35/1 53/13 61/25
night [1] 33/20
nine [2] 42/5 42/6
nine-defendant [1] 42/6
NJ [1] 2/19
no [31] 1/4 5/6 5/7 5/7 5/8 9/25 14/12 16/5 18/25 22/25 30/10 31/7 32/25 34/4 37/5 37/22 38/22 40/5 43/23 44/20 45/17 46/18 48/23 50/15 55/18 55/22 58/11 60/1 60/4 60/13 61/10
nobody [2] 20/3 32/12
nobody's [1] 37/21
non [1] 26/22
non-Rule 12 [1] 26/22
none [2] 46/2 46/19
North [1] 2/23
not [87]
not-guilty [2] 14/18 16/17
note [3] 15/19 23/23 42/3
noted [1] 21/24
nothing [3] 13/7 33/14 61/20
notice [4] 17/7 33/23 34/2 61/15
November [3] 23/11 39/10 41/25
now [16] 7/14 7/18 14/20 17/10 18/3 19/23 21/10 23/18 29/7 30/6 51/2 53/20 56/9 57/13 57/17 57/22
number [7] 22/14 22/19 37/22 40/25 55/6 55/10 60/24
NW [6] 1/15 2/9 2/13 3/8 4/3 4/9

**O**

Oak [1] 2/4
object [1] 15/18
obligation [2] 43/8 48/4
OBM [1] 50/20
observe [2] 47/11 47/12
obstruction [1] 39/25
obtain [1] 36/14
obtained [1] 37/22
obviously [6] 7/8 27/23 29/24 36/19 52/17 53/11
October [3] 21/14 21/20 22/4
off [3] 8/25 45/24 62/10
offended [4] 45/5 45/11 46/9 48/15
offense [1] 16/1
offenses [1] 14/16
offer [2] 19/8 46/19
office [6] 1/15 3/13 38/25 39/14 46/22 54/17
OFFICES [3] 2/13 3/3 3/7
official [2] 4/8 16/12
officially [1] 21/6
Oh [5] 15/22 23/2 24/23 53/18 62/6
okay [78]
one [27] 8/15 12/11 14/3 14/15 22/7 24/7 26/14 29/24 30/24 32/20 35/4 36/24 37/19 37/23 37/24 38/25 39/10 39/13 40/25 43/19 44/25 50/4 52/8 53/16 54/25 57/2 60/17
one's [1] 37/23
ones [1] 26/19
ongoing [1] 17/21
only [10] 12/4 13/18 25/20 28/22 37/3 39/18 42/9 51/11 53/15 53/16
open [1] 49/8
opening [4] 20/2 35/7 36/25 60/25
operate [1] 44/7
opportunity [3] 24/9 24/16 32/14
oppose [2] 14/4 48/2
opposed [2] 50/16 54/22
opposing [1] 22/5
opposition [3] 31/4 44/23 47/12
oral [1] 25/22
orally [4] 32/7 32/14 32/19 33/19
order [9] 6/23 16/22 17/9 18/1 21/3 25/4 26/16 53/20 54/14
organization [3] 44/5 49/17 49/18
original [1] 13/21
other [27] 7/18 12/9

13/24 13/24 14/6 14/17 14/24 20/14 20/15 24/15 26/11 26/13 31/6 33/9 38/4 42/24 48/13 50/19 52/6 52/16 52/19 52/23 53/16 53/17 57/23 58/13 60/17
otherwise [3] 32/15 33/24 61/25
ought [3] 14/9 51/24 55/10
our [33] 9/7 9/14 13/11 15/7 17/1 19/17 19/18 20/23 21/5 21/11 24/14 25/14 25/16 28/19 29/1 36/8 36/16 36/21 37/18 38/25 39/14 39/15 41/13 41/16 42/18 43/10 45/24 46/2 46/22 47/9 53/22 56/7 56/22
out [26] 7/7 8/17 9/4 11/17 13/1 13/11 15/6 19/14 23/20 28/7 34/15 41/2 42/16 43/10 45/19 49/23 51/25 52/9 54/18 54/23 54/25 56/17 58/12 58/13 59/4 60/9
outlook.com [1] 2/16
outrageous [1] 37/22
outside [2] 29/25 45/24
outstanding [2] 17/6 17/12
over [3] 22/11 39/23 49/25
own [1] 41/10

**P**

P. [1] 5/3
P. Mehta [1] 5/3
P.A [1] 3/22
p.m [2] 1/6 62/25
PA [2] 2/23 3/14
pace [1] 17/1
paid [2] 45/25 45/25
panel [2] 54/2 54/4
paper [1] 41/11
paragraph [1] 43/10
Park [1] 2/9
part [1] 50/19
parte [3] 45/2 48/19 52/21
particular [3] 16/1 52/5 52/5
parties [1] 10/7
past [1] 34/3
pause [2] 18/10 20/7
pay [1] 43/24
paying [1] 46/17
Peed [5] 4/2 4/3 5/25 33/16 34/19
pegged [1] 54/21
Pennsylvania [1] 2/13
people [3] 20/3 45/12 55/18
peremptories [1] 55/1
peremptory [1] 56/9
perfectly [1] 46/3
perhaps [4] 32/21 52/8

**P**

perhaps... [2] 54/14
55/20
permission [1] 15/2
persist [1] 31/22
person [4] 6/2 53/16
55/21 55/23
perspective [3] 11/12
16/25 54/1
pertains [1] 50/1
Phil [1] 39/1
Philadelphia [1] 3/14
Philip [1] 38/19
phillip [3] 2/2 2/6 5/15
phone [2] 19/21 19/21
physical [1] 17/14
pick [2] 45/20 46/12
picking [1] 45/4
place [2] 35/10 39/8
places [1] 22/7
Plaintiff [1] 1/4
plan [1] 61/2
planned [2] 11/1 55/11
planning [2] 10/19
26/12
plays [1] 42/16
plea [5] 14/18 15/4
15/12 16/13 16/17
plead [1] 16/9
pleaded [1] 13/23
pleading [3] 48/16
48/21 49/4
pleadings [1] 30/24
please [7] 5/4 30/13
32/3 32/18 33/23 34/1
53/13
pleasure [1] 13/11
pocket [1] 34/16
point [8] 10/16 17/3
17/15 17/22 20/15 21/2
26/17 46/20
policy [2] 50/7 50/16
political [2] 39/6 39/12
poll [1] 41/5
portion [1] 62/12
portions [1] 61/17
position [3] 49/8 52/2
56/7
positions [2] 8/2 8/2
positively [1] 19/19
possession [2] 37/2
37/6
possibility [3] 21/25
30/3 56/23
possible [4] 39/22 43/9
43/20 60/15
Post [2] 41/9 42/4
postured [1] 48/1
potential [19] 7/13
7/25 8/24 9/17 11/8
12/2 12/23 13/10 30/4
35/2 37/1 37/13 43/9
49/10 52/12 53/4 53/6
55/11 56/8
potentially [1] 32/14
potentials [1] 49/22
practical [1] 42/9
practice [4] 18/14 24/6

preclude [1] 25/6
preemptory [2] 54/6
55/8
prefer [1] 22/2
prejudice [4] 40/25
41/1 41/19 42/1
prepared [5] 6/15 6/16
8/3 23/10 53/5
preparing [1] 17/24
presence [1] 8/12
present [2] 6/5 11/3
11/13
presently [2] 53/7 57/7
presiding [2] 5/3 22/11
press [1] 45/7
pretrial [9] 17/8 18/1
53/20 53/24 56/25
57/16 57/20 57/24 58/4
pretty [2] 32/22 34/15
Prettyman [1] 4/8
previous [2] 8/25 61/9
previously [4] 17/12
35/16 38/19 41/20
primary [1] 29/2
prior [6] 25/10 27/23
29/9 51/10 60/20 61/15
privately [2] 46/13
49/16
probably [4] 40/5 48/8
51/25 56/10
problem [5] 38/9 38/10
45/17 51/14 57/22
proceed [5] 6/15 6/16
8/3 15/15 53/6
proceeding [1] 17/1
proceedings [9] 1/9
4/11 6/2 8/22 16/6
56/18 62/13 62/25 63/4
process [5] 17/21 32/2
47/7 56/15 58/21
produced [1] 4/11
production [1] 40/10
Professional [1] 42/21
progress [1] 16/19
progressing [1] 6/11
prominence [1] 35/6
promise [1] 56/13
proposed [4] 8/19 8/21
23/21 60/22
prosecuting [1] 24/10
prosecutions [1] 41/18
prospect [1] 55/22
protect [1] 43/8
provide [8] 17/19
35/23 49/5 50/5 50/21
51/3 51/3 51/13
provided [7] 11/20
11/23 17/2 17/4 17/7
17/10 17/11
providing [1] 9/13
prudent [2] 54/5 57/2
PTO [1] 30/7
public [8] 22/3 36/4
44/1 45/6 45/11 47/21
50/16 62/9
publications [1] 47/16
publicly [9] 36/3 36/3

pulls [1] 41/14
Punta [1] 3/19
purpose [1] 14/1
purposes [1] 13/5
pursuant [1] 42/21
put [8] 20/7 20/11
23/18 24/19 26/17 34/1
34/5 54/16
puts [1] 30/21
PUTZI [1] 3/22

**Q**

qualify [2] 54/7 55/7
question [9] 9/20 10/8
10/9 12/1 12/10 28/4
31/11 39/20 42/23
questionnaire [4]
54/22 55/14 56/8 56/16
questions [8] 9/7
12/10 17/25 42/11 44/2
54/14 55/21 56/19
quickly [4] 6/13 36/16
38/3 38/12
quite [1] 56/3

**R**

raise [15] 7/9 9/7 31/12
32/4 33/10 33/14 43/6
43/8 44/4 51/10 53/15
53/16 53/25 58/9 61/4
raised [4] 6/12 26/10
26/11 31/17
raises [1] 42/23 51/8
Rakoczy [16] 1/14 5/13
16/21 18/6 18/21 19/20
19/25 24/8 37/17 37/25
39/2 45/13 53/18 54/13
56/2 58/19
ran [1] 11/17
re [2] 14/8 61/15
re-arraign [1] 14/8
re-asserting [1] 61/15
reached [1] 10/16
read [2] 15/6 15/18
readily [1] 47/14
reading [4] 15/3 15/10
16/10 16/12
ready [1] 41/23 59/17
real [2] 40/5 55/22
really [7] 12/5 13/8
32/15 37/24 48/16 50/1
55/18
Realtime [1] 4/7
reason [1] 55/18
reasoning [1] 46/10
reasons [2] 52/7 55/20
recall [3] 21/17 24/6
25/3
receive [4] 35/23 45/1
53/1 61/24
received [4] 35/6 35/21
35/22 42/24
receiving [3] 52/10
52/16 52/17
recently [1] 20/9
reconvene [1] 24/21

14/17 15/19 16/16 21/6
22/3 29/8 29/16 43/8
45/24 52/3 52/11 63/3
recorded [1] 4/11
records [1] 39/23
reference [1] 11/21
referenced [2] 46/18
49/18
refile [2] 61/11 61/15
reflect [3] 14/17 16/16
29/8
reflecting [1] 29/1
reflects [1] 52/11
refused [1] 50/4
regarding [4] 9/2 39/1
42/20 46/20
Registered [1] 4/7
reinstated [1] 19/18
relate [1] 13/22
related [4] 8/20 8/22
32/17 40/1
relates [2] 18/22 62/10
release [2] 22/24 36/8
released [4] 36/4 36/15
39/11 39/15
relevant [3] 35/12
45/19 53/2
rely [1] 47/14
remain [4] 48/3 49/7
61/17 61/18
remaining [1] 17/3
remedy [2] 38/5 38/8
remember [2] 51/13
52/18
remotely [1] 6/4
removed [1] 41/15
reply [1] 31/4
report [1] 30/6
reported [2] 36/3 42/3
Reporter [4] 4/6 4/7
4/7 4/8
reporters [1] 44/2
reporting [2] 36/5 44/1
reports [1] 17/6
represent [1] 40/22
representation [14]
8/1 8/19 8/22 9/3 9/11
11/15 12/24 25/22
41/23 48/18 48/22 51/4
51/17 53/10
representations [10]
10/14 12/11 12/16
12/19 12/21 12/22 20/9
47/13 51/7 52/3
represented [1] 7/15
representing [1] 7/17
represents [2] 8/16
40/14
request [12] 7/12
17/14 21/15 22/6 23/25
30/5 35/13 37/20 38/5
42/20 44/25 46/15
requested [2] 48/14
54/17
requesting [3] 35/11
35/19 41/25
requirements [1] 44/6

requisite [3] 44/12
44/15 52/2
reschedule [2] 6/17
24/2
resolve [7] 24/11 26/16
32/6 32/14 32/16 58/25
59/16
resolved [3] 10/16
31/11 32/19
respect [8] 14/20 15/12
19/6 20/10 24/5 25/2
35/11 46/3
respectfully [3] 21/14
28/15 29/15
respects [1] 14/15
respond [1] 49/7
responded [1] 48/10
response [4] 35/21
35/22 55/24 54/25
retained [2] 43/16
44/16
review [5] 34/3 43/12
44/15 45/1 48/19
RHODES [24] 1/6 2/2
5/7 5/16 6/1 13/18
13/19 13/20 14/17
14/20 15/25 16/4 16/12
16/16 18/12 19/22 28/9
37/1 37/16 38/24 45/3
46/5 46/16 60/14
Rhodes' [2] 14/7 19/21
right [33] 6/10 6/22
11/1 12/19 13/13 13/14
14/14 20/18 22/8 23/17
23/18 24/19 25/1 26/9
27/4 27/8 27/18 27/23
29/20 31/9 31/19 34/24
35/1 37/10 40/17 40/21
44/23 53/20 56/9 57/13
57/16 61/4 61/23
RIOS [1] 3/17
rise [4] 5/2 5/3 8/15
47/17
Ritchie [1] 3/22
RMR [2] 63/2 63/8
Road [1] 2/9
Roberto [1] 3/2 5/9
role [1] 44/10
rowing [1] 59/19
rule [19] 21/5 25/7 26/4
26/6 26/12 26/19 26/22
26/25 27/11 29/9 30/3
30/25 40/9 42/21 43/13
51/5 52/5 58/25 61/8
Rule 12 [11] 21/5 25/7
26/4 26/6 26/12 26/19
26/25 27/11 29/9 30/25
61/8
Rule 16 [2] 30/3 40/9
ruled [1] 25/11
rules [1] 49/21

**S**

said [14] 10/22 13/2
27/9 33/24 34/2 46/7
46/11 47/17 47/23
51/14 51/16 53/8 57/20
59/14

**S**

**same** [16]  7/16 7/17
8/17 9/5 13/20 14/15
14/24 21/1 28/4 30/25
32/11 52/7 59/19 61/16
61/18 61/18
**satisfactory** [1]  10/17
**satisfied** [11]  9/16 9/18
10/12 10/15 10/25
11/11 11/12 12/1 12/22
13/2 44/12
**save** [2]  29/7 33/25
**say** [10]  6/7 10/16
13/15 13/19 18/15 20/2
22/2 37/14 47/17 51/16
**saying** [1]  39/21
**schedule** [6]  30/25
36/8 36/13 37/18 42/18
58/8
**scheduled** [5]  18/2
19/22 21/13 21/19 57/7
**scheduling** [4]  17/9
18/1 53/18 60/16
**scott** [3]  3/17 3/20 5/23
**screen** [1]  11/4
**seal** [5]  45/14 45/21
46/13 62/10 62/12
**Sealed** [1]  62/13
**seat** [1]  42/8
**seated** [1]  5/4
**second** [7]  21/15 24/7
26/14 51/6 57/3 57/5
58/4
**section** [3]  16/1 16/8
41/10
**sections** [2]  14/2 16/8
**secure** [3]  8/2 8/3 11/9
**securing** [1]  42/25
**seditious** [1]  14/2 16/2
**see** [16]  6/10 7/21 7/21
16/18 18/19 24/20
34/21 36/20 38/10
38/14 39/5 42/16 42/18
57/21 57/25 61/25
**seeks** [1]  7/15
**seems** [1]  32/22
**seen** [1]  52/22
**sees** [2]  35/4 43/19
**select** [1]  56/17
**selecting** [1]  57/14
**selection** [5]  53/23
54/10 56/21 57/13 58/3
**send** [4]  23/23 52/23
53/13 54/17
**sending** [1]  54/23
**sense** [5]  30/16 47/24
51/25 54/6 54/11
**separate** [2]  8/17 34/20
**separately** [4]  8/12
8/23 9/8 11/7
**September** [16]  16/20
17/1 18/2 20/24 32/2
36/15 36/22 41/24
54/10 55/13 56/23
57/12 57/21 57/21
57/22 59/18
**service** [1]  10/4
**session** [1]  36/25

8/11 51/1 APM  8/1 Document 236-1
17/13 21/1 21/14 22/3
27/4 30/23 32/5 53/1
**setting** [1]  57/18
**seven** [3]  41/15 42/4
42/5
**seven-defendant** [1]
42/4
**several** [1]  25/4
**share** [2]  47/5 54/3
**shared** [1]  35/16
**sharing** [1]  50/17
**she** [7]  18/23 37/17
41/23 48/22 58/22 59/2
59/4
**Shipley** [6]  3/2 3/3 5/21
31/9 32/24 33/20
**short** [1]  26/16
**shortly** [1]  13/9 26/2
**should** [7]  6/7 10/16
13/19 17/14 26/15 36/8
56/16
**shouldn't** [2]  18/15
59/14
**show** [1]  41/6
**shown** [2]  35/9 36/25
**shows** [1]  41/16
**side** [1]  37/11
**sides** [3]  18/24 39/7
59/6
**Signal** [1]  58/24
**signatory** [1]  43/3
**signed** [2]  11/23 45/10
**simple** [1]  12/9
**simply** [4]  25/21 31/16
44/12 49/9
**simultaneous** [2]  8/19
9/3
**simultaneously** [2]
8/16 41/17
**since** [2]  15/25 21/4
**single** [4]  13/18 19/10
19/16 46/6
**single-handedly** [2]
19/10 19/16
**sir** [3]  6/18 15/14 18/18
**site** [1]  40/16
**sitting** [1]  45/25
**situation** [5]  8/25
43/17 50/9 50/12 52/15
**size** [1]  54/3
**slotted** [1]  21/15
**so** [97]
**so I think** [3]  31/11
35/10 57/5
**so it's** [1]  40/8
**So maybe** [1]  57/25
**soft** [1]  59/5
**Soller** [7]  7/21 8/5 8/9
9/23 9/23 12/5 13/7
**solution** [3]  23/21
41/14 42/2
**solutions** [1]  40/6
**some** [33]  6/11 10/6
17/6 17/15 17/19 17/25
18/1 18/21 20/8 25/13
32/7 32/17 32/21 33/25
35/6 35/9 36/10 37/20

8/1 Des 236-1 23/2 1 44/19
45/12 45/14 45/14 47/9
51/25 53/24 54/24 58/9
58/14 59/6 59/20
**somebody** [1]  55/23
**someone** [3]  27/21
55/25 60/17
**something** [15]  6/17
19/11 23/20 26/2 27/10
32/6 34/5 37/3 37/5
37/14 47/8 53/9 53/13
60/19 62/4
**sometime** [1]  36/4
**soon** [1]  21/11
**sorry** [5]  11/17 15/1
22/14 38/18 53/19
**sort** [2]  14/23 33/24
**sought** [1]  7/15
**source** [3]  48/22 50/8
52/16
**sources** [1]  42/24
**speak** [4]  7/23 7/23
48/12 51/15
**specific** [3]  17/2 23/25
51/11
**specifically** [2]  39/1
39/2
**speed** [1]  32/2
**spell** [1]  22/18
**spend** [1]  48/17
**spends** [1]  32/19
**spillover** [1]  57/4
**spoke** [2]  8/9 45/13
**spoken** [7]  23/24 36/10
37/17 39/2 52/4 52/6
58/19
**square** [1]  24/23
**Sr** [1]  3/21
**staff** [1]  52/23
**stage** [1]  20/16
**staggered** [1]  55/12
**stand** [6]  7/5 18/8
18/13 27/12 60/17
60/18
**stanley** [2]  2/8 2/11
5/17 21/10
**Stanley Woodward** [1]
21/10
**start** [3]  16/20 16/23
58/3
**starting** [2]  7/11 56/21
**starts** [1]  58/10
**stated** [1]  18/21
**statements** [2]  20/2
50/20
**STATES** [7]  1/1 1/3
1/10 5/6 14/5 16/8
22/13
**status** [2]  1/9 32/4
**statute** [2]  14/3 14/3
**statutory** [1]  16/1
**stay** [1]  37/18
**stenography** [1]  4/11
**steps** [1]  11/5
**STEWART** [3]  1/6 2/2
5/7
**stick** [1]  62/4
**still** [5]  22/3 22/4 29/15

**stop** [1]  26/5
**straightforward** [1]
44/19
**streamline** [2]  58/21
58/25
**Street** [5]  1/15 2/23 3/4
3/13 4/3
**strikes** [3]  54/6 55/8
56/9
**strings** [3]  43/25 44/6
46/19
**stuff** [2]  19/24 46/21
**styled** [1]  7/19
**SUAREZ** [1]  3/17
**subject** [1]  40/8
**submit** [3]  52/20 52/21
53/12
**submitted** [1]  35/17
**subpoena** [1]  40/11
**substance** [1]  25/13
**substantive** [2]  6/17
13/24
**such** [1]  55/21
**sufficient** [1]  27/3
**suggest** [2]  58/8 59/13
**suggested** [1]  28/24
**suggestion** [1]  54/24
**suggestions** [2]  44/6
55/9
**Suite** [8]  2/4 2/14 3/4
3/9 3/14 3/18 3/23 4/4
**summer** [1]  18/2
**summertime** [1]  17/16
**summoned** [1]  54/2
**summons** [2]  54/17
54/23
**superceding** [1]  7/4
**superseding** [16]
13/14 14/8 14/14 14/19
16/10 16/15 18/16
18/20 19/1 28/8 30/2
30/14 33/5 34/10 61/10
61/12
**supplement** [5]  17/7
17/20 26/25 29/16 41/3
**supplemental** [1]
28/19 30/25
**supplementation** [1]
27/7
**support** [1]  46/6
**supposed** [1]  57/17
**sure** [11]  6/14 10/22
15/9 20/13 40/10 40/17
47/16 52/20 56/3 58/9
60/19
**Surveillance** [1]  57/18
**suspect** [1]  55/9
**suspend** [1]  27/24

**T**

**take** [14]  9/20 14/23
23/21 34/12 37/7 48/22
52/24 53/10 54/20
55/15 55/16 55/17 61/1
62/4
**taken** [2]  11/6 62/7
**takes** [1]  30/9

**taking** [1]  26/15

**talk** [3]  7/22 20/6 27/8
**talked** [6]  20/3 31/14
37/23 38/6 45/7 46/1
**tampering** [1]  16/6
**Tarrio** [2]  20/10 37/2
**tasking** [1]  24/8
**tasks** [1]  13/10
**technically** [2]  40/8
40/14
**tell** [3]  19/11 22/10
51/16
**ten** [3]  54/19 54/19
55/8
**ten-week** [1]  54/19
**terms** [12]  16/19 33/22
38/20 39/9 39/13 39/16
42/25 44/7 46/16 55/1
56/2 56/3
**Terrific** [1]  33/11
**Texas** [1]  19/9
**than** [17]  7/3 12/9 14/6
14/17 20/14 26/12 33/9
41/15 42/24 50/19
52/16 52/19 52/23
53/17 55/8 56/21 57/6
**thank** [38]  6/20 8/7
10/3 11/16 12/4 12/7
13/8 13/12 13/13 16/14
20/18 20/22 21/9 23/22
27/6 27/16 28/2 28/25
29/12 31/2 32/25 33/11
34/7 34/23 40/2 40/13
42/10 50/25 51/21 56/6
56/14 58/6 58/15 59/21
61/19 61/23 62/2 62/8
**thank you** [33]  6/20
8/7 11/16 13/8 13/12
13/13 16/14 20/18
20/22 21/9 23/22 27/6
27/16 28/2 28/25 29/12
31/2 33/11 34/7 34/23
40/2 40/13 42/10 50/25
51/21 56/14 58/6 58/15
59/21 61/19 61/23 62/2
62/8
**Thanks** [1]  61/21
**that** [347]
**that's** [43]  7/9 7/16
7/18 7/24 10/17 11/9
14/10 17/16 19/23 20/6
20/14 26/25 27/24
29/17 30/20 30/22 34/4
36/9 37/7 37/23 37/23
38/10 38/13 38/22 39/7
39/16 40/15 40/17 42/2
45/19 49/8 49/11 50/18
51/21 53/16 54/25 58/5
58/24 59/2 59/9 59/16
61/13 61/14
**their** [12]  8/2 9/6 9/9
9/15 10/7 10/23 41/10
43/13 43/17 43/18 44/7
45/16
**thelinderfirm.com** [1]
2/6
**them** [31]  7/22 7/25 8/4
8/22 9/11 9/15 10/21

**T**

them... **[24]** 11/8 11/9 14/19 19/18 32/4 32/5 36/16 36/19 36/20 39/24 43/14 45/1 46/18 51/3 51/3 52/22 52/23 52/24 52/25 53/1 53/5 54/15 55/12 55/18

then **[43]** 7/4 7/5 7/5 7/8 7/23 8/6 8/10 8/11 10/10 12/19 13/14 15/12 15/22 16/21 17/19 18/6 18/11 23/20 24/21 25/4 26/24 27/12 30/9 31/3 31/9 32/20 33/16 34/21 34/22 37/11 37/20 38/5 42/19 43/15 45/9 52/24 55/14 55/15 56/2 56/24 57/16 58/14 58/16

theory **[3]** 15/21 31/16 57/9

there **[43]** 6/11 8/6 17/3 17/12 23/4 23/6 24/9 26/18 29/2 29/4 29/5 29/6 29/23 31/20 31/21 32/3 32/17 34/3 35/8 36/8 36/12 36/17 36/24 37/20 38/1 38/6 38/8 39/5 39/10 40/4 40/5 42/17 44/11 44/18 46/1 46/2 46/13 46/16 46/18 49/23 50/10 50/15 61/3

there's **[20]** 6/16 7/8 23/20 34/4 37/18 37/22 39/18 40/10 41/2 41/4 41/13 42/1 42/9 44/17 55/18 55/22 59/15 60/20 60/25 61/10

thereabouts **[1]** 27/22

therefore **[1]** 9/16

these **[10]** 6/2 36/2 41/17 41/18 41/18 42/1 43/24 47/9 50/13 62/7

they **[35]** 7/14 7/15 8/3 9/8 9/18 10/22 11/9 13/21 13/22 17/15 20/1 32/13 35/24 36/15 38/2 38/6 38/14 39/3 39/12 39/15 41/10 42/4 42/8 43/14 43/24 45/13 45/20 46/12 47/14 52/22 53/3 53/4 58/24 61/10 61/11

they're **[1]** 47/23

they've **[5]** 12/5 12/16 20/8 45/22 55/20

thing **[4]** 6/24 46/6 53/16 57/25

things **[14]** 6/11 7/5 16/19 18/8 18/13 20/6 24/21 38/11 39/11 45/14 45/14 54/24 59/1 59/16

think **[64]**

thinking **[3]** 55/4 56/3 56/24

third **[1]** 46/20

**Thomas [2]** 3/21 5/11

thorough **[1]** 8/10

those **[29]** 6/9 8/14 8/25 9/13 9/19 11/19 12/22 13/3 14/16 16/17 17/4 17/11 25/9 25/15 26/19 29/13 35/23 36/14 39/14 45/19 51/13 55/16 55/16 55/17 55/25 58/25 61/9 61/11 61/24

trust **[1]** 15/25

try **[7]** 32/6 32/18 43/8 54/11 54/13 58/25 59/4

trying **[2]** 24/1 58/24

Tuesday **[1]** 13/16

turn **[15]** 7/1 7/4 7/5 8/5 10/11 12/8 13/14 18/11 20/7 20/19 29/20 31/9 35/1 39/23 42/19

turned **[1]** 62/10

turning **[1]** 49/25

tweak **[2]** 18/22 54/24

twice **[1]** 51/2

two **[20]** 8/16 12/10 16/22 18/24 19/22 19/22 22/6 30/19 30/21 30/22 33/6 34/15 37/19 41/5 44/2 44/25 53/22 55/1 56/19 59/6

two-week **[1]** 33/6

TX **[1]** 2/5

**U**

U.S **[2]** 1/15 7/19

Ulrich **[1]** 13/22

unavailable **[1]** 60/7

undeniable **[1]** 41/19

under **[8]** 27/9 31/14 45/14 45/21 46/13 61/9 62/10 62/12

under-seal **[1]** 6/16

understand **[8]** 6/16 9/17 13/17 19/13 40/3 43/20 46/10 59/14

understanding **[6]** 9/15 10/13 10/23 26/1 43/18 50/12

understandings **[1]** 43/1

understands **[2]** 46/16 49/22

understood **[3]** 9/9 26/3 61/16

UNITED **[7]** 1/1 1/3 1/10 5/6 14/5 16/8 22/13

United States **[3]** 14/5 16/8 22/13

United States of **[1]** 5/6

universe **[1]** 17/9

unless **[3]** 32/13 42/10 50/8

unlike **[1]** 16/1

until **[4]** 27/24 32/4 38/14 54/23

up **[18]** 9/13 17/14 22/14 23/21 25/9 27/24

**T** 22/4 22/6 21/16 21/25 22/8 21/20 21/21 21/22 21/25 22/1 22/2 23/11 24/2 24/15 27/24 32/2 36/12 36/19 36/22 39/15 39/17 42/5 42/6 42/8 47/19 54/11 54/18 54/22 54/24 55/6 57/7 57/11 57/23 58/1 58/1 58/10 58/13 58/21 58/24 59/18

updates **[1]** 41/10

upon **[6]** 10/12 12/19 18/15 25/11 30/5 42/16

us **[17]** 7/1 18/19 18/25 21/11 24/1 27/3 30/21 38/2 43/14 46/17 47/24 51/12 51/12 54/3 58/14

usdoj.gov **[2]** 1/17 1/18

use **[1]** 58/24

used **[1]** 39/12

usual **[2]** 55/8 56/12

**V**

Vallejo **[5]** 4/2 5/12 5/25 6/4 33/17

Vallejo's **[1]** 29/5

various **[4]** 44/24 47/15

vast **[1]** 17/11

verbal **[1]** 28/22

versus **[3]** 5/7 7/19 22/13

very **[14]** 10/4 12/9 13/8 13/11 17/9 34/7 34/17 39/13 40/2 47/24 50/14 50/18 56/6 58/15

VIA **[4]** 1/13 2/1 3/1 4/1

victim **[4]** 40/19 40/23

victims **[1]** 40/22

video **[3]** 35/9 36/24 37/3

view **[5]** 10/17 14/7 44/24 50/19 55/2

viewing **[2]** 17/14 19/21

violation **[1]** 16/7

Virginia **[1]** 41/14

visit **[1]** 40/16

visits **[1]** 19/17

voir **[1]** 55/19

volume **[1]** 56/24

voluntarily **[6]** 9/19 11/14 12/2 12/23 13/3 52/13

vs **[1]** 1/5

**W**

wait **[4]** 32/4 32/9 32/9 34/20

waited **[1]** 45/22

waive **[5]** 9/10 15/3 15/10 16/9 16/12

waived **[1]** 52/12

waiver **[1]** 11/9

waivers **[5]** 8/3 10/20 11/18 11/20 11/23

waives **[1]** 49/11

waiving **[6]** 9/19 11/14 12/2 12/23 13/3 53/5

Walnut **[1]** 3/13

want **[25]** 6/13 6/24 6/24 9/24 11/4 13/15 18/13 18/22 19/6 20/7 23/19 24/1 24/2 25/21

57/11 57/12 57/20 57/23 58/1 58/1 58/2 62/5

**W** 28/17 29/7 32/14 42/13 46/25 48/16 53/15 53/25 58/7 61/7

wanted **[6]** 37/14 43/6 53/18 54/8 58/9 62/4

wants **[4]** 19/9 33/22 33/25 61/4

was **[30]** 7/12 13/15 15/23 21/24 25/25 27/9 27/11 29/2 29/4 29/23 35/8 36/24 36/25 42/3 42/20 46/8 46/10 46/13 47/8 47/9 48/10 48/15 49/4 50/6 54/9 54/19 55/4 55/13 55/24 57/1

Washington **[10]** 1/5 1/16 2/10 2/15 3/9 4/4 4/9 41/9 41/9 42/4

wasn't **[2]** 29/17 52/8

Watkins **[7]** 2/22 5/9 5/20 6/5 6/15 29/21 60/5

way **[13]** 15/15 23/20 25/23 32/11 32/11 34/4 36/16 39/22 40/10 45/20 47/25 54/16 55/21

we **[170]**

we believe **[4]** 10/19 17/22 44/14 44/19

we will **[10]** 17/19 24/13 25/13 26/21 35/23 35/24 36/2 36/16 55/3 61/23

we would **[1]** 10/20

we'll **[21]** 7/4 7/5 8/6 11/7 16/12 16/21 17/13 20/11 21/10 23/17 27/8 27/13 31/15 32/18 42/17 50/10 50/21 54/23 55/6 61/3 61/23

we're **[17]** 10/6 6/3 9/20 10/4 26/15 30/25 35/5 41/12 41/24 47/16 47/24 48/2 54/24 56/10 56/12 57/1 59/19

we've **[13]** 15/6 18/21 18/23 19/3 19/18 20/2 35/21 41/24 42/1 46/1 51/20 52/7 54/24

weak **[1]** 50/18

Webex **[1]** 19/17

Wednesday **[1]** 13/16

week **[13]** 21/14 21/20 24/20 27/2 33/6 54/19 57/8 57/11 57/12 57/17 58/4 58/5 60/7

weeks **[9]** 17/4 19/22 19/22 30/19 30/21 30/22 34/15 54/19 57/11

Weinberg **[4]** 3/17 3/17 5/23 33/12

welcome **[4]** 6/8 6/9 24/12 46/22

well **[33]** 7/10 10/20 11/6 12/12 12/20 13/1 13/11 17/18 17/23 19/8

**W**

**well... [23]** 19/13 29/5
30/21 30/24 31/25
32/22 32/23 33/22 34/7
34/19 35/24 38/17
39/18 40/17 40/19
40/25 42/9 46/6 48/9
48/22 53/25 54/16
56/15
**well-aware [1]** 48/22
**went [1]** 47/7
**were [21]** 8/3 9/9 9/10
12/12 13/21 16/2 21/4
26/18 26/18 35/8 42/6
44/12 49/6 53/23 54/2
54/4 54/18 55/12 56/3
56/20 61/8
**weren't [1]** 26/19
**West [1]** 3/14
**what [44]** 6/22 10/13
11/9 15/8 15/25 19/25
22/10 32/10 32/11 34/5
34/17 35/13 36/2 36/4
37/25 38/5 38/8 38/19
38/20 39/6 42/18 42/23
42/25 43/4 43/11 43/24
43/24 44/1 44/20 44/24
45/21 45/21 46/12
47/22 47/23 49/22 50/6
50/18 51/15 52/14 55/9
55/13 56/3 58/12
**what's [3]** 34/21 36/20
43/25
**whatever [3]** 37/21
47/16 50/10
**when [17]** 8/15 11/7
21/23 27/1 30/16 35/22
36/1 39/3 39/9 39/14
45/9 45/12 47/8 51/13
51/18 52/8 54/18
**Whenever [1]** 36/14
**where [10]** 7/5 16/18
18/7 18/13 24/21 35/10
38/10 42/6 43/21 50/9
**whether [14]** 10/12
10/14 11/10 11/12 14/7
18/14 24/17 28/5 29/4
51/23 54/9 54/10 56/20
57/2
**which [18]** 6/23 9/15
12/10 13/20 17/15
17/21 20/3 29/10 31/25
32/12 35/1 39/12 50/9
54/14 57/8 58/23 59/13
61/17
**while [4]** 41/2 48/15
48/21 49/16
**who [17]** 6/9 7/17
13/22 24/10 43/16
43/17 44/2 44/5 45/25
46/17 48/10 50/4 52/1
52/24 53/2 55/18 55/24
**who's [4]** 11/13 22/11
22/21 34/5
**whoever [1]** 34/1
**whoever's [1]** 53/8
**whole [1]** 60/7
**wholly [1]** 46/6

**why [14]** 8/5 14/20
15/11 16/20 16/23 18/5
18/11 19/13 20/19 27/4
29/20 30/23 34/20
40/15
**wife [4]** 7/14 7/24
12/25 50/15
**will [36]** 14/17 16/16
17/4 17/7 17/15 17/19
21/2 21/7 21/17 24/13
25/3 25/13 25/15 26/21
30/6 31/4 32/23 33/6
33/20 34/18 35/23
35/24 36/2 36/3 36/12
36/16 36/17 39/11
52/22 52/24 53/1 53/9
55/3 57/19 61/23 62/12
**William [7]** 3/2 3/3 3/21
4/6 5/21 63/2 63/8
**willing [3]** 9/10 46/3
54/3
**Wilson [1]** 51/14
**Wise [10]** 7/21 8/5 9/23
9/25 10/22 11/21 12/5
12/12 13/7 47/9
**Wise's [1]** 11/5
**wish [5]** 11/9 13/4 16/9
17/12 46/25
**wishes [2]** 25/22 55/8
**withdrawing [3]** 25/10
26/20 26/21
**without [2]** 6/15 39/5
**witness [1]** 17/10
**witnesses [4]** 37/21
37/22 38/1 38/6
**won't [4]** 28/18 51/12
51/12 51/12
**wondering [1]** 57/1
**Woodward [25]** 2/8 2/9
5/17 7/16 8/11 8/13
9/12 11/4 20/19 20/23
20/25 21/2 21/7 21/10
22/9 23/17 24/7 24/23
26/17 27/14 28/4 28/13
47/2 51/6 51/9
**Woodward's [2]** 8/18
28/6
**work [9]** 10/5 12/20
13/9 20/25 32/22 32/23
34/12 36/16 56/10
**worked [2]** 51/1 51/2
**working [4]** 47/9 51/20
59/4 59/6
**works [1]** 33/6
**worth [1]** 47/21
**would [67]**
**write [1]** 34/14
**writing [1]** 9/14
**written [4]** 10/20 11/18
11/19 11/22
**wrong [1]** 27/12

**Y**

**Yahoo [1]** 41/4
**Yeah [4]** 20/4 28/1
56/12 58/11
**year [3]** 9/1 35/18

**yes [30]** 10/18 10/24
12/1 12/14 12/17 15/14
16/24 18/18 22/12
22/17 23/3 23/6 23/12
23/15 24/13 28/14
28/21 35/15 37/9 43/5
48/2 50/24 53/17 53/18
56/5 58/18 58/19 61/13
61/14 62/6
**yesterday [2]** 17/8
45/13
**yet [5]** 36/19 44/24
54/2 54/5 54/18
**you [128]**
**you'd [1]** 31/12
**you'll [3]** 24/6 27/1
30/16
**you're [12]** 6/15 11/3
11/10 11/12 14/22
14/25 20/21 26/19
34/21 43/3 52/17 58/22
**you've [3]** 10/5 19/4
23/21
**YouGov.com [1]** 41/5
**your [118]**
**Your Honor [100]**
**Your Honor's [1]** 11/25
**yourself [1]** 29/8

**Z**

**Zaremba [3]** 4/6 63/2
63/8
**ZOOM [4]** 1/13 2/1 3/1
4/1
**Zsuzsa [1]** 2/12