IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15 (APM) |
| v. | : |
| (1) ROBERTO MINUTA, | : |
| (2) JOSEPH HACKETT, | : |
| (3) DAVID MOERSCHEL, and | : |
| (4) EDWARD VALLEJO | : |
| Defendants. | : |

## VERDICT FORM

**Count One: Seditious Conspiracy**

    A. Verdict as to each defendant:

        **(1) *Roberto Minuta***

        Guilty __X__  Not Guilty _____

        i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

            _____ To oppose by force the authority of the Government of the United States

            __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**(2) *Joseph Hackett***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**(3) *David Moerschel***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**(4) *Edward Vallejo***

Guilty __X__ Not Guilty _____

    i. **If guilty of the conspiracy charged in Count One, which object(s) do you unanimously find the defendant conspired to achieve:**

        _____ To oppose by force the authority of the Government of the United States

        __X__ To use force to prevent, hinder, or delay the execution of any law of the United States

**Count Two: Conspiracy to Obstruct an Official Proceeding**

   A. Verdict as to each defendant:

      **(1) *Roberto Minuta***

      Guilty __X__ Not Guilty _____

      **(2) *Joseph Hackett***

      Guilty __X__ Not Guilty _____

      **(3) *David Moerschel***

      Guilty __X__ Not Guilty _____

      **(4) *Edward Vallejo***

      Guilty __X__ Not Guilty _____

**Count Three: Obstruction of an Official Proceeding**

      **(1) *Roberto Minuta***

      Guilty __X__ Not Guilty _____

      **(2) *Joseph Hackett***

      Guilty __X__ Not Guilty _____

      **(3) *David Moerschel***

      Guilty __X__ Not Guilty _____

      **(4) *Edward Vallejo***

      Guilty __X__ Not Guilty _____

**Count Four: Conspiracy to Prevent Members of Congress from Discharging Their Duties**

A. Verdict as to each defendant:

(1) *Roberto Minuta*

Guilty **X**   Not Guilty _____

　i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

　　**X** To prevent a Member of Congress from discharging a duty as a Member of Congress

　　_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(2) *Joseph Hackett*

Guilty **X**   Not Guilty _____

　i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

　　**X** To prevent a Member of Congress from discharging a duty as a Member of Congress

　　_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(3) *David Moerschel*

Guilty **X**   Not Guilty _____

　i. If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:

　　**X** To prevent a Member of Congress from discharging a duty as a Member of Congress

　　_____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(4) *Edward Vallejo***

Guilty __X__ Not Guilty ____

    i. **If guilty of the conspiracy charged in Count Four, which object(s) do you unanimously find the defendant conspired to achieve:**

        __X__ To prevent a Member of Congress from discharging a duty as a Member of Congress

        ____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Five: Destruction of Government Property**

**(2) *Joseph Hackett***

Guilty ____ Not Guilty __X__

**(3) *David Moerschel***

Guilty ____ Not Guilty __X__

---

**Count Six:    Tampering with Documents or Proceedings**

**(1) *Roberto Minuta***

Guilty ____ Not Guilty __X__

---

**Count Seven: Tampering with Documents or Proceedings**

**(2) *Joseph Hackett***

Guilty __X__ Not Guilty ____

**Count Eight: Tampering with Documents or Proceedings**

    **(3) *David Moerschel***

    Guilty \_\_\_\_\_   Not Guilty __X__

---

Date: January 23, 2023