# A

4/3/2019

MyQuest™

# HARRELSON,KENNETH

DOB: 11/09/1980          Age: ▓▓         Specimen: TM074200N       Collected: 04/03/2019 11:22      Client #: 66092191
Sex: M                                 Requisition: 0000972          Received: 04/03/2019 11:23      TURBAY,TAMID A
Phone: ▓▓▓▓▓▓▓▓▓        Fasting: N       Lab Reference ID: 7443CE16615   Reported: 04/04/2019 00:34      MHM MEDICAL GROUP
Patient ID: 305                                                                                        835 EXECUTIVE LN STE 140
                                        Report Status: FINAL                                          ROCKLEDGE, FL 32955-8068
                                                                                                      Phone: (321) 373-0505
                                                                                                      Fax: (321) 806-3290

FASTING:NO

## CBC (H/H, RBC, INDICES, WBC, PLT)

| Analyte | Value | |
|---|---|---|
| WHITE BLOOD CELL COUNT | 4.8 | Reference Range: 3.8-10.8 Thousand/uL |
| RED BLOOD CELL COUNT | 5.00 | Reference Range: 4.20-5.80 Million/uL |
| HEMOGLOBIN | 15.4 | Reference Range: 13.2-17.1 g/dL |
| HEMATOCRIT | 45.0 | Reference Range: 38.5-50.0 % |
| MCV | 90.0 | Reference Range: 80.0-100.0 fL |
| MCH | 30.8 | Reference Range: 27.0-33.0 pg |
| MCHC | 34.2 | Reference Range: 32.0-36.0 g/dL |
| RDW | 13.2 | Reference Range: 11.0-15.0 % |
| PLATELET COUNT | 228 | Reference Range: 140-400 Thousand/uL |
| MPV | 10.7 | Reference Range: 7.5-12.5 fL |

### Performing Sites

TP Quest Diagnostics-Tampa, 4225 E Fowler Ave, Tampa, FL 33617-2026 Laboratory Director: Weston H Rothrock MD

### Key

⬤ Priority Out of Range   ⚠ Out of Range

These results have been sent to the person who ordered the tests. Your receipt of these results should not be viewed as medical advice and is not meant to replace discussion with your doctor or other healthcare professional.

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2022 Quest Diagnostics Incorporated. All rights reserved.



4/7/2021

**≋LabCorp**                                                                    **Patient Report**

**Specimen ID:** 097-833-5779-0                    **Acct #:** 09610792    **Phone:** (407) 665-1307    **Rte:** 44
**Control ID:** LB102_0039F

**HARRELSON, KENNETH**                    Seminole Cty Sheriff- County
                                          211 BUSH BLVD
                                          SANFORD FL 32773
                                          ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| **Patient Details** | **Specimen Details** | **Physician Details** |
|---|---|---|
| **DOB:** 11/09/1980 | **Date collected:** 04/07/2021 0650 Local | **Ordering:** J Morency, |
| **Age(y/m/d):** 040/04/29 | **Date received:** 04/07/2021 | **Referring:** |
| **Gender:** M | **Date entered:** 04/07/2021 | **ID:** |
| **Patient ID:** 202100001670 | **Date reported:** 04/08/2021 0812 ET | **NPI:** 1497210272 |

**General Comments & Additional Information**
**Alternate Control Number:** LB102_0039FBDAC                    **Alternate Patient ID:** 202100001670

**Ordered Items**
CBC With Differential/Platelet; Comp. Metabolic Panel (14)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 8.3 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.20 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 16.3 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 49.1 | | % | 37.5-51.0 | 01 |
| MCV | 94 | | fL | 79-97 | 01 |
| MCH | 31.3 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.2 | | g/dL | 31.5-35.7 | 01 |
| RDW | 14.3 | | % | 11.6-15.4 | 01 |
| Platelets | 181 | | x10E3/uL | 150-450 | 01 |
| Neutrophils | 42 | | % | Not Estab. | 01 |
| Lymphs | 48 | | % | Not Estab. | 01 |
| Monocytes | 8 | | % | Not Estab. | 01 |
| Eos | 2 | | % | Not Estab. | 01 |
| Basos | 0 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 3.5 | | x10E3/uL | 1.4-7.0 | 01 |
| **Lymphs (Absolute)** | 4.0 | High | x10E3/uL | 0.7-3.1 | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1-0.9 | 01 |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0-0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0-0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0-0.1 | 01 |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 84 | | mg/dL | 65-99 | 01 |
| BUN | 15 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.10 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 84 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 97 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 14 | | | 9-20 | |
| Sodium | 142 | | mmol/L | 134-144 | 01 |

Date Issued: 04/17/21 1157 ET                    **FINAL REPORT**                    Page 1 of 2

This document contains private and confidential health information protected by state and federal law.    © 1995-2021 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-877-5227                    All Rights Reserved - Enterprise Report Version: 1.00

 **LabCorp**

**Patient Report**

**Patient:** HARRELSON, KENNETH
**DOB:** ⬛⬛⬛⬛⬛⬛    **Patient ID:** 202100001670    **Control ID:** LB102_0039F    **Specimen ID:** 097-833-5779-0
**Date collected:** 04/07/2021  0650 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Potassium | 4.8 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 99 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 30 | High | mmol/L | 20-29 | 01 |
| Calcium | 9.9 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 6.9 | | g/dL | 6.0-8.5 | |
| Albumin | 4.5 | | g/dL | 4.0-5.0 | 01 |
| Globulin, Total | 2.4 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.9 | | | 1.2-2.2 | |
| Bilirubin, Total | <0.2 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 52 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 118 | High | IU/L | 0-40 | 01 |
| ALT (SGPT) | 85 | High | IU/L | 0-44 | 01 |

| 01 | TA | LabCorp Tampa | Dir: Sean Farrier, MD |
|----|----|---------------|----------------------|
| | | 5610 W LaSalle Street, Tampa, FL 33607-1770 | |

For inquiries, the physician may contact **Branch: 800-877-5227 Lab: 800-877-5227**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-877-5227

© 1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

5/6/2022

**Harrelson, Kenneth**

Patient ID: **377692**
Specimen ID: **136-184-4411-0**

DOB: ~~███~~
Age: **41**
Sex: **Male**

**Patient Report**

Account Number: **08755665**
Ordering Physician: **R Aidoo -**



---

Ordered Items: **Basic Metabolic Panel (8); Lipid Panel; Hemoglobin A1c**

---

Date Collected: **05/16/2022**    Date Received: **05/16/2022**    Date Reported: **05/17/2022**    Fasting: **Not Given**

---

## Basic Metabolic Panel (8)

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|------|------|------|------|------|------|------|
| Glucose [01] | 92 | | 84 | 04/07/2021 | mg/dL | 65-99 |
| BUN [01] | 13 | | 15 | 04/07/2021 | mg/dL | 6-24 |
| Creatinine [01] | 1.05 | | 1.1 | 04/07/2021 | mg/dL | 0.76-1.27 |
| eGFR | 91 | | | | mL/min/1.73 | >59 |
| BUN/Creatinine Ratio | 12 | | 14 | 04/07/2021 | | 9-20 |
| Sodium [01] | 141 | | 142 | 04/07/2021 | mmol/L | 134-144 |
| Potassium [01] | 3.9 | | 4.8 | 04/07/2021 | mmol/L | 3.5-5.2 |
| Chloride [01] | 101 | | 99 | 04/07/2021 | mmol/L | 96-106 |
| Carbon Dioxide, Total [01] | 25 | | **30** | 04/07/2021 | mmol/L | 20-29 |
| Calcium [01] | 9.5 | | 9.9 | 04/07/2021 | mg/dL | 8.7-10.2 |

## Lipid Panel

| Test | Current Result and Flag | | Previous Result and Date | | Units | Reference Interval |
|------|------|------|------|------|------|------|
| Cholesterol, Total [01] | 159 | | 162 | 06/24/2021 | mg/dL | 100-199 |
| Triglycerides [01] | 137 | | 145 | 06/24/2021 | mg/dL | 0-149 |
| ▼ **HDL Cholesterol** [01] | **31** | **Low** | **34** | 06/24/2021 | mg/dL | >39 |
| VLDL Cholesterol Cal | 25 | | 26 | 06/24/2021 | mg/dL | 5-40 |
| ▲ **LDL Chol Calc (NIH)** | **103** | **High** | **102** | 06/24/2021 | mg/dL | 0-99 |

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | | Units | Reference Interval |
|------|------|------|------|------|------|
| Hemoglobin A1c [01] | 5.6 | 5.5 | 06/24/2021 | % | 4.8-5.6 |

Please Note: [01]

```
                    Prediabetes: 5.7 - 6.4
                    Diabetes: >6.4
                    Glycemic control for adults with diabetes: <7.0
```

---

### Disclaimer

The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

### Icon Legend

▲ Out of Reference Range    ■ Critical or Alert

### Performing Labs

01: BN - Labcorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician may contact Branch: 800-859-0391 Lab: 800-762-4344

---

**labcorp**

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

Date Created and Stored  05/17/22 0937 ET  **Final Report**  Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

**Harrelson, Kenneth**

Patient ID: **377692**
Specimen ID: ~~136-184-4411-0~~

DOB: ~~11/09/1980~~
Age: **41**
Sex: **Male**

**Patient Report**

Account Number: **08755665**
Ordering Physician: **R Aidoo -**



---

Patient Details
**Harrelson, Kenneth**
~~1901 E Street SE, Washington, DC, 20003~~

Phone: **377-692-7692**
Date of Birth: **11/09/1980**
Age: **41**
Sex: **Male**
Patient ID: **377692**
Alternate Patient ID: **377692**

Physician Details
**R Aidoo -**
**Correctional Treatment**
**1901 E Street SE, Washington, DC, 20003**

Phone: **202-698-0433**
Account Number: **08755665**
Physician ID:
NPI: **1366824385**

Specimen Details
Specimen ID: **136-184-4411-0**
Control ID: **40300758**
Alternate Control Number: **40300758**
Date Collected: **05/16/2022 0951  Local**
Date Received: **05/16/2022 0000  ET**
Date Entered: **05/16/2022 2241  ET**
Date Reported: **05/17/2022 0935  ET**
Rte: **ML**

---

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344

6/24/2021

**Harrelson, Kenneth**
DOB: ~~XX/XX/XXXX~~

Patient ID: **377692**
Age: **40**

Specimen ID: **175-184-2310-0**
Sex: **Male**

**Patient Report**

Account Number: **08755665**

Ordering Physician: **A Amankwah**

**labcorp**

Ordered Items: **Lipid Panel; Hemoglobin A1c; Hep B Surface Ab; Hep A Ab, Total**

| Date Collected: 06/24/2021 | Date Received: 06/24/2021 | Date Reported: 06/25/2021 | Fasting: **Not Given** |
|---|---|---|---|

## Lipid Panel

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| Cholesterol, Total [01] | 162 | | | mg/dL | 100-199 |
| Triglycerides [01] | 145 | | | mg/dL | 0-149 |
| ▼ **HDL Cholesterol** [01] | **34** | **Low** | | mg/dL | >39 |
| VLDL Cholesterol Cal | 26 | | | mg/dL | 5-40 |
| ▲ **LDL Chol Calc (NIH)** | **102** | **High** | | mg/dL | 0-99 |

## Hemoglobin A1c

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Hemoglobin A1c [01] | 5.5 | | % | 4.8-5.6 |
| Please Note: [01] | | | | |

```
Prediabetes: 5.7 - 6.4
Diabetes: >6.4
Glycemic control for adults with diabetes: <7.0
```

## Hep B Surface Ab

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Hep B Surface Ab, Qual [01] | Non Reactive | | | |

```
Non Reactive: Inconsistent with immunity,
              less than 10 mIU/mL
Reactive:     Consistent with immunity,
              greater than 9.9 mIU/mL
```

## Hep A Ab, Total

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ► **Hep A Ab, Total** [01] | **Positive** | **Abnormal** | | | Negative |

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 3 years where there is sufficient patient demographic data to match the result to the patient.

**Icon Legend**
▲ Out of reference range    ■ Critical or Alert

**Performing Labs**
01: BN - LabCorp Burlington 1447 York Court, Burlington, NC, 27215-3361 Dir: Sanjai Nagendra, MD
For Inquiries, the physician can contact Branch: 800-859-0391 Lab: 800-762-4344

---

**labcorp**

Date Issued  06/25/21 0939 ET    **Final Report**  Page 1 of 2

©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344.

**Harrelson, Kenneth**                          **Patient Report**             ● **labcorp**
                        DOB: **11/09/1980**

Patient ID: **377692**                    Age: **40**                    Account Number: **08755665**
Specimen ID: **175-184-2310-0**           Sex: **Male**                  Ordering Physician: **A Amankwah**

---

**Patient Details**              **Physician Details**            **Specimen Details**
**Harrelson, Kenneth**           **A Amankwah**                   Specimen ID: **175-184-2310-0**
~~2nd line address redacted~~    **Correctional Treatment**       Control ID: **37965725**
                                 **1901 E Street SE, Washington, DC, 20003**   Alternate Control Number: **37965725**
Phone: **377-692-7692**                                           Date Collected: **06/24/2021 1119  Local**
Date of Birth: **11/09/1980**    Phone: **202-698-0433**          Date Received: **06/24/2021 0000  ET**
Age: **40**                      Account Number: **08755665**     Date Entered: **06/24/2021 2203  ET**
Sex: **Male**                    Physician ID:                    Date Reported: **06/25/2021 0935  ET**
Patient ID: **377692**           NPI: **1598827172**              Rte: **ML**
Alternate Patient ID: **377692**

---

**labcorp**

©1995-2021 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-762-4344.

3/20/2023



# U.S. Medical Center for Federal Prisons
### 1900 W. Sunshine Street
### Springfield, MO 65807
### 417-874-1621

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** HARRELSON, KENNETH | **Facility** USP Lewisburg |
| **Reg #** 34096-509 | **Order Unit** C02-219L |
| **DOB** 11/09/1980 | **Provider** Jessie Ayers, PA-C |
| **Sex** M | |

| | |
|---|---|
| **Collected** 03/20/2023 09:01 EDT | |
| **Received** 03/21/2023 10:22 EDT | |
| **Reported** 03/21/2023 14:35 EDT | |
| **LIS ID** 074231373 | |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | H | 30 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 15 | 6-20 | mg/dL |
| Creatinine | | 1.07 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.7 | 8.6-10.0 | mg/dL |
| Glucose | H | 159 ✳ | 74-106 | mg/dL |
| AST | H | 42 | 10-40 | U/L |
| ALT | H | 77 | 8-41 | U/L |
| Alkaline Phosphatase | | 73 | 40-129 | U/L |
| Bilirubin, Total | | 0.3 | <=1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.5 | 3.5-5.2 | g/dL |
| Globulin | | 2.8 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.63 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 14.2 | 5.0-30.0 | |
| Cholesterol, Total | | 153 | <200 | mg/dL |
| Triglycerides | | 134 | <=150 | mg/dL |
| HDL Cholesterol | L | 28 | 40-60 | mg/dL |
| LDL-Cholesterol | | 98 | <=130 | mg/dL |
| Chol/HDLC Ratio | H | 5.5 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| TSH | | 2.65 | 0.27-4.20 | uIU/mL |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | | 5.1 | 4.3-11.1 | K/uL |
| Red Blood Cell Count | | 4.68 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.4 | 13.6-17.6 | g/dL |
| Hematocrit | | 44.2 | 40.2-51.4 | % |
| MCV | | 94.4 | 82.5-96.5 | fL |
| MCH | | 30.8 | 27.1-34.9 | pg |
| MCHC | L | 32.6 | 33.0-37.0 | g/dL |

**FLAG LEGEND**    L=Low   LI=Low Critical   H=High   HI=High Critical   A=Abnormal  AI =Abnormal Critical

 

Report Status: *Final*

**HARRELSON, KENNETH**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **HARRELSON, KENNETH**<br><br>**DOB: 11/09/1980     AGE: 42**<br>Gender:   M<br>Patient ID: 34096-509 | Specimen:   CF586743Q<br>Collected:   03/20/2023 / 09:01 EDT<br>Received:    03/21/2023 / 01:57 EDT<br>Reported:    03/26/2023 / 03:28 EDT | Client #: 17837043<br>AYERS, JESSIE |

### Infectious Diseases

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| HCV RNA, QUANTITATIVE REAL TIME PCR | <15 NOT DETECTED | NOT DETECTED IU/mL | Z99 |
| HCV RNA, QUANTITATIVE REAL TIME PCR | <1.18 NOT DETECTED | NOT DETECTED Log IU/mL | Z99 |

This test was performed using Real-Time Polymerase Chain Reaction.

Reportable Range: 15 IU/mL to 100,000,000 IU/mL (1.18 Log IU/mL to 8.00 Log IU/mL).

The analytical performance characteristics of this assay have been determined by Quest Diagnostics. The modifications have not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

For more information on this test, go to: http://education.questdiagnostics.com/faq/FAQ22v1 (This link is being provided for informational/ educational purposes only.)

Physician Comments:

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON,MD,PHD, CLIA: 49D0221801
Z99   QUEST DIAGNOSTICS CLIFTON, 1 INSIGHTS DRIVE, CLIFTON, NJ 07012-2355 Laboratory Director: PETER E. FISHER,MD, CLIA: 31D0696246

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

**TESTOSTERONE, TOTAL, MS**          249 L          250-1100 ng/dL          AMD

  For additional information, please refer to
  http://education.questdiagnostics.com/faq/
  TotalTestosteroneLCMSMSFAQ165
  (This link is being provided for informational/
  educational purposes only.)

  This test was developed and its analytical performance
  characteristics have been determined by Quest
  Diagnostics Nichols Institute Chantilly, VA. It has
  not been cleared or approved by the U.S. Food and Drug
  Administration. This assay has been validated pursuant
  to the CLIA regulations and is used for clinical
  purposes.

**TESTOSTERONE, BIOAVAILABLE**          **96.1 L**          110.0-575.0 ng/dL          AMD

 

Report Status: *Final*

HARRELSON, KENNETH

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **HARRELSON, KENNETH**<br><br>**DOB:** ■■■■■■    **AGE: 42**<br>Gender:  M<br>Phone:   NG<br>Patient ID: 34096-509 | Specimen:  CF586743Q<br>Requisition: 3719111<br>Lab Ref #:  074231373<br><br>Collected:  03/20/2023 / 09:01 EDT<br>Received:   03/21/2023 / 01:57 EDT<br>Reported:   03/26/2023 / 03:28 EDT | Client #: 17837043     WI050000<br>AYERS, JESSIE<br>USP LEWISBURG<br>Attn: KEVIN PIGOS, MD<br>2400 ROBERT F MILLER DR<br>LEWISBURG, PA 17837-6850 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE, FREE, BIOAVAILABLE AND TOTAL, MS | | | | |
| **TESTOSTERONE, TOTAL, MS** | | 249 L | 250-1100 ng/dL | AMD |

For additional information, please refer to
http://education.questdiagnostics.com/faq/
TotalTestosteroneLCMSMSFAQ165
(This link is being provided for informational/
educational purposes only.)

This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics Nichols Institute Chantilly, VA. It has
not been cleared or approved by the U.S. Food and Drug
Administration. This assay has been validated pursuant
to the CLIA regulations and is used for clinical
purposes.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE, FREE AND<br>  BIOAVAILABLE | | | | AMD |
| TESTOSTERONE, FREE | 46.7 | | 46.0-224.0 pg/mL | |
| **TESTOSTERONE, BIOAVAILABLE** | | 96.1 L | 110.0-575.0 ng/dL | |
| SEX HORMONE BINDING | | | | AMD |
| GLOBULIN | 19 | | 10-50 nmol/L | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | AMD |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



# U.S. Medical Center for Federal Prisons
**Federal Bureau of Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** HARRELSON, KENNETH | **Facility** USP Lewisburg | **Collected** 03/20/2023 09:01 EDT |
| **Reg #** 34096-509 | **Order Unit** C02-219L | **Received** 03/21/2023 10:22 EDT |
| **DOB** 11/09/1980 | **Provider** Jessie Ayers, PA-C | **Reported** 03/21/2023 14:35 EDT |
| **Sex** M | | **LIS ID** 074231373 |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| RDW-CV | 13.4 | 12.0-14.0 | % |
| Platelet Count | 237 | 130-374 | K/uL |
| MPV | H 11.3 | 6.9-10.5 | fL |

## HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | H 5.7 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

## HEPATITIS

| | | |
|---|---|---|
| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
| Hepatitis B Surface Antibody QL | Negative | Negative |
| Hepatitis B Core Ab Total | Non-Reactive | Non-Reactive |
| Hepatitis C Antibody | Non-Reactive | Non-Reactive |