IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                )
                                         )
              Plaintiff,                 )
                                         )    CR No. 22-15
                                         )    Washington, D.C.
        vs.                              )    December 7, 2022
                                         )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,               )
                                         )    Day 2
              Defendants.                )    Morning Session
_____ )

TRANSCRIPT OF JURY SELECTION PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             jeffrey.nestler@usdoj.gov

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

```
 1                     P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Court is now in
 3   session; the Honorable Amit P. Mehta now presiding.
 4            THE COURT:  Good morning.  Please be seated,
 5   everyone.
 6            COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, United States of America
 8   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 9   Joseph Hackett, Defendant 8, David Moerschel; and
10   Defendant 11, Edward Vallejo.
11            Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards, and Louis Manzo for the government.
13            Edward Shipley for Defendant Minuta.
14            Angela Halim for Defendant Hackett.
15            Scott Weinberg and Connor Martin for Defendant
16   Moerschel.
17            And Matthew Peed for Defendant Vallejo.
18            All named defendants are present in the courtroom
19   for these proceedings.
20            THE COURT:  Okay.  Good morning, everyone.
21            So just in terms of how we're going to proceed
22   this morning, we have three jurors who are left over who we
23   didn't get to yesterday from the group that came in
24   yesterday morning.  They are all here.  We then have the
25   group that came in yesterday afternoon that we did not get
```

```
 1   to.  So -- and those folks are still filtering in.  So we'll
 2   start with the three that we did not get to yesterday
 3   afternoon.  Once we're through with them, we'll bring all
 4   the afternoon folks in, I'll provide them with the
 5   instructions that I gave yesterday to the first group, and
 6   then we'll run it all back with the new group, okay?
 7             All right.  Let's -- we are on line 19 of the
 8   juror sheet, 2127.  Ms. Halim, I know there's an issue and
 9   we'll take that up.
10             MS. HALIM:  Okay.  All right.  Thank you.
11             COURTROOM DEPUTY:  Your Honor, this is Juror No.
12   2127.
13             THE COURT:  Good morning.  How are you?
14             PROSPECTIVE JUROR:  Good morning.  How are you?
15             THE COURT:  Good.  You are Juror 2127?
16             PROSPECTIVE JUROR:  I am.
17             THE COURT:  Feel free to remove your mask if you
18   feel comfortable doing so.
19             Thank you for your patience and bearing with us
20   yesterday and then returning again this morning on time, we
21   really are appreciative of that.
22             Your juror questionnaire is there in front of you.
23   And so if you could actually turn to the last page, page
24   75 -- excuse me, page 14, Question 75.
25             You've indicated that you've spent your
```

professional career working as an advocate for survivors of

violence and your allegiance tends towards those who are

victims of violence.  You've also indicated earlier in

Question 12 that you've worked for a nonprofit for 28 years

providing assistance to women who are victims of violence.

Let me just ask you, do you think you could sit

fairly and impartially in this case as a juror against these

defendants even though this case may not involve the kind of

victims that you have provided services for your career,

during your career?

PROSPECTIVE JUROR:  I don't think so.  I think --

I have spent a career watching people be victimized, and so

I feel fairly strongly that, of what I know about this case,

that there was a kind of violence perpetrated that I would

probably have a challenge being unbiased in my viewpoints.

THE COURT:  Okay.

And even if I were to instruct you that -- I would

instruct you, if you were selected, that your job as a juror

would be to put aside your biases, your experiences,

professionally or otherwise, and focus on the evidence as it

relates only to these defendants.  Do you think you would

have trouble doing that?

PROSPECTIVE JUROR:  I would hope I would try, but

I would think I would have a hard time doing that.

THE COURT:  Well, we want your honest assessment

1    and candid answers and we appreciate that.

2            Is there any objection, counsel.

3            MR. EDWARDS:  No, Your Honor.

4            MS. HALIM:  No, Your Honor.

5            THE COURT:  Thank you very much.  Mr. Douyon will

6    show you out of the courtroom and provide you with

7    additional instructions.

8            COURTROOM DEPUTY:  Your Honor, this is Juror No.

9    2239.

10           THE COURT:  Hi, sir, how are you?

11           PROSPECTIVE JUROR:  Good, thanks.  Yourself?

12           THE COURT:  Good.  Thank you.

13           First, thank you for your patience with us

14   yesterday and for returning this morning.  We are very

15   appreciative of that.

16           Your juror questionnaire is there in front of you

17   and so I'll ask you to refer to that.

18           If you would first turn to page 11 and Question

19   49.

20           So Question 49 asked, have you read, seen or heard

21   anything about the Oath Keepers organization?  You answered

22   the question "yes."

23           Can you tell us what you have read, seen, or heard

24   about that organization?

25           PROSPECTIVE JUROR:  Your Honor, the only thing

1    I've heard about the Oath Keepers organization were that

2    they participated on January 6th and that my parents

3    mentioned them briefly in conversation just in the context

4    of the events.

5                THE COURT:  Okay.

6                And do you have any specific understanding of what

7    their participation was in the events of that day?

8                PROSPECTIVE JUROR:  No, sir.

9                THE COURT:  All right.

10               And in terms of what your parents have said to

11   you, what information did they provide you about what they

12   understand members of that organization did that day?

13               PROSPECTIVE JUROR:  They mentioned no specifics.

14   But the only thing that they mentioned was that they

15   participated in and that their contribution affected what

16   happened on January 6th.

17               THE COURT:  Okay.  Anything more than that that

18   you're aware of about the organization?

19               PROSPECTIVE JUROR:  No, sir.

20               THE COURT:  And since you completed this jury

21   questionnaire, have you come to learn anything else about

22   the organization.

23               PROSPECTIVE JUROR:  No.

24               THE COURT:  You had indicated in Question 51 that

25   you didn't recognize the names Stewart Rhodes, Kelly Meggs,

```
 1    Jessica Watkins, Kenneth Harrelson and Thomas Caldwell.  Is
 2    that still an accurate answer?
 3              PROSPECTIVE JUROR:  Yes, sir.
 4              THE COURT:  If I could ask you, please, to turn to
 5    the prior page and turn to Questions 41, 42, and 43.
 6              PROSPECTIVE JUROR:  Yes.
 7              THE COURT:  These questions were designed to get a
 8    sense of how much news and media and video exposure you've
 9    had to the events of that day.  Can you just generally
10    describe for us how much media you've consumed about the
11    events of January 6th?
12              PROSPECTIVE JUROR:  Of course, when the event
13    happened, it was everywhere.  I watched a couple of videos
14    on it but, frankly, they were disturbing to me and
15    I didn't -- I didn't view them as -- I viewed them in the
16    educational sense in terms of history.  As a teacher, I
17    typically view things in the context of how it happened and
18    why it happened, and that's really all I viewed it as.
19              THE COURT:  Okay.
20              PROSPECTIVE JUROR:  I haven't really spent a lot
21    of time teaching my students about it because they're too
22    young to really fathom that.
23              THE COURT:  I'm sorry, you have or you have not?
24              PROSPECTIVE JUROR:  I have not.
25              THE COURT:  Okay.
```

1          PROSPECTIVE JUROR:  I have not really spent time

2     talking to my students about it.  But there's several

3     students that did -- were too young to really fathom what

4     happened.

5          THE COURT:  Okay.

6          And can I just ask what subject matter you teach

7     and what age group you teach.

8          PROSPECTIVE JUROR:  I teach second grade

9     elementary students.  So they get a whole range of subjects.

10          THE COURT:  Got you.  Okay.

11          In terms of your consumption of news, would it be

12     accurate and fair to say that your consumption of that news

13     was greater around the time of the events and that has sort

14     of tapered off since then.  Is that accurate?

15          PROSPECTIVE JUROR:  I would say so, yes.

16          THE COURT:  Do you consider yourself somebody who

17     actively seeks out news about January 6th, or if it happens

18     to sort of come across a newsfeed or come across a website

19     that you've looked at, you might read it then?

20          PROSPECTIVE JUROR:  I have not actively searched

21     for that news.

22          Occasionally, it comes up and I don't really

23     follow certain, like, social media platforms where

24     it would be more present.  But, like, as you said, sir,

25     around when it happened, it was everywhere so it was pretty

```
1    hard to really "avoid."
2              THE COURT:  And you mentioned earlier that you
3    have seen in terms of videos, the words you used was
4    disturbing.  Can you tell us what you mean by that?
5              PROSPECTIVE JUROR:  I think that the main
6    disturbance was some like the physicality of what happened
7    and some of the language and imagery that was used
8    throughout, like, the media was disturbing for me.
9              THE COURT:  Got you.
10             Now, I don't think any of us expect that someone
11   who was coming in here as a potential juror would not have
12   seen or read anything about the events that day.
13             PROSPECTIVE JUROR:  Yep.
14             THE COURT:  The question for you is whether you
15   can put aside what you've seen and read and heard and focus
16   on the evidence that's against these defendants and be fair
17   and impartial to them.  Do you think you would have any
18   trouble doing that?
19             PROSPECTIVE JUROR:  No, sir.  I don't know who
20   these gentlemen are and it's not up to really me to
21   pre-judge what they've done or haven't done yet.
22             THE COURT:  Okay.
23             Similar questions about the January 6th Committee
24   hearings.  You answered "yes" in Question 46 as to whether
25   you've attended, viewed or listened to any portion those
```

1  hearings.  Can you give us a sense of how much of those

2  hearings you've watched or read about.

3            PROSPECTIVE JUROR:  I would say that on YouTube

4  live streams, the ones that were, like, publicly made, I

5  tried to watch my fair share of them, mostly due to the

6  bipartisanship that was on the bench at that time.

7            I think that watching them was mostly for me to

8  understand really what happened and the process behind it.

9            I would say I consumed several hours of it.

10            THE COURT:  And based on what you've viewed or

11  read, do you recall any discussion during those hearings

12  about the Oath Keepers?

13            PROSPECTIVE JUROR:  I remember their name being

14  mentioned, but that's pretty much it, as one of the

15  organizations that took part in what happened.

16            THE COURT:  Anything beyond that?  Anything more

17  specific than just generally being associated with the day

18  of?

19            PROSPECTIVE JUROR:  No, sir, I don't recall any of

20  that.

21            THE COURT:  All right.

22            To the extent that you've learned things about the

23  events of January 6th, could you -- from the January 6th

24  commission or committee, I should say, would you be able to,

25  again, but those aside, but that information aside, and,

```
 1   again, focus only on the evidence that's presented and be
 2   fair and impartial to these defendants?
 3              PROSPECTIVE JUROR:  I think I could, sir.
 4              THE COURT:  All right.
 5              If I could please ask you to turn to page 7 and
 6   Question 20.
 7              You've indicated that on Question 20 that you or a
 8   close friend or family member has attended a rally, protest,
 9   or demonstration in the last five years.  Can you tell us
10   about that?
11              PROSPECTIVE JUROR:  Yes, sir.
12              I've taken part in several demonstrations here in
13   D.C., typically around women's rights.  I took part in the
14   Women's Right march that happened several years ago at this
15   point, like the large one.
16              THE COURT:  Okay.
17              PROSPECTIVE JUROR:  And that was the big one for
18   me.
19              THE COURT:  When you say the Women's Rights March,
20   was this the march that was organized by women not
21   particularly around a particular issue but --
22              PROSPECTIVE JUROR:  In general, yeah.
23              THE COURT:  Okay.
24              PROSPECTIVE JUROR:  Somewhere around
25   Donald Trump's election.
```

```
 1              THE COURT:  Right.  Okay.

 2              Let me ask you this.  You may come to learn, if

 3    you're selected as a juror in this case, that some of these

 4    defendants supported the former President.  Would that

 5    affect your ability to judge them fairly and impartially?

 6              PROSPECTIVE JUROR:  It's not my place to judge

 7    someone based on who they voted for.

 8              THE COURT:  Do you have views or do you hold

 9    certain opinions about people who support or supported the

10    former President?

11              PROSPECTIVE JUROR:  I like to hear why, but

12    otherwise I don't really have anything -- similar, like, the

13    difference between Democrat and Republican, you have your

14    own views, but if you can explain them to me, then we can

15    have a constructive conversation about it, I wouldn't mind.

16              THE COURT:  Okay.

17              So is it fair to say that if you were to learn

18    that the defendants might hold political views that are

19    different than yours, that's not something you would hold

20    against them.

21              PROSPECTIVE JUROR:  Does it pertain to the case?

22    That's really about it.  If that's the case, then I don't

23    know.

24              THE COURT:  Well, there will likely be evidence in

25    the case that the defendants had political views aligned
```

 1  with the former President, and so the question is if you

 2  were to hear such evidence, do you think that would affect

 3  your ability to be fair and impartial as to them?

 4          PROSPECTIVE JUROR:  I don't think so.

 5          THE COURT:  Okay.

 6          Question 21 asked whether you've ever been on the

 7  Capitol Grounds or inside the Capitol Building.  Can you

 8  tell us about that?

 9          PROSPECTIVE JUROR:  Sure.

10          When I had my dogs here in D.C. I walked them on

11  the front of the Capitol when the barricades were brought

12  back down.  And I came here to D.C. on, I think it was a

13  fifth grade graduation trip, and we took a tour of the

14  Capitol.

15          THE COURT:  Okay.

16          So as you know, the events of that day involve the

17  Capitol and the Capitol Grounds.  Is there anything about

18  the Capitol Grounds, and perhaps, maybe an affinity for the

19  Capitol Grounds that you think might prevent you from

20  sitting fairly and impartially in this case?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  Okay.

23          Okay.  Mr. Edwards, any follow-up?

24          MR. EDWARDS:  No questions, Your Honor.

25          Thank you, sir.

1          THE COURT:  Anything from defense counsel?

2          MS. HALIM:  Yes, Your Honor, with respect to

3   Question 24 on page 7, please.

4          THE COURT:  Oh, sorry, I keep catching that and I

5   keep missing it.

6          MS. HALIM:  If Your Honor doesn't mind -- I don't

7   mind if you do it.

8          THE COURT:  Okay.  Go ahead.

9          MS. HALIM:  I can't tell, it looks like maybe you

10  had started to select, "no," scratched it out and put "yes."

11         Could you just explain what your thought process

12  there was, sir.

13         PROSPECTIVE JUROR:  I mean, I think that the whole

14  world was really concerned.

15         I initially said "no" because I misread it --

16         MS. HALIM:  Okay.

17         PROSPECTIVE JUROR:  -- as I did not have a

18  concern.  I changed it to "yes" because I live about a mile,

19  mile and a half from the Capitol itself, and there were

20  incidents that happened around the corner from my building.

21  It was mostly out of concern for myself, but I didn't leave

22  my apartment for the duration of what happened.

23         MS. HALIM:  Did you have a concern for your

24  physical safety?

25         PROSPECTIVE JUROR:  No, because I wasn't planning

 1   on leaving after I was seeing what was happening.

 2          MS. HALIM:  And I do have one other question

 3   regarding those who did, in fact, vote in favor of the

 4   former President.

 5          PROSPECTIVE JUROR:  Sure.

 6          MS. HALIM:  You had said that you would like to

 7   know why, it was a curiosity.  What if you never get that

 8   answer, if you are never told why and you just had the fact

 9   that someone did, in fact, for whatever reason, unknown to

10   you, support the former President.  Is that something you're

11   going to be able to set aside without having that question

12   answered for you?

13          PROSPECTIVE JUROR:  Yeah, I don't see why not.

14          I think that the idea is you vote for who you feel

15   best -- who you feel would best support your interests and

16   the nation's interest, so I would put it aside.

17          MS. HALIM:  I don't have anything further for him.

18          MR. PEED:  Good morning, sir.

19          PROSPECTIVE JUROR:  Good morning.

20          MR. PEED:  You're likely to hear evidence that

21   people went into the Capitol, defendants went into the

22   Capitol.  And do you think you would be able to hear that --

23   and one of the questions will be sort of what was in their

24   mind.  Do you think you would be able to fairly assess that

25   question even knowing that people went into the Capitol?

1          PROSPECTIVE JUROR:  Could you elaborate on that?

2     I don't really understand the question.

3          MR. PEED:  The fact that someone went into the

4     Capitol, would it be too overwhelming of a fact to sort of

5     look at the specific facts of their motivations?

6          PROSPECTIVE JUROR:  I guess so.  Yeah, because

7     I think that there's -- well, I don't know what they came in

8     to do.  I know that the general concept was to -- I have an

9     idea of what the general concept was based on the media that

10    was, like, shown.  But I don't think that I would -- I don't

11    think I could necessarily set it, like, split apart or if

12    like one side of their view was presented, I'm not sure that

13    I could necessarily discern that from the general purpose of

14    the protest.  Does that make sense?

15         MR. PEED:  I think so.

16         PROSPECTIVE JUROR:  Like, I think that -- when it

17    comes to like the motivation of someone, there are always --

18    there's a side that's presented and then there's their

19    actual side, and those two in my mind come together in this

20    case, but I'm not sure what they were thinking.  So it's

21    kind of like a -- I'm kind of torn on it at the moment.

22         MR. PEED:  I mean, I appreciate that sort of what

23    we're wondering in terms of we just want to hear your honest

24    feedback.  You know, the Judge will instruct you, the

25    trespassing, for example, is not a charge in this case or

```
 1   being in the wrong place is not a charge.  So that's why I'm
 2   asking can he -- would the fact that someone might be doing
 3   that would that dispute color too much your ability to
 4   determine the question of whether the charges in this case
 5   were proven?
 6                 PROSPECTIVE JUROR:  No.  If that's the context,
 7   then no, sir, I don't think so.
 8                 MR. PEED:  My only other question was, would being
 9   away for -- would your school be able to get a substitute
10   and do you think that would be a hardship on your class to
11   have their teacher gone for six, seven weeks.
12                 PROSPECTIVE JUROR:  So this is -- that was
13   actually kind of hoping you guys would ask that.
14                 Actually, I was thinking about that pretty
15   intensely the last couple of weeks just because we have a
16   gigantic presentation coming up at the end of January.
17                 I do think that it would be very hard for them
18   mostly because they didn't have a consistent teacher last
19   year and this is the first time that they've had one.
20                 But I completely trust that my school would find
21   someone competent to take my role, and I mean, I've already
22   prepared lesson plans for the next couple of weeks.
23                 Very briefly, the way my school is run, since it's
24   a bilingual school, there's one week in Spanish and one week
25   in English and I have two different classes.  So I see them
```

1    once per week and they get the same lesson plan every week

2    just a little differentiated.

3         And from the parameters of the timing of the case,

4    I think it said from 9:30 to 5:00, or so, I don't mind

5    working an extra couple of hours into the night to make sure

6    my students are prepared for that.

7         Plus, that big presentation, I spoke to my

8    supervisor and he said that the expo could be pushed back a

9    couple of weeks or a month or so depending on the duration

10   of the case.

11        MR. PEED:  So I think we all want to hear from

12   you, do you think that would be a hardship you want to like

13   tell us about or you think it's basically okay and you can

14   cover?

15        PROSPECTIVE JUROR:  I think -- I mean, I think

16   it would be pretty hard for me personally just because I'd

17   be thinking about it a lot, but I think my efforts would be

18   put toward the case.

19        For them, I think it would be pretty hard too, but

20   I mean, if -- it's a civil duty, like if you end up

21   selecting me, then it's what it is.

22        MR. PEED:  Thank you.

23        PROSPECTIVE JUROR:  Yep.

24        MR. SHIPLEY:  Sir, you used the word "disturbing"

25   in characterizing some of the videos that you said you've

```
 1    watched for educational, historical purposes and you talked
 2    both about physical violence and language that you heard in
 3    the videos.
 4               PROSPECTIVE JUROR:  Yes.
 5               MR. SHIPLEY:  The physical violence would that
 6    just be sort of the violence that you saw between law
 7    enforcement and protesters/rioters, however you want to
 8    characterize them?
 9               PROSPECTIVE JUROR:  Yes, sir, I would say that's
10    most of it.
11               MR. SHIPLEY:  And also sort of the violence
12    visited upon the building, so to speak, breaking windows,
13    breaking doors, things like that?
14               PROSPECTIVE JUROR:  Yeah.
15               MR. SHIPLEY:  Okay.
16               Give me an example of the disturbing language.
17    What disturbed you in terms of the language that you heard?
18               PROSPECTIVE JUROR:  Examples of the language or of
19    what was said?
20               MR. SHIPLEY:  Correct, what words offended you, so
21    to speak?
22               PROSPECTIVE JUROR:  I would say that there were
23    racial slurs used that I'm not necessarily comfortable
24    saying.
25               I certainly remember the N word being used, a lot
```

```
1    of derogatory slurs against gay and lesbian people, and that
2    was just very briefly, like, they were blurted out or
3    bleeped out on the media, but it was very easy to tell what
4    they were saying.
5              I would also say like the statements of violence
6    against Mike Pence were also televised and commonly shown.
7    And the imagery of hanging Mike Pence, like the noose with
8    Mike Pence was also present.
9              MR. SHIPLEY:  Okay.  Now, if I was to tell you
10   that there were unlikely to be any videos in this case of
11   any of the defendants in this case committing any act of
12   violence, would that surprise you?
13             PROSPECTIVE JUROR:  No, I would say that most of
14   what happened was like the first people inside.  I wouldn't
15   say so.
16             MR. SHIPLEY:  You're able to tell all of us here
17   today that even though you saw disturbing videos of
18   violence, if there's no videos of violence involving these
19   defendants, you can shut out what you have seen or the
20   impressions that have been made upon you by other images
21   that you might have witnessed?
22             PROSPECTIVE JUROR:  I don't know what they believe
23   or what they said, so I would be able to shut that out.
24             I think that there's a -- I think that it would be
25   very -- like it would be judgmental of me to make that
```

```
 1   determination before I even saw anything.
 2         MR. SHIPLEY:  Now, if videos are played in this
 3   case and there's political sloganeering, you heard political
 4   sloganeering, "Our house," that kind of stuff, right, in the
 5   videos, very common.
 6         PROSPECTIVE JUROR:  Yeah.
 7         MR. SHIPLEY:  Does that kind of language offend
 8   you?
 9         PROSPECTIVE JUROR:  That statement?  No.
10         I think that -- I think that what happened was --
11   a lot of what happened was taken -- was like hugely out of
12   proportion by the people themselves who took part in the
13   protest, but, again, I don't know what these gentlemen did
14   or did not do so I wouldn't -- it's not for me to decide.
15         MR. SHIPLEY:  Okay.
16         And you said that your parents are the ones that
17   introduced you to the organization the Oath Keepers,
18   whatever they might have been based upon your parents'
19   representation, right?
20         PROSPECTIVE JUROR:  I wouldn't say introduced,
21   sir.  I would say that they've brought it up and they've
22   known about them.
23         MR. SHIPLEY:  Fair enough.  I'm not trying to
24   mischaracterize.
25         PROSPECTIVE JUROR:  Of course, I understand.
```

1          MR. SHIPLEY:  However you characterize it was

2     fine.

3          Since then, since that one reference that sort of

4     introduced you to that group, in looking at other videos and

5     consuming other media, have you seen other things about the

6     Oath Keepers?

7          PROSPECTIVE JUROR:  Nothing specifically

8     pertaining to them comes to mind, no.

9          MR. SHIPLEY:  As you sit here today based upon

10    whatever you have consumed, how would you describe your

11    understanding of the Oath Keepers as an organization?

12         PROSPECTIVE JUROR:  I would describe them as a

13    group, as a right-wing organization with very specific

14    values that are contrary to a lot of the democratic beliefs

15    that our nation was founded upon.

16         MR. SHIPLEY:  White supremacists?

17         PROSPECTIVE JUROR:  I would use that phrase, yes.

18         MR. SHIPLEY:  Thank you, Your Honor.

19         THE COURT:  So let me just ask you.  We had talked

20    about your views and what you've learned about the

21    organization.  You provided us with some additional

22    information of what your impressions are.

23         And the question is again, what I put to you

24    before, which is, could you put, again, whatever you think

25    you've learned about this group aside, and focus on the

 1    evidence only as to these four defendants?

 2            PROSPECTIVE JUROR:  Yes, I would say so.

 3            THE COURT:  And do you think you could be fair and

 4    impartial to these defendants irrespective of what you've

 5    heard or learned or think you've heard or learned about the

 6    organization which is not on trial?

 7            PROSPECTIVE JUROR:  Your Honor, I think

 8    it would be pretty hard for me to be, like, completely

 9    impartial, but I think that there's a -- I've been provided

10    with a lot of information since it happened, and I believe

11    that the system works for a reason.  So I think that if I

12    was selected for this case, I would be able to be impartial.

13            THE COURT:  Okay.

14            And with respect to some earlier questions about

15    people's intent and motive and the like, again, there were

16    thousands of people there that day.

17            PROSPECTIVE JUROR:  Yeah.

18            THE COURT:  And not everybody had the same motive.

19            The question at this trial would be what the

20    motive of these four individuals was.  Could you put aside

21    whatever your general impressions may be of the motives of

22    the group and focus solely on the motives as to these four

23    individuals?

24            PROSPECTIVE JUROR:  Your Honor, if the case is

25    motive, I think that it would be very hard for me to discern

1    their motive from their support of their organization.

2    Again, that goes to say that I believe that everyone came

3    there for their own reason.

4           But if they came in support of their organization,

5    then I think it would be pretty hard for me to separate

6    those two.

7           THE COURT:  And when you say "came there in

8    support of their organization," what do you mean by that?

9           PROSPECTIVE JUROR:  The concept of rallying to

10   their -- like the organization's cause.

11          Again, I don't know what their motto or what it

12   really stands for, per se, but because of their

13   participation, I think that there's a -- if they came in

14   support of their organization, I would say that it would be

15   pretty hard for me to separate the two.

16          THE COURT:  What do you understand the purpose or

17   cause of the organization to have been?  That's what I'm

18   trying to understand.

19          PROSPECTIVE JUROR:  Sorry.

20          For clarification, like, the purpose of their

21   organization was to, like, in my mind, it was to support the

22   overturning of the election, but these -- like, I don't

23   think that everyone came with that in mind.

24          THE COURT:  Okay.

25          All right.  Any follow-up questions?

1          All right.  Mr. Edwards.

2          MR. EDWARDS:  Aside from what you have talked

3    about about the organization and what you have talked about

4    with the Judge and defense counsel, do you think that you

5    can sit here, if you were to serve on this jury, consider

6    all of the evidence that is presented to you and consider

7    only that evidence that is presented to you in reaching a

8    verdict as to whether the defendants are guilty?

9          PROSPECTIVE JUROR:  Yes.

10         MR. EDWARDS:  Okay.

11         THE COURT:  All right.  Mr. Douyon will show you

12   out of the courtroom and provide you with additional

13   instructions.

14         PROSPECTIVE JUROR:  Thank you, sir.

15         MR. SHIPLEY:  Your Honor, I'd move to strike 2239

16   for cause.  I mean, I asked him directly if he thought it

17   was a white supremacist organization after he said he didn't

18   know much about them and he said, yes, it's a white

19   supremacist organization.

20         You know, his later answers kind of betrayed his

21   earlier answers, and, oh, the only thing I found out about

22   them was because of my parents.  Certainly he found out more

23   about them than that through his consumption of media which

24   came out in more questions.

25         And I just don't think you can rehabilitate a

```
 1   juror, and say, can you put all that aside.  Some of this
 2   stuff that he believes about the organization, and
 3   I understand, the organization is not on trial, but the
 4   government's case is presented as an organizational case.
 5   The leadership was no longer here.  We've got four minor
 6   participants.  You know this is going to be about the
 7   Oath Keepers organization, whether the government wants to
 8   admit it or not, that's the way it's going to be presented.
 9   You're going to hear lots about what Stewart Rhodes said and
10   Kelly Meggs said and Jessica Watkins said, who are leaders
11   of an organization, and he clearly said, I thought the
12   organization was there for -- you know, he described what he
13   believed.  So I don't think we can get away from this juror
14   just by saying, well, he can set it all aside.
15               MS. HALIM:  Your Honor, if I may, what really
16   caused me --
17               THE COURT:  I'll strike him for cause.
18               MR. EDWARDS:  Your Honor, may we be heard on that
19   issue?
20               THE COURT:  Let's move forward.  We've got a lot
21   of other jurors.  We'll get folks who don't have --
22               MR. EDWARDS:  May I raise one issue on the
23   questioning?
24               THE COURT:  Sure.
25               MR. EDWARDS:  I understand and respect the defense
```

1  counsel wants to vet this jury pool to assess whether or not

2  they have an impartial jury.  When they begin to inject

3  issues of intent and limit what these jurors can consider,

4  including going into the building or not, it can become a

5  very complicated issue.

6         And I understand that defense counsel may want to

7  assess whether or not the juror will listen to all evidence.

8  But if a juror wanted, they could sit there and say, the

9  person went in the building and that is enough for me to

10  assess intent.  Intent is a complicated question.

11         And so I think asking those kinds of trial

12  questions can complicate matters when we're only trying to

13  determine whether someone can be impartial.

14         And, frankly, the second issue, and I'll stop

15  after this, is when it is affirmatively asked whether or not

16  you believe white supremacy and other principles exist

17  around this organization, that is different than asking what

18  the jurors think.  I think that injects views that, frankly,

19  the government doesn't intend to bring up at trial.  And so

20  I would just raise those two issues for consideration as we

21  continue this process.

22         MR. SHIPLEY:  Your Honor, what we are trying to

23  evaluate is what these jurors entered the courtroom already

24  believing about the case.  That's the purpose of the

25  exercise.

1              THE COURT:  I understand what the purpose of the

2     exercise is, all right?  I've done this before.  I think

3     I understand what the purpose of the exercise is,

4     Mr. Shipley.

5              MR. SHIPLEY:  I understand.

6              THE COURT:  All right.  Let's move forward.  We'll

7     see how it goes.  It's going to play out differently for

8     each juror.

9              MR. EDWARDS:  Thank you, Your Honor.

10             MR. PEED:  I don't want to ask anything

11     inappropriate.  Can I just ask -- I think from our

12     perspective, from my perspective, I do want to know if

13     someone sort of has such a strong reaction to someone being

14     there that that they're just going to see a guilty person no

15     matter what the actual charge is exonerating.

16             I think I asked it fairly, but I'm happy to hear

17     from the Court if I overstepped a line.  But I think that's

18     a fair -- it's very subtle, but some of them might just

19     react to anyone being inside the building and not being able

20     to acquit of anything.  And if that's the case, I think we

21     need to sort of ferret that out.

22             THE COURT:  We'll see how it goes.

23             Look, I've got to tell you, folks, you're right,

24     we are supposed to find folks who can be fair and impartial,

25     but the reality is, very few people are going to come in

```
 1    here without having some impression of the events of January
 2    the 6th.  That's just a reality in the District of Columbia
 3    or anywhere else in the country.
 4            And let me assure you that the last jury we had,
 5    after six to eight weeks of hearing evidence, focused on the
 6    evidence, and that's what we're trying to accomplish here
 7    and that's what I promise you we will get.
 8            So to the extent that there are these -- I don't
 9    think questions about white supremacy are out of bounds.
10    I'm not suggesting, Mr. Shipley, you should ask that
11    question of every single juror.  If it's appropriate, okay,
12    but injecting that into the dialogue as to every juror,
13    I think, is potentially problematic simply because it raises
14    issues that aren't going to otherwise be issues at the
15    trial.  If there's a juror who says, I've got some
16    impressions about them and they bring it up, we'll see.
17            But, look, the bottom line is we'll test these
18    folks, we'll do what we can.  We're going to put 16 people
19    in this box who can be fair and impartial and we'll get
20    there.  It's just going to take time.  So let's bring in the
21    next juror.
22            MR. SHIPLEY:  Just briefly, Your Honor, I've asked
23    each time and the Court acknowledged that, what is their
24    impression of the Oath Keepers before drilling down further.
25    And if they had none, then there's no place for me to go.
```

```
 1    But I thought this juror needed to give some answers.
 2              THE COURT:  I agree.  I didn't stop you from
 3    asking the question.
 4              COURTROOM DEPUTY:  Your Honor, Juror No. 0872.
 5              THE COURT:  Hi, sir, how are you?
 6              PROSPECTIVE JUROR:  Hi.  Good morning.
 7              THE COURT:  You're Juror 0872.
 8              PROSPECTIVE JUROR:  That's right.
 9              THE COURT:  Feel free to remove your mask if you
10    feel comfortable doing so.
11              Thank you for staying with us yesterday and
12    thank you for returning this morning, we appreciate it.
13              PROSPECTIVE JUROR:  You're welcome.
14              THE COURT:  All right.  Your juror questionnaire
15    is before you.  If I could ask you to turn to page 11 and
16    Question 49.
17              You were asked in that question:  Have you read,
18    seen or heard anything about the Oath Keepers organization.
19    Can you tell us what you have read, seen or heard about the
20    organization?
21              PROSPECTIVE JUROR:  Yeah, not much.
22              I recognize the name, maybe from headlines.
23              I haven't been too into following and reading
24    stories about this event or stuff around it, but I'm
25    familiar with the term.
```

1            THE COURT:  Okay.

2            Other than a general familiarity with the term,

3    do you know anything more about the organization, or

4    do you believe you know anything more about the

5    organization, for example, its ideology, its purpose, its

6    mission, do you have any sense of those attributes?

7            PROSPECTIVE JUROR:  Not with any certainty.

8            I remember pictures.  I've seen, I guess they were

9    men with, you know, looked like paramilitary stuff, but

10   doesn't really mean anything to me ideologically.

11           THE COURT:  The fact that people were wearing

12   paramilitary clothing on January 6th, what view of that

13   do you have, if any?

14           PROSPECTIVE JUROR:  Not really much.  I see it a

15   lot around here.

16           THE COURT:  Okay.

17           Do you think if you were to see any of these

18   defendants dressed in that kind of garb or people associated

19   with them, that you would have trouble judging them fairly

20   and impartially?

21           PROSPECTIVE JUROR:  No.

22           THE COURT:  As I said, your answer to Question 49

23   was that you'd heard very little about the organization as

24   you just told us.  Have you heard anything in the last two

25   weeks since you completed this questionnaire?

```
1                PROSPECTIVE JUROR:  No.

2                THE COURT:  And in Question 51, you indicated you

3      had not heard anything about Stewart Rhodes, Kelly Meggs,

4      Jessica Watkins, Kenneth Harrelson or Thomas Caldwell,

5      answered no.  Is the answer to that question still no?

6                PROSPECTIVE JUROR:  Never heard of them.

7                THE COURT:  Okay.

8                Question 41, 42, and 43 on the prior page, that

9      concerns your exposure to videos and media coverage about

10     the events of January 6th.  Can you give us a sense of, just

11     generally speaking, of your consumption of news and videos

12     about the events of that day?

13               PROSPECTIVE JUROR:  Yeah, they're mostly

14     restricted to that day.  I remember when it happened.  We,

15     my family and I watched it in the living room on the TV,

16     which was unusual because we don't really watch the TV.

17               Since then, you know, not much.  It's not

18     something I followed.  I figured it's something that would

19     play out and I might read something about it some other

20     time.

21               THE COURT:  Okay.

22               As you watched the events of the day, what was

23     your reaction to it?

24               PROSPECTIVE JUROR:  Well, the first thing that

25     comes to mind is absurdity.  It seemed absurd.
```

1            And there was just kind of an abundance of

2    incompetence kind of everywhere.

3            THE COURT:  Uh-huh.

4            PROSPECTIVE JUROR:  Not just, you know, people

5    climbing over walls or running through the Capitol, but the

6    police, too, and the kind of response, and media too, they

7    didn't know what to do.

8            So it just seemed absurd to me.

9            THE COURT:  Okay.

10           So as jurors, we would ask you to set aside

11   whatever you've seen of the events that day and whatever you

12   may have learned since then, either through the media or

13   other sources.  Do you think you would have any difficulty

14   doing that and judging these defendants based only on the

15   evidence presented?

16           PROSPECTIVE JUROR:  No.

17           THE COURT:  If I could ask you to please turn to

18   page 12 and Question 59.  That question asked whether you or

19   a close friend or family member has been the victim of a

20   crime.  Can you tell us about that.

21           PROSPECTIVE JUROR:  Yeah, a few fears ago I got my

22   bike stolen out of my shed in the back and had an iPod

23   stolen from my car.  Little stuff.

24           THE COURT:  Okay.

25           Were those in D.C.?

```
 1              PROSPECTIVE JUROR:  Yeah.

 2              THE COURT:  And did you report that to the

 3    Metropolitan Police Department?

 4              PROSPECTIVE JUROR:  I reported the bike and the

 5    response was, you know, the policeman's response was, just

 6    his look said, you're never getting it back.  So when the

 7    iPod was stolen, I didn't bother reporting that.

 8              THE COURT:  Did your interaction with the

 9    Metropolitan Police leave you with any impression about the

10    Metropolitan Police Department or officers of the

11    Metropolitan Police Department?

12              PROSPECTIVE JUROR:  No.  I think my interactions

13    with the Metropolitan Police have generally been pretty

14    good.  They seem friendly.

15              THE COURT:  And if you were instructed, you will

16    be instructed, that the testimony of a law enforcement

17    officer should be treated just as the same as any other

18    witness and you shouldn't give any greater or lesser weight

19    to a law enforcement officer just because they are in law

20    enforcement, could you follow that instruction?

21              PROSPECTIVE JUROR:  Yes.

22              THE COURT:  Okay.

23              Mr. Edwards, any follow-up?

24              MR. EDWARDS:  Good morning.

25              PROSPECTIVE JUROR:  Good morning.
```

1          MR. EDWARDS:  It looked like on your questionnaire

2    you used Reddit as one of your news sources, I think, unless

3    I misread it.

4          PROSPECTIVE JUROR:  Right, Reddit, yes.

5          MR. EDWARDS:  I was just kind of wondering what

6    kind of news do you consume on Reddit?  Or what kind of --

7    I'm sorry for my ignorance on using it.

8          PROSPECTIVE JUROR:  Yeah, I kind of use it more to

9    keep track of fantasy football and hobby stuff.  But it also

10   has a tab you can swipe over and it will shove the news

11   stories in your face it thinks you might be interested in.

12         MR. EDWARDS:  Got it.

13         PROSPECTIVE JUROR:  So sometimes I go over there

14   and look and it's whatever it thinks I should look at.

15         MR. EDWARDS:  Great.  Thank you.

16         THE COURT:  Mr. Weinberg.

17         MR. WEINBERG:  Just a question.  In this trial

18   you're going to hear a lot about Donald Trump supporters.

19   Do you have an opinion about people that voted for

20   Donald Trump?

21         PROSPECTIVE JUROR:  Like a general opinion?

22         MR. WEINBERG:  Yeah.

23         PROSPECTIVE JUROR:  No, I don't do that.

24         MR. WEINBERG:  Okay.

25         Do you have a feeling about people that do support

1    Donald Trump?  Or did at that time?

2           PROSPECTIVE JUROR:  Or did at the time.

3    I guess -- I don't know, kind of just general kind of red

4    versus blue sport.

5           Maybe I felt a little bit more one way slightly

6    oppositional before, but it's not much.  I don't really

7    invest much of my life in that.

8           MR. WEINBERG:  Okay.

9           THE COURT:  All right.  Any additional questions,

10   Counsel?

11          All right, sir, thank you very much for your time.

12   Mr. Douyon will show you out of the courtroom and provide

13   you with additional instructions.

14          PROSPECTIVE JUROR:  Great, thanks.

15          THE COURT:  Thank you.

16          Okay, everyone.  So that gets us through the

17   jurors that were called in yesterday morning.  The group

18   that were called in for the afternoon session is here, with

19   a couple of exceptions.  We do not have the jurors who are

20   on line 31 and 32.  They did not report yesterday, but

21   they're on the standby list to report this afternoon.  So as

22   we go through these folks, we'll be skipping over lines 31

23   and 32, okay?

24          (Pause)

25          (Prospective jurors entered the courtroom.)

1              THE COURT:  All right.  Ladies and gentlemen,

2    good morning.  My name is Judge Amit Mehta and you are here

3    today as a potential juror in the case of United States

4    versus Roberta Minuta, Joseph Hackett, David Moerschel and

5    Edward Vallejo.

6              Before we get started, I want to extend to you my

7    gratitude for making yourself available for jury service.

8    I know all of you came in yesterday.  We unfortunately did

9    not get to you, so thank you for your patience and coming

10   back this morning.

11             As you know, in our system of justice, juries and

12   jurors play a critical role.  Indeed, it is a fundamental

13   feature of our democracy to have ordinary citizens serve as

14   decision-makers in our courts of law.  You are, therefore,

15   performing an important duty today so I want to thank you in

16   advance for your service.

17             Now, before we continue, I'm going to ask all of

18   you to please stand and I'm going to ask you to raise your

19   right hands because we need to have you sworn in.

20             COURTROOM DEPUTY:  Raise your right hand.

21             (Prospective jurors placed under oath.)

22             COURTROOM DEPUTY:  Thank you.

23             THE COURT:  Now, you'll remember that when you

24   came in a couple of weeks ago, you were asked a question

25   about people who may be witnesses in this trial or names

1    that you may recognize and you answered that question.  I've

2    been informed that there may be some additional names, and

3    so, Mr. Peed, could you please announce who those additional

4    names are.

5                   MR. PEED:  Good morning.

6                   Stephen Brown, Trevor Osgood, Kelly Carter, Phrang

7    Tamburri.

8                   THE COURT:  So if you recognize any of those names

9    of those individuals when you are called up individually

10   this morning, please just let us know.

11                  All right.  So for those of you who have gone

12   through jury selection, the jury selection process before,

13   today will be both familiar and a little different.

14                  It will be different in the sense that usually

15   when jurors are being considered for service, we will start

16   the process by asking you a series of questions to assist us

17   in determining whether a juror can be fair and impartial.

18   In this case, however, we will not start out the process

19   with questions because you came in a couple of weeks ago and

20   completed a juror questionnaire that the parties proposed

21   and that I approved.  So that part of the process is now

22   complete.

23                  What will feel familiar and why you are here today

24   is to ask each of you additional questions based upon your

25   responses to the juror questionnaire.  The way that will

1    work is as follows.  There are, I would say -- how many have

2    we got -- 12 of you here this morning.

3            After I've completed these initial remarks and

4    instructions, Mr. Douyon will actually escort you all back

5    to the courtroom you were in before, where you will be

6    re-seated.  You will then each of you be called back into

7    this courtroom one at a time for additional questions from

8    the parties and from me.

9            Now, the questions we will be asking you may touch

10   on matters that are personal to you.  Rest assured, it is

11   not my intention or desire, nor is it the intention or

12   desire of the lawyers to invade your privacy or to embarrass

13   you.  Our only wish is to select the fairest and most

14   impartial jury possible so the parties can be assured that

15   the jurors selected will not be biased or pre-judge the case

16   and will return a verdict based only on the law and the

17   evidence.

18           What will also feel familiar about this jury

19   selection process is that you'll spend some time waiting as

20   you already have.  I promise we will try to keep your

21   waiting to a minimum, but some amount of wait time is

22   unavoidable.

23           Now, while you are waiting for jury selection and

24   waiting questioning, feel free, if you wish, to talk quietly

25   amongst yourselves, to read a book, magazine or whatever you

1   have brought with you.  The courtroom and the courthouse is

2   WiFi enabled so you should feel free to use your phones or

3   other mobile devices to read online or surf the Internet.

4   I would ask, however, that you place all of your devices on

5   silent mode.

6         Now, this is very important.  While you may use

7   your mobile devices, you should not at any point during the

8   jury selection process, and this will be true afterwards,

9   too, if you are selected, communicate with anyone about this

10  case or do any online research about the case or the

11  parties.  That means do not email, text, tweet, or Snapchat

12  a friend or family member or all of your followers about the

13  case or post on Facebook or Instagram that you are a

14  potential juror in this case.  Do not get online and start

15  doing research about the case or the parties.

16        We also asked you as part of the questionnaire to

17  avoid media coverage about this case, and that includes

18  social media.  That instruction continues to apply and is

19  perhaps even more important now that the jury selection

20  process has started.  You should avoid any newspaper,

21  television, or radio news, podcasts, and importantly, any

22  social media about this case or the events of January the

23  6th.  That means avoid not only news stories in

24  *The Washington Post*, for example, or on TV news but also

25  journalists or others who are tweeting about this case or

 1   posting about it on other social media sites.

 2          In fact, it would not surprise me if there is some

 3   live tweeting of this jury selection process.

 4          So if you follow journalists or others who cover

 5   or comment on the events of January the 6th, I'm going to

 6   instruct you to avoid reading their tweets or any other

 7   social media postings until you are fully dismissed from

 8   jury service in this case.

 9          I ask you also to turn off any push notifications

10   that you might receive on your mobile devices from any news

11   organizations or media outlets.

12          The reasons for these -- or the reasons for these

13   restrictions is simple.  If you are selected as a juror, you

14   will be sworn to decide this case based only on the evidence

15   that is presented at trial and the law as to which you will

16   receive instructions.  You will be strictly forbidden to

17   consider anything you might have read or heard about the

18   case from news sources or from social media or from other

19   people.  If at any point during the jury selection process

20   you happen to come across news or commentary regarding this

21   case, please immediately avert your eyes and ears and please

22   alert the Courtroom Deputy so that he can advise me.

23          A juror who violates these restrictions

24   jeopardizes the jury selection process and possibly the

25   trial itself, which could require the entire trial process

1    to start over.

2            Also, during this jury selection process, if

3    anyone attempts to communicate with you about this case,

4    please notify the Courtroom Deputy or a court security

5    officer immediately.  The lawyers here are under strict

6    instructions not to speak with any juror during the jury

7    selection process.  So if you happen to see them in the

8    courthouse and they walk in the other direction, they are

9    not being rude, they are simply following my instructions.

10           I also have issued an order to members of the

11   media and public not to approach any of you about this case

12   during jury selection.  Still, despite these instructions,

13   if you are approached about this case by anyone, please

14   notify the Courtroom Deputy or a court security officer.

15           Now, one of the other features of jury selection

16   today that will be different -- one other feature of jury

17   selection will be different today, and that is in most

18   criminal cases, we complete the jury selection process in

19   one day.  That usually means unless you are immediately

20   excused, we ask you to remain in the courthouse until near

21   the end of the day when we select a final jury.

22           In this case, however, we are not likely to

23   complete the jury selection process today.

24           So after we have finished asking you additional

25   questions, you will be done for the day.  You will be given

1    additional instructions about further jury service in this

2    case after your individual questioning is completed.  Do not

3    leave the courthouse until you've received additional

4    instructions by a member of the court staff.

5            If you are excused from further service today,

6    we will tell you soon after your questioning is concluded.

7    If you are excused, you will be relieved of the restrictions

8    I discussed earlier.  If you are not excused from jury

9    service, however, we will ask you to return.  It is

10   critically important that you follow my earlier

11   instructions; that is, do not communicate with anyone about

12   the case, do not read or listen to anything about the case,

13   and do no independent research about the case, and do not

14   watch or read about any proceedings that may be happening in

15   Congress about this case.

16           Following these instructions is critical to

17   ensuring a process that will result in a fair and impartial

18   jury to hear the case.

19           Finally, as you can see, everyone in the

20   courtroom, or most of us, are wearing a mask.  Masking right

21   now is optional in the public spaces in this courthouse;

22   however, I will be requiring masking during the trial.  The

23   only exception to that rule will be for lawyers who are

24   speaking and witnesses who are testifying.

25           You may be asking, well, why do we need to wear

1    masks?  Well, there are two reasons.  The first is that none

2    of you are here today voluntarily.  You're required to be

3    here.  So unlike going to a grocery store or restaurant or a

4    concert, you do not have the choice to avoid this location

5    or a person who might choose not to wear a mask.

6              The second reason for masking is to avoid a COVID

7    outbreak that might disrupt this trial.  As you know, this

8    trial is scheduled to last for more than a month, possibly

9    six or more weeks.  If one or more people inside the

10   courtroom, including jurors, tests positive for COVID, that

11   could delay the trial proceedings.  That is something I

12   would rather avoid.  Masking, hopefully, will prevent any

13   COVID-related trial delays.

14             Okay.  So those are my instructions to all of you

15   this morning.  As I said earlier, we will now ask you, and

16   Mr. Douyon and our courtroom staff will move you back to the

17   other courtroom and we will bring each of you in one at a

18   time for some additional questions.

19             Thank you, all, very much.

20             COURTROOM DEPUTY:  Your Honor, this is Juror No.

21   0695.

22             THE COURT:  Hi, sir, how are you?

23             PROSPECTIVE JUROR:  Good.  How are you?

24             THE COURT:  Thank you.  You are Juror No. 0695; is

25   that right?

1              PROSPECTIVE JUROR:  That's correct.

2              THE COURT:  Feel free to remove your mask if you

3  are comfortable doing so.

4              Your juror questionnaire is before you, and so

5  I'll ask you to pick that up and if you would please turn to

6  page 12 to begin, and we'll look at Questions 64 and 65 to

7  start.  Excuse me.

8              PROSPECTIVE JUROR:  Page 12?

9              THE COURT:  Yes.

10             All right.  On that page, on page 12 and 13, we

11  asked you a number of questions, or we should say we

12  presented a number of legal principles that will govern the

13  trial and asked you whether you would have any difficulty

14  following those legal principles.

15             So in Question 64 we informed you that an

16  indictment is not evidence of a crime and it merely is a

17  formal way of starting the case.  And the indictment informs

18  the defendants, the Court, and the members of the jury of

19  the charges against the defendants.

20             And we asked you:  Can you think of any reason

21  that would interfere with your ability to follow and apply

22  this principle of law, and you answered yes.

23             Did you intend to answer yes?  And, if you did,

24  can you tell us what your reason was?

25             PROSPECTIVE JUROR:  Actually, no.  I would tend to

```
1   answer no to that one.

2           THE COURT:  You meant to answer no?

3           PROSPECTIVE JUROR:  Correct.

4           THE COURT:  That is, you can follow an instruction

5   that an indictment is just not evidence, it's simply a way

6   of charging it; is that right?

7           PROSPECTIVE JUROR:  Right.  Correct.

8           THE COURT:  Question 65 asked, would the fact that

9   an indictment charges the defendant to lead you to believe

10  that they are, in fact, guilty of or make it difficult for

11  you to apply the presumption of innocence.  You answered

12  that question yes.  Did you mean to answer that question

13  yes?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Okay.

16          Was there any confusion in understanding these

17  legal principles?

18          PROSPECTIVE JUROR:  Yeah, at the time, it was a

19  little bit confusing, but now, when I'm here, I could

20  understand, and it should have been no.

21          THE COURT:  Okay.

22          Similarly, Question 67B asked, if the

23  United States, that is, the government, fails to prove a

24  defendant's guilt beyond a reasonable doubt, the defendant

25  must be found not guilty.  We asked you, can you think of
```

```
1   any reason that would interfere with your ability to follow

2   and apply this principle of law.  Again, you answered yes.

3              PROSPECTIVE JUROR:  Right.

4              That one I did answer yes, and at the time that I

5   actually did this, I was contemplating it and thinking of

6   reasons.

7              Yes, everything that we do in life is going to be

8   positive and negative reaction.  I'm a type of person trying

9   to think to edge of the sword before I try to make my

10  decision.

11             That time, yeah, it was a separate reason, but

12  I cannot think of it right now since it had been so long

13  from that point that I did this to this point now.

14             THE COURT:  Okay.

15             Let me just ask you, also in Question 68, we

16  announced another principle or articulated another principle

17  which is that if a defendant does not testify, the jury may

18  not consider that fact in any way in deciding whether a

19  defendant is guilty; in other words, a defendant has an

20  absolute right not to testify, and if a defendant does not

21  testify, you couldn't hold that against the defendant.

22             And then we asked you, can you think of any reason

23  that would interfere with your ability to follow and apply

24  this principle of law, and you answered yes?

25             PROSPECTIVE JUROR:  Yes, I did.
```

```
 1                    Everything that I'm doing is new.  And I prefer, I
 2   guess, full out detail before anything.
 3                    THE COURT:  I'm sorry, you prefer what?
 4                    PROSPECTIVE JUROR:  Detail.
 5                    THE COURT:  Detail.
 6                    PROSPECTIVE JUROR:  Correct.
 7                    THE COURT:  Okay.
 8                    PROSPECTIVE JUROR:  Before anything.
 9                    Just for that small thing alone was the reason why
10   I said yes.
11                    THE COURT:  Okay.
12                    And that will include, am I understanding
13   correctly, that you would want to hear a defendant testify?
14                    PROSPECTIVE JUROR:  Correct.
15                    THE COURT:  Okay.
16                    And if a defendant didn't testify, that would be a
17   problem for you, it seems.
18                    PROSPECTIVE JUROR:  It would be a problem.  But as
19   long as, I guess, their representative could prove it, then
20   I think it should not be an issue.  After all, I'm supposed
21   to be biased.
22                    THE COURT:  Okay.
23                    PROSPECTIVE JUROR:  I'm only here to listen,
24   observe, and make the right decision that I believe at the
25   end.
```

```
 1            THE COURT:  Okay.

 2            All right.  Any objection from counsel?

 3            MR. EDWARDS:  No, Your Honor.

 4            MS. HALIM:  No, Your Honor.

 5            MR. SHIPLEY:  No, Your Honor.

 6            MR. PEED:  No, Your Honor.

 7            MR. WEINBERG:  No, Your Honor.

 8            THE COURT:  All right.  Thank you, sir.

 9  Mr. Douyon will show you out of the courtroom and provide

10  you with additional instructions.

11            COURTROOM DEPUTY:  Your Honor, this is Juror

12  No. 1350.

13            THE COURT:  Ma'am, how are you?

14            PROSPECTIVE JUROR:  I'm doing well.  Thanks.

15  How are you?

16            THE COURT:  I'm good.  Thank you.

17            You're Juror 1350?

18            PROSPECTIVE JUROR:  Yes.

19            THE COURT:  Feel free to remove your mask if you

20  are comfortable doing so.

21            Your juror questionnaire is in front of you so

22  I'll ask you to pick that up, please, and turn to page 11

23  and Questions 49 and 51.

24            All right.  And are you with me?

25            So Question 49 asks, have you read, seen or heard
```

 1  anything about the Oath Keepers organization?  You answered

 2  no.  Correct?

 3            PROSPECTIVE JUROR:  Correct.

 4            THE COURT:  Now, is that -- is your answer "no"

 5  still true today?

 6            PROSPECTIVE JUROR:  It's still true.

 7            THE COURT:  Okay.  So nothing has changed about

 8  your response from the time you completed the jury

 9  questionnaire.

10            PROSPECTIVE JUROR:  No.

11            THE COURT:  All right.

12            Question 51 also asked you whether you had heard

13  of some folks by the name of Stewart Rhodes, Kelly Meggs,

14  Jessica Watkins, Kenneth Harrelson and Tom Caldwell.  You

15  answered no.  Is your answer today also no?

16            PROSPECTIVE JUROR:  It's no.

17            THE COURT:  Okay.

18            I'm going to ask you to turn the questionnaire to

19  the prior page, page 10, Questions 41, 42, and 43.  Those

20  questions were designed to get a sense of how much media

21  you've watched and consumed about the events of

22  January the 6th.  Can you give us a general sense of how

23  much media and how closely you have followed the events of

24  that day of January 6th, 2021?

25            PROSPECTIVE JUROR:  It's really when I listen to

```
 1   the news.  And I don't follow too closely.

 2           So when I go to work, I leave in the afternoon,

 3   so, you know, up until 11:30 at night, so I don't mostly

 4   catch the news.  But now and then, like in the morning,

 5   sometimes but I'm not following closely.  You know, if you

 6   should ask me what's going on, I really cannot tell you.

 7           THE COURT:  Okay.

 8           So to the extent that you've had any news media

 9   exposure about the events of January 6th, can you give us a

10   sense of what you think you've learned and know about the

11   events of that day.

12           PROSPECTIVE JUROR:  I've seen video on the news

13   about sort of, what is it, the riot, or, you know, people

14   approaching the Capitol.

15           THE COURT:  Uh-huh, yes.

16           PROSPECTIVE JUROR:  And that's pretty much what's

17   going on.

18           THE COURT:  Okay.

19           Would you -- your duty as juror in this case would

20   be to set aside whatever you've seen and heard about the

21   events of that day and focus only on the evidence that's

22   presented in this case and be fair and impartial in judging

23   these defendants.

24           Do you think you would have any difficulty in

25   setting aside what you've learned about the events of that
```

1  day and judge these defendants fairly and impartially?

2         PROSPECTIVE JUROR:  I would have no problem doing

3  that.

4         THE COURT:  Okay.

5         At the bottom of page 7, we asked you whether

6  you've served as a juror in a trial before and you've

7  indicated that you've twice served on criminal juries; is

8  that right?

9         PROSPECTIVE JUROR:  That's correct.

10         THE COURT:  So, ma'am, do you think you would have

11  any difficulty, to the extent that you've learned about the

12  criminal justice process and jury trials, would you have any

13  difficulty putting aside what you've learned from those

14  prior experiences and following my instructions?

15         PROSPECTIVE JUROR:  I would have no difficulty.

16         THE COURT:  All right.

17         On page 12, we asked you in Question 59 whether

18  you or a close friend or family member has ever been the

19  victim of a crime, and you answered that question yes.  Can

20  you tell us about that?

21         THE WITNESS:  Okay.  Victim of a crime.

22         This was a while back.  My son was maybe 3.  I was

23  on my way home from work, got off the bus, it was a rainy

24  day.  And I crossed the street, but I notice a man, he's

25  standing in the rain just hanging out, I thought that was

odd.

So I continue to cross the street.  I was just, like, half a block away from home when all of a sudden I felt a tug on my bag, handbag, and he pulled it, and I turned around and screamed and said, "Thief, thief, robber," and started to chase him.  But only a few steps, and then I realized I can't chase this man, I have a small child here. I'm like, Oh, Lord.

And then there was a bus stop right there on the corner, and there were some women there and they said, I know he was up to no good.

And I'm watching him and then I thought, oh, my gosh.

And then I went home, called the police and everything.  And they came.  And then I realized, I didn't have anything in that bag except for some toilet paper and some old shoes.  And I said, oh, he going to need the toilet paper.

So because in the morning before I left home, I had my checkbook and I, something said, you know, you shouldn't -- you're not going to use the checkbook today. So I went back downstairs, took it out, but it in the closet, because my concern now is he have my checks.

And then after the police left, I'm going downstairs now, and I said, oh, my gosh.  And then I

```
 1    remember, oh, I took out the checkbook.  And I still have my
 2    checkbook.  So really didn't get anything.  So I was a
 3    victim that day, but in a sense not.
 4             THE COURT:  Understood.
 5             Is there anything about that experience that would
 6    make it difficult for you to serve as a juror and be fair to
 7    each side in this case?
 8             PROSPECTIVE JUROR:  No, not at all.  Yeah.
 9             THE COURT:  Okay.  Any questions, Mr. Edwards?
10             MR. EDWARDS:  Just one.
11             Good morning, ma'am.  Can you describe what it is
12    you do at, it looks like Children's National Hospital?
13             PROSPECTIVE JUROR:  I'm a housekeeper at
14    Children's and work in the bone and marrow transplant unit
15    taking care of those children's rooms and, you know, some of
16    the areas.
17             MR. EDWARDS:  Thank you.  That's it.
18             THE COURT:  Anything from defense counsel?
19             MR. PEED:  Good morning, ma'am.
20             PROSPECTIVE JUROR:  Hello.
21             MR. PEED:  You'll be instructed that part of your
22    role as juror is to apply the presumption of innocence so
23    you start out presuming that the defendants here are
24    innocent.  Would you have any problem applying that
25    presumption?
```

 1              PROSPECTIVE JUROR:  Presumption of innocence?

 2              MR. PEED:  Of innocence.

 3              PROSPECTIVE JUROR:  Given the facts, given, you

 4    know, I will have no -- I wouldn't presume, but, give me the

 5    facts so I can say, hey, you know, go on facts, assume to

 6    presuming.

 7              MR. PEED:  The fact they're sitting here at

 8    defendant's table and already are charged wouldn't in any

 9    way color your approach to the fact, is that what you're

10    saying?

11              PROSPECTIVE JUROR:  Right.

12              MR. PEED:  Thank you very much.

13              PROSPECTIVE JUROR:  You're welcome.

14              THE COURT:  Thank you very much for your time.

15    Mr. Douyon will show you out of the courtroom and provide

16    you with some additional instructions.

17              PROSPECTIVE JUROR:  You're welcome.

18              THE COURT:  Mr. Edwards, before we bring the next

19    juror in, this juror indicates that they work for the

20    Architect of the Capitol.  I assume the government intends

21    to bring somebody in during this trial.  Can you tell us the

22    name of that person?

23              MR. EDWARDS:  Yes, Your Honor.  Currently, it's --

24    I can't remember his first name, I think it's Jason

25    McIntyre.  I know it's McIntyre, I just need to remember the

1    first name.

2            THE COURT:  Okay.

3            MR. EDWARDS:  Thank you.

4            COURTROOM DEPUTY:  Your Honor, this is Juror 2238.

5            THE COURT:  Hi, ma'am.  How are you?

6            PROSPECTIVE JUROR:  Good morning.

7            THE COURT:  You are Juror 2238; is that right?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  Okay.  Feel free to remove your mask

10   if you are comfortable doing so.

11           Your juror questionnaire is there before you.

12           I'll ask you, we'll just start at page 1, the

13   first page of page 5 at the bottom, Question 1.  We asked

14   you whether serving as a juror would be a hardship and you

15   wrote, "My work includes work for the Architect of the

16   Capitol.  I manage architectural projects that require site

17   visits by," I think, badged employees?

18           PROSPECTIVE JUROR:  Correct.

19           THE COURT:  "I am one of the few qualified" --

20           PROSPECTIVE JUROR:  Qualified.

21           THE COURT:  -- "to hold the badges required for

22   the work.  I must be present on site for work to progress."

23           Help me understand that and what that means.  If

24   you were to serve as a juror for six to eight weeks, does

25   that mean the work would come to a halt and that no one else

1    could sort of fill in your role?

2           PROSPECTIVE JUROR:  No, it doesn't mean that no

3    one else could fill the role.  We do have a couple people

4    badged for different projects.  It just means that I'm the

5    primary person, I'm the one that makes decisions on-site.

6           THE COURT:  Okay.

7           PROSPECTIVE JUROR:  And so to not be there would

8    be a hardship.

9           THE COURT:  Okay.

10          So it won't come as a surprise to you that a lot

11   of people have professional obligations that with jury

12   service will interfere with --

13          PROSPECTIVE JUROR:  Absolutely.

14          THE COURT:  -- and absent extraordinary

15   circumstances, I typically don't consider that to be

16   hardship.

17          Let me ask you a different question about

18   Question 1.  You work for the Architect of the Capitol.

19   Do you know somebody by the name of -- who had the last name

20   of McIntyre, first name might be Jason, who works with the

21   Architect of the Capitol?

22          PROSPECTIVE JUROR:  The name is familiar but I

23   don't know him personally.

24          THE COURT:  Okay.

25          So if there were to be testimony from someone who

1    is employed by the Architect of the Capitol in this case, do

2    you think you could evaluate that testimony fairly and

3    honestly just as you would evaluate the testimony of any

4    other witness?

5              PROSPECTIVE JUROR:  Yes.

6              THE COURT:  And if you thought that the person was

7    not credible, do you think you could find one of your

8    potential colleagues not to be credible on the witness

9    stand?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  Are you involved in any way with the

12   repair of the U.S. Capitol following the events of January

13   the 6th?

14             PROSPECTIVE JUROR:  Sort of.

15             THE COURT:  Can you help us understand that?

16             PROSPECTIVE JUROR:  So I'm an architectural

17   conservator, which means that I restore buildings.

18             And my big project at the Architect of the

19   Capitol, as my client, is the Cannon House Office Building,

20   which was affected, that work was affected with the work at

21   the U.S. Capitol.

22             I have worked on the Capitol Building before, and

23   so I have a lot of professional ownership over some of the

24   work that's been done there.  So sort of.

25             THE COURT:  Got you.

1              So you don't actually work for the Architect of

2     the Capitol, you're a contractor?

3              PROSPECTIVE JUROR:  Correct.

4              THE COURT:  Got you.

5              PROSPECTIVE JUROR:  A consultant.

6              THE COURT:  Consultant.

7              So you wrote on page -- excuse me, in response to

8     Question 12, I live on the Hill and was horrified by the

9     events that put my family in danger.  The outrage that I

10    lived underground -- I can't quite make that out.

11             PROSPECTIVE JUROR:  I'm sorry, what page?

12             THE COURT:  Page 6, Question 12.

13             I think what you wrote is, "outrage, that I lived

14    underground" --

15             PROSPECTIVE JUROR:  Guard.

16             THE COURT:  -- "for months, including my

17    children's neighborhood park."

18             So, you know, this case relates to the events of

19    January 6th.  You work on Capitol Hill, you clearly

20    experienced the events of that day based on where you live.

21    Do you think you could be -- sit as a fair and impartial

22    juror in this case?

23             PROSPECTIVE JUROR:  I don't think that I can be

24    impartial to the events.  I mean, it was a profound

25    experience living there only ten blocks away from the

1    Capitol.  And, you know, I don't agree with anything that
2    happened that day.
3                THE COURT:  Okay.
4                Counsel, is there any objection?
5                MS. HALIM:  No objection.
6                MR. SHIPLEY:  No objection.
7                MR. PEED:  No objection.
8                MR. WEINBERG:  No objection.
9                MR. EDWARDS:  Can I ask one question?
10               THE COURT:  Sure.
11               MR. EDWARDS:  Ma'am, do you think if you were to
12   sit in the juror's box for a few weeks, would you be able to
13   engage in the exercise of setting aside that previous
14   experience and just receive the evidence as to these four
15   particular defendants and then render a verdict?
16               PROSPECTIVE JUROR:  I think it would be really
17   hard to not bring my own personal bias into that decision
18   because it was something that I lived through.
19               MR. EDWARDS:  Okay.  Thank you.
20               THE COURT:  Okay.  Mr. Douyon will show you out of
21   the courtroom and provide you with additional instructions.
22   Thank you.
23               PROSPECTIVE JUROR:  Thank you.
24               THE COURT:  Come on up here to that witness stand,
25   sir.

1          COURTROOM DEPUTY:  Your Honor, this is Juror 2635.

2          THE COURT:  Sir, how are you?

3          PROSPECTIVE JUROR:  Wonderful.  How are you?

4          THE COURT:  Good, thank you.  You are Juror 2635;

5    is that right?

6          PROSPECTIVE JUROR:  Yes, sir.

7          THE COURT:  Feel free to remove your mask if you

8    are comfortable doing so.

9          All right.  Your juror questionnaire is in front

10   of you, and I'll ask you to please first turn to page 11 and

11   Questions 49 and 51.

12         Question 49 asked whether you have read, seen, or

13   heard anything about the Oath Keepers organization, and you

14   answered no.  Right?

15         PROSPECTIVE JUROR:  Correct.

16         THE COURT:  Is your answer the same today as it

17   was when you filled out this questionnaire?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  So you've learned nothing in the

20   interim two weeks about any organization called the

21   Oath Keepers?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  And it's an organization you've never

24   heard of, do you have any idea what they stand for, what

25   their mission is, what their ideology is?

1          PROSPECTIVE JUROR:  Couldn't tell you.

2          THE COURT:  Okay.

3          Question 51 asked whether you had heard or read

4   anything about some group of people, Stewart Rhodes,

5   Kelly Meggs, Jessica Watkins, Kenneth Harrelson,

6   Thomas Caldwell.  You answered no.  Is that answer still no

7   today?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  All right.

10          Let me turn to the prior page, page 10.

11          Questions 41, 42, and 43, we asked you questions

12   about how much video exposure to news media and videos

13   you've had to the events of January 6th.  Can you describe

14   for us generally what kind of exposure you've had to those

15   events of that day.

16          PROSPECTIVE JUROR:  Sure.

17          So, generally, lot of the news coverage that came

18   out initially once the event happened and subsequently

19   thereafter, but not much beyond that.

20          THE COURT:  Not much since then.

21          Your news assumption has kind of gone down since

22   the events of that day.

23          PROSPECTIVE JUROR:  News in general, sure, but not

24   specifically about that.

25          THE COURT:  Have you followed news about trials

 1    involving individuals who were present for the events of

 2    January the 6th?  Did you follow that kind of news coverage?

 3              PROSPECTIVE JUROR:  No.

 4              THE COURT:  So to the extent that we would ask you

 5    as a juror to come in here and put aside anything that

 6    you've learned or think you know about the events of

 7    January 6th and set that aside and focus only on the

 8    evidence in this case and evaluate it fairly and impartially

 9    with respect these defendants.  Do you think you would be

10    able to do that?

11              THE WITNESS:  Yes.

12              THE COURT:  If I could please ask you to turn to

13    page 7, please.

14              Question 16 asked whether you or a close friend or

15    family member has ever been employed by the Federal

16    Government.  Can you tell us about that?

17              PROSPECTIVE JUROR:  My dad used to be -- used to

18    work for Social Security Administration.  I guess that would

19    be considered federal.

20              THE COURT:  Uh-huh.

21              PROSPECTIVE JUROR:  And my mom used to work for

22    the State of Maryland.

23              THE COURT:  Okay.

24              So one of the allegations in this case is that the

25    defendants intended to resist the authority of the

1    United States Government by force.  Would the fact that your

2    father worked for the Social Security Administration, would

3    that affect your ability at all to be a fair and impartial

4    juror?

5            PROSPECTIVE JUROR:  No.

6            THE COURT:  Question 18 asked whether you or a

7    close friend or family has ever served in the armed forces.

8    Can you just tell us about that?

9            PROSPECTIVE JUROR:  My dad was in the Navy and

10   have several other nephews and cousins and such that have

11   either been in the Army or different branches.

12           THE COURT:  Okay.

13           Question 56 on page 11 -- I'm sorry, Question 55,

14   let's start there, on page 11.  That asked whether you, a

15   close friend or family member has ever worked in any aspect

16   of the legal field.  Can you tell us why you answered that

17   yes.

18           PROSPECTIVE JUROR:  Yeah, my mom was a legal

19   secretary.  Currently I have a nephew who is a paralegal or

20   something in that same realm.

21           THE COURT:  Did either your mother or your nephew,

22   did either of them work in a law firm or were lawyers that

23   did criminal work?

24           PROSPECTIVE JUROR:  No.

25           Well, nephew, maybe, but I don't believe so.

1          THE COURT:  Okay.

2          Question 56 asks whether you or a close friend or

3   family members ever applied for or worked for a law

4   enforcement agency.

5          PROSPECTIVE JUROR:  I have friends who've tried to

6   work for the FBI.  Some that have -- that work in different

7   government agencies overseas.

8          THE COURT:  Okay.

9          So your friends that have tried to work for the

10  FBI, do any of them currently work for the FBI?

11         PROSPECTIVE JUROR:  No.

12         THE COURT:  Your friends who work overseas, in

13  what capacity do they work as law enforcement?

14         PROSPECTIVE JUROR:  Not law enforcement

15  specifically but within a branch of the military.

16         THE COURT:  Okay.  Are they sort of military

17  police, military investigators or --

18         PROSPECTIVE JUROR:  Don't know exactly.  Not

19  necessarily military police, no, but just active service.

20  Can't quite place exactly in what capacity.

21         THE COURT:  Got you.

22         So you'll be instructed that the testimony of a

23  law enforcement officer should not be given any greater or

24  lesser weight just because they are a member of law

25  enforcement.  Do you think you would have any trouble

```
 1    following that instruction?
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Next page, Question 59 asks you
 4    whether you, a close friend or family member has been a
 5    victim of a crime.
 6              And then Question 60 asked whether anybody in that
 7    group has been a witness to a crime, and you answered both
 8    of those questions yes.  Can you tell us why you answered
 9    those questions yes?
10              PROSPECTIVE JUROR:  So I know a friend of mine was
11    convicted in 2019 for a bank crime, so that will be a
12    personal -- I guess not necessarily like a -- just by
13    association, if you will, I guess is more so why I answered
14    that question.
15              THE COURT:  Okay.
16              And were you a witness to that offense?  Were your
17    at all?  Or that's just because you knew the person?
18              PROSPECTIVE JUROR:  Just because I knew the
19    person.
20              THE COURT:  Got you.
21              And was that -- was your friend prosecuted in the
22    District of Columbia or elsewhere?
23              PROSPECTIVE JUROR:  Elsewhere.
24              THE COURT:  Okay.
25              Does the fact that your friend was prosecuted by
```

```
 1   even outside the District, do you think that would affect
 2   your ability to be fair to the government in this case?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  And then in Question 60, you said that
 5   there were close friends or family members who had been a
 6   witness to a crime.  Is that a different answer than what
 7   you've just told us?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  All right.  Same answer.
10              All okay.  Any follow-up, Mr. Edwards.
11              MR. EDWARDS:  No, Your Honor.
12              THE COURT:  And defense counsel?
13              MS. HALIM:  No, Your Honor.
14              THE COURT:  Okay.  Sir, thank you very much,
15   Mr. Douyon will show you out of the courtroom and provide
16   you additional instructions.
17              All right, everyone.  We've reached the 11:00
18   hour.  Why don't we take a 15-minute break.  We will
19   re-start a little bit after 11:15.  Thank you, all.
20              (Recess from 11:02 a.m. to 11:18 a.m.)
21              COURTROOM DEPUTY:  All rise.  The Honorable
22   Amit P. Mehta presiding.
23              THE COURT:  Please be seated, everyone.
24   Thank you.
25              Hi, how are you?
```

```
 1              PROSPECTIVE JUROR:  Hi.  Good morning.

 2              THE COURT:  Good morning.

 3              You're Juror 0011?

 4              PROSPECTIVE JUROR:  Yes, I am.

 5              THE COURT:  All right.  Feel free to remove your

 6    mask if you are comfortable doing so.

 7              All right.  So your juror questionnaire is in

 8    front of you.  I'm going to ask you to begin, if you would,

 9    with Question 49 on page 11.

10              That question asked whether you have read, seen or

11    heard anything about the Oath Keepers organization, and you

12    answered yes.  Can you tell us what you have read, seen, or

13    heard about the organization?

14              PROSPECTIVE JUROR:  Just news headlines about

15    involvement in the January 6th events.

16              THE COURT:  Okay.

17              And can you elaborate on what you've read as part

18    of headlines or anything as part of any stories that you may

19    have encountered.

20              PROSPECTIVE JUROR:  You know, I probably couldn't

21    give you any real specifics other than conservative-leaning

22    in nature, but that's -- yeah, I probably wouldn't be giving

23    very accurate details beyond that.

24              THE COURT:  Okay.

25              Anything that that you think you've learned about
```

```
 1    the group's ideology, its mission, its politics.  I think
 2    you've mentioned conservative.
 3              PROSPECTIVE JUROR:  Yeah.
 4              THE COURT:  But anything more detailed than that?
 5              PROSPECTIVE JUROR:  No, no, I couldn't -- I would
 6    just, yeah, say very right-leaning would be my immediate
 7    response, but I don't have a lot more detail than that that
 8    I could provide.
 9              THE COURT:  Okay.
10              And you did answer that question "no" a couple
11    weeks ago -- I'm sorry, "yes," a couple weeks ago.  Have you
12    learned anything in the intervening time about the
13    organization?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  All right.
16              Question 51 asked whether you had read, seen, or
17    heard anything about Stewart Rhodes, Kelly Meggs and three
18    others.  You answered no when you completed the
19    questionnaire.  Is that still your answer?
20              PROSPECTIVE JUROR:  Correct, yes.
21              THE COURT:  Okay.
22              Let's turn back to page 7 and start with
23    Question 16.
24              And Question 16 asked whether you have -- whether
25    you or a close friend or family member has ever been
```

```
 1    employed by the Federal Government, and your answer was yes.
 2    Can you share with us the reason for that yes answer.
 3               PROSPECTIVE JUROR:  My husband is employed by the
 4    Federal Aviation Administration.
 5               THE COURT:  Okay.
 6               PROSPECTIVE JUROR:  Under the DOT.
 7               THE COURT:  And so one of the charges in this case
 8    is that these defendants intended to resist the authority of
 9    the United States Government by force.  Does the fact that
10    your husband is employed by a federal agency, do you think
11    that would affect your ability to be fair and impartial?
12               PROSPECTIVE JUROR:  No, I don't think so.
13               THE COURT:  You indicated in Question 18 that you
14    have friends or family members who served in the Armed
15    Forces.  Can you tell us about that.
16               PROSPECTIVE JUROR:  My husband is also a Navy
17    veteran.
18               THE COURT:  Question 20 asks whether you or close
19    friends or family members have participated in any rallies,
20    protests, or demonstrations in the last five years.  Can you
21    tell us about that?
22               PROSPECTIVE JUROR:  That would be me personally.
23               I have joined an occasional protest or
24    demonstration over the years.
25               THE COURT:  Okay.
```

1          And we don't mean pry any more than we need to,

2     but can you just tell us what the subject matter of those

3     protests was.

4          PROSPECTIVE JUROR:  So, for instance, the Women's

5     March in D.C. and a similar type of march in Baltimore.

6          THE COURT:  Okay.

7          So it may or may not be the case that the

8     defendants in this case may have political views that you do

9     not agree with.  Do you think the fact that they may hold

10     different political views than you would present any

11     difficulty in judging them fairly and impartially?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Do you have any impressions or views

14     about people who are supporters of the former President,

15     President Trump?

16          PROSPECTIVE JUROR:  Do I have views about people

17     who supported the former President?

18          THE COURT:  Right, who supported the former

19     President just in general?

20          PROSPECTIVE JUROR:  Yes, of course, I have

21     opinions.

22          THE COURT:  Okay.  Can you share those with us?

23          PROSPECTIVE JUROR:  Well, I mean, I think

24     individuals are entitled to their own beliefs and stances.

25          THE COURT:  Okay.

1          PROSPECTIVE JUROR:  But I would likely disagree

2   with a lot of the viewpoints of people who are in support of

3   that president.

4          THE COURT:  And beyond disagreement with those

5   people, did you have -- do you hold particular views about

6   who those people are, or do you have impressions about who

7   those people are?

8          PROSPECTIVE JUROR:  I make an attempt to not judge

9   or generalize.

10          THE COURT:  And have you been successful in that

11   attempt?

12          PROSPECTIVE JUROR:  It's a daily effort.

13          THE COURT:  Is it difficult for you to -- well,

14   let me ask you this.  Have you come to -- do you hold

15   certain beliefs or views or opinions about -- and, again,

16   I'm not trying to be difficult, but just about people who

17   supported the former President?

18          PROSPECTIVE JUROR:  I mean, I find that a very

19   difficult question to answer in a broad sense, but I attempt

20   to let everyone have their own viewpoints and stances that

21   they take politically and not pass judgment on that.

22          THE COURT:  Okay.

23          And so, you know, these defendants are not on

24   trial for their political views.

25          PROSPECTIVE JUROR:  Correct.

1          THE COURT:  Could you set aside your disagreements

2   with people who supported the former President and focus

3   only on the evidence in this case?

4          PROSPECTIVE JUROR:  I believe so, yes.

5          THE COURT:  Question 21 asked whether you've ever

6   been on a Capitol Grounds, and 22 asked whether you or a

7   close family member or friend was living on Capitol Hill on

8   January 6th.  Can you elaborate on those answers.

9          PROSPECTIVE JUROR:  I do live in the Capitol Hill

10  area.  It's consider Hill East for those that are in D.C.

11  So I am in relative proximity and, therefore, on the Capitol

12  Grounds on fairly regular basis just in, you know, biking,

13  walking, family activities.

14         THE COURT:  Okay.

15         PROSPECTIVE JUROR:  And have been in the building

16  many years ago for a tour.

17         THE COURT:  And were you at home on January 6th?

18         PROSPECTIVE JUROR:  I was.

19         THE COURT:  Did you experience, other than through

20  television or media viewing or consumption, did you

21  experience any of the events of that day, even that would

22  include people walking around your home and the like?

23         PROSPECTIVE JUROR:  An exceptional amount of

24  sirens.  So, yeah, within distance to be able to hear that

25  there was something happening.

1                THE COURT:  Okay.

2                Did you observe any protesters or any folks that

3    might have gone to the Capitol that day?

4                PROSPECTIVE JUROR:  Not to my knowledge, no.

5                THE COURT:  And tell us if the events of that day,

6    I mean, I think you've answered this in 24, but did you have

7    concern for your physical safety or were you in fear on that

8    day?

9                PROSPECTIVE JUROR:  I mean, I think I had some

10   sense of fear just in a broader sense, but not for my own

11   physical safety, no.

12               THE COURT:  And that fear, that sort of broader

13   fear that you've experienced on that day, again, do you

14   think that is something you could set aside today if you

15   were selected on the jury and be fair and impartial?

16               PROSPECTIVE JUROR:  Yes, I think so.

17               THE COURT:  Let me just ask you this.  I mean,

18   if -- obviously, you live near the Hill or on the Hill, you

19   have neighbors.  Do you think it would be difficult for you

20   if you concluded the government could not -- has not met its

21   burden, would it be difficult for you or more difficult for

22   you to acquit these defendants because of relationships with

23   neighbors?

24               PROSPECTIVE JUROR:  No, I don't think so.

25               THE COURT:  In other words, do you think your

```
 1    neighbors would -- your relationship would be affected or
 2    your neighbors would view you differently if they learned
 3    you were on this jury and you voted to acquit?
 4              PROSPECTIVE JUROR:  No.
 5              THE COURT:  On page 12, please, Question 61 asked
 6    whether you or a close friend or family member's ever
 7    testified as a witness in a court proceeding?
 8              PROSPECTIVE JUROR:  I'm an ER nurse by trade and
 9    had to be called in in a case related to a work incident
10    once.
11              THE COURT:  Okay.
12              And was that a criminal case or a civil case?
13              PROSPECTIVE JUROR:  Civil, I believe.  I should
14    know that.
15              THE COURT:  Okay.
16              PROSPECTIVE JUROR:  But I don't remember
17    specifically.
18              There was an assault on the grounds between a
19    patient and an officer and I was a witness.
20              THE COURT:  I see.  Okay.
21              And did that happen in D.C. or somewhere else?
22              PROSPECTIVE JUROR:  In D.C., uh-huh.
23              THE COURT:  And did you have any contact with law
24    enforcement as a result of that episode?
25              PROSPECTIVE JUROR:  Yeah, I was called in to
```

```
 1   support the officer in the case and his accounting of what
 2   happened.
 3            THE COURT:  I see.  So there was an officer who
 4   was assaulted; is that right?
 5            PROSPECTIVE JUROR:  No, it was the patient
 6   pressing charges on being assaulted.
 7            THE COURT:  I see.  Just the opposite.  So a
 8   patient was pressing charges that a police officer had
 9   assaulted the patient.
10            PROSPECTIVE JUROR:  Correct.
11            THE COURT:  Got you.
12            Anything about that incident, that episode that
13   might cause you to have views about police officers and
14   policing?
15            PROSPECTIVE JUROR:  No.
16            THE COURT:  You would be instructed that a law
17   enforcement officer's testimony should be given the same
18   consideration as any other witness's testimony and should
19   not be given any lesser or greater weight because the
20   person's a law enforcement officer.
21            PROSPECTIVE JUROR:  Yeah.
22            THE COURT:  Could you follow that instruction?
23            PROSPECTIVE JUROR:  Yes.
24            THE COURT:  All right.  Mr. Edwards?
25            MR. EDWARDS:  No, Your Honor.  Thank you.
```

1          THE COURT:  Defense counsel?

2          MR. SHIPLEY:  Ma'am, you indicated that you have

3    heard of the Oath Keepers.

4          PROSPECTIVE JUROR:  Yes, sir.

5          MR. SHIPLEY:  But that you know nothing about any

6    of the individuals or the allegations in this case?

7          PROSPECTIVE JUROR:  Correct.

8          MR. SHIPLEY:  Have you heard of them only in the

9    context of January 6th.  In other words, it was something

10   about the event that came to your attention in news

11   consumption or whatever?

12         PROSPECTIVE JUROR:  Yes, sir.

13         MR. SHIPLEY:  Just describe what you think you

14   know about them today sitting here?

15         PROSPECTIVE JUROR:  I mean, what I said earlier

16   still holds true.  You know, I will admit that I tend to

17   read a lot of headlines in the news and necessarily not the

18   whole story.  So I've definitely seen the name in headlines

19   that I've read.  But I have never done more research to dig

20   in to learn extensively about the organization.

21         MR. SHIPLEY:  Thank you.

22         MS. HALIM:  Good morning, ma'am.  Hi.

23         PROSPECTIVE JUROR:  Hi.

24         MS. HALIM:  Do you have an impression or a general

25   sense that if a person voted for or was in some ways in

 1    support of the former President, that that person also

 2    shared in the agenda to overturn the election results?

 3            PROSPECTIVE JUROR:  No, no, I would not agree with

 4    that statement.

 5            MS. HALIM:  Thank you.  I appreciate that.

 6            PROSPECTIVE JUROR:  Uh-huh.

 7            MR. PEED:  Good morning.

 8            PROSPECTIVE JUROR:  Hi.

 9            MR. PEED:  Do you think if you heard evidence in

10    this case that certain individuals went into the

11    Capitol Building on January 6th and the charges that you're

12    presented with deciding have to do with what was their

13    motivation for doing so, do you think the fact that they

14    went in would be something that would be so overwhelming to

15    you that you would be able to look at details of that

16    question?

17            PROSPECTIVE JUROR:  I'd like to think no.

18            I'm not sure I fully understand the question, but

19    it sounds to me like what you're asking me is whether them

20    entering the building would overwhelm my ability to be

21    impartial in additional evidence.  Am I understanding that

22    correctly?

23            MR. PEED:  More would you be able to look at the

24    Judge's instructions of every element of the crimes you were

25    asked to decide.

1          PROSPECTIVE JUROR:  Right.

2          MR. PEED:  Even if going in wasn't all the

3    elements, would you be able to look at that and decide

4    whether the government met all the elements of the crime.

5          PROSPECTIVE JUROR:  I think so.

6          MR. PEED:  Okay.  Thank you.

7          PROSPECTIVE JUROR:  Yeah.

8          THE COURT:  Thank you, ma'am.  Mr. Douyon will

9    show you out of the courtroom and provide additional

10   instructions.

11         PROSPECTIVE JUROR:  Thank you.

12         COURTROOM DEPUTY:  Your Honor, this is Juror No.

13   0434.

14         THE COURT:  Hi, how are you?

15         PROSPECTIVE JUROR:  Good morning.

16         THE COURT:  Good morning.

17         You are Juror 0434?

18         PROSPECTIVE JUROR:  That's right.

19         THE COURT:  All right.  Feel free to remove your

20   mask if you are comfortable doing so.

21         Your juror questionnaire is in front of you.  So

22   I'll ask you, if you would, please, to turn to page 11 and

23   Question 49.

24         You were asked in that question, have you seen --

25   read, seen or heard anything about the Oath Keepers

1    organization, and you answered that question yes.  Can you

2    tell us what you have read, seen or heard?

3              PROSPECTIVE JUROR:  Well, I'm a senior leader at a

4    major media organization, so I've read not only about our

5    coverage but the organization's history, people who have

6    been participating in it from their region where my media

7    organization covers, and as well as history from other

8    places where I'm from, like such as Michigan, and where

9    other places where they are located.

10             THE COURT:  Okay.

11             So it sounds, from what you're saying, you have a

12   fair amount of information or you've learned a fair amount

13   about the organization from your work.

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Yet you've said that, in Question 50,

16   that you still think you could be a fair and impartial

17   juror.  Do you think notwithstanding everything that you've

18   learned and heard about the organization, you think you can

19   be fair and impartial?

20             PROSPECTIVE JUROR:  Well, absolutely.  It's --

21   being well-informed is part of -- part of being impartial is

22   actually being well-informed.

23             THE COURT:  What are your impressions of the

24   organization?  What words comes to mind when you think about

25   the organization?

1                    PROSPECTIVE JUROR:  White supremacists,

2     anti-democracy.  Those are the kinds of words that are

3     swirling.

4                    THE COURT:  Okay.

5                    So if you were a juror, you would be asked to set

6     those kind of impressions aside.  Do you think you would

7     have difficulty doing that or do you think that would be in

8     the back of your mind as you're evaluating the evidence in

9     the case?

10                   PROSPECTIVE JUROR:  No, I could set that aside.

11                   THE COURT:  Okay.

12                   Now, you had indicated that you've read, seen or

13    heard things about the organization at the time you

14    completed this questionnaire.  Have you read, seen or heard

15    anything more about the organization since then?

16                   PROSPECTIVE JUROR:  No.

17                   THE COURT:  Okay.

18                   Question 51 asked whether you had seen, read, or

19    heard anything about Stewart Rhodes, Kelly Meggs,

20    Jessica Watkins.  You answered "no."  Is the answer to that

21    question still "no" today.

22                   PROSPECTIVE JUROR:  It is still no.

23                   THE COURT:  All right.

24                   And can I ask, and you've indicated what your

25    occupation and work is in line 14, but does your actual work

1    involve investigating and reporting on the events of

2    January 6th?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  And just out of curiosity, is there

5    any particular -- I mean, you've, again, read a fair amount.

6    Is there any particular interest in your having read so much

7    or you just consider yourself somebody who reads a lot of

8    news?

9              PROSPECTIVE JUROR:  I just read a lot of news.

10             THE COURT:  Question 16 asked, have you or a close

11   friend or family member ever been employed by the Federal

12   Government.  Can you tell us about that.

13             PROSPECTIVE JUROR:  Sure.

14             My grandmother was a social worker for the state

15   of Michigan.  My aunt, who is now deceased, was a senior

16   leader for the Department of Veteran Affairs.

17             My brother -- oh, no, that's a different question.

18             But they worked in Michigan.

19             THE COURT:  Okay.

20             Were they federal employees or state employees?

21             PROSPECTIVE JUROR:  My aunt was a federal

22   employee.

23             THE COURT:  Okay.

24             So one of the allegations in this case is that the

25   defendants intended to resist the authority of the Federal

1    Government by force.  Do you think the fact that your aunt

2    worked as a federal employee, would that effect your

3    abilities to be fair and impartial?

4              PROSPECTIVE JUROR:  No, it does not affect my

5    ability.

6              THE COURT:  Question 18 asked whether you or a

7    close friend or family member has ever served in the Armed

8    Forces.  Can you tell us about that.

9              PROSPECTIVE JUROR:  Yes, my brother served in the

10   Navy.

11             THE COURT:  All right.

12             You indicated in Question 21 that you've been on

13   the Capitol Grounds, and in question 24, that you had

14   concern for the safety of yourself or close friend or family

15   member on January 6th.  Can you tell us about that?

16             PROSPECTIVE JUROR:  Yes, I live near the Hill,

17   it's my -- where I walk every morning.

18             I live alone.  And on the day before, I knew

19   something was wrong the day before.

20             And I could hear the chaos from my house.

21             And, again, I watch a lot of news and I work in

22   the media organization, so I'm very aware of what's

23   happening at any moment in time.

24             And so I was very concerned.  And because I had

25   some concerns previously because of other protests in 2020

```
 1   and some concerns about one of my neighbor.

 2            So, yes, I was concerned about my safety because

 3   of seeing the people mobilizing the day before.

 4            THE COURT:  Okay.

 5            What was it about these -- what you saw that

 6   caused you to have fear for your safety?

 7            PROSPECTIVE JUROR:  There was -- the T-shirts and

 8   ephemera that were, what I perceived as anti-American,

 9   ant-black, anti -- you know, questioning the election, and

10   they were in large groups of people that I don't normally

11   see in my neighborhood.

12            And just the number of the scale, the number of

13   people, it's one thing to see tourists all the time and to

14   see protesters, but it's another thing to see people who

15   have hats and T-shirts and things that are beyond the

16   election or the candidate they prefer but saying things that

17   are intended to harm people, and that's something I hadn't

18   seen before.

19            THE COURT:  Got you.  Okay.

20            If you would just turn to page 11, Question 56, a

21   close friend or family member who's ever applied for

22   employment with a law enforcement agency or worked for law

23   enforcement agency.  Can you tell us about that.

24            PROSPECTIVE JUROR:  Sure.

25            My brother, after he left the Navy, applied to be
```

```
 1    a border agent but ended up going -- working at a different
 2    agency.
 3                THE COURT:  Okay.  Does he work in law enforcement
 4    now?
 5                PROSPECTIVE JUROR:  He doesn't work in law
 6    enforcement.
 7                THE COURT:  And then Question 60 asks whether you
 8    or a close friend or family member has ever been a witness
 9    to a crime, and you answered that question yes.
10                PROSPECTIVE JUROR:  Yes, this was a family member,
11    one of my -- one of my aunts was assaulted in California.
12                And I have another -- not a close family member
13    but a family member who witnessed a murder of a neighbor,
14    and that was in Georgia but not a close relative, like a
15    second cousin.
16                THE COURT:  Okay.
17                Anything about those experiences that would lead
18    you to think it would be difficult to serve as a juror in
19    this case?
20                PROSPECTIVE JUROR:  No, no.
21                THE COURT:  Mr. Edwards.
22                MR. EDWARDS:  Good morning.  How are you?
23                PROSPECTIVE JUROR:  Good morning.
24                MR. EDWARDS:  We represent the government, just a
25    couple questions.
```

```
 1              How long have you been in journalism?

 2              PROSPECTIVE JUROR:  32 years.  Since I was 17.

 3    So, yeah, 37 -- I can't do the math.  Is the math right

 4    there?

 5              MR. EDWARDS:  A while.

 6              And did you start off writing pieces?  It sounds

 7    like you now manage other people who write.

 8              PROSPECTIVE JUROR:  Yeah, I actually started off

 9    as a copy editor, meaning I wrote headlines and fixed

10    punctuation and make other people's work better.

11              MR. EDWARDS:  And then did you eventually start

12    writing your own pieces?

13              PROSPECTIVE JUROR:  I do write my own pieces.

14    I don't know if you want me to tell you what I wrote.

15              MR. EDWARDS:  No, that's okay.  I was just curious

16    your trajectory through the field.  And in your experience

17    through from copy editing to writing to now managing other

18    writers, have you ever had to grapple with a piece that you

19    may be emotionally interested in or you found difficult or

20    you disagreed with?

21              PROSPECTIVE JUROR:  Oh, absolutely.

22              MR. EDWARDS:  In your training and experience, was

23    it important when you undertook that experience or piece to

24    kind of set aside the emotion or your opinion and write

25    about what it is you saw or you observed or you were talking
```

1  about?

2          PROSPECTIVE JUROR:  Every day, every day we are

3  faced with that.

4          MR. EDWARDS:  And do you think you could take that

5  body of experience in your life and your profession and

6  carry it with you into being a juror?

7          PROSPECTIVE JUROR:  Oh, absolutely.

8          MR. EDWARDS:  Nothing further.  Thank you.

9          MR. WEINBERG:   Thank you.

10          Good morning.  You were very descriptive in the

11  feelings that you had on January 6th.  In this case you're

12  going to see videos about that day.  Do you think that

13  seeing the videos would bring back those feelings?

14          PROSPECTIVE JUROR:  No, because I've seen them

15  already.

16          MR. WEINBERG:  Okay.

17          So if you have to watch, let's say, people that

18  look at military garb walking down the street, that won't

19  bring the same type of fear that you felt on that day?

20          PROSPECTIVE JUROR:  No.

21          MR. WEINBERG:  What do you think about people that

22  voted for Donald Trump?

23          PROSPECTIVE JUROR:  What do I think about people

24  that voted for Donald Trump?  I don't really think anything

25  about them.

1          I think you have to ask me a different question,

2    because I don't think about them.

3          MR. WEINBERG:  Well, let's say that people in this

4    trial supported Donald Trump and the Stop the Steal

5    movement.  Do you have an opinion about people that believed

6    the 2020 election was stolen?

7          PROSPECTIVE JUROR:  Uninformed.

8          MR. WEINBERG:  Okay.

9          Just the fact that somebody would be uninformed,

10   would that kind of maybe judge their credibility in your

11   eyes if they testified or if they -- you saw evidence about

12   it?

13         PROSPECTIVE JUROR:  Can you repeat the question?

14         MR. WEINBERG:  So if somebody you believe is

15   uninformed because they believed the 2020 election was

16   stolen, would you view that person differently than, let's

17   say, another person who doesn't believe the election was

18   stolen when it comes to credibility?

19         PROSPECTIVE JUROR:  When it comes to credibility,

20   I would view them differently, yes.

21         MR. WEINBERG:  Okay.

22         MS. HALIM:  Hi.  Good morning, ma'am.

23         PROSPECTIVE JUROR:  Good morning.

24         MS. HALIM:  Do you think -- do you have a general

25   sense or belief that all people who voted for the former

1    President and came to D.C. on January 6th, that their reason
2    for being there was to overturn the election result?
3         PROSPECTIVE JUROR:  No.
4         MS. HALIM:  And then also, if you were to hear
5    facts or evidence in this case that is different than what
6    you have learned through your consumption from either your
7    company or other media reports that you've heard, would you
8    be able to accept that in the context of this trial if it's
9    inconsistent with something you've read previously?
10        PROSPECTIVE JUROR:  Yes.
11        MS. HALIM:  Okay.  Thank you.  I appreciate it.
12        MR. PEED:  Good morning, ma'am.
13        PROSPECTIVE JUROR:  Good morning.
14        MR. PEED:  Have you covered other groups that
15   might be called militia groups or paramilitary type groups?
16        PROSPECTIVE JUROR:  No, I don't cover anything
17   like that.
18        MR. PEED:  Have you done research on you're own
19   personal time, other groups like especially in Michigan
20   where you're talking about?
21        PROSPECTIVE JUROR:  Researched or --
22        MR. PEED:  Read about?
23        PROSPECTIVE JUROR:  -- or just read about?  Yes.
24        MR. PEED:  You know, we heard what you just -- the
25   words that came into your mind talking about the

```
 1   Oath Keepers.  Do you have any connections in your mind
 2   between Oath Keepers militia groups or military groups, or
 3   what's your understanding of that?
 4           PROSPECTIVE JUROR:  My understanding is that
 5   they're a lot of the same kind of sentiment or the same kind
 6   of -- they're kind of cut from the same cloth, if you will.
 7   A lot of the same rhetoric, a lot of similar ideas about,
 8   whether that is gun ownership, demographics, a lot of
 9   similar kinds of rhetoric.
10           MR. PEED:  How do you think you'd be able to --
11   being as informed as you are, how would you be able to keep
12   from your mind as you're hearing evidence, you know, sort of
13   where a source of information came from when, by the end of
14   the long trial, do you think you'll be able to remember
15   where you heard something versus if you heard it in court
16   versus if you heard it just from your reading of the
17   Oath Keepers?
18           PROSPECTIVE JUROR:  Yeah, you have to kind of
19   compartmentalize where you hear different things in
20   different contexts.
21           It's one thing to hear something in a party versus
22   reading something that has a lot of context or evidence and
23   supportive quotes, whatever.  It's just a different context
24   of remembering information.
25           MR. PEED:  And one of the things the Judge will
```

```
 1    tell you is, and you know this, of course, as an American
 2    citizen, so you've got to come to this trial with a
 3    presumption of innocence.  But you personally experienced
 4    some things on January 5th, the day before.  Do you think
 5    that your coming in with any presumptions other than
 6    innocence by the fact that these people have been charged
 7    and they're sitting here?
 8              PROSPECTIVE JUROR:  No, I'm not coming in with any
 9    presumptions at all.
10              MR. PEED:  Thank you.
11              MR. SHIPLEY:  Ma'am, do you have a view -- did you
12    have an understanding of what the type of the organization
13    Oath Keepers derives from?
14              PROSPECTIVE JUROR:  I don't think I -- I don't
15    think I do exactly.
16              MR. SHIPLEY:  So if I was to tell you that it's
17    the oath that like law enforcement or military take and
18    Oath Keepers is a representation supposedly of the view of
19    members of that group, would that be consistent?
20              MR. EDWARDS:  Your Honor --
21              MR. SHIPLEY:  Would that surprise you?
22              THE COURT:  It's okay.
23              PROSPECTIVE JUROR:  It wouldn't surprise me.  It
24    wouldn't surprise me.
25              MR. SHIPLEY:  Okay.
```

1            Now, if you heard testimony in this case, you

2    indicated that you had this perception that the Oath

3    Keepers, has a white supremacist aspect to it, if you heard

4    testimony in this case from two individuals prominently

5    involved in the Oath Keepers right up to January -- and

6    including January 6th, were both African-American men, one a

7    veteran and one of them a former member of law enforcement,

8    would that surprise you?

9            PROSPECTIVE JUROR:  No.

10           MR. SHIPLEY:  Would it work against your

11   perception that it's a white supremacist organization?

12           PROSPECTIVE JUROR:  No, you can -- you don't have

13   to be white to be a white supremacist.

14           MR. SHIPLEY:  Fair enough.

15           THE COURT:  All right.  Ma'am, thank you very

16   much.  Mr. Douyon will show you out of the courtroom and

17   provide you with further instructions.

18           MR. SHIPLEY:  We can come back to it.

19           THE COURT:  Do you have a motion?

20           MR. SHIPLEY:  Your Honor, oh, I'm sorry.  She's

21   assisting him.

22           Your Honor, I would move to excuse 0434.  I'm

23   troubled by the fact that she has a perception that's a

24   white supremacist organization just based on what little

25   that she knows.  And even when I asked her if objective

1    facts tended to suggest that that wasn't true, she still

2    couldn't get away from it.  You know, you don't have to be

3    white to be a white supremacist or you can be black and be a

4    white supremacist.  I'm not sure that's a mindset that we're

5    comfortable with because that's clearly a perception.  But

6    I think the object of evidence is that that's not any part

7    of the organization.

8            MR. PEED:  I would just join in, Your Honor.

9            What troubled me is just her personal perceptions

10   of the crowd and the various motives, how it looked

11   different than a protest.  That personal knowledge kind of

12   makes her a fact witness in a sense.  That's sort of what

13   concerned me.  So I'll join the motion, Your Honor.

14           THE COURT:  Okay.

15           Look, I think I will strike her for cause.

16   I mean, she's -- and I understand, Mr. Edwards, that she has

17   said what she's said, but I mean, there were a number of

18   points at which I have concerns not only about her sort of

19   impressions of the organization but also sentiments and

20   feelings that she has about the events of that day, the fact

21   that she, more than the average juror, seems to have read a

22   fair amount about the organization even in its inception and

23   prior to the events of January 6th, and I think the

24   combination of these three things justifies a for-cause

25   strike.

 1              Juror 0264 is our next juror because we had one

 2    yesterday and two did not show up this morning.

 3              COURTROOM DEPUTY:  Your Honor, this is Juror No.

 4    0264.

 5              THE COURT:  Hi, sir, how are you?

 6              PROSPECTIVE JUROR:  Good.

 7              THE COURT:  Feel free to remove your mask if

 8    you're comfortable doing so.

 9              You are Juror 0264?

10              PROSPECTIVE JUROR:  Correct.

11              THE COURT:  All right.

12              I'm going to ask you, your juror questionnaire is

13    in front of you, and I'm going to ask you to just open that

14    up to what's at the bottom of page 11 there and go to

15    Question 49.

16              Question 49 asked -- I'm sorry -- yes, Question 49

17    asked whether you've read, seen, or heard anything about the

18    Oath Keepers organization, and your answer was no; is that

19    right?

20              PROSPECTIVE JUROR:  That was correct.

21              THE COURT:  Okay.

22              And is that answer the same today as it was when

23    you completed your questionnaire?

24              PROSPECTIVE JUROR:  I've definitely seen headlines

25    but not -- nothing in depth.

1          THE COURT:  So can you tell us what the -- what of
2    the headlines you recall?
3          PROSPECTIVE JUROR:  I believe someone from the
4    Oath Keepers was recently sentenced and then something about
5    their family had issues with him.
6          THE COURT:  Okay.
7          And do you recognize the name Stewart Rhodes?
8          PROSPECTIVE JUROR:  No.
9          THE COURT:  Or Kelly Meggs or Jessica Watkins?
10         PROSPECTIVE JUROR:  No.
11         THE COURT:  Does the fact that you've seen this
12   headline, how do you think that would affect you as a juror
13   in this case in which these men are accused of being members
14   of the Oath Keepers?
15         PROSPECTIVE JUROR:  I think I could keep the two
16   independent.
17         THE COURT:  Do you have any reservations or doubt
18   in your mind that you'd be able to set aside those headlines
19   that you saw and judge these folks fairly and impartially
20   based only on the evidence in this case?
21         PROSPECTIVE JUROR:  No, I don't think so.
22         THE COURT:  Okay.
23         If you would just turn to the prior page.
24   Question 39, I guess, let me assure you, Tim Duncan will not
25   be testifying in this case, at least the NBA Tim Duncan will

 1  not be, I don't have any reason to think he'll be here.

 2          Questions 41 through 43 were questions designed to

 3  get a sense of how much news coverage and video you've been

 4  exposed to the events of January 6th.  Can you give us a

 5  sense of how much news and video you've consumed of the

 6  events of that day?

 7          PROSPECTIVE JUROR:  Yes, it's definitely as things

 8  were going on, it was, you know, I had the news on in my

 9  house that day.

10          I don't know.  You know, it was going on in the

11  city so I was watching it, talking with friends.

12          Since then, I'm sure in the months following,

13  you know, I was reading a little bit about it, what was

14  going on, who was involved from like a political standpoint.

15          And then after a few months, you know, would just

16  kind of see headlines as they popped up, would occasionally

17  click in but didn't really do too much deep diving into it.

18          THE COURT:  Would you consider yourself somebody

19  who sort of actively seeks out the news about that day?

20          PROSPECTIVE JUROR:  No, not particularly.

21          THE COURT:  In Question 44, you indicated that you

22  do follow somebody on social media who regularly reports or

23  comment on the events of that day.

24          PROSPECTIVE JUROR:  Yeah, I guess I do have --

25  well, I don't know about regular reports.  I definitely have

```
 1    seen people I follow mention it.
 2              I don't know about regular reports.  I guess that
 3    was maybe a bit strong.  But I've seen people that have
 4    commented on it since then.
 5              THE COURT:  Okay.
 6              So can I ask you this.  You know, it's not
 7    surprising that people would come into the courtroom having
 8    read something about or having watched, perhaps, the events
 9    of that day.  Do you think you would be able to set all of
10    that aside and focus only on the evidence in this case?
11              PROSPECTIVE JUROR:  I think so.
12              THE COURT:  Okay.
13              Any doubt in your mind that you would be able to
14    assess the evidence fairly and impartially as it relates to
15    these defendants?
16              PROSPECTIVE JUROR:  Sorry, can you repeat that?
17              THE COURT:  Any question in your mind as to
18    whether you would be able to fairly and impartially evaluate
19    the evidence as to these defendants?
20              PROSPECTIVE JUROR:  No, I don't think so.
21              THE COURT:  Question 47 indicated -- you indicated
22    that you've either read or listened to events relating to
23    the January 6th Committee.  Can you tell us whether you've
24    watched those hearings, read about them?  How much exposure
25    have you had to the hearings?
```

1          PROSPECTIVE JUROR:  Not heaps.

2          Definitely saw things as they were coming out.

3          I don't even know when this was.  This would have

4    been in -- I feel like it was just around as I was coming in

5    for this, the questionnaire.

6          THE COURT:  Do you recall whether anything related

7    to the Oath Keepers was discussed in connection with the

8    events -- sorry, in connection with the January 6th

9    Committee?

10          PROSPECTIVE JUROR:  No, I don't recall that.

11          THE COURT:  Okay.

12          If you would just please turn to page 7.  Page 7

13    asked whether -- on page, excuse me, Question 20 asked

14    whether you or a close friend or family member in the last

15    five years has attended a rally, protest, or demonstration

16    or march.  Can you tell us about that.

17          PROSPECTIVE JUROR:  Yes.

18          I was definitely at some Black Lives Matter

19    marches here in D.C.

20          And I think that would be the only one that would

21    qualify.

22          THE COURT:  Okay.

23          So let me ask you this.  If you were to learn

24    during the course of this trial that the defendants in this

25    case had political views that were different than yours, how

```
 1    do you think that would affect your ability to sit fairly

 2    and impartially?

 3              PROSPECTIVE JUROR:  I think I could keep them

 4    independent.

 5              THE COURT:  And specifically if you were to learn

 6    that the defendants might have a different view of the

 7    Black Lives Matter movement than you may have, how do you

 8    think that would affect you?

 9              PROSPECTIVE JUROR:  I think I could keep those

10    independent.

11              THE COURT:  Okay.

12              Do you have general impressions or views about

13    individuals who may have supported the former President?

14              PROSPECTIVE JUROR:  It's definitely case by case.

15    I would say I don't have, you know, tons of those people in

16    my day-to-day life.

17              But, you know, when I do, it's typically okay and

18    it's not an issue for me.

19              THE COURT:  Okay.

20              I'd ask you, please, to turn to page 11.  We asked

21    you in Question 56 whether you or a close friend or family

22    members has ever applied for or works for a law enforcement

23    agency.

24              PROSPECTIVE JUROR:  Oh, you know what?  I may not

25    have seen law enforcement agency.
```

```
 1              I think I just misunderstood that as local, state,
 2    or federal agency.
 3              THE COURT:  Okay.
 4              So no one in your family or close friends who
 5    works for law enforcement?
 6              PROSPECTIVE JUROR:  No.
 7              THE COURT:  Question 59 asked whether you, a close
 8    friend or family member has ever been the victim of a crime.
 9              PROSPECTIVE JUROR:  Yes.
10              THE COURT:  Can you tell us about that?
11              PROSPECTIVE JUROR:  I do have a question.
12    I guess, what defines close friend?
13              THE COURT:  Yeah, I noticed you asked that
14    question at the end.
15              Look, these are -- I'm not sure I have a firm
16    definition, but it is people who you would consider sort of
17    intimately close with, not people who you may see
18    irregularly or, you know, just may communicate with
19    occasionally online; but these would be people that you
20    would consider among the closer friends in your life.
21              PROSPECTIVE JUROR:  Got you.
22              I would say I was, from college, which was a while
23    ago, there was someone who was a poor victim of a sexual
24    assault.  I am no longer in contact with that person, that
25    would be about it.
```

1          THE COURT:  Were you a witness to or were you

2   involved in that case in any way?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  In Question 61, you've indicated

5   whether you or a close friend or family member has ever

6   testified as a witness in a court proceeding.  Can you tell

7   us about that.

8          PROSPECTIVE JUROR:  Yeah, my father, for his work,

9   he would investigate pharmacies and would sometimes have to

10  testify.

11         THE COURT:  Okay.  When you say he used to

12  investigate pharmacies, what do you mean?

13         PROSPECTIVE JUROR:  He worked for the state

14  government and that was part of his job, to investigate them

15  if they had things reported against them, and he would go

16  see what the issue was and then sometimes he would go to

17  court.

18         THE COURT:  Okay.

19         Anything about your dad's experiences or your

20  friend's experience in college that might cause you to think

21  you would have difficulty as a juror in this case or trouble

22  sitting as a juror in this case?

23         PROSPECTIVE JUROR:  No.

24         THE COURT:  Do you need a moment?  I'm sorry, did

25  you hear my question?

```
 1              PROSPECTIVE JUROR:  I thought I answered it with
 2   no.
 3              THE COURT:  Okay.  I'm sorry.  If you did,
 4   I didn't hear you.  Sorry about that.  That was just a long
 5   pause and maybe I missed your answer.  I'm sorry about that.
 6              Any follow-up, Mr. Edwards?
 7              MR. EDWARDS:  No, Your Honor.  Thank you.
 8              THE COURT:  Anything from the defense?
 9              MS. HALIM:  Yes, please.
10              Good afternoon, sir.
11              You mentioned that you participated in some of the
12   Black Lives Matter marches.  Was that in the summer of 2020?
13              PROSPECTIVE JUROR:  Yes.
14              MS. HALIM:  Yes.
15              Sorry, I didn't mean to out off.
16              PROSPECTIVE JUROR:  Yep.
17              MS. HALIM:  Your experience with that, did you
18   notice any differences with the rallies, protests that took
19   place on January 6th?
20              PROSPECTIVE JUROR:  Yes, there were differences.
21              MS. HALIM:  Could you describe some of what the
22   differences were that you perceived?
23              PROSPECTIVE JUROR:  Well, there were a lot -- it
24   seemed like a lot fewer numbers on January 6th.  It seemed
25   to just be, from what I could tell, I think January 6th just
```

 1    took place in just Washington, D.C. and not across the

 2    entire country.

 3            From what I saw in the summer of 2020, you know,

 4    we marched through the city, and I believe it was a few

 5    days.  I just participated in one day and then a few hours

 6    and then went home.  Does that answer the question?

 7            MS. HALIM:  That does.  Thank you.  I do

 8    appreciate that.  Thank you very much.

 9            PROSPECTIVE JUROR:  Okay.

10            MR. SHIPLEY:  Sir, if you were to hear evidence in

11    this case that individuals associated with these defendants

12    had communicated back and forth by text message or other

13    ways of transmitting communications, that they were

14    anticipating violent clashes with Antifa or BLM supporters

15    or even hunting Antifa or BLM supporters, having been a BLM

16    marcher, would you think that they're referring to someone

17    like you, that you will have been in that class that they

18    would have been coming after?

19            PROSPECTIVE JUROR:  Sorry, can you repeat that?

20            Are you asking if I would have gone after these?

21            MR. SHIPLEY:  I'm really trying to get at how you

22    would react to seeing that evidence, that people -- I'm not

23    saying any of these defendants, but maybe people associated

24    with these defendants communicated those kind of messages,

25    that they were going to be looking for BLM or Antifa

1    supporters for the purposes of having violent

2    confrontations.

3           PROSPECTIVE JUROR:  Yeah.

4           MR. SHIPLEY:  Would you react to that in a way

5    that you would think they're talking about coming after

6    somebody like me?

7           PROSPECTIVE JUROR:  I would think, you know, they

8    could be going after someone in an unprovoked manner.

9           I wouldn't personally feel like they would be

10   targeting me.

11          MR. SHIPLEY:  But you had participated in marches

12   on behalf of those causes, right?

13          PROSPECTIVE JUROR:  Correct.

14          MR. SHIPLEY:  Okay.

15          And you could set that aside and say, I can

16   evaluate these messages for what they are or what they are

17   not, it might just be hyperbole, it might just be people,

18   you know, talking stuff.

19          THE COURT:  Mr. Shipley.

20          MR. SHIPLEY:  For lack of a better description and

21   not feel like that you were sort of, in a descriptive sense,

22   part of the intended victim class.

23          THE COURT:  Mr. Shipley, I think he's answered

24   that question.

25          MR. SHIPLEY:  I'm sorry.

```
1              THE COURT:  I think he's answered that question
2   already.
3              MR. SHIPLEY:  Okay.
4              THE COURT:  All right.
5              MR. PEED:  Have you heard the word Antifa?
6   Do you have any thoughts about Antifa now that it's come up?
7              PROSPECTIVE JUROR:  Have I heard the word Antifa?
8   Do I have any thoughts about it?
9              MR. PEED:  Do you have any impressions or just
10  word associations with Antifa?
11             PROSPECTIVE JUROR:  No.  I mean, I believe that a
12  regime from anti-Fascists -- no, no strong thoughts on it or
13  impressions.
14             MR. PEED:  Did you have any perspectives on the
15  protests that were going on in December of 2020, you know,
16  there were some property destruction but also lots of
17  marching.  Do you have any thoughts about protests in
18  general that were happening then similarly?
19             PROSPECTIVE JUROR:  Yeah, I saw, you know, some of
20  that, I would say where I was, you know, I didn't see
21  significant, you know, property damage.  So I guess that was
22  my thought on that, yeah, where was -- I didn't see it --
23  yeah, I certainly didn't see it as much as -- it's, you
24  know, as much as I -- you know, I saw it on the news, I
25  thought it would be a little more common in D.C. and
```

1    I didn't really see it in D.C. too much.

2              THE COURT:  All right, sir, thank you very much.

3    Mr. Douyon will show you out of the courtroom and provide

4    additional instructions.  Thank you.

5              Hi.  How are you?

6              PROSPECTIVE JUROR:  Good.  How are you?

7              THE COURT:  I'm good, thank you.  You're Juror

8    1468; is that right?

9              PROSPECTIVE JUROR:  Yes.

10             THE COURT:  Feel remove to your mask if you are

11   comfortable doing so.

12             PROSPECTIVE JUROR:  Yeah.

13             THE COURT:  Your jury questionnaire is in front

14   you.

15             And so I'll ask you to first please turn to what's

16   labeled as page 7 and Question 19.

17             PROSPECTIVE JUROR:  No. 19.

18             THE COURT:  And Question 19 asked whether you have

19   such strong feelings about firearms or the laws concerning

20   firearms that would make it difficult for you to be a fair

21   and impartial juror.

22             And you answered that yes.

23             Can you tell us why?

24             PROSPECTIVE JUROR:  I mean, I guess it's one of

25   those things where this question, being very black and white

```
 1    yes and no, kind of made it a little bit hard.  It's just --
 2    I feel like where we are right now, there is a lot of gun
 3    violence that's been happening so it's kind of hard to say
 4    that, like, I'm super pro firearms.  Like I feel like there
 5    should be reasonable regulation around that.
 6              THE COURT:  Okay.
 7              PROSPECTIVE JUROR:  I don't know if that's --
 8              THE COURT:  No, that's helpful --
 9              PROSPECTIVE JUROR:  Okay.
10              THE COURT:  -- in understanding your response.
11              So there will be evidence of firearm possession in
12    this case.  None of the defendants, however, are charged
13    individually with illegally possessing a firearm.  And
14    there's no evidence of firearms being used against another
15    individual in this case.
16              PROSPECTIVE JUROR:  Okay.
17              THE COURT:  Do you think that you would -- that
18    your sort of views about regulations --
19              PROSPECTIVE JUROR:  Right, right, because it all
20    seems to be, like, above board.  It's not like anyone had
21    anything that they had absconded, like, illegally.  Then
22    that feels like that's within -- I am okay with that.
23              THE COURT:  Okay.
24              So the fact, for example, there are likely to be
25    firearms shown to the jury as evidence, would that give you
```

1    any difficulty?

2              PROSPECTIVE JUROR:  No, like, I mean, I've shot a

3    gun before.  It's not like I'm fully repulsed by them.

4    I just think common sense gun law is kind of where I stand

5    in regards to that.

6              THE COURT:  Okay.  Fair enough.

7              Just right above there, Question 18, you indicated

8    that you or a close friend or family member served in the

9    Armed Forces.  Can you tell us about that.

10             PROSPECTIVE JUROR:  How close is close?  I've

11   never had a family member that has served.  I have had like

12   friends that have done ROTC like in college growing up.

13             That's where I was going to say, like nobody that

14   I can think of point-blank right now that is currently in

15   the Armed Forces, like my best friend from middle school who

16   I keep in touch with once every couple of years is, I think,

17   in the Air Force.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR:  But outside of, I feel like

20   most people kind of have some vague tie to that.

21             THE COURT:  Okay.  That's helpful.  Thank you.

22             If you'd turn to page 11, please, Question 49.

23             Question 49 asked whether you've read, seen, or

24   heard anything about the Oath Keepers organization and you

25   answered that question "no."

1              So is it fair and accurate that you've not heard
2     anything about the Oath Keepers?
3              PROSPECTIVE JUROR:  I honestly couldn't tell you
4     them from any other organization that's kind of in that
5     realm.
6              THE COURT:  When you say that realm, what do you
7     mean?
8              PROSPECTIVE JUROR:  Just, I feel like I don't know
9     what the Oath Keepers are, like, I guess I know there is a
10    lot of groups politically that are kind of smaller names and
11    they might have names like Oath Keepers or, I don't know,
12    other derivatives of that.
13             THE COURT:  Do you have any sense of where they
14    fall on the ideological spectrum or what their mission is,
15    what they stand for?
16             PROSPECTIVE JUROR:  I would assume right-leaning
17    but I don't fully know.
18             THE COURT:  Okay.
19             And that's an assumption based on what?
20             PROSPECTIVE JUROR:  Just I feel like based on the
21    fact that this is a January 6th case, I would just kind of
22    assume that's kind of where it falls.
23             THE COURT:  Okay.  But anything more than that?
24             PROSPECTIVE JUROR:  Huh-uh.
25             THE COURT:  All right.

1          And has your answer to that question changed since

2    you completed the questionnaire?

3          PROSPECTIVE JUROR:  No, still honestly clueless

4    about what that is.

5          THE COURT:  And Question 51 asked whether you

6    recognized or know any of these names, have read about these

7    folks, Stewart Rhodes, Kelly Meggs, Jessica Watkins, et

8    cetera.  You answered no when you completed the

9    questionnaire.  Is that still true today?

10         PROSPECTIVE JUROR:  That is still true.

11         THE COURT:  I'll just ask you, on page 10,

12   Questions 41, 42, and 43, these were questions designed to

13   get a sense of how much news and video you've seen about the

14   events of January the 6th.

15         PROSPECTIVE JUROR:  Uh-huh.

16         THE COURT:  Can you just give us a general sense

17   of how much news you've consumed about the events of that

18   day.

19         PROSPECTIVE JUROR:  Honestly, not much recently.

20   I feel like it was closer to the events and I think that's

21   kind of a factor of living in D.C., it was -- unless you

22   were actively avoiding it, you really couldn't fully censor

23   out all the coverage.  It was kind of everywhere all at

24   once.

25         THE COURT:  Sure.

1          So as a juror we would ask you to put aside
2    whatever you've seen, read about the events of that day and
3    focus only on the evidence that's presented here.  Do you
4    think you would have any trouble doing that?
5          PROSPECTIVE JUROR:  No, I don't think so.
6          THE COURT:  Question 55 asks whether you, a close
7    friend or family members ever worked in the legal field.
8          PROSPECTIVE JUROR:  Yes.
9          THE COURT:  Can you tell us that?
10         PROSPECTIVE JUROR:  I know one of my friends who
11   was like in my pod during, like, the deep of the pandemic is
12   an attorney in Maryland.  I don't remember what the word is,
13   but I know he works for like the Maryland courts.
14         THE COURT:  Okay.
15         Do you know what kind of work your friend does?
16         PROSPECTIVE JUROR:  Not well enough to really be
17   able to tell you.
18         THE COURT:  Okay.
19         PROSPECTIVE JUROR:  I know he works -- a Public
20   Defender, that's the word.  He's a Public Defender.
21         THE COURT:  Okay.
22         And have you talked to him about the kind of work
23   he does?
24         PROSPECTIVE JUROR:  Not really, not in depth,
25   because I don't think he's really allowed to talk about it

1  much.

2          THE COURT:  All right.

3          The fact that you have a friend who's a Public

4  Defender, there are obviously defense lawyers here, does

5  that give you any pause in whether you would have

6  difficulty, being fair to one side or the other.

7          PROSPECTIVE JUROR:  I don't understand the

8  legalese well enough, fortunately or unfortunately, for it

9  to impact me really, I don't think.

10          THE COURT:  Okay.

11          All right.  Mr. Edwards.

12          MR. EDWARDS:  Yes.

13          Good morning, how are you?

14          PROSPECTIVE JUROR:  Great.  How are you?

15          MR. EDWARDS:  Good.

16          Can you describe briefly -- I see you're a bio

17  statistician.

18          PROSPECTIVE JUROR:  Yes.

19          MR. EDWARDS:  Can you describe to me what you do.

20          PROSPECTIVE JUROR:  Yes.

21          So I am a public health data analyst.  So I work

22  with data.  Right now I work for a pediatric HIV nonprofit,

23  so it's basically we kind of do like health surveillance,

24  trying to prevent mother-to-child transmission, so I'm a

25  numbers girl.

1           MR. EDWARDS:  How long have you been doing that?

2           PROSPECTIVE JUROR:  I finished grad school in

3    2014.  So what's the math on that?  Eight years?

4           MR. EDWARDS:  Okay.  Appreciate it.  Thank you.

5           PROSPECTIVE JUROR:  Yeah.

6           MS. HALIM:  Hi.  Good afternoon.

7           PROSPECTIVE JUROR:  Hi.

8           MS. HALIM:  Actually I have a couple questions.

9    It's on page 7.

10           PROSPECTIVE JUROR:  Sure.

11           MS. HALIM:  And I'll start with Question 20.

12           I believe you had indicated you or someone you

13    know has attended a rally, protest or demonstration.  Could

14    you tell us about that a little if you don't mind.

15           PROSPECTIVE JUROR:  Yeah, so I participated in

16    some Black Lives Matter protests.  I have attended the

17    Women's March twice with my mom.

18           Those are the only two that really come to mind,

19    I want to say.

20           Yeah, I think that's about it, maybe one or two

21    Black Lives Matter protests and one or two Women's Marches.

22           MS. HALIM:  Great.

23           And then Question 24 also.  You indicated, it

24    looks like you had concern for the safety of someone on

25    January 6th.

1              PROSPECTIVE JUROR:  It was more -- so I live

2    within half a mile of the White House, so it was more

3    because I know the city was kind of locked down, there were

4    a lot of things going on and it was kind of ambiguous about

5    what was going on within the city, that it was just like, I

6    live alone, it was kind of like weird to be so close to the

7    action as it was happening, not really knowing what was

8    going on.  Like obviously it didn't spread any further than

9    just it appears to be the Capitol steps, so that was

10   reassuring.  But like, again, with that ambiguity as the

11   news was coming up and saying, there is something going on,

12   we don't know what's happening, it was just kind of spooky.

13              MS. HALIM:  Spooky.

14              Would you say that spooky feeling, can you give an

15   estimate of how long that lasted, hours, days, weeks?

16              PROSPECTIVE JUROR:  I feel like it was just kind

17   of the day of, because I feel like everything kind of

18   simmered out relatively fast.  So, yeah.

19              MS. HALIM:  That's helpful.  Thank you so much.

20              PROSPECTIVE JUROR:  Yeah, of course.

21              THE COURT:  All right.  Thank you, ma'am.

22   Mr. Douyon will show you out of the courtroom.  I appreciate

23   it.  Thank you.

24              PROSPECTIVE JUROR:  Cool.  Thank you.

25              COURTROOM DEPUTY:  Your Honor, this is Juror No.

1   2498.

2           THE COURT:  Hi, ma'am, how are you?

3           PROSPECTIVE JUROR:  I'm fine.  How are you?

4           THE COURT:  I'm fine.  Thank you.

5           PROSPECTIVE JUROR:  I have a little anxiety coming

6   back in the court buildings.

7           THE COURT:  So you're --

8           PROSPECTIVE JUROR:  A whole a lot of anxiety.

9           THE COURT:  That's all right.  I understand.

10          You're Juror 2498.

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  And you can remove your mask if you

13  wish.

14          PROSPECTIVE JUROR:  Okay.  Thank you.

15          THE COURT:  Your juror questionnaire is in front

16  of you, and I'll ask you just if you would please turn to

17  page 6, what's page 6, Question 12.  You've told us about

18  something that's happened to you in your past.

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  I'm terribly sorry to hear about that.

21          PROSPECTIVE JUROR:  Thank you.

22          THE COURT:  Let me ask you.  And later on in the

23  questionnaire you suggested that your prior victimhood could

24  affect or would affect your ability to serve.  Can you tell

25  us about that.

```
 1                    PROSPECTIVE JUROR:  Okay.  It was my ex -- oh,
 2    God, just coming back.
 3                    THE COURT:  That's okay, ma'am.  That's all right.
 4    We don't need to know any more than that.  That's fine.
 5                    Any object, counsel?
 6                    MR. EDWARDS:  No, Your Honor.
 7                    THE COURT:  Ma'am, do not worry, we understand.
 8    Thank you for your coming in.  If you need a minute, please
 9    take it.  Would you like --
10                    PROSPECTIVE JUROR:  Please give me a minute.
11                    THE COURT:  Would you like a tissue?
12                    It's all right.  Take your time.  Do you want me
13    to get you some water.
14                    PROSPECTIVE JUROR:  It's my anxiety of being back
15    in here.
16                    THE COURT:  It's okay.  Take your time.
17                    It's all right.  Just take a deep breath.
18                    PROSPECTIVE JUROR:  I still have the scar.
19                    THE COURT:  Thank you very much for coming in.  We
20    appreciate your service.  Mr. Douyon will show you out of
21    the courtroom.  Thank you.
22                    PROSPECTIVE JUROR:  Okay.  Thank you.  Do you keep
23    this, because I don't even want to see it.
24                    THE COURT:  Ms. Halim, I assure you that my
25    repeated missing of question 24 being answered affirmative
```

1    is not purposeful.

2              MS. HALIM:  I'll take you at your word, Judge.

3              COURTROOM DEPUTY:  Your Honor, this is Juror No.

4    0092.

5              THE COURT:  Hi, ma'am, how are you?

6              PROSPECTIVE JUROR:  Fine, thank you.

7              THE COURT:  Welcome.

8              You're Juror 0092; is that right?

9              PROSPECTIVE JUROR:  That is correct.

10             THE COURT:  Feel free to remove your mask if you

11    are comfortable doing so.

12             Your juror questionnaire is in front of you and

13    I'll ask you first to please turn to page 11 and direct you

14    to Question 49.

15             Question 49 asked, have you read, seen or heard

16    anything about the Oath Keepers organization.  Can you tell

17    us what you have read, seen, or heard.

18             PROSPECTIVE JUROR:  I know the name.  I have not

19    read anything in particular, but I'm aware of the name.

20             THE COURT:  Beyond awareness of the name,

21    do you have any understanding of the ideology, the mission,

22    the purpose of the organization?

23             PROSPECTIVE JUROR:  Other than questioning and

24    potentially trying to overthrow the government, nothing

25    else.

```
1              THE COURT:  Okay.

2          And when you say questioning and overthrowing the

3   government, that's based upon what?

4              PROSPECTIVE JUROR:  That would be based upon the

5   limited information I have seen and the context in which

6   I have seen it.

7              THE COURT:  Okay.

8          And in what context have you seen it?  I take it

9   through the media?

10             PROSPECTIVE JUROR:  Through media, news stories

11  about the January 6th event, certain groups being named as

12  being involved with that event and Oath Keepers would be one

13  that I would recognize as being involved with the events on

14  January 6th.

15             THE COURT:  Okay.

16         And so not everything that's in the media is

17  necessarily accurate, and so I would ask you whether you

18  would be open to hearing evidence that may differ than

19  what -- that is different than the characterization of what

20  you heard in the media.

21             PROSPECTIVE JUROR:  Absolutely yes.

22             THE COURT:  Do you think you would have any

23  difficulty putting aside what you've heard or what you think

24  about this organization and evaluating the evidence only as

25  to these defendants?
```

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  You would not have any difficulty

 3    doing that?

 4              PROSPECTIVE JUROR:  I don't believe so, no, I

 5    don't believe so.

 6              THE COURT:  Okay.

 7              Since you completed the questionnaire, have you

 8    learned anything else about the organization?

 9              PROSPECTIVE JUROR:  No, I have not.

10              THE COURT:  And in Question 51, we asked you

11    whether you've read, seen, or heard anything about

12    Stewart Rhodes, Kelly Meggs, Jessica Watkins, and you

13    answered no.  Is the answer to that question still no?

14              PROSPECTIVE JUROR:  That has changed with recent

15    events.

16              THE COURT:  All right.  Can you tell me what more

17    you have learned or what you have learned?

18              PROSPECTIVE JUROR:  I have seen headlines and a

19    news article about the recent guilty verdict that occurred,

20    I guess, a week or so ago.

21              THE COURT:  Okay.

22              Do you know what -- other than the fact of a

23    guilty verdict, do you know anything more than that?  For

24    example, what the guilty verdicts involved?

25              PROSPECTIVE JUROR:  Aside from the charges that
```

```
 1    would have been kind of in headlines, no, not the actual

 2    activity.

 3              THE COURT:  Okay.

 4              PROSPECTIVE JUROR:  But I mean, I guess I would

 5    say whatever you have seen in media headlines, I've

 6    definitely seen a number of media headlines related to that

 7    name and the guilty verdict.

 8              THE COURT:  Okay.

 9              And can you recall what the name of the charge or

10    the offense was as to which there was a guilty verdict based

11    on your headline?

12              PROSPECTIVE JUROR:  I believe it's seditious

13    treason.

14              THE COURT:  Okay.

15              So these defendants -- let me put it differently.

16              This is a different trial with different

17    defendants and perhaps some different evidence.  Do you

18    think you could set aside what you've read, the headlines

19    about somebody else, and evaluate the evidence that's only

20    presented against these defendants and judge them based upon

21    the evidence that's presented?

22              PROSPECTIVE JUROR:  Yes, yes.  If what you're

23    saying is these defendants are not related to the charges

24    that were brought against in the guilty verdict that

25    happened a few weeks ago, yes, I believe I could consider
```

1    evidence for people separately.

2             THE COURT:  So to be 100 percent clear, can you

3    just tell me which names you remember from seeing the

4    headlines?

5             PROSPECTIVE JUROR:  Stewart Rhodes.  I mean, that

6    was the main name.

7             THE COURT:  So Mr. Rhodes' name is going to be

8    members a fair amount during this trial.  You will see

9    evidence about Mr. Rhodes, you will see statements

10   Mr. Rhodes made.

11            Every defendant has the right to have a jury judge

12   their guilt or innocence based upon the evidence that

13   relates to them and that's presented against them.

14            Do you think you could put out of your mind and

15   differentiate between Mr. Rhodes and these defendants based

16   upon the evidence presented in this trial?

17            PROSPECTIVE JUROR:  Yes, yes, I do.

18            THE COURT:  Any doubt in your mind that you would

19   be able to do that?

20            PROSPECTIVE JUROR:  No doubt.

21            THE COURT:  On the prior page, on page 10,

22   Question 39 asked whether you recognize any of the

23   individuals who were listed on the list of names that was

24   presented to you and you identified Harry Dunn.

25            PROSPECTIVE JUROR:  Correct.

1          THE COURT:  Can you tell us what you know about
2    Harry Dunn?
3          PROSPECTIVE JUROR:  Again, it's going to be media
4    coverage of him.  He did get a lot of media coverage being a
5    Capitol Police officer and his activities on that day.  So
6    that was the only name, as I indicated, that I recognized
7    from the list from that kind of coverage.
8          THE COURT:  Do you recall what -- either what he
9    has said to the media or what his involvement was on the
10   events of that day?
11         PROSPECTIVE JUROR:  I don't know what he has said
12   to the media.  I believe his involvements on that day was to
13   try to protect the safety of people in the Capitol.
14         THE COURT:  Okay.
15         Anything more than that?  Do you have any other
16   sense of what other -- are you aware of any other details of
17   what his involvement was, what his role was, what he did on
18   that day?
19         PROSPECTIVE JUROR:  I believe he led people away
20   from areas of the Capitol where members of Congress were.
21         THE COURT:  Okay.
22         So you may hear testimony about and maybe even
23   from Officer Dunn in this case.  Do you think,
24   notwithstanding having heard something about him, that you
25   could evaluate his testimony as you would any other witness?

```
 1              PROSPECTIVE JUROR:  Absolutely, yes.
 2              THE COURT:  And if there was evidence presented
 3    that you thought contradicted Officer Dunn's testimony, do
 4    you think you would have any difficulty finding him not to
 5    be credible?
 6              PROSPECTIVE JUROR:  Sure.
 7              THE COURT:  And if that evidence, perhaps, was
 8    different than what you've just told us, would you be open
 9    to hearing such evidence?
10              PROSPECTIVE JUROR:  I would be, uh-huh.
11              THE COURT:  You've indicated that you've watched
12    videos, consumed news about the events of that day.  Same
13    question I just asked you about Officer Dunn.  To the extent
14    that you have read things, seen things about the events of
15    January 6th, as a juror your job would be to set all that
16    aside and focus only on the evidence that's presented in
17    this case and be fair and impartial to these defendants.  Do
18    you think you could do that?
19              PROSPECTIVE JUROR:  I do think I could do that.
20              THE COURT:  Do you think you would have any
21    difficulty doing that?
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  I'll ask you, please, to turn back to
24    page 7.
25              Question 16 asked whether you or a close friend or
```

1    family member has ever been employed by the Federal

2    Government.  Can you tell us who among your close family and

3    friends and yourself who's employed by the Federal

4    Government?

5                PROSPECTIVE JUROR:  I am, as well as a number of

6    friends.

7                THE COURT:  Okay.

8                So one of the charges in this case is that these

9    defendants acted or intended to resist the authority of the

10   government of the United States.  Do you think your

11   employment with the government of the United States and that

12   you know people who are employed by the government of the

13   United States, how, if at all, would that affect your

14   ability to be fair and impartial?

15               PROSPECTIVE JUROR:  I don't think it would affect

16   my ability to be fair and impartial.  No, I don't.

17               THE COURT:  You do not?  Are you confident of

18   that?

19               PROSPECTIVE JUROR:  I feel confident in that.

20               It's hard to imagine every possible scenario that

21   would be brought in front of me where I would have to

22   separate that, but I believe I'm able to be fair and

23   impartial.

24               THE COURT:  Okay.

25               In Question 18 you answered that you or a close

1   friend or family member has served in the Armed Forces

2   before.  Can you elaborate on that, please.

3            PROSPECTIVE JUROR:  That would be my father.  He

4   was in the Air Force a long time ago.

5            THE COURT:  Question 20 asks about close friends,

6   family members who've attended rallies or protests or

7   demonstrations, and yourself, if you have attended a rally

8   or demonstration.

9            PROSPECTIVE JUROR:  Past five years.

10           Yeah, I think that would be me.  In the past five

11   years.  I think I'd be referring to the fact that I went to

12   the Women's March, but I'm trying to now calculate if that

13   actually is five years.  But that's what I would have been

14   referring to.

15           THE COURT:  Okay.

16           If you were to come to learn that the defendants

17   in this case may have political views different than yours,

18   how would you react to that and what impact would it have on

19   your service as a juror?

20           PROSPECTIVE JUROR:  Different political views

21   would have no impact on my service.

22           THE COURT:  You've indicated that you've been on

23   the Capitol Grounds or inside the Capitol Building.  Can you

24   just describe that experience or experiences.

25           PROSPECTIVE JUROR:  I've lived in D.C. for many,

1     many years.  I've walked and run and visited those grounds

2     many, many times.  I have worked for a federal agency in

3     which I visited the Capitol very infrequently for meetings.

4     I don't have a position where I spend a lot of time in the

5     Capitol.

6                Mostly for pleasure reasons, honestly.

7                THE COURT:  So there will be video evidence in

8     this case of crowds at the Capitol on January 6th.  Do you

9     think you would have any difficulty viewing those videos?

10               PROSPECTIVE JUROR:  I could imagine them not being

11    pleasant, but I also think I'd be able to view them, yes.

12               THE COURT:  You've indicated in Question 26 that

13    you have served on a jury before, a criminal jury.  Would

14    you be able to set aside anything that you've learned

15    through that experience and follow my instructions?

16               PROSPECTIVE JUROR:  Yes, uh-huh.

17               THE COURT:  If you would please turn to page 12

18    and Question 59.

19               Question 59 asked whether you or a close friend or

20    family member has ever been the victim of a crime.  Can you

21    share with us why you answered that "yes."

22               PROSPECTIVE JUROR:  I can share about my own

23    experience.  I was physically assaulted in a Metro station

24    several years ago.

25               THE COURT:  I'm sorry that that happened to you.

```
 1                    PROSPECTIVE JUROR:  Thank you.
 2                    THE COURT:  Did you report that event to the
 3       police?
 4                    PROSPECTIVE JUROR:  Yes.
 5                    THE COURT:  And was anybody arrested?
 6                    PROSPECTIVE JUROR:  Someone was arrested, yes.
 7                    THE COURT:  And do you know whether the person was
 8       prosecuted and whether that person may have been convicted?
 9                    PROSPECTIVE JUROR:  He was not fit to stand trial.
10                    THE COURT:  Understood.
11                    Anything about that experience that would make it
12       difficult for you to serve in this case?
13                    PROSPECTIVE JUROR:  Not particularly.
14                    THE COURT:  All right.
15                    PROSPECTIVE JUROR:  No.
16                    THE COURT:  Anything about your experience with
17       the police that would make you think you could not be fair
18       and impartial?
19                    PROSPECTIVE JUROR:  No, huh-uh.
20                    THE COURT:  All right.  Any follow-up from the
21       government, Mr. Edwards?
22                    MR. EDWARDS:  No, Your Honor.  Thank you.
23                    THE COURT:  Anything from the defense.
24                    MS. HALIM:  Yes, Your Honor.
25                    Hi, good afternoon.
```

1          PROSPECTIVE JUROR:  Good afternoon.

2          MS. HALIM:  The government alleges that my client

3    conspired with Stewart Rhodes to commit seditious

4    conspiracy.  Knowing about Mr. Rhodes' guilty verdict, does

5    that have any impact on how you might view my client?

6          PROSPECTIVE JUROR:  No, it doesn't.

7          MS. HALIM:  Okay.  Thank you.  I appreciate that.

8          MR. SHIPLEY:  You said that as an economist for

9    the Bureau of Labor Statistics your work takes you to the

10   Hill.

11         PROSPECTIVE JUROR:  Once in a great while, yes.

12         MR. SHIPLEY:  Okay.  When you go there, are you

13   working with staffers or are you working with actually

14   members?

15         PROSPECTIVE JUROR:  Staffers.

16         MR. SHIPLEY:  Do you know any staffers that were

17   on the Hill on January 6th?

18         PROSPECTIVE JUROR:  Not that I know of.  I don't

19   know any staffers very well.

20         MR. SHIPLEY:  Okay.  So you haven't had any

21   occasion to discuss with anyone their personal experiences

22   who was actually on the Hill that day.

23         PROSPECTIVE JUROR:  No, I have not.

24         MR. SHIPLEY:  Okay.

25         MR. PEED:  This sounds like you're good at setting

1    aside things.  If you heard all the evidence and you've

2    reached your own conclusion that a defendant had done

3    something wrong but that the elements weren't met of the

4    charge, would you have any hesitation in acquitting the

5    defendant?

6            PROSPECTIVE JUROR:  No, no, I wouldn't.

7            MR. PEED:  Thank you.

8            THE COURT:  All right, ma'am, thank you.

9    Mr. Douyon will show you out of the courtroom and provide

10   you with additional instructions.

11           So, Counsel, we just have two more people for the

12   morning group and then we'll take lunch after that.

13           MR. SHIPLEY:  Your Honor, I'd move to excuse Juror

14   0092.

15           Right at the beginning he said --

16           THE COURT:  Hang on, JC.

17           MR. SHIPLEY:  In response to one of your

18   questions, I think her direct answer was, if it is a

19   different charge, she would be able to set aside

20   Stewart Rhodes' guilty verdict.  This is not a different

21   charge.  The evidence is going to be that this crime was the

22   same crime that she knows Stewart Rhodes has already been

23   convicted of.

24           THE COURT:  Sure, but she also answered my

25   question, the follow-up question which was, could she set

1    aside the fact that Mr. Rhodes has been convicted and view

2    the evidence against these defendant individually, she said

3    no problem with that.  Ms. Halim asked whether -- actually

4    was direct, and said my client is charged with conspiring

5    with Mr. Rhodes, how would that affect you.  She said it

6    would not.  So I'm not going strike her for cause based on

7    that alone.

8         MR. PEED:  Can I ask a question, Your Honor?

9    Because that makes sense to me.

10        I'm curious, is there going to be some kind of

11   instruction at some phase to not mention knowledge of

12   another any of the trials?

13        THE COURT:  To not what?

14        MR. PEED:  I believe her answer.  My concern would

15   be if she didn't know that she shouldn't bring that up at

16   some point in deliberations if it came up, if she said

17   Stewart Rhodes was convicted, by the way, then the problem

18   is we can't ask anyone else if they would be biased by

19   knowing about the conviction.  So I'm just raising to the

20   Court if there's no way to strike her.

21        THE COURT:  We could craft something if you think

22   it's appropriate.  I don't want to draw undue attention to

23   it.  But maybe there's some general language that you should

24   not discuss anything that you may have learned outside the

25   courtroom about events related to this case with any other

 1    jurors.  It could have an instruction like that at the very

 2    beginning.

 3              MR. PEED:  Okay.  Thank you.

 4              THE COURT:  Okay.  Let's bring our next juror in.

 5              COURTROOM DEPUTY:  Your Honor, Juror No. 1647.

 6              THE COURT:  Hi, ma'am, how are you?

 7              PROSPECTIVE JUROR:  Hello.

 8              THE COURT:  You are Juror 1647?

 9              PROSPECTIVE JUROR:  Yes.

10              THE COURT:  All right.  You can feel free to

11    remove your mask face if you are comfortable doing so.

12              Your juror questionnaire is in front of you there.

13              Let me just go first to Question 1 which asks

14    whether there would be hardship in serving as a juror.

15    You've indicated to us that you have weekly sessions that

16    are important to your health.  Can you tell us when

17    typically those sessions occur?

18              PROSPECTIVE JUROR:  They are Monday, Wednesdays,

19    and they are normally either 9:00 a.m., 10:00 a.m., or 11:00

20    a.m.

21              THE COURT:  Okay.

22              And are they the kind of sessions that if you were

23    selected to serve, your provider could do it, say, after

24    5:00, either in person or remotely?

25              PROSPECTIVE JUROR:  She's not able to do it at

1  5:00.

2         THE COURT:  She's not able to do it after 5:00.

3         PROSPECTIVE JUROR:  No.

4         THE COURT:  Okay.

5         What about before 9:00 a.m., or, say, as early as

6  7:30?

7         PROSPECTIVE JUROR:  The earliest is always 9:00

8  a.m.

9         THE COURT:  Okay.

10        PROSPECTIVE JUROR:  Uh-huh.

11        THE COURT:  All right.  Any objections, Counsel?

12        MR. SHIPLEY:  No, Your Honor.

13        MS. HALIM:  No objection.

14        MR. PEED:  No objection.

15        MR. WEINBERG:  No objection.

16        MR. EDWARDS:  I just wonder if they can be moved

17  to weekends, if that's a possibility?

18        PROSPECTIVE JUROR:  No.  She only does them Monday

19  through Friday.  She doesn't do weekends.  Because it's a

20  therapy session.

21        MR. EDWARDS:  Thank you.

22        PROSPECTIVE JUROR:  You're welcome.

23        THE COURT:  Ma'am, thank you.  Mr. Douyon will

24  show you out of the courtroom.

25        COURTROOM DEPUTY:  Your Honor, this is Juror No.

1   1657.

2          THE COURT:  Hi, how are you?

3          PROSPECTIVE JUROR:  Hi.

4          THE COURT:  You're Juror 1657?

5          PROSPECTIVE JUROR:  That's right.

6          THE COURT:  All right.

7          Feel free to remove your mask if you are

8   comfortable doing so.

9          PROSPECTIVE JUROR:  Thanks.

10         THE COURT:  Your juror questionnaire is in front

11  of you.  I'll ask you first to turn to page 11 and Question

12  49.

13         You indicated there, the question was asked, have

14  you read, seen, or heard anything about the Oath Keepers

15  organization, and you answered yes.  Can you tell us about

16  what you have read, seen, or heard?

17         PROSPECTIVE JUROR:  So I can't recall anything

18  specific.  I just heard that it existed and had a general

19  feeling that it was associated with this case so I felt like

20  I said to mark "yes."  But I can't recall any specific

21  details or information.

22         THE COURT:  Can you tell us what, if anything, you

23  believe you know about the organization's role on

24  January 6th?

25         PROSPECTIVE JUROR:  I know that they have been in

1    the news as an organization that was present and

2    represented.

3            THE COURT:  Okay?  Anything more than that.

4            PROSPECTIVE JUROR:  No.

5            THE COURT:  Any understanding of their ideology,

6    mission, political leanings?

7            PROSPECTIVE JUROR:  I feel like I could make

8    assumptions about that given their attendance at the event.

9            THE COURT:  Uh-huh.

10            PROSPECTIVE JUROR:  But, no, not that I --

11    I haven't read anything specifically about them.

12            THE COURT:  But nothing beyond that, it sounds

13    like.

14            PROSPECTIVE JUROR:  No.

15            THE COURT:  And you indicated "yes" at the time.

16    Have you learned any additional information since you

17    completed this questionnaire about the Oath Keepers?

18            PROSPECTIVE JUROR:  So I know that there was a

19    news headline recently about the organization, but I did

20    not, you know, following the instructions that I got,

21    I didn't read them.  So I know they were in the news but

22    I didn't read more.

23            THE COURT:  And do you know -- other than knowing

24    they were in the news, do you know for what reason?

25            PROSPECTIVE JUROR:  I believe about a court case

1    involving a member, but couldn't tell you who or what

2    happened at the outcome of that court case.

3            THE COURT:  Okay.

4            Do you know -- was the court case, do have any

5    further information or recollection about what those

6    headlines or news stories may have been about?

7            PROSPECTIVE JUROR:  No, a court case involving a

8    member of the organization, but, no, I can't remember.

9            THE COURT:  Would the fact that you've learned

10   that a member of the organization was involved in some court

11   case, could you set that fact aside and evaluate the

12   evidence as it's presented only against these defendants and

13   view them fairly and impartially?

14           PROSPECTIVE JUROR:  Yes.

15           THE COURT:  Would you hold the fact that you've

16   learned generally about some court case against another

17   defendant, do you think that would affect your evaluation of

18   the evidence against these defendants in any way?

19           PROSPECTIVE JUROR:  No.

20           THE COURT:  Question 51 asked whether you had

21   heard anything about Stewart Rhodes, Kelly Meggs,

22   Jessica Watkins, Kenneth Harrelson, or Tom Caldwell.  You

23   answered that "no."  Is the answer to that question "no"

24   still today?

25           PROSPECTIVE JUROR:  Yes.  Yes, the answer to that

1    is still "no."

2           THE COURT:  Question -- if you would just turn to

3    the prior page, Question 39 asked you whether you could

4    recognize any of the names that were on the list of

5    individuals.  Neither of the two people in which you've

6    identified them are going to be --

7           PROSPECTIVE JUROR:  I assume not but trying to be

8    honest.

9           THE COURT:  -- witnesses.  No, I appreciate it.

10           Question 41 through 43 tried to get at how much

11   news and video you've consumed about the events of that day.

12   Can you tell us, generally speaking, how much news and

13   videos you've consumed.

14           PROSPECTIVE JUROR:  So I mean, I'd really say not

15   a lot.  There was no in between, none, a lot, and some felt

16   like the right answer.

17           But I'd say at the time, I remember reading some

18   news about the day, I live in D.C.

19           But I would not say that I have followed the

20   events closely afterwards.

21           THE COURT:  Have you formed impressions or

22   opinions about people who participated in the events of that

23   day?

24           PROSPECTIVE JUROR:  Impressions or opinions.

25   I don't think so, no.

1                    THE COURT:  Okay.

2                    As a juror we would ask you to set aside whatever

3      you've read, seen about the events of that day and focus

4      only on the evidence that's presented in court.  Is that

5      something you think you could do?

6                    PROSPECTIVE JUROR:  Yes.

7                    THE COURT:  If I could ask you to please turn to

8      page 6 and 7.  You indicated in page 14 what your position

9      is with one of the agencies in the U.S. Government.  Are you

10     a political appointee?

11                   PROSPECTIVE JUROR:  No.

12                   THE COURT:  All right.

13                   So you will likely learn if you are a juror in

14     this case that the defendants may have different political

15     views than you do.  How, if at all, would that affect your

16     ability to judge them fairly and impartially?

17                   PROSPECTIVE JUROR:  I don't think it would.

18                   THE COURT:  And if you were to learn that these

19     defendants believed that the election was not -- was either

20     stolen or wasn't properly conducted or fraudulently, however

21     the case may be, how do you think that would affect your

22     view of them?

23                   PROSPECTIVE JUROR:  I don't.

24                   THE COURT:  Question 16 asked whether you or a

25     close friend or family member has been employed by the

 1    Federal Government.  You've told us you are.  Anyone else?

 2              PROSPECTIVE JUROR:  I mean, other than colleagues

 3    that I have met through the course of my service, ever, so

 4    my husband was previously employed by the Federal Government

 5    but no longer works there, he works for the Department of

 6    the Navy.

 7              THE COURT:  Was he a member of the Navy?  Was he

 8    enlisted in the Navy?

 9              PROSPECTIVE JUROR:  No, he was a civilian for the

10    Navy.

11              THE COURT:  Okay.  And is that --

12              PROSPECTIVE JUROR:  And I -- sorry, go ahead.

13              THE COURT:  Sorry.  Is that who you -- is the

14    answer to Question 18 as to family -- close friend or family

15    member who served, or is that someone else?

16              PROSPECTIVE JUROR:  No, that's somebody else,

17    that's my grandfather.  Both of my grandfathers were active

18    duty in the military.

19              And my father also was a civilian for the Air

20    Force but not active duty.

21              THE COURT:  So as you -- well, one of the

22    accusations against these defendants is that they intended

23    to resist the authority of the United States Government with

24    force.  The fact that you are a federal employee, how, if at

25    all, do you think that would affect your ability to serve

 1    fairly and impartially?

 2            PROSPECTIVE JUROR:  I don't think that would

 3    affect my ability to be fair.

 4            THE COURT:  Question 21 asked whether you've ever

 5    been to the Capitol Grounds or inside the Capitol Building.

 6            PROSPECTIVE JUROR:  I have.  Yeah, we went on a

 7    tour maybe once, maybe twice since I've lived here.  But

 8    I've definitely been inside before.

 9            THE COURT:  Okay.  Would you have any difficulty,

10    do you think, watching video of events happening at the

11    Capitol because you've been there?

12            PROSPECTIVE JUROR:  No, I don't think so.

13            THE COURT:  If you please turn to page 12,

14    Question 62 asks whether you, a close friend or family

15    member has ever been arrested, charged, prosecuted or

16    convicted of a crime other than a traffic violation.  Can

17    you tell us about that, please.

18            PROSPECTIVE JUROR:  Yes, that's in reference to my

19    sister was arrested and convicted of a crime related -- I

20    can't remember what the charge -- the final charge was, but

21    she was in the car, the driver of the car participated in a

22    burglary, both of them got arrested and then she was charged

23    and prosecuted for that event.  That should maybe back in

24    2010, 2011.

25            THE COURT:  Did that happen in D.C. or somewhere

1    else?

2             PROSPECTIVE JUROR:  No, that happened in Texas.

3             THE COURT:  In Texas.

4             PROSPECTIVE JUROR:  Uh-huh.

5             THE COURT:  Anything about your sister's

6    experience that would cause you to think that you couldn't

7    be fair to the government in this case?

8             PROSPECTIVE JUROR:  No, I don't think so.

9             THE COURT:  Do you think she was treated fairly?

10            PROSPECTIVE JUROR:  Yeah.

11            THE COURT:  Okay.

12            All right.  Any follow-up, Mr. Edwards?

13            MR. EDWARDS:  Yes, Your Honor.  Thank you.

14            Just two.

15            It sounded like you said your husband was

16   previously in the military in a civilian role?

17            PROSPECTIVE JUROR:  So he previously worked for

18   the Department of the Navy.  He was a civilian.  He was a

19   researcher for one of their acoustics divisions.

20            MR. EDWARDS:  Got it, okay.

21            And the same with your father, it sounded like?

22            PROSPECTIVE JUROR:  Yeah.

23            MR. EDWARDS:  In what role did he serve in?

24            PROSPECTIVE JUROR:  He was an engineer at an Air

25   Force base in Texas.  I was too young to be able to say more

1    of what that means.

2             MR. EDWARDS:  That's it.  Thank you.

3             THE COURT:  Anything from defense counsel?

4             MR. PEED:  I noticed you have a Parler account.

5             PROSPECTIVE JUROR:  I do.

6             MR. PEED:  What sort of -- what led you to create

7    a Parler account?

8             PROSPECTIVE JUROR:  It was, I had been reading

9    about its existence, I wanted to read what people were

10   saying on there.  So I didn't post anything, but I just was

11   curious.

12            MR. PEED:  Do you have any impressions of it?

13   Have you been on it for a while?  I've never been on it.

14            PROSPECTIVE JUROR:  No, I haven't used in it in a

15   while.  I don't know what an impression is.  Social media.

16            MR. PEED:  What's a story people post?  Or I don't

17   know, any word of free association because I don't even know

18   what's on it.

19            PROSPECTIVE JUROR:  Social media, interesting.

20   I don't know.

21            MR. PEED:  You have friends or family that you

22   were connected with through it?

23            PROSPECTIVE JUROR:  Huh-uh.

24            MR. PEED:  Thanks.

25            THE COURT:  Thank you very much.  You may step

1    down.  Mr. Douyon will give you further instructions.

2              PROSPECTIVE JUROR:  Okay.  Thank you.

3              THE COURT:  Okay.  So we proceed onward.  Our next

4    group of jurors is scheduled to come in at 1:30.  Hopefully

5    they will arrive at or about the time we've asked them to.

6    I think we have another 20 coming for the afternoon, which

7    hopefully will take us certainly through the end of the day.

8              So it is now a quarter of, 10 of 1:00.  Let's plan

9    to resume at quarter of 2:00.  And as I said, hopefully

10   we'll have everybody back.  Just a reminder, we'll bring

11   them all in here, we will read them the instructions and

12   we will begin the questioning after that.  All right?

13             What do we need to take -- everybody else is free

14   to go.  We just need to take up the issue of Mr. Hackett's

15   ankle monitor, right?

16             MS. HALIM:  So here's what happened.  Some time

17   ago, it was around the time I filed a motion to modify

18   conditions relating to his travel plans.  At that time, I

19   had consulted with Pretrial Services to see if, along with

20   the modification for travel plans, we could also suspend use

21   of the ankle monitor just for the duration of the trial.

22             For reasons I don't understand, Mr. Hackett's

23   Pretrial Services officer in Tampa, Florida, Katie Murray

24   said no.  What she said to me, in fact, she called me right

25   after I sent her an email.  She said, look, he's been in 100

1    percent compliance, but I'm not comfortable with him being

2    at the scene of the crime without the monitor.

3              THE COURT:  Okay.

4              MS. HALIM:  Knowing that the Court was okay with

5    suspending Mr. Caldwell's and some others, I -- so what I

6    did was I included a paragraph at the very end of ECF 99,

7    which was a supplemental on this reply, and I said, Pretrial

8    doesn't agree, government will defer to Pretrial, but I

9    can't understand the reasoning.  And so I was --

10             THE COURT:  So I think we posted something

11   yesterday.  And is that not sufficient for the Pretrial

12   Services officer?

13             MS. HALIM:  So here's what happened.

14             The way it reads is that it was at the

15   recommendation of Pretrial Services.

16             THE COURT:  I see.

17             MS. HALIM:  She immediately called Mr. Hackett in

18   a not happy way.

19             THE COURT:  Understood.

20             MS. HALIM:  And she's upset with me, thinking I

21   made misrepresentations to the Court.

22             THE COURT:  All right.  So I can't remember.

23   Bottom line is we can either re-post it without the

24   offending language or if you think you want to contact her

25   or she can contact our Pretrial Services, whatever you think

```
 1   makes the most sense.
 2              MS. HALIM:  So I would say, because I have
 3   consulted with both the local, Christine Schuck is the local
 4   counterpoint, who defers to Ms. Murray.  So I do think in an
 5   abundance of caution, I apologize for making more work for
 6   the Court.
 7              THE COURT:  It's okay.
 8              MS. HALIM:  But if we could just remove the "at
 9   the recommendation of pretrial," I think that would satisfy
10   Ms. Murray, because Mr. Hackett has been very, very nervous
11   over here.  It was a very confrontational call this morning.
12              THE COURT:  Certainly it was not --
13              MS. HALIM:  Of course.
14              THE COURT:  -- intended.  We'll take care of that.
15              MR. EDWARDS:  Your Honor, I think, that actually
16   might make sense for both.  The government had the
17   opportunity to hear from pretrial as well, and my
18   understanding was their response for Mr. Vallejo was defer
19   to the Court.  And so I think it might resolve.  Not
20   necessarily that they agreed, so it might just resolve for
21   both defendants.  Thank you.
22              THE COURT:  We'll just modify the language and get
23   that taken care of over lunch.
24              COURTROOM DEPUTY:  This court stands in recess.
25              (Recess taken from 12:53 p.m. to 1:50 p.m.)
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 7, 2022_____    

                        William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [19]** 164/2
164/6 165/11 167/8
192/4 199/20 199/22
206/20 211/11 218/4
223/1 229/21 241/12
256/3 276/25 279/3
293/5 294/25 306/24
**MR. EDWARDS: [47]**
167/3 175/24 187/2
187/10 188/18 188/22
188/25 190/9 196/24
197/1 197/5 197/12
197/15 211/3 216/10
216/17 217/23 218/3
222/9 222/11 222/19
229/11 238/25 247/22
247/24 248/5 248/11
248/15 248/22 249/4
249/8 253/20 264/7
274/12 274/15 274/19
275/1 275/4 278/6
289/22 294/16 294/21
302/13 302/20 302/23
303/2 306/15
**MR. PEED: [46]**
177/18 177/20 178/3
178/15 178/22 179/8
180/11 180/22 190/10
200/5 211/6 216/19
216/21 217/2 217/7
217/12 222/7 240/7
240/9 240/23 241/2
241/6 251/12 251/14
251/18 251/22 251/24
252/10 252/25 253/10
255/8 267/5 267/9
267/14 290/25 291/7
292/8 292/14 293/3
294/14 303/4 303/6
303/12 303/16 303/21
303/24
**MR. SHIPLEY: [50]**
180/24 181/5 181/11
181/15 181/20 182/9
182/16 183/2 183/7
183/15 183/23 184/1
184/9 184/16 184/18
187/15 189/22 190/5
191/22 211/5 222/6
239/2 239/5 239/8
239/13 239/21 253/11
253/16 253/21 253/25
254/10 254/14 254/18
254/20 265/10 265/21
266/4 266/11 266/14
266/20 266/25 267/3
290/8 290/12 290/16
290/20 290/24 291/13
291/17 294/12
**MR. WEINBERG: [14]**
197/17 197/22 197/24
198/8 211/7 222/8
249/9 249/16 249/21
250/3 250/8 250/14
250/21 294/15
**MS. HALIM: [45]**

176/6 176/9 176/16
176/23 177/2 177/6
177/17 188/15 211/4
222/5 229/13 239/22
239/24 240/5 250/22
250/24 251/4 251/11
264/9 264/14 264/17
264/21 265/7 275/6
275/8 275/11 275/22
276/13 276/19 279/2
289/24 290/2 290/7
294/13 304/16 305/4
305/13 305/17 305/20
306/2 306/8 306/13
**PROSPECTIVE JUROR: [481]**
**THE COURT: [434]**
**THE WITNESS: [2]**
214/21 225/11

**0**

**0011 [1]** 230/3
**0092 [3]** 279/4 279/8 291/14
**0264 [3]** 256/1 256/4 256/9
**0434 [3]** 241/13 241/17 254/22
**0695 [2]** 206/21 206/24
**0872 [2]** 192/4 192/7

**1**

**10 [5]** 212/19 224/10
272/11 283/21 304/8
**100 [2]** 283/2 304/25
**10:00 [1]** 293/19
**11 [15]** 164/10 167/18
192/15 211/22 223/10
226/13 226/14 230/9
241/22 246/20 256/14
261/20 270/22 279/13
295/11
**114 [1]** 163/16
**1150 [1]** 163/20
**11:00 [2]** 229/17 293/19
**11:02 [1]** 229/20
**11:15 [1]** 229/19
**11:18 [1]** 229/20
**11:30 [1]** 213/3
**12 [13]** 166/4 195/18
201/2 207/6 207/8
207/10 214/17 221/8
221/12 237/5 277/17
288/17 301/13
**12:53 [1]** 306/25
**13 [1]** 207/10
**1341 [1]** 163/4
**1350 [2]** 211/12 211/17
**14 [3]** 165/24 243/25 299/8
**1468 [1]** 268/8
**15 [2]** 162/4 164/7
**15-minute [1]** 229/18
**1532 [1]** 163/17
**16 [7]** 191/18 225/14
231/23 231/24 244/10

**1647 [2]** 293/5 293/8
**1657 [2]** 295/1 295/4
**17 [1]** 248/2
**1775 [1]** 163/20
**18 [6]** 226/6 232/13
245/6 270/7 286/25
300/14
**19 [4]** 165/7 268/16
268/17 268/18
**19129 [1]** 163/7
**1:00 [1]** 304/8
**1:30 [1]** 304/4
**1:50 [1]** 306/25

**2**

**20 [7]** 173/6 173/7
232/18 260/13 275/11
287/5 304/6
**20006 [1]** 163/21
**2010 [1]** 301/24
**2011 [1]** 301/24
**2014 [1]** 275/3
**2019 [1]** 228/11
**202 [2]** 162/17 163/21
**2020 [6]** 245/25 250/6
250/15 264/12 265/3
267/15
**2021 [1]** 212/24
**2022 [2]** 162/5 307/7
**20579 [1]** 162/17
**21 [4]** 175/6 235/5
245/12 301/4
**2127 [3]** 165/8 165/12
165/15
**215-300-3229 [1]** 163/8
**22 [1]** 235/6
**22-15 [2]** 162/4 164/7
**2238 [2]** 218/4 218/7
**2239 [2]** 167/9 187/15
**228-1341 [1]** 163/4
**239 [1]** 163/12
**24 [5]** 176/3 236/6
245/13 275/23 278/25
**2498 [2]** 277/1 277/10
**252-7277 [1]** 162/17
**26 [1]** 288/12
**2635 [2]** 223/1 223/4
**265 [1]** 163/15
**28 [1]** 166/4
**2:00 [1]** 304/9

**3**

**31 [2]** 198/20 198/22
**32 [3]** 198/20 198/23 248/2
**3229 [1]** 163/8
**337-9755 [1]** 163/12
**33901 [1]** 163/4
**33950 [1]** 163/16
**3580 [1]** 163/7
**37 [1]** 248/3
**39 [3]** 257/24 283/22 298/3

**4**

**41 [7]** 169/5 194/8
212/19 224/1 258/2

**42 [5]** 169/5 194/8
**43 [7]** 169/5 194/8
212/19 224/11 258/2
272/12 298/10
**44 [1]** 258/21
**46 [1]** 171/24
**47 [1]** 259/21
**49 [18]** 167/19 167/20
192/16 193/22 211/23
211/25 223/11 223/12
230/9 241/23 256/15
256/16 256/16 270/22
270/23 279/14 279/15
295/12

**5**

**50 [1]** 242/15
**51 [11]** 168/24 194/2
211/23 212/12 223/11
224/3 231/16 243/18
272/5 281/10 297/20
**55 [2]** 226/13 273/6
**56 [4]** 226/13 227/2
246/20 261/21
**575-8000 [1]** 163/17
**59 [6]** 195/18 214/17
228/3 262/7 288/18
288/19
**5:00 [4]** 180/4 293/24
294/1 294/2
**5th [1]** 253/4

**6**

**60 [3]** 228/6 229/4
247/7
**601 [1]** 162/16
**61 [2]** 237/5 263/4
**62 [1]** 301/14
**64 [2]** 207/6 207/15
**65 [2]** 207/6 208/8
**67B [1]** 208/22
**68 [1]** 209/15
**6th [46]** 168/2 168/16
169/11 170/17 171/23
172/23 172/23 191/2
193/12 194/10 202/23
203/5 212/22 212/24
213/9 220/13 221/19
224/13 225/2 225/7
230/15 235/8 235/17
239/9 240/11 244/2
245/15 249/11 251/1
254/6 255/23 258/4
259/23 260/8 264/19
264/24 264/25 271/21
272/14 275/25 280/11
280/14 285/15 288/8
290/17 295/24

**7**

**7277 [1]** 162/17
**745 [1]** 163/3
**75 [2]** 165/24 165/24
**7:30 [1]** 294/6

**8**

**8000 [1]** 163/17

**808** 163/4
**808Shipleylaw [1]** 163/5

**9**

**919-9491 [1]** 163/21
**941 [1]** 163/17
**9491 [1]** 163/21
**96734 [1]** 163/4
**9755 [1]** 163/12
**99 [1]** 305/6
**9:00 [3]** 293/19 294/5 294/7
**9:30 [2]** 162/6 180/4

**A**

**a.m [8]** 162/6 229/20
229/20 293/19 293/19
293/20 294/5 294/8
**abilities [1]** 245/3
**ability [18]** 174/5 175/3
179/3 207/21 209/1
209/23 226/3 229/2
232/11 240/20 245/5
261/1 277/24 286/14
286/16 299/16 300/25
301/3
**able [32]** 172/24
177/11 177/22 177/24
179/9 182/16 182/23
185/12 190/19 222/12
225/10 235/24 240/15
240/23 241/3 251/8
252/10 252/11 252/14
257/18 259/9 259/13
259/18 273/17 283/19
286/22 288/11 288/14
291/19 293/25 294/2
302/25
**about [235]**
**above [3]** 269/20 270/7 307/4
**above-titled [1]** 307/4
**absconded [1]** 269/21
**absent [1]** 219/14
**absolute [1]** 209/20
**absolutely [6]** 219/13
242/20 248/21 249/7
280/21 285/1
**absurd [2]** 194/25 195/8
**absurdity [1]** 194/25
**abundance [2]** 195/1 306/5
**accept [1]** 251/8
**accomplish [1]** 191/6
**account [2]** 303/4 303/7
**accounting [1]** 238/1
**accurate [6]** 169/2
170/12 170/14 230/23
271/1 280/17
**accusations [1]** 300/22
**accused [1]** 257/13
**acknowledged [1]** 191/23
**acoustics [1]** 302/16
**acquit [3]** 190/20

**A**

acquit... [2] 236/22 237/3
acquitting [1] 291/4
across [4] 170/18 170/18 203/20 265/1
act [1] 182/11
acted [2] 286/9
action [1] 276/7
active [3] 227/19 300/17 300/20
actively [4] 170/17 170/20 258/19 272/22
activities [2] 235/13 284/5
activity [1] 282/2
actual [4] 178/19 190/15 243/25 282/1
actually [15] 165/23 179/13 179/14 201/4 207/25 209/5 221/1 242/22 248/8 275/8 287/13 290/13 290/22 292/3 306/15
additional [22] 167/7 184/21 187/12 198/9 198/13 200/2 200/3 200/24 201/7 204/24 205/1 205/3 206/18 211/10 217/16 222/21 229/16 240/21 241/9 268/4 291/10 296/16
Administration [3] 225/18 226/2 232/4
admit [2] 188/8 239/16
advance [1] 199/16
advise [1] 203/22
advocate [1] 166/1
Affairs [1] 244/16
affect [19] 174/5 175/2 226/3 229/1 232/11 245/4 257/12 261/1 261/8 277/24 277/24 286/13 286/15 292/5 297/17 299/15 299/25 300/25 301/3
affected [4] 168/15 220/20 220/20 237/1
affinity [1] 175/18
affirmative [1] 278/25
affirmatively [1] 189/15
African [1] 254/6
African-American [1] 254/6
after [22] 177/1 187/17 189/15 191/5 201/3 204/24 205/2 205/6 210/20 215/24 229/19 246/25 258/15 265/18 265/20 266/5 266/8 291/12 293/23 294/2 304/12 304/25
afternoon [11] 164/25 165/3 165/4 198/18 198/21 213/2 264/10 275/6 289/25 290/1 304/6

afterwards [2] 262/22 298/20
again [16] 165/20 172/25 173/1 183/13 184/23 184/24 185/15 186/2 186/11 209/2 234/15 236/13 244/5 245/21 276/10 284/3
against [18] 166/7 171/16 174/20 182/1 182/6 207/19 209/21 254/10 263/15 269/14 282/20 282/24 283/13 292/2 297/12 297/16 297/18 300/22
age [1] 170/7
agencies [2] 227/7 299/9
agency [9] 227/4 232/10 246/22 246/23 247/2 261/23 261/25 262/2 288/2
agenda [1] 240/2
agent [1] 247/1
ago [13] 173/14 195/21 199/24 200/19 231/11 231/11 231/15 262/23 281/20 282/25 287/4 288/24 304/17
agree [5] 192/2 222/1 233/9 240/3 305/8
agreed [1] 306/20
ahead [2] 176/8 300/12
Air [4] 270/17 287/4 300/19 302/24
AL [1] 162/6
alert [1] 203/22
Alexandra [2] 162/14 164/11
aligned [1] 174/25
all [97] 164/2 164/18 164/24 165/3 165/6 165/7 165/10 168/9 169/18 172/21 173/4 180/11 182/16 186/25 187/1 187/6 187/11 188/1 188/14 189/7 190/2 190/6 192/14 198/9 198/11 199/1 199/8 199/17 200/11 201/4 202/4 202/12 206/14 206/19 207/10 210/20 211/2 211/8 211/24 212/11 214/16 215/3 216/8 223/9 224/9 226/3 228/17 229/9 229/10 229/17 229/19 229/21 230/5 230/7 231/15 238/24 241/2 241/4 241/19 243/23 245/11 246/13 250/25 253/9 254/15 256/11 259/9 267/4 268/2 269/19 271/25 272/23 272/23 274/2 274/11 276/21 277/9 278/3 278/12 278/17 281/16 285/15 286/13

291/8 293/10 294/11 295/6 299/12 299/15 300/25 302/12 304/11 304/12 305/22
all right [8] 168/9 172/21 190/2 198/11 231/15 254/15 289/14 299/12
allegations [3] 225/24 239/6 244/24
alleges [1] 290/2
allegiance [1] 166/2
allowed [1] 273/25
alone [4] 210/9 245/18 276/6 292/7
along [1] 304/19
already [7] 179/21 189/23 201/20 217/8 249/15 267/2 291/22
also [25] 166/3 181/11 182/5 182/6 182/8 197/9 201/18 202/16 202/24 203/9 204/2 204/10 209/15 212/12 212/15 232/16 240/1 251/4 255/19 267/16 275/23 288/11 291/24 300/19 304/20
always [2] 178/17 294/7
am [10] 165/16 210/12 218/19 230/4 235/11 240/21 262/24 269/22 274/21 286/5
ambiguity [1] 276/10
ambiguous [1] 276/4
AMERICA [2] 162/3 164/7
American [3] 246/8 253/1 254/6
AMIT [4] 162/9 164/3 199/2 229/22
Amit P. Mehta [1] 229/22
among [2] 262/20 286/2
amongst [1] 201/25
amount [2] 201/21 235/23 242/12 242/12 244/5 255/22 283/8
analyst [1] 274/21
Angela [2] 163/6 164/14
angiehalim [1] 163/8
ankle [2] 304/15 304/21
announce [1] 200/3
announced [1] 209/16
another [9] 209/16 209/16 246/14 247/12 250/17 269/14 292/12 297/16 304/6
answer [33] 169/2 177/8 193/22 194/5 207/23 208/1 208/2 208/12 209/4 212/4 212/15 223/16 224/6

231/19 232/1 232/2 234/19 243/20 256/18 256/22 264/5 265/6 272/1 281/13 291/18 292/14 297/23 297/25 298/16 300/14
answered [37] 167/21 171/24 177/12 194/5 200/1 207/22 208/11 209/2 209/24 212/1 212/15 214/19 223/14 224/6 226/16 228/7 228/8 228/13 230/12 231/18 236/6 242/1 243/20 247/9 264/1 266/23 267/1 268/22 270/25 272/8 278/25 281/13 286/25 288/21 291/24 295/15 297/23
answers [5] 167/1 187/20 187/21 192/1 235/8
ant [1] 246/9
ant-black [1] 246/9
anti [4] 243/2 246/8 246/9 267/12
anti-American [1] 246/8
anti-democracy [1] 243/2
anti-Fascists [1] 267/12
anticipating [1] 265/14
Antifa [7] 265/14 265/15 265/25 265/7 267/6 267/7 267/10
anxiety [3] 277/5 277/8 278/14
any [131] 167/2 168/6 171/10 171/17 171/25 172/11 172/19 175/23 182/10 182/11 182/11 186/25 193/6 193/7 193/13 193/17 195/13 196/9 196/17 196/18 196/23 198/9 200/8 202/7 202/10 202/20 202/21 203/6 203/9 203/10 203/19 204/6 204/11 205/14 206/12 207/13 207/20 208/16 209/1 209/18 209/22 211/2 213/8 213/24 214/11 214/12 216/9 216/24 217/8 220/3 220/11 222/4 223/20 223/24 226/15 227/10 227/23 227/25 229/10 230/18 230/21 232/19 233/1 233/10 233/13 235/21 236/2 236/2 237/23 238/18 238/19 239/5 244/5 244/6 245/23 252/1 253/5 253/8 255/6 257/17 258/1 259/13 259/17 263/2 264/6 264/18

231/1 232/1 232/2 234/19 243/20 256/18 256/22 272/1 281/13 291/18 292/14 297/23 297/25 298/16 300/14
anybody [2] 228/6 289/5
anyone [9] 190/19 202/9 204/3 204/13 205/11 269/20 290/21 292/18 300/1
anything [73] 167/21 168/17 168/21 171/12 172/16 172/16 174/12 175/17 176/1 177/17 183/1 190/10 190/20 192/18 193/3 193/4 193/10 193/24 194/3 203/17 205/12 210/2 210/8 212/1 215/16 216/2 216/5 216/18 222/1 223/13 224/4 225/5 230/11 230/18 230/25 231/4 231/12 231/17 238/12 241/25 243/15 243/19 247/17 249/24 251/16 256/17 260/6 263/19 264/8 269/21 270/24 271/2 271/23 279/16 279/19 281/8 281/11 281/23 284/15 288/14 289/11 289/16 289/23 292/24 295/14 295/17 295/22 296/3 296/11 297/21 302/5 303/3 303/10
anywhere [1] 191/3
apart [1] 178/11
apartment [1] 176/22
apologize [1] 306/5
APPEARANCES [2] 162/13 162/19
appears [1] 276/9
applied [4] 227/3 246/21 246/25 261/22
apply [6] 202/18 207/21 208/11 209/2 209/23 216/22
applying [1] 216/24
appointee [1] 299/10
appreciate [11] 167/1 178/22 192/12 240/5 251/11 265/8 275/4 276/22 278/20 290/7 298/9
appreciative [2] 165/21 167/15
approach [2] 204/11

# A

approach... [1] 217/9
approached [1] 204/13
approaching [1] 213/14
appropriate [2] 191/11 292/22
approved [1] 200/21
Architect [7] 217/20 218/15 219/18 219/21 220/1 220/18 221/1
architectural [2] 218/16 220/16
are [146] 164/18 164/22 164/24 165/1 165/7 165/13 165/14 165/15 165/21 166/2 166/5 167/10 167/14 171/20 174/18 177/8 178/17 180/6 183/2 183/16 184/14 184/22 187/8 188/10 189/22 190/24 190/25 191/8 191/9 192/5 196/19 198/19 199/2 199/14 200/4 200/9 200/15 200/23 201/1 201/10 201/23 202/9 202/13 202/25 203/7 203/13 204/5 204/8 204/9 204/13 204/19 204/22 205/5 205/7 205/8 205/20 205/23 205/24 206/1 206/2 206/14 206/22 206/23 206/24 207/3 208/10 211/13 211/15 211/20 211/24 216/23 217/8 218/5 218/7 218/10 220/11 223/2 223/3 223/4 223/8 227/16 227/24 229/25 230/6 233/14 233/24 234/2 234/6 234/7 234/23 235/10 241/14 241/17 241/20 242/9 242/23 243/2 243/2 246/15 246/17 247/22 249/2 252/11 256/5 256/9 257/13 262/15 265/20 266/16 266/16 268/5 268/6 268/10 269/2 269/12 269/24 271/9 271/10 274/4 274/13 274/14 275/18 277/2 277/3 279/5 279/11 282/23 284/16 286/12 286/17 290/12 290/13 293/6 293/8 293/11 293/16 293/18 293/19 293/22 295/2 295/7 298/6 299/9 299/13 300/1 300/24
area [1] 235/10
areas [2] 216/16 284/20
aren't [1] 191/14
armed [6] 226/7 232/14 287/1
Army [1] 226/11
around [14] 170/13 170/25 173/13 173/21 173/24 176/20 189/17 192/24 193/15 215/5 235/22 260/4 269/5 304/17
arrested [5] 289/5 289/6 301/15 301/19 301/22
arrive [1] 304/5
article [1] 281/19
articulated [1] 209/16
as [120] 166/1 166/7 166/18 166/20 169/15 169/16 169/18 170/24 171/11 171/24 172/14 174/3 175/3 175/16 176/17 184/9 184/11 184/12 184/13 185/1 185/22 187/8 188/4 189/20 191/12 193/22 193/23 194/22 195/10 196/17 196/17 197/2 198/21 199/3 199/11 199/13 201/1 201/19 202/16 203/13 203/15 205/19 206/7 206/15 210/18 210/19 213/19 214/6 216/6 216/22 218/14 218/24 219/10 220/3 220/19 221/21 222/14 223/16 225/5 227/13 230/17 230/18 237/7 237/24 238/18 242/7 242/7 242/8 243/8 245/2 246/8 247/18 248/9 252/11 252/11 252/12 253/1 256/22 257/12 258/7 258/16 259/14 259/17 259/19 260/2 260/4 262/1 263/6 263/21 263/22 263/23 267/23 267/24 267/24 268/16 269/25 273/1 276/7 276/10 280/11 280/13 280/24 282/10 284/6 284/25 285/15 286/5 286/5 287/19 290/8 293/14 294/5 294/5 296/1 297/12 299/2 300/14 300/21 304/9 306/17
aside [37] 166/19 171/15 172/25 172/25 177/11 177/16 184/25 185/20 187/2 188/1 188/14 195/10 213/20 213/25 214/13 222/13 225/5 225/7 235/1 236/14 243/6 243/10 248/24 257/18 259/10 266/15 273/1 280/23 281/25 282/18 285/16 288/14 291/1 291/19
ask [57] 166/6 167/17 169/4 170/6 173/5 174/2 179/13 184/19 190/10 190/11 191/10 192/15 195/10 195/17 199/17 199/18 200/24 202/4 203/9 204/20 205/9 206/15 207/5 209/15 211/22 212/18 213/6 218/12 219/17 222/9 223/10 225/4 225/12 230/8 234/14 236/17 241/22 243/24 250/1 256/12 256/13 259/6 260/23 261/20 268/15 272/11 273/1 277/16 277/22 279/13 280/17 285/23 292/8 292/18 295/11 299/2 299/7
asked [64] 167/20 175/6 187/16 189/15 190/16 191/22 192/17 195/18 199/24 202/16 207/11 207/13 207/20 208/8 208/22 208/25 209/22 212/12 214/5 214/17 218/13 223/12 224/3 224/11 225/14 226/6 226/14 228/6 230/10 231/16 231/24 235/5 235/6 237/5 240/25 241/24 243/5 243/18 244/10 245/6 254/25 256/16 256/17 260/13 260/13 261/20 262/7 262/13 268/18 270/23 272/5 279/15 281/10 283/22 285/13 285/25 288/19 292/3 295/13 297/20 298/3 299/24 301/4 304/5
asking [10] 179/2 189/11 189/17 192/3 200/16 201/9 204/24 205/25 240/19 265/20
asks [9] 211/25 227/2 228/3 232/18 247/7 273/6 287/5 293/13 301/14
aspect [2] 226/15 254/3
assault [2] 237/18 262/24
assaulted [5] 238/4 238/6 238/9 247/11 288/23
assess [5] 177/24 189/1 189/7 189/10 259/14
assessment [1] 166/25
assist [1] 200/16
assistance [1] 166/5
assisting [1] 254/21
associated [5] 172/17 193/18 265/11 265/23 295/19

# B

associations [1] 267/10
assume [5] 217/5 217/20 271/16 271/22 298/7
assumption [2] 224/21 271/19
assumptions [1] 296/8
assure [3] 191/4 257/24 278/24
assured [2] 201/10 201/14
attempt [3] 234/8 234/11 234/19
attempts [1] 204/3
attendance [1] 296/8
attended [7] 171/25 173/8 260/15 275/13 275/16 287/6 287/7
attention [2] 239/10 292/22
attorney [1] 273/12
ATTORNEY'S [1] 162/16
attributes [1] 193/6
aunt [3] 244/15 244/21 245/1
aunts [1] 247/11
authority [5] 225/25 232/8 244/25 286/9 300/23
available [1] 199/7
Avenue [1] 163/15
average [1] 255/21
avert [1] 203/21
Aviation [1] 232/4
avoid [8] 171/1 202/17 202/20 202/23 203/6 206/4 206/6 206/12
avoiding [1] 272/22
aware [4] 168/18 245/2 279/19 284/16
awareness [1] 279/20
away [6] 179/9 188/13 215/3 221/25 255/2 284/19

# B

back [22] 165/6 175/12 180/8 195/22 196/6 199/10 201/4 201/6 206/16 214/22 215/22 231/22 243/8 249/13 254/18 265/12 277/6 278/2 278/14 285/23 301/23 304/10
badged [2] 218/17 219/4
badges [1] 218/21
bag [2] 215/4 215/16
Baltimore [1] 233/5
bank [1] 228/11
barricades [1] 175/11
base [1] 302/25
based [21] 172/10 174/7 178/9 183/18

# C

association [2] 249/8 303/17
# (continued)
195/14 200/24 201/16 203/14 221/20 254/24 257/20 271/19 271/20 280/3 280/4 282/10 282/20 283/12 283/15 292/6
basically [2] 180/13 274/23
basis [1] 235/12
be [208]
bearing [1] 165/19
because [42] 169/21 176/15 176/18 176/25 178/6 179/15 179/18 180/16 186/12 187/22 191/13 194/16 196/19 199/19 200/19 215/19 215/23 222/18 227/24 228/17 228/18 236/22 238/19 245/24 245/25 246/2 249/14 250/2 250/15 255/5 256/1 269/19 273/25 276/3 276/17 278/23 292/9 294/19 301/11 303/17 306/2 306/10
become [1] 189/4
been [56] 175/6 182/20 183/18 185/9 186/17 192/23 195/19 196/13 200/2 208/20 209/12 214/18 220/24 225/15 226/11 228/4 228/7 229/5 231/25 234/10 235/6 235/15 242/6 244/11 245/12 247/8 248/1 253/6 258/3 260/4 262/8 265/15 265/17 265/18 269/3 275/1 282/1 286/1 287/13 287/22 288/20 289/8 291/22 292/1 295/25 297/6 299/25 301/5 301/8 301/11 301/15 303/8 303/13 303/13 304/25 306/10
before [30] 162/9 183/1 184/24 190/2 191/24 192/15 198/6 199/6 199/17 200/12 201/5 207/4 209/9 210/2 210/8 214/6 215/19 217/18 218/11 220/22 245/18 245/19 246/3 246/18 253/4 270/3 287/2 288/13 294/5 301/8
begin [4] 189/2 207/6 230/8 304/12
beginning [2] 291/15 293/2
behalf [1] 266/12
behind [1] 172/8
being [30] 166/15 172/13 172/17 179/1 179/8 181/25 190/13 190/19 190/19 200/15 204/9 238/6 242/21

**B**

being... **[17]** 242/21
242/22 249/6 251/2
252/11 257/13 268/25
269/14 274/6 278/14
278/25 280/11 280/12
280/13 284/4 288/10
305/1
**belief [1]** 250/25
**beliefs [3]** 184/14
233/24 234/15
**believe [26]** 182/22
185/10 186/2 189/16
193/4 208/9 210/24
226/25 235/4 237/13
250/14 250/17 257/3
265/4 267/11 275/12
281/4 281/5 282/12
282/25 284/12 284/19
286/22 292/14 295/23
296/25
**believed [4]** 188/13
250/5 250/15 299/19
**believes [1]** 188/2
**believing [1]** 189/24
**bench [1]** 172/6
**best [3]** 177/15 177/15
270/15
**betrayed [1]** 187/20
**better [2]** 248/10
266/20
**between [6]** 174/13
181/6 237/18 252/2
283/15 298/15
**beyond [8]** 172/16
208/24 224/19 230/23
234/4 246/15 279/20
296/12
**bias [1]** 222/17
**biased [3]** 201/15
210/21 292/18
**biases [1]** 166/19
**big [3]** 173/17 180/7
220/18
**bike [2]** 195/22 196/4
**biking [1]** 235/12
**bilingual [1]** 179/24
**bio [1]** 274/16
**bipartisanship [1]**
172/6
**bit [6]** 198/5 208/19
229/19 258/13 259/3
269/1
**black [8]** 246/9 255/3
260/18 261/7 264/12
268/25 275/16 275/21
**Black Lives Matter [1]**
261/7
**blank [1]** 270/14
**bleeped [1]** 182/3
**BLM [4]** 265/14 265/15
265/15 265/25
**block [1]** 215/3
**blocks [1]** 221/25
**blue [1]** 198/4
**blurted [1]** 182/2
**board [1]** 269/20
**body [1]** 249/5

**book [1]** 201/25
**border [1]** 247/1
**both [9]** 181/2 200/13
228/7 254/6 300/17
301/22 306/3 306/16
306/21
**bother [1]** 196/7
**bottom [5]** 191/17
214/5 218/13 256/14
305/23
**bounds [1]** 191/9
**box [3]** 163/3 191/19
222/12
**branch [1]** 227/15
**branches [1]** 226/11
**break [1]** 229/18
**breaking [2]** 181/12
181/13
**breath [1]** 278/17
**briefly [5]** 168/3 179/23
182/2 191/22 274/16
**bring [13]** 165/3
189/19 191/16 191/20
206/17 217/18 217/21
222/17 249/13 249/19
292/15 293/4 304/10
**broad [1]** 234/19
**broader [2]** 236/10
236/12
**brother [3]** 244/17
245/9 246/25
**brought [5]** 175/11
183/21 202/1 282/24
286/21
**BROWN [3]** 163/11
163/14 200/6
**bsrlegal.com [2]**
163/13 163/17
**building [13]** 175/7
176/20 181/12 189/4
189/9 190/19 220/19
220/22 235/15 240/11
240/20 287/23 301/5
**buildings [2]** 220/17
277/6
**burden [1]** 236/21
**Bureau [1]** 290/9
**burglary [1]** 301/22
**bus [2]** 214/23 215/9

**C**

**calculate [1]** 287/12
**Caldwell [5]** 169/1
194/4 212/14 224/6
297/22
**Caldwell's [1]** 305/5
**California [1]** 247/11
**call [1]** 306/11
**called [11]** 198/17
198/18 200/9 201/6
215/14 223/20 237/9
237/25 251/15 304/24
305/17
**came [20]** 164/23
164/25 175/12 178/7
186/2 186/4 186/7
186/13 186/23 187/24

215/15 224/17 239/10
251/1 251/25 252/13
292/16
**can [112]** 167/23 169/9
170/6 171/4 171/15
172/1 173/9 174/14
174/14 175/7 179/2
180/13 182/19 187/5
187/25 188/1 188/13
188/14 189/3 189/4
189/12 189/13 190/11
190/24 191/18 191/19
192/19 194/10 195/20
197/10 200/17 201/14
203/22 205/19 207/20
207/24 208/4 208/25
209/22 212/22 213/9
214/19 216/11 217/5
217/21 220/15 221/23
222/9 224/13 225/16
226/8 226/16 228/8
230/12 230/17 232/2
232/15 232/20 233/2
233/22 235/8 242/1
242/18 243/24 244/12
245/8 245/15 246/23
250/13 254/12 254/18
255/3 257/1 258/4
259/6 259/16 259/23
260/16 262/10 263/6
265/19 266/15 268/23
270/9 270/14 272/16
273/9 274/16 274/19
276/14 277/12 277/24
279/16 281/16 282/9
283/2 284/1 286/2
288/22 292/8 293/10
293/16 294/16 295/15
295/22 298/12 301/16
305/23 305/25
**Can you [1]** 287/2
**can't [13]** 176/9 215/7
217/24 221/10 227/20
248/3 292/18 295/17
295/20 297/8 301/20
305/9 305/22
**candid [1]** 167/1
**candidate [1]** 246/16
**Cannon [1]** 220/19
**cannot [2]** 209/12
213/6
**capacity [2]** 227/13
227/20
**Capitol [46]** 175/7
175/7 175/11 175/14
175/17 175/17 175/18
175/19 176/19 177/21
177/22 177/25 178/4
195/5 213/14 217/20
218/16 219/18 219/21
220/1 220/12 220/19
220/21 220/22 221/2
221/19 222/1 235/6
235/7 235/9 235/11
236/3 240/11 245/13
276/9 284/5 284/13

288/3 288/5 288/8
301/5 301/5 301/11
**Capitol Building [4]**
175/7 240/11 287/23
301/5
**car [3]** 195/23 301/21
301/21
**care [3]** 216/15 306/14
306/23
**career [4]** 166/1 166/9
166/10 166/12
**carry [1]** 249/6
**Carter [1]** 200/6
**case [107]** 164/7 166/7
166/8 166/13 174/3
174/21 174/22 174/25
175/20 178/20 178/25
179/4 180/3 180/10
180/18 182/10 182/11
183/3 185/12 185/24
188/4 188/4 189/24
190/20 199/3 200/18
201/15 202/10 202/10
202/13 202/14 202/15
202/17 202/22 202/25
203/8 203/14 203/18
203/21 204/3 204/11
204/13 204/22 205/2
205/12 205/12 205/13
205/15 205/18 207/17
213/19 213/22 216/7
220/1 221/18 221/22
225/8 225/24 229/2
232/7 233/7 233/8
235/3 237/9 237/12
237/12 238/1 239/6
240/10 243/9 244/24
247/19 249/11 251/5
254/1 254/4 257/13
257/20 257/25 259/10
260/25 261/14 261/14
263/2 263/21 263/22
265/11 269/12 269/15
271/21 284/23 285/17
286/8 287/17 288/8
289/12 292/25 295/19
296/25 297/2 297/4
297/7 297/11 297/16
299/14 299/21 302/7
**cases [1]** 204/18
**catch [1]** 213/4
**catching [1]** 176/4
**cause [10]** 186/10
186/17 187/16 188/17
238/13 255/15 255/24
263/20 292/6 302/6
**caused [2]** 188/16
246/6
**causes [1]** 266/12
**caution [1]** 306/5
**censor [1]** 272/22
**certain [5]** 170/23
174/9 234/15 240/10
280/11
**certainly [5]** 181/25
187/22 267/23 304/7
306/12

**certainty [1]** 193/7
**certify [1]** 307/2
**cetera [1]** 272/8
**challenge [1]** 166/15
**changed [4]** 176/18
212/7 272/1 281/14
**chaos [1]** 245/20
**characterization [1]**
280/19
**characterize [2]** 181/8
184/1
**characterizing [1]**
180/25
**charge [9]** 178/25
179/1 190/15 282/9
291/4 291/19 291/21
301/20 301/20
**charged [6]** 217/8
253/6 269/12 292/4
301/15 301/22
**charges [10]** 179/4
207/19 208/9 232/7
238/6 238/8 240/11
281/25 282/23 286/8
**charging [1]** 208/6
**chase [2]** 215/6 215/7
**checkbook [4]** 215/20
215/21 216/1 216/2
**checks [1]** 215/23
**child [2]** 215/7 274/24
**children's [4]** 216/12
216/14 216/15 221/17
**choice [1]** 206/4
**choose [1]** 206/5
**Christine [1]** 306/3
**circumstances [1]**
219/15
**citizen [1]** 253/2
**citizens [1]** 199/13
**city [4]** 258/11 265/4
276/3 276/5
**civil [3]** 180/20 237/12
237/13
**civilian [4]** 300/9
300/19 302/16 302/18
**clarification [1]** 186/20
**clashes [1]** 265/14
**class [3]** 179/10
265/17 266/22
**classes [1]** 179/25
**clear [1]** 283/2
**clearly [1]** 188/11
221/19 255/5
**click [1]** 258/17
**client [4]** 220/19 290/2
290/5 292/4
**climbing [1]** 195/5
**CLINTON [1]** 163/19
**clintonpeed.com [1]**
163/22
**close [40]** 173/8
195/19 214/18 225/14
226/7 226/15 227/2
228/4 229/5 231/25
232/18 235/7 237/6
244/10 245/7 245/14
246/21 247/8 247/12
247/14 260/14 261/21

## C

close... [18] 262/4 262/7 262/12 262/17 263/5 270/8 270/10 270/10 273/6 276/6 285/25 286/2 286/25 287/5 288/19 299/25 300/14 301/14
closely [4] 212/23 213/1 213/5 298/20
closer [2] 262/20 272/20
closet [1] 215/23
cloth [1] 252/6
clothing [1] 193/12
clueless [1] 272/3
colleagues [2] 220/8 300/2
college [3] 262/22 263/20 270/12
color [2] 179/3 217/9
COLUMBIA [3] 162/1 191/2 228/22
combination [1] 255/24
come [19] 168/21 170/18 170/18 174/2 178/19 190/25 203/20 218/25 219/10 222/24 225/5 234/14 253/2 254/18 259/7 267/6 275/18 287/16 304/4
comes [7] 170/22 178/17 184/8 194/25 242/24 250/18 250/19
comfortable [16] 165/18 181/23 192/10 207/3 211/20 218/10 223/8 230/6 241/20 255/5 256/8 268/11 279/11 293/11 295/8 305/1
coming [15] 171/11 179/16 199/9 253/5 253/8 260/2 260/4 265/18 266/5 276/11 277/5 278/2 278/8 278/19 304/6
comment [2] 203/5 258/23
commentary [1] 203/20
commented [1] 259/4
commission [1] 172/24
commit [1] 290/3
committee [4] 171/23 172/24 259/23 260/9
committing [1] 182/11
common [3] 183/5 267/25 270/4
commonly [1] 182/6
communicate [4] 202/9 204/3 205/11 262/18
communicated [2] 265/12 265/24
communications [1]

company [1] 251/7
compartmentalize [1] 252/19
competent [1] 179/21
complete [3] 200/22 204/18 204/23
completed [13] 168/20 193/25 200/20 201/3 205/2 212/8 231/18 243/14 256/23 272/2 272/8 281/7 296/17
completely [2] 179/20 185/8
compliance [1] 305/1
complicate [1] 189/12
complicated [2] 189/5 189/10
concept [3] 178/8 178/9 186/9
concern [8] 176/18 176/21 176/23 215/23 236/7 245/14 275/24 292/14
concerned [4] 176/14 245/24 246/2 255/13
concerning [1] 268/19
concerns [4] 194/9 245/25 246/1 255/18
concert [1] 206/4
concluded [2] 205/6 236/20
conclusion [1] 291/2
conditions [1] 304/18
conducted [1] 299/20
confident [2] 286/17 286/19
confrontational [1] 306/11
confrontations [1] 266/2
confusing [1] 208/19
confusion [1] 208/16
Congress [2] 205/15 284/20
connected [1] 303/22
connection [2] 260/7 260/8
connections [1] 252/1
connor [3] 163/10 163/13 164/15
conservative [2] 230/21 231/2
conservative-leaning [1] 230/21
conservator [1] 220/17
consider [13] 170/16 187/5 187/6 189/3 203/17 209/18 219/15 235/10 244/7 258/18 262/16 262/20 282/25
consideration [2] 189/20 238/18
considered [2] 200/15 225/19
consistent [2] 179/18 253/19
conspiracy [1] 290/4

conspiring [1] 292/4
constructive [1] 174/15
consultant [2] 221/5 221/6
consulted [2] 304/19 306/3
consume [1] 197/6
consumed [9] 169/10 172/9 184/10 212/21 258/5 272/17 285/12 298/11 298/13
consuming [1] 184/5
consumption [7] 170/11 170/12 187/23 194/11 235/20 239/11 251/6
contact [4] 237/23 262/24 305/24 305/25
contemplating [1] 209/5
context [9] 168/3 169/17 179/6 239/9 251/8 252/22 252/23 280/5 280/8
contexts [1] 252/20
continue [3] 189/21 199/17 215/2
CONTINUED [1] 163/1
continues [1] 202/18
contractor [1] 221/2
contradicted [1] 285/3
contrary [1] 184/14
contribution [1] 168/15
conversation [2] 168/3 174/15
convicted [7] 228/11 289/8 291/23 292/1 292/17 301/16 301/19
conviction [1] 292/19
Cool [1] 276/24
copy [2] 248/9 248/17
corner [2] 176/20 215/10
correct [22] 181/20 207/1 208/3 208/7 210/6 210/14 212/2 212/3 214/9 218/18 221/3 223/15 231/20 234/25 238/10 239/7 256/10 256/20 266/13 279/9 283/25 307/3
correctly [2] 210/13 240/22
could [66] 165/23 166/6 169/4 172/23 173/3 173/5 176/11 178/1 178/11 178/13 180/8 184/24 185/3 185/20 189/8 192/15 195/17 196/20 200/3 203/25 206/11 208/19 210/19 219/1 219/3 220/2 220/7 221/21 225/12 231/8 235/1 236/14 236/20 238/22

consorted [1] 290/23
249/4 257/15 261/3 261/9 264/21 264/25 266/8 266/15 275/13 277/23 282/18 282/25 283/14 284/25 285/18 285/19 288/10 289/17 291/25 292/21 293/1 293/23 296/7 297/11 298/3 299/5 299/7 304/20 306/8
couldn't [9] 209/21 224/1 230/20 231/5 255/2 271/3 272/22 297/1 302/6
counsel [15] 167/2 176/1 187/4 189/1 189/6 198/10 211/2 216/18 222/4 229/12 239/1 278/5 291/11 294/11 303/3
counterpoint [1] 306/4
country [2] 191/3 265/2
couple [14] 169/13 179/15 179/22 180/5 180/9 198/19 199/24 200/19 219/3 231/10 231/11 247/25 270/16 275/8
course [8] 169/12 183/25 233/20 253/1 260/24 276/20 300/3 306/13
court [26] 162/1 164/2 190/17 191/23 204/4 204/14 205/4 207/18 237/7 252/15 263/6 263/17 277/6 292/20 296/25 297/2 297/4 297/7 297/10 297/16 299/4 305/4 305/21 306/6 306/19 306/24
courts [2] 199/14 273/13
cousin [1] 247/15
cousins [1] 226/10
cover [3] 180/14 203/4 251/16
coverage [10] 194/9 202/17 224/17 225/2 242/5 258/3 272/23 284/4 284/4 284/7
covered [1] 251/14

covers [1] 242/7
COVID [3] 206/6 206/10 206/13
COVID-related [1] 206/13
CR [1] 162/4
craft [1] 292/21
create [1] 303/6
credibility [3] 250/10 250/18 250/19
credible [3] 220/7 220/8 285/5
crime [17] 195/20 207/16 214/19 214/21 228/5 228/7 228/11 229/6 241/4 247/9 262/8 288/20 291/21 291/22 301/16 301/19 305/2
crimes [1] 240/24
criminal [7] 164/7 204/18 214/7 214/12 226/23 237/12 288/13
critical [2] 199/12 205/16
critically [1] 205/10
cross [1] 215/2
crossed [1] 214/24
crowd [1] 255/10
crowds [1] 288/8
CRR [2] 307/2 307/8
curiosity [2] 177/7 244/4
curious [3] 248/15 292/10 303/11
currently [4] 217/23 226/19 227/10 270/14
cut [1] 252/6

## D

D.C [20] 162/5 162/17 163/21 173/13 175/10 175/12 195/25 233/5 235/10 237/21 237/22 251/1 260/19 265/1 267/25 268/1 272/21 287/25 298/18 301/25
dad [2] 225/17 226/9
dad's [1] 263/19
daily [1] 234/12
damage [1] 267/21
danger [1] 221/9
data [2] 274/21 274/22
Date [1] 307/7
David [3] 163/10 164/9 199/4
David Moerschel [2] 164/9 199/4
day [61] 162/7 168/7 168/12 169/9 171/12 172/17 175/16 185/16 194/12 194/14 194/22 195/11 204/19 204/21 204/25 212/24 213/11 213/21 214/1 214/24 216/3 221/20 222/2 224/15 224/22 235/3 236/5 236/8

day... [32] 236/13 245/18 245/19 246/3 249/2 249/2 249/12 249/19 253/4 255/20 258/6 258/9 258/19 258/23 259/9 261/16 261/16 265/5 272/18 273/2 276/17 284/5 284/10 284/12 284/18 285/12 290/22 298/11 298/18 298/23 299/3 304/7

days [2] 265/5 276/15
deceased [1] 244/15
December [3] 162/5 267/15 307/7
decide [4] 183/14 203/14 240/25 241/3
deciding [2] 209/18 240/12
decision [4] 199/14 209/10 210/24 222/17
decision-makers [1] 199/14
decisions [1] 219/5
deep [3] 258/17 273/11 278/17
defendant [26] 163/2 163/6 163/10 163/18 164/8 164/8 164/9 164/10 164/13 164/14 164/15 164/17 208/9 208/24 209/17 209/19 209/19 209/20 209/21 210/13 210/16 283/11 291/2 291/5 292/2 297/17
Defendant 11 [1] 164/10
Defendant 8 [1] 164/9
defendant's [2] 208/24 217/8
defendants [53] 162/7 164/18 166/8 166/21 171/16 173/2 174/4 174/18 174/25 177/21 182/11 182/19 185/1 185/4 187/8 193/18 195/14 207/18 207/19 213/23 214/1 216/23 222/15 225/9 225/25 232/8 233/8 234/23 236/22 244/25 259/15 259/19 260/24 261/6 265/11 265/23 265/24 269/12 280/25 282/15 282/17 282/20 282/23 283/15 285/17 286/9 287/16 297/12 297/18 299/14 299/19 300/22 306/21
Defender [3] 273/20 273/20 274/4
defense [11] 176/1 187/4 188/25 189/6 216/18 229/12 239/1 264/8 274/4 289/23

defer [2] 305/8 306/18
defers [1] 306/4
defines [1] 262/12
definitely [9] 239/18 256/24 258/7 258/25 260/2 260/18 261/14 282/6 301/8
definition [1] 262/16
delay [1] 206/11
delays [1] 206/13
deliberations [1] 292/16
democracy [2] 199/13 243/2
Democrat [1] 174/13
democratic [1] 184/14
demographics [1] 252/8
demonstration [5] 173/9 232/24 260/15 275/13 287/8
demonstrations [3] 173/12 232/20 287/7
Department [6] 196/3 196/10 196/11 244/16 300/5 302/18
depending [1] 180/9
depth [2] 256/25 273/24
Deputy [3] 203/22 204/4 204/14
derivatives [1] 271/12
derives [1] 253/13
derogatory [1] 182/1
describe [10] 169/10 184/10 184/12 216/11 224/13 239/13 264/21 274/16 274/19 287/24
described [1] 188/12
description [1] 266/20
descriptive [2] 249/10 266/21
designed [4] 169/7 212/20 258/2 272/12
desire [2] 201/11 201/12
despite [1] 204/12
destruction [1] 267/16
detail [4] 210/2 210/4 210/5 231/7
detailed [1] 231/4
details [4] 230/23 240/15 284/16 295/21
determination [1] 183/1
determine [1] 179/4 189/13
determining [1] 200/17
devices [4] 202/3 202/4 202/7 203/10
dialogue [1] 191/12
did [51] 164/25 165/2 168/11 168/12 170/13 176/17 176/23 177/3 177/9 183/13 183/14 196/2 196/8 198/1 198/2 198/20 199/8

209/4 209/5 209/13 209/25 225/2 226/21 226/22 226/23 231/10 234/5 235/19 235/20 236/2 236/6 237/21 237/23 248/6 248/11 253/11 256/2 263/24 264/3 264/17 267/14 284/4 284/17 289/2 296/19 301/25 302/23 305/6
did you [9] 196/2 207/23 225/2 235/19 235/20 248/6 248/11 264/17 289/2
didn't [25] 164/23 168/25 169/15 169/15 176/21 179/18 187/17 192/2 195/7 196/7 210/16 215/15 216/2 258/17 264/4 264/15 267/20 267/22 267/23 268/1 276/8 292/15 296/21 296/22 303/10
differ [1] 280/18
difference [1] 174/13
differences [3] 264/18 264/20 264/22
different [33] 174/19 179/25 189/17 200/13 200/14 204/16 204/17 219/4 219/17 226/11 227/6 229/6 233/10 244/17 247/1 250/1 251/5 252/19 252/20 252/23 255/11 260/25 261/6 280/19 282/16 282/16 282/17 285/8 287/17 287/20 291/19 291/20 299/14
differentiate [1] 283/15
differentiated [1] 180/2
differently [5] 190/7 237/2 250/16 250/20 282/15
difficult [12] 208/10 216/6 234/13 234/16 234/19 236/19 236/21 236/21 247/18 248/19 268/20 289/12
difficulty [17] 195/13 207/13 213/24 214/11 214/13 214/15 233/11 243/7 263/21 270/1 274/6 280/23 281/2 285/4 285/21 288/9 301/9
dig [1] 239/19
direct [3] 279/13 291/18 294/4
direction [1] 204/8
directly [1] 187/16
disagree [1] 234/1
disagreed [1] 248/20
disagreement [1] 234/4
disagreements [1]

discern [2] 178/13 185/25
discuss [2] 290/21 292/24
discussed [2] 205/8 260/7
discussion [1] 172/11
dismissed [1] 203/7
dispute [1] 179/3
disrupt [1] 206/7
distance [1] 235/24
DISTRICT [6] 162/1 162/1 162/10 191/2 228/22 229/1
disturbance [1] 171/6
disturbed [1] 181/17
disturbing [6] 169/14 171/4 171/8 180/24 181/16 182/17
diving [1] 258/17
divisions [1] 302/19
do [171]
do you [8] 170/16 172/11 174/8 234/5 234/14 260/6 278/22 284/8
do you believe [1] 193/4
do you have [20] 168/6 174/8 193/6 193/13 197/19 197/25 223/24 233/13 234/6 239/24 250/5 250/24 252/1 253/11 257/17 261/12 267/6 267/9 279/21 284/15
do you know [9] 193/3 219/19 273/15 281/22 281/23 289/7 296/23 296/24 297/4
do you recognize [1] 257/7
do you understand [1] 186/16
does [19] 174/21 178/14 183/7 209/17 209/20 218/24 228/25 232/9 242/25 245/4 247/3 257/11 265/6 265/7 273/15 273/23 274/4 290/4 294/18
doesn't [9] 176/6 189/19 193/10 219/2 247/5 250/17 290/6 294/19 305/8
dogs [1] 175/10
doing [28] 165/18 166/22 166/24 171/18 179/2 192/10 195/14 202/15 207/3 210/1 211/14 211/20 214/2 218/10 223/8 230/6 240/13 241/20 243/7 256/8 268/11 273/4 275/1 279/11 281/3 285/21 293/11 295/8
don't [95] 166/11

172/19 171/10 171/19 172/19 174/12 174/22 175/4 176/6 177/13 177/17 178/2 178/7 178/10 178/10 179/7 180/4 182/22 183/13 186/11 186/22 187/25 188/13 188/21 190/10 191/8 194/16 197/23 198/3 198/6 213/1 213/3 219/15 219/23 221/1 221/23 222/1 226/25 227/18 229/18 231/7 232/12 233/1 236/24 237/16 246/10 248/14 249/24 250/2 251/16 253/14 253/14 254/12 255/2 257/21 258/1 258/10 258/25 259/2 259/20 260/3 260/10 261/15 269/7 271/8 271/11 271/17 273/5 273/12 273/25 274/7 274/9 275/14 276/12 278/4 278/23 281/4 281/5 284/11 286/15 286/16 288/4 290/18 292/22 298/25 299/17 299/23 301/2 301/12 302/8 303/15 303/16 303/17 303/20 304/22
Donald [7] 173/25 197/18 197/20 198/1 249/22 249/24 250/4
Donald Trump [6] 197/18 197/20 198/1 249/22 249/24 250/4
Donald Trump's [1] 173/25
done [9] 171/21 171/21 190/2 204/25 220/24 239/19 251/18 270/12 291/2
doors [1] 181/13
DOT [1] 232/6
doubt [5] 208/24 257/17 259/13 283/18 283/20
Douyon [17] 167/5 187/11 198/12 201/4 206/16 211/9 217/15 222/20 229/15 241/8 254/16 268/3 276/22 278/20 291/9 294/23 304/1
down [6] 175/12 191/24 224/21 249/18 276/3 304/1
downstairs [2] 215/22 215/25
draw [1] 292/22
dressed [1] 193/18
drilling [1] 191/24
driver [1] 301/21
due [1] 172/5
Duncan [2] 257/24 257/25

# D

**Dunn [4]** 283/24 284/2
284/23 285/13
**Dunn's [1]** 285/3
**duration [3]** 176/22
180/9 304/21
**during [12]** 166/10
172/11 202/7 203/19
204/2 204/6 204/12
205/22 217/21 260/24
273/11 283/8
**duty [5]** 180/20 199/15
213/19 300/18 300/20

# E

**each [6]** 190/8 191/23
200/24 201/6 206/17
216/7
**earlier [8]** 166/3 171/2
185/14 187/21 205/8
205/10 206/15 239/15
**earliest [1]** 294/7
**early [1]** 203/21
**ears [1]** 193/9
**East [1]** 235/10
**easy [1]** 182/3
**ECF [1]** 305/6
**economist [1]** 290/8
**edge [1]** 209/9
**editing [1]** 248/17
**editor [1]** 248/9
**educational [2]** 169/16
181/1
**Edward [4]** 163/19
164/10 164/13 199/5
**Edward Vallejo [2]**
164/10 199/5
**Edwards [15]** 162/15
164/12 175/23 187/1
196/23 216/9 217/18
229/10 238/24 247/21
255/16 264/6 274/11
289/21 302/12
**effect [1]** 245/2
**effort [1]** 234/12
**efforts [1]** 180/17
**eight [3]** 191/5 218/24
275/3
**either [11]** 195/12
226/11 226/21 226/22
251/6 259/22 284/8
293/19 293/24 299/19
305/23
**elaborate [4]** 178/1
230/17 235/8 287/2
**election [10]** 173/25
186/22 240/2 246/9
246/16 250/6 250/15
250/17 251/2 299/19
**element [1]** 240/24
**elementary [1]** 170/9
**elements [3]** 241/3
241/4 291/3
**else [14]** 168/21 191/3
218/25 219/3 237/21
279/25 281/8 282/19
292/18 300/1 300/15
300/16 302/1 304/13

**elsewhere [2]** 220/2
228/23
**email [8]** 162/18 163/5
163/8 163/13 163/17
163/22 202/11 304/25
**embarrass [1]** 201/12
**emotion [1]** 248/24
**emotionally [1]** 248/19
**employed [11]** 220/1
225/15 232/1 232/3
232/10 244/11 286/1
286/3 286/12 299/25
300/4
**employee [3]** 244/22
245/2 300/24
**employees [3]** 218/17
244/20 244/20
**employment [2]**
246/22 286/11
**enabled [1]** 202/2
**encountered [1]**
230/19
**end [8]** 179/16 180/20
204/21 210/25 252/13
262/14 304/7 305/6
**ended [1]** 247/1
**enforcement [21]**
181/7 196/16 196/19
196/20 227/4 227/13
227/14 227/23 227/25
237/24 238/17 238/20
246/22 246/23 247/3
247/6 253/17 254/7
261/22 261/25 262/5
**engage [1]** 222/13
**engineer [1]** 302/24
**English [1]** 179/25
**enlisted [1]** 300/8
**enough [6]** 183/23
189/9 254/14 270/6
273/16 274/8
**ensuring [1]** 205/17
**entered [2]** 189/23
198/25
**entering [1]** 240/20
**entire [2]** 203/25 265/2
**entitled [1]** 233/24
**ephemera [1]** 246/8
**episode [2]** 237/24
238/12
**ER [1]** 237/8
**escort [1]** 201/4
**especially [1]** 251/19
**estimate [1]** 276/15
**et [2]** 162/6 272/7
**evaluate [9]** 189/23
220/2 220/3 225/8
259/18 266/16 282/19
284/25 297/11
**evaluating [2]** 243/8
280/24
**evaluation [1]** 297/17
**even [16]** 166/8 166/17
177/25 182/17 183/1
202/19 229/1 235/21
241/2 254/25 255/22
260/3 265/15 278/23
284/22 303/17

**event [5]** 169/19
192/24 224/18 239/10
280/11 280/12 289/2
296/8 301/23
**events [58]** 168/4
168/7 169/9 169/11
170/13 171/12 172/23
175/16 191/1 194/10
194/12 194/22 195/11
202/22 203/5 212/21
212/23 213/9 213/11
213/21 213/25 220/12
221/9 221/18 221/20
221/24 224/13 224/15
224/22 225/1 225/6
230/15 235/21 236/5
244/1 255/20 255/23
258/4 258/6 258/23
259/8 259/22 260/8
272/14 272/17 272/20
273/2 280/13 281/15
284/10 285/12 285/14
292/25 298/11 298/20
298/22 299/3 301/10
**eventually [1]** 248/11
**ever [23]** 175/6 214/18
225/15 226/7 226/15
227/3 231/25 235/5
237/6 244/11 245/7
246/21 247/8 248/18
261/22 262/8 263/5
273/7 286/1 288/20
300/3 301/4 301/15
**every [10]** 180/1
191/11 191/12 240/24
245/17 249/2 249/2
270/16 283/11 286/20
**everybody [3]** 185/18
304/10 304/13
**everyone [9]** 164/5
164/20 186/2 186/23
198/16 205/19 229/17
229/23 234/20
**everything [6]** 209/7
210/1 215/15 242/17
276/17 280/16
**everywhere [4]** 169/13
170/25 195/2 272/23
**evidence [59]** 166/20
171/16 173/1 174/24
175/2 177/20 185/1
187/6 187/7 189/7
191/5 191/6 195/15
201/17 203/14 207/16
208/5 213/21 222/14
225/8 235/3 240/9
240/21 243/8 250/11
251/5 252/12 252/22
255/6 257/20 259/10
259/14 259/19 265/10
265/22 269/11 269/14
269/25 273/3 280/18
280/24 282/17 282/19
282/21 283/1 283/9
283/12 283/16 285/2
285/7 285/9 285/16
288/7 291/1 291/21
292/2 297/12 297/18

**ex [1]** 278/1
**exactly [3]** 227/18
227/20 253/15
**example [6]** 178/25
181/16 193/5 202/24
269/24 281/24
**Examples [1]** 181/18
**except [1]** 215/16
**exception [1]** 205/23
**exceptional [1]** 235/23
**exceptions [1]** 198/19
**excuse [2]** 165/24
207/7 221/7 254/22
260/13 291/13
**excused [4]** 204/20
205/5 205/7 205/8
**exercise [4]** 189/25
190/2 190/3 222/13
**exist [1]** 189/16
**existed [1]** 295/18
**existence [1]** 303/9
**exonerating [1]** 190/15
**expect [1]** 171/10
**experience [17]** 216/5
221/25 222/14 235/19
235/21 248/16 248/22
248/23 249/5 263/20
264/17 287/24 288/15
288/23 289/11 289/16
302/6
**experienced [3]**
221/20 236/13 253/3
**experiences [6]** 166/19
214/14 247/17 263/19
287/24 290/21
**explain [2]** 174/14
176/11
**expo [1]** 180/8
**exposed [1]** 258/4
**exposure [6]** 169/8
194/9 213/9 224/12
224/14 259/24
**extend [1]** 199/6
**extensively [1]** 239/20
**extent [6]** 172/22 191/8
213/8 214/11 225/4
285/13
**extra [1]** 180/5
**extraordinary [1]**
219/14
**Eye [1]** 163/20
**eyes [2]** 203/21 250/11

# F

**face [2]** 197/11 293/11
**Facebook [1]** 202/13
**faced [1]** 249/3
**fact [36]** 177/3 177/8
177/9 178/3 178/4
179/2 193/11 203/2
208/8 208/10 209/18
217/7 217/9 226/1
228/25 232/9 233/9
240/13 245/1 250/9
253/6 254/23 255/12
255/20 257/11 269/24
271/21 274/3 281/22

**ex [1]**
292/1 297/9
297/11 297/15 300/24
304/24
**factor [1]** 272/21
**facts [6]** 178/5 217/3
217/5 217/5 251/5
255/1
**fails [1]** 208/23
**fair [40]** 170/12 171/16
172/5 173/2 174/17
175/3 183/23 185/3
190/18 190/24 191/19
200/17 205/17 213/22
216/6 221/21 226/3
229/2 232/11 236/15
242/12 242/12 242/16
242/19 244/5 245/3
254/14 255/22 268/20
270/6 271/1 274/6
283/8 285/17 286/14
286/16 286/22 289/17
301/3 302/7
**fairest [1]** 201/13
**fairly [20]** 166/7 166/13
174/5 175/20 177/24
190/16 193/19 214/1
220/2 225/8 233/11
235/12 257/19 259/14
259/18 261/1 297/13
299/16 301/1 302/9
**fall [2]** 271/14
**falls [1]** 271/22
**familiar [5]** 192/25
200/13 200/23 201/18
219/22
**familiarity [1]** 193/2
**family [45]** 173/8
194/15 195/19 202/12
214/18 221/9 225/15
226/7 226/15 227/3
228/4 229/5 231/25
232/14 232/19 235/7
235/13 237/6 244/11
245/7 245/14 246/21
247/8 247/10 247/12
247/13 257/5 260/14
261/21 262/4 262/8
263/5 270/8 270/11
273/7 286/1 286/2
287/1 287/6 288/20
299/25 300/14 300/14
301/14 303/21
**fantasy [1]** 197/9
**Fascists [1]** 267/12
**fast [1]** 276/18
**father [5]** 226/2 263/8
287/3 300/19 302/21
**fathom [2]** 169/22
170/3
**favor [1]** 177/3
**FBI [3]** 227/6 227/10
227/10
**fear [6]** 236/7 236/10
236/12 236/13 246/6
249/19
**fears [1]** 195/21
**feature [2]** 199/13
204/16

**F**

**features [1]** 204/15
**federal [17]** 225/15
225/19 232/1 232/4
232/10 244/11 244/20
244/21 244/25 245/2
262/2 286/1 286/3
288/2 300/1 300/4
300/24
**feedback [1]** 178/24
**feel [35]** 165/17 165/18
166/13 177/14 177/15
192/9 192/10 200/23
201/18 201/24 202/2
207/2 211/19 218/9
223/7 230/5 241/19
256/7 260/4 266/9
266/21 268/10 269/2
269/4 270/19 271/8
271/20 272/20 276/16
276/17 279/10 286/19
293/10 295/7 296/7
**feeling [3]** 197/25
276/14 295/19
**feelings [4]** 249/11
249/13 255/20 268/19
**feels [1]** 269/22
**felt [5]** 198/5 215/4
249/19 295/19 298/15
**ferret [1]** 190/21
**few [9]** 190/25 195/21
215/6 218/19 222/12
258/15 265/4 265/5
282/25
**fewer [1]** 264/24
**field [3]** 226/16 248/16
273/7
**fifth [1]** 175/13
**figured [1]** 194/18
**filed [1]** 304/17
**fill [2]** 219/1 219/3
**filled [1]** 223/17
**filtering [1]** 165/1
**final [2]** 204/21 301/20
**Finally [1]** 205/19
**find [4]** 179/20 190/24
220/7 234/18
**finding [1]** 285/4
**fine [5]** 184/2 277/3
277/4 278/4 279/6
**finished [2]** 204/24
275/2
**firearm [2]** 269/11
269/13
**firearms [5]** 268/19
268/20 269/4 269/14
269/25
**firm [2]** 226/22 262/15
**first [16]** 165/5 167/13
167/18 179/19 182/14
194/24 206/1 217/24
218/1 218/13 219/20
223/10 268/15 279/13
293/13 295/11
**fit [1]** 289/9
**five [6]** 173/9 232/20
260/15 287/9 287/10
287/13

**FL [2]** 163/12 163/16
**Florida [1]** 304/23
**focus [12]** 166/20
171/15 173/1 184/25
185/22 213/21 225/7
235/2 259/10 273/3
285/16 299/3
**focused [1]** 191/5
**folks [11]** 165/1 165/4
188/21 190/23 190/24
191/18 198/22 212/13
236/2 257/19 272/7
**follow [22]** 170/23
175/23 186/25 196/20
196/23 203/4 205/10
207/21 208/4 209/1
209/23 213/1 225/2
229/10 238/22 258/22
259/1 264/6 288/15
289/20 291/25 302/12
**follow-up [8]** 175/23
186/25 196/23 229/10
264/6 289/20 291/25
302/12
**followed [4]** 194/18
212/23 224/25 298/19
**followers [1]** 202/12
**following [10]** 192/23
204/9 205/16 207/14
213/5 214/14 220/12
228/1 258/12 296/20
**follows [1]** 201/1
**football [1]** 197/9
**forbidden [1]** 203/16
**force [8]** 226/1 232/9
245/1 270/17 287/4
300/20 300/24 302/25
**forces [6]** 226/7 232/15
245/8 270/9 270/15
287/1
**foregoing [1]** 307/3
**formal [1]** 207/17
**formed [1]** 298/21
**former [14]** 174/4
174/10 175/1 177/4
177/10 233/14 233/17
233/18 234/17 235/2
240/1 250/25 254/7
261/13
**Fort [1]** 163/12
**forth [1]** 265/12
**fortunately [1]** 274/8
**forward [2]** 188/20
190/6
**found [4]** 187/21
187/22 208/25 248/19
**founded [1]** 184/15
**four [5]** 185/1 185/20
185/22 188/5 222/14
**frankly [3]** 169/14
189/14 189/18
**fraudulently [1]** 299/20
**free [16]** 165/17 192/9
201/24 202/2 207/2
211/19 218/9 223/7
230/5 241/19 256/7
279/10 293/10 295/7

**Friday [1]** 294/19
**friend [36]** 173/8
195/19 202/12 214/18
225/14 226/7 226/15
227/2 228/4 228/10
228/21 228/25 231/25
235/7 237/6 244/11
245/7 245/14 246/21
247/8 260/14 261/21
262/8 262/12 263/5
270/8 270/15 273/7
273/15 274/3 285/25
287/1 288/19 299/25
300/14 301/14
**friend's [1]** 263/20
**friendly [1]** 196/14
**friends [15]** 227/5
227/9 227/12 229/5
232/14 232/19 258/11
262/4 262/20 270/12
273/10 286/3 286/6
287/5 303/21
**front [14]** 165/22
167/16 175/11 211/21
223/9 230/8 241/21
256/13 268/13 277/15
279/12 286/21 293/12
295/10
**full [1]** 210/2
**fully [5]** 203/7 240/18
270/3 271/17 272/22
**fundamental [1]**
199/12
**further [9]** 177/17
191/24 205/1 205/5
249/8 254/17 276/8
297/5 304/1

**G**

**garb [2]** 193/18 249/18
**gave [1]** 165/5
**gay [1]** 182/1
**general [18]** 173/22
178/8 178/9 178/13
185/21 193/2 197/21
198/3 212/22 224/23
233/19 239/24 250/24
261/12 267/18 272/16
292/23 295/18
**generalize [1]** 234/9
**generally [8]** 169/9
172/17 194/11 196/13
224/14 224/17 297/16
298/12
**gentlemen [3]** 171/20
183/13 199/1
**Georgia [1]** 247/14
**get [25]** 164/23 164/25
165/2 169/7 170/9
177/7 179/9 180/1
188/13 188/21 191/7
191/19 199/6 199/9
202/14 212/20 216/2
255/2 258/3 265/21
272/13 278/13 284/4
298/10 306/22
**gets [1]** 198/16

**getting [1]** 274/25
**gigantic [1]** 179/16
**girl [1]** 274/25
**give [16]** 172/1 181/16
192/1 194/10 196/18
212/22 213/9 217/4
230/21 258/4 269/25
272/16 274/5 276/14
278/10 304/1
**given [7]** 204/25 217/3
217/3 227/23 238/17
238/19 296/8
**giving [1]** 230/22
**gmail.com [2]** 163/5
163/8
**go [13]** 176/8 191/25
197/13 198/22 213/2
217/5 256/14 263/15
263/16 290/12 293/13
300/12 304/14
**go ahead [1]** 300/12
**God [1]** 278/2
**goes [3]** 186/2 190/7
190/22
**going [47]** 164/21
177/11 188/6 188/8
188/9 189/4 190/7
190/14 190/25 191/14
191/18 191/20 197/18
199/17 199/18 203/5
206/3 209/7 212/18
213/6 213/17 215/17
215/21 215/24 230/8
241/2 247/1 249/12
256/12 256/13 258/8
258/10 258/14 265/25
266/8 267/15 270/13
276/4 276/5 276/8
276/11 283/7 284/3
291/21 292/6 292/10
298/6
**gone [5]** 179/11 200/11
224/21 236/3 265/20
**good [46]** 164/4 164/6
164/20 165/13 165/14
165/15 167/11 167/12
177/18 177/19 192/6
196/14 196/24 196/25
199/2 200/5 206/23
211/6 215/11 216/11
216/19 218/6 223/4
230/1 230/2 239/22
240/7 241/15 241/16
247/22 247/23 249/10
250/22 250/23 251/12
251/13 256/6 264/10
268/6 268/7 274/13
274/15 275/6 289/25
290/1 290/25
**good morning [27]**
164/4 164/20 165/13
165/14 177/18 177/19
192/6 196/24 196/25
199/2 200/5 216/11
216/19 218/6 230/1
230/2 239/22 240/7
241/15 241/16 247/22
247/23 249/10 250/22

**Gorda [1]** 163/16
**gosh [2]** 215/13 215/25
**got [21]** 170/10 171/9
188/5 188/20 190/23
191/15 195/21 197/12
201/2 214/23 220/25
221/4 227/21 228/20
238/11 246/19 253/2
262/21 296/20 301/22
302/20
**govern [1]** 207/12
**government [34]**
162/14 164/12 188/7
189/19 208/23 217/20
225/16 226/1 227/7
229/2 232/1 232/9
236/20 241/4 244/12
245/1 247/24 263/14
279/24 280/3 286/2
286/4 286/10 286/11
286/12 289/21 290/2
299/9 300/1 300/4
300/23 302/7 305/8
306/16
**government's [1]**
188/4
**grad [1]** 275/2
**grade [2]** 170/8 175/13
**graduation [1]** 175/13
**grandfather [1]** 300/17
**grandfathers [1]**
300/17
**grandmother [1]**
244/14
**grapple [1]** 248/18
**gratitude [1]** 199/7
**great [5]** 197/15 198/14
274/14 275/22 290/11
**greater [4]** 170/13
196/18 227/23 238/19
**grocery [1]** 206/3
**grounds [11]** 175/7
175/17 175/18 175/19
235/6 235/12 237/18
245/13 287/23 288/1
301/5
**group [15]** 164/23
164/25 165/5 165/6
170/7 184/4 184/13
184/25 185/22 198/17
224/4 228/7 253/19
291/12 304/4
**group's [1]** 231/1
**groups [9]** 246/10
251/14 251/15 251/15
251/19 252/2 252/2
271/10 280/11
**growing [1]** 270/12
**Guard [1]** 221/15
**guess [17]** 178/6 193/8
198/3 210/2 210/19
225/18 228/12 228/13
257/24 258/24 259/2
262/12 267/21 268/24
271/9 281/20 282/4
**guilt [2]** 208/24 283/12
**guilty [13]** 187/8

**G**

guilty... [12] 190/14
208/10 208/25 209/19
281/19 281/23 281/24
282/7 282/10 282/24
290/4 291/20
gun [4] 252/8 269/2
270/3 270/4
guys [1] 179/13

**H**

Hackett [6] 163/6
164/9 164/14 199/4
305/17 306/10
Hackett's [2] 304/14
304/22
had [55] 168/24 169/9
174/25 175/10 176/10
177/6 177/8 179/19
184/19 185/18 191/4
191/25 194/3 195/22
209/12 212/12 213/8
215/20 219/19 224/3
224/13 224/14 229/5
231/16 236/9 237/9
238/8 243/12 243/18
245/13 245/24 248/18
249/11 254/2 256/1
257/5 258/8 259/25
260/25 263/15 265/12
266/11 269/20 269/21
270/11 270/11 275/12
275/24 290/20 291/2
295/18 297/20 303/8
304/19 306/16
hadn't [1] 246/17
half [3] 176/19 215/3
276/2
Halim [5] 163/6 164/14
165/8 278/24 292/3
halt [1] 218/25
hand [1] 199/20
handbag [1] 215/4
hands [1] 199/19
Hang [1] 291/16
hanging [2] 182/7
214/25
happen [4] 203/20
204/7 237/21 301/25
happened [27] 168/16
169/13 169/17 169/18
170/4 170/25 171/6
172/8 172/15 173/14
176/20 176/22 182/14
183/10 183/11 185/10
194/14 222/2 224/18
238/2 277/18 282/25
288/25 297/2 302/2
304/16 305/13
happening [9] 177/1
205/14 235/25 245/23
267/18 269/3 276/7
276/12 301/10
happens [1] 170/17
happy [2] 190/16
305/18
hard [13] 166/24 171/1
179/17 180/16 180/19
186/15 222/17 269/1
269/3 286/20
hardship [6] 179/10
180/12 218/14 219/8
219/16 293/14
harm [1] 246/17
Harrelson [5] 169/1
194/4 212/14 224/5
297/22
Harry [2] 283/24 284/2
Harry Dunn [2] 283/24
284/2
has [43] 170/13 173/8
190/13 195/19 197/10
202/20 209/19 212/7
214/18 224/21 225/15
226/7 226/15 228/4
228/7 231/25 236/20
245/7 247/8 252/22
254/3 254/23 255/16
255/20 260/15 261/22
262/8 263/5 270/11
272/1 275/13 281/14
283/11 284/9 284/11
286/1 287/1 288/20
291/22 292/1 299/25
301/15 306/10
hats [1] 246/15
have [254]
haven't [6] 169/20
171/21 192/23 290/20
296/11 303/14
having [8] 177/11
191/1 244/6 259/7
259/8 265/15 266/1
284/24
he [45] 179/2 180/8
187/16 187/17 187/17
187/18 187/22 188/2
188/11 188/12 188/12
188/14 203/22 215/4
215/11 215/17 215/23
246/25 247/3 247/5
263/9 263/11 263/13
263/15 263/16 273/13
273/19 273/23 284/4
284/8 284/11 284/17
284/19 287/3 289/9
291/15 300/5 300/7
300/7 300/9 302/17
302/18 302/18 302/23
302/24
he said [4] 180/8
187/17 187/18 291/15
he'll [1] 258/1
he's [6] 214/24 266/23
267/1 273/20 273/25
304/25
headline [3] 257/12
282/11 296/19
headlines [17] 192/22
230/14 230/18 239/17
239/18 248/9 256/24
257/2 257/18 258/16
281/18 282/1 282/5
282/6 282/18 283/4
297/6
health [3] 274/17
274/23 293/16
heaps [1] 260/1
hear [22] 174/11 175/2
177/20 177/22 178/23
180/11 188/9 190/16
197/18 205/18 210/13
235/24 245/20 251/4
252/19 252/21 263/25
264/4 265/10 277/20
284/22 306/17
heard [58] 167/20
167/23 168/1 171/15
181/2 181/17 183/3
185/5 185/5 188/18
192/18 192/19 193/23
193/24 194/3 194/6
203/17 211/25 212/12
213/20 223/13 223/24
224/3 230/11 230/13
231/17 239/3 239/8
240/9 241/25 242/2
242/18 243/13 243/14
243/19 251/7 251/24
252/15 252/15 252/16
254/1 254/3 256/17
267/5 267/7 270/24
271/7 279/15 279/17
280/20 280/23 281/11
284/24 291/1 295/14
295/16 295/18 297/21
hearing [4] 191/5
252/12 280/18 285/9
hearings [6] 171/24
172/1 172/2 172/11
259/24 259/25
Hello [2] 216/20 293/7
help [2] 218/23 220/15
helpful [3] 269/8
270/21 276/19
her [11] 254/25 255/9
255/12 255/15 255/18
291/18 292/6 292/14
292/20 304/25 305/24
here [36] 164/24
171/11 173/12 175/10
175/12 182/16 184/9
187/5 188/5 191/1
191/6 193/15 198/18
199/2 200/23 201/2
204/5 206/2 206/3
208/19 210/23 215/7
216/23 217/7 222/24
225/5 239/14 253/7
258/1 260/19 273/3
274/4 278/15 301/7
304/11 306/11
here's [2] 304/16
305/13
hesitation [1] 291/4
hey [1] 217/5
HI [23] 163/4 167/10
192/5 192/6 206/22
218/5 229/25 230/1
239/22 239/23 240/8
241/14 250/22 256/5
268/5 275/6 275/7
277/2 279/5 289/25
Hill [11] 221/8 221/19
235/7 235/9 235/10
236/18 236/18 245/16
290/10 290/17 290/22
him [13] 177/17 187/16
188/17 215/6 215/12
219/23 254/21 257/5
273/22 284/4 284/24
285/4 305/1
his [15] 187/20 187/20
187/23 196/6 217/24
238/1 263/8 263/14
284/5 284/9 284/12
284/17 284/17 284/25
304/18
historical [1] 181/1
history [3] 169/16
242/5 242/7
HIV [1] 274/22
hobby [1] 197/9
hold [9] 174/8 174/18
174/19 209/21 218/21
233/9 234/5 234/14
297/15
holds [1] 239/16
home [7] 214/23 215/3
215/14 215/19 235/17
235/22 265/6
honest [3] 166/25
178/23 298/8
honestly [5] 220/3
271/3 272/3 272/19
288/6
Honor [52] 164/6
165/11 167/3 167/4
167/8 167/25 175/24
176/2 176/6 184/18
185/7 185/24 187/15
188/15 188/18 189/22
190/9 191/22 192/4
206/20 211/3 211/4
211/5 211/6 211/7
211/11 217/23 218/4
223/1 229/11 229/13
238/25 241/12 253/20
254/20 254/22 255/8
255/13 256/3 264/7
276/25 278/6 279/3
289/22 289/24 291/13
292/8 293/5 294/12
294/25 302/13 306/15
HONORABLE [3]
162/9 164/3 229/21
hope [1] 166/23
hopefully [4] 206/12
304/4 304/7 304/9
hoping [1] 179/13
horrified [1] 221/8
Hospital [1] 216/12
hour [1] 229/18
hours [4] 172/9 180/5
265/5 276/15
house [5] 183/4 220/19
245/20 258/9 276/2
housekeeper [1]
216/13
how [62] 164/21
274/1 293/16
Filed 02/03/23 Page 295/22 295/21
295/24 295/1 15
295/13 297/2
how are [1] 211/15
however [9] 181/7
184/1 200/18 202/4
204/22 205/9 205/22
269/12 299/20
hugely [1] 183/11
Hughes [2] 162/14
164/12
huh [14] 195/3 213/15
225/20 237/22 240/6
271/24 272/15 285/10
288/16 289/19 294/10
296/9 302/4 303/23
huh-uh [3] 271/24
289/19 303/23
hunting [1] 265/15
husband [5] 232/3
232/10 232/16 300/4
302/15
hyperbole [1] 266/17

**I**

I also [2] 204/10
288/11
I am [5] 165/16 235/11
262/24 274/21 286/5
I apologize [1] 306/5
I assume [2] 217/20
298/7
I believe [12] 185/10
186/2 210/24 237/13
257/3 265/4 282/12
282/25 284/19 286/22
292/14 296/25
I can [5] 217/5 221/23
266/15 270/14 288/22
I can't [4] 176/9 215/7
221/10 248/3
I cannot [1] 209/12
I couldn't [1] 231/5
I did [4] 209/4 209/13
209/25 296/19
I didn't [10] 169/15
169/15 176/11 192/2
196/7 264/4 268/1
296/21 296/22 303/10
I didn't see [2] 267/20

**I**

**I didn't see... [1]**
267/22
**I don't [38]** 170/22
171/10 174/12 178/10
178/10 186/22 188/13
191/8 197/23 198/6
213/1 213/3 221/23
222/1 237/16 246/10
248/14 249/24 250/2
253/14 253/14 260/3
261/15 271/8 271/17
273/12 273/25 274/7
274/9 278/23 286/15
286/16 298/25 299/17
299/23 301/2 303/17
303/20
**I don't have [4]** 177/17
231/7 258/1 288/4
**I don't recall [1]**
172/19
**I guess [16]** 178/6
193/8 198/3 210/19
225/18 228/12 228/13
257/24 258/24 259/2
262/12 267/21 268/24
271/9 281/20 282/4
**I have [30]** 166/12
169/24 170/1 170/20
178/8 179/25 220/22
220/23 226/19 227/5
232/23 233/16 233/20
239/19 247/12 255/18
262/15 267/8 275/8
275/16 277/5 279/18
280/5 280/6 281/18
288/2 298/19 300/3
301/6 306/2
**I haven't [4]** 169/20
192/23 296/11 303/14
**I just [9]** 217/25 244/9
262/1 265/5 270/4
285/13 294/16 295/18
303/10
**I know [16]** 165/8
166/13 178/8 199/8
215/11 217/25 228/10
271/9 273/10 273/13
273/19 276/3 279/18
290/18 295/25 296/21
**I mean [20]** 176/13
178/22 180/15 180/20
187/16 221/24 233/23
234/18 236/6 236/9
236/17 239/15 255/16
255/17 267/11 268/24
282/4 283/5 298/14
300/2
**I should [3]** 172/24
197/14 237/13
**I think [62]** 166/11
171/5 172/7 173/3
175/12 176/13 177/14
178/7 178/16 180/4
180/15 180/15 180/17
180/19 182/24 182/24
183/10 183/10 185/7
185/9 185/25 186/5

190/11 190/16 190/17
190/20 191/13 196/12
197/2 210/20 217/24
218/17 221/13 222/16
231/1 233/23 236/6
236/9 249/23 250/1
255/6 255/15 255/23
257/15 260/20 261/3
261/9 262/1 266/23
267/1 270/16 272/20
275/20 287/10 287/11
291/18 304/6 306/9
306/15
**I thought [4]** 192/1
214/25 215/12 264/1
**I understand [9]**
183/25 188/3 188/25
189/6 190/1 190/3
190/5 255/16 277/9
**I want [3]** 199/6 199/15
275/19
**I was [21]** 177/1
179/14 197/5 209/5
214/22 215/2 216/2
235/18 237/19 245/24
248/2 258/11 258/13
260/4 260/18 262/22
267/20 270/13 288/23
302/25 305/9
**I went [2]** 215/14
287/11
**I will [4]** 205/22 217/4
239/16 255/15
**I work [3]** 245/21
274/21 274/22
**I would [1]** 202/4
**I wouldn't [7]** 174/15
182/14 183/14 183/20
217/4 266/9 291/6
**I'd [9]** 180/16 187/15
240/17 261/20 287/11
288/11 291/13 298/14
298/17
**I'll [18]** 165/4 167/17
188/17 189/14 207/5
211/22 218/12 223/10
241/22 255/13 268/15
272/11 275/11 277/16
279/2 279/13 285/23
295/11
**I'm [72]** 169/23 178/12
178/20 178/21 179/1
181/23 183/23 186/17
190/16 191/10 192/24
197/7 199/17 199/18
203/5 208/19 209/8
210/1 210/3 210/20
210/23 211/14 211/16
212/18 213/5 215/8
215/12 215/24 216/13
219/4 219/5 220/16
221/11 226/13 230/8
231/11 234/16 237/8
240/18 242/3 242/8
245/22 253/8 254/20
254/22 255/4 256/12
256/13 256/16 258/12

264/5 265/21 265/22
266/25 268/7 269/4
270/3 274/24 277/3
277/4 277/20 279/19
286/22 287/12 288/25
292/6 292/10 292/19
305/1
**I'm going [7]** 199/17
199/18 203/5 212/18
215/24 230/8 256/12
**I'm not [9]** 181/23
183/23 191/10 213/5
234/16 253/8 265/22
292/6 305/1
**I'm not sure [5]** 178/12
178/20 240/18 255/4
262/15
**I'm sorry [13]** 169/23
197/7 210/3 221/11
226/13 231/11 254/20
256/16 263/24 264/3
264/5 266/25 288/25
**I'm sure [1]** 258/12
**I've [26]** 168/1 173/12
179/21 185/9 190/2
190/23 191/15 191/22
193/8 200/1 201/3
213/12 239/18 239/19
242/4 249/14 256/24
259/3 270/2 270/10
282/5 287/25 288/1
301/7 301/8 303/13
**idea [3]** 177/14 178/9
223/24
**ideas [1]** 252/7
**identified [2]** 283/24
298/6
**ideological [1]** 271/14
**ideologically [1]**
193/10
**ideology [5]** 193/5
223/25 231/1 279/21
296/5
**ignorance [1]** 197/7
**illegally [2]** 269/13
269/21
**imagery [2]** 171/7
182/7
**images [1]** 182/20
**imagine [2]** 286/20
288/10
**immediate [1]** 231/6
**immediately [4]** 203/21
204/5 204/19 305/17
**impact [4]** 274/9
287/18 287/21 290/5
**impartial [30]** 171/17
173/2 175/3 185/4
185/9 185/12 189/2
189/13 190/24 191/19
200/17 201/14 205/17
213/22 221/21 221/24
226/3 232/11 236/15
240/21 242/16 242/19
242/21 245/3 268/21
285/17 286/14 286/16
286/23 289/18

174/5 175/20 193/20
214/1 225/8 233/11
257/19 259/14 259/18
261/2 297/13 299/16
301/1
**important [6]** 199/15
202/6 202/19 205/10
248/23 293/16
**importantly [1]** 202/21
**impression [5]** 191/1
191/24 196/9 239/24
303/15
**impressions [15]**
182/20 184/22 185/21
191/16 233/13 234/6
242/23 243/6 255/19
261/12 267/9 267/13
298/21 298/24 303/12
**inappropriate [1]**
190/11
**inception [1]** 255/22
**incident [2]** 237/9
238/12
**incidents [1]** 176/20
**include [2]** 210/12
235/22
**included [1]** 305/6
**includes [2]** 202/17
218/15
**including [4]** 189/4
206/10 221/16 254/6
**incompetence [1]**
195/2
**inconsistent [1]** 251/9
**Indeed [1]** 199/12
**independent [4]**
205/13 257/16 261/4
261/10
**Indian [1]** 163/7
**indicated [27]** 165/25
166/3 168/24 173/7
194/2 214/7 232/13
239/2 243/12 243/24
245/12 254/2 258/21
259/21 259/21 263/4
270/7 275/12 275/23
284/6 285/11 287/22
288/12 293/15 295/13
296/15 299/8
**indicates [1]** 217/19
**indictment [4]** 207/16
207/17 208/5 208/9
**individual [2]** 205/2
269/15
**individually [3]** 200/9
269/13 292/2
**individuals [12]** 185/20
185/23 200/9 225/1
233/24 239/6 240/10
254/4 261/13 265/11
283/23 298/5
**information [11]**
168/1 172/25 184/22
185/10 242/12 252/13
252/24 280/5 295/21
296/16 297/5
**informed [5]** 200/2

252/11
**informs [1]** 207/17
**infrequently [1]** 288/3
**initial [1]** 201/3
**initially [2]** 176/15
224/18
**inject [1]** 189/2
**injecting [1]** 191/12
**injects [1]** 189/18
**innocence [7]** 208/11
216/22 217/1 217/2
253/3 253/6 283/12
**innocent [1]** 216/24
**inside [7]** 175/7 182/14
190/19 206/9 287/23
301/5 301/8
**Instagram [1]** 202/13
**instance [1]** 233/4
**instruct [4]** 166/17
166/18 178/24 203/6
**instructed [5]** 196/15
196/16 216/21 227/22
238/16
**instruction [7]** 196/20
202/18 208/4 228/1
238/22 292/11 293/1
**instructions [28]** 165/5
167/7 187/13 198/13
201/4 203/16 204/6
204/9 204/12 205/1
205/4 205/11 205/16
206/14 211/10 214/14
217/16 222/21 229/16
240/24 241/10 254/17
268/4 288/15 291/10
296/20 304/1 304/11
**intend [2]** 189/19
207/23
**intended [8]** 225/25
232/8 244/25 246/17
266/22 286/9 300/22
306/14
**intends [1]** 217/20
**intensely [1]** 179/15
**intent [4]** 185/15 189/3
189/10 189/10
**intention [2]** 201/11
201/11
**interaction [1]** 196/8
**interactions [1]** 196/12
**interest [2]** 177/16
244/6
**interested [2]** 197/11
248/19
**interesting [1]** 303/19
**interests [1]** 177/15
**interfere [4]** 207/21
209/1 209/23 219/12
**interim [1]** 223/20
**Internet [1]** 202/3
**intervening [1]** 231/12
**intimately [1]** 262/17
**introduced [3]** 183/17
183/20 184/4
**invade [1]** 201/12
**invest [1]** 198/7
**investigate [3]** 263/9

investigate... [2] 263/12 263/14
investigating [1] 244/1
investigators [1] 227/17
involve [3] 166/8 175/16 244/1
involved [8] 220/11 254/5 258/14 263/2 280/12 280/13 281/24 297/10
involvement [3] 230/15 284/9 284/17
involvements [1] 284/12
involving [4] 182/18 225/1 297/1 297/7
iPod [2] 195/22 196/7
irregularly [1] 262/18
irrespective [1] 185/4
is [215]
is there [4] 167/2 244/4 244/6 292/10
issue [10] 165/8 173/21 188/19 188/22 189/5 189/14 210/20 261/18 263/16 304/14
issued [1] 204/10
issues [5] 189/3 189/20 191/14 191/14 257/5
it [247]
it happened [5] 169/17 169/18 170/25 185/10 194/14
it would be [15] 170/24 179/17 180/16 180/19 182/24 182/25 185/8 185/25 186/5 186/14 210/18 222/16 236/19 247/18 267/25
it's [63] 171/20 174/6 178/20 179/23 180/13 180/20 180/21 183/14 187/18 188/8 190/7 190/18 191/11 191/20 194/17 194/18 197/14 198/6 208/5 212/6 212/16 212/25 217/23 217/24 217/25 223/23 234/12 235/10 242/20 245/17 246/13 246/14 251/8 252/21 252/23 253/16 253/22 254/11 258/7 259/6 261/14 261/17 261/18 267/6 267/23 268/24 269/1 269/3 269/20 270/3 274/23 275/9 278/12 278/14 278/16 278/17 282/12 284/3 286/20 292/22 294/19 297/12 306/7
its [8] 193/5 193/5 193/5 231/1 231/1 236/20 255/22 303/9
itself [2] 176/19 203/25

Jackson [1] 163/11
January [49] 168/2 168/16 169/11 170/17 171/23 172/23 172/23 179/16 191/1 193/12 194/10 202/22 203/5 212/22 212/24 213/9 220/12 221/19 224/13 225/2 225/7 230/15 235/8 235/17 239/9 240/11 244/2 245/15 249/11 251/1 253/4 254/5 254/6 255/23 258/4 259/23 260/8 264/19 264/24 264/25 271/21 272/14 275/25 280/1 280/14 285/15 288/8 290/17 295/24
January 5th [1] 253/4
January 6th [37] 168/2 168/16 169/11 170/17 171/23 172/23 172/23 193/12 194/10 212/24 213/9 221/19 225/7 230/15 235/8 235/17 239/9 240/11 244/2 245/15 249/11 251/1 254/6 255/23 258/4 259/23 260/8 264/19 264/24 271/21 275/25 280/11 280/14 285/15 288/8 290/17 295/24
Jason [2] 217/24 219/20
JC [1] 291/16
Jeffrey [2] 162/14 164/11
jeffrey.nestler [1] 162/18
jeopardizes [1] 203/24
Jessica [10] 169/1 188/10 194/4 212/14 224/5 243/20 257/9 272/7 281/12 297/22
Jessica Watkins [10] 169/1 188/10 194/4 212/14 224/5 243/20 257/9 272/7 281/12 297/22
job [3] 166/18 263/14 285/15
join [2] 255/8 255/13
joined [1] 232/23
Joseph [3] 163/6 164/9 199/4
Joseph Hackett [2] 164/9 199/4
journalism [1] 248/1
journalists [2] 202/25 203/4
Jr [1] 163/2
judge [17] 162/10 171/21 174/5 174/6 178/24 187/4 199/2 201/15 214/1 234/8 250/10 252/25 257/19 279/2 282/20 283/11

Judge Amit Mehta [1] 199/2
Judge's [1] 240/24
judging [4] 193/19 195/14 213/22 233/11
judgment [1] 234/21
judgmental [1] 182/25
juries [2] 199/11 214/7
juror [94] 165/8 165/11 165/15 165/22 166/7 166/18 167/8 167/16 171/11 174/3 188/1 188/13 189/7 189/8 190/8 191/11 191/12 191/15 191/21 192/1 192/4 192/7 192/14 199/3 200/17 200/20 200/25 202/14 203/13 203/23 204/6 206/20 206/24 207/4 211/11 211/17 211/21 213/19 214/6 216/6 216/22 217/19 217/19 218/4 218/7 218/11 218/14 218/24 221/22 223/1 223/4 223/9 225/5 226/4 230/3 230/7 241/12 241/17 241/21 242/12 243/5 247/18 249/6 255/21 256/1 256/1 256/3 256/9 256/12 257/12 263/21 263/22 268/7 268/21 273/1 276/25 277/10 277/15 279/3 279/8 279/12 285/15 287/19 291/1 293/4 293/5 293/8 293/12 293/14 294/25 295/4 295/10 299/2 299/13
Juror No [1] 192/4
juror's [1] 222/12
jurors [16] 164/22 188/21 189/3 189/18 189/23 195/10 198/17 198/19 198/25 199/12 199/21 200/15 201/15 206/10 293/1 304/4
jury [41] 162/9 168/20 187/5 189/1 189/2 191/4 199/7 200/12 200/12 201/14 201/18 201/23 202/8 202/19 203/3 203/8 203/19 203/24 204/2 204/6 204/12 204/15 204/16 204/18 204/21 204/23 205/1 205/8 205/18 207/18 209/17 212/8 214/12 219/11 236/15 237/3 268/13 269/25 283/11 288/13 288/13
just [127] 164/21 166/6 168/3 169/9 170/6 172/17 176/11 177/8 178/23 179/15 180/2 180/16 181/6 182/2

189/20 190/11 190/14 190/18 191/2 191/20 191/22 193/24 194/10 195/1 195/4 195/8 196/5 196/17 196/19 197/5 197/17 198/3 200/10 208/5 209/15 210/9 214/25 215/2 216/10 217/25 218/12 219/4 220/3 222/14 226/8 227/19 227/24 228/12 228/17 228/18 229/7 230/14 231/6 233/2 233/19 234/16 235/12 236/10 236/17 238/7 239/13 244/4 244/7 244/9 246/12 246/20 247/24 248/15 250/9 251/23 251/24 252/16 252/23 254/24 255/8 255/9 256/13 257/23 258/15 260/4 260/12 262/1 262/18 264/4 264/25 264/25 265/1 265/5 266/17 266/17 267/9 269/1 270/4 270/7 271/8 271/20 271/21 272/11 272/16 276/5 276/9 276/12 276/16 277/16 278/2 278/17 283/3 285/8 285/13 287/24 291/1 292/19 293/3 294/16 295/18 298/2 302/14 303/10 304/10 304/14 304/21 306/8 306/20 306/22
justice [2] 199/11 214/12
justifies [1] 255/24

K
Kailua [1] 163/4
Kathryn [1] 164/11
Katie [1] 304/23
keep [10] 176/4 176/5 197/9 201/20 252/11 257/15 261/3 261/9 270/16 278/22
Keepers [34] 167/21 168/1 172/12 183/17 184/6 184/11 188/7 191/24 192/18 212/1 223/13 223/21 230/11 239/3 241/25 252/1 252/2 252/17 253/13 253/18 254/3 254/5 256/18 257/4 257/14 260/7 270/24 271/2 271/9 271/16 280/12 295/14 296/17
Kelly [12] 168/25 188/10 194/3 200/6 212/13 224/5 231/17 243/19 257/9 272/7 281/12 297/21
Kelly Meggs [11]

212/13 224/5 231/17 243/19 257/9 272/7 281/12 297/21
Kenneth [5] 169/1 194/4 212/14 224/5 297/22
Kenneth Harrelson [5] 169/1 194/4 212/14 224/5 297/22
kind [54] 166/8 166/14 178/21 178/21 179/13 183/4 183/7 187/20 193/18 195/1 195/2 195/6 197/5 197/6 197/6 197/8 198/3 198/3 224/14 224/21 225/2 243/6 248/24 250/10 252/5 252/5 252/6 252/18 255/11 258/16 265/24 269/1 269/3 270/4 270/20 271/4 271/10 271/21 271/21 272/21 272/23 273/15 273/22 274/23 276/3 276/4 276/6 276/12 276/16 276/17 282/1 284/7 292/10 293/22
kinds [3] 189/11 243/2 252/9
knew [3] 228/17 228/18 245/18
know [118] 165/8 166/13 171/19 174/23 175/16 177/7 178/7 178/8 178/24 182/22 187/20 188/6 188/12 190/12 193/3 193/4 193/9 194/17 195/4 195/7 196/5 198/3 199/8 199/11 200/10 206/7 213/3 213/5 213/10 213/13 215/11 215/20 216/15 217/4 217/5 217/25 219/19 219/23 221/18 222/1 225/6 227/18 228/10 230/20 234/23 235/12 237/14 239/5 239/14 239/16 246/9 248/14 251/24 252/12 253/1 255/2 258/8 258/10 258/13 258/15 258/25 259/2 259/6 260/3 261/15 261/17 261/24 262/18 265/3 266/7 266/18 267/15 267/19 267/20 267/21 267/24 267/24 269/7 271/8 271/9 271/11 271/17 272/6 273/10 273/13 273/15 273/19 275/13 276/3 276/12 278/4 279/18 281/22 281/23 284/1 284/11 286/12 289/7 290/16

**know... [15]** 290/18
290/19 292/15 295/23
295/25 296/18 296/20
296/21 296/23 296/24
297/4 303/15 303/17
303/17 303/20
**knowing [6]** 177/25
276/7 290/4 292/19
296/23 305/4
**knowledge [2]** 236/4
255/11 292/11
**known [1]** 183/22
**knows [2]** 254/25
291/22

**L**

**labeled [1]** 268/16
**Labor [1]** 290/9
**lack [1]** 266/20
**Ladies [1]** 199/1
**Lane [1]** 163/7
**language [9]** 171/7
181/2 181/16 181/17
181/18 183/7 292/23
305/24 306/22
**large [2]** 173/15 246/10
**last [10]** 165/23 173/9
179/15 179/18 191/4
193/24 206/8 219/19
232/20 260/14
**lasted [1]** 276/15
**later [2]** 187/20 277/22
**law [30]** 163/2 181/6
196/16 196/19 196/19
199/14 201/16 203/15
207/22 209/2 209/24
226/22 227/3 227/13
227/14 227/23 227/24
237/23 238/16 238/20
246/22 246/22 247/3
247/5 253/17 254/7
261/22 261/25 262/5
270/4
**laws [1]** 268/19
**lawyers [5]** 201/12
204/5 205/23 226/22
274/4
**lead [2]** 208/9 247/17
**leader [2]** 242/3 244/16
**leaders [1]** 188/10
**leadership [1]** 188/5
**leaning [3]** 230/21
231/6 271/16
**leanings [1]** 296/6
**learn [9]** 168/21 174/2
174/17 239/20 260/23
261/5 287/16 299/13
299/18
**learned [26]** 172/22
184/20 184/25 185/5
185/5 195/12 213/10
213/25 214/11 214/13
223/19 225/6 230/25
231/12 237/2 242/12
242/18 251/6 281/8
281/17 281/17 288/14
292/24 296/16 297/9

**least [1]** 257/25
**leave [4]** 176/21 196/9
205/3 213/2
**leaving [1]** 177/1
**led [2]** 284/19 303/6
**Lee [1]** 163/2
**left [4]** 164/22 215/19
215/24 246/25
**legal [6]** 207/12 207/14
208/17 226/16 226/18
273/7
**legalese [1]** 274/8
**lesbian [1]** 182/1
**lesser [3]** 196/18
227/24 238/19
**lesson [2]** 179/22
180/1
**let [16]** 166/6 174/2
184/19 191/4 200/10
209/15 219/17 224/10
234/14 234/20 236/17
257/24 260/23 277/22
282/15 293/13
**let's [11]** 165/7 188/20
190/6 191/20 226/14
231/22 249/17 250/3
250/16 293/4 304/8
**life [5]** 198/7 209/7
249/5 261/16 262/20
**like [96]** 170/23 170/24
171/6 171/8 172/4
173/15 174/11 174/12
176/9 177/6 178/10
178/11 178/12 178/16
178/17 178/21 180/12
180/20 181/13 182/2
182/5 182/7 182/14
182/25 183/11 185/8
185/15 186/10 186/20
186/21 186/22 193/9
197/1 197/21 213/4
215/3 215/8 216/12
228/12 235/22 240/17
240/19 242/8 247/14
248/7 251/17 251/19
253/17 258/14 260/4
264/24 265/17 266/6
266/9 266/21 269/2
269/4 269/4 269/4
269/20 269/20 269/21
269/22 270/2 270/3
270/11 270/12 270/13
270/15 270/19 271/8
271/9 271/11 271/20
272/20 273/11 273/11
273/13 274/23 275/24
276/5 276/6 276/8
276/10 276/16 276/17
278/9 278/11 290/25
293/1 295/19 296/7
296/13 298/16 302/15
302/21
**likely [6]** 174/24
177/20 204/22 234/1
269/24 299/13
**limit [1]** 189/3
**limited [1]** 280/5

191/17 198/20 243/25
305/23
**lines [1]** 198/22
**list [4]** 198/21 283/23
284/7 298/4
**listed [1]** 283/23
**listen [4]** 189/7 205/12
210/23 212/25
**listened [2]** 171/25
259/22
**little [13]** 180/2 193/23
195/23 198/5 200/13
208/19 229/19 254/24
258/13 267/25 269/1
275/14 277/5
**live [12]** 172/4 176/18
203/3 221/8 221/20
235/9 236/18 245/16
245/18 276/1 276/6
298/18
**lived [5]** 221/10 221/13
222/18 287/25 301/7
**Lives [5]** 260/18 261/7
264/12 275/16 275/21
**living [4]** 194/15
221/25 235/7 272/21
**local [3]** 262/1 306/3
306/3
**located [1]** 242/9
**location [1]** 206/4
**locked [1]** 276/3
**long [8]** 209/12 210/19
248/1 252/14 264/4
275/1 276/15 287/4
**longer [3]** 188/5
262/24 300/5
**look [14]** 178/5 190/23
191/17 196/6 197/14
197/14 207/6 240/15
240/23 241/3 249/18
255/15 262/15 304/25
**looked [4]** 170/19
193/9 197/1 255/10
**looking [2]** 184/4
265/25
**looks [3]** 176/9 216/12
275/24
**Lord [1]** 215/8
**lot [33]** 169/20 180/17
181/25 183/11 184/14
185/10 188/20 193/15
197/18 219/10 220/23
224/17 231/7 234/2
239/17 244/7 244/9
245/21 252/5 252/7
252/7 252/8 252/22
264/23 264/24 269/2
271/10 276/4 277/8
284/4 288/4 298/15
298/15
**lots [2]** 188/9 267/16
**Louis [2]** 162/15
164/12
**lunch [2]** 291/12
306/23

**M**

**ma'am [21]** 211/13
214/10 216/11 216/19
218/5 222/11 239/2
239/22 241/8 250/22
251/12 253/11 254/15
276/21 277/2 278/3
278/7 279/5 291/8
293/6 294/23
**made [5]** 172/4 182/20
269/1 283/10 305/21
**magazine [2]** 201/25
**main [2]** 171/5 283/6
**major [1]** 242/4
**make [15]** 178/14
180/5 182/25 208/10
209/9 210/24 216/6
221/10 234/8 248/10
268/20 289/11 289/17
296/7 306/16
**makers [1]** 199/14
**makes [4]** 219/5
255/12 292/9 306/1
**making [2]** 199/7 306/5
**man [2]** 214/24 215/7
**manage [2]** 218/16
248/7
**managing [1]** 248/17
**manner [1]** 266/8
**many [6]** 201/1 235/16
287/25 288/1 288/2
288/2
**Manzo [2]** 162/15
164/12
**march [8]** 173/14
173/19 173/20 233/5
233/5 260/16 275/17
287/12
**marched [1]** 265/4
**marcher [1]** 265/16
**marches [4]** 260/19
264/12 266/11 275/21
**marching [1]** 267/17
**Marion [1]** 163/15
**mark [1]** 295/20
**marrow [1]** 216/14
**Martin [2]** 163/10
164/15
**Maryland [3]** 225/22
273/12 273/13
**mask [16]** 165/17
192/9 205/20 206/5
207/2 211/19 218/9
223/7 230/6 241/20
256/7 268/10 277/12
279/10 293/11 295/7
**masking [4]** 205/20
205/22 206/6 206/12
**masks [1]** 206/1
**math [3]** 248/3 248/3
275/3
**matt [1]** 163/22
**matter [9]** 170/6
190/15 233/2 260/18
261/7 264/12 275/16
275/21 307/4
**matters [2]** 189/12
201/10

**Matthew [2]** 163/19
164/17
**may [36]** 166/8 174/2
185/21 188/15 188/18
188/22 189/6 195/12
199/25 200/1 200/2
201/9 202/6 205/14
205/25 209/17 230/18
233/7 233/7 233/8
233/9 248/19 261/7
261/13 261/24 262/17
262/18 280/18 284/22
287/17 289/8 292/24
297/6 299/14 299/21
303/25
**maybe [16]** 175/18
176/9 192/22 198/5
214/22 226/25 250/10
259/3 264/5 265/23
275/20 284/22 292/23
301/7 301/7 301/23
**McIntyre [3]** 217/25
217/25 219/20
**me [69]** 165/24 166/6
169/14 171/8 171/20
172/7 173/18 174/2
174/14 180/16 180/21
181/16 182/25 183/14
184/19 185/8 185/25
186/5 186/15 188/16
189/9 191/4 191/25
193/10 195/9 201/8
203/2 203/22 207/7
209/15 211/24 213/6
217/4 218/23 219/17
221/7 224/10 232/22
234/14 236/17 240/19
240/19 248/14 250/1
253/23 253/24 255/9
255/13 257/24 260/13
260/23 261/18 266/6
266/10 274/9 274/19
277/22 278/10 278/12
281/16 282/15 283/3
286/21 287/10 292/9
293/13 304/24 304/24
305/20
**mean [33]** 171/4
176/13 178/22 179/21
180/15 180/20 186/8
187/16 193/10 208/12
218/25 219/2 221/24
233/1 233/23 234/18
236/6 236/9 236/17
239/15 244/5 255/16
255/17 263/12 264/15
267/11 268/24 270/2
271/7 282/4 283/5
298/14 300/2
**meaning [1]** 248/9
**means [7]** 202/11
202/23 204/19 218/23
219/4 220/17 303/1
**meant [1]** 208/2
**media [41]** 169/8
169/10 170/23 171/8
178/9 182/3 184/5
187/23 194/9 195/6

media... [31] 195/12
202/17 202/18 202/22
203/1 203/7 203/11
203/18 204/11 212/20
212/23 213/8 224/12
235/20 242/4 242/6
245/22 251/7 258/22
280/9 280/10 280/16
280/20 282/5 282/6
284/3 284/4 284/9
284/12 303/15 303/19
meetings [1] 288/3
Meggs [11] 168/25
188/10 194/3 212/13
224/5 231/17 243/19
257/9 272/7 281/12
297/21
MEHTA [4] 162/9 164/3
199/2 229/22
member [35] 173/8
195/19 202/12 205/4
214/18 225/15 226/15
227/24 228/4 231/25
235/7 244/11 245/7
245/15 246/21 247/8
247/10 247/12 247/13
254/7 260/14 262/8
263/5 270/8 270/11
286/1 287/1 288/20
297/1 297/8 297/10
299/25 300/7 300/15
301/15
member's [1] 237/6
members [15] 168/12
204/10 207/18 227/3
229/5 232/14 232/19
253/19 257/13 261/22
273/7 283/8 284/20
287/6 290/14
men [3] 193/9 254/6
257/13
mention [2] 259/1
292/11
mentioned [7] 168/3
168/13 168/14 171/2
172/14 231/2 264/11
merely [1] 207/16
message [1] 265/12
messages [2] 265/24
266/16
met [4] 236/20 241/4
291/3 300/3
Metro [1] 288/23
Metropolitan [5] 196/3
196/9 196/10 196/11
196/13
Michigan [4] 242/8
244/15 244/18 251/19
middle [1] 270/15
might [26] 170/19
174/18 175/19 179/2
182/21 183/18 190/18
194/19 197/11 203/10
203/17 206/5 206/7
219/20 236/3 238/13
251/15 261/6 263/20
266/17 266/17 271/11

306/20
Mike [3] 182/6 182/7
182/8
Mike Pence [3] 182/6
182/7 182/8
mile [3] 176/18 176/19
276/2
military [9] 227/15
227/16 227/17 227/19
249/18 252/2 253/17
300/18 302/16
militia [2] 251/15 252/2
mind [22] 174/15 176/6
176/7 177/24 178/19
180/4 184/8 186/21
186/23 194/25 242/24
243/8 251/25 252/1
252/12 257/18 259/13
259/17 275/14 275/18
283/14 283/18
mindset [1] 255/4
mine [1] 228/10
minimum [1] 201/21
minor [1] 188/5
MINUTA [5] 162/6
163/2 164/8 164/13
199/4
minute [3] 229/18
278/8 278/10
mischaracterize [1]
183/24
misread [2] 176/15
197/3
misrepresentations [1]
305/21
missed [1] 264/5
missing [2] 176/5
278/25
mission [6] 193/6
223/25 231/1 271/14
279/21 296/6
misunderstood [1]
262/1
mobile [3] 202/3 202/7
203/10
mobilizing [1] 246/3
mode [1] 202/5
modification [1]
304/20
modify [2] 304/17
306/22
Moerschel [4] 163/10
164/9 164/16 199/4
mom [3] 225/21 226/18
275/17
moment [3] 178/21
245/23 263/24
Monday [2] 293/18
294/18
monitor [3] 304/15
304/21 305/2
month [2] 180/9 206/8
months [2] 221/16
258/12 258/15
more [35] 168/17
170/24 172/16 187/22
187/24 193/3 193/4

206/8 206/9 206/9
228/13 231/4 231/7
233/1 236/21 239/19
240/23 243/15 255/21
267/25 271/23 276/1
276/2 278/4 281/16
281/23 284/15 291/11
296/3 296/22 302/25
306/5
morning [46] 162/7
164/4 164/6 164/20
164/22 164/24 165/13
165/14 165/20 167/14
177/18 177/19 192/6
192/12 196/24 196/25
198/17 199/2 199/10
200/5 200/10 201/2
206/15 213/4 215/19
216/11 216/19 218/6
230/1 230/2 239/22
240/7 241/15 241/16
245/17 247/22 247/23
249/10 250/22 250/23
251/12 251/13 256/2
274/13 291/12 306/11
most [7] 181/10 182/13
201/13 204/17 205/20
270/20 306/1
mostly [7] 172/5 172/7
176/21 179/18 194/13
213/3 288/6
mother [2] 226/21
274/24
motion [2] 254/19
255/13 304/17
motivation [2] 178/17
240/13
motivations [1] 178/5
motive [5] 185/15
185/18 185/20 185/25
186/1
motives [3] 185/21
185/22 255/10
motto [1] 186/11
move [6] 187/15
188/20 190/6 206/16
254/22 291/13
moved [1] 294/16
movement [2] 250/5
261/7
Mr [1] 201/4
Mr. [48] 167/5 175/23
187/1 187/11 190/4
191/10 196/23 197/16
198/12 200/3 206/16
211/9 216/9 217/15
217/18 222/20 229/10
229/15 238/24 241/8
247/21 254/16 255/16
264/6 266/19 266/23
268/3 274/11 276/22
278/20 283/7 283/9
283/10 283/15 289/21
290/4 291/9 292/1
292/5 294/23 302/12
304/1 304/14 304/22
305/5 305/17 306/10

206/8 206/9 206/9
Mr. Caldwell's [1]
305/5
Mr. Douyon [16] 167/5
187/11 198/12 206/16
211/9 217/15 222/20
229/15 241/8 254/16
268/3 276/22 278/20
291/9 294/23 304/1
Mr. Edwards [13]
175/23 187/1 196/23
216/9 217/18 229/10
238/24 247/21 255/16
264/6 274/11 289/21
302/12
Mr. Hackett [2] 305/17
306/10
Mr. Hackett's [2]
304/14 304/22
Mr. Peed [1] 200/3
Mr. Rhodes [5] 283/9
283/10 283/15 292/1
292/5
Mr. Rhodes' [2] 283/7
290/4
Mr. Shipley [4] 190/4
191/10 266/19 266/23
Mr. Vallejo [1] 306/18
Mr. Weinberg [1]
197/16
Ms. [5] 165/8 278/24
292/3 306/4 306/10
Ms. Halim [3] 165/8
278/24 292/3
Ms. Murray [2] 306/4
306/10
much [43] 167/5 169/8
169/10 172/1 172/14
179/3 187/18 192/21
193/14 194/17 198/6
198/7 198/11 206/19
212/20 212/23 213/16
217/12 217/14 224/12
224/19 224/20 229/14
244/6 254/16 258/3
258/5 258/17 259/24
265/8 267/23 267/24
268/1 268/2 272/13
272/17 272/19 274/1
276/19 278/19 298/10
298/12 303/25
murder [1] 247/13
Murray [3] 304/23
306/4 306/10
must [2] 208/25 218/22
my [107] 166/15 168/2
169/21 170/2 172/5
174/6 175/10 176/20
176/22 178/19 179/8
179/20 179/21 179/23
180/6 180/7 180/17
186/21 187/22 190/12
194/15 195/21 195/22
195/23 196/12 197/7
198/7 199/2 199/6
201/11 204/9 205/10
206/14 209/9 214/14
214/22 214/23 215/4

215/23 215/25 216/1
218/15 220/18 220/19
221/9 221/16 222/17
225/17 225/21 226/9
226/18 231/6 232/3
232/16 236/4 236/10
240/20 242/6 244/14
244/15 244/17 244/21
245/4 245/9 245/17
245/20 246/1 246/2
246/11 246/25 247/11
247/11 248/13 252/4
258/8 261/16 263/8
263/25 267/22 270/15
273/10 273/11 275/17
278/1 278/14 278/24
286/16 287/3 287/21
288/15 288/22 290/2
290/5 291/24 292/4
292/14 300/3 300/4
300/17 300/19 300/19
301/3 301/18 306/17
Myers [1] 163/12
myself [1] 176/21

N
name [21] 172/13
192/22 199/2 212/13
217/22 217/24 218/1
219/19 219/19 219/20
219/22 239/18 257/7
279/18 279/19 279/20
282/7 282/9 283/6
283/7 284/6
named [2] 164/18
280/11
names [11] 168/25
199/25 200/2 200/4
200/8 271/10 271/11
272/6 283/3 283/23
298/4
nation [1] 184/15
nation's [1] 177/16
National [1] 216/12
nature [1] 230/22
Navy [9] 226/9 232/16
245/10 246/25 300/6
300/7 300/8 300/10
302/18
NBA [1] 257/25
near [3] 204/20 236/18
245/16
necessarily [8] 178/11
178/13 181/23 227/19
228/12 239/17 280/17
306/20
need [11] 190/21
199/19 205/25 215/17
217/25 233/1 263/24
278/4 278/8 304/13
304/14
needed [1] 192/1
negative [1] 209/8
neighbor [2] 246/1
247/13
neighborhood [2]
221/17 246/11

**N**

neighbors [4] 236/19
236/23 237/1 237/2
Neither [1] 298/5
nephew [3] 226/19
226/21 226/25
nephews [1] 226/10
nervous [1] 306/10
Nestler [2] 162/14
164/11
never [8] 177/7 177/8
194/6 196/6 223/23
239/19 270/11 303/13
new [2] 165/6 210/1
news [50] 169/8
170/11 170/12 170/17
170/21 194/11 197/2
197/6 197/10 202/21
202/23 202/24 203/10
203/18 203/20 213/1
213/4 213/8 213/12
224/12 224/17 224/21
224/23 224/25 225/2
230/14 239/10 239/17
244/8 244/9 245/21
258/3 258/5 258/8
258/19 267/24 272/13
272/17 276/11 280/10
281/19 285/12 296/1
296/19 296/21 296/24
297/6 298/11 298/12
298/18
newsfeed [1] 170/18
newspaper [1] 202/20
next [7] 179/22 191/21
217/18 228/3 256/1
293/4 304/3
night [2] 180/5 213/3
no [193]
No. [1] 211/12
No. 1350 [1] 211/12
nobody [1] 270/13
none [4] 191/25 206/1
269/12 298/15
nonprofit [2] 166/4
274/22
noose [1] 182/7
normally [2] 246/10
293/19
not [166]
nothing [8] 184/7
212/7 223/19 239/5
249/8 256/25 279/24
296/12
notice [2] 214/24
264/18
noticed [2] 262/13
303/4
notifications [1] 203/9
notify [2] 204/4 204/14
notwithstanding [2]
242/17 284/24
now [34] 164/2 164/3
171/10 182/9 183/2
199/17 199/23 200/21
201/9 201/23 202/6
202/19 204/15 205/21
206/15 208/19 209/12

215/23 215/25 243/12
244/15 247/4 248/7
248/17 254/1 267/6
269/2 270/14 274/22
287/12 304/8
number [7] 207/11
207/12 246/12 246/12
255/17 282/6 286/5
numbers [2] 264/24
274/25
nurse [1] 237/8
NW [2] 162/16 163/20

**O**

oath [36] 167/21 168/1
172/12 183/17 184/6
184/11 188/7 191/24
192/18 199/21 212/1
223/13 223/21 230/11
239/3 241/25 252/1
252/2 252/17 253/13
253/17 253/18 254/2
254/5 256/18 257/4
257/14 260/7 270/24
271/2 271/9 271/11
279/16 280/12 295/14
296/17
Oath Keepers [33]
167/21 168/1 172/12
183/17 184/6 184/11
188/7 191/24 192/18
212/1 223/13 223/21
230/11 239/3 241/25
252/1 252/2 252/17
253/13 253/18 254/5
256/18 257/4 257/14
260/7 270/24 271/2
271/9 271/11 279/16
280/12 295/14 296/17
object [2] 255/6 278/5
objection [10] 167/2
211/2 222/4 222/5
222/6 222/7 222/8
294/13 294/14 294/15
objections [1] 294/11
objective [1] 254/25
obligations [1] 219/11
observe [2] 210/24
236/2
observed [1] 248/25
obviously [3] 236/18
274/4 276/8
occasion [1] 290/21
occasional [1] 232/23
occasionally [3]
170/22 258/16 262/19
occupation [1] 243/25
occur [1] 293/17
occurred [1] 281/19
odd [1] 215/1
off [6] 170/14 203/9
214/23 248/6 248/8
264/15
offend [1] 183/7
offended [1] 181/20
offending [1] 305/24
offense [2] 228/16

OFFICE [2] 162/16
220/19
officer [16] 196/17
196/19 204/5 204/14
227/23 237/19 238/1
238/3 238/8 238/20
284/5 284/23 285/3
285/13 304/23 305/12
Officer Dunn [2]
284/23 285/13
Officer Dunn's [1]
285/3
officer's [1] 238/17
officers [2] 196/10
238/13
OFFICES [1] 163/2
oh [13] 176/4 187/21
215/8 215/12 215/17
215/25 216/1 244/17
248/21 249/7 254/20
261/24 278/1
okay [179]
old [1] 215/17
once [8] 165/3 180/1
224/18 237/10 270/16
272/24 290/11 301/7
one [54] 172/14 173/15
173/17 177/2 177/23
178/12 179/19 179/24
179/24 184/3 188/22
197/2 198/5 201/7
204/15 204/16 204/19
206/9 206/17 208/1
209/4 216/10 218/19
218/25 219/3 219/5
220/7 222/9 225/24
232/7 244/24 246/1
246/13 247/11 247/11
252/21 252/25 254/6
254/7 256/1 260/20
262/4 265/5 268/24
273/10 274/6 275/20
275/21 280/12 286/8
291/17 299/9 300/21
302/19
ones [2] 172/4 183/16
online [4] 202/3 202/10
202/14 262/19
only [36] 166/21
167/25 168/14 173/1
179/8 185/1 187/7
187/21 189/12 195/14
201/13 201/16 202/23
203/14 205/23 210/23
213/21 215/6 221/25
225/7 235/3 239/8
242/4 255/18 257/20
259/10 260/20 273/3
275/18 280/24 282/19
284/6 285/16 294/18
297/12 299/4
onward [1] 304/3
open [3] 256/13 280/18
285/8
opinion [4] 197/19
197/21 248/24 250/5
opinions [5] 174/9

298/24
opportunity [1] 306/17
opposite [1] 238/7
oppositional [1] 198/6
optional [1] 205/21
order [1] 204/10
ordinary [1] 199/13
organization [67]
167/21 167/24 168/1
168/12 168/18 168/22
183/17 184/11 184/13
184/21 185/6 186/1
186/4 186/8 186/14
186/17 186/21 187/3
187/17 187/19 188/2
188/3 188/7 188/11
188/12 189/17 192/18
192/20 193/3 193/5
193/23 212/1 223/13
223/20 223/23 230/11
230/13 231/13 239/20
242/1 242/4 242/7
242/13 242/18 242/24
242/25 243/13 243/15
245/22 253/12 254/11
254/24 255/7 255/19
255/22 256/18 270/24
271/4 279/16 279/22
280/24 281/8 295/15
296/1 296/19 297/8
297/10
organization's [3]
186/10 242/5 295/23
organizational [1]
188/4
organizations [2]
172/15 203/11
organized [1] 173/20
Osgood [1] 200/6
other [52] 177/2 179/8
182/20 184/4 184/5
184/5 188/21 189/16
193/2 194/19 195/13
196/17 202/3 203/1
203/6 203/18 204/8
204/15 204/16 206/17
209/19 220/4 226/10
230/21 235/19 236/25
238/18 239/9 242/7
242/9 245/25 248/7
248/10 248/17 251/7
251/14 251/19 253/5
265/12 271/4 271/12
274/6 279/23 281/22
284/15 284/16 284/16
284/25 292/25 296/23
300/2 301/16
others [4] 202/25
203/4 231/18 305/5
otherwise [3] 166/20
174/12 191/14
our [13] 183/4 184/15
190/11 199/11 199/13
199/14 201/13 206/16
242/4 256/1 293/4
304/3 305/25
out [46] 167/6 170/17

176/21 182/2
182/3 182/19 182/23
183/11 187/12 187/21
187/22 187/24 190/7
190/21 191/9 194/19
195/22 198/12 200/18
210/2 211/9 214/25
215/22 216/1 216/23
217/15 221/10 222/20
223/17 224/18 229/15
241/9 244/4 254/16
258/19 260/2 264/15
268/3 272/23 276/18
276/22 278/20 283/14
291/9 294/24
outbreak [1] 206/7
outcome [1] 297/2
outlets [1] 203/11
outrage [2] 221/9
221/13
outside [3] 229/1
270/19 292/24
over [10] 164/22 195/5
197/10 197/13 198/22
204/1 220/23 232/24
306/11 306/23
overseas [2] 227/7
227/12
overstepped [1]
190/17
overthrow [1] 279/24
overthrowing [1]
280/2
overturn [2] 240/2
251/2
overturning [1] 186/22
overwhelm [1] 240/20
overwhelming [2]
178/4 240/14
own [11] 174/14 186/3
222/17 233/24 234/20
236/10 248/12 248/13
251/18 288/22 291/2
ownership [2] 220/23
252/8

**P**

P. [1] 229/22
p.m [2] 306/25 306/25
PA [1] 163/7
page [59] 165/23
165/23 165/24 167/18
169/5 173/5 176/3
192/15 194/8 195/18
207/6 207/8 207/10
207/10 211/22 212/19
212/19 214/5 214/17
218/12 218/13 218/13
221/7 221/11 221/12
223/10 224/10 224/10
225/13 226/13 226/14
228/3 230/9 231/22
237/5 241/22 246/20
256/14 257/23 260/12
260/12 260/13 261/20
268/16 270/22 272/11
275/9 277/17 277/17
279/13 283/21 283/21

**P**

page... [7] 285/24
288/17 295/11 298/3
299/8 299/8 301/13
pandemic [1] 273/11
paper [2] 215/16
215/18
paragraph [1] 305/6
paralegal [1] 226/19
parameters [1] 180/3
paramilitary [3] 193/9
193/12 251/15
parents [4] 168/2
168/10 183/16 187/22
parents' [1] 183/18
park [1] 221/17
Parler [2] 303/4 303/7
part [14] 172/15 173/12
173/13 183/12 200/21
202/16 216/21 230/17
230/18 242/21 242/21
255/6 263/14 266/22
participants [1] 188/6
participated [9] 168/2
168/15 232/19 264/11
265/5 266/11 275/15
298/22 301/21
participating [1] 242/6
participation [2] 168/7
186/13
particular [6] 173/21
222/15 234/5 244/5
244/6 279/19
particularly [3] 173/21
258/20 289/13
parties [5] 200/20
201/8 201/14 202/11
202/15
party [1] 252/21
pass [1] 234/21
past [3] 277/18 287/9
287/10
patience [3] 165/19
167/13 199/9
patient [4] 237/19
238/5 238/8 238/9
pause [3] 198/24 264/5
274/5
pediatric [1] 274/22
Peed [4] 163/19 163/19
164/17 200/3
Pence [3] 182/6 182/7
182/8
people [65] 166/12
174/9 177/21 177/25
182/1 182/14 183/12
185/16 190/25 191/18
193/11 193/18 195/4
197/19 197/25 199/25
203/19 206/9 213/13
219/3 219/11 224/4
233/14 233/16 234/2
234/5 234/6 234/7
234/16 235/2 235/22
242/5 246/3 246/10
246/13 246/14 246/17
248/7 249/17 249/21
249/23 250/3 250/5
259/3 259/7 261/15
262/16 262/17 262/19
265/22 265/23 266/17
270/20 283/1 284/13
284/19 286/12 291/11
298/5 298/22 303/9
303/16
people's [2] 185/15
248/10
per [2] 180/1 186/12
perceived [2] 246/8
264/22
percent [2] 283/2
305/1
perception [4] 254/2
254/11 254/23 255/5
perceptions [1] 255/9
performing [1] 199/15
perhaps [5] 175/18
202/19 259/8 282/17
285/7
perpetrated [1] 166/14
person [17] 189/9
190/14 206/5 209/8
217/22 219/5 220/6
228/17 228/19 239/25
240/1 250/16 250/17
262/24 289/7 289/8
293/24
person's [1] 238/20
personal [7] 201/10
222/17 228/12 251/19
255/9 255/11 290/21
personally [5] 180/16
219/23 232/22 253/3
266/9
perspective [2] 190/12
190/12
perspectives [1]
267/14
pertain [1] 174/21
pertaining [1] 184/8
pharmacies [2] 263/9
263/12
phase [1] 292/11
Philadelphia [1] 163/7
phones [1] 202/2
Phrang [1] 200/6
phrase [1] 184/17
physical [5] 176/24
181/2 181/15 236/7
236/11
physicality [1] 171/6
physically [1] 288/23
pick [2] 207/5 211/22
pictures [1] 193/8
piece [2] 248/18
248/23
pieces [3] 248/6
248/12 248/13
place [7] 174/6 179/1
191/25 202/4 227/20
264/19 265/1
placed [1] 199/21
places [2] 242/8 242/9
Plaintiff [1] 162/4
plan [2] 180/1 304/8
planning [1] 179/22
plans [3] 179/22
304/18 304/24
platforms [1] 170/23
play [3] 190/7 194/19
199/12
played [1] 183/2
pleasant [1] 288/11
please [35] 164/4
169/4 173/5 176/3
195/17 199/18 200/3
200/10 203/21 203/21
204/4 204/13 207/5
211/22 223/10 225/12
225/13 229/23 237/5
241/22 260/12 261/20
264/9 268/15 270/22
277/16 278/8 278/10
279/13 285/23 287/2
288/17 299/7 301/13
301/17
pleasure [1] 288/6
Plus [1] 180/7
PO [1] 163/3
pod [1] 273/11
podcasts [1] 202/21
point [7] 173/15 202/7
203/19 209/13 209/13
270/14 292/16
point-blank [1] 270/14
points [1] 255/18
police [15] 195/6 196/3
196/9 196/10 196/11
196/13 215/14 215/24
227/17 227/19 238/8
238/13 284/5 289/3
289/17
policeman's [1] 196/5
policing [1] 238/14
political [14] 174/18
174/25 183/3 183/3
233/8 233/10 234/24
258/14 260/25 287/17
287/20 296/6 299/10
299/14
politically [2] 234/21
271/10
politics [1] 231/1
pool [1] 189/1
poor [1] 262/23
popped [1] 258/16
portion [1] 171/25
position [2] 288/4
299/8
positive [2] 206/10
209/8
possessing [1] 269/13
possession [1] 269/11
possibility [1] 294/17
possible [2] 201/14
286/20
possibly [2] 203/24
206/8
post [5] 202/13 202/24
303/10 303/16 305/23
posted [1] 305/10
posting [1] 203/1
postings [1] 203/7
potential [2] 191/13
199/3 202/14 220/8
potentially [2] 191/13
279/24
pre [2] 171/21 201/15
pre-judge [2] 171/21
201/15
prefer [3] 210/1 210/3
246/16
prepared [2] 179/22
180/6
present [7] 164/18
170/24 182/8 218/22
225/1 233/10 296/1
presentation [2]
179/16 180/7
presented [22] 173/1
178/12 178/18 187/6
187/7 188/4 188/8
195/15 203/15 207/12
213/22 240/12 273/3
282/20 282/21 283/13
283/16 283/24 285/2
285/16 297/12 299/4
president [15] 174/4
174/10 175/1 177/4
177/10 233/14 233/15
233/17 233/19 234/3
234/17 235/2 240/1
251/1 261/13
President Trump [1]
233/15
presiding [2] 164/3
229/22
pressing [2] 238/6
238/8
presume [1] 217/4
presuming [2] 216/23
217/6
presumption [5]
208/11 216/22 216/25
217/1 253/3
presumptions [2]
253/5 253/9
pretrial [9] 304/19
304/23 305/7 305/8
305/11 305/15 305/25
306/9 306/17
pretty [10] 170/25
172/14 179/14 180/16
180/19 185/8 186/5
186/15 196/13 213/16
prevent [3] 175/19
206/12 274/24
previous [1] 222/13
previously [5] 245/25
251/9 300/4 302/16
302/17
primary [1] 219/5
principle [5] 207/22
209/2 209/16 209/16
209/24
principles [4] 189/16
207/12 207/14 208/17
prior [10] 169/5 194/8
212/19 214/14 224/10
255/23 257/23 277/23
283/21 298/3
privacy [1] 201/12
pro [1] 269/4
probably [3] 166/15
230/20 230/22
problem [6] 210/17
210/18 214/2 216/24
292/3 292/17
problematic [1] 191/13
proceed [2] 164/21
304/3
proceeding [2] 237/7
263/6
proceedings [5] 162/9
164/19 205/14 206/11
307/4
process [20] 172/8
176/11 189/21 200/12
200/16 200/18 200/21
201/19 202/8 202/20
203/3 203/19 203/24
203/25 204/2 204/7
204/18 204/23 205/17
214/12
profession [1] 249/5
professional [3] 166/1
219/11 220/23
professionally [1]
166/20
profound [1] 221/24
progress [1] 218/22
project [1] 220/18
projects [2] 218/16
219/4
prominently [1] 254/4
promise [2] 191/7
201/20
properly [1] 299/20
property [2] 267/16
267/21
proportion [1] 183/12
proposed [1] 200/20
prosecuted [5] 228/21
228/25 289/8 301/15
301/23
Prospective [2] 198/25
199/21
protect [1] 284/13
protest [7] 173/8
178/14 183/13 232/23
255/11 260/15 275/13
protesters [1] 181/7
236/2 246/14
protesters/rioters [1]
181/7
protests [9] 232/20
233/3 245/25 264/18
267/15 267/17 275/16
275/21 287/6
prove [2] 208/23
210/19
proven [1] 179/5
provide [14] 165/4
167/6 168/11 187/12
198/12 211/9 217/15
222/21 229/15 231/8
241/9 254/17 268/3
291/9
provided [3] 166/9

**P**

provided... [2] 184/21 185/9
provider [1] 293/23
providing [1] 166/5
proximity [1] 235/11
pry [1] 233/1
public [6] 204/11 205/21 273/19 273/20 274/3 274/21
publicly [1] 172/4
pulled [1] 215/4
punctuation [1] 248/10
Punta [1] 163/16
purpose [8] 178/13 186/16 186/20 189/24 190/1 190/3 193/5 279/22
purposeful [1] 279/1
purposes [2] 181/1 266/1
push [1] 203/9
pushed [1] 180/8
put [15] 166/19 171/15 176/10 177/16 180/18 184/23 184/24 185/20 188/1 191/18 221/9 225/5 273/1 282/15 283/14
putting [2] 214/13 280/23

**Q**

qualified [2] 218/19 218/20
qualify [1] 260/21
quarter [2] 304/8 304/9
Queen [1] 163/7
question [149]
Question 1 [2] 219/18 293/13
Question 12 [4] 166/4 221/8 221/12 277/17
Question 16 [6] 225/14 231/23 231/24 244/10 285/25 299/24
Question 18 [6] 226/6 232/13 245/6 270/7 286/25 300/14
Question 19 [1] 268/18
Question 20 [5] 173/6 232/18 260/13 275/11 287/5
Question 21 [4] 175/6 235/5 245/12 301/4
Question 46 [1] 171/24
Question 49 [1] 230/9
Question 50 [1] 242/15
Question 55 [2] 226/13 273/6
Question 62 [1] 301/14
Question 65 [1] 208/8
questioning [8] 188/23 201/24 205/2 205/6 246/9 279/23 280/2 304/12
questionnaire [33] 165/22 167/16 168/21

200/20 200/25 202/16 207/4 211/21 212/9 212/18 218/11 223/9 223/17 230/7 231/19 241/21 243/14 256/12 256/23 260/5 268/13 272/2 272/9 277/15 277/23 279/12 281/7 293/12 295/10 296/17
questions [36] 169/5 169/7 171/23 175/24 177/23 185/14 186/25 187/24 189/12 191/9 198/9 200/16 200/19 200/24 201/7 201/9 204/25 206/18 207/6 207/11 211/23 212/19 212/20 216/9 223/11 224/11 224/11 228/8 228/9 247/25 258/2 258/2 272/12 272/12 275/8 291/18
quietly [1] 201/24
quite [2] 221/10 227/20
quotes [1] 252/23

**R**

racial [1] 181/23
radio [1] 202/16
rain [1] 214/25
rainy [1] 214/23
raise [4] 188/22 189/20 199/18 199/20
raises [1] 191/13
raising [1] 292/19
Rakoczy [1] 164/11
rallies [3] 232/19 264/18 287/6
rally [4] 173/8 260/15 275/13 287/7
rallying [1] 186/9
range [1] 170/9
rather [1] 216/12
re [3] 201/6 229/19 305/23
re-post [1] 305/23
re-seated [1] 201/6
re-start [1] 229/19
reached [2] 229/17 291/2
reaching [1] 187/7
react [4] 190/19 265/22 266/4 287/18
reaction [3] 190/13 194/23 209/8
read [58] 167/20 167/23 170/19 171/12 171/15 172/2 172/11 192/17 192/19 194/19 201/25 202/3 203/17 205/12 205/14 211/25 223/12 224/3 230/10 230/12 230/17 231/16 239/17 239/19 241/25 242/2 242/4 243/12 243/14 243/18 244/5 244/6 244/9 251/9

256/17 259/8 259/22 259/24 270/23 272/6 273/2 279/15 279/17 279/19 281/11 282/18 285/14 295/14 295/16 296/11 296/21 296/22 299/3 303/9 304/11
reading [7] 192/23 203/6 252/16 252/22 258/13 298/17 303/8
reads [2] 244/7 305/14
real [1] 230/21
reality [2] 190/25 191/2
realized [2] 215/7 215/15
really [36] 165/21 169/18 169/20 169/22 170/1 170/3 170/22 171/1 171/20 172/8 174/12 174/22 176/14 178/2 186/12 188/15 193/10 193/14 194/16 198/6 212/25 213/6 216/2 222/16 249/24 258/17 265/21 268/1 272/22 273/16 273/24 273/25 274/9 275/18 276/7 298/14
realm [3] 226/20 271/5 271/6
reason [14] 177/9 185/11 186/3 206/6 207/20 207/24 209/1 209/11 209/22 210/9 232/2 251/1 258/1 296/24
reasonable [2] 208/24 269/5
reasoning [1] 305/9
reasons [6] 203/12 203/12 206/1 209/6 288/6 304/22
reassuring [1] 276/10
recall [9] 172/11 172/19 257/2 260/6 260/10 282/9 284/8 295/17 295/20
receive [3] 203/10 203/16 222/14
received [1] 205/3
recent [2] 281/14 281/19
recently [3] 257/4 272/19 296/19
recess [3] 229/20 306/24 306/25
recognize [8] 168/25 192/22 200/1 200/8 257/7 280/13 283/22 298/4
recognized [2] 272/6 284/6
recollection [1] 297/5
recommendation [2] 305/15 306/9
record [1] 307/3
red [1] 198/3

Redact [3] 196/24 197/6
refer [1] 167/17
reference [2] 184/3 301/18
referring [3] 265/16 287/11 287/14
regarding [2] 177/3 203/20
regards [1] 270/5
regime [1] 267/12
region [1] 242/6
regular [3] 235/12 258/25 259/2
regularly [1] 258/22
regulation [1] 269/5
regulations [1] 269/18
rehabilitate [1] 187/25
related [7] 206/13 237/9 260/6 282/6 282/23 292/25 301/19
relates [4] 166/21 221/18 259/14 283/13
relating [2] 259/22 304/18
relationship [1] 237/1
relationships [1] 236/22
relative [2] 235/11 247/14
relatively [1] 276/18
relieved [1] 205/7
remain [1] 204/20
remarks [1] 201/3
remember [16] 172/13 181/25 193/8 194/14 199/23 216/1 217/24 217/25 237/16 252/14 273/12 283/3 297/8 298/17 301/20 305/22
remembering [1] 252/24
reminder [1] 304/10
remotely [1] 293/24
remove [15] 165/17 192/9 207/2 211/19 218/9 223/7 230/5 241/19 256/7 268/10 277/12 279/10 293/11 295/7 306/8
render [1] 222/15
repair [1] 220/12
repeat [3] 250/13 259/16 265/19
repeated [1] 278/25
reply [1] 305/7
report [4] 196/2 198/20 198/21 289/2
reported [2] 196/4 263/15
reporting [2] 196/7 244/1
reports [4] 251/7 258/22 258/25 259/2
represent [1] 247/24
representation [2] 183/19 253/18
representative [1]

represented [1] 296/2
Republican [1] 174/13
repulsed [1] 270/3
require [2] 203/25 218/16
required [2] 206/2 218/21
requiring [1] 205/22
research [5] 202/10 202/15 205/13 239/19 251/18
Researched [1] 251/21
researcher [1] 302/19
reservations [1] 257/17
resist [5] 225/25 232/8 244/25 286/9 300/23
resolve [2] 306/19 306/20
respect [4] 176/2 185/14 188/25 225/9
response [9] 195/6 196/5 196/5 212/8 221/7 231/7 269/10 291/17 306/18
responses [1] 200/25
Rest [1] 201/10
restaurant [1] 206/3
restore [1] 220/17
restricted [1] 194/14
restrictions [3] 203/13 203/23 205/7
result [3] 205/17 237/24 251/2
results [1] 240/2
resume [1] 304/9
return [2] 201/16 205/9
returning [3] 165/20 167/14 192/12
rhetoric [2] 252/7 252/9
Rhodes [20] 168/25 188/9 194/3 212/13 224/4 231/17 243/19 257/7 272/7 281/12 283/5 283/9 283/10 283/15 290/3 291/22 292/1 292/5 292/17 297/21
Rhodes' [3] 283/7 290/4 291/20
right [103] 165/7 165/10 168/9 172/21 173/4 173/14 174/1 183/4 183/19 184/13 186/25 187/1 187/11 190/2 190/6 190/23 192/8 192/14 197/4 198/9 198/11 199/1 199/19 199/20 200/11 205/20 206/25 207/10 208/6 208/7 209/3 209/12 209/20 210/24 211/2 211/8 211/24 212/11 214/8 214/16 215/9 217/11 218/7 223/5 223/9 223/14

**right...** [57] 224/9
229/9 229/17 230/5
230/7 231/6 231/15
233/18 238/4 238/24
241/1 241/18 241/19
243/23 245/11 248/3
254/5 254/15 256/11
256/19 266/12 267/4
268/2 268/8 269/2
269/19 269/19 270/7
270/14 271/16 271/25
274/2 274/11 274/22
276/21 277/9 278/3
278/12 278/17 279/8
281/16 283/11 289/14
289/20 291/8 291/15
293/10 294/11 295/5
295/6 298/16 299/12
302/12 304/12 304/15
304/24 305/22

**right-leaning** [2] 231/6
271/16

**right-wing** [1] 184/13
**rights** [2] 173/13
173/19
**RIOS** [2] 163/11 163/15
**riot** [1] 213/13
**rioters** [1] 181/7
**rise** [2] 164/2 229/21
**RMR** [2] 307/2 307/8
**robber** [1] 215/5
**Robert** [1] 163/10
**Roberta** [1] 199/4
**ROBERTO** [2] 162/6
164/8
**role** [9] 179/21 199/12
216/22 219/1 219/3
284/17 295/23 302/16
302/23
**room** [1] 194/15
**rooms** [1] 216/15
**ROTC** [1] 270/12
**rude** [1] 204/9
**rule** [1] 205/23
**run** [3] 165/6 179/23
288/1
**running** [1] 195/5

**S**

**safety** [8] 176/24 236/7
236/11 245/14 246/2
246/6 275/24 284/13
**said** [45] 168/10
170/24 176/15 177/6
180/4 180/8 180/25
181/19 182/23 183/16
187/17 187/18 188/9
188/10 188/10 188/11
193/22 196/6 206/15
210/10 215/5 215/10
215/17 215/20 215/25
229/4 239/15 242/15
255/17 255/17 284/9
284/11 290/8 291/15
292/2 292/4 292/5
292/16 295/20 302/15
304/9 304/24 304/24

**same** [16] 180/1
185/18 196/17 223/16
226/20 229/9 238/17
249/19 252/5 252/5
252/6 252/7 256/22
285/12 291/22 302/21
**satisfy** [1] 306/9
**saw** [11] 181/6 182/17
183/1 246/5 248/25
250/11 257/19 260/2
265/3 267/19 267/24
**say** [46] 170/12 170/15
172/3 172/9 172/24
173/19 174/17 181/9
181/22 182/5 182/13
182/15 183/20 183/21
185/2 186/2 186/7
186/14 188/1 189/8
201/1 207/11 217/5
231/6 249/17 250/3
250/17 261/15 262/22
263/11 266/15 267/20
269/3 270/13 271/6
275/19 276/14 280/2
282/5 293/23 294/5
298/14 298/17 298/19
302/25 306/2
**saying** [10] 181/24
182/4 188/14 217/10
242/11 246/16 265/23
276/11 282/23 303/10
**says** [1] 191/15
**scale** [1] 246/12
**scar** [1] 278/18
**scenario** [1] 286/20
**scene** [1] 305/2
**scheduled** [2] 206/8
304/4
**school** [6] 179/9
179/20 179/23 179/24
270/15 275/2
**Schuck** [1] 306/3
**scott** [3] 163/14 163/17
164/15
**scratched** [1] 176/10
**screamed** [1] 215/5
**se** [1] 186/12
**searched** [1] 170/20
**seated** [3] 164/4 201/6
229/23
**second** [4] 170/8
189/14 206/6 247/15
**secretary** [1] 226/19
**security** [4] 204/4
204/14 225/18 226/2
**seditious** [2] 282/12
290/3
**see** [31] 177/13 179/25
190/7 190/14 190/22
191/16 193/14 193/17
204/7 205/19 237/20
238/3 238/7 246/11
246/13 246/14 246/14
249/12 258/16 262/17
263/16 267/20 267/22
267/23 268/1 274/16
278/23 283/8 283/9

**seeing** [5] 177/1 246/3
249/13 265/22 283/3
**seeks** [2] 170/17
258/19
**seem** [1] 196/14
**seemed** [4] 194/25
195/8 264/24 264/24
**seems** [3] 210/17
255/21 269/20
**seen** [49] 167/20
167/23 171/3 171/12
171/15 182/19 184/5
192/18 192/19 193/8
195/11 211/25 213/12
213/20 223/12 230/10
230/12 231/16 239/18
241/24 241/25 242/2
243/12 243/14 243/18
246/18 249/14 256/17
256/24 257/11 259/1
259/3 261/25 270/23
272/13 273/2 279/15
279/17 280/5 280/6
280/8 281/11 281/18
282/5 282/6 285/14
295/14 295/16 299/3
**select** [3] 176/10
201/13 204/21
**selected** [8] 166/18
174/3 185/12 201/15
202/9 203/13 236/15
293/23
**selecting** [1] 180/21
**selection** [17] 162/9
200/12 200/12 201/19
201/23 202/8 202/19
203/3 203/19 203/24
204/2 204/7 204/12
204/15 204/17 204/18
204/23
**senior** [2] 242/3 244/15
**sense** [28] 169/8
169/16 172/1 178/14
193/6 194/10 200/14
212/20 212/22 213/10
216/3 234/19 236/10
236/10 239/25 250/25
255/12 258/3 258/5
266/21 270/4 271/13
272/13 272/16 284/16
292/9 306/1 306/16
**sent** [1] 304/25
**sentenced** [1] 257/4
**sentiment** [1] 252/5
**sentiments** [1] 255/19
**separate** [4] 186/5
186/15 209/11 286/22
**separately** [1] 283/1
**series** [1] 200/16
**serve** [10] 187/5
199/13 216/6 218/24
247/18 277/24 289/12
293/23 300/25 302/23
**served** [11] 214/6
214/7 226/7 232/14
245/7 245/9 270/8
270/11 287/1 288/13

**service** [13] 199/7
199/16 200/15 203/8
205/1 205/5 205/9
219/12 227/19 278/20
287/19 287/21 300/3
**services** [6] 166/9
304/19 304/23 305/12
305/15 305/25
**serving** [2] 218/14
293/14
**session** [4] 162/7
164/3 198/18 294/20
**sessions** [3] 293/15
293/17 293/22
**set** [21] 177/11 178/11
188/14 195/10 213/20
225/7 235/1 236/14
243/5 243/10 248/24
257/18 259/9 266/15
282/18 285/15 288/14
291/19 291/25 297/11
299/2
**setting** [3] 213/25
222/13 290/25
**seven** [1] 179/11
**several** [6] 170/2 172/9
173/12 173/14 226/10
288/24
**sexual** [1] 262/23
**share** [5] 172/5 232/2
233/22 288/21 288/22
**shared** [1] 240/2
**she** [25] 254/23 254/25
255/1 255/16 255/20
255/21 291/19 291/22
291/24 291/25 292/2
292/5 292/15 292/15
292/16 294/18 294/19
301/21 301/22 302/9
304/24 304/24 304/25
305/17 305/25
**she's** [6] 254/20
255/16 255/17 293/25
294/2 305/20
**shed** [1] 195/22
**sheet** [1] 165/8
**Shipley** [7] 163/2 163/3
164/13 190/4 191/10
266/19 266/23
**shirts** [2] 246/7 246/15
**shoes** [2] 215/17
**shot** [1] 270/2
**should** [18] 172/24
191/10 196/17 197/14
202/2 202/7 202/20
207/11 208/20 210/20
213/6 227/23 237/13
238/17 238/18 269/5
292/23 301/23
**shouldn't** [3] 196/18
215/21 292/15
**shove** [1] 197/10
**show** [15] 167/6
187/1 198/12 211/9
217/15 222/20 229/15
241/9 254/16 256/2
268/3 276/22 278/20

**shown** [3] 178/10
182/6 269/25
**shut** [2] 182/19 182/23
**side** [5] 178/12 178/18
178/19 216/7 274/6
**significant** [1] 267/21
**silent** [1] 202/5
**similar** [5] 171/23
174/12 233/5 252/7
252/9
**similarly** [2] 208/22
267/18
**simmered** [1] 276/18
**simple** [1] 203/13
**simply** [3] 191/13
204/9 208/5
**since** [20] 168/20
170/14 179/23 184/3
184/3 185/10 193/25
194/17 195/12 209/12
224/20 224/21 243/15
248/2 258/12 259/4
272/1 281/7 296/16
301/7
**single** [1] 191/11
**sir** [31] 167/10 168/8
168/19 169/3 170/24
171/19 172/19 173/3
173/11 175/25 176/12
177/18 179/7 180/24
181/9 183/21 187/14
192/5 198/11 206/22
211/8 222/25 223/2
223/6 229/14 239/4
239/12 256/5 264/10
265/10 268/2
**sirens** [1] 235/24
**sister** [1] 301/19
**sister's** [1] 302/5
**sit** [7] 166/6 184/9
187/5 189/8 221/21
222/12 261/1
**site** [3] 218/16 218/22
219/5
**sites** [1] 203/1
**sitting** [5] 175/20 217/7
239/14 253/7 263/22
**six** [4] 179/11 191/5
206/9 218/24
**skipping** [1] 198/22
**slightly** [1] 198/5
**sloganeering** [2] 183/3
183/4
**slurs** [2] 181/23 182/1
**small** [2] 210/9 215/7
**smaller** [1] 271/10
**Snapchat** [1] 202/11
**so** [211]
**so I think** [5] 180/11
185/11 189/11 305/10
306/19
**so it's** [1] 269/3
**So this is** [1] 179/12
**social** [12] 170/23
202/18 202/22 203/1
203/7 203/18 225/18
226/2 244/14 258/22

**social .. [2]** 303/15 303/19

**solely [1]** 185/22

**some [50]** 171/6 171/7 174/3 180/25 184/21 185/14 188/1 190/18 191/1 191/15 192/1 194/19 200/2 201/19 201/21 203/2 206/18 212/13 215/10 215/16 215/17 216/15 217/16 220/23 224/4 227/6 236/9 239/25 245/25 246/1 253/4 260/18 264/11 264/21 267/16 267/19 270/20 275/16 278/13 282/17 292/10 292/11 292/16 292/23 297/10 297/16 298/15 298/17 304/16 305/5

**somebody [11]** 170/16 217/21 219/19 244/7 250/9 250/14 258/18 258/22 266/6 282/19 300/16

**someone [19]** 171/10 174/7 177/9 178/3 178/17 179/2 179/21 189/13 190/13 190/13 219/25 257/3 262/23 265/16 266/8 275/12 275/24 289/6 300/15

**something [28]** 174/19 177/10 194/18 194/18 194/19 206/11 215/20 222/18 226/20 235/25 236/14 239/9 240/14 245/19 246/17 251/9 252/15 252/21 252/22 257/4 259/8 276/11 277/18 284/24 291/3 292/21 299/5 305/10

**sometimes [4]** 197/13 213/5 263/9 263/16

**somewhere [3]** 173/24 237/21 301/25

**son [1]** 214/22

**soon [1]** 205/6

**sorry [23]** 169/23 176/4 186/19 197/7 210/3 221/11 226/13 231/11 254/20 256/16 259/16 260/8 263/24 264/3 264/4 264/5 264/15 265/19 266/25 277/20 288/25 300/12 300/13

**sort [24]** 170/13 170/18 177/23 178/4 178/22 181/6 181/11 184/3 190/13 190/21 213/13 219/1 220/14 220/24 227/16 236/12 252/12 255/12 255/18 258/19 262/16 266/21 269/18 303/6

**sounded [2]** 302/15

**sounds [5]** 240/19 242/11 248/6 290/25 296/12

**source [1]** 252/13

**sources [3]** 195/13 197/2 203/18

**spaces [1]** 205/21

**Spanish [1]** 179/24

**speak [3]** 181/12 181/21 204/6

**speaking [3]** 194/11 205/24 298/12

**specific [6]** 168/6 172/17 178/5 184/13 295/18 295/20

**specifically [6]** 184/7 224/24 227/15 237/17 261/5 296/11

**specifics [2]** 168/13 230/21

**spectrum [1]** 271/14

**spend [2]** 201/19 288/4

**spent [4]** 165/25 166/12 169/20 170/1

**split [1]** 178/11

**spoke [1]** 180/7

**spooky [3]** 276/12 276/13 276/14

**sport [1]** 198/4

**spread [1]** 276/8

**staff [2]** 205/4 206/16

**staffers [4]** 290/13 290/15 290/16 290/19

**stances [2]** 233/24 234/20

**stand [7]** 199/18 220/9 222/24 223/24 270/4 271/15 289/9

**standby [1]** 198/21

**standing [1]** 214/25

**standpoint [1]** 258/14

**stands [2]** 186/12 306/24

**start [14]** 165/2 200/15 200/18 202/14 204/1 207/7 216/23 218/12 226/14 229/19 231/22 248/6 248/11 275/11

**started [5]** 176/10 199/6 202/20 215/6 248/8

**starting [1]** 207/17

**state [5]** 225/22 244/14 244/20 262/1 263/13

**statement [2]** 183/9 240/4

**statements [2]** 182/5 283/9

**STATES [12]** 162/1 162/3 162/10 164/7 199/3 208/23 226/1 232/9 286/10 286/11 286/13 300/23

**station [1]** 288/23

**statistician [1]** 274/17

**Statistics [1]** 290/9

**staying [1]** 192/11

**steal [1]** 250/13

**step [1]** 303/25

**Stephen [1]** 200/6

**steps [2]** 215/6 276/9

**Stewart [16]** 168/25 188/9 194/3 212/13 224/4 231/17 243/19 257/7 272/7 281/12 283/5 290/3 291/20 291/22 292/17 297/21

**Stewart Rhodes [15]** 168/25 188/9 194/3 212/13 224/4 231/17 243/19 257/7 272/7 281/12 283/5 290/3 291/22 292/17 297/21

**Stewart Rhodes' [1]** 291/20

**still [21]** 165/1 169/2 194/5 204/12 212/5 212/6 216/1 224/6 231/19 239/16 242/16 243/21 243/22 255/1 272/3 272/9 272/10 278/18 281/13 297/24 298/1

**stolen [7]** 195/22 195/23 196/7 250/6 250/16 250/18 299/20

**stop [4]** 189/14 192/2 215/9 250/4

**store [1]** 206/3

**stories [6]** 192/24 197/11 202/23 230/18 280/10 297/6

**story [2]** 239/18 303/16

**streams [1]** 172/4

**street [6]** 162/16 163/11 163/20 214/24 215/2 249/18

**strict [1]** 204/5

**strictly [1]** 203/16

**strike [6]** 187/15 188/17 255/15 255/25 292/6 292/20

**strong [4]** 190/13 259/3 267/12 268/19

**strongly [1]** 166/13

**students [5]** 169/21 170/2 170/3 170/9 180/6

**stuff [7]** 183/4 188/2 192/24 193/9 195/23 197/9 266/18

**SUAREZ [2]** 163/11 163/14

**subject [2]** 170/6 233/2

**subjects [1]** 170/9

**subsequently [1]** 224/18

**substitute [1]** 179/9

**subtle [1]** 190/18

**successful [1]** 234/10

**such [6]** 175/2 190/13 226/10 242/8 268/19 285/9

**sudden [1]** 215/3

**sufficient [1]** 305/11

**suggest [1]** 277/23

**suggested [1]** 277/23

**suggesting [1]** 191/10

**Suite [2]** 163/16 163/20

**summer [2]** 264/12 265/3

**super [1]** 269/4

**supervisor [1]** 180/8

**supplemental [1]** 305/7

**support [12]** 174/9 177/10 177/15 186/1 186/4 186/8 186/14 186/21 197/25 234/2 238/1 240/1

**supported [8]** 174/4 174/9 233/17 233/18 234/17 235/2 250/4 261/13

**supporters [5]** 197/18 233/14 265/14 265/15 266/1

**supportive [1]** 252/23

**supposed [2]** 190/24 210/20

**supposedly [1]** 253/18

**supremacist [8]** 187/17 187/19 254/3 254/11 254/13 254/24 255/3 255/4

**supremacists [2]** 184/16 243/1

**supremacy [2]** 189/16 191/9

**sure [19]** 175/9 177/5 178/12 178/20 180/5 188/24 222/10 224/16 224/23 240/18 244/13 246/24 255/4 258/12 262/15 272/25 275/10 285/6 291/24

**surf [1]** 202/3

**surprise [7]** 182/12 203/2 219/10 253/21 253/23 253/24 254/8

**surprising [1]** 259/7

**surveillance [1]** 274/23

**survivors [1]** 166/1

**suspend [1]** 304/20

**suspending [1]** 305/5

**swipe [1]** 197/10

**swirling [1]** 243/3

**sword [1]** 209/9

**sworn [2]** 199/19 203/14

**system [2]** 185/11 199/11

**T**

**T-shirts [2]** 246/7 246/15

**tab [1]** 197/10

**table [1]** 217/8

**take [18]** 165/9 179/21 191/20 229/18 234/21 249/4 253/17 278/9 278/12 278/16 278/17 279/2 280/8 291/12

**Target [1]** 304/13 304/11 306/14

**taken [4]** 173/12 183/11 306/23 306/25

**takes [1]** 290/9

**taking [1]** 216/15

**talk [2]** 201/24 273/25

**talked [5]** 181/1 184/19 187/2 187/3 273/22

**talking [7]** 170/2 248/25 251/20 251/25 258/11 266/5 266/18

**Tamburri [1]** 200/7

**Tampa [1]** 304/23

**tapered [1]** 170/14

**targeting [1]** 266/10

**teach [3]** 170/6 170/7 170/8

**teacher [3]** 169/16 179/11 179/18

**teaching [1]** 169/21

**televised [1]** 182/6

**television [2]** 202/21 235/20

**tell [59]** 167/23 171/4 173/9 175/8 176/9 180/13 182/3 182/9 182/16 190/23 192/19 195/20 205/6 207/24 213/6 214/20 217/21 224/1 225/16 226/8 226/16 228/8 230/12 232/15 232/21 233/2 236/5 242/2 244/12 245/8 245/15 246/23 248/14 253/1 253/16 257/1 259/23 260/16 262/10 263/6 264/25 268/23 270/9 271/3 273/9 273/17 275/14 277/24 279/16 281/16 283/3 284/1 286/2 293/16 295/15 295/22 297/18 292/12 301/17

**ten [1]** 221/25

**tend [2]** 207/25 239/16

**tended [1]** 255/1

**tends [1]** 166/2

**term [2]** 192/25 193/2

**terms [2]** 164/21 168/10 169/16 170/11 171/3 178/23 181/17

**terribly [1]** 277/20

**test [1]** 191/17

**testified [3]** 237/7 250/11 263/6

**testify [1]** 209/17 209/20 209/21 210/13 210/16 263/10

**testifying [2]** 205/24 257/25

**testimony [12]** 196/16 219/25 220/2 220/3 227/22 238/17 238/18 254/1 254/4 284/22 284/25 285/3

**tests [1]** 206/10

**Texas [3]** 302/2 302/3

T

**Texas... [1]** 302/25
**text [2]** 202/11 265/12
**than [37]** 168/17
172/17 174/19 187/23
189/17 193/2 206/8
229/6 230/21 231/4
231/7 233/1 233/10
235/19 250/16 251/5
253/5 255/11 255/21
260/25 261/7 271/23
276/8 278/4 279/23
280/18 280/19 281/22
281/23 284/15 285/8
287/17 296/3 296/23
299/15 300/2 301/16
**thank [77]** 165/10
165/19 167/5 167/12
167/13 175/25 180/22
184/18 187/14 190/9
192/11 192/12 197/15
198/11 198/15 199/9
199/15 199/22 206/19
206/24 211/8 211/16
216/17 217/12 217/14
218/3 222/19 222/22
222/23 223/4 229/14
229/19 229/24 238/25
239/21 240/5 241/6
241/8 241/11 249/8
249/9 251/11 253/10
254/15 264/7 265/7
265/8 268/2 268/4
268/7 270/21 275/4
276/19 276/21 276/23
276/24 277/4 277/14
277/21 278/8 278/19
278/21 278/22 279/6
289/1 289/22 290/7
291/7 291/8 293/3
294/21 294/23 302/13
303/2 303/25 304/2
306/21
**thank you [61]** 165/10
165/19 167/5 167/12
167/13 180/22 184/18
192/11 192/12 197/15
198/11 198/15 199/9
199/22 211/16 216/17
217/14 218/3 222/19
222/22 222/23 229/14
229/19 229/24 238/25
239/21 240/5 241/6
241/11 249/8 249/9
251/11 253/10 254/15
264/7 265/7 265/8
268/2 268/4 268/7
270/21 275/4 276/19
276/21 276/23 276/24
277/14 277/21 278/8
278/19 278/22 289/1
289/22 291/8 293/3
294/21 294/23 302/13
303/2 303/25 304/2
**thanks [5]** 167/11
198/14 211/14 295/9
303/24
**that [788]**

**that's [70]** 169/18
171/16 172/14 173/1
174/19 174/22 174/22
178/18 179/11 179/6
181/9 186/17 188/8
189/24 190/17 190/20
191/2 191/6 191/7
192/8 207/1 213/16
213/21 214/9 216/17
220/24 228/17 230/22
241/18 244/17 246/17
248/15 254/23 255/4
255/5 255/6 255/12
269/3 269/7 269/8
269/22 270/13 270/21
271/4 271/19 271/22
272/20 273/3 273/20
275/20 276/19 277/9
277/18 278/3 278/3
278/4 280/3 280/16
282/19 282/21 283/13
285/16 287/13 294/17
295/5 299/4 300/16
300/17 301/18 303/2
**their [39]** 168/7 168/15
172/13 177/23 178/5
178/12 178/18 179/11
186/1 186/1 186/1
186/3 186/4 186/8
186/10 186/11 186/12
186/14 186/20 191/23
203/6 210/19 223/25
223/25 233/24 234/20
234/24 240/12 242/6
250/10 251/1 257/5
271/14 283/12 290/21
296/5 296/8 302/19
306/18
**them [62]** 165/3 165/4
168/3 169/15 169/15
171/17 172/5 172/7
174/5 174/14 174/20
175/3 175/10 179/17
179/25 180/19 181/8
183/22 184/8 184/12
187/18 187/22 187/23
190/18 191/16 193/19
193/19 194/6 204/7
226/22 227/10 233/11
239/8 239/14 240/19
249/14 249/25 250/2
250/20 254/7 259/24
261/3 263/14 263/15
270/3 271/4 282/20
283/13 283/13 288/10
288/11 294/18 296/11
296/21 297/13 298/6
299/16 299/22 301/22
304/5 304/11 304/11
**themselves [1]** 183/12
**then [47]** 164/24 165/6
165/20 170/14 170/19
174/14 174/22 178/18
179/7 180/21 184/3
186/5 191/25 194/17
195/12 201/6 209/22

215/9 215/12 215/14
215/15 215/24 215/25
222/15 224/20 228/6
229/4 243/15 247/7
248/11 251/4 257/4
258/12 258/15 259/4
263/16 265/5 265/6
267/18 269/21 275/23
291/12 292/17 301/22
**therapy [1]** 294/20
**there [76]** 165/22
166/14 167/2 167/16
174/24 175/17 176/12
176/19 178/17 181/22
182/10 185/15 185/16
186/3 186/7 188/12
189/8 190/14 191/8
191/20 195/1 197/13
200/2 201/1 203/2
206/1 208/16 215/9
215/9 215/10 215/10
216/5 218/11 219/7
219/25 220/24 221/25
222/4 226/14 229/5
235/25 237/18 238/3
244/4 244/6 246/7
248/4 251/2 255/17
256/14 262/23 264/20
264/23 267/16 269/2
269/4 269/11 269/24
270/7 271/9 274/4
276/3 276/11 282/10
285/2 288/7 290/12
292/10 293/12 293/14
295/13 296/18 298/15
300/5 301/11 303/10
**there's [16]** 165/8
170/2 178/7 178/18
178/18 179/24 182/18
182/24 183/3 185/9
186/13 191/15 191/25
269/14 292/20 292/23
**thereafter [1]** 224/19
**therefore [1]** 199/14
235/11
**these [65]** 164/19
166/7 166/21 169/7
171/16 171/20 173/2
174/3 182/18 183/13
185/1 185/4 185/20
185/22 186/22 189/3
189/23 191/8 191/17
193/17 195/14 198/22
201/3 203/12 203/12
203/23 204/12 205/16
208/16 213/23 214/1
222/14 225/9 232/8
234/23 236/22 246/5
253/6 255/24 257/13
257/19 259/15 259/19
262/15 262/19 265/11
265/20 265/23 265/24
266/16 272/6 272/6
272/12 280/25 282/15
282/20 282/23 283/15
285/17 286/8 292/2
297/12 297/18 299/18

**they [79]** 164/24 168/2
168/11 168/11 168/13
168/14 168/14 169/14
170/9 174/7 178/7
178/20 179/18 180/1
182/2 182/4 182/22
182/23 183/18 186/4
186/13 189/2 189/2
189/8 191/16 191/25
193/8 195/6 196/14
196/19 198/20 204/8
204/8 204/9 208/10
215/10 215/15 217/19
223/24 227/13 227/16
227/24 233/9 234/21
237/2 240/13 242/9
244/18 244/20 246/10
246/16 250/11 250/11
250/15 258/16 260/2
263/15 263/13 265/17
265/25 266/7 266/9
266/16 266/16 269/21
271/11 271/13 271/15
292/18 293/18 293/19
293/22 294/16 295/25
296/21 296/24 300/22
304/5 306/20
**they're [10]** 169/21
190/14 194/13 198/21
217/7 252/5 252/6
253/7 265/16 266/5
**they've [4]** 171/21
179/19 183/21 183/21
**thief [2]** 215/5 215/5
**thing [8]** 167/25 168/14
187/21 194/24 210/9
246/13 246/14 252/21
**things [19]** 169/17
172/22 181/13 184/5
243/13 246/15 246/16
252/19 252/25 253/4
255/24 258/7 260/2
263/15 268/25 276/4
285/14 285/14 291/1
**think [197]**
**thinking [5]** 178/20
179/14 180/17 209/5
305/20
**thinks [2]** 197/11
197/14
**this [165]**
**This is [1]** 164/7
**Thomas [3]** 169/1
194/4 224/6
**Thomas Caldwell [3]**
169/1 194/4 224/6
**those [48]** 165/1 166/2
171/25 172/1 172/11
172/25 177/3 178/19
186/6 189/11 189/20
193/6 195/25 200/3
200/8 200/9 200/11
206/14 207/14 212/19
214/13 216/15 224/14
228/8 228/9 233/2
233/22 234/4 234/6
234/7 235/8 235/10

249/13 257/18 259/24
261/9 261/15 265/24
266/12 268/25 275/18
288/1 288/9 293/17
297/5
**though [2]** 166/8
182/17
**thought [11]** 176/11
187/16 188/11 192/1
214/25 215/12 220/6
264/1 267/22 267/25
285/3
**thoughts [4]** 267/6
267/8 267/12 267/17
**thousands [1]** 185/16
**three [4]** 164/22 165/2
231/17 255/24
**through [22]** 165/3
187/23 195/5 195/12
198/16 198/22 200/12
222/18 235/19 248/16
248/17 251/6 258/2
265/4 280/9 280/10
288/15 294/19 298/10
300/3 303/22 304/7
**throughout [1]** 171/8
**tie [1]** 270/20
**Tim [2]** 257/24 257/25
**time [37]** 165/20
166/24 169/21 170/1
170/13 172/6 179/19
191/20 191/23 194/20
198/1 198/2 198/11
201/7 201/19 201/21
206/18 208/18 209/4
209/11 212/8 217/14
231/12 243/13 245/23
246/13 251/19 278/12
278/16 287/4 288/4
296/15 298/17 304/5
304/16 304/17 304/18
**times [1]** 288/2
**timing [1]** 180/3
**tissue [1]** 278/11
**titled [1]** 307/4
**today [22]** 182/17
184/9 199/3 199/15
200/13 200/23 204/16
204/17 204/23 205/5
206/2 212/5 212/15
215/21 223/16 224/7
236/14 239/14 243/21
256/22 272/9 297/24
**together [1]** 178/19
**toilet [2]** 215/16 215/17
**told [6]** 177/8 193/24
229/7 277/17 285/8
300/1
**Tom [2]** 212/14 297/22
**Tom Caldwell [2]**
212/14 297/22
**tons [1]** 261/15
**too [13]** 169/21 170/3
178/4 179/3 180/19
192/23 195/6 195/6
202/9 213/1 258/17
268/1 302/25

**T**

took [8]  172/15 173/13
175/13 183/12 215/22
216/1 264/18 265/1
torn [1]  178/21
touch [2]  201/9 270/16
tour [3]  175/13 235/16
301/7
tourists [1]  246/13
toward [1]  180/18
towards [1]  166/2
track [1]  197/9
trade [1]  237/8
traffic [1]  301/16
training [1]  248/22
trajectory [1]  248/16
transcript [2]  162/9
307/3
transmission [1]
274/24
transmitting [1]  265/13
transplant [1]  216/14
travel [2]  304/18
304/20
treason [1]  282/13
treated [2]  196/17
302/9
trespassing [1]  178/25
Trevor [1]  200/6
trial [30]  185/6 185/19
188/3 189/11 189/19
191/15 197/17 199/25
203/15 203/25 203/25
205/22 206/7 206/8
206/11 206/13 207/13
214/6 217/21 234/24
250/4 251/8 252/14
253/2 260/24 282/16
283/8 283/16 289/9
304/21
trials [3]  214/12 224/25
292/12
tried [4]  172/5 227/5
227/9 298/10
trip [1]  175/13
trouble [6]  166/22
171/18 193/19 227/25
263/21 273/4
troubled [2]  254/23
255/9
Troy [2]  162/15 164/12
true [7]  202/8 212/5
212/6 239/16 255/1
272/9 272/10
Trump [7]  197/18
197/20 198/1 233/15
249/22 249/24 250/4
Trump's [1]  173/25
trust [1]  179/20
try [4]  166/23 201/20
209/9 284/13
trying [12]  183/23
186/18 189/12 189/22
191/6 209/8 234/16
265/21 274/24 279/24
287/12 298/7
tug [1]  215/4
turn [30]  165/23

173/5 192/15 195/17
203/9 207/5 211/22
212/18 223/10 224/10
225/12 231/22 241/22
246/20 257/23 260/12
261/20 268/15 270/22
277/16 279/13 285/23
288/17 295/11 298/2
299/7 301/13
turned [1]  215/5
TV [3]  194/15 194/16
202/24
tweet [1]  202/11
tweeting [2]  202/25
203/3
tweets [1]  203/6
twice [3]  214/7 275/17
301/7
two [17]  178/19 179/25
186/6 186/15 189/20
193/24 206/1 223/20
254/4 256/2 257/15
275/18 275/20 275/21
291/11 298/5 302/14
type [5]  209/8 233/5
249/19 251/15 253/12
typically [5]  169/17
173/13 219/15 261/17
293/17

**U**

U.S [3]  162/16 220/12
220/21
U.S. [1]  299/9
U.S. Government [1]
299/9
uh [14]  195/3 213/15
225/20 237/22 240/6
271/24 272/15 285/10
288/16 289/19 294/10
296/9 302/4 303/23
uh-huh [11]  195/3
213/15 225/20 237/22
240/6 272/15 285/10
288/16 294/10 296/9
302/4
unavoidable [1]
201/22
unbiased [1]  166/15
under [3]  199/21 204/5
232/6
underground [2]
221/10 221/14
understand [22]
168/12 172/8 178/2
183/25 186/16 186/18
188/3 188/25 189/6
190/1 190/3 190/5
208/20 218/23 220/15
240/18 255/16 274/7
277/9 278/7 304/22
305/9
understanding [12]
168/6 184/11 208/16
210/12 240/21 252/3
252/4 253/12 269/10
279/21 296/5 306/18

understood [1]
289/10 305/19
undertook [1]  248/23
undue [1]  292/22
unfortunately [2]
199/8 274/8
uninformed [3]  250/7
250/9 250/15
unit [1]  216/14
UNITED [12]  162/1
162/3 162/10 164/7
199/3 208/23 226/1
232/9 286/10 286/11
286/13 300/23
United States [8]
199/3 208/23 226/1
232/9 286/10 286/11
286/13 300/23
United States of [1]
164/7
unknown [1]  177/9
unless [3]  197/2
204/19 272/21
unlike [1]  206/3
unlikely [1]  182/10
unprovoked [1]  266/8
until [4]  203/7 204/20
205/3 213/3
unusual [1]  194/16
up [33]  165/9 170/22
171/20 175/23 179/16
180/20 183/21 186/25
189/19 191/16 196/23
200/9 207/5 211/22
213/3 215/11 222/24
229/10 247/1 254/5
256/2 256/14 258/16
264/6 267/6 270/12
276/11 289/20 291/25
292/15 292/16 302/12
304/14
upon [11]  181/12
182/20 183/18 184/9
184/15 200/24 280/3
280/4 282/20 283/12
283/16
upset [1]  305/20
us [71]  165/19 167/13
167/23 169/10 171/4
171/10 172/1 173/9
175/8 180/13 182/16
184/21 192/11 192/19
193/24 194/10 195/20
198/16 200/10 200/16
205/20 207/24 212/22
213/9 214/20 217/21
220/15 224/14 225/16
226/8 226/16 228/8
229/7 230/12 232/2
232/15 232/21 233/2
233/22 236/5 242/2
244/12 245/8 245/15
246/23 257/1 258/4
259/23 260/16 262/10
263/7 268/23 270/9
272/16 273/9 275/14
277/17 277/25 279/17
284/1 285/8 286/2

295/15 295/22 298/12
300/1 301/17 304/7
usdoj.gov [1]  162/18
use [6]  184/17 197/8
202/2 202/6 215/21
304/20
used [12]  171/3 171/7
180/24 181/23 181/25
197/2 225/17 225/17
225/21 263/11 269/14
303/14
using [1]  197/7
usually [2]  200/14
204/19

**V**

vague [1]  270/20
Vallejo [5]  163/19
164/10 164/17 199/5
306/18
values [1]  184/14
various [1]  255/10
verdict [10]  187/8
201/16 222/15 281/19
281/23 282/7 282/10
282/24 290/4 291/20
verdicts [1]  281/24
versus [6]  164/8 198/4
199/4 252/15 252/16
252/21
very [39]  167/5 167/14
179/17 179/23 182/2
182/3 182/25 183/5
184/13 185/25 189/5
190/18 190/25 193/23
198/11 202/6 206/19
217/12 217/14 229/14
230/23 231/6 234/18
245/22 245/24 249/10
254/15 265/8 268/2
268/25 278/19 288/3
290/19 293/1 303/25
305/6 306/10 306/10
306/11
vet [1]  189/1
veteran [2]  232/17
244/16 254/7
victim [9]  195/19
214/19 214/21 216/3
228/5 262/8 262/23
266/22 288/20
victimhood [1]  277/23
victimized [1]  166/12
victims [3]  166/3 166/5
166/9
video [9]  169/8 213/12
224/12 258/3 258/5
272/13 288/7 298/11
301/10
videos [18]  169/13
171/3 180/25 181/3
182/10 182/17 182/18
183/2 183/5 184/4
194/9 194/11 224/12
249/12 249/13 285/12
288/9 298/13
view [15]  169/15

viewed [4]  169/15
169/18 171/25 172/10
viewing [2]  235/20
288/9
viewpoints [3]  166/15
234/2 234/20
views [20]  174/8
174/14 174/18 174/25
184/20 189/18 233/8
233/10 233/13 233/16
234/5 234/15 234/24
238/13 260/25 261/12
269/18 287/17 287/20
299/15
violates [1]  203/23
violation [1]  301/16
violence [13]  166/2
166/3 166/5 166/14
181/2 181/5 181/6
181/11 182/5 182/12
182/18 182/18 269/3
violent [2]  265/14
266/1
visited [3]  181/12
288/1 288/3
visits [1]  218/17
voluntarily [1]  206/2
vote [2]  177/3 177/14
voted [7]  174/7 197/19
237/3 239/25 249/22
249/24 250/25
vs [1]  162/5

**W**

wait [1]  201/21
waiting [4]  201/19
201/21 201/23 201/24
walk [2]  204/8 245/17
walked [3]  175/10
288/1
walking [3]  235/13
235/22 249/18
walls [1]  195/5
want [17]  166/25
178/23 180/11 180/12
187/1 189/6 190/10
190/12 199/6 199/15
210/13 248/14 275/19
278/12 278/23 292/22
305/24
wanted [2]  189/8 303/9
wants [2]  188/7 189/1
was [228]
Washington [5]  162/5
162/17 163/21 202/24
265/1
wasn't [4]  176/25
241/2 255/1 299/20
watch [5]  172/5 194/16
205/14 245/21 249/17
watched [9]  169/13
172/2 181/1 194/15
194/22 212/21 259/8

**watched...** [2] 259/24
285/11
**watching** [5] 166/12
172/7 215/12 258/11
301/10
**water** [1] 278/13
**Watkins** [10] 169/1
188/10 194/4 212/14
224/5 243/20 257/9
272/7 281/12 297/22
**way** [17] 179/23 188/8
198/5 200/25 207/17
208/5 209/18 214/23
217/9 220/11 263/2
266/4 292/17 292/20
297/18 305/14 305/18
**ways** [2] 239/25 265/13
**we** [101] 164/22
164/24 164/24 165/2
165/2 165/7 165/20
166/25 167/1 167/14
174/14 175/13 178/23
179/15 180/11 184/19
188/13 188/18 189/20
189/22 190/20 190/24
191/4 191/7 191/18
192/12 194/14 194/16
195/10 198/19 198/22
199/6 199/8 199/17
199/19 200/15 200/18
201/2 201/9 201/20
202/16 204/18 204/20
204/21 204/22 204/24
205/6 205/9 205/25
206/15 206/17 207/10
207/11 207/11 207/15
207/20 208/25 209/7
209/15 209/22 214/5
214/17 217/18 218/13
219/3 224/11 225/4
229/18 229/18 233/1
233/1 247/24 249/2
251/24 254/18 256/1
261/20 265/4 269/2
273/1 274/23 276/12
278/4 278/7 278/19
281/10 291/11 292/18
292/21 299/2 301/6
304/3 304/6 304/11
304/12 304/13 304/14
304/20 305/10 305/23
306/8
**we will** [11] 191/7
200/15 201/9 201/20
205/6 205/9 206/15
206/17 229/18 304/11
304/12
**we'll** [19] 165/1 165/3
165/6 165/9 188/21
190/6 190/22 191/16
191/17 191/18 191/19
198/22 207/6 218/12
291/12 304/10 304/10
306/14 306/22
**we're** [7] 164/21 165/3
178/23 189/12 191/6
191/18 255/4

229/17 304/5
**wear** [2] 205/25 206/5
**wearing** [2] 193/11
205/20
**website** [1] 170/18
**Wednesdays** [1]
293/18
**week** [5] 179/24
179/24 180/1 180/1
281/20
**weekends** [2] 294/17
294/19
**weekly** [1] 293/15
**weeks** [16] 179/11
179/15 179/22 180/9
191/5 193/25 199/24
200/19 206/9 218/24
222/12 223/20 231/11
231/11 276/15 282/25
**weight** [3] 196/18
227/24 238/19
**WEINBERG** [5] 163/11
163/14 163/15 164/15
197/16
**weird** [1] 276/6
**welcome** [5] 192/13
217/13 217/17 279/7
294/22
**well** [25] 166/25
174/24 178/7 188/14
194/24 205/25 206/1
211/14 226/25 233/23
234/13 242/3 242/7
242/20 242/21 242/22
250/3 258/25 264/23
273/16 274/8 286/5
290/19 300/21 306/17
**well-informed** [2]
242/21 242/22
**went** [12] 177/21
177/21 177/25 178/3
189/9 215/14 215/22
240/10 240/14 265/6
287/11 301/6
**were** [89] 166/17
166/18 168/1 169/7
169/14 170/3 172/4
174/17 175/2 175/11
176/19 178/20 179/5
181/22 182/2 182/4
182/6 182/10 185/15
187/5 192/17 193/8
193/11 193/17 195/25
196/15 198/17 198/18
199/24 201/5 212/20
215/10 218/24 219/25
222/11 225/1 226/22
228/16 228/16 229/5
235/17 236/7 236/15
237/3 240/24 241/24
243/5 244/20 246/8
246/10 248/25 249/10
251/4 254/6 255/17
258/2 258/8 260/2
260/23 260/25 261/5
263/1 263/1 264/20
264/22 264/23 265/10

267/15 267/16 267/18
272/12 272/22 276/3
282/24 283/23 284/20
287/16 290/16 293/22
296/21 296/24 298/4
299/18 300/17 303/9
303/22
**weren't** [1] 291/3
**what** [186]
**what context** [1] 280/8
**what's** [11] 213/6
213/16 245/22 252/3
256/14 268/15 275/3
276/12 277/17 303/16
303/18
**whatever** [16] 177/9
183/18 184/10 184/24
185/21 195/11 195/11
197/14 201/25 213/20
239/11 252/23 273/2
282/5 299/2 305/25
**when** [37] 169/12
170/25 173/19 175/10
175/11 178/16 186/7
189/2 189/12 189/15
194/14 196/6 199/23
200/9 200/15 204/21
208/19 212/25 213/2
215/3 223/17 231/18
242/24 248/23 250/18
250/19 252/13 254/25
256/22 260/3 261/17
263/11 271/6 272/8
280/2 290/12 293/16
**where** [23] 170/23
201/5 221/20 242/6
242/8 242/8 242/9
245/17 251/20 252/13
252/15 252/19 267/20
267/22 268/25 269/2
270/4 270/13 271/13
271/22 284/20 286/21
288/4
**whether** [68] 171/14
171/24 175/6 179/4
187/8 188/7 189/1
189/7 189/13 189/15
195/18 200/17 207/13
209/18 212/12 214/5
214/17 218/14 223/12
224/3 225/14 226/6
226/14 227/2 228/4
228/6 230/10 231/16
231/24 231/24 232/18
235/5 235/6 237/6
240/19 241/4 243/18
245/6 247/7 252/8
256/17 259/18 259/23
260/6 260/13 260/14
261/21 262/7 263/5
268/18 270/23 272/5
273/6 274/5 280/17
281/11 283/22 285/25
288/19 289/7 289/8
292/3 293/14 297/20
298/3 299/24 301/4
301/14

185/6 187/23 194/16
203/15 203/25 209/17
220/17 220/20 255/18
257/13 262/22 280/5
282/10 283/3 288/3
291/25 293/13 298/5
304/6 305/7
**while** [8] 201/23 202/6
214/22 248/5 262/22
290/11 303/13 303/15
**white** [16] 184/16
187/17 187/18 189/16
191/9 243/1 254/3
254/11 254/13 254/13
254/24 255/3 255/3
255/4 268/25 276/2
**White House** [1] 276/2
**who** [72] 164/22
164/22 166/2 166/5
170/16 171/11 171/19
174/7 174/9 177/3
177/14 177/15 183/12
188/10 188/21 190/24
191/15 191/19 198/19
199/25 200/3 200/11
202/25 203/4 203/23
205/23 205/24 206/5
219/19 219/20 219/25
225/1 226/19 227/12
229/5 232/14 233/14
233/17 233/18 234/2
234/6 234/6 234/16
235/2 238/3 242/5
244/7 244/15 246/14
247/13 248/7 250/17
250/25 258/14 258/19
258/22 261/13 262/4
262/16 262/17 262/23
270/15 273/10 283/23
286/2 286/12 290/22
297/1 298/22 300/13
300/15 306/4
**who's** [3] 246/21 274/3
286/3
**who've** [2] 227/5 287/6
**whole** [4] 170/9 176/13
239/18 277/8
**why** [15] 169/18
174/11 177/7 177/8
177/13 179/1 200/23
205/25 210/9 226/16
228/8 228/13 229/18
268/23 288/21
**WiFi** [1] 202/2
**will** [78] 167/5 174/24
177/23 178/24 187/11
189/7 191/7 196/15
197/10 198/12 200/13
200/14 200/15 200/18
200/23 200/25 201/4
201/5 201/6 201/9
201/15 201/16 201/18
201/20 202/8 203/14
203/15 203/16 204/16
204/17 204/25 204/25
205/6 205/7 205/9
205/17 205/22 205/23

206/15 206/16
206/17 207/12 210/12
211/9 217/4 217/15
219/12 222/20 228/11
228/13 229/15 229/18
239/16 241/8 252/6
252/25 254/16 255/15
257/24 257/25 265/17
268/3 269/11 276/22
278/20 283/8 283/9
288/7 291/9 294/23
299/13 304/1 304/5
304/7 304/11 304/12
305/8
**William** [4] 163/2 163/3
307/2 307/8
**windows** [1] 181/12
**wing** [1] 184/13
**wish** [3] 201/13 201/24
277/13
**within** [5] 227/15
235/24 269/22 276/2
276/5
**without** [4] 177/11
191/1 305/2 305/23
**witness** [14] 196/18
220/4 220/8 222/24
228/7 228/16 229/6
237/7 237/19 247/8
255/12 263/1 263/6
284/25
**witness's** [1] 238/18
**witnessed** [2] 182/21
247/13
**witnesses** [3] 199/25
205/24 298/9
**women** [3] 166/5
173/20 215/10
**women's** [7] 173/13
173/14 173/19 233/4
275/17 275/21 287/12
**won't** [2] 219/10
249/18
**wonder** [1] 294/16
**Wonderful** [1] 223/3
**wondering** [2] 178/23
197/5
**word** [9] 180/24 181/25
267/5 267/7 267/10
273/12 273/20 279/2
303/17
**words** [8] 171/3 181/20
209/19 236/25 239/9
242/24 243/2 251/25
**work** [42] 201/1 213/2
214/23 216/14 217/19
218/15 218/15 218/22
218/22 218/25 219/18
220/20 220/20 220/24
221/1 221/19 225/18
225/21 226/22 226/23
227/6 227/6 227/9
227/10 227/12 227/13
237/9 242/13 243/25
243/25 245/21 247/3
247/5 248/10 254/10
263/8 273/15 273/22
274/21 274/22 290/9

Case 1:22-cr-00015-APM Document 847 Filed 02/02/24 Page 168 of 168

329

**W**

**work... [1]** 306/5
**worked [12]** 166/4
220/22 226/2 226/15
227/3 244/18 245/2
246/22 263/13 273/7
288/2 302/17
**worker [1]** 244/14
**working [5]** 166/1
180/5 247/1 290/13
290/13
**works [8]** 185/11
219/20 261/22 262/5
273/13 273/19 300/5
300/5
**world [1]** 176/14
**worry [1]** 278/7
**would [245]**
**wouldn't [11]** 174/15
182/14 183/14 183/20
217/4 217/8 230/22
253/23 253/24 266/9
291/6
**write [3]** 248/7 248/13
248/24
**writers [1]** 248/18
**writing [3]** 248/6
248/12 248/17
**wrong [3]** 179/1
245/19 291/3
**wrote [5]** 218/15 221/7
221/13 248/9 248/14

**Y**

**yeah [43]** 173/22
177/13 178/6 181/14
183/6 185/17 192/21
194/13 195/21 196/1
197/8 197/22 208/18
209/11 216/8 226/18
230/22 231/3 231/6
235/24 237/25 238/21
241/7 248/3 248/8
252/18 258/24 262/13
263/8 266/3 267/19
267/22 267/23 268/12
275/5 275/15 275/20
276/18 276/20 287/10
301/6 302/10 302/22
**year [1]** 179/19
**years [15]** 166/4 173/9
173/14 232/20 232/24
235/16 248/2 260/15
270/16 275/3 287/9
287/11 287/13 288/1
288/24
**Yep [3]** 171/13 180/23
264/16
**yes [106]** 167/22 169/3
169/6 170/15 171/24
173/11 176/2 176/10
176/18 181/4 181/9
184/17 185/2 187/9
187/18 196/21 197/4
207/9 207/22 207/23
208/12 208/13 209/2
209/4 209/7 209/24
209/25 210/10 211/18

218/8 220/5 220/10
223/6 223/18 224/8
225/11 226/17 228/8
228/9 230/4 230/12
231/11 231/20 232/1
232/2 233/20 235/4
236/16 238/23 239/4
239/12 242/1 242/14
245/9 245/16 246/2
247/9 247/10 250/20
251/10 251/23 256/16
258/7 260/17 262/9
264/9 264/13 264/14
264/20 268/9 268/22
269/1 273/8 274/12
274/18 274/20 277/11
277/19 280/21 281/1
282/22 282/22 282/25
283/17 283/17 285/1
288/11 288/16 288/21
289/4 289/6 289/24
290/11 293/9 295/15
295/20 296/15 297/14
297/25 297/25 299/6
301/18 302/13
**yesterday [13]** 164/23
164/24 164/25 165/2
165/5 165/20 167/14
192/11 198/17 198/20
199/8 256/2 305/11
**yet [2]** 171/21 242/15
**you [1097]**
**you know [1]** 258/13
**you'd [4]** 193/23
252/10 257/18 270/22
**you'll [5]** 199/23
201/19 216/21 227/22
252/14
**you're [37]** 168/18
174/3 177/10 177/20
182/16 188/9 190/23
192/7 192/13 196/6
197/18 206/2 211/17
215/21 217/9 217/13
217/17 221/2 230/3
240/11 240/19 242/11
243/8 249/11 251/18
251/20 252/12 256/8
268/7 274/16 277/7
277/10 279/8 282/22
290/25 294/22 295/4
**you've [87]** 165/25
165/25 166/3 166/4
169/8 169/10 170/19
171/15 171/25 172/2
172/10 172/22 173/7
175/6 180/25 184/20
184/25 185/4 185/5
195/11 205/3 212/21
213/8 213/10 213/20
213/25 214/6 214/6
214/7 214/11 214/13
223/19 223/23 224/13
224/14 225/6 229/7
230/17 230/25 231/2
235/5 236/6 236/13
242/12 242/15 242/17

245/12 251/7 251/9
253/2 256/17 257/11
258/3 258/5 259/22
259/23 263/4 270/23
271/1 272/13 272/17
273/2 277/17 280/23
281/11 282/18 285/8
285/11 285/11 287/22
287/22 288/12 288/14
291/1 293/15 297/9
297/15 298/5 298/11
298/13 299/3 300/1
301/4 301/11
**young [3]** 169/22 170/3
302/25
**your [242]**
**Your Honor [42]**
165/11 167/3 167/4
167/8 167/25 175/24
176/6 184/18 185/7
185/24 187/15 188/18
189/22 191/22 206/20
211/3 211/5 211/11
217/23 218/4 229/11
229/13 238/25 241/12
253/20 254/20 254/22
255/8 255/13 256/3
264/7 276/25 279/3
289/22 289/24 291/13
292/8 293/5 294/12
294/25 302/13 306/15
**yours [3]** 174/19
260/25 287/17
**yourself [8]** 167/11
170/16 199/7 244/7
245/14 258/18 286/3
287/7
**yourselves [1]** 201/25
**YouTube [1]** 172/3

**Z**

**Zaremba [2]** 307/2
307/8