IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )    CR No. 22-15
                                     )    Washington, D.C.
          vs.                        )    December 14, 2022
                                     )    9:00 a.m.
ROBERTO A. MINUTA, ET AL.,           )
                                     )    Day 6
          Defendants.                )
_____)

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:            William Lee Shipley, Jr.
                                 LAW OFFICES OF
                                 WILLIAM L. SHIPLEY
                                 PO Box 745
                                 Kailua, HI 96734
                                 (808) 228-1341
                                 Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                  Angela Halim
                                 3580 Indian Queen Lane
                                 Philadelphia, PA 19129
                                 215-300-3229
                                 Email: angiehalim@gmail.com

For Defendant
David Moerschel:                 Connor Robert Martin
                                 BROWN, SUAREZ, RIOS & WEINBERG
                                 1532 Jackson Street
                                 Fort Myers, FL 33901
                                 (239) 337-9755
                                 Email: connor@bsrlegal.com

                                 Scott Weinberg
                                 BROWN, SUAREZ,
                                 RIOS & WEINBERG
                                 265 E Marion Avenue
                                 Suite 114
                                 Punta Gorda, FL 33950
                                 (941) 575-8000
                                 Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                  Matthew J. Peed
                                 CLINTON & PEED
                                 1775 Eye Street, NW
                                 Suite 1150
                                 Washington, D.C. 20006
                                 (202) 919-9491
                                 Email: matt@clintonpeed.com

```
1                        P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.
3              The all rise.  The Court is now in session; the
4    Honorable Amit P. Mehta now presiding.
5              THE COURT:  Good morning, everyone.
6              COURTROOM DEPUTY:  Good morning, Your Honor.  This
7    is Criminal Case No. 22-15, United States of America versus
8    Defendant No. 6, Roberto A. Minuta; Defendant 7, Joseph
9    Hackett; Defendant 8, David Moerschel; and Defendant 11,
10   Edward Vallejo.
11             Jeffrey Nestler, Alexander Hughes, Troy Edwards,
12   and Louis Manzo for the government.
13             William Shipley for Defendant Minuta.
14             Angela Halim for Defendant Hackett.
15             Scott Weinberg and Connor Martin for Defendant
16   Moerschel.
17             Matthew Peed for Defendant Vallejo.
18             All named defendants are present in the courtroom
19   for these proceedings.
20             THE COURT:  Good morning, everyone.
21             Okay.  So I think everybody's been informed that
22   the juror in Seat 9 called in this morning or texted in this
23   morning, said she was quite sick.  She believes she has the
24   flu, and so she is not with us today.
25             The question to put to you all is whether we
```

1   proceed, dismiss her, or we give it a day and see where

2   things are.  I understand the defense would like to give it

3   a day and the government would like to just forge ahead; is

4   that right?

5          MR. NESTLER:  Yes, Your Honor.

6          THE COURT:  Okay.

7          I am -- maybe this is my pessimism but I have a

8   feeling we're going to lose jurors after the holidays.  It's

9   not going to be to one-day colds.  I just think given the

10  rise in COVID and the flu and other illnesses that are

11  bouncing around, given that we have that week off and people

12  may be traveling and people may be coming into town and the

13  like, I just fear that we are going to have further

14  illnesses on this jury moving forward.

15         And so we did have a follow-up communication with

16  her in which she, for what it's worth, thought that she was

17  feeling -- she's better than she was yesterday.  She thought

18  she could get back by tomorrow.  So I think I'm inclined to

19  at least let's give this 24 hours and see where we are.

20         If she's not ready to go tomorrow, I think we

21  forge ahead and take it from there.  But I think it's better

22  to err on the side of caution now, because, as I said, I

23  suspect we're going to lose some folks over the holidays or

24  coming out of the holidays.  I may be wrong, but I just

25  think given all that's going around, that's likely to

1    happen.  Okay?

2              So do we have everybody here?

3              Yeah, why don't we bring them in.  So we'll just

4    get started at 9:30 tomorrow.  I've got a plea at 8:30, so

5    we can't get started until 9:30.

6              COURTROOM DEPUTY:  Jury panel.

7              (Jury entered the courtroom.)

8              THE COURT:  Okay.  Good morning, everyone.  Please

9    have a seat.

10             You will notice there are only 15 of you here this

11   morning, and that is because our juror in Seat 9 has called

12   in and is not feeling well today.

13             So given how early it is in the trial and that we

14   are likely to have -- we are going to have a break in

15   between Christmas and New Year's and my concerns about

16   illness moving forward, I think what we're going to do is

17   actually adjourn for the day.

18             We will not hear evidence today, we'll dismiss you

19   today, and we'll come back tomorrow.  If our juror in Seat 9

20   remains ill tomorrow and is unable to continue, then we will

21   proceed tomorrow.

22             But I just think out of an abundance of caution to

23   ensure that we have as many jurors available at the end of

24   this trial, that it makes some sense to at least -- to just

25   put a pause on the trial for 24 hours and then come back

1   tomorrow.

2           Now, I was just told that there's a possibility of

3   some weather tomorrow coming in.  I don't know whether

4   that's a thing or not.  If it is, we will let you know if

5   there's -- either the courthouse is closed or if there's a

6   delay.

7           But in any event, we will let you know if there's

8   any reason that we are delayed tomorrow or we're not going

9   to proceed tomorrow due to weather.  I certainly hope that

10  doesn't turn out to be the case.  So JC will contact you if

11  that turns out to be the case.

12          Otherwise, we'll start at 9:30 tomorrow.

13  I apologize for bringing you all in; we didn't get the news

14  until it was too late to notify you.

15          So thank you very much.  We look forward to seeing

16  everybody tomorrow.

17          Thanks very much.

18          COURTROOM DEPUTY:  All rise.

19          (Jury exited the courtroom.)

20          THE COURT:  Okay.  You know -- have a seat,

21  everyone.  It occurs me to, I don't think I put on the

22  record that we -- I don't have the numbers in front of me,

23  but we did replace the juror in Seat 7 with a new juror,

24  given what her hardship was.  I don't think we put on the

25  record that we called the next qualified juror and replaced

 1    her.  I don't have the number in front of me.  If somebody

 2    does, that would be great just to put on the record.

 3              MR. EDWARDS:  I think it was 0579.

 4              THE COURT:  Okay.

 5              So 0579 is who is now in Seat 7?

 6              MS. HALIM:  I have 0591, or is that the -- is she

 7    the one that has hardship?

 8              MR. NESTLER:  0591.

 9              MR. EDWARDS:  Sorry about that.

10              MS. HALIM:  Is our replacement, correct?

11              THE COURT:  So 0591 is now in Seat 7.  Okay.

12              All right.  Anything to discuss before we adjourn?

13              MS. HALIM:  I have a couple of things, Your Honor.

14              At this point, I don't have -- I'm not proposing

15    anything, I'm not asking for anything.  I just happened to

16    see in headlines last night that the J6 Select Committee has

17    finalized.  There's going to be, I think, another -- one

18    more hearing that was moved up a couple days and then a

19    report that they expect to be published.

20              I just raise that.  I know our jurors have been

21    instructed -- I think they've been instructed to not pay

22    attention to anything related to January 6th, correct?

23              THE COURT:  Correct.

24              MS. HALIM:  So I just raise that in case there's

25    going to be an ask down the road.

 1          The second --

 2          THE COURT:  Yeah, I'll -- and this happened last

 3   time around, I think, too, where they had a hearing, and I

 4   specifically instructed the jury to avoid any coverage of

 5   any hearings or, in this case, the report.

 6          MS. HALIM:  Okay.

 7          And then the other thing that I -- I just want to

 8   put this, this is for the record only.

 9          I had anticipated that before trial began, the

10   government would have produced to us case-specific exhibits,

11   but they did not.  They produced the exhibits that were

12   admitted at the first trial, so those have been reviewed.

13          But we're getting, on a daily basis, a whole batch

14   of new exhibits.  Their method of production is a difficult

15   one.  They produce everything by uploading it to USAfx.  So

16   there's a process that we have to go through before we can

17   actually get access to those documents.  Then we have to

18   review them, at 2:00 a.m., 3:00 a.m., before court the next

19   day, while we're in the middle of preparing and finalizing

20   our own cross-examinations and putting together our own

21   counter exhibits.

22          So when it comes time when an exhibit is shown, if

23   it's one that isn't a previously admitted exhibit, we are

24   sort of struggling very quickly knowing whether or not

25   there's an objection.

1    So it's either going to continue to be a little

2   clunky if the government is going to continue producing on a

3   daily basis with less than 24 hours, because we get the

4   exhibits in less than 24 hours.  We know the witness and we

5   know what was admitted previously, but the government's case

6   is different.  They're presenting things in a very different

7   way.

8    So having the knowledge of the prior case is only

9   but so useful as it comes to making quick decisions on the

10  fly.  So I just want to put that on the record and explain

11  part of what's going on over here.

12    THE COURT:  Yeah, I appreciate that.

13    I actually didn't understand that to be the case.

14  I, perhaps, assumed -- I did assume that you all were

15  getting the exhibits in a more efficient -- in a way that

16  has less friction.  So I appreciate you letting me know

17  that.  I now understand why you all were looking at some of

18  the things for the first time yesterday.

19    I don't know whether -- government counsel,

20  whether you all think this is nothing to be an ongoing

21  issue, Mr. Edwards, or this is just something coming out of

22  the gate, given the volume of exhibits that are coming

23  through Officer Harris.

24    MR. EDWARDS:  I think --

25    THE COURT:  Excuse me, Agent Harris.

1    MR. EDWARDS:  I think the latter.

2    I don't recall a ton of new exhibits other than

3    possibly the statement bubbles, but a lot of those

4    statements were in an Excel spreadsheet ahead of time so

5    candidly, we have taken those and put them in the blue

6    bubble format.

7    It might just be -- I don't recall a ton of new

8    exhibits, but I do think a set of new exhibits, this is more

9    on the front end, and we'll work to make sure that we do it

10   a little bit more advance notice for defense counsel.

11   THE COURT:  Okay.

12   And are you reproducing or are you -- I shouldn't

13   say reproducing.  Are you producing to them on a nightly

14   basis everything you intend to introduce or just that which

15   is unique?

16   MR. EDWARDS:  We've been doing everything for the

17   upcoming witness.

18   So the night before or even a couple nights in

19   advance and over the weekend, we gave some exhibits for a

20   couple witnesses in advance:  Here are the exhibits that

21   will come forth, come through this particular witness.  We

22   put that name of that witness in a folder, and then we just

23   drop everything into it.  And then we do the next witness.

24   And we've been doing that about two witnesses in

25   advance but sometimes, you know, the day before that witness

1    is supposed to take the stand.

2             MS. HALIM:  That is not my experience, Your Honor.

3             In fact, the day of opening statements, I think it

4    was, or it was last Friday, exhibits for Agent Harris had

5    been loaded, and I assumed it was everything.

6             I spoke -- it was an offhand comment by

7    Ms. Hughes, who's not here, No, we're just giving you the

8    new ones now.  So you already got the admitted ones back,

9    you know, when they produced them in the trial exhibit

10   exchange for the first trial.

11            So then now there's a reconciliation process that

12   has to happen as well.  And so things are not all the same.

13   It's confusing.  And even if that exchange with Ms. Hughes

14   wasn't accurate, the point is the volume is so much that

15   it's a full-time job just keeping track of what's different,

16   what's the same.

17            I say all that to get on the record and to advise

18   the Court that that's where the challenges are and why we're

19   not always prepared.

20            THE COURT:  Okay.  Yeah, I appreciate that.

21            MR. EDWARDS:  I do think that that particular

22   witness, we had dropped two bundles, and we had noticed that

23   we would supplement.

24            And I'm sympathetic, there are a lot of exhibits

25   coming through some of these early witnesses.  But what we

1  are attempting to do and what I think we're doing is putting

2  an agent or a witness name and then dropping the exhibits

3  that we think will come through that witness.

4       I don't think it will just be these two exhibits

5  that weren't admitted in Trial 1.  What we're doing is

6  putting everything in that we think will come through that

7  witness.

8       THE COURT:  Okay.

9       MR. SHIPLEY:  Your Honor, I would simply add to

10  this that the first set came from Mr. Nestler at 11:25 p.m.

11  Now, for me, I've long since gone to bed at 11:25 p.m., so I

12  see it the next morning.

13       Now, I've been on both sides of this game.  I've

14  worked till 11:25 p.m. as a prosecutor, but sometimes you

15  process stuff at 11:25 p.m. with gamesmanship because it was

16  ready to go at 6:00.

17       MR. NESTLER:  I was working till 11:25 p.m. with

18  Agent Harris getting the exhibits together.  It was a

19  Sunday.

20       So to be clear, we produced the exhibits that were

21  videos and other things that we wanted them to have more

22  advanced notice of.  By the way, they've had all of it in

23  discovery, we're just telling them what we're actually going

24  to introduce at trial.  Many of this is stuff that was

25  already introduced at the first trial.

1      The things that came at the later stages were

2  just, as Mr. Edwards says, the messages.  So we have a

3  thousand or so messages, and we are packaging them into

4  different compilations that make sense, and we are cutting

5  and cutting and cutting and trying to make them make sense

6  for the jury.

7      And so they have the messages, they have our

8  spreadsheet.  We're just putting them together into two,

9  three, five or 20 messages at once.  So that's what those

10  PDFs are.

11      But Ms. Halim's point is well taken.  We are doing

12  our best.  We gave Agent Hilgeman's exhibits over last

13  night, and she'll be the next witness after Agent Harris and

14  then a civilian, and we'll continue to produce, on a rolling

15  basis, our exhibits for our witnesses.

16      None of the information should be new.  It's just

17  the format or potentially the exhibit number that we're

18  giving it, if it needs to be tweaked or redacted or cut in a

19  different way than it was from the first trial.

20      For instance, there were some exhibits with

21  Agent Harris yesterday.  We introduced a clip of combat arc

22  training in the first trial.  Yesterday we introduced the

23  full exhibit.  So it just has to have a slightly different

24  exhibit number and those types of things, but otherwise,

25  it's information that they ought to already have.

1    THE COURT:  Well, look, I think the bottom line is

2    that let's all work together toward trying to get the

3    defense as much advance notice as feasible with respect to

4    exhibits.

5    If you all need time, just let me know, to review

6    things, and we can try and accommodate that.  Obviously

7    we've got today off, so whatever's been provided to you for

8    Agent Hilgeman, you've got a little time.

9    And then hopefully, there aren't quite as many,

10   and I suppose there are a handful more of agents through

11   whom a large number of exhibits will be coming through.  And

12   if that's happening early next week, then perhaps we can get

13   that to counsel by, you know, Friday or Saturday, if that's

14   feasible.

15   MR. EDWARDS:  We'll do our best.

16   I do think this is a front end problem.  I do

17   think we've, even from the course of Friday, started

18   increasing the amount of notice.  For example, as

19   Mr. Nestler said, they now have Mr. Adams and

20   Special Agent Hilgeman's exhibits.  I think it's all of

21   them.

22   We may supplement small, but we will ping them if

23   that happens, and that's now two days in advance.  So

24   I think this is going to work itself out as we continue.

25   MR. SHIPLEY:  I think that's a fair observation

```
 1    for this day that we're now in.  And if we stay ahead, we
 2    probably shouldn't have a problem again.
 3             THE COURT:  Okay.  All right.  Mr. Manzo.
 4             MR. MANZO:  Just one brief issue.
 5             In the first trial, you precluded mention of who's
 6    charged and who's not charged.  I just wanted to flag
 7    that -- it's still the ruling of the Court, I assume -- for
 8    the benefit of defense counsel, given that I know not all of
 9    them are watching the previous case.
10             THE COURT:  Remind me what you mean by that.
11             MR. MANZO:  So there's a number of uncharged
12    co-conspirators in this case.
13             THE COURT:  Right.
14             MR. MANZO:  And Mr. Fischer had wanted to get into
15    the government's charging decisions, and you precluded that.
16    So I was just making sure that was still the Court's ruling
17    and we're all on the same page.
18             THE COURT:  Mr. Peed.
19             MR. PEED:  I don't have, first, disagreement with
20    the Court's prior ruling that -- I anticipate possibly
21    questions such as, Did your investigation determine that
22    such-and-such person was a conspirator, which is not talking
23    about charging decisions.  I want to make sure that's okay.
24             MR. MANZO:  And we don't think that's a proper
25    opinion testimony for an agent, who is a conspirator, who is
```

 1    not a co-conspirator.  That's a determination for the Court

 2    or the jury.

 3             Although, if Mr. Peed wants to ask that question,

 4    I'm sure he'll get an answer that he may not like.

 5             THE COURT:  Right.  You should always be careful

 6    of what you ask.

 7             Look, I think it's -- we'll take it in context.

 8    If that's a question you want to ask of a particular agent,

 9    Mr. Peed, just flag it for us and we'll see who the agent is

10    and who the individual is.

11             If it's a particular individual who's obvious,

12    then it may be obvious.  If it's somebody less obvious, then

13    we may need to have a discussion about it; because, you

14    know, whether somebody is a conspirator or not is not an

15    investigative fact, it is a legal conclusion usually drawn

16    upon after consultation with prosecutors.

17             So let's just see where we are.

18             I just want to be clear about -- and I don't

19    think, Mr. Manzo, you are suggesting otherwise, which is

20    that in terms of charging decisions or non-charging

21    decisions, obviously it's fair game for the defense to

22    cross-examine a civilian witness who has not been charged,

23    for potential bias.  I don't think that was done in the

24    first trial with anyone, if memory serves, except for those

25    who were cooperating.

```
 1            MR. MANZO:  I think it may have been Mr. Cummings
 2    had that cross-examination.  But regardless, we agree.
 3            THE COURT:  I can't remember.
 4            But in any event, the bottom line is that if a
 5    civilian witness who's involved in these events, whether
 6    they have a formal plea agreement or not, comes in,
 7    obviously it's fair game to cross-examine them about
 8    potential bias or concerns about their own involvement and
 9    incentive or motive to shade their testimony in favor of the
10    government.  Okay?
11            MS. HALIM:  One more just real quick.  Mr. Hackett
12    passed up a note.  He is checking in weekly with
13    Officer Schuck with Pretrial Services, and she indicated to
14    him that she would like a Minute Order from the Court that
15    Mr. Hackett is permitted, at the holiday break, to go back
16    to where he's been -- in Chesapeake, Virginia, where he's
17    been traveling on the weekends.
18            So I think the modification order that I had
19    requested some time ago didn't address the holiday break
20    time, and so she is asking for something that says that
21    Mr. Hackett is permitted to travel from D.C. to Chesapeake,
22    Virginia.  It's the same place he stays on the weekends, for
23    that time off.  And if you need me to submit a proposed
24    order or anything, please let me know.
25            THE COURT:  So you just need something that says
```

```
 1    he can travel from the District of Columbia to Chesapeake,

 2    Virginia, from the 22nd through the 2nd?

 3              MS. HALIM:  Yes, correct.

 4              THE COURT:  Okay.

 5              MS. HALIM:  Thank you.

 6              THE COURT:  Yes.

 7              Mr. Shipley.

 8              MR. SHIPLEY:  Just one thing I want to raise that

 9    was on the news last night and it was news for me but

10    Jeremy Brown was convicted in Tampa.  That's not necessarily

11    something the jury has been told not to pay attention to

12    because the charges don't have anything to do with J6 except

13    that he was convicted of two counts of possessing an

14    unregistered grenade.  I don't know if you want to flag it,

15    call attention to it by advising the jury, but I just -- I

16    don't know if everybody knew that now so...

17              MR. NESTLER:  We were aware.

18              THE COURT:  Well, I was aware of it, too.  I think

19    the odds that a member of this jury -- and it wasn't

20    something that was national news.  I think it was covered in

21    the local papers in Florida, at least insofar as I saw.

22    So I think the odds that they would have come across it seem

23    unlikely to me.

24              But I mean, they've been -- I guess I just don't

25    know how I would even phrase it to the jury without drawing
```

1  attention --

2            MR. SHIPLEY:  I understand.

3            THE COURT:  -- to the fact that Mr. Brown was

4  charged in connection with some other case.  I mean, it's

5  not strictly a January 6th case so I couldn't sort of sweep

6  it in in that admonition.  So I'm not quite sure how I would

7  carve it out in a way that doesn't draw undue attention to

8  it.  So if you have any thoughts, I'm happy to --

9            MR. SHIPLEY:  I don't know that there's a good

10  solution to the problem.  I just wanted to raise it in case

11  you weren't aware of it.

12            THE COURT:  Okay.

13            MR. MANZO:  We do expect more information about

14  Jeremy brown to be in this case than in the previous one.

15            THE COURT:  Okay.  Well, I mean, I did see the

16  jury came back yesterday and he was convicted of at least

17  the possession charges in that case, both the weapons and

18  the hand grenades.  So we'll see what, if anything, comes of

19  all of that here.

20            All right.  Anything else?

21            Okay.  Thank you, everyone.  We'll see you.  We'll

22  get started at 9:30 tomorrow.

23            COURTROOM DEPUTY:  All rise.  The Court stands in

24  recess.

25            (Proceedings concluded at 9:29 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__December 14, 2022____   

William P. Zaremba, RMR, CRR

1316

**COURTROOM DEPUTY: [5]** 1298/2 1298/6 1300/6 1301/18 1314/23
**MR. EDWARDS: [7]** 1302/3 1302/9 1304/24 1305/1 1305/16 1306/21 1309/15
**MR. MANZO: [6]** 1310/4 1310/11 1310/14 1310/24 1312/1 1314/13
**MR. NESTLER: [4]** 1299/5 1302/8 1307/17 1313/17
**MR. PEED: [1]** 1310/19
**MR. SHIPLEY: [5]** 1307/9 1309/25 1313/8 1314/2 1314/9
**MS. HALIM: [9]** 1302/6 1302/10 1302/13 1302/24 1303/6 1306/2 1312/11 1313/3 1313/5
**THE COURT: [28]**

**0**

**0579 [2]** 1302/3 1302/5
**0591 [3]** 1302/6 1302/8 1302/11

**1**

**11 [1]** 1298/9
**114 [1]** 1297/16
**1150 [1]** 1297/20
**11:25 [5]** 1307/10 1307/11 1307/14 1307/15 1307/17
**1341 [1]** 1297/4
**14 [2]** 1296/5 1315/7
**15 [3]** 1296/4 1298/7 1300/10
**1532 [1]** 1297/11
**1775 [1]** 1297/20
**19129 [1]** 1297/7

**2**

**20 [1]** 1308/9
**20006 [1]** 1297/21
**202 [2]** 1296/17 1297/21
**2022 [2]** 1296/5 1315/7
**20579 [1]** 1296/17
**215-300-3229 [1]** 1297/8
**22-15 [2]** 1296/4 1298/7
**228-1341 [1]** 1297/4
**22nd [1]** 1313/2
**239 [1]** 1297/3
**24 [4]** 1299/19 1300/25 1304/3 1304/4
**252-7277 [1]** 1296/17
**265 [1]** 1297/15
**2:00 [1]** 1303/18
**2nd [1]** 1313/2

**3229 [1]** 1297/8
**337-9755 [1]** 1297/12
**33901 [1]** 1297/12
**33950 [1]** 1297/16
**3580 [1]** 1297/7
**3:00 [1]** 1303/18

**5**

**575-8000 [1]** 1297/17

**6**

**601 [1]** 1296/16
**6:00 [1]** 1307/16
**6th [2]** 1302/22 1314/5

**7**

**7277 [1]** 1296/17
**745 [1]** 1297/3

**8**

**8000 [1]** 1297/17
**808 [1]** 1297/4
**808Shipleylaw [1]** 1297/5
**8:30 [1]** 1300/4

**9**

**919-9491 [1]** 1297/21
**941 [1]** 1297/17
**9491 [1]** 1297/21
**96734 [1]** 1297/4
**9755 [1]** 1297/12
**9:00 [1]** 1296/6
**9:29 [1]** 1314/25
**9:30 [4]** 1300/4 1300/5 1301/12 1314/22

**A**

**a.m [4]** 1296/6 1303/18 1303/18 1314/25
**about [9]** 1300/15 1302/9 1305/24 1310/23 1311/13 1311/18 1312/7 1312/8 1314/13
**above [1]** 1315/4
**above-titled [1]** 1315/4
**abundance [1]** 1300/22
**access [1]** 1303/17
**accommodate [1]** 1309/6
**accurate [1]** 1306/14
**across [1]** 1313/22
**actually [4]** 1300/17 1303/17 1304/13 1307/23
**Adams [1]** 1309/19
**add [1]** 1307/9
**address [1]** 1312/19
**adjourn [2]** 1300/17 1302/12
**admitted [4]** 1303/12 1303/23 1304/5 1306/8 1307/5
**admonition [1]** 1314/6
**advance [6]** 1305/10

1305/25 1309/3 1309/23
**advanced [1]** 1307/22
**advise [1]** 1306/17
**advising [1]** 1313/15
**after [3]** 1299/8 1308/13 1311/16
**again [1]** 1310/2
**agent [12]** 1304/25 1306/4 1307/2 1307/18 1308/12 1308/13 1308/21 1309/8 1309/20 1310/25 1311/8 1311/9
**Agent Harris [5]** 1304/25 1306/4 1307/18 1308/13 1308/21
**Agent Hilgeman [1]** 1309/8
**agents [1]** 1309/10
**ago [1]** 1312/19
**agree [1]** 1312/2
**agreement [1]** 1312/6
**ahead [4]** 1299/3 1299/21 1305/4 1310/1
**AL [1]** 1296/6
**Alexander [1]** 1298/11
**Alexandra [1]** 1296/14
**all [23]**
**already [3]** 1306/8 1307/25 1308/25
**Although [1]** 1311/3
**always [2]** 1306/19 1311/5
**am [1]** 1299/7
**AMERICA [2]** 1296/3 1298/7
**AMIT [2]** 1296/9 1298/4
**amount [1]** 1309/18
**Angela [2]** 1297/6 1298/14
**angiehalim [1]** 1297/8
**another [1]** 1302/17
**answer [1]** 1311/4
**anticipate [1]** 1310/20
**anticipated [1]** 1303/9
**any [6]** 1301/7 1301/8 1303/4 1303/5 1312/4 1314/8
**anyone [1]** 1311/24
**anything [8]** 1302/12 1302/15 1302/15 1302/22 1312/24 1313/12 1314/18 1314/20
**apologize [1]** 1301/13
**APPEARANCES [2]** 1296/13 1296/19
**appreciate [3]** 1304/12 1304/16 1306/20
**arc [1]** 1308/21
**are [27]**
**aren't [1]** 1309/9
**around [3]** 1299/11 1299/25 1303/3
**as [13]** 1299/22

1306/12 1307/14 1308/2 1309/3 1309/3 1309/9 1309/18 1309/24 1310/21 1313/21
**ask [4]** 1302/25 1311/3 1311/6 1311/8
**asking [2]** 1302/15 1312/20
**assume [2]** 1304/14 1310/7
**assumed [2]** 1304/14 1306/5
**attempting [1]** 1307/1
**attention [5]** 1302/22 1313/11 1313/15 1314/1 1314/7
**ATTORNEY'S [1]** 1296/16
**available [1]** 1300/23
**Avenue [1]** 1297/15
**avoid [1]** 1303/4
**aware [3]** 1313/17 1313/18 1314/11

**B**

**back [6]** 1299/18 1300/19 1300/25 1306/8 1312/15 1314/16
**basis [4]** 1303/13 1304/3 1305/14 1308/15
**batch [1]** 1303/13
**be [24]**
**because [6]** 1299/22 1300/11 1304/3 1307/15 1311/11 1313/12
**bed [1]** 1307/11
**been [15]** 1298/21 1302/20 1302/21 1303/12 1305/16 1305/24 1306/5 1307/13 1309/7 1311/22 1312/1 1312/16 1312/17 1313/11 1313/24
**before [7]** 1296/9 1302/12 1303/9 1303/16 1303/18 1305/18 1305/25
**began [1]** 1303/9
**believes [1]** 1298/23
**benefit [1]** 1310/8
**best [2]** 1308/12 1309/15
**better [2]** 1299/17 1299/21
**between [1]** 1300/15
**bias [2]** 1311/23 1312/8
**bit [1]** 1305/10
**blue [1]** 1305/5
**both [2]** 1307/13 1314/17
**bottom [1]** 1309/1

**bouncing [1]** 1299/11
**Box [1]** 1297/3
**break [3]** 1300/14 1312/15 1312/19
**brief [1]** 1310/4
**bring [1]** 1300/3
**bringing [1]** 1301/13
**brown [5]** 1297/11 1297/14 1313/10 1314/3 1314/14
**bsrlegal.com [2]** 1297/13 1297/17
**bubble [1]** 1305/6
**bubbles [1]** 1305/3
**bundles [1]** 1306/22

**C**

**call [1]** 1313/15
**called [3]** 1298/22 1300/11 1301/25
**came [1]** 1307/10 1308/1 1314/16
**can [4]** 1303/16 1309/6 1309/12 1313/1
**can't [2]** 1300/5 1312/3
**candidly [1]** 1305/5
**careful [1]** 1311/5
**carve [1]** 1314/7
**case [16]** 1298/7 1301/10 1301/11 1302/24 1303/5 1303/10 1304/5 1304/8 1304/13 1310/9 1310/12 1314/4 1314/5 1314/10 1314/14 1314/17
**case-specific [1]** 1303/10
**caution [2]** 1299/22 1300/22
**certainly [1]** 1301/9
**certify [1]** 1315/2
**challenges [1]** 1306/18
**charged [1]** 1310/6 1310/6 1311/22 1314/4
**charges [2]** 1313/12 1314/17
**charging [4]** 1310/15 1310/23 1311/20 1311/20
**checking [1]** 1312/12
**Chesapeake [3]** 1312/16 1312/21 1313/1
**Christmas [1]** 1300/15
**civilian [3]** 1308/14 1311/22 1312/5
**clear [2]** 1307/20 1311/18
**CLINTON [1]** 1297/19
**clintonpeed.com [1]** 1297/22
**clip [1]** 1303/8
**closed [1]** 1301/5
**clunky [1]** 1304/2
**co [2]** 1310/12 1311/1
**co-conspirator [1]**

**C**

co-conspirator... [1] 1311/1
co-conspirators [1] 1310/12
colds [1] 1299/9
COLUMBIA [2] 1296/1 1313/1
combat [1] 1308/21
come [7] 1300/19 1300/25 1305/21 1305/24 1307/3 1307/6 1313/22
comes [4] 1303/22 1304/9 1312/6 1314/18
coming [7] 1299/12 1299/24 1301/3 1304/21 1304/22 1306/25 1309/11
comment [1] 1306/6
Committee [1] 1302/16
communication [1] 1299/15
compilations [1] 1308/4
concerns [2] 1300/15 1312/8
concluded [1] 1314/25
conclusion [1] 1311/15
confusing [1] 1306/13
connection [1] 1314/4
connor [3] 1297/10 1297/13 1298/15
conspirator [4] 1310/22 1310/25 1311/1 1311/14
conspirators [1] 1310/12
consultation [1] 1311/16
contact [1] 1301/10
context [1] 1311/7
continue [5] 1300/20 1304/1 1304/2 1308/14 1309/24
CONTINUED [1] 1297/1
convicted [3] 1313/10 1313/13 1314/16
cooperating [1] 1311/25
correct [5] 1302/10 1302/22 1302/23 1313/3 1315/3
could [1] 1299/18
couldn't [1] 1314/5
counsel [4] 1304/19 1305/10 1309/13 1310/8
counter [1] 1303/21
counts [1] 1313/13
couple [4] 1302/13 1302/18 1305/18 1305/20
course [1] 1309/17
court [8] 1296/1 1298/3 1303/18

1305/4 1307/7 1310/7 1312/14 1314/23
Court's [2] 1310/16 1310/20
courthouse [1] 1301/5
courtroom [3] 1298/18 1300/7 1301/19
coverage [1] 1303/4
covered [1] 1313/20
COVID [1] 1299/10
CR [1] 1296/4
Criminal [1] 1298/7
cross [4] 1303/20 1311/22 1312/2 1312/7
cross-examination [1] 1312/2
cross-examinations [1] 1303/20
cross-examine [2] 1311/22 1312/7
CRR [2] 1315/2 1315/8
Cummings [1] 1312/1
cut [1] 1308/18
cutting [1] 1308/4 1308/5 1308/5

**D**

D.C [4] 1296/5 1296/17 1297/21 1312/21
daily [2] 1303/13 1304/3
Date [1] 1315/7
David [2] 1297/10 1298/9
day [9] 1296/7 1299/1 1299/3 1299/9 1300/17 1303/19 1305/25 1306/3 1310/1
days [2] 1302/18 1309/23
December [2] 1296/5 1315/7
decisions [5] 1304/9 1310/15 1310/23 1311/20 1311/21
Defendant [12] 1297/2 1297/6 1297/10 1297/18 1298/8 1298/8 1298/9 1298/9 1298/13 1298/14 1298/15 1298/17
defendants [2] 1296/7 1298/18
defense [5] 1299/2 1305/10 1309/3 1310/8 1311/21
delay [1] 1301/6
delayed [1] 1301/8
determination [1] 1311/1
determine [1] 1310/21
did [6] 1299/15 1301/23 1303/11 1304/14 1310/21 1314/15
didn't [3] 1301/13 1304/13 1312/19
different [6] 1304/6

1308/19 1308/23
difficult [1] 1303/14
disagreement [1] 1310/19
discovery [1] 1307/23
discuss [1] 1302/12
discussion [1] 1311/13
dismiss [1] 1299/1 1300/18
DISTRICT [4] 1296/1 1296/1 1296/10 1313/1
do [12] 1302/2 1300/16 1305/8 1305/9 1305/23 1306/21 1307/1 1309/15 1309/16 1309/16 1313/12 1314/13
documents [1] 1303/17
does [1] 1302/2
doesn't [2] 1301/10 1314/7
doing [5] 1305/16 1305/24 1307/1 1307/5 1308/11
don't [20] 1300/3 1301/3 1301/21 1301/22 1301/24 1302/1 1302/14 1304/19 1305/2 1305/7 1307/4 1310/19 1310/24 1311/18 1311/23 1313/12 1313/14 1313/16 1313/24 1314/9
done [1] 1311/23
down [1] 1302/25
draw [1] 1314/7
drawing [1] 1313/25
drawn [1] 1311/15
drop [1] 1305/23
dropped [1] 1306/22
dropping [1] 1307/2
due [1] 1301/9

**E**

early [3] 1300/13 1306/25 1309/12
Edward [2] 1297/19 1298/10
Edwards [4] 1296/15 1298/11 1304/21 1308/2
efficient [1] 1304/15
either [2] 1301/5 1304/1
else [1] 1314/20
Email [2] 1296/18 1297/5 1297/8 1297/13 1297/17 1297/22 1313/25
end [3] 1300/23 1305/9 1309/16
ensure [1] 1300/23
entered [1] 1300/7
err [1] 1299/22
ET [1] 1296/7
even [4] 1305/18

1313/25
event [2] 1301/7 1312/4
events [1] 1312/5
everybody [3] 1300/2 1301/16 1313/16
everybody's [1] 1298/21
everyone [5] 1298/5 1298/20 1300/8 1301/21 1314/21
everything [6] 1303/15 1305/14 1305/16 1305/23 1306/5 1307/6
evidence [1] 1300/18
examination [1] 1312/2
examinations [1] 1303/20
examine [2] 1311/22 1312/7
example [1] 1309/18
Excel [1] 1305/4
except [2] 1311/24 1313/12
exchange [2] 1306/10 1306/13
Excuse [1] 1304/25
exhibit [6] 1303/22 1303/23 1306/9 1308/17 1308/23 1308/24
exhibits [24]
exited [1] 1301/19
expect [2] 1302/19 1314/13
experience [1] 1306/2
explain [1] 1307/9
Eye [1] 1297/20

**F**

fact [3] 1306/3 1311/15 1314/3
fair [3] 1309/25 1311/21 1312/7
favor [1] 1312/9
fear [1] 1299/13
feasible [2] 1309/3 1309/14
feeling [3] 1299/8 1299/17 1300/12
finalized [1] 1302/17
finalizing [1] 1303/19
first [10] 1303/12 1304/18 1306/10 1307/10 1307/25 1308/19 1308/22 1310/5 1310/19 1311/24
Fischer [1] 1310/14
five [1] 1308/9
FL [2] 1297/12 1297/16
flag [3] 1310/6 1311/9 1313/14
Florida [1] 1313/21
flu [2] 1298/24 1299/10
fly [1] 1304/10

folder [1] 1305/22
folks [1] 1299/23
follow [1] 1299/15
follow-up [1] 1299/15
foregoing [1] 1315/3
forge [2] 1299/3 1299/21
formal [1] 1302/6
format [2] 1305/6 1308/17
Fort [1] 1297/12
forth [1] 1305/21
forward [2] 1299/14 1300/16 1301/15
friction [1] 1304/16
Friday [3] 1306/4 1309/13 1309/17
front [4] 1301/22 1302/1 1305/9 1309/16
full [2] 1306/15 1308/23
full-time [1] 1306/15
further [1] 1299/13

**G**

game [3] 1307/13 1311/21 1312/7
gamesmanship [1] 1307/15
gate [1] 1304/22
gave [2] 1305/19 1308/12
get [12] 1299/18 1300/4 1300/5 1301/13 1303/17 1304/3 1306/17 1309/2 1309/12 1310/14 1311/4 1314/22
getting [3] 1303/13 1304/15 1307/18
give [3] 1299/1 1299/2 1299/19
given [7] 1299/9 1299/11 1299/25 1300/13 1301/24 1304/22 1310/8
giving [2] 1306/7 1308/18
gmail.com [2] 1297/5 1297/8
go [4] 1299/20 1303/16 1307/16 1312/16
going [15] 1299/8 1299/9 1299/13 1299/23 1299/25 1300/14 1300/16 1301/8 1302/17 1302/25 1304/1 1304/2 1304/11 1307/23 1309/24
gone [1] 1307/11
good [5] 1298/5 1298/6 1298/20 1300/8 1314/9
Good morning [1] 1298/5
Gorda [1] 1297/16
got [4] 1300/4 1306/8 1309/7 1309/8

**G**

government [7] 1296/14 1298/12 1299/3 1303/10 1304/2 1304/19 1312/10
government's [2] 1304/5 1310/15
great [1] 1302/2
grenade [1] 1313/14
grenades [1] 1314/18
guess [1] 1313/24

**H**

Hackett [6] 1297/6 1298/9 1298/14 1312/11 1312/15 1312/21
had [9] 1303/3 1303/9 1306/4 1306/22 1306/22 1307/22 1310/14 1312/2 1312/18
Halim [2] 1297/6 1298/14
Halim's [1] 1308/11
hand [1] 1314/18
handful [1] 1309/10
happen [2] 1300/1 1306/12
happened [2] 1302/15 1303/2
happening [1] 1309/12
happens [1] 1309/23
happy [1] 1314/8
hardship [2] 1301/24 1302/7
Harris [6] 1304/23 1304/25 1306/4 1307/18 1308/13 1308/21
has [9] 1298/23 1300/11 1302/7 1302/16 1304/16 1306/12 1308/23 1311/22 1313/11
have [36]
having [1] 1304/8
he [6] 1311/4 1312/12 1312/22 1313/1 1313/13 1314/16
he'll [1] 1311/4
he's [2] 1312/16 1312/16
headlines [1] 1302/16
hear [1] 1300/18
hearing [2] 1302/18 1303/3
hearings [1] 1303/5
her [4] 1299/1 1299/16 1301/24 1302/1
here [6] 1300/2 1300/10 1304/11 1305/20 1306/7 1314/19
HI [1] 1297/4
Hilgeman [1] 1309/8
Hilgeman's [2] 1308/12 1309/20

**holiday** [2] 1312/15 1312/19
holidays [3] 1299/8 1299/23 1299/24
Honor [5] 1298/6 1299/5 1302/13 1306/2 1307/9
HONORABLE [2] 1296/9 1298/4
hope [1] 1301/9
hopefully [1] 1309/9
hours [4] 1299/19 1300/25 1304/3 1304/4
how [3] 1300/13 1313/25 1314/6
Hughes [4] 1296/14 1298/11 1306/7 1306/13

**I**

I am [1] 1299/7
I apologize [1] 1301/13
I couldn't [1] 1314/5
I did [2] 1304/14 1314/15
I don't [5] 1301/21 1301/24 1307/4 1311/18 1311/23
I don't have [2] 1302/14 1310/19
I don't recall [2] 1305/2 1305/7
I have [3] 1299/7 1302/6 1302/13
I just [12] 1299/9 1299/13 1299/24 1300/22 1302/15 1302/20 1302/24 1303/7 1304/10 1310/6 1313/15 1314/10
I know [2] 1302/20 1310/8
I mean [2] 1314/4 1314/15
I say [1] 1306/17
I think [19] 1299/20 1299/21 1300/16 1302/3 1302/17 1302/21 1303/3 1304/24 1305/1 1306/3 1307/1 1309/1 1309/20 1309/24 1309/25 1311/7 1312/1 1313/18 1313/20
I understand [2] 1299/2 1314/2
I want [1] 1313/8
I was [4] 1301/2 1307/17 1310/16 1313/18
I'll [1] 1303/2
I'm [7] 1299/18 1302/14 1302/15 1306/24 1311/4 1314/6 1314/8
I'm not [3] 1302/14 1302/15 1314/6

**ill** [1] 1300/20
illness [1] 1300/16
illnesses [2] 1299/10 1299/14
incentive [1] 1312/9
inclined [1] 1299/18
increasing [1] 1309/18
Indian [1] 1297/7
indicated [1] 1312/13
individual [2] 1311/10 1311/11
information [3] 1308/16 1308/25 1314/13
informed [1] 1298/21
insofar [1] 1313/21
instance [1] 1308/20
instructed [3] 1302/21 1302/21 1303/4
intend [1] 1305/14
introduce [2] 1305/14 1307/24
introduced [3] 1307/25 1308/21 1308/22
investigation [1] 1310/21
investigative [1] 1311/15
involved [1] 1312/5
involvement [1] 1312/8
is [55]
isn't [1] 1303/23
issue [2] 1304/21 1310/4
it [47]
it's [18] 1299/8 1299/16 1299/21 1303/23 1304/1 1306/13 1306/15 1308/16 1308/25 1309/20 1310/7 1311/7 1311/11 1311/12 1311/21 1312/7 1312/22 1314/4
itself [1] 1309/24

**J**

J6 [2] 1302/16 1313/12
Jackson [1] 1297/11
January [2] 1302/22 1314/5
January 6th [2] 1302/22 1314/5
JC [1] 1301/10
Jeffrey [1] 1296/14 1298/11
jeffrey.nestler [1] 1296/18
Jeremy [2] 1313/10 1314/14
Jeremy Brown [1] 1313/10
job [1] 1306/15
Joseph [1] 1297/6 1298/8
Jr [1] 1297/2

**juror** [6] 1298/22 1300/11 1300/19 1301/23 1301/25
jurors [3] 1299/8 1300/23 1302/20
jury [13] 1296/9 1299/14 1300/6 1300/7 1301/19 1303/4 1308/6 1311/2 1313/11 1313/15 1313/19 1313/25 1314/16
just [39]

**K**

Kailua [1] 1297/4
keeping [1] 1306/15
knew [1] 1313/16
know [20] 1301/3 1301/4 1301/7 1301/20 1302/20 1304/4 1304/5 1304/16 1304/19 1305/25 1306/9 1309/5 1309/13 1310/8 1311/14 1312/24 1313/14 1313/16 1313/25 1314/9
knowing [1] 1303/24
knowledge [1] 1304/8

**L**

Lane [1] 1297/7
large [1] 1309/11
last [5] 1302/16 1303/2 1306/4 1308/12 1313/9
late [1] 1301/14
later [1] 1308/1
latter [1] 1305/1
LAW [1] 1297/2
least [4] 1299/19 1300/24 1313/21 1314/16
Lee [1] 1297/2
legal [1] 1311/15
less [4] 1304/3 1304/4 1304/16 1311/12
let [4] 1301/4 1301/7 1309/5 1312/24
let's [3] 1299/19 1309/2 1311/17
letting [1] 1304/16
like [5] 1299/2 1299/3 1299/13 1311/4 1312/14
likely [1] 1299/25 1300/14
line [2] 1309/1 1312/4
little [3] 1304/1 1305/10 1309/8
loaded [1] 1306/5
local [1] 1313/21
long [1] 1307/11
look [3] 1301/15 1309/1 1311/7
looking [1] 1304/17
lose [1] 1299/8 1299/23

**Louis** [2] 1296/15 1298/12

**M**

make [5] 1305/9 1308/4 1308/5 1308/5 1310/23
makes [1] 1300/24
making [2] 1304/9 1310/16
many [3] 1300/23 1307/24 1309/9
Manzo [4] 1296/15 1298/12 1310/3 1311/19
Marion [1] 1297/15
Martin [2] 1297/10 1298/15
matt [1] 1297/22
matter [1] 1315/4
Matthew [2] 1297/19 1298/17
may [8] 1299/12 1299/12 1299/24 1309/22 1311/4 1311/12 1311/13 1312/1
maybe [1] 1299/7
me [12] 1301/21 1301/22 1302/1 1304/16 1304/25 1307/11 1309/5 1310/10 1312/23 1312/24 1313/9 1313/23
mean [4] 1310/10 1313/24 1314/4 1314/15
MEHTA [2] 1296/9 1298/4
member [1] 1313/19
memory [1] 1311/24
mention [1] 1310/5
messages [4] 1308/2 1308/3 1308/7 1308/9
method [1] 1303/14
middle [1] 1303/19
might [1] 1305/7
MINUTA [4] 1296/6 1297/2 1298/8 1298/13
Minute [1] 1312/14
modification [1] 1312/18
Moerschel [3] 1297/10 1298/9 1298/16
more [8] 1302/18 1304/15 1305/8 1305/10 1307/21 1309/10 1312/11 1314/13
morning [8] 1298/5 1298/6 1298/20 1298/22 1298/23 1300/8 1300/11 1307/12
motive [1] 1312/9
moved [1] 1302/18

**M**

moving [2]  1299/14
1300/16
Mr [2]  1311/19 1313/7
Mr. [15]  1304/21
1307/10 1308/2
1309/19 1309/19
1310/18 1311/3 1311/9
1312/1 1312/11
1312/15 1312/21
1314/3
Mr. Adams [1]  1309/19
Mr. Brown [1]  1314/3
Mr. Cummings [1]
1312/1
Mr. Edwards [2]
1304/21 1308/2
Mr. Fischer [1]
1310/14
Mr. Hackett [3]
1312/11 1312/15
1312/21
Mr. Manzo [1]  1310/3
Mr. Nestler [2]  1307/10
1309/19
Mr. Peed [3]  1310/18
1311/3 1311/9
Ms. [3]  1306/7 1306/13
1308/11
Ms. Halim's [1]
1308/11
Ms. Hughes [2]  1306/7
1306/13
much [4]  1301/15
1301/17 1306/14
1309/3
my [3]  1299/7 1300/15
1306/2
Myers [1]  1297/12

**N**

name [2]  1305/22
1307/2
named [1]  1298/18
national [1]  1313/20
necessarily [1]
1313/10
need [4]  1309/5
1311/13 1312/23
1312/25
needs [1]  1308/18
Nestler [4]  1296/14
1298/11 1307/10
1309/19
new [8]  1300/15
1301/23 1303/14
1305/2 1305/7 1305/8
1306/8 1308/16
news [4]  1301/13
1313/9 1313/9 1313/20
next [6]  1301/25
1303/18 1305/23
1307/12 1308/13
1309/12
night [4]  1302/16
1305/18 1308/13
1313/9

nights [1]  1305/18
No [4]  1296/4 1298/7
1298/8 1306/7
non [1]  1311/20
non-charging [1]
1311/20
None [1]  1308/16
not [29]
note [1]  1312/12
nothing [1]  1304/20
notice [5]  1300/10
1305/10 1307/22
1309/3 1309/18
noticed [1]  1306/22
notify [1]  1301/14
now [15]  1298/3
1298/4 1299/22 1301/2
1302/5 1302/11
1304/17 1306/8
1306/11 1307/11
1307/13 1309/19
1309/23 1310/1
1313/16
number [5]  1302/1
1308/17 1308/24
1309/11 1310/11
numbers [1]  1301/22
NW [2]  1296/16
1297/20

**O**

objection [1]  1303/25
observation [1]
1309/25
obvious [3]  1311/11
1311/12 1311/12
obviously [3]  1309/6
1311/21 1312/7
occurs [1]  1301/21
odds [2]  1313/19
1313/22
off [3]  1299/11 1309/7
1312/23
offhand [1]  1306/6
OFFICE [1]  1296/16
Officer [2]  1304/23
1312/13
Officer Schuck [1]
1312/13
OFFICES [1]  1297/2
okay [18]  1298/21
1299/6 1300/1 1300/8
1301/20 1302/4
1302/11 1303/6
1305/11 1306/20
1307/8 1310/3 1310/23
1312/10 1313/4
1314/12 1314/15
1314/21
once [1]  1308/9
one [9]  1299/9 1302/7
1302/17 1303/15
1303/23 1310/4
1312/11 1313/8
1314/14
one-day [1]  1299/9
ones [2]  1306/8 1306/8

only [3]  1300/10
1303/8 1304/8
opening [1]  1306/3
opinion [1]  1310/25
order [3]  1312/14
1312/18 1312/24
other [5]  1299/10
1303/7 1305/2 1307/21
1314/4
otherwise [3]  1301/12
1308/24 1311/19
ought [1]  1308/25
our [11]  1300/11
1300/19 1302/10
1302/20 1303/20
1303/20 1308/7
1308/12 1308/15
1308/15 1309/15
out [7]  1299/24
1300/22 1301/10
1301/11 1304/21
1309/24 1314/7
over [4]  1299/23
1304/11 1305/19
1308/12
own [1]  1303/20
1303/20 1312/8

**P**

p.m [5]  1307/10
1307/11 1307/14
1307/15 1307/17
PA [1]  1297/7
packaging [1]  1308/3
page [1]  1310/17
panel [1]  1300/6
papers [1]  1313/21
part [1]  1304/11
particular [4]  1305/21
1306/21 1311/8
1311/11
passed [1]  1312/12
pause [1]  1300/25
pay [2]  1302/21
1313/11
PDFs [1]  1308/10
Peed [6]  1297/19
1297/19 1298/17
1310/18 1311/3 1311/9
people [2]  1299/11
1299/12
perhaps [2]  1304/14
1309/12
permitted [2]  1312/15
1312/21
person [1]  1310/22
pessimism [1]  1299/7
Philadelphia [1]
1297/7
phrase [1]  1313/25
ping [1]  1309/22
place [1]  1312/22
Plaintiff [1]  1296/4
plea [2]  1300/4 1312/6
plea agreement [1]
1312/6
please [2]  1300/8

PO [1]  1297/3
point [3]  1302/14
1306/14 1308/11
possessing [1]
1313/13
possession [1]
1314/17
possibility [1]  1301/2
possibly [1]  1305/3
1310/20
potential [2]  1311/23
1312/8
potentially [1]  1308/17
precluded [2]  1310/5
1310/15
prepared [1]  1306/19
preparing [1]  1303/19
present [1]  1298/18
presenting [1]  1304/6
presiding [1]  1298/4
Pretrial [1]  1312/13
previous [2]  1310/9
1314/14
previously [2]  1303/23
1304/5
prior [2]  1304/8
1310/20
probably [1]  1310/2
problem [3]  1309/16
1310/2 1314/10
proceed [2]  1299/1
1300/21 1301/9
proceedings [4]
1296/9 1298/19
1314/25 1315/4
process [3]  1303/16
1306/11 1307/15
produce [2]  1303/15
1308/14
produced [4]  1303/10
1303/11 1306/9
1307/20
producing [2]  1304/2
1305/13
production [1]
1303/14
proper [1]  1310/24
proposed [1]  1312/23
proposing [1]  1302/14
prosecutor [1]  1307/14
prosecutors [1]
1311/16
provided [1]  1309/7
published [1]  1302/19
Punta [1]  1297/16
put [9]  1298/25
1300/25 1301/21
1301/24 1302/2 1303/8
1304/10 1305/5
1305/22
putting [4]  1303/20
1307/1 1307/6 1308/8

**Q**

qualified [1]  1301/25
Queen [1]  1297/7
question [3]  1298/25

questions [1]  1310/21
quick [2]  1304/9
1312/11
quickly [1]  1303/24
quite [3]  1298/23
1309/9 1314/6

**R**

raise [4]  1302/20
1302/24 1313/8
1314/10
ready [2]  1299/20
1307/16
real [1]  1312/11
reason [1]  1301/8
recall [2]  1305/2
1305/7
recess [1]  1314/24
reconciliation [1]
1306/11
record [7]  1301/22
1301/25 1302/2 1303/8
1304/10 1306/17
1315/3
redacted [1]  1308/18
regardless [1]  1312/2
related [1]  1302/22
remains [1]  1300/20
remember [1]  1312/3
Remind [1]  1310/10
replace [1]  1301/23
replaced [1]  1301/25
replacement [1]
1302/10
report [2]  1302/19
1303/5
reproducing [2]
1305/12 1305/13
requested [1]  1312/19
respect [1]  1309/3
review [2]  1303/18
1309/5
reviewed [1]  1303/12
right [6]  1299/4
1302/12 1310/3
1310/13 1311/5
1314/20
RIOS [2]  1297/11
1297/15
rise [5]  1298/2 1298/3
1299/10 1301/18
1314/23
RMR [2]  1315/2 1315/8
road [1]  1302/25
Robert [1]  1297/10
ROBERTO [1]  1296/6
1298/8
rolling [1]  1308/14
ruling [3]  1310/7
1310/16 1310/20

**S**

said [3]  1298/23
1299/22 1309/19
same [4]  1306/12
1306/16 1310/17
1312/22

**Saturday [1]** 1309/13
**saw [1]** 1313/21
**say [2]** 1305/13 1306/17
**says [3]** 1308/2 1312/20 1312/25
**Schuck [1]** 1312/13
**scott [3]** 1297/14 1297/17 1298/15
**seat [8]** 1298/22 1300/9 1300/11 1300/19 1301/20 1301/23 1302/5 1302/11
**Seat 7 [3]** 1301/23 1302/5 1302/11
**second [1]** 1303/1
**see [9]** 1299/1 1299/19 1302/16 1307/12 1311/9 1311/17 1314/15 1314/18 1314/21
**seeing [1]** 1301/15
**seem [1]** 1313/22
**Select [1]** 1302/16
**sense [3]** 1300/24 1308/4 1308/5
**serves [1]** 1311/24
**Services [1]** 1312/14
**session [1]** 1298/3
**set [2]** 1305/8 1307/10
**shade [1]** 1312/9
**she [13]** 1298/23 1298/23 1298/23 1298/24 1299/16 1299/16 1299/17 1299/17 1299/18 1302/6 1312/13 1312/14 1312/20
**she'll [1]** 1308/13
**she's [2]** 1299/17 1299/20
**Shipley [4]** 1297/2 1297/3 1298/13 1313/7
**should [2]** 1308/16 1311/5
**shouldn't [2]** 1305/12 1310/2
**shown [1]** 1303/22
**sick [1]** 1298/23
**side [1]** 1299/22
**sides [1]** 1307/13
**simply [1]** 1307/9
**since [1]** 1307/11
**slightly [1]** 1308/23
**small [1]** 1309/22
**so [48]**
**So I think [4]** 1298/21 1299/18 1312/18 1313/22
**solution [1]** 1314/10
**some [9]** 1299/23 1300/24 1301/3 1304/17 1305/19 1306/25 1308/20 1312/19 1314/4
**somebody [3]** 1302/1

**something [5]** 1304/21 1312/20 1312/25 1313/11 1313/20
**sometimes [2]** 1305/25 1307/14
**Sorry [1]** 1302/9
**sort [2]** 1303/24 1314/5
**Special [1]** 1309/20
**Special Agent Hilgeman's [1]** 1309/20
**specific [1]** 1303/10
**specifically [1]** 1303/4
**spoke [1]** 1306/6
**spreadsheet [2]** 1305/4 1308/8
**stages [1]** 1308/1
**stand [1]** 1306/1
**stands [1]** 1314/23
**start [1]** 1301/12
**started [4]** 1300/4 1300/5 1309/17 1314/22
**statement [1]** 1305/3
**statements [2]** 1305/4 1306/3
**STATES [4]** 1296/1 1296/3 1296/10 1298/7
**stay [1]** 1310/1
**stays [1]** 1312/22
**still [2]** 1310/7 1310/16
**Street [3]** 1296/16 1297/11 1297/20
**strictly [1]** 1314/5
**struggling [1]** 1303/24
**stuff [2]** 1307/15 1307/24
**SUAREZ [2]** 1297/11 1297/14
**submit [1]** 1312/23
**such [3]** 1310/21 1310/22 1310/22
**suggesting [1]** 1311/19
**Suite [2]** 1297/16 1297/20
**Sunday [1]** 1307/19
**supplement [2]** 1306/23 1309/22
**suppose [1]** 1309/10
**supposed [1]** 1306/1
**sure [5]** 1305/9 1310/16 1310/23 1311/4 1314/6
**suspect [1]** 1299/23
**sweep [1]** 1314/5
**sympathetic [1]** 1306/24

**T**
**take [3]** 1299/21 1306/1 1311/7
**taken [2]** 1305/5 1308/11
**talking [1]** 1310/22
**Tampa [1]** 1313/10
**telling [1]** 1307/23

**testimony [2]** 1305/15 1312/9
**texted [1]** 1298/22
**than [6]** 1299/17 1304/3 1304/4 1305/2 1308/19 1314/14
**thank [3]** 1301/15 1313/5 1314/21
**Thank you [2]** 1313/5 1314/21
**Thanks [1]** 1301/17
**that [106]**
**that's [14]** 1299/25 1299/25 1301/4 1306/18 1308/9 1309/12 1309/13 1309/23 1309/25 1310/23 1310/24 1311/1 1311/8 1313/10
**their [3]** 1303/14 1312/8 1312/9
**them [14]** 1300/3 1303/18 1305/5 1305/13 1306/9 1307/21 1307/23 1308/3 1308/5 1308/8 1309/21 1309/22 1310/9 1312/7
**then [14]** 1300/20 1300/25 1302/18 1303/7 1303/17 1305/22 1305/23 1306/11 1307/2 1308/14 1309/9 1309/12 1311/12 1311/12
**there [6]** 1299/21 1300/10 1306/24 1308/20 1309/9 1309/10
**there's [11]** 1301/2 1301/5 1301/5 1301/7 1302/17 1302/24 1303/16 1303/25 1306/11 1310/11 1314/9
**these [4]** 1298/19 1306/25 1307/4 1312/5
**they [12]** 1302/19 1303/3 1303/11 1303/11 1303/15 1306/9 1308/7 1308/7 1308/25 1309/19 1312/6 1313/22
**They're [1]** 1304/6
**they've [3]** 1302/21 1307/22 1313/24
**thing [2]** 1301/4 1303/7 1313/8
**things [9]** 1299/2 1302/13 1304/6 1304/18 1306/12 1307/21 1308/1 1308/24 1309/6
**think [39]**
**this [26]**
**those [7]** 1303/12

1308/9 1308/24 1311/24
**thought [2]** 1299/16 1299/17
**thoughts [1]** 1314/8
**thousand [1]** 1308/3
**three [1]** 1308/9
**through [9]** 1303/16 1304/23 1305/21 1306/25 1307/3 1307/6 1309/10 1309/11 1309/13
**till [2]** 1307/14 1307/17
**time [10]** 1303/3 1303/22 1304/18 1305/4 1306/15 1309/5 1309/8 1312/19 1312/20 1312/23
**titled [1]** 1315/4
**today [5]** 1298/24 1300/12 1300/18 1300/19 1309/7
**together [4]** 1303/20 1307/18 1308/8 1309/2
**told [2]** 1301/2 1313/11
**tomorrow [13]** 1299/20 1299/20 1300/4 1300/19 1300/20 1300/21 1301/1 1301/3 1301/8 1301/9 1301/12 1301/16 1314/22
**ton [2]** 1305/2 1305/7
**too [5]** 1301/14 1303/3 1313/18
**toward [1]** 1309/2
**town [1]** 1299/12
**track [1]** 1306/15
**training [1]** 1308/22
**transcript [2]** 1296/9 1315/3
**travel [2]** 1312/21 1313/1
**traveling [2]** 1299/12 1312/17
**trial [15]** 1296/9 1300/13 1300/24 1300/25 1303/9 1303/12 1306/9 1306/10 1307/5 1307/24 1307/25 1308/19 1308/22 1310/5 1311/24
**Troy [2]** 1296/15 1298/11
**try [1]** 1309/6
**trying [2]** 1308/5 1309/2
**turn [1]** 1301/10
**turns [1]** 1301/11
**tweaked [1]** 1308/18
**two [6]** 1305/24 1306/22 1307/4 1308/8 1309/23 1313/13
**two counts [1]** 1313/13
**types [1]** 1308/24

**U.S [1]** 1296/16
**unable [1]** 1300/20
**uncharged [1]** 1310/11
**understand [4]** 1299/2 1304/13 1304/17 1314/2
**undue [1]** 1314/7
**unique [1]** 1305/15
**UNITED [4]** 1296/1 1296/3 1296/10 1298/7
**unlikely [1]** 1313/23
**unregistered [1]** 1313/14
**until [2]** 1300/5 1301/14
**up [3]** 1299/15 1302/18 1312/12
**upcoming [1]** 1305/17
**uploading [1]** 1303/15
**upon [1]** 1311/16
**us [3]** 1298/24 1303/10 1311/9
**USAfx [1]** 1303/15
**usdoj.gov [1]** 1296/18
**useful [1]** 1304/9
**usually [1]** 1311/15

**V**
**Vallejo [3]** 1297/19 1298/10 1298/17
**versus [1]** 1298/7
**very [4]** 1301/15 1301/17 1303/24 1304/6
**videos [1]** 1307/21
**Virginia [3]** 1312/16 1312/22 1313/2
**volume [2]** 1304/22 1306/14
**vs [1]** 1296/5

**W**
**want [7]** 1303/7 1304/10 1310/23 1311/8 1311/18 1313/8 1313/14
**wanted [4]** 1307/21 1310/6 1310/14 1314/10
**wants [1]** 1311/3
**was [31]**
**Washington [3]** 1296/5 1296/17 1297/21
**wasn't [2]** 1306/14 1313/19
**watching [1]** 1310/9
**way [5]** 1304/7 1304/15 1307/22 1308/19 1314/7
**we [66]**
**we will [5]** 1300/18 1300/20 1301/4 1301/7 1309/22
**we'll [12]** 1300/3 1300/18 1300/19 1301/12 1305/19 1308/14 1309/15

**we'll... [5]** 1311/7
1311/9 1314/18
1314/21 1314/21
**we're [16]** 1299/8
1299/23 1300/16
1301/8 1303/13
1303/19 1306/7
1306/18 1307/1 1307/5
1307/23 1307/23
1308/8 1308/17 1310/1
1310/17
**we've [4]** 1305/16
1305/24 1309/7
1309/17
**weapons [1]** 1314/17
**weather [2]** 1301/3
1301/9
**week [2]** 1299/11
1309/12
**weekend [1]** 1305/19
**weekends [2]** 1312/17
1312/22
**weekly [1]** 1312/12
**WEINBERG [4]**
1297/11 1297/14
1297/15 1298/15
**well [6]** 1300/12
1306/12 1308/11
1309/1 1313/18
1314/15
**were [9]** 1303/11
1304/14 1304/17
1305/4 1307/20 1308/1
1308/20 1311/25
1313/17
**weren't [2]** 1307/5
1314/11
**what [12]** 1299/16
1300/16 1301/24
1304/5 1306/25 1307/1
1307/5 1307/23 1308/9
1310/10 1311/6
1314/18
**what's [3]** 1304/11
1306/15 1306/16
**whatever's [1]** 1309/7
**when [3]** 1303/22
1303/22 1306/9
**where [7]** 1299/1
1299/19 1303/3
1306/18 1311/17
1312/16 1312/16
**whether [7]** 1298/25
1301/3 1303/24
1304/19 1304/20
1311/14 1312/5
**which [4]** 1299/16
1305/14 1310/22
1311/19
**while [1]** 1303/19
**who [7]** 1302/5
1310/25 1310/25
1311/9 1311/10
1311/22 1311/25
**who's [5]** 1306/7
1310/5 1310/6 1311/11
1312/5

**whole [1]** 1303/13
**whom [1]** 1309/11
**why [3]** 1300/3
1304/17 1306/18
**will [12]** 1300/10
1300/18 1300/20
1301/4 1301/7 1301/10
1305/21 1307/3 1307/4
1307/6 1309/11
1309/22
**William [5]** 1297/2
1297/3 1298/13 1315/2
1315/8
**without [1]** 1313/25
**witness [13]** 1304/4
1305/17 1305/21
1305/22 1305/23
1305/25 1306/22
1307/2 1307/3 1307/7
1308/13 1311/22
1312/5
**witnesses [4]** 1305/20
1305/24 1306/25
1308/15
**work [3]** 1305/9 1309/2
1309/24
**worked [1]** 1307/14
**working [1]** 1307/17
**worth [1]** 1299/16
**would [10]** 1299/2
1299/3 1302/2 1303/10
1306/23 1307/9
1312/14 1313/22
1313/25 1314/6
**wrong [1]** 1299/24

**Y**

**Yeah [4]** 1300/3 1303/2
1304/12 1306/20
**Year's [1]** 1300/15
**Yes [3]** 1299/5 1313/3
1313/6
**yesterday [5]** 1299/17
1304/18 1308/21
1308/22 1314/16
**you [43]**
**you've [1]** 1309/8
**your [6]** 1298/6 1299/5
1302/13 1306/2 1307/9
1310/21
**Your Honor [5]** 1298/6
1299/5 1302/13 1306/2
1307/9

**Z**

**Zaremba [2]** 1315/2
1315/8