IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )     CR No. 22-15
                                    )     Washington, D.C.
          vs.                       )     December 20, 2022
                                    )     9:30 a.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )     Day 10
          Defendants.               )     Morning Session
_____    )

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Connor Robert Martin
                               BROWN, SUAREZ, RIOS & WEINBERG
                               1532 Jackson Street
                               Fort Myers, FL 33901
                               (239) 337-9755
                               Email: connor@bsrlegal.com

                               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com

– – –

WITNESS INDEX

– – –

WITNESSES             DIRECT CROSS REDIRECT RECROSS

GOVERNMENT'S:

SA SYLVIA HILGEMAN  2074  2092
SA SYLVIA HILGEMAN        2123
SA SYLVIA HILGEMAN        2146
SA SYLVIA HILGEMAN        2194

– – –

INDEX OF EXHIBITS

– – –

GOVERNMENT'S                          ADMITTED

1054.TR                                  2078

1054.TR                                  2084

– – –

INDEX OF EXHIBITS

– – –

DEFENDANT'S                           ADMITTED

3                                        2097

9514                                     2109

DM5                                      2115

JH2010.1                                 2124

JH2010.2                                 2125

JH2010.3                                 2126

RM0001                                   2160

```
 1                    P R O C E E D I N G S
 2            THE COURT:  Thank you.
 3            COURTROOM DEPUTY:  Good morning, Your Honor.
 4   This is Criminal Case No. 22-15, United States of America
 5   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 6   Joseph Hackett; Defendant 8, David Moerschel; and
 7   Defendant 11, Edward Vallejo.
 8            Jeffrey Nestler, Alexandra Hughes, Troy Edwards,
 9   and Louis Manzo for the government.
10            William Shipley for Defendant Minuta.
11            Angela Halim for Defendant Hackett.
12            Scott Weinberg and Connor Martin for
13   Defendant Moerschel.
14            Matthew Peed for Defendant Vallejo.
15            All named defendants are present in the courtroom
16   for these proceedings.
17            THE COURT:  All right.  Good morning, everybody.
18   Anything we need to take up before we continue?
19            MR. MANZO:  No.  We worked with Mr. Peed last
20   night, and we've reassembled the podcast.  And the new
21   exhibit number for the podcast exhibit is 1054.TR.
22            THE COURT:  Okay.  Terrific.
23            All right.  Let's bring our jurors in.
24            COURTROOM DEPUTY:  Jury panel.
25            (Jury entered the courtroom.)
```

```
 1              THE COURT:  Good morning, everyone.  Welcome back.
 2   Please be seated, everyone.
 3              Ladies and gentlemen, it's good to be with you
 4   again.  So we are ready to continue with Agent Hilgeman's
 5   testimony.
 6              Why don't you come on back up, Agent Hilgeman.
 7                            - - -
 8   SA SYLVIA HILGEMAN, WITNESS FOR THE GOVERNMENT, HAVING BEEN
 9   PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
10   FOLLOWS:
11                   DIRECT EXAMINATION (CONTINUED)
12                            - - -
13                            - - -
14   BY MR. MANZO:
15       Q    Good morning, Agent.
16            Do you understand that you're still under oath?
17       A    I do, yes.
18       Q    I just want to pull up briefly to an exhibit we
19   were working through yesterday, the large statements,
20   exhibit.
21            Do you remember that?
22       A    Yes.
23       Q    Can we go to 9514, slide 177.
24            Do you remember this exhibit here?
25       A    I do, yes.
```

1      Q    And can you reorient the jury what we're

2  looking at?

3      A    So this was the link posted by Kelly Meggs to the

4  Dropbox that included a video, the video that we watched

5  yesterday.

6           MR. MANZO:  And, JC, if you wouldn't mind putting

7  this on the screens.  It's already been admitted into

8  evidence.

9           COURTROOM DEPUTY:  It's on the jury's screen,

10 okay.

11          MR. MANZO:  Thank you, sir.

12 BY MR. MANZO:

13     Q    What's the time and date of this message?

14     A    January 5th, 2021, at 9:19 a.m.

15     Q    And what does Mr. Meggs say in the message?

16     A    "We are ready.  Should be in D.C. by noon."

17          MR. MANZO:  Ms. Badalament, can we just go briefly

18 to 9514.3.  And go to 1 minute and 3 seconds.

19          And just back one second to 1 minute and

20 3 seconds.

21          Okay.  And pause it there, please.

22 BY MR. MANZO:

23     Q    What was the location of this segment of the

24 Dropbox video?

25     A    In Louisville, Kentucky.

1          Q    Do you recognize the people listed here at

2    1 minute and 3 seconds?

3          A    I do.

4          Q    Who are they?

5          A    On the left is Joseph Hackett.

6               On the right is Kelly Meggs.

7          Q    All right.

8               Let's now go forward to where we left off

9    yesterday and talk about information or a podcast that you

10   received or obtained with Mr. Vallejo and Mr. Kandaris.

11              Do you know what I'm talking about?

12         A    I do.

13         Q    Can you tell the jury how you obtained the podcast

14   that I'm talking about here?

15         A    It was publicly available on the website of the

16   host of the podcast.

17         Q    And do you remember what the host's name is?

18         A    Ernest Hancock.

19         Q    What was the date that the podcast was published?

20         A    January 6th, 2021.

21         Q    And could you, by listening to the podcast,

22   determine the approximate time that the podcast was taken?

23         A    Yes.  It was somewhere between 9:30 -- I think

24   it's a three-hour podcast, so somewhere between 9:30 and

25   12:30 Eastern Time.

1      Q    And how were you able to determine that?

2      A    At the beginning of the podcast, Mr. Hancock said

3  that he was on his bus and arrived at the Arizona State

4  Capitol early to do the show and that it was still dark out.

5  Sunrise in Phoenix at this time of year is approximately

6  7:30 Mountain Time.

7           MR. PEED:  Objection.  It's hearsay.

8           THE COURT:  It's overruled.

9           Go ahead.

10          THE WITNESS:  7:30 Mountain Time, which would make

11 it 9:30 Eastern Time.

12 BY MR. MANZO:

13     Q    And by reviewing CCTV footage from the

14 Comfort Inn, were you able to determine Mr. Vallejo's

15 location at that time?

16     A    Yes.

17     Q    What was his location?

18     A    He was at the Comfort Inn.

19     Q    Can we now pull up 1054.TR.

20          And do you recognize what we're looking at here at

21 1054.TR?

22     A    Yes.

23     Q    What is this?

24     A    This is a transcript of a portion of that podcast

25 that we were talking about.

1      Q    And so are these clips of the longer podcasts?

2      A    Yes.

3           MR. MANZO:  Your Honor, we'd seek to move into

4      evidence 1054.TR.

5           MR. PEED:  Can we get on the phone?

6           THE COURT:  1054.TR is admitted.

7           MR. PEED:  Can we get on the phone?

8                                  (Government Exhibit 1054.TR
                                     received into evidence.)
9

10          (Bench conference)

11          THE COURT:  Mr. Peed, I really need you to speak

12     up; I can't hear what you're saying.  So just keep your

13     voice up, please.

14          MR. PEED:  I'll try, Your Honor.  Thank you.

15          I don't -- I haven't heard a foundation for the

16     authenticity of these podcasts.  She downloaded it from the

17     Internet.  You know, we talked about this pretrial about,

18     are they going to call Mr. Hancock to authenticate it?  Are

19     they going to try to get some other foundation?  I don't

20     think a sufficient foundation has been laid yet.

21          MR. MANZO:  She said that she went to the

22     Hancock's -- or Mr. Hancock's website, she downloaded it,

23     she listened to it.  That's the -- and the date of the

24     podcast was January 6th.

25          THE COURT:  I mean, it is -- is that not

1    sufficient to establish what it purports to be?

2           MR. PEED:  I don't believe so, Your Honor.

3    I mean, it's hearsay what someone labels it as the date it

4    is.  I mean, that's a pretty key fact, and they've got no

5    one to authenticate that that's the date it was taken.

6           MR. MANZO:  I believe we settled this all

7    pretrial.

8           THE COURT:  Why is this coming up?  I thought

9    we -- you all had reached an agreement as to Mr. Hancock.

10   Otherwise, I thought this was going to get resolved -- or at

11   least I thought I was going to resolve the Hancock

12   Fifth Amendment issue.

13          MR. PEED:  I believe that it was resolved pretrial

14   that they were going to call an agent who could provide

15   sufficient foundation based on speaking to Mr. Vallejo,

16   recognizing his voice personally, comparing that to the

17   voice on the podcast.

18          THE COURT:  Well, that's a different issue than

19   what you're talking about.  I mean, you're talking about

20   voice authentication but you're right now raising an

21   objection as to its authenticity.

22          So which is it?

23          MR. PEED:  Well, it's both, Your Honor.

24          THE COURT:  Well, I thought you resolved it --

25          Hold on.  I thought you resolved the authenticity

1    issue by agreeing that we didn't have to call Mr. Hancock.

2            MR. PEED:  I don't believe we ever resolved that,

3    Your Honor.

4            MR. MANZO:  I thought we did.

5            We had Mr. Hancock here.  We were under and

6    understanding, we agreed, and we sent him home.

7            MR. PEED:  I've always said I wanted Mr. Hancock

8    unless they were going to go another route and have an agent

9    authenticate it.

10           MR. MANZO:  We're having an agent authenticate it.

11           THE COURT:  Look, I'm not sure what the

12   authentication issue is, Mr. Peed.  I mean, she's testified

13   she went to a website; she downloaded this from a website

14   based upon the narrator's -- with respect to the timing of

15   it, she's generally assessed the timing of it.  I don't know

16   that she's actually said that this is a fair and accurate --

17   fair and accurate of what she downloaded and has listened

18   to, but that seems to be enough to establish the

19   authentication.

20           Then if we need to have somebody come in -- and I

21   don't know whether she can do it or not -- say, "This is

22   Mr. Kandaris's voice.  This is Mr. Vallejo's voice," we can

23   do that.  But all of that seems to me to be sufficient to

24   establish an evidentiary foundation to get it in.

25           MR. PEED:  Well, I mean, if the Court's ruling

1    that, that's fine.  I just want to make the objection.

2              THE COURT:  Yeah, but you're not objecting to

3    anything that's actually -- I mean, what's the objection?

4    What is missing from the foundation?

5              MR. PEED:  Well, who recorded this?  Is it a fair

6    and accurate representation of what was said?  Has it been

7    edited?  What date was it taken?

8              We have someone going to a public website and

9    downloading something with no --

10             THE COURT:  All right.  Fine.  You can

11   cross-examine her about that.

12             But right now, it purports to be what it is, which

13   is something she downloaded from a website.  If you think it

14   might have been somehow modified by the person, you can

15   cross-examine her about it or you can call that person

16   yourself in order to create a reasonable -- to doubt that

17   this is, in fact, what your client said, okay?

18             MR. PEED:  That's fine, Your Honor.  I just want

19   to make the objection.  I don't want to upset the Court.

20             THE COURT:  Mr. Peed, no.  You're upsetting me --

21   hold on.

22             I'm upset because you all were supposed to have

23   resolved this in advance.  And here I am, 15 minutes into

24   this, and this is being introduced.  We talked about it last

25   night, and nobody mentioned it last night.  So how should I

1    be anything other than upset right now?

2              MR. PEED:  Well, I have to make the objection that

3    we --

4              THE COURT:  Yeah, but you -- hold on.  Hang on.

5              MR. PEED:  I never waived Mr. Hancock.

6              THE COURT:  Well, then you might have told me that

7    last night.

8              Instead, we are talking about transcripts and what

9    the darned thing says, and now you're telling me you're

10   objecting to the whole thing coming in because of

11   authenticity issues.  It would have been nice to have told

12   me last night that you still wanted Mr. Hancock to come in

13   to lay the foundation for it.

14             MR. PEED:  I thought the Court had ruled that an

15   agent could do it, and so I'm waiting to hear how the agent

16   does it and I'm objecting to it being sufficient.  If the

17   Court rules --

18             THE COURT:  All right.  Okay, Mr. Peed.  I'm sure

19   this is how you're remembering it.  That's fine.  I'm going

20   to let it in.  If you've got issues regarding questions

21   about its actual authenticity as to what your client said,

22   you can ask on cross-examination, and you can call

23   Mr. Hancock if you wish, okay?

24             MR. PEED:  Thank you.

25             (Open court)

```
 1              THE COURT:  The objection is overruled.
 2   BY MR. MANZO:
 3       Q    So you -- just to back up for the jury, you've
 4   listened to this entire podcast, correct?
 5       A    I have.
 6       Q    And where was this podcast obtained from?
 7       A    The website of the host, Ernest Hancock.  He hosts
 8   a podcast called "Declare Your Independence."  This was
 9   posted on freedomphoenix -- freedomsphoenix.com, where he
10   posts podcasts, as well as links to articles and things like
11   that.
12       Q    And what was the date that this podcast was
13   posted?
14       A    January 6th.  2021.
15       Q    Have you spoken to Mr. Vallejo in the past?
16       A    Yes.
17       Q    Do you recognize his voice?
18       A    Yes.
19       Q    Is his voice present on the podcast?
20       A    Yes.
21       Q    Is that voice represented by the name "Ed Vallejo"
22   in the transcript that you're about to see?
23       A    Yes.
24       Q    Have you spoken to Mr. Todd Kandaris personally?
25       A    Yes.
```

1    Q    Is that voice on the podcast represented by the

2    notation "Todd Kandaris" in the transcript you're about to

3    see?

4    A    Yes.

5    Q    Okay.  So we're going to --

6    A    I've also spoken to Mr. Hancock.

7    Q    You've also spoken to Mr. Hancock.

8         And is he represented by the term "host" in the

9    transcript that you're about to see?

10   A    He is.

11   Q    Can we play --

12        THE COURT:  Hang on.  Can you just ask her whether

13   this fairly and accurately depicts what it is that she

14   downloaded from the website?

15   BY MR. MANZO:

16   Q    Are these excerpts from the podcast that you

17   downloaded and are these fair and accurate excerpts from

18   that download?

19   A    Yes.

20        MR. MANZO:  Your Honor, again, we'd seek to move

21   into evidence 1054.TR.

22        THE COURT:  All right.  It will be admitted.

23                              (Government Exhibit 1054.TR
                                   received into evidence.)
24

25

BY MR. MANZO:

Q    Okay.  Looking at 1054.TR, do you recognize the name "Todd Kandaris"?

A    Yes.

Q    And can you just remind the jury who Todd Kandaris is.

A    Todd Kandaris is from Phoenix.  He traveled with Mr. Vallejo to D.C. from Phoenix in early January of 2021.

MR. MANZO:  And, Ms. Badalament, can we now play the first clip.

(Audio played)

MR. MANZO:  Can you pause it there for a moment, Ms. Badalament.

BY MR. MANZO:

Q    Whose voice was that on the recording right there?

A    Todd Kandaris.

Q    And based on your review of CCTV footage, where was Todd Kandaris when he was giving this podcast?

A    At the Comfort Inn in Arlington, Virginia.

Q    Who was Todd Kandaris staying with at the Comfort Inn?

A    Ed Vallejo and Kelly Carter.

Q    Can we play forward now to the second clip.

(Audio played)

```
 1   BY MR. MANZO:
 2        Q    The clip you just heard there that we stopped at
 3   2 minutes and 31 seconds, whose voice was that?
 4        A    Todd Kandaris still.
 5        Q    Can we play forward to the next clip, please.
 6             (Audio played)
 7   BY MR. MANZO:
 8        Q    Just stopping right here at 3:39.
 9             Did you hear a voice pop in after Mr. Kandaris'
10   voice?
11        A    Yes.
12        Q    Do you recognize that voice?
13        A    Yes.
14        Q    Whose voice was that?
15        A    Ed Vallejo.
16        Q    What did Mr. Vallejo say there?
17        A    Owen Shroyer, Shroyer.
18        Q    Do you know who generally Owen Shroyer is?
19        A    He is I think an assistant or co-host of
20   Alex Jones' show.
21             MR. MANZO:  And can we play it forward again,
22   Ms. Badalament.
23             (Audio played)
24             MR. MANZO:  Pausing right there.
25             Can you go back for a second, Ms. Badalament.
```

1    BY MR. MANZO:

2        Q    So the voice is saying, "The obvious next step is

3    to go into armed conflict but hoping very much that doesn't

4    happen."

5             Whose voice is that?

6        A    Todd Kandaris.

7        Q    And the host, whose voice is that?

8        A    Ernest Hancock.

9        Q    And can you remind the jury how do you know that

10   that's Ernest Hancock's voice?

11       A    I've spoken with him before.  I've also listened

12   to podcasts where he introduces himself as Ernest Hancock.

13       Q    And then the final line, "Well, everything is on

14   the table."

15            Whose voice is that?

16       A    Todd Kandaris.

17            MR. MANZO:  Ms. Badalament, can you go to the next

18   clip, please.

19            (Audio played)

20   BY MR. MANZO:

21       Q    And, Ms. Hilgeman, or Agent Hilgeman, the person

22   who is saying, "The question is, you know, is there a shot

23   heard 'round the world moment?  That possibility definitely

24   exists."

25            Whose voice is that?

```
 1        A    Todd Kandaris.

 2             MR. MANZO:  Can we go to the next clip, please,

 3   Ms. Badalament.

 4             (Audio played)

 5   BY MR. MANZO:

 6        Q    Whose voice is that?

 7        A    Still Todd Kandaris.

 8             MR. MANZO:  And then I say -- we can just pause it

 9   at 4:58.

10             Ms. Badalament, can you go forward to the next

11   clip, please.

12             (Audio played)

13             MR. MANZO:  Can you back it up now for one second,

14   Ms. Badalament, again, at about 5:14 here.

15   BY MR. MANZO:

16        Q    So the voice that says, "We're going to be told --

17   the American people are going to be told today that we have

18   liberty and justice for all or they're going to be told fuck

19   you.  Okay."

20             Whose voice is that?

21        A    Ed Vallejo.

22        Q    Are you aware of what was happening on

23   January 6th?

24        A    Yes.

25        Q    What was happening on January 6th?
```

```
 1        A    The certification of the election.

 2        Q    And then the voice that says, "That's right."

 3             Whose voice is that?

 4        A    Todd Kandaris.

 5        Q    And then the voice that says, "And -- and if

 6   they're told fuck you, that's going to be the declaration of

 7   a guerilla war."

 8             Whose voice is that?

 9        A    Ed Vallejo.

10             MR. MANZO:  Can we play it forward, please,

11   Ms. Badalament.

12             (Audio played)

13             MR. MANZO:  Ms. Badalament, can you actually just

14   pause it right there at 5:40.

15   BY MR. MANZO:

16        Q    The first part of the transcript here where an

17   individual is talking about, "bringing the fucking hammer

18   down," whose voice is that?

19        A    Ed Vallejo.

20        Q    And then did somebody's voice pop in there for a

21   second?

22        A    Yes.

23        Q    Whose voice is that?

24        A    That was Mr. Hancock.

25        Q    And then whose voice is it that says at the end,
```

1    "You know, that's the only -- that's our only -- only hope,

2    that's it.  If that doesn't happen, then shit it on."

3         A    That's Ed Vallejo again.

4              MR. MANZO:  Can you play it forward, please,

5    Ms. Badalament, at 5:40.

6              (Audio played)

7              MR. MANZO:  And can you back it up again one

8    second, Ms. Badalament.

9    BY MR. MANZO:

10        Q    So the first part of this clip at 6:03 where it

11   says, "I hope that he actually does because I'm not --

12   I'm -- my biggest concern is everyone depending on someone

13   else to fix it for them."

14             Whose voice is that?

15        A    Mr. Hancock.

16        Q    And then whose voice is it that says, "We're not,

17   that's why we're here"?

18        A    Todd Kandaris.

19        Q    Then whose voice is it, "Well, that's fine.  No,

20   that's fine, Ernie, because I'm the motherfucker that's

21   going to fix it for them if they tell me today it's broken"?

22        A    Ed Vallejo.

23             MR. MANZO:  Can we play it forward,

24   Ms. Badalament.

25             (Audio played)

1          MR. MANZO:  And can we just go back to the

2    previous clip about two seconds before the end.

3    BY MR. MANZO:

4     Q    And we're at 6:19 here.  The voice that is saying,

5    "You know what I've been telling people?  You know what I've

6    been telling people, Ernie?"

7          Whose voice is that?

8     A    Ed Vallejo.

9     Q    And then somebody says, "What?"

10         Whose voice is that?

11    A    Mr. Hancock.

12    Q    And then the voice that says, "I've been telling

13   people this for years.  I'm the guy that everybody said, No,

14   Ed, you can't shoot them yet, it's too soon.  No, Ed, you

15   can't shoot the bastards yet, it's too soon.  Well, I've

16   been telling them about five, six months ago.  They quit

17   telling me."

18         Whose voice is that?

19    A    Mr. Vallejo.

20         MR. MANZO:  No further questions.

21         THE COURT:  If I could ask everybody to just get

22   on the phone real quick.

23         (Bench conference)

24         THE COURT:  I just wanted to add to the foundation

25   in terms of the authenticity.

```
 1              I think the contents of the podcast establish
 2     further its authenticity.
 3              Early comments on the podcast from Mr. Kandaris
 4     describe what he and Mr. Vallejo did on January the 5th by
 5     coming into Washington, D.C., going to the Supreme Court,
 6     and going to the rally.
 7              All that is corroborated by independent evidence
 8     that is coming through other means of the trial, including
 9     the photograph we've already seen of Mr. Vallejo on January
10     the 5th outside the Supreme Court.
11              (Open court)
12              THE COURT:  All right.  Mr. Weinberg.
13                          -  -  -
14                     CROSS-EXAMINATION
15     BY MR. WEINBERG:
16         Q    Good morning.  How are you?
17         A    Good morning, sir.  I am good.
18         Q    All right.
19              I want to pull up the travel compilation.  I think
20     that's Government's 1501.2, if we could do that.
21              Now, did you create this exhibit?
22         A    Is it the midnights?
23         Q    The travel.
24         A    I did not.
25         Q    But you reviewed it, correct?
```

```
1        A    Correct.

2        Q    Okay.  And you checked it against all the evidence

3   that you found on these defendants to make sure it was

4   accurate, correct?

5        A    Correct.

6        Q    Okay.

7             And the things that you examined, I think you

8   stated before was like credit card receipts, GPS, that kind

9   of stuff?

10       A    Yes.

11       Q    If we could jump to 5:17 in time, please.

12            If you could just hit play and pause it at 5:30.

13            (Graphic played)

14  BY MR. WEINBERG:

15       Q    So this says January 5th, correct?

16       A    Yes.

17       Q    It has Rhodes, SoRelle, and Greene heading to

18   D.C., correct?

19       A    Yes.

20       Q    Okay.

21            If we could pause at 5:30.

22       A    I'm sorry.  Not Mr. Greene yet.

23       Q    Not Mr. Greene yet, but he shows up on the 5th,

24   correct?

25       A    Correct.
```

```
 1        Q    Okay.

 2             If you could pause it here.

 3             Okay.  So according to this, January 5th, Rhodes

 4   and SoRelle are at the Hilton Garden Inn, correct?

 5        A    Yes.  They arrived there during the day.

 6        Q    All the evidence you found shows that was their

 7   check-in date?

 8        A    Correct.

 9        Q    Can we jump to 650, please.

10             Okay.  So this is what's considered, I believe,

11   Line 2, correct?

12        A    Yes.

13        Q    Okay.  Can we pause.

14             You would agree that this is January 4th, correct,

15   on your exhibit?

16        A    Yes, correct.

17        Q    Okay.  And it shows --

18             MR. WEINBERG:  If we could pause here.

19             Justin, if we could pause here.

20   BY MR. WEINBERG:

21        Q    So on this part of the exhibit, it shows -- if you

22   could back up.

23             Okay.  If we could pause here.

24             So we can agree that this part of the exhibit

25   shows Rhodes, Greene, and SoRelle already in D.C. on
```

1    January 4th, correct?

2        A    That is just showing where the -- because we

3    already went through that part of the exhibit.

4            MR. WEINBERG:  Okay.  If you could go back and

5    pause it there, Justin.

6    BY MR. WEINBERG:

7        Q    I understand that.  But on January 4th, this

8    exhibit shows that Rhodes, SoRelle, and Greene are in

9    Washington, D.C., correct?

10       A    Yes.

11       Q    Okay.

12           It also shows that Ulrich, Jackson, James, and

13   Grods meet Rhodes, SoRelle, and Greene on January 4th,

14   correct?

15       A    So because they drove through the night and

16   arrived in the very early morning hours of the 5th, we just

17   showed them as arriving -- I don't know when it dimmed in

18   there to show it.

19           But the evidence showed that they drove through on

20   January 4th and arrived in the kind of very early morning

21   hours of January 5th.

22       Q    Okay.  So they did not arrive on January 4th,

23   according to this?

24       A    Correct.  Yeah.

25       Q    So we can agree that this is a mistake in your

```
1   exhibit.
2       A    I think it was just how it -- that was the
3   limitations of how we could put it together to make it
4   easier to understand.
5       Q    By having them there on the wrong date would be
6   easier to understand?
7       A    Well, by showing that they drove through the night
8   and arrived in the -- late January 4th, early January 5th,
9   they were in the parking lot of that hotel.
10      Q    So you actually have the time, correct?
11      A    Based on some text messages, yes.
12      Q    But you didn't put the time in the exhibit, right?
13      A    So I didn't create the exhibit, but the times are
14  not in here.
15      Q    Okay.
16      A    Yes.
17      Q    Great.
18           MR. WEINBERG:  If we could pull up
19  Defense Exhibit 003 and just show it over here, not to the
20  jury.
21  BY MR. WEINBERG:
22      Q    So you went through all the chats, correct?
23      A    I went through --
24      Q    Lots?
25      A    Lots of chats, yes.
```

```
1        Q    Okay.

2             Thousands and thousands of chats.  There's "OK FL"

3   chat.  There's "OK FL D.C. Op," correct?

4        A    Yes.

5        Q    Now, you've read this chat from my client,

6   correct?

7        A    I'm sorry.  Who do you represent?

8        Q    I represent David Moerschel.

9        A    Okay.

10            I don't believe I read these actually.

11       Q    You don't recognize --

12       A    But I do recognize them.

13       Q    You do recognize them?

14       A    Yes.

15            MR. WEINBERG:  Judge, I'd ask to admit this into

16   evidence as Defense Exhibit 3.

17            MR. MANZO:  Can we get on the phone for a second?

18            (Bench conference)

19            MR. MANZO:  We know don't have any objection to

20   these chats.  Just it would help if we knew what chat they

21   were from.  We think they're admissible.  We just don't know

22   their derivation.  And I think it's tough for the agent to

23   understand that.

24            THE COURT:  Okay.

25            (Open court)
```

```
 1              THE COURT:  All right.  So this is admitted.

 2                                 (Defendant Exhibit 3
                                 received into evidence.)
 3

 4   BY MR. WEINBERG:

 5        Q    This is from the "OK FL D.C. Op" chat, correct?

 6        A    I believe so, yes.

 7              MR. WEINBERG:  Okay.  Judge, can I publish?

 8   BY MR. WEINBERG:

 9        Q    All right.  If you could just read the first text

10   because these are three in the row.  So they're not out of

11   context.  These are three messages in a row.  If you could

12   read the one first, please.

13        A    "A.m. okay.  My manager just 100 percent approved

14   my time off.  I'm in."

15        Q    Okay.

16              So we can agree that the "a.m." is actually

17   referring to the time?

18        A    Oh, I'm sorry.  Yes.

19        Q    That's okay.  I know you've read a lot of chats.

20        A    Sorry.

21        Q    So he says, "Okay.  My manager just approved by

22   time off.  I'm in."

23        A    Correct.

24        Q    That is the morning of January 4th?

25        A    That's what it says here, yes.
```

```
 1        Q    Okay.

 2             So according to this text, my client didn't have

 3   permission to go from his boss until that morning?

 4        A    That's what he says here.

 5        Q    Okay.

 6             Could you read the next one, please.

 7        A    "I'll do Congressmen duty or whatever else

 8   is needed."

 9        Q    Okay.

10             And then the next chat as well?

11        A    "I'm coming up with Kraut and Kane."

12        Q    Okay.

13             MR. WEINBERG:  You can take that down, please.

14   BY MR. WEINBERG:

15        Q    So who is Kraut and Kane?

16        A    Kraut is an individual by the name of

17   Robert Lemar.  And Kane is Kenneth Bittner.

18        Q    Okay.

19             Now, Robert Lemar lives in Howey In The Hills,

20   Florida.

21        A    That's my understanding, yes.

22        Q    And it was Mr. Bittner and Mr. Moerschel who went

23   to Howey In The Hills to pick up Mr. Lemar?

24        A    Also my understanding, yes, based on what I've

25   been told.
```

1      Q    Understood.

2           If we could pull up the travel exhibit again.

3           Now, according to your exhibit, it shows everybody

4      met in Jacksonville, correct?

5      A    Well, I'm aware that they met in

6      Howey In The Hills.  That is only based on what I've been

7      told.  So we didn't feel comfortable putting that in this

8      exhibit.

9      Q    Okay.  So we can agree that you have no evidence

10     that they all met in Jacksonville?

11     A    No.  We do.

12     Q    Okay.  What evidence do you have that my client,

13     Mr. Bittner, and Mr. Lemar, met in Jacksonville with the

14     other Oath Keepers?

15     A    Mr. Bittner says that he's about one hour out of

16     the rally point, and then I know that from an "OK FL" vetted

17     chat that the rally point is 3:00 p.m. in Jacksonville.

18     Q    Okay.

19          Now, let's talk about Jacksonville.  Do you have

20     any credit card statements showing that my client was in

21     Jacksonville?

22     A    Not that I've seen.

23     Q    Any GPS coordinates from his cell phone showing he

24     was in Jacksonville that you've seen?

25     A    I may have.  I'm not comfortable saying yes or no.

1      Q    You don't recall off the top of my head?

2      A    I cannot recall off the top of my head.

3      Q    Or Mr. Bittner in Jacksonville meeting with the

4   other gentlemen?

5      A    This is primarily based off of the text messages

6   that I saw.

7      Q    So you didn't do any background to verify those

8   text messages based on cell phone coordinates or

9   GPS coordinates?

10      A    So I don't know about the cell phone coordinates

11   right now.  I was provided those by our expert, FBI expert.

12   And it's also based off of what I've been told.

13      Q    Okay.  So can we go to a minute 40, please.

14          Okay.  So here you show everybody is meeting in

15   Whiteville, North Carolina?

16      A    In the area of Whiteville, correct.

17      Q    Now, can I pull up Government's Exhibit 2600.5.

18      A    I believe I said yesterday that Mr. Moerschel,

19   Mr. Lemar, and Mr. Bittner actually stayed at a hotel

20   nearby.

21      Q    Correct.

22          If we could pull that up.  And page 4.

23          This hotel is actually in Lumberton, correct?

24      A    Yes.

25      Q    That's about 35 miles away from Whiteville?

1      A      Still within North Carolina.  Yeah.

2      Q      Okay.  So it's still within the same state, but

3   you have no evidence that they met together or had

4   dinner together?

5      A      I do know that the people that stayed at

6   Doug Smith's property then met in the parking lot of this

7   hotel, and they all continued on to D.C.

8      Q      And we can agree that my client did not go to

9   Doug Smith's property?

10      A      I don't have any evidence of that.  Correct.

11      Q      Okay.

12              We could always see from here he checked in at

13   2:21 a.m., correct?

14      A      Yes.

15      Q      Okay.

16              So the exhibit shows him staying the night in

17   Whiteville; but in actuality, he stayed 35 miles away

18   in Lumberton?

19      A      In the area of Whiteville, yes.

20      Q      Okay.

21              Let's go to 755, please.

22              Just put it up.  You don't have to hit play.

23              Okay.

24              So this is basically like the final part of the

25   exhibit where it shows where everybody stayed?

```
1       A     The night of the 5th, correct.

2       Q     The night of the 5th?

3       A     Yep.

4       Q     Okay.

5             We can agree that David Moerschel stayed in the

6    separate hotel from the rest of the guys?

7       A     He stayed there with Mr. Lemar, yes.

8       Q     Mr. Lemar?

9       A     Yes.

10      Q     Okay.

11      A     On the night of the 6th, he moved over to the

12   Hilton Garden Inn with the rest of the group.

13      Q     Okay.

14            But on this day, it was just Mr. Moerschel and

15   Mr. Lemar?

16      A     Correct.

17      Q     Okay.

18            And you have no proof that they had dinner

19   together that night, do you?

20      A     I don't know.

21      Q     Okay.  So you didn't find any surveillance cameras

22   of all the Oath Keepers getting together and having dinner

23   the night of the 5th?

24      A     We don't have surveillance of that, no.

25      Q     Okay.  So no surveillance, no credit cards?
```

2104

```
 1       A    Of dinner that evening?

 2       Q    Correct.

 3       A    Not that I've seen, no.

 4       Q    Okay.  No photos from the guys all taking a

 5  picture together that night together on the 5th?

 6       A    I do see messages exchanged where Mr. Moerschel

 7  asks about a meeting that day.

 8       Q    That's not what I asked, ma'am.  What I asked

 9  was --

10       A    Oh.

11       Q    What I asked was, did you find any pictures?

12       A    No pictures.

13       Q    Okay.  No pictures.  All right.

14            So we could agree that there's no evidence that

15  Mr. Moerschel was hanging out with the Meggs, Hackett,

16  Berry, Harrelson, or Dolan that night?

17       A    Well, there are messages.

18       Q    Messages are not actual, physical presence,

19  correct?

20       A    But they are evidence.  You asked evidence.

21       Q    Evidence of hanging out, not of evidence?

22       A    Evidence of hanging out.

23       Q    Being in each other's presence.  You have no

24  evidence --

25       A    They're making arrangements to meet up in the
```

1    lobby.

2              THE COURT:  Folks, let's not talk over one

3    another.

4              Let counsel ask the question.  You can then

5    respond.

6              THE WITNESS:  Yes.

7    BY MR. WEINBERG:

8        Q    You have no evidence that Mr. Moerschel was

9    physically present with those gentlemen the night of

10   January 5th?

11       A    I have seen messages making arrangements to meet

12   at a hotel.

13       Q    Okay.

14       A    That's all.

15       Q    Okay.

16              All right.  And let's go talk about this QRF

17   hotel, the one in Ballston, correct?

18       A    Correct.

19       Q    Comfort Inn?

20       A    Yes, sir.

21       Q    It's about 6.8 miles from the Capitol, right?

22       A    Yes.

23       Q    Okay.  We can agree that 6.8 miles in D.C. takes a

24   very long time to travel?

25       A    It takes longer than Minnesota, I know that.

```
 1        Q    All right.  At least you'll give me that.

 2             Let's go to 9514, please.

 3             And this is the long compilation that the

 4   government went over yesterday?

 5        A    Correct.

 6        Q    So I'm just going to pick a couple of them.  I'm

 7   not going to go through all of them.  All right?

 8        A    Thank you.

 9        Q    So page 1, we could agree the "Old Leadership"

10   chat, right?

11        A    I'm sorry?  Can you repeat the question?

12        Q    Page 1 can you see it?

13        A    Yes.

14        Q    This is the "Old Leadership" chat?

15        A    Correct.

16        Q    David is not on that, correct?

17        A    Correct.

18        Q    Okay.  Can we go to page 6.

19             So these are personal messages from Kelly Meggs to

20   Jeremy Liggett, correct?

21        A    Yes, on Facebook.

22        Q    And then there's a bunch of them, correct --

23        A    Yes.

24        Q    -- on Facebook?

25             Okay.  We can agree that my client never received
```

 1   these messages?

 2       A    I would not think so, no.

 3       Q    In fact, Mr. Moerschel didn't have a Facebook at

 4   the time, are you aware?

 5       A    I do not know that.

 6       Q    Okay.

 7            Can we go to page 9, please.

 8            Okay.  So this is Kelly Meggs talking about, he's

 9   going to have 50 to 100 Oath Keepers there.  Do you see

10   that?

11       A    "We will," yes.

12       Q    Okay.

13            In reality, Kelly Meggs himself only brought maybe

14   5 or 6 people that he's responsible for recruiting there?

15       A    From Florida, I think there were probably closer

16   to 15 or 20.

17       Q    Right.  But that came because of Meggs was about 5

18   or 6, would you agree?

19       A    That came in a vehicle with Meggs?

20       Q    Because of Meggs, because Meggs recruited them?

21            MR. MANZO:  Objection; calls for speculation.

22            THE COURT:  The question is a little vague.  Could

23   you rephrase the question?

24   BY MR. WEINBERG:

25       Q    So Meggs, to your knowledge, brought the maximum

1    of 12 to 15 people, correct?

2        A    Something like that, yes.

3        Q    All right.

4            Can we go to Slide 20.

5            And just to be clear, this message says, "The

6    Oath Keepers flag will fly in front of the Capitol."

7            Correct?

8        A    Yes.

9        Q    Not inside of the Capitol?

10       A    Correct.

11       Q    Not on top of the Capitol?

12       A    Correct.

13       Q    Okay.  Can we pull up Defense Exhibit 0004.

14           And just show it to this side.

15           All right.  Do you recognize this?

16       A    I do recognize these messages, yes.

17       Q    And this is from the "OK FL" chat.  We can agree?

18       A    Yes.

19       Q    Okay.  And this is my client's three messages kind

20    of in context, I would say?

21       A    With the other messages, yes.

22       Q    Correct.

23           So I didn't delete any messages or change them,

24    correct?

25       A    I'll take your word for that, right, yeah.

```
 1        Q     That's dangerous, but, yes, I didn't.

 2              MR. WEINBERG:  Okay.  If I may enter this into

 3   evidence, Your Honor?

 4              THE COURT:  I'm sorry, can you just -- it's from?

 5              MR. WEINBERG:  This is from "OK FL" chat.

 6              THE COURT:  Okay.

 7              It will be admitted.

 8                                    (Defendant Exhibit 9514
                                      received into evidence.)
 9

10   BY MR. WEINBERG:

11        Q     And these three messages that are highlighted were

12   already admitted by the government.  Do you recall?

13        A     Yes, as well as some of these others.

14        Q     Okay.

15              The first message, that -- can you read that real

16   quick for me?

17        A     Sure.

18              "I think he will wait until the Constitution

19   completely fails before he invokes Insurrection Act.  That

20   means if all legislative options fail on Jan 6, he will

21   invoke the Act.  Probably the same day.  IMO, any members in

22   D.C. should absolutely have firearms somewhere (legally

23   nearby.)"

24        Q     Okay.  I'm going to point out that he says,

25   "legally nearby," correct?
```

```
 1        A      Right.
 2        Q      Okay.  Could you read the next chat?
 3               THE COURT:  I'm sorry to interrupt.
 4               MR. WEINBERG:  Or the next text.
 5               THE COURT:  Can you just ask her to please
 6    identify who the author is so the record is clear.
 7               MR. WEINBERG:  Yes, you're right.
 8    BY MR. WEINBERG:
 9        Q      And that was from my client, David Moerschel,
10    correct?
11        A      Correct.
12        Q      Okay.  Can you read the next text?
13        A      The next one is from someone named Pete FL,
14    I believe another Oath Keepers from Florida.  "Hey, Gator,
15    my T-shirt guy is waiting on the order.  Should I stand
16    down?"
17        Q      Okay.
18               "Stand down," that's what kind of term?  Have you
19    heard that before in your training as an FBI Agent?
20        A      Yes.
21        Q      Okay.  It's like a military type term, correct?
22        A      I would imagine, yes.
23        Q      Okay.
24               And here he's talking about T-shirts?
25        A      Correct.
```

1    Q    He's using a military term to discuss a T-shirt

2  order?

3    A    It appears so, yes.

4    Q    Okay.  Just checking.

5         If we can go to the next highlighted one; could

6  you read that as well?

7    A    Sure.  And this is also from Mr. Moerschel.

8    Q    Yes, thank you, for David Moerschel.

9    A    "Speculation, Jan 6th must be his personal

10  resolved date to act.  Why else would he call us up?"

11    Q    Okay.  And then could you read the next message

12  from OK Gator 1?

13    A    "Nope just got in sending it now."

14    Q    Okay.  Do you know what he's talking about there?

15    A    The T-shirt order, I believe.

16    Q    Okay.  So they're talking about one thing and then

17  they're still having a T-shirt discussion in the middle; is

18  that right?

19    A    Those two messages, yes.

20    Q    Could you read the next message from Pete in

21  Florida.

22    A    "Who are they 'Mark Meadows and his lead

23  attorney?' We can dox them and get their names out so they

24  can be pressured.  They need the same treatment."

25    Q    Okay.

1          And then there's a couple more messages and then

2    there's David's message.  Could you read that one, please?

3          A    "Lawyers always think the answer is legal.

4    Warriors always think the answer is a gun battle."

5          Q    All right.  And then could you -- the rest of the

6    exhibit, please.

7               All right.  And I'm not going to make you read all

8    of this, but can we agree that the last text is referring to

9    Article V of the Constitution and ways to overturn the

10   election legally, correct?

11              MR. MANZO:  Objection, Your Honor.

12              THE COURT:  Hang on.

13              You can ask her what it says.  Don't ask her to

14   draw a legal conclusion.

15   BY MR. WEINBERG:

16         Q    Okay.  If you could just read the last message?

17         A    Certainly.

18              It's from Jason, I believe that's Jason Dolan.

19              "I think Meadows (I may be wrong but hope not) is

20   still looking for a legal answer.  He led the freedom caucus

21   and is single-handedly responsible for the Convention of

22   State's movement that already has 20 states signed on.  If

23   not familiar with Convention of States, it falls under

24   Article V of the Constitution as a way to fix a corrupt

25   Congress without open warfare."

1        Q     Okay.

2              So it's fair to say that that is discussing legal

3   ways to overturn the election?

4        A     In their minds.

5        Q     In their minds.  Whether it's true or not but

6   that's what they were thinking?

7        A     Yeah.

8        Q     So we have this chat, they're talking about a

9   T-shirt order and about the election.  Is that fair to say?

10       A     Correct.

11       Q     If we could go to Slide 32, please.

12             Okay.  So this is an "OK FL Hangout" chat.  This

13  is from Gator.  Gator is Graydon Young, correct?

14       A     Gator is Kenneth Bittner.

15       Q     Okay.  Well, thank you.

16             All right.  So can you read it for me?

17       A     "I'm trying to schedule work et cetera so Tue 5th

18  is travel day, Wens 6 is 'action day,' Thur 7 back to FL?

19  Is this accurate?  Thanks."

20       Q     So he's talking about traveling up on the 5th,

21  taking over the government on the 6th, and being back at his

22  job on the 7th; is that right?

23       A     I don't know what he's talking about in terms of

24  taking over the government; but he's referencing action day,

25  is what he says.

1    Q    Okay.  But it's fair to say he planned on being

2  home on Thursday from this text?

3    A    That's what it says, yes.

4    Q    Okay.  Can we go to slide 43, please.

5         Can you please read this text.

6    A    Yes.

7         "I too am trying to plan with work.  Leaving on

8  Tuesday in the RV.  Return on Thursday?"

9    Q    Okay.

10         So we can agree that this is my client,

11  David Moerschel, discussing what day they would return,

12  correct?

13    A    Open-ended, it seems.

14    Q    Okay.

15         But they were talking Thursday-ish --

16    A    Correct.

17    Q    -- fair to say?

18    A    Yes.

19    Q    We could also agree that he never took an RV,

20  correct?

21    A    That's my understanding, yes.

22    Q    Okay.  All right.

23         Can we go to Defense Exhibit 5.

24         Do you recognize this chat?

25    A    I do, yes.

```
 1        Q    And this is in the "OK FL" chat, correct?

 2        A    The "OK FL" hangout.

 3             MR. WEINBERG:  Judge, can we enter this into

 4   evidence, please?

 5             MR. MANZO:  No objection.

 6             THE COURT:  DM5 is admitted.

 7                                    (Defendant Exhibit DM5
                                      received into evidence.)
 8

 9   BY MR. WEINBERG:

10        Q    So my client's name, David Moerschel, was

11   highlighted.

12        A    Correct.

13        Q    Could you read this chat, please.

14        A    "My battle pistol is a Glock 21 in .45 caliber.

15   I want the extra knockdown power."

16        Q    Okay.

17             And then the next message, please.

18        A    "I have the 21C in my center console."

19        Q    Then the next message?

20        A    "That's why they make vanilla ice cream and

21   chocolate ice cream.  Everyone has different

22   likes/dislikes."

23        Q    Okay.

24             And then the next one, please.

25        A    "What I would like to get ahold of is a
```

1    Walther PPQ in .45."

2        Q    Okay.

3        So we can agree that for gun people, there's a lot

4    of debate about which is the best round; is that fair to

5    say?

6        A    That is certainly what they are talking about

7    here, yes.

8        Q    Okay.

9        But we can agree, like, throughout the chat, it's

10   like kind of a LeBron or Jordan, who's better?

11       A    I did see a lot of comments about different types

12   of guns and ammunition, yeah.

13       Q    Okay.

14       So it's fair to say that if you're into guns,

15   that's one of those things that's a constant debate?

16       A    I think that would be fair to say, yes.

17       Q    Okay.  Thank you.

18       Let's go to -- just a quick question.  I saw there

19   was some Rocket.Chats?

20       A    Yes.

21       Q    David is not on any Rocket.Chats, correct, that

22   you know of?

23       A    Not that I'm aware of.

24       Q    Can we go to slide 56, please.

25       All right.  This is the Hagmann report, slide.

2117

```
 1        A    Yes.
 2        Q    Fair to say that Mr. Moerschel is not on this
 3   chat either?
 4        A    He is not.
 5             MR. WEINBERG:  Can we go to slide 20 -- I already
 6   did that one.
 7             Can we go to slide 103, please.
 8             Okay.  This is the -- is this 103?
 9             Okay.  Will you take that one down.
10   BY MR. WEINBERG:
11        Q    Let's talk about Mr. Siekerman, okay?
12        A    Sure.
13        Q    Did I say that right?
14        A    I think it's "Siekerman."
15        Q    Siekerman?
16        A    Yes.
17        Q    Okay.  I always mess up last names.
18             Mr. Siekerman was supposed to be in charge of the
19   op, correct?
20        A    Correct.
21        Q    And then we read some messages or at least the
22   government read some messages yesterday that were pretty
23   inflammatory; you would agree?
24        A    I read messages that he had written on
25   Parler.  Yes.
```

1    Q    Those messages were, fair to say, inflammatory?

2    A    They were apparently what he was thinking at

3    the time.

4    Q    Okay.

5         And he basically thought that this was going to be

6    his Lexington and Concord; is that fair to say?

7    A    He did say something about the Concord.

8    Q    Okay.

9         This is the day?

10   A    Yes.

11   Q    He called in sick on the biggest day of his

12   Oath Keeper life?

13   A    He got COVID.

14   Q    Okay.  But he still called in sick?

15   A    Yeah.

16   Q    Can we go to 151, please.

17        All right.  This is another message for

18   Kelly Meggs.

19   A    Yes.

20   Q    And this is to somebody named Lisa -- I can't

21   pronounce the last name.

22   A    I couldn't either.

23   Q    Okay.  Good.

24        THE COURT:  Mr. Weinberg, just so the record is

25   clear, could I just ask you to identify the date on

```
1     the slide.

2              MR. WEINBERG:  Yes, I will.

3              THE COURT:  Thank you.

4     BY MR. WEINBERG:

5         Q    This message was sent on January 3rd, 2020?

6         A    2021.

7         Q    Close enough.

8              We can agree that David never received any

9     personal messages from Kelly Meggs that you saw?

10        A    On Facebook?

11        Q    On Facebook?

12        A    Correct.

13        Q    And we could say that this message David never

14    received?

15        A    Correct --

16        Q    Okay.

17        A    -- to my knowledge.

18        Q    Let's talk about that Dropbox video compilation.

19             Do you remember that from yesterday?

20        A    I do, yes.

21        Q    It's the one with the bad rock music in the

22    background --

23        A    Yes.

24        Q    -- you would agree?

25             We can agree that David wasn't in that video?
```

1    A    Correct.

2    Q    We can also agree that David never received that

3  video because it wasn't in one of his chats, to your

4  knowledge?

5    A    Not in any of the chats that I saw, correct.

6        MR. WEINBERG:  Okay.

7        If we could pull up 9520, please.

8        And if we can go to page 3, please.

9        Judge, this is the Government's exhibit about the

10 ammo purchases.  It was not admitted into evidence, but it

11 was a summary exhibit or something.

12       THE COURT:  I think the underlying records were

13 admitted.

14       MR. WEINBERG:  Oh, okay.

15       THE COURT:  The summation, cover letter was

16 not admitted.

17       MR. WEINBERG:  Summation.

18       Can you go down until we hit David's, please.

19 BY MR. WEINBERG:

20   Q    All right.  So you're in the FBI obviously?

21   A    Yes.

22   Q    You fired a gun?

23   A    I have.

24   Q    So you know a little bit about ammunition,

25 correct?

1      A    I know what I can and cannot put in my service

2  gun, yes.

3      Q    Now, you're aware that Wolf ammo is considered the

4  cheapest ammo out there?

5      A    I have no idea.

6      Q    Okay.

7           Are you familiar with the difference between

8  brass-casing ammo and steel casing?

9      A    I know both exist.

10     Q    Steel casing is usually the cheaper,

11 less-reliable type.

12     A    Okay.

13     Q    Okay.

14          You're also aware that ammunition, just like

15 anything, is cheaper if you buy in bulk?

16     A    I would assume so, yes.

17          I've never purchased any myself.

18     Q    Okay.

19          And there's different types of ammo.

20     A    Yes.

21     Q    There's hollow point?

22     A    Yeah.

23     Q    And there's full metal jacket?

24     A    Yes.

25     Q    Hallow points are usually used in self-defense or

1    offense, and full metal jacket is usually used for

2    target shooting?

3        A    No idea.

4        Q    We can agree that buying the cheapest ammo is

5    usually what they call plinking for target practice and

6    shooting, correct?

7        A    No idea.

8        Q    Okay.

9            MR. WEINBERG:  Well, can we pull up 4807.3.

10           This was a Government's Exhibit.  I don't actually

11   believe you saw this, but -- and if you could zoom in at the

12   top part, please, Justin.

13   BY MR. WEINBERG:

14       Q    All right.  If you could just read where it says,

15   "400 rounds" for me.

16       A    "400 rounds per person is recommended.  You will

17   get the most out of the day.  200 rounds minimum."

18       Q    So while it sounds like a thousand rounds is a

19   lot, here we have evidence that you need 400 rounds per trip

20   to the range.  Is that fair to say?

21       A    I use 100 rounds per trip to the range, so I don't

22   know that this is evidence of how many rounds you

23   would need.

24       Q    But you use a pistol, correct?

25       A    I do, yes.

1      Q    We can agree there's a difference between pistol

2  shooting and rifle shooting?

3      A    Yes.

4            MR. WEINBERG:  Let me just have one moment,

5  Your Honor.

6            Thank you, Your Honor.  I don't have any

7  other questions.

8            THE WITNESS:  Thank you.

9            THE COURT:  All right.

10            All right.  Thank you, Mr. Weinberg.

11            Ms. Halim.

12            MS. HALIM:  Yes, Your Honor.

13                    CROSS-EXAMINATION

14  BY MS. HALIM:

15      Q    Good morning, Agent Hilgeman.

16      A    Good morning.

17      Q    My name is Angie Halim.  It's nice to meet you.

18      A    It's nice to meet you.

19      Q    I represent Joseph Hackett.

20      A    Okay.

21      Q    All right.  To get started here, I'm going to pull

22  up on the screen for Agent Hilgeman and the parties only

23  what I have pre-marked as JH2010.1.

24            Agent, do you see that?

25      A    Yes.

1      Q     Do you recognize that to be Bank of America bank
2   records for an account under the name Oath Keepers?
3      A     I do.
4      Q     And that is the account ending in 9103, correct?
5      A     Yes --
6      Q     The date --
7      A     -- I'm sorry, is that one of my summary exhibits?
8      Q     It is the records that I believe you relied on for
9   one of your summary exhibits.
10      A     Gotcha.  Yes.  Yes.
11      Q     Okay.
12            And these specifically are the records between
13   December 1st, 2020 to December 31st, 2020?
14      A     Yes, I see that.
15      Q     You've reviewed these records, correct?
16      A     I have.
17            MS. HALIM:  Your Honor, I move for the admission
18   of JH2010.1.
19            MR. MANZO:  No objection.
20            THE COURT:  They are admitted.
21            MS. HALIM:  Thank you, Your Honor.
22                                  (Defendant Exhibit JH2010.1
                                      received into evidence.)
23
24   BY MS. HALIM:
25      Q     Now if we could turn to 2010.2.

1          Agent, do you recognize that to be an Oath Keepers

2    Bank of America bank records for that same account 9103

3    between January 1, 2021 and January 31, 2021?

4          A    I do.

5               MS. HALIM:  All right.  Your Honor, I move for

6    admission of JH2010.2.

7               MR. MANZO:  No objection, Your Honor.

8               THE COURT:  They are admitted.

9                              (Defendant Exhibit JH2010.2
                                 received into evidence.)
10

11   BY MS. HALIM:

12        Q    If we could move now to 2010.3, again, for

13   identification at this point.

14             Agent, do you recognize that to be another set of

15   Bank of America bank records for an account called the

16   Oath Keepers?

17        A    Yes, this is the second account from January 1st,

18   2021 to January 31st, 2021.

19        Q    And for the record, those -- the last four digits

20   of that account number is 8507, correct?

21        A    Yes.

22        Q    And you've reviewed these records, right?

23        A    I have.

24             MS. HALIM:  Move for admission, Your Honor, of

25   JH2010.3.

1          MR. MANZO:  No objection.

2          THE COURT:  Admitted.

3                                (Defendant Exhibit JH2010.3
                                   received into evidence.)
4    BY MS. HALIM:

5      Q    Next if we could turn to for identification

6    purposes 2010.2.1.

7          I'm looking now and it looks like this might be

8    the same records that we already admitted.  This is account

9    number 9103 Oath Keepers Bank of America between January 1

10   and January 31 of 2021, correct?

11     A    Yeah, I think this is the same as the second

12   exhibit we just looked at.

13     Q    A duplicate.  Okay.  Thank you.  We can take that

14   down and pull up 2010.3.1.

15         And this, again, is another duplicate, correct?

16     A    Yes, that's for the second account.

17     Q    All right.  We can take that down.  Thank you

18   so much.

19         All right.  So those bank records, you reviewed

20   those in -- as part of your investigation, correct?

21     A    Yes.

22     Q    And specifically, you used some of the content of

23   those records to create the -- one of the summary exhibits

24   that you discussed yesterday, right?

25     A    Yes.

1      Q    And that was the summary of some purchases that

2  Stewart Rhodes made, right?

3      A    Correct.

4      Q    Stewart Rhodes had access to that -- those bank

5  accounts, right?

6      A    Yes.

7      Q    And he had full and unfettered access to those

8  bank accounts, right?

9      A    That is my understanding, yes.

10     Q    And at times those bank accounts had hundreds of

11 thousands of dollars in them, right?

12     A    They did.

13     Q    And Mr. Rhodes made purchases and debits to the

14 tune of hundreds of thousands of dollars, did he not?

15     A    And took out withdrawals, yes.

16     Q    All right.  Thank you.

17          I'm going to -- I just have a question for you

18 about Exhibit 6901.1.  If we can bring that up on the

19 screen.  This was admitted yesterday.

20          Agent, you recognize that exhibit there?

21     A    Yes.

22     Q    And those are some messages that were between

23 Stewart Rhodes and someone that he was arranging for the

24 purchase of firearms, right?

25     A    A private purchase of -- yeah, I think this one

1    was for just pieces of firearms.

2         Q    But my question is actually as to the format of

3    this exhibit.  Would you agree with me that this resembles

4    some sort of chart, whether it's Excel or some other

5    software?

6         A    Yeah, this is -- you can -- how it can be exported

7    into Excel directly from our phone analysis software.

8         Q    And this chart format is different than the format

9    that the government put together in the compilation which

10   was Exhibit 9514, correct?

11        A    It is, yes.

12        Q    9514, we saw the blue text bubbles, right?

13        A    Yes.

14        Q    Is that another format that can be exported

15   from -- is it Cellebrite that you use?

16        A    Yeah, Cellebrite.  But it is not, no, that was so

17   that the text could be blown up so it can be easily read.

18        Q    Okay.

19             So to be clear, what we're looking at here in

20   6901.1, that's a direct export method from Cellebrite,

21   right?

22        A    Correct.

23        Q    And for the jury's edification, Cellebrite is the

24   software that you use to extract data from the phones,

25   correct?

1    A    Yes, that our technical people use.

2    Q    Yes.

3         And then Cellebrite sort of repackages it and

4    makes it easy to understand what that content is from the

5    forensic extraction, right?

6    A    I would not say it's easy.

7    Q    Okay.

8    A    But it certainly makes it accessible to us.

9    Q    Accessible to you.

10        And so for this particular exhibit, do you know

11   who made the choice to export it directly into that chart

12   format, which is an option from Cellebrite?

13   A    The prosecutors.

14   Q    And so would it also be the same answer with

15   respect to choosing or selecting the format and the method

16   of presentation for the compilation messages?

17   A    Correct.

18   Q    So with the text bubbles, that was a prosecutor

19   who made the decision to change that format?

20   A    Yes.

21   Q    Okay.

22        And then you were just asked to read --

23   A    Correct.

24   Q    -- the text message bubbles that they put into the

25   exhibits, correct?

```
 1        A    Correct.

 2        Q    All right.  We can take that down.  Thank you.

 3             So now I'm going to ask you about some of the

 4   messages that were in that compilation Exhibit 9514, okay?

 5        A    Sure.

 6        Q    So as we've been referring to it, it's a

 7   compilation, right?

 8        A    Yes.

 9        Q    It is messages drawn from a variety of sources,

10   correct?

11        A    Correct.

12        Q    From a variety of senders and recipients?

13        A    Correct.

14        Q    Who selected which precise messages were going to

15   go into that compilation?

16        A    The prosecution team.

17        Q    Okay.  Thank you.

18             From your investigation, you're aware, Agent, that

19   Mr. Hackett was not on the "Old Leadership" Signal chat

20   group, correct?

21        A    Correct.

22        Q    He was not on the "D.C. Op Jan. 6" Signal chat

23   group, correct?

24        A    Correct.

25        Q    He was not on that Signal chat group that was
```

1    titled "1776 Square 2," correct?

2         A    Correct.

3         Q    He was not on any of the Rocket.Chats, right?

4         A    I believe he did have some messages on the

5    Rocket.Chat forum.

6         Q    Not in the compilation exhibit that was presented

7    through 9514, correct?

8         A    None of his messages were there in, correct.

9         Q    And he was not on any Parler messages?

10        A    That I presented, correct.

11        Q    Some of the Signal messages are direct messages

12   between just two people, correct?

13        A    Correct.

14        Q    So sometimes what you'll have is a message posted

15   to the entire group, right?

16        A    Yes.

17        Q    And then sometimes, just like Facebook and some

18   other applications, a sender can choose to do a direct

19   message to just one or a smaller number of recipients,

20   correct?

21        A    Yes.  Some are just to one.  I'm not entirely

22   certain how the -- I've never used Signal myself, so -- but

23   I know that they can, you know, kind of private message,

24   direct message, one to one.

25        Q    And in the compilation, and, quite frankly, during

1    your investigation, you didn't see any Signal direct

2    messages with Mr. Hackett?

3        A    That is correct, although we were unable to

4    retrieve a lot of messages.

5        Q    From all of the Signal messages that you reviewed,

6    from all of the phones that you reviewed, you didn't see any

7    direct messages between Mr. Hackett and others?

8        A    I did not, no.

9             Actually, I did see one between him and Mr. Rhodes

10    but that was it, that I can recall right now.

11        Q    What was the time period of that?

12        A    It would have been sometime between November and

13    January.

14        Q    Okay.

15             Let me ask you how many different phones did you

16    get extractions of Signal messages from?

17        A    Maybe seven to ten.

18        Q    Okay.

19        A    I would think.

20             I'm sorry, I don't have the exact number.

21             But I know it was a number -- a number of phones

22    throughout the course of the investigation.

23        Q    Different phones from different people, correct?

24        A    Correct, yes.

25        Q    If we can pull up, this is N9514, the specific

```
 1   message is 1.S.656.9566.

 2           All right.  Agent, you recognize that message?

 3      A    I do.

 4      Q    That message was sent on -- or it -- this exhibit

 5   reflects that the message was sent on December 22nd, 2020 at

 6   8:05 p.m., correct?

 7      A    Yes.

 8      Q    From OK Gator 1, who we know to be Kelly Meggs,

 9   correct?

10      A    Yes.

11      Q    That there is -- what Mr. Meggs sent was a link to

12   a video, right?

13      A    Yes.

14      Q    And that's the video that we watched a portion of

15   yesterday, correct?

16      A    Yes.

17      Q    It was the video of the former President speaking

18   about a COVID relief package, correct?

19      A    Correct.

20      Q    And I think you indicated and acknowledged on

21   direct examination that although we didn't see the whole

22   video, it was mostly about the complaints about the COVID

23   relief package, correct?

24      A    Yes, and where the money -- whatever call is that

25   it was about where the money was going from that bill.
```

2134

1      Q    And the video ended with Trump saying that he was

2  going to demand more relief for the people, right?

3      A    That's what he said, yes.

4      Q    So that's this video that Mr. Meggs posts on

5  December 22nd, correct?

6      A    Correct.

7      Q    All right.  If we can advance to the next slide,

8  please.

9           Now, for the record, this is 1.S.656.9569.

10          This is a message sent on November 22nd, 2020, at

11 8:19 p.m. by GenX, who we know to be Graydon Young, correct?

12     A    Correct.

13     Q    Now, this message follows the last message where

14 they were posting -- where Mr. Meggs posted the video of

15 Trump, correct?

16     A    Can we go back to the previous one quickly?

17 Sorry.

18     Q    Sure.  Yes.

19     A    There would be a couple of messages in between.

20     Q    So there were a handful of messages.  One was from

21 Redpillpatriot, correct?

22     A    That sounds probably right, yes.

23     Q    But you would agree with me that the messages that

24 are in between Mr. Meggs' post and the next message on your

25 slide from Graydon Young seem to be referring to this video,

1    correct?

2        A    Yes.

3        Q    In fact, there's a remark, "That's my President,"

4    right?

5        A    Correct.

6        Q    Then if we could advance to the next slide,

7    there's this post from Graydon Young, correct?

8        A    Correct.

9        Q    Advance to the next slide.

10            And this is a -- this message is in direct

11    sequence, correct?

12        A    Yes.  Based on the number on the bottom, I can

13    tell that.

14        Q    Faith, who is Mr. Hackett, right?

15        A    Correct.

16        Q    Posted on December 22nd, 2020, at 8:20 p.m.

17            The message that responded to Graydon Young's

18    message that preceded it, correct?

19        A    Correct.

20        Q    And, again, in the context, they're talking about

21    Trump and specifically about that video that Meggs

22    posted, right?

23        A    Yes.

24        Q    If we can advance to the next slide, now we see

25    that we have jumped to, at the bottom 1, 1.S.656.9619,

1    correct?

2         A    Yes.

3         Q    Now, this message does not directly follow the

4    message that Mr. Hackett sent previously, correct?

5         A    No.  There are a number of messages in between.

6         Q    Would you agree with me that there are actually 48

7    messages in between the two?

8         A    Yes.  That's -- yes, based on the number at the

9    bottom.

10         Q    And this message from Mr. Meggs that was sent on

11    12/23/2020 at 8:40 a.m. is the following day, correct?

12         A    Correct.

13         Q    Now, let's look at the message.  Let's look at

14    what Mr. Meggs said here.

15              He says, "We need to surround the Capitol."

16              Correct?

17         A    Yes.

18         Q    He doesn't say, "We need to be in the Capitol."

19              Right?

20         A    Correct.

21         Q    Doesn't say, "We need to overtake the Capitol."

22              Correct?

23         A    Correct.

24         Q    Doesn't say anything about disrupting Congress in

25    this message, correct?

1    A    Well, I think "scare the hell out of them" could

2  suggest that.

3    Q    Okay.  That's how you read it.

4    A    Yes.

5    Q    That's how you read it.  Okay.  Fair enough.

6         If we could move to -- we can take that down -- to

7  the messages.  This is, again, in 9514, 2000.T.420.7.

8         If we can't pull those up, I'll just -- those are

9  messages, Agent, between Mr. Meggs and someone named

10 Jeremy Liggett.

11         Do you recall those?

12    A    I recall those.

13    Q    You recall those messages?

14    A    I do, yes.

15    Q    Specifically, the date of those messages from the

16 early parts of that exhibit are on December 22nd of 2020,

17 right?

18    A    I think so, because we had two batches.  So if

19 it's the earlier one, I think it is around December 22nd.

20    Q    Earlier ones, yes.

21         So the earlier messages are just direct messages

22 between Mr. Meggs and Mr. Liggett, right?

23    A    Correct.

24    Q    Are you aware that Mr. Hackett did not have a

25 Facebook account?

1     A    I do know that we did not.  We were not able to

2  obtain any social media accounts for Mr. Hackett.

3     Q    So I'm going to ask you a series of questions

4  about other individuals in relation to Mr. Hackett.

5  All right?

6     A    Sure.

7     Q    During the course of your investigation, you did

8  not see any evidence of direct communication between

9  Mr. Hackett and Enrique Tarrio, correct?

10     A    Correct.

11     Q    No evidence of direct communication between

12  Mr. Hackett and Ed Vallejo?

13     A    I would like to say we were not able to get

14  anything after -- off Mr. Hackett's phone.  So we don't know

15  what we don't know.

16     Q    All right.  So let's -- all right.  We can talk

17  about that.  I understand you've got an agenda here, and

18  you've said it twice now.  So let's go ahead and address it.

19          You got Mr. Hackett's phone in May of 2021, right?

20     A    That sounds right, yes.

21     Q    And by May of 2021, there were no Signal messages

22  on Mr. Hackett's phone, correct?

23     A    Correct.

24     Q    Okay.

25          So now set that aside --

1    A    Yes.

2    Q    -- the fact that by May of 2021, there were no

3  Signal messages on Mr. Hackett's phone.

4        Setting that aside, you got a lot of Signal

5  messages from a lot of other people, correct?

6    A    We did, yes.

7    Q    When you got a lot of other Signal messages from a

8  lot of other people, you saw that there were messages from

9  Mr. Hackett, correct?

10    A    Yes, that he had used Signal at the time.

11    Q    He had used Signal, and he had posted messages.

12  We saw examples of some of them, correct?

13    A    Correct.

14    Q    So you did have evidence of some messages that

15  Mr. Hackett sent on Signal, right?

16    A    Correct.

17    Q    Now, your investigation revealed that when you

18  reviewed those, there were no missing messages from

19  Mr. Hackett, correct?

20    A    I don't know that.

21    Q    Well, let me put it another way.  I'll ask the

22  question a different way.

23        When you did see examples of, in reviewing Signal

24  messages, where some users had individually deleted

25  messages, correct?

1    A    I believe so, yes.

2    Q    That wasn't the case with Mr. Hackett, correct?

3    A    I don't know that.

4    Q    Okay.  Fair enough.  We will ask that of a

5    different witness, Agent.

6          Now, if we could come back to all of the other

7    messages you reviewed --

8    A    All right.

9    Q    -- all right?

10          So setting aside Mr. Hackett's phone that you got

11    in May of 2021 --

12    A    Yes.

13    Q    -- you reviewed hundreds of thousands of Signal

14    messages, correct?

15    A    Yes.

16    Q    Some of which were messages from Mr. Hackett,

17    right?

18    A    Correct.

19    Q    All right.  Now, of the hundreds of thousands of

20    messages that you reviewed from Signal, you have no direct

21    evidence of direct communication -- you have no evidence of

22    direct communication between Mr. Hackett and Ed Vallejo?

23    A    Signal was not on Mr. Vallejo's phone either.

24    Q    Is that a "yes," Agent?

25    A    We were not able to obtain any evidence

1    either way.

2         Q    You saw no messages with direct communication

3    between Mr. Hackett and Mr. Vallejo?

4         A    That is correct; I saw no messages.

5         Q    You saw no messages of direct communication or

6    contact between Mr. Hackett and Roberto Minuta?

7         A    That's correct, yes.

8         Q    You saw no evidence of direct messages between

9    Mr. Hackett and Jeremy Liggett?

10        A    That is correct, yes.

11        Q    You saw no evidence of direct communication or

12   messages between Joseph Hackett and Thomas Caldwell?

13        A    Also correct, yes.

14        Q    No messages, no evidence of messages or direct

15   communication between Mr. Hackett and Paul Stamey?

16        A    Direct communications, correct.

17        Q    Right.  Right.

18             Same question as to Mr. Hackett and Adrian Grimes,

19   no evidence, right?

20        A    Correct.

21        Q    Mr. Hackett and Todd Kandaris?

22        A    Correct.

23        Q    No evidence of direct communications, correct?

24        A    Correct.

25        Q    Mr. Hackett and Don Siekerman, no evidence of

```
 1   direct communications?
 2        A    I believe so.  I believe that's correct.
 3        Q    All right.
 4             No evidence of direct communications between
 5   Mr. Hackett and Mark Grods?
 6        A    Correct.
 7        Q    No evidence of direct communications between
 8   Mr. Hackett and someone who was named in someone's phone as
 9   Tree Shawn Pugh?
10        A    Correct.
11        Q    No evidence of direct communications between
12   Mr. Hackett and Lisa whose last name none of us can
13   pronounce, Brodeur?
14        A    That's correct.
15        Q    And no communications of direct communications
16   between Mr. Hackett and Dr. Frank?
17        A    Also correct.
18        Q    All right.
19             I'm going to direct your attention now to -- and
20   we don't have to pull this up.  This is 9514.3.  That's the
21   video compilation that Mr. Meggs made, the Dropbox video.
22        A    Yes.  Got it.
23        Q    Do you recall that?
24        A    Yes.
25        Q    As far as you know and what your investigation
```

1    revealed, it was Mr. Meggs who created that compilation

2    video, right?

3        A    Yeah.  He's the one that posted it.

4        Q    And you have nothing to suggest that it was

5    somebody else who created the compilation, correct?

6        A    Correct.

7        Q    As far as you know, it was Mr. Meggs who selected

8    the bad rock music, as Mr. Weinberg characterized it?

9        A    That is a safe assumption, I think, yes.

10       Q    And it was Mr. Meggs who posted the video?

11       A    Correct.

12       Q    It was Mr. Meggs who posted that video to the

13   "D.C. Op Jan. 6" Signal chat group, correct?

14       A    Correct.

15       Q    Mr. Hackett is not in that group, correct?

16       A    He is not.

17       Q    All right.  Lastly, I've got some questions for

18   you, Agent, about Exhibit 1501.2.  That was the compilation

19   video of sorts.

20            You recall that?

21       A    Can you give me a --

22       Q    Yeah.  We'll just -- if we can just pull it up --

23       A    I'm sorry.

24       Q    Sure, absolutely.  I understand.

25       A    Oh, yes.  Yes.

1    Q    So this is the video that tracks the travel of

2    various people across, one, two, three, four days, right?

3    A    Yes.

4    Q    Okay.  So I've just got some questions about this.

5    If we need to play it, let me know.

6    A    Certainly.

7    Q    But you recall it now?

8    A    I do, yes.

9    Q    So your investigation revealed that people

10   traveled from a variety of locations around the country to

11   D.C. or the D.C. surrounding area, right?

12   A    Correct.

13   Q    And we saw -- I'm going to focus mostly on the

14   Florida folks.

15   A    Certainly.

16   Q    We saw that people in Florida got together in some

17   different combinations and some people drove, right?

18   A    Yes.

19   Q    Some people, like Mr. Isaacs, got from Florida to

20   D.C. all on his own, right?

21   A    Yes, with his aunt.

22   Q    With his aunt?

23   A    Yes.

24   Q    We saw that Graydon Young flew from Florida to

25   North Carolina where he met up with his sister,

```
1    Laura Steele, correct?

2         A    Correct.

3         Q    And then Mr. Young and Ms. Steele, they drove

4    together to the D.C. area --

5         A    That's my understanding.

6         Q    -- right?

7              And then we saw various people from different

8    parts of the country got to D.C. through a variety of travel

9    methods, right?

10        A    Correct.  I think there was only two flights, so

11   it was mostly driving.

12        Q    Okay.

13             Now, once to the D.C. and surrounding area, you

14   saw that people stayed in different hotels, right?

15        A    That's correct, yes.

16        Q    Some people stayed at the Homewood Suites in D.C.,

17   right?

18        A    Yes.

19        Q    Some stayed at the Hilton Garden Inn in D.C.?

20        A    Yes.

21        Q    Some stayed at the Holiday Inn in D.C.?

22        A    I think that's accurate, yes.

23        Q    Some stayed at the Holiday Inn Express just across

24   the border in Springfield, Virginia, correct?

25        A    Correct.
```

1    Q    Some people stayed at a Hilton Garden Inn that was

2  in Tysons Corner, Vienna, Virginia, right?

3    A    Correct.

4    Q    Yet others stayed at the Mayflower Hotel in D.C.?

5    A    That's right, yes.

6    Q    And then there were some that stayed at the

7  Comfort Inn in Ballston, Virginia?

8    A    Correct.

9    Q    Thank you.

10         If I can have just one moment.

11         MS. HALIM:  That's all I have for you, Agent.

12  Thank you so much.

13         THE WITNESS:  Thank you.

14         THE COURT:  Thank you, Ms. Halim.

15         All right.  Who's next?

16                    CROSS-EXAMINATION

17  BY MR. SHIPLEY:

18    Q    Good afternoon, Agent Hilgeman.  My name is

19  Bill Shipley.  I represent Roberto Minuta.

20    A    Good morning, sir.

21    Q    I want to ask you a few questions about

22  Ricky Jackson.

23    A    Sure.

24    Q    You traced him from Georgia to Washington, D.C.,

25  correct?

1    A    Yes.

2    Q    And your ID'd him in the big blow-up exhibit as

3    part of the southeast, Line 2?

4    A    Yes.

5    Q    Okay.

6         What records did you use to trace his movement?

7    A    Those were primarily text messages and Signal

8    messages that he traded with both Brian Ulrich and

9    Josh James.

10   Q    And those messages within them had location

11   information?

12   A    So he said he was going to -- yes, I mean, he

13   implied that he was starting from his home and that he and

14   Mr. Ulrich were moving --

15   Q    Okay.  You said "implied" but you were talking

16   about his home?

17   A    Yeah, so he's -- he said -- the messages showed

18   that he and Mr. Ulrich were going to meet in advance of

19   meeting Josh James and Mr. Grods.

20   Q    So because he and Mr. Ulrich were from Georgia,

21   they arranged a location in Georgia, and then from there,

22   they arranged to meet up with Mr. Grods and Mr. Josh James?

23   A    Yes, at a park just north of Atlanta, I believe.

24   Q    Okay.

25        And so -- so the data that you provided for the

1    creation of that exhibit is simply, "I'm starting at home,

2    I'm going to another town, I'm stopping there, I'm meeting

3    somebody, and then I'm going to another town"?

4        A    Yes.

5             I mean, we knew the towns but, yes, that was

6    basically -- for Mr. Jackson, that's what we had.

7        Q    Once they arrived in Washington, D.C., where did

8    he stay?

9        A    Mr. Jackson stayed at the Mayflower, I believe.

10       Q    And what data did you use to establish that?

11       A    So there were hotel records and I think messages

12   from Mr. James.

13       Q    And did you find the hotel reservation?

14       A    Yes.

15       Q    Did Mr. Jackson make the reservation?

16       A    I don't believe he did.  I actually think

17   Mr. Minuta made the reservation there.

18       Q    And your testimony only took everybody up through

19   the night of the 5th, right?

20       A    Correct.

21       Q    You did not go on through the 6th?

22       A    Correct.

23       Q    Now, you know that Mr. Jackson has an FBI case

24   file, right?

25       A    Yes.

1    Q    And with every investigation of an individual has
2    a unique identifier, correct?
3    A    Can you be more spec -- the case file number, you
4    mean?
5    Q    Correct.
6    A    Yes, correct.
7    Q    The case file number.
8    A    Correct.
9    Q    Right.
10        And you have access to all of those?
11   A    Yes.
12   Q    For all of these defendants in this case and all
13   the subjects at least of the QRF that you looked at?
14   A    I have access, yes.
15   Q    Okay.  And within that case file serialized
16   documents starting with 1, correct?
17   A    Yes.
18   Q    And every investigative activity done by an agent
19   is recorded in that case file?
20   A    Of evidentiary value, yes.
21   Q    Right.
22        Well, even sometimes if something does not produce
23   an evidentiary value, there's a note that something was done
24   but no evidence was found?
25   A    Right.  Sometimes -- I just didn't want to say

1    everything an agent ever does is maybe not documented in

2    there.

3        Q    And so had you wanted to learn everything about

4    every defendant that you've testified about, you could have

5    reviewed every case file?

6        A    Yes.

7        Q    Okay.  Did you do that?

8        A    I have reviewed the case files of everyone who we

9    have open cases on, yes.

10       Q    From start to finish, you've read every serialized

11   document?

12       A    No, probably not.

13       Q    Now, you were assigned to this investigation on

14   March 1st, 2021?

15       A    Yes.

16       Q    And have you served as case agent on any of these

17   investigations?

18       A    One.

19       Q    Which one was that?

20            MR. MANZO:  Objection, Your Honor.  Can we get on

21   the phone?

22            THE COURT:  Sure.

23            (Bench conference)

24            THE COURT:  I think the question is, is this

25   public knowledge of who the subject is of the investigation?

1          MR. MANZO:  Yes.  And --

2          MR. SHIPLEY:  I'll narrow it down to just this

3    case.

4          THE COURT:  I'm sorry?

5          MR. SHIPLEY:  I'll narrow it down to just this

6    case of people she's talked about.

7          MR. MANZO:  Well, can we narrow it down just to

8    these four defendants?

9          MR. SHIPLEY:  Well, there's many other people

10   she's talked about.  Oh, this -- she's the case agent, wrote

11   the EC, gathered and is responsible for the case file and

12   that I think is relevant.

13         MR. MANZO:  There are many uncharged defendants in

14   this case.

15         MR. SHIPLEY:  We'll limit it to the people she's

16   talked about.

17         MR. MANZO:  Can --

18         THE COURT:  Hang on.

19         When you say the "case agent," I'm not sure what

20   you mean by that.

21         MR. SHIPLEY:  Case agent writes the opening EC, is

22   responsible for the file until it's transferred.

23         THE COURT:  Okay.

24         So she has indicated that she is the person that

25   opened the file and -- as to one person?

```
 1            MR. SHIPLEY:  Correct.
 2            THE COURT:  And do we know who that person is?
 3            MR. MANZO:  I do not off the top of my head.
 4    It may be Mr. Vallejo or it may be somebody else who is not
 5    relevant to her testimony here today.
 6            MR. SHIPLEY:  We're about to take a break.  Maybe
 7    we can get that information at the break, and then I'll stay
 8    away from it if necessary.
 9            THE COURT:  Let's do that.  I think that's a good
10    idea.  All right.
11            (Open court)
12            THE COURT:  Ladies and gentlemen, we're going to
13    take our morning break now.  It's a little bit before 11:00.
14    We will resume at 11:15.  See you all shortly.  Thank you
15    very much.
16            COURTROOM DEPUTY:  All rise.
17            (Jury exited the courtroom.)
18            THE COURT:  All right.  Have a seat, everyone.
19            MS. HALIM:  Your Honor, may Mr. Hackett be
20    excused?
21            THE COURT:  He may.
22            MS. HALIM:  I'll waive his appearance if we need
23    to.
24            THE COURT:  How do you all propose we elicit this
25    information without putting it on the public record?
```

1          MR. MANZO:  Can I speak briefly with the agent and

2   then report back?

3          THE COURT:  Is there any objection?

4          MR. SHIPLEY:  No.

5          And if it's somebody that I shouldn't know about,

6   he can just tell me that.  But if it's somebody relevant,

7   then we'll have to talk about it.

8          THE COURT:  Okay.  So other than having a

9   conversation about one question from Mr. Manzo, I'll ask you

10  not to discuss your testimony during the break.  Thank you.

11         THE WITNESS:  Thank you.

12         THE COURT:  All right.  See you all shortly.

13         COURTROOM DEPUTY:  All rise.  The Court stands in

14  recess.

15         (Recess from 10:59 a.m. to 11:16 a.m.)

16         COURTROOM DEPUTY:  All rise.

17         THE COURT:  Are we all taken care of on this

18  issue?

19         MR. MANZO:  I've spoken with Mr. Shipley and I

20  believe he's agreed to move to a different area.

21         THE COURT:  Okay.  Great.

22         Agent Hilgeman, come on up, and let's bring our

23  jurors in.

24         COURTROOM DEPUTY:  Jury panel.

25         (Jury entered the courtroom.)

1          THE COURT:  Okay.  Thanks, everyone.  Please be

2    seated, everyone.

3          Mr. Shipley.

4    BY MR. SHIPLEY:

5      Q    Agent, I believe my last question was that you

6    were assigned 3/1/21; and then after that, you took on a

7    variety of tasks in connection with the

8    investigation, right?

9      A    Yes.

10     Q    And a big one was this analysis of this, the

11   various data that you've talked about that allowed you to

12   document movement of various individuals at various points

13   in time.

14     A    That was part of the evidence-gathering

15   process, yes.

16     Q    Okay.  And then after you've gathered that

17   evidence and you've kind of sorted through and synthesized

18   it, it went into creating the animated exhibit that we've

19   watched?

20     A    Yeah, some of it did, uh-huh.

21          MR. SHIPLEY:  Why don't we go to the 15.102,

22   please.  That's that animated exhibit.

23          Can we jump forward just to January 5th.

24          (Graphic played)

25          MR. SHIPLEY:  I'm not sure how to get you to

1    Line 2, but can we just move forward to where Line 2 is.

2            Okay.

3    BY MR. SHIPLEY:

4        Q    And these are four of the individuals you've

5    testified to, right, the two from Georgia and the two

6    from Alabama?

7        A    Correct.

8        Q    And let's go forward a little bit.

9            (Graphic played)

10   BY MR. SHIPLEY:

11       Q    Okay.  Let's stop right there.

12           So Mr. Minuta pops up there, sort of last one to

13   be identified by the animation on January 5th, right?

14       A    Yes.  I think Mr. Walden was after him, but, yes.

15       Q    Correct.

16           And that's the remaining little purple dot without

17   a name on it?

18       A    Correct.

19       Q    As to Mr. Minuta, what data did you use to put him

20   in that location?

21       A    He had credit card transactions in Irving, Texas,

22   on the 5th.  And I also saw text messages that said he had

23   moved to the Dallas area on December 28th, 2020, I believe.

24       Q    Okay.

25           Where in the Dallas area did he move to?

1    A    I'm not sure.

2    Q    You have no other data that you could acquire that

3  showed his location?

4    A    I'm sure -- we also had cell site data.

5    Q    Okay.

6         Well, I'm not disputing that he was in Texas.

7    A    Yeah.

8    Q    I'm just trying to figure out exactly the

9  information that you used to put him there.

10   A    Yeah.  So I reviewed the cell site data that was

11  provided back to me in a useable form from our expert.  I

12  reviewed license plate records.  I reviewed text messages.

13  I reviewed credit card records.  I think those are probably

14  the four main sources.

15   Q    Satisfied yourself, so to speak, that you were

16  right?

17   A    Excuse me?

18   Q    You satisfied yourself that you were right?

19   A    Yes.

20        I mean, some of this is just based on the evidence

21  we had available and knowing where the individuals lived,

22  sort of common-sense conclusions.

23   Q    Absolutely.

24        Where in Texas was he?

25   A    The credit card transactions put him in Irving,

1   Texas.

2       Q    So that's sort of suburban Dallas?

3       A    I think so, yes.

4       Q    And from those credit card records, you also

5   testified to some ammunition purchases, right?

6       A    Yes.

7       Q    And those are Government's Exhibits 9515.1 through

8   point -- actually, I think it's .2 through .7.

9            Can we pull that up real quick.

10      A    I just want to say, I think that the

11  Irving, Texas, transactions on the 5th may have been bank

12  statements, not credit cards.  I know it was some sort of

13  financial statement.

14           They're not -- I don't know that he used the

15  credit card that he purchased this ammunition with to do the

16  transactions in Irving, Texas.

17      Q    No, no.  I understand.  I'm moving to a

18  different subject.

19      A    Sorry.  I just want to make sure.

20      Q    Well, the animation showed an airplane.  So you

21  have a transaction record or a transportation record of

22  some form that showed he flew from Dallas to Newark,

23  New Jersey, right?

24      A    So that is based on what we were told, but that

25  was a logical conclusion that I reached with the other

```
1    underlying data, yes.

2         Q    You know that driving from Dallas to Newark in one

3    day is probably not quite possible, right?

4         A    I would hope not.  Yeah.

5         Q    So 9515.2 is a receipt for a purchase from

6    Target Sports USA, a gun and ammunition supply, right?

7         A    Correct.

8         Q    And you gathered a few of these.  There are four

9    of them marked as exhibits, correct?

10        A    Correct.

11        Q    Did you gather others?

12        A    I was not asked to summarize any others.  No.

13        Q    That's not my question.

14             My question is:  In gathering data, did you have

15   other ammunition purchase receipts?

16        A    I assume so, yes.

17        Q    Okay.  So as you here, you don't know whether you

18   did or you didn't?

19        A    So a forensic accountant did the majority of that

20   work, and I reviewed what I was asked to review for purposes

21   of our summary exhibit.

22        Q    Okay.  So my questions today about any other

23   purchases you can't answer because you don't know?

24        A    Correct.

25        Q    Okay.
```

```
 1              THE COURT:  Mr. Shipley --
 2   BY MR. SHIPLEY:
 3       Q    And you reviewed credit card statements --
 4              THE COURT:  Mr. Shipley, you'll have to forgive.
 5   I'm not sure who you're referring to.  Are you referring to
 6   Mr. Minuta or anyone in general?  I wasn't clear, and I
 7   don't know if the jury was clear.
 8   BY MR. SHIPLEY:
 9       Q    But did you review any credit card transactions
10   other than for the month of December 2020?
11       A    I personally did not, no.
12       Q    So if he purchased ammunition on other dates
13   with his credit card, you have no information to confirm or
14   deny that?
15       A    Correct.  But I wouldn't be surprised.
16              MR. SHIPLEY:  Can we for the witness pull up only
17   Exhibit RM0001.
18              Can we blow that up, a little bit, the top half.
19   BY MR. SHIPLEY:
20       Q    Now, this is a receipt, right?
21       A    Yes.
22       Q    And it's identical in format to the receipts you
23   reviewed and identified earlier, correct?
24       A    Correct.
25       Q    And it's from what company?
```

```
 1        A    If you could scroll up.  But I believe it's still
 2   the Target Sports USA.  I think I saw it on the zoom-out.
 3             Okay.  Thank you.  Yes.
 4             MR. SHIPLEY:  I move to admit RM0001.
 5             MR. MANZO:  No objection.
 6             THE COURT:  Okay.  RM0001 is admitted.
 7                            (Defendant Exhibit RM0001
                                received into evidence.)
 8
 9             MR. SHIPLEY:  So can we publish that, please.
10             And let's blow up the first half again, a little
11   bit bigger so it's easier to see.
12   BY MR. SHIPLEY:
13        Q    So this is, then, another purchase of ammunition,
14   this time October 4th, 2020, right?
15        A    Correct.
16        Q    Can we scroll down a little bit.
17             And it's Wolf Performance 7.62x39mm ammo, a
18   thousand rounds?
19        A    Correct.  I think it's 2,000 rounds, actually.
20   It's two of those.
21        Q    Oh, correct.  Quantity, two at 321 each, for a
22   total of 643.
23        A    Correct.
24        Q    Now, that's roughly similar to the four invoices
25   you looked at, right?
```

```
1        A    Yes.

2        Q    And now October 4th is before the election, right?

3        A    Yes.

4        Q    October 4th is before any protests or Oath Keeper

5   activity that you've investigated, right?

6        A    Related to the charges here, yes.

7        Q    And you testified just a minute ago that you would

8   not be surprised --

9        A    Yeah.

10       Q    -- if there was a purchase?

11       A    Sorry.

12            Yes.

13       Q    Easy to do, isn't it?

14            Speak over each other, I'm talking about.

15       A    I'm sorry about that.

16       Q    So would it be fair to say that, based upon your

17   review of various documents involving Roberto Minuta, that

18   he is a somewhat prolific purchaser of ammunition?

19       A    Yes.

20       Q    And isn't it also fair to say that he's a somewhat

21   prolific seller of ammunition?

22       A    That I don't know.

23       Q    Are you familiar with exchanges by which firearm

24   ammunition are bought and sold as any other commodity like

25   gold and silver?
```

1    A    I am not.

2    Q    You've never seen that as CPA?

3    A    No.

4    Q    Would it surprise you if there were commodity

5    brokers that traded in ammunition the same way other brokers

6    deal in gold and silver?

7    A    It would not, no.

8    Q    Now, sort of as an aside, you mentioned earlier

9    that you only go through about 100 rounds in your own

10   sessions, right?

11   A    Yes.

12   Q    Okay.

13        And FBI agents have to qualify quarterly, right?

14   A    Yes.

15   Q    That means going to the range with the weapons

16   instructor, correct?

17   A    Correct.

18   Q    And you have to shoot to a certain proficiency

19   established by the bureau?

20   A    Yes.

21   Q    And you're not just standing 12 yards from a

22   target?

23   A    Correct.

24   Q    And shoot in a variety of manner?

25   A    There's a course.  Yes.

1       Q     Yeah.  So variety of disciplines, right?

2       A     A variety of distances, I would say.

3       Q     Well, and also standing up, laying down?

4       A     There's no more laying down in the

5   qualification course.

6       Q     Okay.

7             Well, that's a change.

8       A     There's kneeling, though.  So if that's what you

9   mean, then, yes.

10      Q     And but you could get through a qualifying session

11  with just 100 rounds?

12      A     50, actually.

13      Q     You went through a variety of transactional data

14  with regard to Stewart Rhodes making purchases along the way

15  between where he was in Texas, which was different than

16  where Roberto Minuta was, right?

17      A     Correct.

18      Q     Now, Tyler, Texas, is not Dallas, Texas?

19      A     Correct.  I believe he started in Granbury, which

20  might even be farther west.

21      Q     And none of the data you reviewed have them

22  crossing paths, right?

23      A     Correct.

24      Q     Okay.

25            Is it fair to say that none of those purchases

 1  made by Stewart Rhodes at any point along the way violated
 2  any laws, did they?
 3          MR. MANZO:  Objection, Your Honor.  Calls for a
 4  legal conclusion.
 5          MR. SHIPLEY:  She's an FBI agent who investigates
 6  federal crimes.
 7          THE COURT:  Well, she's not in the position to
 8  make legal conclusions about -- I mean, if you want to
 9  rephrase the question, I'll consider it.  That question is
10  improper.  I'll sustain the objection.
11  BY MR. SHIPLEY:
12      Q    In looking at those transactions, did you write up
13  any reports suggesting that there may be violations of law?
14      A    I did not write up any reports, no.
15      Q    Did you refer him for prosecution to any
16  Prosecutor's Office, Federal Prosecutor's Office in Texas or
17  Alabama or --
18      A    So those purchases evidence his intent in this
19  case.
20      Q    Well, that's a different question, though, right?
21  That's evidence as opposed to crimes?
22      A    Well, I think depending on the use, what you
23  intend to use those things for makes it legal or illegal to
24  purchase them.
25      Q    Well, did you refer him for prosecution based upon

```
1    any particular transaction?
2         A    It is part of this case.
3         Q    Okay.
4              Was he charged with any particular firearms
5    crimes?
6         A    Not individual firearms crimes, no.
7         Q    Okay.  Now, Ms. Halim asked you a series of
8    questions about whether you had evidence of any relationship
9    between her client and Mr. Hackett in a whole host of
10   individuals that you've testified about in one way or
11   another, right?
12        A    Yes.
13        Q    I'm not going to do that.
14             But I am going to ask you, setting aside for a
15   moment Josh James.
16        A    Sure.
17        Q    Okay.
18             Did you develop or have you seen any evidence that
19   connects Roberto Minuta to Robert Ulrich prior to
20   January 6th?
21        A    I don't believe so, no.
22        Q    Same question with regard to Mark Grods prior to
23   January 6th?
24        A    Not that I'm aware of.
25        Q    Same question for Ricky Jackson prior to
```

```
 1   January 6th?
 2        A    I would say January 5th for all three of these
 3   but, yes, not prior to January 5th, 6th time frame.
 4        Q    And Jonathan Walden, same answer?
 5        A    Correct.
 6        Q    So, in fact, there's no evidence that links him to
 7   any of those four individuals until the morning of
 8   January 6th, right?
 9        A    Well, Joshua James links them.  That's evidence.
10        Q    He had met Josh James in the past, right?
11        A    Yes.
12        Q    Okay.  Now, he had -- there's no evidence that he
13   ever met any of the other four, right?
14        A    That Mr. Minuta did?
15        Q    Correct.
16        A    Correct.
17        Q    Is there any evidence that he knew who any of the
18   other four were prior to the morning of January 6th?
19        A    I do believe that Mr. James told Mr. Minuta about
20   the other four -- that he had four other people coming with
21   him.
22        Q    Four other people?
23        A    Yes.
24        Q    When did he tell him that?
25        A    I saw it in the text messages from Josh James.  It
```

1    may have been -- I think it's either January 4th -- it might

2    have been January 4th, January 5th time frame.

3            Q    Okay.

4                 Did he name those individuals?

5            A    I don't recall that there were names in there, no.

6            Q    Now, Roberto Minuta stayed in Vienna, Virginia on

7    the night of the 5th, right?

8            A    I'm not sure he actually stayed.  He arrived --

9    I saw a text message to Josh James that said, "I'm an hour

10   out," at maybe like 10:00 p.m. on the 5th.  So I'm not

11   actually sure if he stayed or just met them there.

12           Q    Well --

13           A    I'm not sure he actually spent the night at the

14   hotel.  I don't really know.  I don't know that.  I saw him

15   on CCTV footage at the hotel and I saw the messages.

16   Whether or not he slept there, I don't know.

17           Q    Okay.

18                And that's the Hilton Garden Inn in Vienna?

19           A    Correct.

20           Q    And that's where Stewart Rhodes and Kellye SoRelle

21   were, right?

22           A    Yes.

23           Q    And Michael Greene showed up there?

24           A    Yes.

25           Q    And Josh James, right?

1    A    Correct.

2    Q    So Josh James came with four other individuals?

3    A    Three others.

4    Q    And Walden followed them up?

5    A    Correct.

6    Q    So that group, four of them end up at the

7    Mayflower Hotel, correct?

8    A    Yes.

9    Q    In three different rooms, right?

10    A    I can't remember if it was two or three but it was

11    possible there was three rooms.

12    Q    The big board places Roberto Minuta in Group 2,

13    the southeast group, because that's who he was with, right?

14    A    Yes.

15    Q    But he wasn't with them until the morning of

16    January 6th?

17    A    Sure, yeah.

18    Q    Can we pull up 1525, please.

19          These for the GoToMeetings summaries you prepared?

20    A    Yes.

21    Q    Roberto Minuta is not in any of those, right?

22    A    I did not see him in those, no.

23    Q    Can we go to the -- I had it written down -- 9514,

24    the 182 slides slide deck.

25          How about start with Slide No. 11.

1              And this is from Kelly Meggs to Jeremy Liggett,

2    and this is, as you identified earlier, one of those direct

3    messages; in other words, not everybody can see it, right?

4         A    Yeah.  And it's Facebook, too, not Signal, so it's

5    very much a private message.

6         Q    Is "T" the reference to "T," is that Facebook?

7         A    So it refers to thread, I think the "2000" refers

8    to Facebook, the number -- I think I have most of the

9    numbers down but I do know that -- because I reviewed this

10   in the actual Facebook production.  But "T" refers to thread

11   in the "2000" series, and I think "C" is when they're

12   responding to a comment.

13        Q    Right.  And Meggs writes, "Plus we have made

14   contact with PB," which you testified was Proud Boys, "and

15   they always have a big group," right?

16        A    Yes, that's what he said.

17        Q    Now, there's no plan reflected here of some

18   further future planning operation with the Proud Boys,

19   right?

20        A    In these messages?

21        Q    No, I'm just talking this one.

22             This doesn't reflect the --

23        A    Just what it says here, yeah.

24        Q    It just says they met him?

25        A    Made contact with, yes.

1      Q     And there had been an event in Washington, D.C. on

2   the 12th of December?

3      A     That's right.

4      Q     And this is ten days later?

5      A     Mr. Meggs was not at that event.

6      Q     But other people in the Florida group were at that

7   event, right?

8      A     Actually I don't think so.

9      Q     Oh, all right.

10          But what he is suggesting about the Proud Boys,

11   they always appear -- they always have a big group, that's

12   sort of an assumption of something that might happen in the

13   future, but it's nothing more than an assumption, right?

14     A     Well, he says, "They always have a big group," so

15   that's in the past, that's past tense, yeah.

16     Q     It's projecting that in the future the same should

17   be true?

18     A     Sure, yes.

19     Q     Let's go to 13, please.

20          Again, another message just between Meggs and

21   Liggett, right?

22     A     Correct.

23     Q     And he says, "I figure we could splinter off the

24   main group of Proud Boys and come up behind them.  F'ing

25   crush them for good."

1          "Them" is Antifa or counterprotesters, right?

2     A    I don't know what he's referring to.

3     Q    He's not referring to the police, is he?

4     A    He could be.

5     Q    You think --

6     A    I don't know.  I don't know.  I don't know what

7  Mr. Meggs is referring to here.

8     Q    But you won't rule out the police?

9     A    No.

10    Q    Based on all the messages -- what message have you

11  seen that suggests an association would be the Proud Boys

12  and the Oath Keepers to attack the police?

13    A    Well, I've seen messages in the "D.C. Op" chat

14  talking about D.C. police not being their friends.

15    Q    "D.C. Op" chat started 12/30 -- December 30th,

16  2020?

17    A    Well, I'm not sure that the sentiment -- the

18  timing of the sentiment means anything.

19    Q    So "them" you're not going to sit here and say

20  those are counterprotesters even though --

21    A    It can be counterprotesters.  It could be police.

22  It could -- I don't know who he's talking about.

23    Q    Well, you know there's hundreds of messages

24  talking about counterprotesters and Antifa, right?

25    A    Yes, they're not talking about them here, though.

2172

1     Q    And the Proud Boys were well-known for engaging in

2   violence with counterprotesters around the country, right?

3     A    They are certainly well-known for engaging in

4   violence, yes.

5     Q    Violent clashes with Antifa in Portland and

6   Seattle all through the summer of 2020?

7     A    Sure.

8     Q    And an Antifa member shot and killed a Proud Boy

9   in Portland, right?

10     A    I don't know about that.

11     Q    In July of 2020, you don't remember an Antifa

12   member walking up behind the Proud Boy and shooting him in

13   the head?

14     A    I don't remember that specifically, no.

15     Q    And then just a week later, United States Marshals

16   shot and killed that Proud Boy just across the border in

17   Washington?

18     A    Shot the same Proud Boy?

19     Q    Trying to arrest him, right.

20     A    So, I'm sorry, who shot who?

21     Q    Oh, no.  Shot and killed the Antifa member, tried

22   to arrest him.

23          MR. MANZO:  Asked and answered.  The witness has

24   no knowledge.

25          THE COURT:  Go ahead.  She can answer if she

1  knows.

2      A    I have a vague recollection of reading about that

3  at the time.  I don't have any specific recollection.

4  BY MR. SHIPLEY:

5      Q    Okay.

6          Well, do you have any evidence to suggest that

7  this message is about attacking Congress, sneaking up behind

8  Congress?

9      A    I can't -- no.  I mean, I can't remember where in

10  the sequence at the moment where he talks -- where he talks

11  about -- tells Jeremy Liggett about, "It's going to be wild,

12  he wants us there."  But this is -- I can't tell you what is

13  in Kelly Meggs' head.  I can just tell you what he wrote

14  here.

15     Q    Let's go to 14, please.

16          And Jeremy Liggett responds, "Good plan"?

17     A    Yes.

18     Q    Okay.

19          And the plan here is about sneaking up -- breaking

20  off from the Proud Boys group and sneaking up behind whoever

21  they are going to be targeting?

22     A    I don't know if it's sneaking up or catching them

23  in between.  I don't know if that's the description of what

24  they're talking about.

25     Q    Let's go back to 15 -- or go forward to 15.

1            Then Meggs here says to Liggett, "We can hang for
2    a while," we'll see one group -- "they'll see one group and
3    then we all fall to the back of the pack and peal off.  We
4    catch them in the middle.  Game over."
5        A    That's what he says, yes.
6        Q    That's about counterprotesters or Antifa, isn't
7    it?
8        A    I don't know for sure.
9        Q    Is there anything about that message that suggests
10    it's Congress that they're going after?
11        A    I mean, there's nothing about this message that
12    suggests who they're after.
13        Q    Other than the context of the exchange between
14    Mr. Liggett and Mr. Meggs, right?
15        A    Well, the context is around the time of talking
16    about going to D.C.
17        Q    And the history of the Proud Boys, that would be
18    context, right?
19        A    Sure.
20        Q    Go to 20, please.
21            And OK Gator 1, this is Meggs again now, right?
22        A    Yes.
23        Q    Something of a moniker.
24            This is to his group, the "OK FL" hangout.
25            "These will be flying January 6th in front of the

2175

```
1    Capitol," and a picture of an Oath Keeper flag.
2         A    Yes.
3         Q    "In front of" is not inside, right?
4         A    Correct.
5         Q    And "in front of" is not over the top like the
6    building's been conquered?
7         A    Correct.
8         Q    Let's go to 25, please.
9              This is GenX.  Remind me who that is.
10        A    Graydon Young.
11        Q    Graydon Young.  Okay.
12             And Graydon Young writes to the group, "OK FL"
13   hangout, "Patrick Byrne says that Mark Meadows and his lead
14   attorney are blocking Flynn and Powell."
15             Mark Meadows, I think you testified, was
16   President Trump's Chief of Staff?
17        A    Correct.
18        Q    That's not a member of Congress?
19        A    Correct.
20        Q    "The theory is they've been promised big money if
21   he" -- presumably former President Trump -- "concedes.  Who
22   knows the veracity of that?"
23             Okay.
24             27, please.
25             And this is someone named Pete in Florida, also in
```

2176

1    the -- access to the "OK FL" hangout.

2       A    Correct.

3       Q    "Mark Meadows and his lead attorney.  We can box

4    them and get their names out so they can be pressured.  They

5    need the same treatment."

6            Not pressuring Congress, right?

7       A    Not Congress, but Mark Meadows was part of the

8    government.

9       Q    Mark Meadows was part of Congress.

10      A    Mark Meadows was a part of Congress.  Correct.

11      Q    Formerly a part of Congress.

12           Mark Meadows was part of the Executive Branch as

13   former President Trump's Chief of Staff.

14      A    Correct.

15      Q    Next one.  28, please.

16           "Personally, I think they need the same treatment

17   that is prescribed for traitors."

18           Now, this is in sequence with the previous two

19   messages, right?

20      A    Yes.

21      Q    And so the "they" is a reference to Mark Meadows

22   and his attorney, not Congress?

23      A    Correct.

24      Q    Go to 30, please.

25           This is from Kelly Meggs to, again, the "OK FL"

2177

```
 1   hangout.
 2              "We have 10 to 12 staying there.  So it's going to
 3   be a wild time in D.C.  We gotta get a crowd going during
 4   the day."
 5              Is this the one you were referring to when you
 6   mentioned the wild time?
 7        A    The one I was talking about was where he said,
 8   "It's going to be wild.  It's going to be wild."
 9              It's one that he shared with, I think, this chat
10   and then also with Jeremy Liggett separately.
11        Q    But his next sentence says, "I think we need to
12   get everyone up good and close to the Capitol Building so
13   they can 'here' -- spelled incorrectly -- "is inside."
14              Presumably meant "hear us inside," right?
15        A    Yes, I would think, yes.
16        Q    It happens all the time.
17              So up close is not inside the Capitol Building, is
18   it?
19        A    Well, I don't think you need to be inside to
20   disrupt what's going on inside.
21        Q    Congress can't go forward if the building is
22   secure and nobody is inside?
23        A    Well, he doesn't say nobody is inside, but --
24        Q    Well, he says the Oath Keepers are going "to get
25   everyone up good and close to the Capitol Building so they
```

1  can "hear us" inside."

2      A    And, again, I do not think that you need to be

3  inside to disrupt what was going on.

4      Q    You think standing outside the Capitol screaming

5  loud enough that they can hear you inside is not protected

6  by the First Amendment?

7      A    I think it depends.

8          MR. SHIPLEY:  31, please.

9          I have a different 31.  Looking for one from

10 Kenneth Bittner, or Gator.

11         That's it.

12 BY MR. SHIPLEY:

13     Q    Gator is Mr. Bittner, right?

14     A    Correct.

15     Q    And I think you said earlier he's the quite

16 elderly gentleman from Florida, maybe even his 70s?

17     A    I think he's around 70, yes.  Young enough to

18 drive all day.

19     Q    And it says, "I'm trying schedule work, et cetera.

20 So Tue the 5th is travel day.  Wed the 6th -- or 6 is

21 'action day.'  And Thur 7 back to Florida?"

22     A    Yes.

23     Q    So Mr. Bittner at least, he was planning on

24 leaving and going back to Florida, not necessarily taking

25 over Congress, right?

1    A    He was asking if "Thur the 7th, back to Florida."

2    Q    36, please.

3         Stewart Rhodes, sort of continuing with his

4    stream.  "OK FL" hangout once again.  This time it's on

5    Christmas Day, 6:53 p.m.

6         "I think Congress will screw him over."

7         Presumably a reference to former President Trump.

8         "The only chance we/he has is if we scare the shit

9    out of them and convince them it will be torches and

10   pitchforks time if they don't do the right thing."

11        Scare them, right?

12   A    Right.

13   Q    Okay.

14        41, please.

15        Same string of messages, this time Kelly Meggs

16   again on 12/25.  In the first sentence, he talks about

17   making the senators uncomfortable being a few hundred

18   feet away?

19   A    Yes.

20   Q    You can take that down.

21        I think 9514 shows that as a compilation of

22   182 slides, right?

23   A    I think that's right, yes.

24   Q    But some of those in there are one message broken

25   into more than one slide because it couldn't fit, right?

```
 1        A    Correct.

 2        Q    Fair to say probably 170 separate messages or

 3   thereabouts?

 4        A    Yes, that sounds accurate.

 5        Q    You testified in response to Ms. Halim's questions

 6   that you did not assemble these slides?

 7        A    I did not.

 8        Q    Did you have input on which slides were picked?

 9        A    We had a discussion, yes, but I did not have any

10   say.

11        Q    Before or after the slides were assembled?

12        A    After.

13        Q    Now, there are Signal chats and, at least as to

14   Mr. Rhodes' phone, multiple different Signal chats, many

15   with their own titles, right?

16        A    Yeah.  I think there may have been three, three

17   from his phone.

18        Q    Well, three that are included in --

19        A    Oh, I'm sorry.

20        Q    -- correct?

21        A    Yes.

22        Q    1100 on his phone?

23        A    I think it was like 800-and-some.

24        Q    And so -- you've got the right idea.

25             In this -- among the 182 slides, there are
```

1    multiple Signal chats, not just from Mr. Rhodes, but from

2    other phones, right?

3         A     Correct.

4         Q     Is there Facebook account messages?

5         A     Yes.

6         Q     There are direct text messages?

7         A     Yes, like the normal SMS messages, yes.

8         Q     There are Parler communications?

9         A     Correct.

10        Q     Which is like Twitter.  You can just make a --

11   create a message to the public at large --

12        A     You could, yes.

13        Q     -- or you can add specific people and then they

14   get the message particularly?

15        A     Right.

16              And you also can, I believe, if it's similar to

17   Twitter, make your account private or public as to who can

18   see it.

19        Q     And there's one Rocket.Chat message?

20        A     Yes.

21        Q     Of those 170-or-so messages, individual, unique

22   messages from those various sources, counting the different

23   chats separately, how many sources were pulled from?

24        A     Do you mean the original source like the phone or

25   the -- which --

1    Q    No.  I mean where each chat is counted as a

2  different source --

3    A    A different source.  Got it.  Okay.

4    Q    -- because it's a different string of

5  communications.

6    A    Maybe somewhere between seven and ten.

7    Q    I counted 20.

8    A    Okay.  Sorry.

9    Q    Fair enough?  You think that's within the realm of

10  possibility?

11    A    Yes, it's certainly possible, yes.

12    Q    Okay.

13        I want to talk about just a couple of them.  Can

14  we go to slide 4, please, from "OK FL" hangout.

15        And sort of the legend, for lack of a better

16  description, of where the chat came from and where it falls

17  sequentially is in that bottom left-hand corner, right?

18    A    Correct.

19    Q    And 656 is identified as "OK FL" hangout off of

20  Stewart Rhodes' phone?

21    A    Correct.

22    Q    This is message 8,746 since that chat started.

23    A    Since Mr. Rhodes was added to the chat, I

24  believe, yes.

25    Q    Fair enough, because you don't get new messages --

```
1    or you don't get the old messages when you're added to a

2    chat, right?

3         A    Correct.  They are not on the device.

4         Q    And, presumably, he didn't start the "OK FL"

5    hangout.

6         A    I do not believe so.

7         Q    Okay.

8              But -- so we're at 8,746.

9              Let's go to slide 16, please.

10             Now, this was two days later, from the 20th to

11   the 22nd.

12        A    Yes.

13        Q    Same chat --

14        A    Yes.

15        Q    -- correct?

16             Now we're at message 9,566.

17        A    Yep.

18        Q    So in two days, there have been 820 messages in

19   that chat between those two.

20        A    Yes, there was.

21        Q    And none of those 820 messages are included in

22   this deck, are they?

23        A    Not in the deck, no.

24        Q    Let's go to slide 56.

25             This is "D.C. Op Jan. 6, '21."  And you know that
```

1    because it shows 159 on the bottom is the chat identifier,

2    right?

3         A    Correct.

4         Q    And this is message 25?

5         A    Correct.

6         Q    So presumably this is a relatively new chat or

7    it's one that Mr. Rhodes was just added to?

8         A    Correct.

9         Q    Okay.

10             But you know from other messages that Mr. Rhodes

11   created this chat?

12        A    Actually I don't -- I don't know that that's the

13   case.

14        Q    Okay.

15             Let's go to 177.

16             Slide 177, we're now January 5th.  So we're six

17   days after it was created?

18        A    Six days after that previous message.

19        Q    Six days after the previous message?

20        A    Yes.

21        Q    All right.

22             Now we're at chat -- now we're at message 818?

23        A    Yes.

24        Q    So in six days, there were over 800 messages added

25   to this?

1    A    Correct.

2    Q    Now, there are other messages in this chat that

3 are in this deck.  Let's look real quickly at 109.

4        Okay.  This is on 12/31, which was one day after

5 56, which was the first one we looked at?

6    A    Yes.

7    Q    It's already -- in just one day after, it's

8 already up to 212, from 25 to 212?

9    A    Yes, they were very active.

10    Q    190 messages in one day?

11    A    Yes.

12    Q    None of those 190 are in this deck?

13    A    Not this deck, no.

14    Q    Let's go to 139.

15        Still in 159, chat 159.  "D.C. Op January 6th."

16 We're now on January 2nd, so we're two more days since the

17 one we just looked at?

18    A    Yes.

19    Q    We're now at Message 526?

20    A    Yes.

21    Q    314 more messages?

22    A    Yes.

23    Q    None of those 314 are in this deck?

24    A    If this is the next -- yes, I believe so.

25    Q    Okay.

1          A    I know that we picked a selection of messages from

2    that chat.

3          Q    Fair enough.  There are -- there's an average --

4    if you go 170 messages and 20 sources, there's average of

5    just less than 9 but more -- some have more, some have less?

6          A    Yes.  Yeah, I think the majority of these are

7    likely from this chat and the "OK FL Hangout" chat.

8          Q    Let's go to the "Old Leadership" chat, start with

9    Slide 1.

10              And this is chat 696 off of Stewart Rhodes' phone?

11         A    Yes.

12         Q    And this is Message 16,531?

13         A    Yes.  Many of these groups have been in existence

14    since early 2020, prior --

15         Q    Well, let's go to Slide 78.

16              So from December 20th to December 31st, we're now

17    at Message 17,678, which, by my math, says 1167 messages in

18    this chat in 11 days, right?

19         A    Yes.

20         Q    Okay.  And these time frames are all running

21    together, everything is between the 22nd of December and the

22    5th of January, right?

23         A    Correct.  And there are many participants in these

24    chats.

25         Q    Thousands and thousands and thousands of messages?

1    A    Yes.

2    Q    And we got 172?

3    A    Those are the ones that I read, yes.

4    Q    Almost done.

5         Look at 179.

6         85S, whose phone is that?

7    A    I believe that is -- it's either William Isaacs'

8    or Aaron Stone.

9    Q    And this message is 194,617?

10    A    No, actually, so I do think that this is -- if it

11    is from William Isaacs' phone, it's based on an image

12    number.  His phone was screenshotted.

13    Q    Okay.  Fair enough, because this is --

14    A    So there were definitely not that many messages in

15    that chat, I do know that.

16    Q    This is not "OK FL D.C. Op Jan 6th"?

17    A    It is, but the naming convention is different

18    because of the format we got it in.

19    Q    But there were on all the phones and Facebook

20    hundreds of thousands of messages?

21    A    Not on every phone, no.

22    Q    No, no, no, collectively?

23    A    Oh, yes.  I'm sorry.  Yes.

24    Q    170 different messages, three name Roberto Minuta,

25    right?

2188

1    A    I think four of my slides had him in there, yeah.

2    Q    Well, maybe you can tell me what I'm missing.

3        Let's look at 53.

4    A    It's when James added him to the "D.C. Op" chat.

5    Q    This is from Roberto Minuta on the "OK

6   Rocket.Chat" form?

7    A    Yes.

8    Q    We don't really know who the recipients are,

9   right?

10   A    Right.  I know it was password protected, and you

11  needed a user name and password to access it.  That's all.

12   Q    But at least as to the 170 messages that were

13  selected, it's not very heavily trafficked because there

14  were no other messages from the Rocket.Chat forum?

15   A    Not from my particular area of testimony, correct.

16   Q    And so Roberto Minuta says, "Brothers," and don't

17  know who he's referring to, "I have been in attendance for

18  all D.C. events thus far.  January 6th, we must be present.

19  Not for our President, but for our liberty.  Please get

20  there."

21        Right?

22   A    Yes, that's what it says.

23   Q    And for whatever reason, this was pulled out of

24  the tens of thousands or hundreds of thousands of messages

25  stuck in the middle of this slide deck?

1        A    Well, I think it shows his awareness of

2   January 6th.

3        Q    But he's not connected to Florida, right?  He's

4   not connected to the QRF, right?

5        A    Can you be more specific?

6        Q    Well, he's not in Group 1?

7        A    Oh, I'm sorry, yes, he is not in Line 1 or the

8   QRF.

9        Q    He's not in any of their chats that are throughout

10  the slide deck?

11       A    Correct.

12       Q    He's not in -- there's no references to him with

13  regard to Ed Vallejo and the QRF?

14       A    Correct.

15       Q    But this individual slide, for whatever reason,

16  was pulled out of the hundreds of thousands and stuck in

17  this slide deck?

18       A    It was put in the slide deck because it's

19  relevant.

20       Q    Let's go to 54.

21            This is actually -- 54 and 55 are one message,

22  right?

23       A    Yes, I believe it's a screenshot.

24       Q    And it was split it in half so -- all right?

25       A    Correct.

1        Q    So one message was pulled out of Parler, only one,

2   correct?

3        A    Yes.

4        Q    There's only one Parler message in this slide

5   deck?

6        A    Correct.

7        Q    And that one message has to do with

8   Roberto Minuta?

9        A    Correct.

10       Q    Now, this is Enrique Tarrio, who you identified as

11   President of the Proud Boys?

12       A    Yes.

13       Q    This is his message to the public regarding the

14   content, his message doesn't mention Roberto Minuta at all,

15   does?

16       A    It does not.

17            I'm not sure what his account settings were, if

18   this is to the public or to his followers or whatever but,

19   yes.

20       Q    Well, he could have @Roberto Minuta?

21       A    He could have, yes.

22       Q    And he didn't?

23       A    That does not show here, that's correct.

24       Q    There's nothing about this that suggests that this

25   was targeted by Enrique Tarrio to Roberto Minuta?

1      A    Well, he's in the photo.

2      Q    He's in the background of the photo.  Somebody --

3   this is obviously a photo from somewhere that somebody has

4   played with, with some kind of computer program to enhance

5   it, right?

6      A    I would assume so, yes.

7           He's in the image, I apologize.  He's in the

8   image.

9      Q    And the person in the foreground, that is somebody

10  who is quite close to Enrique Tarrio?

11     A    I would think so, yes.

12     Q    And unless you're going to crop everybody else

13  out, whoever is in the background is in the background?

14     A    Sure.

15     Q    All right.

16          Let's go to the second page.

17          Now, this is Roberto Minuta's response to that,

18  right?

19     A    Yes.

20     Q    And it's a week after Enrique Tarrio's original

21  message?

22     A    No, I think that was when we captured it.  I think

23  it had been posted a week prior to when we captured it.

24     Q    Well, Roberto Minuta has his user name?

25     A    Yes.

1    Q    And he includes directly a response to Enrique

2  Tarrio?

3    A    Yes.

4    Q    But Enrique Tarrio didn't do that in sending the

5  original message?

6    A    Correct.

7    Q    So fair to say there is nothing about this message

8  that suggests this is a communication by Enrique Tarrio to

9  Roberto Minuta?

10   A    He is not -- it's not addressed to him directly,

11 no.

12   Q    And this one message split into two slides is only

13 the second reference to Roberto Minuta out of 182 slides,

14 170 messages?

15   A    No, there was a reference on 12/30/2020.

16   Q    That comes later?

17   A    This is 12/31, so...

18   Q    12/30.

19        So I said this is the second one?

20   A    Yes.

21   Q    12/31 is the initial -- is just above it, 53?

22   A    Yes.

23        No, but I think we missed the other reference to

24 Roberto Minuta, is what I was saying.

25   Q    Let's go to 53.

1            That's 53?

2    A     Uh-huh.

3    Q     Next one down, that's 54?

4    A     Okay.

5    Q     Next one down, that's 55?

6    A     Okay, I'm sorry, consecutively in the deck,

7  correct.

8    Q     But there's another one that you're aware of which

9  is Josh James adding Roberto Minuta to the "D.C. Jan. 6

10 Op" chat?

11   A     Correct.

12   Q     We'll add that one in.  Those four slides are the

13 only slides out of 182 to be stuck in this slide deck?

14   A     In the slide deck, yes.

15   Q     They have nothing to do with any of the other

16 people?

17   A     Well, he's added to the "D.C. Op Jan. 6" chat.

18   Q     Let's go just briefly --

19   A     And the Rocket.Chat forum was Oath Keepers.

20   Q     Let's go to -- last question.

21         9515.8.

22         The summary, 9515, might be .9, I thought it was

23 .8.

24         THE COURT:  Are you looking for the summary?

25         MR. SHIPLEY:  Yes, this one.  9515.  Okay.

1    BY MR. SHIPLEY:

2        Q    What evidence is there that Roberto Minuta ever

3    met Robert Moerschel [sic]?

4        A    David Moerschel?

5        Q    David Moerschel.

6        A    I've not seen any.

7        Q    Yet you prepared this summary and stuck the two of

8    them together?

9        A    Because they're both defendants in this case.

10        Q    You associate -- even though they have no

11    association with each other, no evidence they've ever met,

12    you decided to combine them both in this summary about

13    ammunition?

14        A    They're co-conspirators.

15            MR. SHIPLEY:  Thank you, Your Honor.  Nothing

16    further.

17            THE COURT:  Thank you, Mr. Shipley.

18            Mr. Peed.

19                        CROSS-EXAMINATION

20    BY MR. PEED:

21        Q    Good morning/afternoon.

22        A    Hi.

23        Q    You were just asked about this main slide deck

24    that you went through, and you said you had a role in

25    preparing that slide deck, right?

1      A    I reviewed it, yes.

2      Q    Did you make any choices about what went into it?

3      A    No.

4      Q    You have reviewed the "D.C. Op Jan. 5/6" chat --

5   "Jan. 6, 21" chat, correct?

6      A    Yes.

7      Q    Would you say that the slides that you reviewed

8   yesterday capture fairly the topics that were being

9   discussed in that chat?

10     A    Yes.

11     Q    Do you think it's a fair sample?

12          MR. MANZO:   Objection.   Calls for an opinion.

13          THE COURT:   I'm not sure that's the objection, but

14  I'm not sure what you mean by "a fair sample."

15  BY MR. PEED:

16     Q    Is it a representative sample of the topics that

17  were being discussed in that chat?

18     A    I think that were relevant to what my testimony is

19  about, yes.

20     Q    I don't see much discussion of logistics in that

21  slide deck.   Let's bring up EV13.

22          Now, every time the Oath Keepers have an

23  operation, they typically make a Signal chat to discuss

24  logistics for the operation, correct?

25     A    I have seen that, yes.

```
1          Q    All right.

2               And "D.C. Jan. 6 21 op" was the one for the

3     operation of January 6th, correct?

4          A    Correct.

5          Q    I'd like to go through some of the slides that

6     were not in the slide deck that you were shown yesterday.

7          A    Sure.

8          Q    All right.

9               Could you identify -- well, before we publish

10    this, do you recognize this text as from the

11    "Jan. 6, 21 D.C. Op" chat?

12              MR. MANZO:  Objection, Your Honor.

13              THE COURT:  Basis?

14              MR. MANZO:  If we could see the exhibit.  We've

15    never seen the exhibit.

16              THE COURT:  Oh.

17              Well, I mean, you've got them in front of you.

18    Is there an objection based on what you're seeing?

19              MR. MANZO:  If it's -- yes.

20              THE COURT:  Basis?

21              MR. MANZO:  Relevance.

22              THE COURT:  That's overruled.

23              Go ahead.

24    BY MR. PEED:

25         Q    All right.  You do a lot of reading as we go
```

1    through this, but you're used to that, right?

2        A    Yes.

3             And I'll get a little break, I think.

4        Q    Lunch is coming.

5        A    Yeah.

6        Q    Can you read the sender and the message and the

7    date, please.

8        A    Sure.

9             And -- I'm sorry.  I believe this is from

10   Hydro AL, who I know to be Joshua James.

11       Q    Thank you.

12       A    Joshua James to the "D.C. Op Jan. 6" chat,

13   12/29/2020, 1:24 a.m.

14            "Anyone that doesn't have a Taser for personal

15   defense, order one now."

16       Q    All right.  Can we go to the next slide.

17       A    From Stewart Rhodes shortly thereafter:  "Found

18   this posted last night in another group."

19       Q    Let's go to the next slide.

20            JUROR:  Are we supposed to be seeing these?

21            MR. PEED:  I'm sorry.

22            Your Honor, I would move to admit and publish to

23   the jury EV13.

24            MR. MANZO:  Can we see the slides?

25            THE COURT:  How many slides are in here?  I wasn't

1   sure whether it was one slide or we now seem to have

2   a number.

3           MR. PEED:  Can we get on the phone?  That might

4   make the objection easier.

5           (Bench conference)

6           MR. PEED:  Your Honor, these are the same slides

7   that were used by Mr. Meggs' counsel in the prior trial for

8   the exact same purpose, of showing the logistics.  So the

9   government has seen it, albeit in the context of Mr. Meggs

10  in the last trial.

11          MR. MANZO:  This is a new trial, though.  We're

12  presenting a new case.  We don't know if this is rule of

13  completeness or what the basis would be to admit these now.

14          Agent Hilgeman's testimony was about a very

15  specific set of slides.  I don't know if these complete

16  anything or what the basis for their admission would be.

17          THE COURT:  I guess the questions is:  How many

18  slides are there?

19          MR. PEED:  There's 73 slides.

20          THE COURT:  You're going to represent her with

21  73 slides?

22          MR. PEED:  I think I have to, given the 189 that

23  the government went through.

24          MR. MANZO:  We also don't know where these slides

25  are from in relation to the slides that Agent Hilgeman

1    testified about.

2              THE COURT:  Well, you do know where they are.

3    I mean, they're dated and timed, and all the identifying

4    material is on there.  So, I mean, you could identify where

5    this is and the chronology and a particular chat.

6              MR. MANZO:  Yes, but we don't know what number

7    they are compared to slides that Agent Hilgeman testified

8    about.  So if this is to complete something in Agent

9    Hilgeman's testimony, then --

10             THE COURT:  I don't know that this is just plain

11   completeness.  I think the question is -- it may be broader

12   than that, Mr. Peed; is that right?

13             MR. PEED:  That's right.  It's broader for two

14   purposes.  One, to show the types of communications that

15   were on this chat and that it was not focused on a war, that

16   it was focused on logistics for operations.  And then also

17   to show the fact that the agent just said it was -- what the

18   jury did see was representative, and I don't believe that to

19   be the case.

20             MR. MANZO:  Well, two things.  One, she said it

21   was --

22             THE COURT:  I know what she said.  It was

23   representative of what her testimony was.  I understand.

24             MR. MANZO:  And then the second thing is, are

25   these consecutive slides?  Are they random slides?

```
1    What are --
2                MR. PEED:  They're all consecutive, Your Honor.
3                They're not every message, but they're all
4    consecutive.
5                MR. MANZO:  How could they not be every message if
6    they're not consecutive?
7                MR. PEED:  They're chronological.  That's what I
8    meant to say.
9                (Open court)
10               THE COURT:  Let's break for lunch.
11               Ladies and gentlemen, it's almost 12:15.  We will
12   resume at 1:15.  Look forward to seeing you after you've had
13   lunch.
14               Thank you, everyone.
15               (Jury exited the courtroom.)
16               THE COURT:  Thank you, Agent Hilgeman.  We'll see
17   you shortly after lunch.
18               Have a seat, everyone.
19               All right.  So the first question is, has the
20   government seen this exhibit in the context of this trial?
21               MR. MANZO:  No.
22               THE COURT:  Okay.
23               And this came from the slide deck that was used by
24   Kelly Meggs' counsel in the first trial?
25               MR. PEED:  Yes, Your Honor.
```

1          THE COURT:  Have there been any additions made

2    to it?

3          MR. PEED:  No, Judge.

4          THE COURT:  Okay.

5          MR. MANZO:  I guess our point is, our trial has

6    changed.  And so those were to complete, and Your Honor --

7          THE COURT:  So hang on.  I haven't made any

8    admissibility rulings yet.

9          You can take a look at it over the lunch break.

10   If you think there are particular slides that are either

11   irrelevant to this particular group of defendants, you'll

12   let me know that.  And if there are slides that are

13   otherwise objectionable, you'll let me know that.  And if

14   there are slides that presumably you may bring in either

15   through rule of completeness or redirect, you'll let me know

16   that, too, all right?

17         MR. MANZO:  Thank you, Your Honor.

18         THE COURT:  So why don't we come back -- why don't

19   we just plan to come back a little bit -- I'd say 1:05 or so

20   so we can put this to bed.

21         MR. MANZO:  Your Honor -- and, again, just to

22   raise the issue from yesterday, Agent Banks does have a

23   flight tomorrow morning.  We'd be asking to put her on at

24   3:00 if we're not done by then.

25         THE COURT:  Well --

2202

1          MR. PEED:  I'm okay splitting it myself.  I don't

2    know, now that they've gone, if there's any

3    other objections.

4          THE COURT:  All right.  We'll see where we are,

5    but okay.

6          COURTROOM DEPUTY:  All rise.

7          This Court stands in recess.

8          (Recess from 12:15 p.m. to 1:05 p.m.)

C E R T I F I C A T E

       I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__December 20, 2022____  _____

                  William P. Zaremba, RMR, CRR

2204

**BY MR. MANZO: [17]**
2074/14 2075/12
2075/22 2077/12
2083/2 2084/15
2084/25 2085/14
2085/25 2086/7 2087/1
2087/20 2088/5
2088/15 2089/15
2090/9 2091/3
**BY MR. PEED: [3]**
2194/20 2195/15
2196/24
**BY MR. SHIPLEY: [3]**
2146/17 2154/4 2155/3
2155/10 2159/2 2159/8
2159/19 2160/12
2164/11 2173/4
2178/12 2194/1
**BY MR. WEINBERG:**
**[18]** 2092/15 2093/14
2094/20 2095/6
2096/21 2098/4 2098/8
2099/14 2105/7
2107/24 2109/10
2110/8 2112/15 2115/9
2117/10 2119/4
2120/19 2122/13
**BY MS. HALIM: [4]**
2123/14 2124/24
2125/11 2126/4
**COURTROOM
DEPUTY: [8]** 2073/3
2073/24 2075/9
2152/16 2153/13
2153/16 2153/24
2202/6
**JUROR: [1]** 2197/20
**MR. MANZO: [60]**
2073/19 2075/6
2075/11 2075/17
2078/3 2078/21 2079/6
2080/4 2080/10
2084/20 2085/9
2085/12 2086/21
2086/24 2087/17
2088/2 2088/8 2088/13
2089/10 2089/13
2090/4 2090/7 2090/23
2091/1 2091/20
2097/17 2097/19
2107/21 2112/10
2115/5 2124/19 2125/7
2126/1 2150/20 2151/1
2151/7 2151/13
2151/17 2152/3 2153/1
2153/19 2160/5 2164/3
2172/23 2195/12
2196/12 2196/14
2196/19 2196/21
2197/24 2198/11
2198/24 2199/6
2199/20 2199/24
2200/5 2200/21 2201/5
2201/17 2201/24
**MR. PEED: [27]**
2077/7 2078/5 2078/7
2078/14 2079/2

2080/2 2080/7 2080/25
2081/5 2081/18 2082/2
2082/5 2082/14
2082/24 2197/21
2198/3 2198/6 2198/19
2198/22 2199/13
2200/2 2200/7 2200/25
2201/3 2202/1
**MR. SHIPLEY: [17]**
2151/2 2151/5 2151/9
2151/15 2151/21
2152/1 2152/6 2153/4
2154/21 2154/25
2159/16 2160/4 2160/9
2164/5 2178/8 2193/25
2194/15
**MR. WEINBERG: [18]**
2094/18 2095/4
2096/18 2097/15
2098/7 2099/13 2109/2
2109/5 2110/4 2110/7
2115/3 2117/5 2119/2
2120/6 2120/14
2120/17 2122/9 2123/4
**MS. HALIM: [8]**
2123/12 2124/17
2124/21 2125/5
2125/24 2146/11
2152/19 2152/22
**THE COURT: [87]**
2073/2 2073/17
2073/22 2074/1 2077/8
2078/6 2078/11
2078/25 2079/8
2079/18 2079/24
2080/11 2081/2
2081/10 2081/20
2082/4 2082/6 2082/18
2083/1 2084/12
2084/22 2091/21
2091/24 2092/12
2097/24 2098/1 2105/2
2107/22 2109/4 2109/6
2110/3 2110/5 2112/12
2115/6 2118/24 2119/3
2120/12 2120/15
2123/9 2124/20 2125/8
2126/2 2146/14
2150/22 2150/24
2151/4 2151/18
2151/23 2152/2 2152/9
2152/12 2152/18
2152/21 2152/24
2153/3 2153/8 2153/12
2153/17 2153/21
2154/1 2159/1 2159/4
2160/6 2164/7 2172/25
2193/24 2194/17
2195/13 2196/13
2196/16 2196/20
2196/22 2197/25
2198/17 2198/20
2199/2 2199/10
2199/22 2200/10
2200/16 2200/22
2201/1 2201/4 2201/7
2201/18 2201/25

**THE WITNESS: [5]**
2077/10 2105/6 2123/8
2146/13 2153/11
**,**
**'21 [1]** 2183/25
**'action [2]** 2113/18
2178/21
**'here' [1]** 2177/13
**'Mark [2]** 2111/22
**'round [1]** 2087/23
**.**
**.2 [1]** 2157/8
**.45 [2]** 2115/14 2116/1
**.7 [1]** 2157/8
**.8 [1]** 2193/23
**.9 [1]** 2193/22
**0**
**0004 [1]** 2108/13
**003 [1]** 2096/19
**1**
**1 minute [1]** 2076/2
**1.S.656.9566 [1]**
2133/1
**1.S.656.9569 [1]**
2134/9
**1.S.656.9619 [1]**
2135/25
**10 [2]** 2070/7 2177/2
**100 [4]** 2107/9 2122/21
2162/9 2163/11
**100 percent [1]**
2098/13
**103 [2]** 2117/7 2117/8
**1054.TR [9]** 2073/21
2077/19 2077/21
2078/4 2078/6 2078/8
2084/21 2084/23
2085/2
**109 [1]** 2185/3
**10:00 [1]** 2167/10
**10:59 [1]** 2153/15
**11 [3]** 2073/7 2168/25
2186/18
**1100 [1]** 2180/22
**114 [1]** 2071/16
**1150 [1]** 2071/20
**1167 [1]** 2186/17
**11:00 [1]** 2152/13
**11:15 [1]** 2152/14
**11:16 [1]** 2153/15
**12 [3]** 2108/1 2162/21
2177/2
**12/23/2020 [1]** 2136/11
**12/25 [1]** 2179/16
**12/29/2020 [1]** 2197/13
**12/30 [2]** 2171/15
2192/18
**12/30/2020 [1]** 2192/15
**12/31 [3]** 2185/4
2192/17 2192/21
**12:15 [1]** 2200/17
**12:15 p.m [1]** 2202/8
**12:30 [1]** 2076/25
**12th [1]** 2170/2

**1341 [1]** 2071/4
**139 [1]** 2185/14
**14 [1]** 2173/15
**15 [7]** 2070/4 2073/4
2081/23 2107/16
2108/1 2173/25
2173/25
**15.102 [1]** 2154/21
**1501.2 [2]** 2092/20
2143/18
**151 [1]** 2118/16
**1525 [1]** 2168/18
**1532 [1]** 2071/11
**159 [3]** 2184/1 2185/15
2185/15
**16 [1]** 2183/9
**16,531 [1]** 2186/12
**17,678 [1]** 2186/17
**170 [5]** 2180/2 2186/4
2187/24 2188/12
2192/14
**172 [1]** 2187/2
**177 [3]** 2074/23
2184/15 2184/16
**1775 [1]** 2071/20
**1776 [1]** 2131/1
**179 [1]** 2187/5
**182 [4]** 2168/24
2180/25 2192/13
2193/13
**182 slides [1]** 2179/22
**189 [1]** 2198/22
**190 [2]** 2185/10
2185/12
**19129 [1]** 2071/7
**194,617 [1]** 2187/9
**1:05 [1]** 2201/19
**1:05 p.m [1]** 2202/8
**1:15 [1]** 2200/12
**1:24 [1]** 2197/3
**1st [3]** 2124/13
2125/17 2150/14
**2**
**2 minutes [1]** 2086/3
**2,000 [1]** 2160/19
**20 [9]** 2070/5 2107/16
2108/4 2112/22 2117/5
2174/20 2182/7 2186/4
2203/7
**200 [1]** 2122/17
**2000 [2]** 2169/7
2169/11
**2000.T.420.7 [1]**
2137/7
**20006 [1]** 2071/21
**2010.2 [1]** 2124/25
**2010.2.1 [1]** 2126/6
**2010.3 [1]** 2125/12
**2010.3.1 [1]** 2126/14
**202 [2]** 2070/18
2071/21
**2020 [17]** 2119/5
2124/13 2124/13
2133/5 2134/10
2135/16 2136/11
2137/16 2155/23

**2157/10 2160/14**
2171/16 2172/6
2172/11 2186/14
2192/15 2197/13
**2021 [15]** 2075/14
2076/20 2083/14
2085/8 2119/6 2125/3
2125/3 2125/18
2125/18 2126/10
2138/19 2138/21
2139/2 2140/11
2150/14
**2022 [2]** 2070/5 2203/7
**20579 [1]** 2070/17
**20th [2]** 2183/10
2186/16
**21 [4]** 2115/14 2154/6
2195/5 2196/2
**212 [2]** 2185/8 2185/8
**215-300-3229 [1]**
2071/8
**21C [1]** 2115/18
**22-15 [1]** 2070/4
**228-1341 [1]** 2071/4
**22nd [8]** 2133/5 2134/5
2134/10 2135/16
2137/16 2137/19
2183/11 2186/21
**239 [1]** 2071/12
**25 [4]** 2175/8 2179/16
2184/4 2185/8
**252-7277 [1]** 2070/18
**2600.5 [1]** 2101/17
**265 [1]** 2071/15
**27 [1]** 2175/24
**28 [1]** 2176/15
**28th [1]** 2155/23
**2:21 [1]** 2102/13
**2nd [1]** 2185/16
**3**
**3 seconds [2]** 2075/20
2076/2
**3/1/21 [1]** 2154/6
**30 [3]** 2171/15 2176/24
2192/18
**30th [1]** 2171/15
**31 [8]** 2086/3 2125/3
2126/10 2178/8 2178/9
2185/4 2192/17
2192/21
**314 [2]** 2185/21
2185/23
**31st [3]** 2124/13
2125/18 2186/16
**32 [1]** 2113/11
**321 [1]** 2160/21
**3229 [1]** 2071/8
**337-9755 [1]** 2071/12
**33901 [1]** 2071/12
**33950 [1]** 2071/16
**35 [2]** 2101/25 2102/17
**3580 [1]** 2071/7
**36 [1]** 2179/2
**3:00 [2]** 2100/17
2201/24
**3:39 [1]** 2086/8
**3rd [1]** 2119/5

**40 [1]** 2101/13
**400 [3]** 2122/15
2122/16 2122/19
**41 [1]** 2179/14
**43 [1]** 2114/4
**48 [1]** 2136/6
**4807.3 [1]** 2122/9
**4:58 [1]** 2088/9
**4th [12]** 2094/14
2095/1 2095/7 2095/13
2095/20 2095/22
2096/8 2098/24 2161/2
2161/4 2167/1 2167/2

**5**

**5/6 [1]** 2195/4
**50 [2]** 2107/9 2163/12
**526 [1]** 2185/19
**53 [4]** 2188/3 2192/21
2192/25 2193/1
**54 [3]** 2189/20 2189/21
2193/3
**55 [2]** 2189/21 2193/5
**56 [3]** 2116/24 2183/24
2185/5
**575-8000 [1]** 2071/17
**5:14 [1]** 2088/14
**5:17 [1]** 2093/11
**5:30 [2]** 2093/12
2093/21
**5:40 [2]** 2089/14
2090/5
**5th [29]** 2075/14
2092/4 2092/10
2093/15 2093/23
2094/3 2095/16
2095/21 2096/8 2103/1
2103/2 2103/23 2104/5
2105/10 2113/17
2154/23 2155/13
2155/22 2157/11
2166/2 2166/3 2167/2
2167/7 2167/10
2178/20 2184/16
2186/22

**6**

**6.8 [2]** 2105/21
2105/23
**601 [1]** 2070/17
**643 [1]** 2160/22
**650 [1]** 2094/9
**656 [1]** 2182/19
**6901.1 [2]** 2127/18
2128/20
**696 [1]** 2186/10
**6:03 [1]** 2090/10
**6:19 [1]** 2091/4
**6:53 [1]** 2179/5
**6th [23]** 2076/20
2078/24 2083/14
2088/23 2088/25
2103/11 2111/9
2113/21 2148/21
2165/20 2165/23
2166/1 2166/3 2166/8

2174/25 2178/20
2185/15 2187/16
2188/18 2189/2 2196/3

**7**

**7.62x39mm [1]**
2160/17
**70 [1]** 2178/17
**70s [1]** 2178/16
**7277 [1]** 2070/18
**73 [1]** 2198/19
**73 slides [1]** 2198/21
**745 [1]** 2071/3
**755 [1]** 2102/21
**78 [1]** 2186/15
**7:30 [2]** 2077/6
2077/10
**7th [2]** 2113/22 2179/1

**8**

**8,746 [2]** 2182/22
2183/8
**800 [1]** 2184/24
**8000 [1]** 2071/17
**808 [1]** 2071/4
**808Shipleylaw [1]**
2071/5
**818 [1]** 2184/22
**820 [2]** 2183/18
2183/21
**8507 [1]** 2125/20
**85S [1]** 2187/6
**8:05 [1]** 2133/6
**8:19 [1]** 2134/11
**8:20 [1]** 2135/16
**8:40 [1]** 2136/11

**9**

**9,566 [1]** 2183/16
**9103 [3]** 2124/4 2125/2
2126/9
**919-9491 [1]** 2071/21
**941 [1]** 2071/17
**9491 [1]** 2071/21
**9514 [10]** 2074/23
2106/2 2109/8 2128/10
2128/12 2130/4 2131/7
2137/7 2168/23
2179/21
**9514.3 [2]** 2075/18
2142/20
**9515 [2]** 2193/22
2193/25
**9515.1 [1]** 2157/7
**9515.2 [1]** 2158/5
**9515.8 [1]** 2193/21
**9520 [1]** 2120/7
**96734 [1]** 2071/4
**9755 [1]** 2071/12
**9:19 [1]** 2075/14
**9:30 [4]** 2070/6
2076/23 2076/24
2077/11

**A**

**A. [1]** 2073/5
**a.m [9]** 2070/6 2075/14
2098/13 2098/16

2153/15 2153/15
2197/13
**Aaron [1]** 2187/8
**Aaron Stone [1]**
2187/8
**able [5]** 2077/1
2077/14 2138/1
2138/13 2140/25
**about [106]** 2076/9
2076/11 2076/14
2077/25 2078/17
2078/17 2079/19
2079/19 2081/11
2081/15 2081/24
2082/8 2082/21
2083/22 2084/2 2084/9
2088/14 2089/17
2091/2 2091/16
2100/15 2100/19
2101/10 2101/25
2104/7 2105/16
2105/21 2107/8
2107/17 2110/24
2111/14 2111/16
2113/8 2113/9 2113/20
2113/23 2116/4 2116/6
2116/11 2117/11
2118/7 2119/18 2120/9
2120/24 2127/18
2130/3 2133/18
2133/22 2133/22
2133/25 2135/20
2135/21 2136/24
2138/4 2138/17
2143/18 2144/4
2146/21 2147/16
2150/3 2150/4 2151/6
2151/10 2151/16
2152/6 2153/5 2153/7
2153/9 2154/11
2158/22 2161/14
2161/15 2162/9 2164/8
2165/8 2165/10
2166/19 2168/25
2170/10 2171/14
2171/22 2171/24
2171/25 2172/10
2173/2 2173/7 2173/11
2173/11 2173/19
2173/24 2174/6 2174/9
2174/11 2174/16
2177/7 2179/16
2182/13 2190/24
2192/7 2194/12
2194/23 2195/2
2195/19 2198/14
2199/1 2199/8
**above [2]** 2192/21
2203/4
**above-titled [1]** 2203/4
**absolutely [3]** 2109/22
2143/24 2156/23
**access [6]** 2127/4
2127/7 2149/10
2149/14 2176/1
2188/11
**accessible [2]** 2129/8

**according [4]** 2094/3
2095/23 2099/2 2100/3
**account [12]** 2124/2
2124/4 2125/2 2125/15
2125/17 2125/20
2126/8 2126/16
2137/25 2181/4
2181/17 2190/17
**accountant [1]**
2158/19
**accounts [4]** 2127/5
2127/8 2127/10 2138/2
**accurate [8]** 2080/16
2080/17 2081/6
2084/17 2093/4
2113/19 2145/22
2180/4
**accurately [1]** 2084/13
**acknowledged [1]**
2133/20
**acquire [1]** 2156/2
**across [3]** 2144/2
2145/23 2172/16
**act [3]** 2109/19
2109/21 2111/10
**action [1]** 2113/24
**active [1]** 2185/9
**activity [2]** 2149/18
2161/5
**actual [3]** 2082/21
2104/18 2169/10
**actuality [1]** 2102/17
**actually [24]** 2080/16
2081/3 2089/13
2090/11 2096/10
2097/10 2098/16
2101/19 2101/23
2122/10 2128/2 2132/9
2136/6 2148/16 2157/8
2160/19 2163/12
2167/8 2167/11
2167/13 2170/8
2184/12 2187/10
2189/21
**add [3]** 2091/24
2181/13 2193/12
**added [6]** 2182/23
2183/1 2184/7 2184/24
2188/4 2193/17
**adding [1]** 2193/9
**additions [1]** 2201/1
**address [1]** 2138/18
**addressed [1]** 2192/10
**admissibility [1]**
2201/8
**admissible [1]** 2097/21
**admission [4]** 2124/17
2125/6 2125/24
2198/16
**admit [4]** 2097/15
2160/4 2197/22
2198/13
**admitted [18]** 2072/11
2072/17 2075/7 2078/6
2084/22 2098/1 2109/7
2109/12 2115/6
2120/10 2120/13

**2126/16** 2124/20
2125/8 2126/2 2126/8
2127/19 2160/6
**Adrian [1]** 2141/18
**Adrian Grimes [1]**
2141/18
**advance [6]** 2081/23
2134/7 2135/6 2135/9
2135/24 2147/18
**after [17]** 2086/9
2138/14 2154/6
2154/16 2155/14
2174/10 2174/12
2180/11 2180/12
2184/17 2184/18
2184/19 2185/4 2185/7
2191/20 2200/12
2200/17
**afternoon [2]** 2146/18
2194/21
**again [19]** 2074/4
2084/20 2086/21
2088/14 2090/3 2090/7
2100/2 2125/12
2126/15 2135/20
2137/7 2160/10
2170/20 2174/21
2176/25 2178/2 2179/4
2179/16 2201/21
**against [1]** 2093/2
**agenda [1]** 2138/17
**agent [42]** 2074/4
2074/6 2074/15
2079/14 2080/8
2080/10 2082/15
2082/15 2087/21
2097/22 2110/19
2123/15 2123/22
2123/24 2125/1
2125/14 2127/20
2130/18 2133/2 2137/9
2140/5 2140/24
2143/18 2146/11
2146/18 2149/18
2150/1 2150/16
2151/10 2151/19
2151/21 2153/1
2153/22 2154/5 2164/5
2199/7 2199/8 2199/17
2200/16 2201/22
**Agent Banks [1]**
2201/22
**Agent Hilgeman [5]**
2074/6 2123/15
2198/25 2199/7
2200/16
**Agent Hilgeman's [2]**
2074/4 2198/14
**agents [1]** 2162/13
**ago [2]** 2091/16 2161/7
**agree [28]** 2094/14
2094/24 2095/25
2098/16 2100/9 2102/8
2103/5 2104/14
2105/23 2106/9
2106/25 2107/18
2108/17 2112/8

**A**

**agree... [14]** 2114/10
2114/19 2116/3 2116/9
2117/23 2119/8
2119/24 2119/25
2120/2 2122/4 2123/1
2128/3 2134/23 2136/6
**agreed [2]** 2080/6
2153/20
**agreeing [1]** 2080/1
**agreement [1]** 2079/9
**ahead [4]** 2077/9
2138/18 2172/25
2196/23
**ahold [1]** 2115/25
**airplane [1]** 2157/20
**AL [2]** 2070/6 2197/10
**Alabama [2]** 2155/6
2164/17
**albeit [1]** 2198/9
**Alex [1]** 2086/20
**Alex Jones' [1]**
2086/20
**Alexandra [2]** 2070/15
2073/8
**Alexandra Hughes [1]**
2073/8
**all [106]** 2073/15
2073/17 2073/23
2076/7 2079/6 2079/9
2080/23 2081/10
2081/22 2082/18
2084/22 2088/18
2092/7 2092/12
2092/18 2093/2 2094/6
2096/22 2098/1 2098/9
2100/10 2102/7
2103/22 2104/4
2104/13 2105/14
2105/16 2106/1 2106/7
2106/7 2108/3 2108/15
2109/20 2112/5 2112/7
2112/7 2113/16
2114/22 2116/25
2118/17 2120/20
2122/14 2123/9
2123/10 2123/21
2125/5 2126/17
2126/19 2127/16
2130/2 2132/5 2132/6
2133/2 2134/7 2138/5
2138/16 2138/16
2140/6 2140/8 2140/9
2140/19 2142/3
2142/18 2143/17
2144/20 2146/11
2146/15 2149/10
2149/12 2149/12
2152/10 2152/14
2152/16 2152/18
2152/24 2153/12
2153/12 2153/13
2153/16 2153/17
2166/2 2170/9 2171/10
2172/6 2174/3 2177/16
2178/18 2184/21
2186/20 2187/19
2188/11 2188/18

2191/15 2196/1 2196/8
2196/25 2197/16
2199/3 2200/2 2200/3
2200/19 2201/16
2202/4 2202/6
**all right [8]** 2104/13
2112/7 2133/2 2138/5
2140/8 2189/24
2200/19 2201/16
**allowed [1]** 2154/11
**almost [2]** 2187/4
2200/11
**along [2]** 2163/14
2164/1
**already [10]** 2075/7
2092/9 2094/25 2095/3
2109/12 2112/22
2117/5 2126/8 2185/7
2185/8
**also [23]** 2084/6
2084/7 2087/11
2095/12 2099/24
2101/12 2111/7
2114/19 2120/2
2121/14 2129/14
2141/13 2142/17
2155/22 2156/4 2157/4
2161/20 2163/3
2175/25 2177/10
2181/16 2198/24
2199/16
**although [2]** 2132/3
2133/21
**always [9]** 2080/7
2102/12 2112/3 2112/4
2117/17 2169/15
2170/11 2170/11
2170/14
**am [5]** 2081/23
2092/17 2114/7 2162/1
2165/14
**Amendment [2]**
2079/12 2178/6
**AMERICA [6]** 2070/3
2073/4 2124/1 2125/2
2125/15 2126/9
**American [1]** 2088/17
**AMIT [1]** 2070/9
**ammo [7]** 2120/10
2121/3 2121/4 2121/8
2121/19 2122/4
2160/17
**ammunition [14]**
2116/12 2120/24
2121/14 2157/5
2157/15 2158/6
2158/15 2159/12
2160/13 2161/18
2161/21 2161/24
2162/5 2194/13
**among [1]** 2180/25
**analysis [2]** 2128/7
2154/10
**Angela [2]** 2071/6
2073/11
**Angela Halim [1]**
2073/11

**angie [1]** 2123/11
**Angie Halim [1]**
2123/17
**angiehalim [1]** 2071/8
**animated [2]** 2154/18
2154/22
**animation [2]** 2155/13
2157/20
**another [15]** 2080/8
2105/3 2110/14
2118/17 2125/14
2126/15 2128/14
2139/21 2148/2 2148/3
2160/13 2165/11
2170/20 2193/8
2197/18
**answer [7]** 2112/3
2112/4 2112/20
2129/14 2158/23
2166/4 2172/25
**answered [1]** 2172/23
**Antifa [7]** 2171/1
2171/24 2172/5 2172/8
2172/11 2172/21
2174/6
**any [52]** 2097/19
2100/20 2100/23
2101/7 2102/10
2103/21 2104/11
2108/23 2109/21
2116/21 2119/8 2120/5
2121/17 2123/6 2131/3
2131/9 2132/1 2132/6
2138/2 2138/8 2140/25
2150/16 2153/3
2158/12 2158/22
2159/9 2161/4 2161/24
2164/1 2164/2 2164/13
2164/14 2164/15
2165/1 2165/4 2165/8
2165/18 2166/7
2166/13 2166/17
2166/17 2168/21
2173/3 2173/6 2180/9
2189/9 2193/15 2194/6
2195/2 2201/1 2201/7
2202/2
**anyone [1]** 2159/6
2197/14
**anything [9]** 2073/18
2081/3 2082/1 2121/15
2136/24 2138/14
2171/18 2174/9
2198/16
**apologize [1]** 2191/7
**apparently [1]** 2118/2
**appear [1]** 2170/11
**appearance [1]**
2152/22
**APPEARANCES [2]**
2070/13 2070/20
**appears [1]** 2111/3
**applications [1]**
2131/18
**approved [2]** 2098/13
2098/21
**approximate [1]**
2076/22

**approximately [1]**
2077/5
**are [94]** 2073/15
2074/4 2075/16 2076/4
2078/1 2078/18
2078/18 2082/8
2084/16 2084/17
2088/17 2088/22
2092/16 2094/4 2095/8
2096/13 2098/10
2098/11 2104/17
2104/18 2104/20
2106/19 2107/4
2109/11 2111/22
2116/6 2121/7 2121/25
2124/12 2124/20
2125/8 2127/22
2131/11 2131/21
2134/24 2136/5 2136/6
2137/8 2137/16
2137/21 2137/24
2151/13 2153/17
2155/4 2156/13 2157/7
2158/8 2159/5 2161/23
2161/24 2171/20
2172/3 2173/21
2175/14 2177/24
2179/24 2180/19
2180/18 2180/25
2181/6 2181/8 2183/3
2183/21 2183/22
2185/2 2185/3 2185/12
2185/23 2186/3 2186/6
2186/20 2186/23
2187/3 2188/8 2189/9
2189/21 2193/12
2193/24 2197/20
2197/25 2198/6
2198/18 2198/25
2199/2 2199/7 2199/24
2199/25 2200/1
2201/10 2201/10
2201/12 2201/12
2201/14 2202/4
**area [9]** 2101/16
2102/19 2144/11
2145/4 2145/13
2153/20 2155/23
2155/25 2188/15
**Arizona [1]** 2077/3
**Arlington [1]** 2085/19
**armed [1]** 2087/3
**around [5]** 2137/19
2144/10 2172/2
2174/15 2178/17
**arranged [2]** 2147/21
2147/22
**arrangements [2]**
2104/25 2105/11
**arranging [1]** 2127/23
**arrest [2]** 2172/19
2172/22
**arrive [1]** 2095/22
**arrived [7]** 2077/3
2094/5 2095/16
2095/20 2096/8 2148/7
2167/8
**arriving [1]** 2095/17

**article [2]** 2112/9
2112/24
**articles [1]** 2083/10
**as [49]** 2074/9 2079/3
2079/9 2079/21
2082/21 2083/10
2083/10 2087/12
2095/17 2097/16
2099/10 2109/13
2109/13 2110/19
2111/6 2112/24
2123/23 2126/11
2126/20 2128/2 2130/6
2141/18 2142/8
2142/25 2142/25
2143/7 2143/7 2143/8
2147/2 2151/16
2151/25 2155/19
2158/9 2158/17
2161/24 2162/2 2162/8
2164/21 2169/2
2176/12 2179/21
2180/13 2181/17
2182/1 2182/19
2188/12 2190/10
2196/10 2196/25
**aside [5]** 2138/25
2139/4 2140/10 2162/8
2165/14
**ask [17]** 2082/22
2084/12 2091/21
2097/15 2105/4 2110/5
2112/13 2112/13
2118/25 2130/3
2132/15 2138/3
2139/21 2140/4
2146/21 2153/9
2165/14
**asked [10]** 2104/8
2104/8 2104/11
2104/20 2129/22
2158/12 2158/20
2165/7 2172/23
2194/23
**asking [2]** 2179/1
2201/23
**asks [1]** 2104/7
**assemble [1]** 2180/6
**assembled [1]** 2180/11
**assessed [2]** 2080/15
**assigned [2]** 2150/13
2154/6
**assistant [1]** 2086/19
**associate [1]** 2194/10
**association [2]**
2171/11 2194/11
**assume [3]** 2121/16
2158/16 2191/6
**assumption [3]** 2143/9
2170/12 2170/13
**Atlanta [1]** 2147/23
**attack [1]** 2171/12
**attacking [1]** 2173/7
**attendance [1]**
2188/17
**attention [1]** 2142/19
**attorney [4]** 2111/23
2175/14 2176/3

attorney... [1] 2176/22
ATTORNEY'S [1]
2070/16
Audio [10] 2085/11
2085/24 2086/6
2086/23 2087/19
2088/4 2088/12
2089/12 2090/6
2090/25
aunt [2] 2144/21
2144/22
authenticate [4]
2078/18 2079/5 2080/9
2080/10
authentication [3]
2079/20 2080/12
2080/19
authenticity [7]
2078/16 2079/21
2079/25 2082/11
2082/21 2091/25
2092/2
author [1] 2110/6
available [2] 2076/15
2156/21
Avenue [1] 2071/15
average [2] 2186/3
2186/4
aware [10] 2088/22
2100/5 2107/4 2116/23
2121/3 2121/14
2130/18 2137/24
2165/24 2193/8
awareness [1] 2189/1
away [4] 2101/25
2102/17 2152/8
2179/18

B

back [23] 2074/1
2074/6 2075/19 2083/3
2086/25 2088/13
2090/7 2091/1 2094/22
2095/4 2113/18
2140/6 2153/2 2156/11
2173/25 2174/3
2178/21 2178/24
2179/1 2201/18
2201/19
background [5] 2101/7
2119/22 2191/2
2191/13 2191/13
bad [2] 2119/21 2143/8
Badalament [14]
2075/17 2085/9
2085/13 2086/22
2086/25 2087/17
2088/3 2088/10
2088/14 2089/11
2089/13 2090/5 2090/8
2090/24
Ballston [2] 2105/17
2146/7
bank [12] 2124/1
2124/1 2125/2 2125/2
2125/15 2125/15

2126/12 2126/19
2127/8 2127/10
2157/11
Banks [1] 2201/22
based [18] 2079/15
2080/14 2085/17
2096/11 2099/24
2100/6 2101/5 2101/8
2101/12 2135/12
2136/8 2156/20
2157/24 2161/16
2164/25 2171/10
2187/11 2196/18
basically [3] 2102/24
2118/5 2148/6
basis [4] 2196/13
2196/20 2198/13
2198/16
bastards [1] 2091/15
batches [1] 2137/18
battle [2] 2112/4
2115/14
be [76] 2074/2 2074/3
2075/16 2079/1
2080/18 2080/23
2081/12 2082/1
2084/22 2088/16
2088/17 2088/18
2089/6 2096/5 2108/5
2109/7 2111/9 2111/24
2112/19 2116/16
2117/18 2118/5 2124/1
2125/1 2125/14 2126/7
2128/6 2128/14
2128/17 2128/17
2128/19 2129/14
2133/8 2134/11
2134/19 2134/25
2136/18 2149/3 2152/4
2152/4 2152/19 2154/1
2155/13 2159/15
2161/8 2161/16
2163/20 2164/13
2170/17 2171/4
2171/11 2171/21
2171/21 2173/11
2173/21 2174/17
2174/25 2176/4 2177/3
2177/8 2177/8 2177/19
2178/2 2179/9 2188/18
2189/5 2193/13
2193/22 2197/10
2197/20 2198/13
2198/16 2199/11
2199/19 2200/5
2201/23
because [25] 2081/22
2082/10 2090/11
2090/20 2095/2
2095/15 2098/10
2107/17 2107/20
2107/20 2120/3
2137/18 2147/20
2158/23 2168/13
2169/9 2179/25 2182/4
2182/25 2184/1
2187/13 2187/18
2188/13 2189/18

bed [1] 2201/20
been [27] 2074/8
2075/7 2078/20 2081/6
2081/14 2082/11
2091/5 2091/6 2091/12
2091/16 2099/25
2100/6 2101/12 2130/6
2132/12 2157/11
2167/1 2167/2 2170/1
2175/6 2175/20
2180/16 2183/18
2186/13 2188/17
2191/23 2201/1
before [12] 2070/9
2073/18 2087/11
2091/2 2093/8 2109/19
2110/19 2152/13
2161/2 2161/4 2180/11
2196/9
beginning [1] 2077/2
behind [4] 2170/24
2172/12 2173/7
2173/20
being [9] 2081/24
2082/16 2104/23
2113/21 2114/1
2171/14 2179/17
2195/8 2195/17
believe [34] 2079/2
2079/6 2079/13 2080/2
2094/10 2097/10
2098/6 2101/18
2110/14 2111/15
2112/18 2122/11
2124/8 2131/4 2140/1
2142/2 2142/2 2147/23
2148/9 2148/16
2153/20 2154/5
2155/23 2160/1
2163/19 2165/21
2166/19 2181/16
2183/6 2185/24 2187/7
2189/23 2197/9
2199/18
believe, [1] 2182/24
believe, yes [1]
2182/24
Bench [5] 2078/10
2091/23 2097/18
2150/23 2198/5
Berry [1] 2104/16
best [1] 2116/4
better [2] 2116/10
2182/15
between [38] 2076/23
2076/24 2121/7 2123/1
2124/12 2125/3 2126/9
2127/22 2131/12
2132/7 2132/9 2132/12
2134/19 2134/24
2136/5 2136/7 2137/9
2137/22 2138/8
2138/11 2140/22
2141/3 2141/6 2141/8
2141/12 2141/15
2142/4 2142/7 2142/11
2142/16 2163/15

2173/23 2174/13
2182/6 2183/19
2186/21
big [7] 2147/2 2154/10
2168/12 2169/15
2170/11 2170/14
2175/20
bigger [1] 2160/11
biggest [2] 2090/12
2118/11
bill [2] 2133/25
2146/19
Bill Shipley [1]
2146/19
bit [7] 2120/24 2152/13
2155/8 2159/18
2160/11 2160/16
2201/19
Bittner [10] 2099/17
2099/22 2100/13
2100/15 2101/3
2101/19 2113/14
2178/10 2178/13
2178/23
blocking [1] 2175/14
blow [3] 2147/2
2159/18 2160/10
blow-up [1] 2147/2
blown [1] 2128/17
blue [1] 2128/12
board [1] 2168/12
border [2] 2145/24
2172/16
boss [1] 2099/3
both [5] 2079/23
2121/9 2147/8 2194/9
2194/12
bottom [5] 2135/12
2135/25 2136/9
2182/17 2184/1
bought [1] 2161/24
box [2] 2071/3 2176/3
Boy [4] 2172/8 2172/12
2172/16 2172/18
Boys [9] 2169/14
2169/18 2170/10
2170/24 2171/11
2172/1 2173/20
2174/17 2190/11
Branch [1] 2176/12
brass [1] 2121/8
brass-casing [1]
2121/8
break [7] 2152/6
2152/7 2152/13
2153/10 2197/3
2200/10 2201/9
breaking [1] 2173/19
Brian [1] 2147/8
Brian Ulrich [1] 2147/8
briefly [4] 2074/18
2075/17 2153/1
2193/18
bring [5] 2073/23
2127/18 2153/22
2195/21 2201/14
bringing [1] 2089/17

broader [2] 2199/11
2199/13
Brodeur [1] 2142/13
broken [2] 2090/21
2179/24
brokers [2] 2162/5
2162/5
Brothers [1] 2188/16
brought [2] 2107/13
2107/25
BROWN [2] 2071/11
2071/14
bsrlegal.com [2]
2071/13 2071/17
bubbles [3] 2128/12
2129/18 2129/24
building [4] 2177/12
2177/17 2177/21
2177/25
building's [1] 2175/6
bulk [1] 2121/15
bunch [2] 2106/22
bureau [1] 2162/19
bus [1] 2077/3
buy [1] 2121/15
buying [1] 2122/4
Byrne [1] 2175/13

C

Caldwell [1] 2141/12
caliber [1] 2115/14
call [8] 2078/18
2079/14 2080/1
2081/15 2082/22
2111/10 2122/5
2133/24
called [4] 2083/8
2118/11 2118/14
2125/15
calls [3] 2107/21
2164/3 2195/12
came [2] 2107/17
2107/19 2168/2
2182/16 2200/23
cameras [1] 2103/21
can [150]
can't [11] 2078/12
2091/14 2091/15
2118/20 2137/8
2158/23 2168/10
2173/9 2173/9 2173/12
2177/21
cannot [2] 2101/2
2121/1
Capitol [13] 2077/4
2105/21 2108/6 2108/9
2108/11 2136/15
2136/18 2136/21
2175/1 2177/12
2177/17 2177/25
2178/4
Capitol Building [3]
2177/12 2177/17
2177/25
capture [1] 2195/8
captured [2] 2191/22
2191/23
card [10] 2093/8

**C**

card... [9] 2100/20
2155/21 2156/13
2156/25 2157/4
2157/15 2159/3 2159/9
2159/13
cards [2] 2103/25
2157/12
care [1] 2153/17
Carolina [3] 2101/15
2102/1 2144/25
Carter [1] 2085/22
case [24] 2073/4
2140/2 2148/23 2149/3
2149/7 2149/12
2149/15 2149/19
2150/5 2150/8 2150/16
2151/3 2151/6 2151/10
2151/11 2151/14
2151/19 2151/21
2164/19 2165/2
2184/13 2194/9
2198/12 2199/19
Case No. 22-15 [1]
2073/4
cases [1] 2150/9
casing [3] 2121/8
2121/8 2121/10
catch [1] 2174/4
catching [1] 2173/22
caucus [1] 2112/20
CCTV [3] 2077/13
2085/17 2167/15
cell [5] 2100/23 2101/8
2101/10 2156/4
2156/10
cell phone [3] 2100/23
2101/8 2101/10
Cellebrite [6] 2128/15
2128/16 2128/20
2128/23 2129/3
2129/12
center [1] 2115/18
certain [2] 2131/22
2162/18
certainly [7] 2112/17
2116/6 2129/8 2144/6
2144/15 2172/3
2182/11
certification [1] 2089/1
certify [1] 2203/2
cetera [2] 2113/17
2178/19
chance [1] 2179/8
change [3] 2108/23
2129/19 2163/7
changed [1] 2201/6
characterized [1]
2143/8
charge [1] 2117/18
charged [1] 2165/4
charges [1] 2161/6
chart [3] 2128/4 2128/8
2129/11
chat [5] 2097/3
2097/5 2097/20 2098/5
2099/10 2100/17
2106/10 2106/14

2113/8 2113/12
2114/24 2115/1
2115/13 2116/9 2117/3
2130/19 2130/22
2130/25 2143/13
2171/13 2171/15
2177/9 2182/1 2182/16
2182/22 2182/23
2183/2 2183/13
2183/19 2184/1 2184/6
2184/11 2184/22
2185/2 2185/15 2186/2
2186/7 2186/7 2186/8
2186/10 2186/18
2187/15 2188/4
2193/10 2193/17
2195/4 2195/5 2195/9
2195/17 2195/23
2196/11 2197/12
2199/5 2199/15
chat either [1] 2117/3
chats [13] 2096/22
2096/25 2097/2
2097/20 2098/19
2120/3 2120/5 2180/13
2180/14 2181/1
2181/23 2186/24
2189/9
cheaper [2] 2121/10
2121/15
cheapest [2] 2121/4
2122/4
check [1] 2094/7
check-in [1] 2094/7
checked [2] 2093/2
2102/12
checking [1] 2111/4
Chief [2] 2175/16
2176/13
chocolate [1] 2115/21
choice [1] 2129/11
choices [1] 2195/2
choose [1] 2131/18
choosing [1] 2129/15
Christmas [1] 2179/5
chronological [1]
2200/7
chronology [1] 2199/5
clashes [1] 2172/5
clear [6] 2108/5 2110/6
2118/25 2128/19
2159/6 2159/7
client [11] 2081/17
2082/21 2097/5 2099/2
2100/12 2100/20
2102/8 2106/25 2110/9
2114/10 2165/9
client's [2] 2108/19
2115/10
CLINTON [1] 2071/19
clintonpeed.com [1]
2071/22
clip [9] 2085/10
2085/23 2086/2 2086/5
2087/18 2088/2
2088/11 2090/10
2091/2

close [5] 2119/7
2177/12 2177/17
2177/25 2191/10
closer [1] 2107/15
co [2] 2086/19 2194/14
co-conspirators [1]
2194/14
co-host [1] 2086/19
collectively [1]
2187/22
COLUMBIA [1] 2070/1
combinations [1]
2144/17
combine [1] 2194/12
come [8] 2074/6
2080/20 2082/12
2140/6 2153/22
2170/24 2201/18
2201/19
comes [1] 2192/16
Comfort [6] 2077/14
2077/18 2085/19
2085/20 2105/19
2146/7
Comfort Inn [5]
2077/14 2077/18
2085/19 2105/19
2146/7
comfortable [2] 2100/7
2100/25
coming [7] 2079/8
2082/10 2092/5 2092/8
2099/11 2166/20
2197/4
comment [1] 2169/12
comments [2] 2092/3
2116/11
commodity [2]
2161/24 2162/4
common [1] 2156/22
common-sense [1]
2156/22
communication [9]
2138/8 2138/11
2140/21 2140/22
2141/2 2141/5 2141/11
2141/15 2192/8
communications [11]
2141/16 2141/23
2142/1 2142/4 2142/7
2142/11 2142/15
2142/15 2181/8 2182/5
2199/14
company [1] 2159/25
compared [1] 2199/7
comparing [1] 2079/16
compilation [15]
2092/19 2106/3
2119/18 2128/9
2129/16 2130/4 2130/7
2130/15 2131/6
2131/25 2142/21
2143/1 2143/5 2143/18
2179/21
complaints [1]
2133/22
complete [3] 2198/15

completely [1] 2109/19
completeness [3]
2198/13 2199/11
2201/15
computer [1] 2191/4
concedes [1] 2175/21
concern [1] 2090/12
conclusion [3]
2112/14 2157/25
2164/4
conclusions [2]
2156/22 2164/8
Concord [3] 2118/6
2118/7
conference [5]
2078/10 2091/23
2097/18 2150/23
2198/5
confirm [1] 2159/13
conflict [1] 2087/3
Congress [15] 2112/25
2136/24 2173/7 2173/8
2174/10 2175/18
2176/6 2176/7 2176/9
2176/10 2176/11
2176/22 2177/21
2178/25 2179/6
Congressmen [1]
2099/7
connected [2] 2189/3
2189/4
connection [1] 2154/7
connects [1] 2165/19
connor [3] 2071/10
2071/13 2073/12
Connor Martin [1]
2073/12
conquered [1] 2175/6
consecutive [4]
2199/25 2200/2 2200/4
2200/6
consecutively [1]
2193/6
consider [1] 2164/9
considered [2]
2094/10 2121/3
console [1] 2115/18
conspirators [1]
2194/14
constant [1] 2116/15
Constitution [3]
2109/18 2112/9
2112/24
contact [3] 2141/6
2169/14 2169/25
content [3] 2126/22
2129/4 2190/14
contents [1] 2092/1
context [8] 2098/11
2108/20 2135/20
2174/13 2174/15
2174/18 2198/9
2200/20
continue [2] 2073/18
2074/4
continued [3] 2071/1
2074/11 2102/7

continuing [1] 2179/3
convention [3]
2112/21 2112/23
2187/17
conversation [3]
2153/9
convince [1] 2179/9
coordinates [4]
2100/23 2101/8 2101/9
2101/10
corner [2] 2146/2
2182/17
correct [251]
corroborated [1]
2092/7
corrupt [1] 2112/24
could [63] 2076/21
2079/14 2082/15
2091/21 2092/20
2093/11 2093/12
2093/21 2094/2
2094/18 2094/19
2094/22 2094/23
2095/4 2096/3 2096/18
2098/9 2098/11 2099/6
2100/2 2101/22
2102/12 2104/14
2106/9 2107/22 2110/2
2111/5 2111/11
2111/20 2112/2 2112/5
2112/16 2113/11
2114/19 2115/13
2118/25 2119/13
2120/7 2122/11
2122/14 2124/25
2125/12 2126/5
2128/17 2135/6 2137/1
2137/6 2140/6 2150/4
2156/2 2160/1 2163/10
2170/23 2171/4
2171/21 2171/22
2181/12 2190/20
2190/21 2196/9
2196/14 2199/4 2200/5
couldn't [2] 2118/22
2179/25
counsel [3] 2105/4
2198/7 2200/24
counted [2] 2182/1
2182/7
counterprotesters [6]
2171/1 2171/20
2171/21 2171/24
2172/2 2174/6
counting [1] 2181/22
country [3] 2144/10
2145/8 2172/2
couple [4] 2106/6
2112/1 2134/19
2182/13
course [4] 2132/22
2138/7 2162/25 2163/5
court [13] 2070/1
2081/19 2082/14
2082/17 2082/25
2092/5 2092/10
2092/11 2097/25
2152/11 2153/13

# C

court... [2] 2200/9 2202/7
Court's [1] 2080/25
courtroom [5] 2073/15 2073/25 2152/17 2153/25 2200/15
cover [1] 2120/15
COVID [3] 2118/13 2133/18 2133/22
CPA [1] 2162/2
CR [1] 2070/4
cream [2] 2115/20 2115/21
create [5] 2081/16 2092/21 2096/13 2126/23 2181/11
created [4] 2143/1 2143/5 2184/11 2184/17
creating [1] 2154/18
creation [1] 2148/1
credit [12] 2093/8 2100/20 2103/25 2155/21 2156/13 2156/25 2157/4 2157/12 2157/15 2159/3 2159/9 2159/13
crimes [4] 2164/6 2164/21 2165/5 2165/6
Criminal [1] 2073/4
crop [1] 2191/12
cross [8] 2072/4 2081/11 2081/15 2082/22 2092/14 2123/13 2146/16 2194/19
cross-examination [5] 2082/22 2092/14 2123/13 2146/16 2194/19
cross-examine [2] 2081/11 2081/15
crossing [1] 2163/22
crowd [1] 2177/3
CRR [2] 2203/2 2203/8
crush [1] 2170/25

# D

D.C [37] 2070/5 2070/17 2071/21 2075/16 2085/8 2092/5 2093/18 2094/25 2095/9 2097/3 2098/5 2102/7 2105/23 2109/22 2144/11 2144/11 2144/20 2145/4 2145/8 2145/13 2145/16 2145/19 2145/21 2146/4 2146/24 2148/7 2170/1 2171/14 2174/16 2177/3 2185/15 2187/16 2188/18 2193/9 2193/17 2195/4 2196/2
D.C. [8] 2130/22 2143/13 2171/13

2188/4 2196/11 2197/12
D.C. Op [3] 2171/13 2171/15 2188/4
D.C. Op Jan. 6 [3] 2130/22 2143/13 2197/12
D.C. Op Jan. 6, '21 [1] 2183/25
Dallas [6] 2155/23 2155/25 2157/2 2157/22 2158/2 2163/18
dangerous [1] 2109/1
dark [1] 2077/4
darned [1] 2082/9
data [12] 2128/24 2147/25 2148/10 2154/11 2155/19 2156/2 2156/4 2156/10 2158/1 2158/14 2163/13 2163/21
date [15] 2075/13 2076/19 2078/23 2079/3 2079/5 2081/7 2083/12 2094/7 2096/5 2111/10 2118/25 2124/6 2137/15 2197/7 2203/7
dated [1] 2199/3
dates [1] 2159/12
David [16] 2071/10 2073/6 2097/8 2103/5 2106/16 2110/9 2111/8 2114/11 2115/10 2116/21 2119/8 2119/13 2119/25 2120/2 2194/4 2194/5
David Moerschel [4] 2073/6 2097/8 2103/5 2114/11
David's [2] 2112/2 2120/18
day [20] 2070/7 2094/5 2103/14 2104/7 2109/21 2113/18 2113/24 2114/11 2118/9 2118/11 2122/17 2136/11 2158/3 2177/4 2178/18 2178/20 2179/5 2185/4 2185/7 2185/10
day,' [1] 2113/18
day.' [1] 2113/18
days [10] 2144/2 2170/4 2183/10 2183/18 2184/17 2184/18 2184/19 2184/24 2185/16 2186/18
deal [1] 2162/6
debate [2] 2116/4 2116/15
debits [1] 2127/13
December [16] 2070/5 2124/13 2124/13 2133/5 2134/5 2135/16

2155/23 2159/10
2170/2 2171/15
2186/16 2186/16
2186/21 2203/7
December 22nd [5] 2133/5 2134/5 2135/16 2137/16 2137/19
December 30th [1] 2171/15
December 31st [1] 2186/16
decided [1] 2194/12
decision [1] 2129/19
deck [20] 2168/24 2183/22 2183/23 2185/3 2185/12 2185/13 2185/23 2188/25 2189/10 2189/17 2189/18 2190/5 2193/6 2193/13 2193/14 2194/23 2194/25 2195/21 2196/6 2200/23
declaration [1] 2089/6
Declare [1] 2083/8
defendant [20] 2071/2 2071/6 2071/10 2071/18 2073/5 2073/5 2073/6 2073/7 2073/10 2073/11 2073/13 2073/14 2098/2 2109/8 2115/7 2124/22 2125/9 2126/3 2150/4 2160/7
Defendant 11 [1] 2073/7
Defendant 7 [1] 2073/5
Defendant 8 [1] 2073/6
Defendant Hackett [1] 2073/11
Defendant Minuta [1] 2073/10
Defendant Moerschel [1] 2073/13
Defendant No. 6 [1] 2073/5
Defendant Vallejo [1] 2073/14
DEFENDANT'S [1] 2072/17
defendants [8] 2070/7 2073/15 2093/3 2149/12 2151/8 2151/13 2194/9 2201/11
defense [6] 2096/19 2097/16 2108/13 2114/23 2121/25 2197/15
Defense Exhibit 003 [1] 2096/19
Defense Exhibit 3 [1] 2097/16
Defense Exhibit 5 [1] 2114/23
definitely [2] 2087/23 2187/14
delete [1] 2108/23

deleted [1] 2139/4
demand [1] 2134/2
deny [1] 2159/14
deny that [1] 2159/14
depending [2] 2090/12 2164/22
depends [1] 2178/7
depicts [1] 2084/13
derivation [1] 2097/22
describe [1] 2092/4
description [2] 2173/23 2182/16
determine [3] 2076/22 2077/1 2077/14
develop [1] 2165/18
device [1] 2183/3
did [59] 2080/4 2086/9 2086/16 2089/20 2092/4 2092/21 2092/24 2095/22 2102/8 2104/11 2116/11 2117/6 2117/13 2118/7 2127/12 2127/14 2131/4 2132/8 2132/9 2132/15 2137/24 2138/1 2138/7 2139/6 2139/14 2139/23 2147/6 2148/7 2148/10 2148/13 2148/15 2148/16 2148/21 2150/7 2154/20 2155/19 2155/25 2158/11 2158/14 2158/18 2158/19 2159/9 2159/11 2164/2 2164/12 2164/14 2164/15 2164/25 2165/18 2166/24 2167/4 2168/22 2180/6 2180/7 2180/8 2180/9 2195/2 2199/18
did you [8] 2092/21 2132/15 2147/6 2148/10 2164/12 2164/15 2164/25 2165/18
didn't [18] 2080/1 2096/12 2096/13 2099/2 2100/7 2101/7 2103/21 2107/3 2108/23 2109/1 2132/1 2132/6 2133/21 2149/25 2158/18 2183/4 2190/22 2192/4
difference [2] 2121/7 2123/1
different [26] 2079/18 2115/21 2116/11 2121/19 2128/8 2132/15 2132/23 2132/23 2139/22 2140/5 2144/17 2145/7 2145/14 2153/20 2157/18 2163/15 2164/20 2168/9 2178/9 2180/14 2181/22

2187/17 2187/24
different subject [1] 2157/18
digits [1] 2125/19
dimmed [1] 2095/17
dinner [4] 2102/4 2103/18 2103/22 2104/1
dinner together [1] 2102/4
direct [31] 2072/4 2074/11 2128/20 2131/11 2131/18 2131/24 2132/1 2132/7 2133/21 2135/10 2137/21 2138/8 2138/11 2140/20 2140/21 2140/22 2141/2 2141/5 2141/8 2141/11 2141/14 2141/16 2141/23 2142/1 2142/4 2142/7 2142/11 2142/15 2142/19 2169/2 2181/6
directly [5] 2128/7 2129/11 2136/3 2192/1 2192/10
disciplines [1] 2163/1
discuss [3] 2111/1 2153/10 2195/23
discussed [3] 2126/24 2195/9 2195/17
discussing [2] 2113/2 2114/11
discussion [3] 2111/17 2180/9 2195/20
dislikes [1] 2115/22
disputing [1] 2156/6
disrupt [2] 2177/20 2178/3
disrupting [1] 2136/24
distances [1] 2163/2
DISTRICT [3] 2070/1 2070/1 2070/10
DM5 [2] 2115/6 2115/7
do [81] 2074/16 2074/17 2074/21 2074/24 2074/25 2076/1 2076/3 2076/11 2076/12 2076/17 2077/4 2077/20 2080/21 2080/23 2082/15 2083/17 2085/2 2086/12 2086/18 2087/9 2092/20 2097/7 2097/12 2097/13 2099/7 2100/11 2100/19 2101/7 2102/5 2103/19 2104/6 2107/5 2107/9 2108/15 2108/16 2109/12 2111/14 2114/24 2114/25 2119/19 2119/20 2122/25 2123/24 2124/1 2124/3 2125/1

**do... [34]** 2125/4
2125/14 2129/10
2131/18 2133/3
2137/11 2137/14
2138/1 2142/23 2144/8
2150/7 2152/2 2152/3
2152/9 2152/24
2157/15 2161/13
2165/13 2166/19
2169/9 2173/6 2178/2
2179/10 2181/24
2183/6 2187/10
2187/15 2190/7 2192/4
2193/15 2195/11
2196/10 2196/25
2199/2
**do you [6]** 2074/16
2074/21 2103/19
2109/12 2137/11
2152/24
**do you have [1]**
2173/6
**do you know [4]**
2076/11 2086/18
2111/14 2129/10
**do you recognize [9]**
2076/1 2083/17 2085/2
2086/12 2108/15
2114/24 2124/1 2125/1
2125/14
**Do you remember [1]**
2074/24
**do you see [2]** 2107/9
2123/24
**document [2]** 2150/1
2154/12
**documented [1]**
2150/1
**documents [2]**
2149/16 2161/17
**does [10]** 2075/15
2082/16 2090/11
2136/3 2149/22 2150/1
2190/15 2190/16
2190/23 2201/22
**doesn't [9]** 2087/3
2090/2 2136/18
2136/21 2136/24
2169/22 2177/23
2190/14 2197/14
**Dolan [2]** 2104/16
2112/18
**dollars [2]** 2127/11
2127/14
**Don [1]** 2141/25
**Don Siekerman [1]**
2141/25
**don't [73]** 2074/6
2078/15 2078/19
2079/2 2080/2 2080/15
2080/21 2081/19
2095/17 2097/10
2097/11 2097/15
2097/21 2101/1
2101/10 2102/10
2102/22 2103/20
2103/24 2112/13

2122/21 2123/6
2132/20 2138/14
2138/15 2139/10
2140/3 2142/20
2148/16 2154/21
2157/14 2158/17
2158/23 2159/7
2161/22 2165/21
2167/5 2167/14
2167/14 2167/16
2170/8 2171/2 2171/6
2171/6 2171/6 2171/22
2172/10 2172/11
2172/14 2173/3
2173/22 2173/23
2174/8 2177/19
2179/10 2182/25
2183/1 2184/12
2184/12 2188/8
2188/16 2195/20
2198/12 2198/15
2198/24 2199/6
2199/10 2199/18
2201/18 2201/18
2202/1
**done [4]** 2149/18
2149/23 2187/4
2201/24
**dot [1]** 2155/16
**doubt [1]** 2081/16
**Doug [2]** 2102/6
2102/9
**Doug Smith's [2]**
2102/6 2102/9
**down [21]** 2089/18
2099/13 2110/16
2110/18 2117/9
2120/18 2126/14
2126/17 2130/2 2137/6
2151/2 2151/5 2151/7
2160/16 2163/3 2163/4
2168/23 2169/9
2179/20 2193/3 2193/5
**download [1]** 2084/18
**downloaded [7]**
2078/16 2078/22
2080/13 2080/17
2081/13 2084/14
2084/17
**downloading [1]**
2081/9
**dox [1]** 2111/23
**Dr. [1]** 2142/16
**Dr. Frank [1]** 2142/16
**draw [1]** 2112/14
**drawn [1]** 2130/9
**drive [1]** 2178/18
**driving [2]** 2145/11
2158/2
**Dropbox [4]** 2075/4
2075/24 2119/18
2142/21
**drove [3]** 2095/15
2095/19 2096/7
2144/17 2145/3
**duplicate [2]** 2126/13
2126/15

2131/25 2138/7
2153/10 2177/3
**duty [1]** 2099/7

# E

**each [5]** 2104/23
2160/21 2161/14
2182/1 2194/11
**earlier [7]** 2137/19
2137/20 2137/21
2159/23 2162/8 2169/2
2178/15
**early [8]** 2077/4 2085/8
2092/3 2095/16
2095/20 2096/8
2137/16 2186/14
**easier [4]** 2096/4
2096/6 2160/11 2198/4
**easily [1]** 2128/17
**Eastern [2]** 2076/25
2077/11
**Eastern Time [2]**
2076/25 2077/11
**easy [3]** 2129/4 2129/6
2161/13
**EC [2]** 2151/11
2151/21
**Ed [14]** 2083/21
2085/22 2086/15
2088/21 2089/9
2089/19 2090/3
2090/22 2091/8
2091/14 2091/14
2138/12 2140/22
2189/13
**Ed Vallejo [11]**
2083/21 2086/15
2088/21 2089/9
2089/19 2090/3
2090/22 2091/8
2138/12 2140/22
2189/13
**edification [1]** 2128/23
**edited [1]** 2081/7
**Edward [2]** 2071/19
2073/7
**Edward Vallejo [1]**
2073/7
**Edwards [2]** 2070/16
2073/8
**either [8]** 2117/3
2118/22 2140/23
2141/1 2167/1 2187/7
2201/10 2201/14
**either way [1]** 2141/1
**elderly [1]** 2178/16
**election [5]** 2089/1
2112/10 2113/3 2113/9
2161/2
**elicit [1]** 2152/24
**else [6]** 2090/13
2099/7 2111/10 2143/5
2152/4 2191/12
**Email [7]** 2070/18
2070/19 2071/5 2071/8
2071/13 2071/17
2071/22

2168/6
**ended [2]** 2114/13
2134/1
**ending [1]** 2124/4
**engaging [2]** 2172/1
2172/3
**enhance [1]** 2191/4
**enough [10]** 2080/18
2119/7 2137/5 2140/4
2178/5 2178/17 2182/9
2182/25 2186/3
2187/13
**Enrique [8]** 2138/9
2190/10 2190/25
2191/10 2191/20
2192/1 2192/4 2192/8
**Enrique Tarrio [1]**
2138/9
**enter [2]** 2109/2 2115/3
**entered [2]** 2073/25
2153/25
**entire [2]** 2083/4
2131/15
**entirely [1]** 2131/21
**Ernest [5]** 2076/18
2083/7 2087/8 2087/10
2087/12
**Ernest Hancock [2]**
2076/18 2083/7
**Ernie [2]** 2090/20
2091/6
**establish [5]** 2079/1
2080/18 2080/24
2092/1 2148/10
**established [1]**
2162/19
**et [3]** 2070/6 2113/17
2178/19
**et cetera [2]** 2113/17
2178/19
**EV13 [2]** 2195/21
2197/23
**even [5]** 2149/22
2163/20 2171/20
2178/16 2194/10
**evening [1]** 2104/1
**event [3]** 2170/1
2170/5 2170/7
**events [1]** 2188/18
**ever [5]** 2080/2 2150/1
2166/13 2194/2
2194/11
**every [9]** 2149/1
2149/18 2150/4 2150/5
2150/10 2187/21
2195/22 2200/3 2200/5
**everybody [9]** 2073/17
2091/13 2091/21
2100/3 2101/14
2102/25 2148/18
2169/3 2191/12
**everyone [12]** 2074/1
2074/2 2090/12
2115/21 2150/8
2152/18 2154/1 2154/2
2177/12 2177/25
2200/14 2200/18

everything [4] 2087/13
2150/1 2150/3 2186/21
**evidence [64]** 2075/8
2078/4 2078/8 2084/21
2084/23 2092/7 2093/2
2094/6 2095/19
2097/16 2098/2 2100/9
2100/12 2102/3
2102/10 2104/14
2104/20 2104/20
2104/21 2104/21
2104/22 2104/24
2105/8 2109/3 2109/8
2115/4 2115/7 2120/10
2122/19 2122/22
2124/22 2125/9 2126/3
2138/8 2138/11
2139/14 2140/21
2140/21 2140/25
2141/8 2141/11
2141/14 2141/19
2141/23 2141/25
2142/4 2142/7 2142/11
2149/24 2154/14
2154/17 2156/20
2160/7 2164/18
2164/21 2165/8
2165/18 2166/6 2166/9
2166/12 2166/17
2173/6 2194/2 2194/11
**evidence-gathering [1]**
2154/14
**evidentiary [3]** 2080/24
2149/20 2149/23
**exact [2]** 2132/20
2198/8
**exactly [1]** 2156/8
**examination [7]**
2074/11 2082/22
2092/14 2123/13
2133/21 2146/16
2194/19
**examine [2]** 2081/11
2081/15
**examined [1]** 2093/7
**examples [1]** 2139/12
2139/23
**Excel [2]** 2128/4
2128/7
**excerpts [1]** 2084/16
2084/17
**exchange [1]** 2174/13
**exchanged [1]** 2104/6
**exchanges [1]** 2161/23
**Excuse [1]** 2156/17
**excused [1]** 2152/20
**Executive [1]** 2176/12
**exhibit [57]** 2073/21
2073/21 2074/18
2074/20 2074/24
2078/8 2084/23
2092/21 2094/15
2094/21 2094/24
2095/3 2095/8 2096/1
2096/12 2096/13
2096/19 2097/16
2098/2 2100/2 2100/3
2100/8 2101/17

**E**

exhibit... [34] 2102/16
2102/25 2108/13
2109/8 2112/6 2114/23
2115/7 2120/9 2120/11
2122/10 2124/22
2125/9 2126/3 2126/12
2127/18 2127/20
2128/3 2128/10
2129/10 2130/4 2131/6
2133/4 2137/16
2143/18 2147/2 2148/1
2154/18 2154/22
2158/21 2159/17
2160/7 2196/14
2196/15 2200/20
**Exhibit 1501.2 [1]**
2143/18
**Exhibit 2600.5 [1]**
2101/17
**Exhibit RM0001 [1]**
2159/17
**exhibits [8]** 2072/9
2072/15 2124/7 2124/9
2126/23 2129/25
2157/7 2158/9
**exist [1]** 2121/9
**existence [1]** 2186/13
**exists [1]** 2087/24
**exited [2]** 2152/17
2200/15
**expert [3]** 2101/11
2101/11 2156/11
**export [2]** 2128/20
2129/11
**exported [2]** 2128/6
2128/14
**Express [1]** 2145/23
**extra [1]** 2115/15
**extract [1]** 2128/24
**extraction [1]** 2129/5
**extractions [1]**
2132/16
**Eye [1]** 2071/20

**F**

**F'ing [1]** 2170/24
**Facebook [13]** 2106/21
2106/24 2107/3
2119/10 2119/11
2131/17 2137/25
2169/4 2169/6 2169/8
2169/10 2181/4
2187/19
**fact [7]** 2079/4 2081/17
2107/3 2135/3 2139/2
2166/6 2199/17
**fail [1]** 2109/20
**fails [1]** 2109/19
**fair [28]** 2080/16
2080/17 2081/5
2084/17 2113/2 2113/9
2114/1 2114/17 2116/4
2116/14 2116/16
2117/2 2118/1 2118/6
2122/20 2137/5 2140/4
2161/16 2161/20
2163/25 2180/2 2182/9

2187/13 2192/7
2195/11 2195/14
**fairly [2]** 2084/13
2195/8
**Faith [1]** 2135/14
**fall [1]** 2174/3
**falls [2]** 2112/23
2182/16
**familiar [3]** 2112/23
2121/7 2161/23
**far [3]** 2142/25 2143/7
2188/18
**farther [1]** 2163/20
**FBI [6]** 2101/11
2110/19 2120/20
2148/23 2162/13
2164/5
**federal [2]** 2164/6
2164/16
**feel [1]** 2100/7
**feet [1]** 2179/18
**feet away [1]** 2179/18
**few [3]** 2146/21 2158/8
2179/17
**Fifth [1]** 2079/12
**Fifth Amendment [1]**
2079/12
**figure [2]** 2156/8
2170/23
**file [9]** 2148/24 2149/3
2149/7 2149/15
2149/19 2150/5
2151/11 2151/22
2151/25
**files [1]** 2150/8
**final [2]** 2087/13
2102/24
**financial [1]** 2157/13
**find [3]** 2103/21
2104/11 2148/13
**fine [6]** 2081/1 2081/10
2081/18 2082/19
2090/19 2090/20
**finish [1]** 2150/10
**firearm [1]** 2161/23
**firearms [5]** 2109/22
2127/24 2128/1 2165/4
2165/6
**fired [1]** 2120/22
**first [12]** 2085/10
2089/16 2090/10
2098/9 2098/12
2109/15 2160/10
2178/6 2179/16 2185/5
2200/19 2200/24
**First Amendment [1]**
2178/6
**fit [1]** 2179/25
**five [1]** 2091/16
**fix [3]** 2090/13 2090/21
2112/24
**FL [23]** 2071/12
2071/16 2097/2 2097/3
2098/5 2100/16
2108/17 2109/5
2110/13 2113/12
2113/18 2115/1 2115/2

2176/1 2176/25 2179/4
2182/14 2182/19
2183/4 2186/7 2187/16
**flag [2]** 2108/6 2175/1
**flew [2]** 2144/24
2157/22
**flight [1]** 2201/23
**flights [1]** 2145/10
**Florida [15]** 2099/20
2107/15 2110/14
2111/21 2144/14
2144/16 2144/19
2144/24 2170/6
2175/25 2178/16
2178/21 2178/24
2179/1 2189/3
**Florida folks [1]**
2144/14
**fly [1]** 2108/6
**flying [1]** 2174/25
**Flynn [1]** 2175/14
**focus [1]** 2144/13
**focused [2]** 2199/15
2199/16
**folks [2]** 2105/2
2144/14
**follow [1]** 2136/3
**followed [1]** 2168/4
**followers [1]** 2190/18
**following [1]** 2136/11
**follows [2]** 2074/10
2134/13
**footage [3]** 2077/13
2085/17 2167/15
**foregoing [1]** 2203/3
**foreground [1]** 2191/9
**forensic [2]** 2129/5
2158/19
**forgive [1]** 2159/4
**form [3]** 2156/11
2157/22 2188/6
**format [9]** 2128/2
2128/8 2128/8 2128/14
2129/12 2129/15
2129/19 2159/22
2187/18
**former [4]** 2133/17
2175/21 2176/13
2179/7
**Formerly [1]** 2176/11
**Fort [1]** 2071/12
**forum [3]** 2131/5
2188/14 2193/19
**forward [14]** 2076/8
2085/23 2086/5
2086/21 2088/10
2089/10 2090/4
2090/23 2154/23
2155/1 2155/8 2173/25
2177/21 2200/12
**found [4]** 2093/3
2094/6 2149/24
2197/17
**foundation [8]** 2078/15
2078/19 2078/20
2079/15 2080/24
2081/4 2082/13

2173/13 2150/20
2152/7 2154/25
2163/10 2176/4 2177/3
2177/12 2177/24
2181/14 2182/25
2183/1 2188/19 2197/3
2198/3
**getting [1]** 2103/22
**give [2]** 2106/1
2143/21
**given [1]** 2198/22
**giving [1]** 2085/18
**Glock [1]** 2115/14
**Glock 21 [1]** 2115/14
**gmail.com [2]** 2071/5
2071/8
**go [69]** 2074/23
2075/17 2075/18
2076/8 2077/9 2080/8
2086/25 2087/3
2087/17 2088/2
2088/10 2091/1 2095/4
2099/3 2101/13 2102/8
2102/21 2105/16
2106/2 2106/7 2106/18
2107/7 2108/4 2111/5
2113/11 2114/4
2114/23 2116/18
2116/24 2117/5 2117/7
2118/16 2120/8
2120/18 2130/15
2134/16 2138/18
2148/21 2154/21
2155/8 2162/9 2168/23
2170/19 2172/25
2173/15 2173/25
2173/25 2174/20
2175/8 2176/24
2177/21 2182/14
2183/9 2183/24
2184/15 2185/14
2186/4 2186/8 2186/15
2189/20 2191/16
2192/25 2193/18
2193/20 2196/5
2196/23 2196/25
2197/16 2197/19
**Go ahead [2]** 2077/9
2172/25
**going [54]** 2078/18
2078/19 2079/10
2079/11 2079/14
2080/8 2081/8 2082/19
2084/5 2088/16
2088/17 2088/18
2089/6 2090/21 2092/5
2092/6 2106/6 2106/7
2107/9 2109/24 2112/7
2118/5 2123/21
2127/17 2130/3
2130/14 2133/25
2134/2 2138/3 2142/19
2144/13 2147/12
2147/18 2148/2 2148/3
2152/12 2162/15
2165/13 2165/14
2171/19 2173/11
2173/21 2174/10

**four [17]** 2125/19
2144/2 2151/8 2155/4
2156/14 2158/8
2160/24 2166/7
2166/13 2166/18
2166/20 2166/20
2166/22 2168/2 2168/6
2188/1 2193/12
**frame [2]** 2166/3
2167/2
**frames [1]** 2186/20
**Frank [1]** 2142/16
**frankly [1]** 2131/25
**freedom [1]** 2112/20
**freedomphoenix [1]**
2083/9
**freedomsphoenix.com
[1]** 2083/9
**friends [1]** 2171/14
**front [5]** 2108/6
2174/25 2175/3 2175/5
2196/17
**fuck [2]** 2088/18
2089/6
**fucking [1]** 2089/17
**full [3]** 2121/23 2122/1
2127/7
**further [5]** 2074/9
2091/20 2092/2
2169/18 2194/16
**future [3]** 2169/18
2170/13 2170/16

**G**

**Game [1]** 2174/4
**Garden [5]** 2094/4
2103/12 2145/19
2146/1 2167/18
**gather [1]** 2158/11
**gathered [3]** 2151/11
2154/16 2158/8
**gathering [2]** 2154/14
2158/14
**Gator [9]** 2110/14
2111/12 2113/13
2113/13 2113/14
2133/8 2174/21
2178/10 2178/13
**Gator 1 [1]** 2111/12
**general [1]** 2159/6
**generally [2]** 2080/15
2086/18
**gentleman [1]** 2178/16
**gentlemen [5]** 2074/3
2101/4 2105/9 2152/12
2200/11
**GenX [2]** 2134/11
2175/9
**Georgia [4]** 2146/24
2147/20 2147/21
2155/5
**get [27]** 2078/5 2078/7
2078/19 2079/10
2080/24 2091/21
2097/17 2111/23
2115/25 2122/17
2123/21 2174/10

2116/14 2117/5 2117/7
2118/16 2120/8
2120/18 2130/15
2134/16 2138/18
2148/21 2154/21
2155/8 2162/9 2168/23
2170/19 2172/25
2173/15 2173/25
2173/25 2174/20
2175/8 2176/24
2177/21 2182/14
2183/9 2183/24
2184/15 2185/14
2186/4 2186/8 2186/15
2189/20 2191/16
2192/25 2193/18
2193/20 2196/5
2196/23 2196/25
2197/16 2197/19

going... [11] 2174/16
2177/2 2177/3 2177/8
2177/8 2177/20
2177/24 2178/3
2178/24 2191/12
2198/20
gold [2] 2161/25
2162/6
gone [1] 2202/2
good [19] 2073/3
2073/17 2074/1 2074/3
2074/15 2092/16
2092/17 2092/17
2118/23 2123/15
2123/16 2146/18
2146/20 2152/9
2170/25 2173/16
2177/12 2177/25
2194/21
Good morning [5]
2073/17 2092/16
2092/17 2123/16
2146/20
Good
morning/afternoon [1]
2194/21
Gorda [1] 2071/16
got [20] 2079/4
2082/20 2111/13
2118/13 2138/17
2138/19 2139/4 2139/7
2140/10 2142/22
2143/17 2144/4
2144/16 2144/19
2145/8 2180/24 2182/3
2187/2 2187/18
2196/17
Gotcha [1] 2124/10
GoToMeetings [1]
2168/19
gotta [1] 2177/3
government [15]
2070/14 2073/9 2074/8
2078/8 2084/23 2106/4
2109/12 2113/21
2113/24 2117/22
2128/9 2176/8 2198/9
2198/23 2200/20
GOVERNMENT'S [7]
2072/5 2072/11
2092/20 2101/17
2120/9 2122/10 2157/7
Government's 1501.2
[1] 2092/20
Government's exhibit
[1] 2120/9
GPS [3] 2093/8
2100/23 2101/9
GPS coordinates [1]
2101/9
Granbury [1] 2163/19
Graphic [3] 2093/13
2154/24 2155/9
Graydon [9] 2113/13
2134/11 2134/25
2135/7 2135/17
2144/24 2175/10

Graydon Young [8]
2113/13 2134/11
2134/25 2135/7
2144/24 2175/12
2175/11 2175/12
Graydon Young's [1]
2135/17
Great [2] 2096/17
2153/21
Greene [7] 2093/17
2093/22 2093/23
2094/25 2095/8
2095/13 2167/23
Grimes [1] 2141/18
Grods [5] 2095/13
2142/5 2147/19
2147/22 2165/22
group [23] 2103/12
2130/20 2130/23
2130/25 2131/15
2143/13 2143/15
2168/6 2168/12
2168/13 2169/15
2170/6 2170/11
2170/14 2170/24
2173/20 2174/2 2174/2
2174/24 2175/12
2189/6 2197/18
2201/11
Group 1 [1] 2189/6
Group 2 [1] 2168/12
groups [1] 2186/13
guerilla [1] 2089/7
guess [2] 2198/17
2201/5
gun [5] 2112/4 2116/3
2120/22 2121/2 2158/6
guns [2] 2116/12
2116/14
guy [2] 2091/13
2110/15
guys [2] 2103/6 2104/4

H

Hackett [37] 2071/6
2073/6 2073/11 2076/5
2104/15 2123/19
2130/19 2132/2 2132/7
2135/14 2136/4
2137/24 2138/2 2138/4
2138/9 2138/12 2139/9
2139/15 2139/19
2140/2 2140/16
2140/22 2141/3 2141/6
2141/9 2141/12
2141/15 2141/18
2141/21 2141/25
2142/5 2142/8 2142/12
2142/16 2143/15
2152/19 2165/9
Hackett's [5] 2138/14
2138/19 2138/22
2139/3 2140/10
had [32] 2079/9 2080/5
2082/14 2102/3
2103/18 2117/24
2127/4 2127/7 2127/10

2139/11 2139/11
2139/24 2147/10
2148/6 2150/3 2155/21
2155/22 2156/4
2156/21 2165/8
2166/10 2166/12
2166/20 2168/23
2170/1 2180/9 2188/1
2191/23 2194/24
2200/12
Hagmann [1] 2116/25
half [3] 2159/18
2160/10 2189/24
Halim [6] 2071/6
2073/11 2123/11
2123/17 2146/14
2165/7
Halim's [1] 2180/5
Hallow [1] 2121/25
hammer [1] 2089/17
Hancock [19] 2076/18
2077/2 2078/18 2079/9
2079/11 2080/1 2080/5
2080/7 2082/5 2082/12
2082/23 2083/7 2084/6
2084/7 2087/8 2087/12
2089/24 2090/15
2091/11
Hancock's [3] 2078/22
2078/22 2087/10
hand [1] 2182/17
handedly [1] 2112/21
handful [1] 2134/20
hang [6] 2082/4
2084/12 2112/12
2151/18 2174/1 2201/7
hanging [3] 2104/15
2104/21 2104/22
hangout [11] 2113/12
2115/2 2174/24
2175/13 2176/1 2177/1
2179/4 2182/14
2182/19 2183/5 2186/7
happen [3] 2087/4
2090/2 2170/12
happening [2] 2088/22
2088/25
happens [1] 2177/16
Harrelson [1] 2104/16
has [17] 2078/20
2080/17 2081/6
2093/17 2112/22
2115/21 2148/23
2149/1 2151/24
2172/23 2179/8 2190/7
2191/3 2191/24 2198/9
2200/19 2201/5
have [109] 2080/1
2080/8 2080/20 2081/8
2081/14 2081/22
2082/2 2082/6 2082/11
2082/11 2083/5
2083/15 2083/24
2088/17 2096/10
2097/19 2099/2 2100/9
2100/12 2100/19
2100/25 2102/3

2103/18 2103/24
2104/23 2105/8
2105/11 2107/3 2107/9
2109/22 2110/18
2113/8 2115/18
2120/23 2121/5
2122/19 2123/4 2123/6
2123/23 2124/16
2125/23 2127/17
2131/4 2131/14
2132/12 2132/20
2135/25 2137/24
2139/14 2140/20
2140/21 2142/20
2143/4 2146/10
2146/11 2149/10
2149/14 2150/4 2150/8
2150/9 2150/16
2152/18 2153/7 2156/2
2157/11 2157/21
2158/14 2159/4
2159/13 2162/13
2162/18 2163/21
2165/18 2167/1 2167/2
2169/8 2169/13
2169/15 2170/11
2170/14 2171/10
2173/2 2173/3 2173/6
2177/2 2178/9 2180/8
2180/9 2180/16
2183/18 2186/5 2186/5
2186/13 2188/17
2190/20 2190/21
2193/15 2194/10
2195/4 2195/22
2195/25 2197/14
2198/1 2198/22
2200/18 2201/1
2201/22
haven't [2] 2078/15
2201/7
having [6] 2074/8
2080/10 2096/5
2103/22 2111/17
2153/8
he [121] 2077/3
2077/18 2083/7 2083/9
2084/8 2084/10 2085/7
2085/18 2086/19
2087/12 2090/11
2092/4 2093/23
2098/21 2099/4
2100/23 2102/12
2102/17 2103/7
2103/11 2109/18
2109/19 2109/20
2109/24 2111/10
2112/20 2113/25
2114/1 2114/19 2117/4
2117/24 2118/2 2118/5
2118/7 2118/11
2118/13 2118/14
2127/7 2127/14
2127/23 2130/22
2130/25 2131/3 2131/4
2131/9 2134/1 2134/3
2136/15 2136/16

2139/11 2143/16
2144/25 2147/8
2147/12 2147/12
2147/12 2147/13
2147/13 2147/17
2147/18 2147/20
2148/8 2148/16
2152/21 2153/6
2155/21 2155/22
2155/25 2156/6
2156/24 2157/14
2157/15 2157/22
2159/12 2161/18
2163/15 2163/19
2165/4 2166/10
2166/12 2166/12
2166/17 2166/20
2166/24 2167/4 2167/8
2167/8 2167/11
2167/13 2167/16
2168/13 2168/15
2169/16 2170/10
2170/14 2170/23
2171/3 2171/4 2173/10
2173/10 2173/12
2173/13 2174/5
2175/21 2177/7 2177/9
2177/23 2177/24
2178/23 2179/1 2179/8
2179/16 2183/4 2189/7
2190/20 2190/21
2190/22 2192/1
2192/10
he said [1] 2169/16
he's [29] 2100/15
2107/8 2107/14
2110/24 2111/1
2111/14 2113/20
2113/23 2113/24
2143/3 2147/17
2153/20 2161/20
2171/2 2171/3 2171/22
2178/15 2178/17
2188/17 2189/3 2189/3
2189/6 2189/9 2189/12
2191/1 2191/2 2191/7
2191/7 2193/17
head [5] 2101/1 2101/2
2152/3 2172/13
2173/13
heading [1] 2093/17
hear [6] 2078/12
2082/15 2086/9
2177/14 2178/1 2178/5
heard [4] 2078/15
2086/2 2087/23
2110/19
hearsay [2] 2077/7
2079/3
heavily [1] 2188/13
hell [1] 2137/1
help [1] 2097/20
her [1] 2081/11
2081/15 2084/12
2110/5 2112/13
2112/13 2152/5 2165/9
2198/20 2199/23

2213

her... [1] 2201/23
here [41] 2074/24
2076/1 2076/14
2077/20 2080/5
2081/23 2086/8
2088/14 2089/16
2090/17 2091/4 2094/2
2094/18 2094/19
2094/23 2096/14
2096/19 2098/25
2099/4 2101/14
2102/12 2110/24
2116/7 2122/19
2123/21 2128/19
2136/14 2138/17
2152/5 2158/17 2161/6
2169/17 2169/23
2171/7 2171/19
2171/25 2173/14
2173/19 2174/1
2190/23 2197/25
Hey [1] 2110/14
HI [2] 2071/4 2194/22
highlighted [3]
2109/11 2111/5
2115/11
Hilgeman [11] 2074/6
2074/8 2087/21
2087/21 2123/15
2123/22 2146/18
2153/22 2198/25
2199/7 2200/16
Hilgeman's [3] 2074/4
2198/14 2199/9
Hills [3] 2099/19
2099/23 2100/6
Hilton [5] 2094/4
2103/12 2145/19
2146/1 2167/18
Hilton Garden Inn [4]
2094/4 2103/12
2145/19 2167/18
him [26] 2080/6
2087/11 2102/16
2132/9 2146/24 2147/2
2155/14 2155/19
2156/9 2156/25
2164/15 2164/25
2166/6 2166/21
2166/24 2167/14
2168/22 2169/24
2172/12 2172/19
2172/22 2179/6 2188/1
2188/4 2189/12
2192/10
himself [2] 2087/12
2107/13
his [41] 2077/3
2077/17 2079/16
2083/17 2083/19
2099/3 2100/23 2111/9
2111/22 2113/21
2118/6 2118/11 2120/3
2131/8 2144/20
2144/21 2144/22
2144/25 2147/6
2147/13 2147/16

2159/13 2164/18
2174/24 2175/13
2176/3 2176/22
2177/11 2178/16
2179/3 2180/17
2180/22 2187/12
2189/1 2190/13
2190/14 2190/17
2190/18 2191/24
history [1] 2174/17
hit [3] 2093/12 2102/22
2120/18
hold [3] 2079/25
2081/21 2082/4
hold on [1] 2081/21
Holiday [2] 2145/21
2145/23
hollow [1] 2121/21
home [5] 2080/6
2114/2 2147/13
2147/16 2148/1
Homewood [1]
2145/16
Honor [30] 2073/3
2078/3 2078/14 2079/2
2079/23 2080/3
2081/18 2084/20
2109/3 2112/11 2123/5
2123/6 2123/12
2124/17 2124/21
2125/5 2125/7 2125/24
2150/20 2152/19
2164/3 2194/15
2196/12 2197/22
2198/6 2200/2 2200/25
2201/6 2201/17
2201/21
HONORABLE [1]
2070/9
hope [4] 2090/1
2090/11 2112/19
2158/4
hoping [1] 2087/3
host [6] 2076/16
2083/7 2084/8 2086/19
2087/7 2165/9
host's [1] 2076/17
hosts [1] 2083/7
hotel [13] 2096/9
2101/19 2101/23
2102/7 2103/6 2105/12
2105/17 2146/4
2148/11 2148/13
2167/14 2167/15
2168/7
hotels [1] 2145/14
hour [3] 2076/24
2100/15 2167/9
hours [2] 2095/16
2095/21
how [22] 2076/13
2077/1 2081/25
2082/15 2082/19
2087/9 2092/16 2096/2
2096/3 2122/22 2128/6
2131/22 2132/15
2137/3 2137/5 2152/24

2181/23 2197/25
2198/17 2200/5
Howey [3] 2099/19
2099/23 2100/6
Hughes [2] 2070/15
2073/8
huh [2] 2154/20 2193/2
hundred [1] 2179/17
hundreds [8] 2127/10
2127/14 2140/13
2140/19 2171/23
2187/20 2188/24
2189/16
Hydro [1] 2197/10
Hydro AL [1] 2197/10

I
I am [1] 2165/14
I apologize [1] 2191/7
I believe [11] 2094/10
2110/14 2111/15
2124/8 2131/4 2147/23
2148/9 2154/5 2155/23
2187/7 2189/23
I can [3] 2132/10
2135/12 2173/13
I can't [3] 2078/12
2173/9 2173/12
I did [3] 2132/8
2164/14 2168/22
I didn't [1] 2108/23
I don't [4] 2148/16
2165/21 2167/14
2172/14
I don't recall [1]
2167/5
I have [11] 2105/11
2123/23 2124/16
2125/23 2146/11
2149/14 2150/8 2169/8
2173/2 2188/17
2195/25
I hope [1] 2090/11
I just [2] 2127/17
2149/25
I know [6] 2105/25
2131/23 2132/21
2186/1 2188/10
2197/10
I mean [6] 2079/3
2147/12 2148/5 2164/8
2173/9 2199/3
I saw [1] 2167/9
I say [1] 2088/8
I shouldn't [1] 2153/5
I think [28] 2076/23
2092/19 2093/7
2107/15 2109/18
2112/19 2116/16
2126/11 2127/25
2143/9 2145/10
2145/22 2148/11
2152/9 2164/22 2167/1
2169/7 2169/8 2169/11
2175/15 2177/9 2179/6
2186/6 2189/1 2191/22
2191/22 2192/23

I thought [1] 2193/22
I understand [1]
2095/7
I want [3] 2092/19
2115/15 2146/21
I was [1] 2192/24
I would [1] 2110/22
I'd [3] 2097/15 2196/5
2201/19
I'll [13] 2078/14 2099/7
2108/25 2137/8
2139/21 2151/2 2151/5
2152/7 2152/22 2153/9
2164/9 2164/10 2197/3
I'm [77] 2076/11
2076/14 2080/11
2081/22 2082/15
2082/16 2082/18
2082/19 2090/11
2090/12 2090/20
2091/13 2093/22
2097/7 2098/14
2098/18 2098/22
2099/11 2100/5
2100/25 2106/6 2106/6
2106/11 2109/4
2109/24 2110/3 2112/7
2113/17 2116/23
2123/21 2124/7 2126/7
2127/17 2130/3
2131/21 2132/20
2138/3 2142/19
2143/23 2144/13
2148/1 2148/2 2148/2
2148/2 2148/3 2151/4
2151/19 2154/25
2156/1 2156/4 2156/6
2156/8 2157/17 2159/5
2161/14 2161/15
2165/13 2165/24
2167/8 2167/9 2167/10
2167/13 2169/21
2171/17 2172/20
2178/19 2180/19
2187/23 2188/2 2189/7
2190/17 2193/6
2195/13 2195/14
2197/9 2197/21 2202/1
I'm going [4] 2123/21
2127/17 2130/3 2148/2
I'm not [6] 2090/11
2112/7 2131/21
2165/13 2167/10
2167/13
I'm not sure [4]
2151/19 2167/8
2171/17 2190/17
I'm sorry [8] 2097/7
2106/11 2109/4 2124/7
2132/20 2180/19
2189/7 2197/9
I've [20] 2080/7 2084/6
2087/11 2087/11
2091/5 2091/5 2091/12
2091/15 2099/24
2100/6 2100/22
2101/12 2104/3

2143/17 2144/4
2153/19 2171/13
2194/6
ice [2] 2115/20
2115/21
ID'd [1] 2147/2
idea [5] 2121/5 2122/3
2122/7 2152/10
2180/24
identical [1] 2159/22
identification [2]
2125/13 2126/5
identified [5] 2155/13
2159/23 2169/2
2182/19 2190/10
identifier [2] 2149/2
2184/1
identify [4] 2110/6
2118/25 2196/9 2199/4
identifying [1] 2199/3
illegal [1] 2164/23
image [3] 2187/11
2191/7 2191/8
imagine [1] 2110/22
IMO [1] 2109/21
implied [2] 2147/13
2147/15
improper [1] 2164/10
included [3] 2075/4
2180/18 2183/21
includes [1] 2192/1
including [1] 2092/8
incorrectly [1] 2177/13
Independence [1]
2083/8
independent [1]
2092/7
INDEX [3] 2072/2
2072/9 2072/15
Indian [1] 2071/7
indicated [2] 2133/20
2151/24
individual [6] 2089/17
2099/16 2149/1 2165/6
2181/21 2189/15
individually [1]
2139/24
individuals [8] 2138/4
2154/12 2155/4
2156/21 2165/10
2166/7 2167/4 2168/2
inflammatory [2]
2117/23 2118/1
information [6] 2076/9
2147/11 2152/7
2152/25 2156/9
2159/13
initial [1] 2192/21
Inn [13] 2077/14
2077/18 2085/19
2085/21 2094/4
2103/12 2105/19
2145/19 2145/21
2145/23 2146/1 2146/7
2167/18
input [1] 2180/8
inside [12] 2108/9

2214

**I**

**inside... [11]** 2175/3
2177/13 2177/14
2177/17 2177/19
2177/20 2177/22
2177/23 2178/1 2178/3
2178/5
**Instead [1]** 2082/8
**instructor [1]** 2162/16
**Insurrection [1]**
2109/19
**Insurrection Act [1]**
2109/19
**intend [1]** 2164/23
**intent [1]** 2164/18
**Internet [1]** 2078/17
**interrupt [1]** 2110/3
**introduced [1]** 2081/24
**introduces [1]** 2087/12
**investigated [1]**
2161/5
**investigates [1]** 2164/5
**investigation [11]**
2126/20 2130/18
2132/1 2132/22 2138/7
2139/17 2142/25
2144/9 2149/1 2150/13
2150/25
**investigation, [1]**
2154/8
**investigation, right [1]**
2154/8
**investigations [1]**
2150/17
**investigative [1]**
2149/18
**invoices [1]** 2160/24
**invoke [1]** 2109/21
**invokes [1]** 2109/19
**involving [1]** 2161/17
**irrelevant [1]** 2201/11
**Irving [3]** 2155/21
2156/25 2157/16
**Irving, [1]** 2157/11
**Irving, Texas [1]**
2157/11
**is [322]**
**is needed [1]** 2099/8
**is there [4]** 2153/3
2166/17 2194/2
2196/18
**Isaacs [1]** 2144/19
**Isaacs' [2]** 2187/7
2187/11
**ish [1]** 2114/15
**isn't [3]** 2161/13
2161/20 2174/6
**issue [6]** 2079/12
2079/18 2080/1
2080/12 2153/18
2201/22
**issues [2]** 2082/11
2082/20
**it [222]**
**It may [1]** 2152/4
**it's [74]** 2074/3 2075/7
2075/9 2076/24 2077/7
2077/8 2079/3 2079/23

2091/15 2097/22
2101/12 2102/2
2105/21 2109/4
2110/21 2112/18
2113/2 2113/5 2114/1
2116/9 2116/14
2117/14 2119/21
2123/17 2123/18
2128/4 2129/6 2130/6
2137/19 2151/22
2152/13 2153/5 2153/6
2157/8 2159/22
2159/25 2160/1
2160/11 2160/17
2160/19 2160/20
2167/1 2169/4 2169/4
2170/13 2170/16
2173/11 2173/22
2174/10 2177/2 2177/8
2177/8 2177/9 2179/4
2181/16 2182/4
2182/11 2184/7 2185/7
2185/7 2187/7 2187/11
2188/4 2188/13
2189/18 2189/23
2191/20 2192/10
2195/11 2196/19
2199/13 2200/11
**It's like [1]** 2110/21
**its [3]** 2079/21 2082/21
2092/2

**J**

**jacket [2]** 2121/23
2122/1
**Jackson [8]** 2071/11
2095/12 2146/22
2148/6 2148/9 2148/15
2148/23 2165/25
**Jacksonville [8]**
2100/4 2100/10
2100/13 2100/17
2100/19 2100/21
2100/24 2101/3
**James [17]** 2095/12
2147/9 2147/19
2147/22 2148/12
2165/15 2166/9
2166/10 2166/19
2166/25 2167/9
2167/25 2168/2 2188/4
2193/9 2197/10
2197/12
**Jan [6]** 2109/20 2111/9
2187/16 2193/17
2195/4 2196/2
**Jan 6 [1]** 2109/20
**Jan 6th [1]** 2111/9
**Jan. [7]** 2130/22
2143/13 2183/25
2193/9 2195/5 2196/11
2197/12
**Jan. 6 [2]** 2193/9
2195/5
**Jan. 6, 21 D.C. Op [1]**
2196/11
**January [51]** 2075/14

2083/14 2085/8
2088/23 2088/25
2092/4 2092/9 2093/15
2094/3 2094/14 2095/1
2095/7 2095/13
2095/20 2095/21
2095/22 2096/8 2096/8
2098/24 2105/10
2119/5 2125/3 2125/3
2125/17 2125/18
2126/9 2126/10
2132/13 2154/23
2155/13 2165/20
2165/23 2166/1 2166/2
2166/3 2166/8 2166/18
2167/1 2167/2 2167/2
2168/16 2174/25
2184/16 2185/15
2185/16 2186/22
2188/18 2189/2 2196/3
**January 1st [1]**
2125/17
**January 2nd [1]**
2185/16
**January 3rd [1]** 2119/5
**January 4th [9]**
2094/14 2095/1 2095/7
2095/13 2095/20
2095/22 2096/8
2098/24 2167/2
**January 5th [10]**
2093/15 2094/3
2095/21 2096/8
2105/10 2154/23
2155/13 2166/2 2166/3
2167/2
**January 6th [15]**
2076/20 2078/24
2083/14 2088/23
2088/25 2165/20
2165/23 2166/1 2166/8
2166/18 2168/16
2174/25 2185/15
2189/2 2196/3
**Jason [2]** 2112/18
2112/18
**JC [1]** 2075/6
**Jeffrey [2]** 2070/14
2073/8
**Jeffrey Nestler [1]**
2073/8
**jeffrey.nestler [1]**
2070/20
**Jeremy [7]** 2106/20
2137/10 2141/9 2169/1
2173/11 2173/16
2177/10
**Jeremy Liggett [6]**
2106/20 2137/10
2141/9 2169/1 2173/11
2177/10
**Jersey, [1]** 2157/23
**JH2010.1 [3]** 2123/23
2124/18 2124/22
**JH2010.2 [2]** 2125/6
2125/9
**JH2010.3 [2]** 2125/25

**job [1]** 2113/22
**Jonathan [1]** 2166/4
**Jones' [1]** 2086/20
**Jordan [1]** 2116/10
**Joseph [5]** 2071/6
2073/6 2076/5 2123/19
2141/12
**Joseph Hackett [4]**
2073/6 2076/5 2123/19
2141/12
**Josh [10]** 2147/9
2147/19 2147/22
2165/15 2166/10
2166/25 2167/9
2167/25 2168/2 2193/9
**Josh James [8]** 2147/9
2147/19 2165/15
2166/10 2166/25
2167/9 2168/2 2193/9
**Joshua [3]** 2166/9
2197/10 2197/12
**Joshua James [3]**
2166/9 2197/10
2197/12
**Jr [1]** 2071/2
**JUDGE [6]** 2070/14
2097/15 2098/7 2115/3
2120/9 2201/3
**July [1]** 2172/11
**jump [3]** 2093/11
2094/9 2154/23
**jumped [1]** 2135/25
**jurors [2]** 2073/23
2153/23
**jury [16]** 2070/9
2073/24 2073/25
2075/1 2076/13 2083/3
2085/5 2087/9 2096/20
2152/17 2153/24
2153/25 2159/7
2197/23 2199/18
2200/15
**jury's [2]** 2075/9
2128/23
**just [94]** 2074/18
2075/17 2075/19
2078/12 2081/1
2081/18 2083/3
2084/12 2085/5 2086/2
2086/8 2088/8 2089/13
2091/1 2091/21
2091/24 2093/12
2095/2 2095/16 2096/2
2096/19 2097/20
2098/13 2098/21
2102/22 2103/14
2106/6 2108/5 2108/14
2109/4 2110/5 2111/4
2111/13 2112/16
2116/18 2118/24
2118/25 2121/14
2122/14 2123/4
2126/12 2127/17
2128/1 2129/22
2131/12 2131/17
2131/19 2131/21

2137/21
2143/22 2143/22
2144/4 2145/23
2146/10 2147/23
2149/25 2151/2 2151/5
2151/7 2153/6 2154/23
2155/1 2156/8 2156/20
2157/10 2157/19
2161/7 2162/21
2163/11 2167/11
2169/21 2169/23
2169/24 2170/20
2172/15 2172/16
2173/13 2181/1
2181/10 2182/13
2184/7 2185/7 2185/17
2186/5 2192/21
2193/18 2194/23
2199/10 2199/17
2201/19 2201/21
**justice [1]** 2088/18
**Justin [3]** 2094/19
2095/5 2122/12

**K**

**Kailua [1]** 2071/4
**Kandaris [18]** 2076/10
2083/24 2084/2 2085/3
2085/5 2085/7 2085/16
2085/18 2085/20
2086/4 2087/6 2087/16
2088/1 2088/7 2089/4
2090/18 2092/3
2141/21
**Kandaris' [1]** 2086/9
**Kandaris's [1]** 2080/22
**Kane [3]** 2099/11
2099/15 2099/17
**Kathryn [1]** 2070/14
**Kathryn.Rakoczy [1]**
2070/19
**keep [1]** 2078/12
**Keeper [3]** 2118/12
2161/4 2175/1
**Keepers [13]** 2100/14
2103/22 2107/9 2108/6
2110/14 2124/2 2125/1
2125/16 2126/9
2171/12 2177/24
2193/19 2195/22
**Kelly [14]** 2075/3
2076/6 2085/22
2106/19 2107/8
2107/13 2118/18
2119/9 2133/8 2169/1
2173/13 2176/25
2179/15 2200/24
**Kelly Meggs [11]**
2075/3 2076/6 2106/19
2107/8 2107/13
2118/18 2119/9 2133/8
2169/1 2176/25
2179/15
**Kelly Meggs' [2]**
2173/13 2200/24
**Kellye [1]** 2167/20
**Kenneth [3]** 2099/17
2113/14 2178/10

**K**

**Kenneth Bittner [2]**
2099/17 2178/10
**Kentucky [1]** 2075/25
**key [1]** 2079/4
**killed [3]** 2172/8
2172/16 2172/21
**kind [8]** 2093/8
2095/20 2108/19
2110/18 2116/10
2131/23 2154/17
2191/4
**kneeling [1]** 2163/8
**knew [3]** 2097/20
2148/5 2166/17
**knockdown [1]**
2115/15
**know [85]** 2076/11
2078/17 2080/15
2080/21 2086/18
2087/9 2087/22 2090/1
2091/5 2091/5 2095/17
2097/19 2097/21
2098/19 2100/16
2101/10 2102/5
2103/20 2105/25
2107/5 2111/14
2113/23 2116/22
2120/24 2121/1 2121/9
2122/22 2129/10
2131/23 2131/23
2132/21 2133/8
2134/11 2138/1
2138/14 2138/15
2139/20 2140/3
2142/25 2143/7 2144/5
2148/23 2152/2 2153/5
2157/12 2157/14
2158/2 2158/17
2158/23 2159/7
2161/22 2167/14
2167/14 2167/16
2169/9 2171/2 2171/6
2171/6 2171/6 2171/22
2171/23 2172/10
2173/22 2173/23
2174/8 2183/25
2184/10 2184/12
2186/1 2187/15 2188/8
2188/10 2188/17
2197/10 2198/12
2198/15 2198/24
2199/2 2199/6 2199/10
2199/22 2201/12
2201/13 2201/15
2202/2
**knowing [1]** 2156/21
**knowledge [5]** 2107/25
2119/17 2120/4
2150/25 2172/24
**known [2]** 2172/1
2172/3
**knows [2]** 2173/1
2175/22
**Kraut [3]** 2099/11
2099/15 2099/16

**labels [1]** 2079/3
**lack [1]** 2182/15
**Ladies [3]** 2074/3
2152/12 2200/11
**laid [1]** 2078/20
**Lane [1]** 2071/7
**large [2]** 2074/19
2181/11
**last [17]** 2073/19
2081/24 2081/25
2082/7 2082/12 2112/8
2112/16 2117/17
2118/21 2125/19
2134/13 2142/12
2154/5 2155/12
2193/20 2197/18
2198/10
**Lastly [1]** 2143/17
**late [1]** 2096/8
**later [4]** 2170/4
2172/15 2183/10
2192/16
**Laura [1]** 2145/1
**Laura Steele [1]**
2145/1
**law [2]** 2071/2 2164/13
**laws [1]** 2164/2
**Lawyers [1]** 2112/3
**lay [1]** 2082/13
**laying [2]** 2163/3
2163/4
**lead [3]** 2111/22
2175/13 2176/3
**Leadership [4]** 2106/9
2106/14 2130/19
2186/8
**learn [1]** 2150/3
**least [7]** 2079/11
2106/1 2117/21
2149/13 2178/23
2180/13 2188/12
**leaving [2]** 2114/7
2178/24
**LeBron [1]** 2116/10
**led [1]** 2112/20
**Lee [1]** 2071/2
**left [3]** 2076/5 2076/8
2182/17
**left-hand [1]** 2182/17
**legal [7]** 2112/3
2112/14 2112/20
2113/2 2164/4 2164/8
2164/23
**legally [3]** 2109/22
2109/25 2112/10
**legend [1]** 2182/15
**legislative [1]** 2109/20
**Lemar [8]** 2099/17
2099/19 2099/23
2100/13 2101/19
2103/7 2103/8 2103/15
**less [3]** 2121/11
2186/5 2186/5
**less-reliable type [1]**
2121/11
**let [9]** 2082/20 2105/4
2123/4 2132/15

**2201/12** 2201/13
2201/15
**let's [39]** 2073/19
2076/8 2100/19
2102/21 2105/2
2105/16 2106/2
2116/18 2117/11
2119/18 2136/13
2136/13 2138/16
2138/18 2152/9
2153/22 2155/8
2155/11 2160/10
2170/19 2173/15
2173/25 2175/8 2183/9
2183/24 2184/15
2185/3 2185/14 2186/8
2186/15 2188/3
2189/20 2191/16
2192/25 2193/18
2193/20 2195/21
2197/19 2200/10
**letter [1]** 2120/15
**Lexington [1]** 2118/6
**liberty [2]** 2088/18
2188/19
**license [1]** 2156/12
**life [1]** 2118/12
**Liggett [11]** 2106/20
2137/10 2137/22
2141/9 2169/1 2170/21
2173/11 2173/16
2174/1 2174/14
2177/10
**like [22]** 2083/10
2093/8 2102/24 2108/2
2110/21 2115/25
2116/9 2116/10
2121/14 2122/18
2126/7 2131/17
2138/13 2144/19
2161/24 2167/10
2175/5 2180/23 2181/7
2181/10 2181/24
2196/5
**likely [1]** 2186/7
**likes [1]** 2115/22
**likes/dislikes [1]**
2115/22
**limit [2]** 2151/15
**limitations [1]** 2096/3
**line [6]** 2087/13
2094/11 2147/3 2155/1
2155/1 2189/7
**Line 1 [1]** 2189/7
**Line 2 [4]** 2094/11
2147/3 2155/1 2155/1
**link [2]** 2075/3 2133/11
**links [3]** 2083/10
2166/6 2166/9
**Lisa [2]** 2118/20
2142/12
**listed [1]** 2076/1
**listened [4]** 2078/23
2080/17 2083/4
2087/11
**listening [1]** 2076/21
**little [10]** 2107/22

2155/8 2155/16
2159/18 2160/10
2160/16 2197/3
2201/19
**lived [1]** 2156/21
**lives [1]** 2099/19
**lobby [1]** 2105/1
**location [2]** 2075/23
2077/15 2077/17
2147/10 2147/21
2155/20 2156/3
**locations [1]** 2144/10
**logical [1]** 2157/25
**logistics [4]** 2195/20
2195/24 2198/8
2199/16
**long [2]** 2105/24
2106/3
**longer [2]** 2078/1
2105/25
**look [8]** 2080/11
2136/13 2136/13
2185/3 2187/5 2188/3
2200/12 2201/9
**looked [5]** 2126/12
2149/13 2160/25
2185/5 2185/17
**looking [9]** 2075/2
2077/20 2085/2
2112/20 2126/7
2128/19 2164/12
2178/9 2193/24
**looking at [1]** 2075/2
**looks [1]** 2126/7
**lot [12]** 2096/9 2098/19
2102/6 2116/3 2116/11
2122/19 2132/4 2139/4
2139/5 2139/7 2139/8
2196/25
**Lots [2]** 2096/24
2096/25
**loud [1]** 2178/5
**Louis [2]** 2070/15
2073/9
**Louis Manzo [1]**
2073/9
**Louisville [1]** 2075/25
**Lumberton [2]** 2101/23
2102/18
**lunch [5]** 2197/4
2200/10 2200/13
2200/17 2201/9

**M**

**ma'am [1]** 2104/8
**made [11]** 2127/2
2127/13 2129/11
2129/19 2142/21
2148/17 2164/1
2169/13 2169/25
2201/1 2201/7
**main [3]** 2156/14
2170/24 2194/23
**majority [2]** 2158/19
2186/6
**make [16]** 2077/10
2081/1 2081/19 2082/2

2115/20 2148/15
2157/19 2164/8
2181/10 2181/17
2195/2 2195/23 2198/4
**makes [3]** 2129/4
2129/8 2164/23
**making [4]** 2104/25
2105/11 2163/14
2179/17
**manager [2]** 2098/13
2098/21
**manner [1]** 2162/24
**many [11]** 2122/22
2132/15 2151/9
2151/13 2180/14
2181/23 2186/13
2186/23 2187/14
2197/25 2198/17
**Manzo [3]** 2070/15
2073/9 2153/9
**March [1]** 2150/14
**Marion [1]** 2071/15
**Mark [10]** 2142/5
2165/22 2175/13
2175/15 2176/3 2176/7
2176/9 2176/10
2176/12 2176/21
**Mark Grods [1]** 2142/5
**Mark Meadows [7]**
2175/13 2176/3 2176/7
2176/9 2176/10
2176/12 2176/21
**marked [2]** 2123/23
2158/9
**Marshals [1]** 2172/15
**Martin [2]** 2071/10
2073/12
**material [1]** 2199/4
**math [1]** 2186/17
**matt [1]** 2071/22
**matter [1]** 2203/4
**Matthew [2]** 2071/19
2073/14
**Matthew Peed [1]**
2073/14
**maximum [1]** 2107/25
**may [17]** 2100/25
2109/2 2112/19
2138/19 2138/21
2139/2 2140/11 2152/4
2152/4 2152/19
2152/21 2157/11
2164/13 2167/1
2180/16 2199/11
2201/14
**maybe [8]** 2107/13
2132/17 2150/1 2152/6
2167/10 2178/16
2182/6 2188/2
**Mayflower [3]** 2146/4
2148/9 2168/7
**Mayflower Hotel [2]**
2146/4 2168/7
**me [27]** 2080/23
2081/20 2082/6 2082/9
2082/12 2090/21
2091/17 2106/1

**me...** [19] 2109/16
2113/16 2122/15
2123/4 2128/3 2132/15
2134/23 2136/6
2139/21 2143/21
2144/5 2153/6 2156/11
2156/17 2175/9 2188/2
2201/12 2201/13
2201/15
**Meadows** [10] 2111/22
2112/19 2175/13
2175/15 2176/3 2176/7
2176/9 2176/10
2176/12 2176/21
**mean** [22] 2078/25
2079/3 2079/4 2079/19
2080/12 2080/25
2081/3 2147/12 2148/5
2149/4 2151/20
2156/20 2163/9 2164/8
2173/9 2174/11
2181/24 2182/1
2195/14 2196/17
2199/3 2199/4
**means** [4] 2092/8
2109/20 2162/15
2171/18
**meant** [2] 2177/14
2200/8
**media** [1] 2138/2
**meet** [7] 2095/13
2104/25 2105/11
2123/17 2123/18
2147/18 2147/22
**meeting** [5] 2101/3
2101/14 2104/7
2147/19 2148/2
**Meggs** [39] 2075/3
2075/15 2076/6
2104/15 2106/19
2107/8 2107/13
2107/17 2107/19
2107/20 2107/20
2107/25 2118/18
2119/9 2133/8 2133/11
2134/4 2134/14
2135/21 2136/10
2136/14 2137/9
2137/22 2142/21
2143/1 2143/7 2143/10
2143/12 2169/1
2169/13 2170/5
2170/20 2171/7 2174/1
2174/14 2174/21
2176/25 2179/15
2198/9
**Meggs'** [4] 2134/24
2173/13 2198/7
2200/24
**MEHTA** [1] 2070/9
**member** [4] 2172/8
2172/12 2172/21
2175/18
**members** [1] 2109/21
**mention** [1] 2190/14
**mentioned** [3] 2081/25
2162/8 2177/6

**message** [68] 2075/13
2075/15 2108/5
2109/15 2111/11
2111/20 2112/2
2112/16 2115/17
2115/19 2118/17
2119/5 2119/13
2129/24 2131/14
2131/19 2131/23
2131/24 2133/1 2133/2
2133/4 2133/5 2134/10
2134/13 2134/13
2134/24 2135/10
2135/17 2135/18
2136/3 2136/4 2136/10
2136/13 2136/25
2167/9 2169/5 2170/20
2171/10 2173/7 2174/9
2174/11 2179/24
2181/11 2181/14
2181/19 2182/22
2183/16 2184/4
2184/18 2184/19
2184/22 2185/19
2186/12 2186/17
2187/9 2189/21 2190/1
2190/4 2190/7 2190/13
2190/14 2191/21
2192/5 2192/7 2192/12
2197/6 2200/3 2200/5
**Message 16,531** [1]
2186/12
**messages** [111]
2096/11 2098/11
2101/5 2101/8 2104/6
2104/17 2104/18
2105/11 2106/19
2107/1 2108/16
2108/19 2108/21
2108/23 2109/11
2111/19 2112/1
2117/21 2117/22
2117/24 2118/1 2119/9
2127/22 2129/16
2130/4 2130/9 2130/14
2131/4 2131/8 2131/9
2131/11 2131/11
2132/2 2132/4 2132/5
2132/7 2132/16
2134/19 2134/20
2134/23 2136/5 2136/7
2137/7 2137/9 2137/13
2137/15 2137/21
2137/21 2138/21
2139/3 2139/5 2139/7
2139/8 2139/11
2139/14 2139/18
2139/24 2139/25
2140/7 2140/14
2140/16 2140/20
2141/2 2141/4 2141/5
2141/8 2141/12
2141/14 2141/14
2147/7 2147/8 2147/10
2147/17 2148/11
2155/22 2156/12
2166/25 2167/15

2171/10 2171/13
2171/23 2176/19
2179/15 2180/2 2181/4
2181/6 2181/7 2181/21
2181/22 2182/25
2183/1 2183/18
2183/21 2184/10
2184/24 2185/2
2185/10 2185/21
2186/1 2186/4 2186/17
2186/25 2187/14
2187/20 2187/24
2188/12 2188/14
2188/24 2192/14
**met** [13] 2100/4 2100/5
2100/10 2100/13
2102/3 2102/6 2144/25
2166/10 2166/13
2167/11 2169/24
2194/3 2194/11
**metal** [2] 2121/23
2122/1
**method** [2] 2128/20
2129/15
**methods** [1] 2145/9
**Michael** [1] 2167/23
**middle** [3] 2111/17
2174/4 2188/25
**midnights** [1] 2092/22
**might** [8] 2081/14
2082/6 2126/7 2163/20
2167/1 2170/12
2193/22 2198/3
**miles** [4] 2101/25
2102/17 2105/21
2105/23
**military** [2] 2110/21
2111/1
**mind** [1] 2075/6
**minds** [2] 2113/4
2113/5
**minimum** [1] 2122/17
**Minnesota** [1] 2105/25
**MINUTA** [31] 2070/6
2071/2 2073/5 2073/10
2141/6 2146/19
2148/17 2155/12
2155/19 2159/6
2161/17 2163/16
2165/19 2166/14
2166/19 2167/6
2168/12 2168/21
2187/24 2188/5
2188/16 2190/8
2190/14 2190/20
2190/25 2191/24
2192/9 2192/13
2192/24 2193/9 2194/2
**Minuta's** [1] 2191/17
**minute** [5] 2075/18
2075/19 2076/2
2101/13 2161/7
**minutes** [2] 2081/23
2086/3
**missed** [1] 2192/23
**missing** [3] 2081/4
2139/18 2188/2

**mistake** [1] 2195/17
**modified** [1] 2081/14
**Moerschel** [21]
2071/10 2073/6
2073/13 2097/8
2099/22 2101/18
2103/5 2103/14 2104/6
2104/15 2105/8 2107/3
2110/9 2111/7 2111/8
2114/11 2115/10
2117/2 2194/3 2194/4
2194/5
**moment** [6] 2085/12
2087/23 2123/4
2146/10 2165/15
2173/10
**money** [3] 2133/24
2133/25 2175/20
**moniker** [1] 2174/23
**month** [1] 2159/10
**months** [1] 2091/16
**more** [11] 2112/1
2134/2 2149/3 2163/4
2170/13 2179/25
2185/16 2185/21
2186/5 2186/5 2189/5
**morning** [20] 2070/7
2073/3 2073/17 2074/1
2074/15 2092/16
2092/17 2095/16
2095/20 2098/24
2099/3 2123/15
2123/16 2146/20
2152/13 2166/7
2166/18 2168/15
2194/21 2201/23
**most** [2] 2122/17
2169/8
**mostly** [3] 2133/22
2144/13 2145/11
**motherfucker** [1]
2090/20
**Mountain** [2] 2077/6
2077/10
**Mountain Time** [2]
2077/6 2077/10
**move** [12] 2078/3
2084/20 2124/17
2125/5 2125/12
2125/24 2137/6
2153/20 2155/1
2155/25 2160/4
2197/22
**moved** [2] 2103/11
2155/23
**movement** [3] 2112/22
2147/6 2154/12
**moving** [2] 2147/14
2157/17
**Mr** [2] 2083/24 2153/9
**Mr.** [158]
**Mr. Bittner** [7] 2099/22
2100/13 2100/15
2101/3 2101/19
2178/13 2178/23
**Mr. Greene** [2] 2093/22
2093/23
**Mr. Grods** [2] 2147/19

**Mr. Hackett** [30]
2130/19 2132/2 2132/7
2135/14 2136/4
2137/24 2138/2 2138/4
2138/9 2138/12 2139/9
2139/15 2139/19
2140/2 2140/16
2140/22 2141/3 2141/6
2141/9 2141/15
2141/18 2141/21
2141/25 2142/5 2142/8
2142/12 2142/16
2143/15 2152/19
2165/9
**Mr. Hackett's** [5]
2138/14 2138/19
2138/22 2139/3
2140/10
**Mr. Hancock** [14]
2077/2 2078/18 2079/9
2080/1 2080/5 2080/7
2082/5 2082/12
2082/23 2084/6 2084/7
2089/24 2090/15
2091/11
**Mr. Hancock's** [1]
2078/22
**Mr. Isaacs** [1] 2144/19
**Mr. Jackson** [4] 2148/6
2148/9 2148/15
2148/23
**Mr. James** [2] 2148/12
2166/19
**Mr. Josh** [1] 2147/22
**Mr. Kandaris** [2]
2076/10 2092/3
**Mr. Kandaris'** [1]
2086/9
**Mr. Kandaris's** [1]
2080/22
**Mr. Lemar** [6] 2099/23
2100/13 2101/19
2103/7 2103/8 2103/15
**Mr. Liggett** [2] 2137/22
2174/14
**Mr. Meggs** [17]
2075/15 2133/11
2134/4 2134/14
2136/10 2136/14
2137/9 2137/22
2142/21 2143/1 2143/7
2143/10 2143/12
2170/5 2171/7 2174/14
2198/9
**Mr. Meggs'** [2] 2134/24
2198/7
**Mr. Minuta** [6] 2148/17
2155/12 2155/19
2159/6 2166/14
2166/19
**Mr. Moerschel** [9]
2099/22 2101/18
2103/14 2104/6
2104/15 2105/8 2107/3
2111/7 2117/2
**Mr. Peed** [7] 2073/19
2078/11 2080/12

**Mr. Peed... [4]** 2081/20
2082/18 2194/18
2199/12
**Mr. Rhodes [6]**
2127/13 2132/9 2181/1
2182/23 2184/7
2184/10
**Mr. Rhodes' [1]**
2180/14
**Mr. Shipley [5]**
2153/19 2154/3 2159/1
2159/4 2194/17
**Mr. Siekerman [2]**
2117/11 2117/18
**Mr. Ulrich [3]** 2147/14
2147/18 2147/20
**Mr. Vallejo [10]**
2076/10 2079/15
2083/15 2085/8
2086/16 2091/19
2092/4 2092/9 2141/3
2152/4
**Mr. Vallejo's [3]**
2077/14 2080/22
2140/23
**Mr. Walden [1]**
2155/14
**Mr. Weinberg [4]**
2092/12 2118/24
2123/10 2143/8
**Mr. Young [1]** 2145/3
**Ms [1]** 2087/21
**Ms. [19]** 2075/17
2085/9 2085/13
2086/22 2086/25
2087/17 2088/3
2088/10 2088/14
2089/11 2089/13
2090/5 2090/8 2090/24
2123/11 2145/3
2146/14 2165/7 2180/5
**Ms. Badalament [14]**
2075/17 2085/9
2085/13 2086/22
2086/25 2087/17
2088/3 2088/10
2088/14 2089/11
2089/13 2090/5 2090/8
2090/24
**Ms. Halim [3]** 2123/11
2146/14 2165/7
**Ms. Halim's [1]** 2180/5
**Ms. Steele [1]** 2145/3
**much [6]** 2087/3
2126/18 2146/12
2152/15 2169/5
2195/20
**multiple [2]** 2180/14
2181/1
**music [2]** 2119/21
2143/8
**must [2]** 2111/9
2188/18
**my [40]** 2090/12
2097/5 2098/13
2098/14 2098/21
2099/2 2099/21

2100/20 2101/1 2101/2
2102/8 2106/25
2108/19 2110/9
2110/15 2114/10
2114/21 2115/10
2115/14 2115/18
2119/17 2121/1
2123/17 2124/7 2127/9
2128/2 2135/3 2145/5
2146/18 2152/3 2154/5
2158/13 2158/14
2158/22 2186/17
2188/1 2188/15
2195/18
**Myers [1]** 2071/12
**myself [3]** 2121/17
2131/22 2202/1

**N**
**N9514 [1]** 2132/25
**name [15]** 2076/17
2083/21 2085/3
2099/16 2115/10
2118/21 2123/17
2124/2 2142/12
2146/18 2155/17
2167/4 2187/24
2188/11 2191/24
**named [6]** 2073/15
2110/13 2118/20
2137/9 2142/8 2175/25
**names [4]** 2111/23
2117/17 2167/5 2176/4
**naming [1]** 2187/17
**narrator's [1]** 2080/14
**narrow [3]** 2151/2
2151/5 2151/7
**nearby [3]** 2101/20
2109/23 2109/25
**necessarily [1]**
2178/24
**necessary [1]** 2152/8
**need [16]** 2073/18
2078/11 2080/20
2111/24 2122/19
2122/23 2136/15
2136/18 2136/21
2144/5 2152/22 2176/5
2176/16 2177/11
2177/19 2178/2
**needed [2]** 2099/8
2188/11
**Nestler [2]** 2070/14
2073/8
**never [10]** 2082/5
2106/25 2114/19
2119/8 2119/13 2120/2
2121/17 2131/22
2162/2 2196/15
**new [6]** 2073/20
2157/23 2182/25
2184/6 2198/11
2198/12
**New Jersey, right [1]**
2157/23
**Newark [2]** 2157/22
2158/2

2087/2 2087/17 2088/2
2088/10 2099/6
2099/10 2110/2 2110/4
2110/12 2110/13
2111/5 2111/11
2111/20 2115/17
2115/19 2115/24
2126/5 2134/7 2134/24
2135/6 2135/9 2135/24
2146/15 2176/15
2177/11 2185/24
2193/3 2193/5 2197/16
2197/19
**nice [3]** 2082/11
2123/17 2123/18
**night [20]** 2073/20
2081/25 2081/25
2082/7 2082/12
2095/15 2096/7
2102/16 2103/1 2103/2
2103/11 2103/19
2103/23 2104/5
2104/16 2105/9
2148/19 2167/7
2167/13 2197/18
**no [102]** 2070/4
2073/19 2079/4 2081/9
2081/20 2090/19
2091/13 2091/14
2091/20 2100/9
2100/11 2100/25
2102/3 2103/18
2103/24 2103/25
2103/25 2104/3 2104/4
2104/12 2104/13
2104/14 2104/23
2105/8 2107/2 2115/5
2121/5 2122/3 2122/7
2124/19 2125/7 2126/1
2128/16 2132/8 2136/5
2138/11 2138/21
2139/2 2139/18
2140/20 2140/21
2141/2 2141/4 2141/5
2141/8 2141/11
2141/14 2141/14
2141/19 2141/23
2141/25 2142/4 2142/7
2142/11 2142/15
2149/24 2150/12
2153/4 2156/2 2157/17
2157/17 2158/12
2159/11 2159/13
2160/5 2162/3 2162/7
2163/4 2164/14 2165/6
2165/21 2166/6
2166/12 2167/5
2168/22 2168/25
2169/17 2169/21
2171/9 2172/14
2172/21 2172/24
2173/9 2182/1 2183/23
2185/13 2187/10
2187/21 2187/22
2187/22 2187/22
2188/14 2189/12
2191/22 2192/11

2194/10 2194/11
2195/3 2200/21 2201/3
**No. [2]** 2073/4 2073/5
**nobody [3]** 2081/25
2177/22 2177/23
**none [7]** 2131/8
2142/12 2163/21
2163/25 2183/21
2185/12 2185/23
**noon [1]** 2075/16
**Nope [1]** 2111/13
**normal [1]** 2181/7
**north [4]** 2101/15
2102/1 2144/25
2147/23
**North Carolina [3]**
2101/15 2102/1
2144/25
**not [147]**
**not admitted [1]**
2120/16
**notation [1]** 2084/2
**note [1]** 2149/23
**nothing [7]** 2143/4
2170/13 2174/11
2190/24 2192/7
2193/15 2194/15
**November [2]** 2132/12
2134/10
**now [67]** 2076/8
2077/19 2079/20
2081/12 2082/1 2082/9
2085/9 2085/23
2088/13 2092/21
2097/5 2099/19 2100/3
2100/19 2101/11
2101/17 2111/13
2121/3 2124/25
2125/12 2126/7 2130/3
2132/10 2134/9
2134/13 2135/24
2136/3 2136/13
2138/18 2138/25
2139/17 2140/6
2140/19 2142/19
2144/7 2145/13
2148/23 2150/13
2152/13 2159/20
2160/24 2161/2 2162/8
2163/18 2165/7
2166/12 2167/6
2169/17 2174/21
2176/18 2180/13
2183/10 2183/16
2184/16 2184/22
2184/22 2185/2
2185/16 2185/19
2186/16 2190/10
2191/17 2195/22
2197/15 2198/1
2198/13 2202/2
**number [16]** 2073/21
2125/20 2126/9
2131/19 2132/20
2132/21 2132/21
2135/12 2136/5 2136/8
2149/3 2149/7 2169/8

numbers [1] 2169/9
**NW [2]** 2070/17
2071/20

**O**
**oath [17]** 2074/16
2100/14 2103/22
2107/9 2108/6 2110/14
2118/21 2124/2 2125/1
2125/16 2126/9 2161/4
2171/12 2175/1
2177/24 2193/19
2195/22
**Oath Keeper [1]**
2118/12
**Oath Keepers [13]**
2100/14 2103/22
2107/9 2108/6 2110/14
2124/2 2125/1 2125/16
2126/9 2171/12
2177/24 2193/19
2195/22
**objecting [3]** 2081/2
2082/10 2082/16
**objection [24]** 2077/22
2079/21 2081/1 2081/3
2081/19 2082/2 2083/1
2097/19 2107/21
2112/11 2115/5
2124/19 2125/7 2126/1
2150/20 2153/3 2160/5
2164/3 2164/10
2195/12 2195/13
2196/12 2196/18
2198/4
**objectionable [1]**
2201/13
**objections [1]** 2202/3
**obtain [2]** 2138/2
2140/25
**obtained [3]** 2076/10
2076/13 2083/6
**obvious [1]** 2087/2
**obviously [2]** 2120/20
2191/3
**October [3]** 2160/14
2161/2 2161/4
**October 4th, 2020 [1]**
2160/14
**off [14]** 2076/8 2098/14
2098/22 2101/1 2101/2
2101/5 2101/12
2138/14 2152/3
2170/23 2173/20
2174/3 2182/19
2186/10
**offense [1]** 2122/1
**OFFICE [3]** 2070/16
2164/16 2164/16
**OFFICES [1]** 2071/2
**Oh [12]** 2098/18
2104/10 2120/14
2143/25 2151/10
2160/21 2170/9
2172/21 2180/19
2187/23 2189/7
2196/16

**OK [23]** 2097/2 2097/3
2098/5 2100/16
2108/17 2109/5
2111/12 2113/12
2115/1 2115/2 2133/8
2174/21 2174/24
2175/12 2176/1
2176/25 2179/4
2182/14 2182/19
2183/4 2186/7 2187/16
2188/5
**OK FL [11]** 2097/2
2097/3 2098/5 2100/16
2115/1 2115/2 2175/12
2176/1 2176/25 2179/4
2182/14
**OK Gator 1 [2]** 2133/8
2174/21
**okay [174]**
**old [5]** 2106/9 2106/14
2130/19 2183/1 2186/8
**Old Leadership [2]**
2106/9 2186/8
**once [3]** 2145/13
2148/7 2179/4
**one [78]** 2075/19
2079/5 2088/13 2090/7
2098/12 2099/6
2100/15 2105/2
2105/17 2110/13
2111/5 2111/16 2112/2
2115/24 2116/15
2117/6 2117/9 2119/21
2120/3 2123/4 2124/7
2124/9 2126/23
2127/25 2131/19
2131/21 2131/24
2131/24 2132/9
2134/16 2134/20
2137/19 2143/3 2144/2
2146/10 2150/18
2150/19 2151/25
2153/9 2154/10
2155/12 2158/2
2165/10 2169/2
2169/21 2174/2 2174/2
2176/15 2177/5 2177/7
2177/9 2178/9 2179/24
2179/25 2181/19
2184/7 2185/4 2185/5
2185/7 2185/10
2185/17 2189/21
2190/1 2190/1 2190/4
2190/7 2192/12
2192/19 2193/3 2193/5
2193/8 2193/12
2193/25 2196/2
2197/15 2198/1
2199/14 2199/20
**ones [2]** 2137/20
2187/3
**only [15]** 2090/1
2090/1 2090/1 2100/6
2107/13 2123/22
2145/10 2148/18
2159/16 2162/9 2179/8
2190/1 2190/4 2192/12

**op [17]** 2097/3 2098/5
2117/19 2130/22
2143/13 2171/13
2171/15 2183/25
2185/15 2187/16
2188/4 2193/10
2193/17 2195/4 2196/2
2196/11 2197/12
**open [8]** 2082/25
2092/11 2097/25
2112/25 2114/13
2150/9 2152/11 2200/9
**Open-ended [1]**
2114/13
**opened [1]** 2151/25
**opening [1]** 2151/21
**operation [4]** 2169/18
2195/23 2195/24
2196/3
**operations [1]** 2199/16
**opinion [1]** 2195/12
**opposed [1]** 2164/21
**option [1]** 2129/12
**options [1]** 2109/20
**order [6]** 2081/16
2110/15 2111/2
2111/15 2113/9
2197/15
**original [3]** 2181/24
2191/20 2192/5
**other [42]** 2078/19
2082/1 2092/8 2100/14
2101/4 2108/21 2123/7
2128/4 2131/18 2138/4
2139/5 2139/7 2139/8
2140/6 2151/9 2153/8
2156/2 2157/25
2158/15 2158/22
2159/10 2159/12
2161/14 2161/24
2162/5 2166/13
2166/18 2166/20
2166/20 2166/22
2168/2 2169/3 2170/6
2174/13 2181/2
2184/10 2185/2
2188/14 2192/23
2193/15 2194/11
2202/3
**other objections [1]**
2202/3
**other questions [1]**
2123/7
**other's [1]** 2104/23
**others [6]** 2109/13
2132/7 2146/4 2158/11
2158/12 2168/3
**otherwise [2]** 2079/10
2201/13
**our [13]** 2073/23
2090/1 2101/11 2128/7
2129/1 2152/13
2153/22 2156/11
2158/21 2188/19
2188/19 2201/5 2201/5
**out [24]** 2077/4
2098/10 2100/15

2104/22 2109/24
2111/23 2121/4
2122/17 2127/15
2137/1 2156/8 2160/2
2167/10 2171/8 2176/4
2179/9 2188/23
2189/16 2190/1
2191/13 2192/13
2193/13
**outside [2]** 2092/10
2178/4
**over [13]** 2096/19
2103/11 2105/2 2106/4
2113/21 2113/24
2161/14 2174/4 2175/5
2178/25 2179/6
2184/24 2201/9
**overruled [3]** 2077/8
2083/1 2196/22
**overtake [1]** 2136/21
**overturn [2]** 2112/9
2113/3
**Owen [3]** 2086/17
2086/18
**own [3]** 2144/20
2162/9 2180/15

## P

**p.m [8]** 2100/17 2133/6
2134/11 2135/16
2167/10 2179/5 2202/8
2202/8
**PA [1]** 2071/7
**pack [1]** 2174/3
**package [2]** 2133/18
2133/23
**page [7]** 2101/22
2106/9 2106/12
2106/18 2107/7 2120/8
2191/16
**page 3 [1]** 2120/8
**panel [2]** 2073/24
2153/24
**park [1]** 2147/23
**parking [2]** 2096/9
2102/6
**Parler [4]** 2131/9
2181/8 2190/1 2190/4
**Parler. [1]** 2117/25
**Parler.  Yes [1]**
2117/25
**part [16]** 2089/16
2090/10 2094/21
2094/24 2095/3
2102/24 2122/12
2126/20 2147/3
2154/14 2165/2 2176/7
2176/9 2176/10
2176/11 2176/12
**participants [1]**
2186/23
**particular [7]** 2129/10
2165/1 2165/4 2188/15
2199/5 2201/10
2201/11
**particularly [1]**
2181/14

**parties [1]** 2092/17
**parts [2]** 2137/16
2145/8
**password [2]** 2188/10
2188/11
**past [4]** 2083/15
2166/10 2170/15
2170/15
**paths [1]** 2163/22
**Patrick [1]** 2175/13
**Patrick Byrne [1]**
2175/13
**Paul [1]** 2141/15
**Paul Stamey [1]**
2141/15
**pause [12]** 2075/21
2085/12 2088/8
2089/14 2093/12
2093/21 2094/2
2094/13 2094/18
2094/19 2094/23
2095/5
**Pausing [1]** 2086/24
**PB [1]** 2169/14
**peal [1]** 2174/3
**Peed [10]** 2071/19
2071/19 2073/14
2073/19 2078/11
2080/12 2081/20
2082/18 2194/18
2199/12
**people [32]** 2076/1
2088/17 2091/5 2091/6
2091/13 2102/5
2107/14 2108/1 2116/3
2129/1 2131/12
2132/23 2134/2 2139/5
2139/8 2144/2 2144/9
2144/16 2144/17
2144/19 2145/7
2145/14 2145/16
2146/1 2151/6 2151/9
2151/15 2166/20
2166/22 2170/6
2181/13 2193/16
**per [3]** 2122/16
2122/19 2122/21
**percent [1]** 2098/13
**Performance [1]**
2160/17
**period [1]** 2132/11
**permission [1]** 2099/3
**person [8]** 2081/14
2081/15 2087/21
2122/16 2151/24
2151/25 2152/2 2191/9
**personal [4]** 2106/19
2111/9 2119/9 2197/14
**personally [4]** 2079/16
2083/24 2159/11
2176/16
**Pete [3]** 2110/13
2111/20 2175/25
**Philadelphia [1]**
2071/7
**Phoenix [3]** 2077/5
2085/7 2085/8
**phone [27]** 2078/5

2097/17 2100/23
2101/8 2101/10 2128/7
2138/14 2138/19
2138/22 2139/3
2140/10 2140/23
2142/8 2150/21
2180/14 2180/17
2180/22 2181/24
2182/20 2186/10
2187/6 2187/11
2187/12 2187/21
2198/3
**phones [7]** 2128/24
2132/6 2132/15
2132/21 2132/23
2181/2 2187/19
**photo [3]** 2191/1
2191/2 2191/3
**photograph [1]** 2092/9
**photos [1]** 2104/4
**physical [1]** 2104/18
**physically [1]** 2105/9
**pick [2]** 2099/23
2106/6
**picked [2]** 2180/8
2186/1
**picture [2]** 2104/5
2175/1
**pictures [3]** 2104/11
2104/12 2104/13
**pieces [1]** 2128/1
**pistol [3]** 2115/14
2122/24 2123/1
**pitchforks [1]** 2179/10
**places [1]** 2168/12
**plain [1]** 2199/10
**Plaintiff [1]** 2070/4
**plan [5]** 2114/7
2169/17 2173/16
2173/19 2201/19
**planned [1]** 2114/1
**planning [2]** 2169/18
2178/23
**plate [1]** 2156/12
**play [11]** 2084/11
2085/9 2085/23 2086/5
2086/21 2089/10
2090/4 2090/23
2093/12 2102/22
2144/5
**played [14]** 2085/11
2085/24 2086/6
2086/23 2087/19
2088/4 2088/12
2089/12 2090/6
2090/25 2093/13
2154/24 2155/9 2191/4
**please [54]** 2074/2
2075/21 2078/13
2086/5 2087/18 2088/2
2088/11 2089/10
2090/4 2093/11 2094/9
2098/12 2099/6
2099/13 2101/13
2102/21 2106/2 2107/7
2110/5 2112/2 2112/6
2113/11 2114/4 2114/5

**P**

**please...** [30] 2115/4
2115/13 2115/17
2115/24 2116/24
2117/7 2118/16 2120/7
2120/8 2120/18
2122/12 2134/8 2154/1
2154/22 2160/9
2168/18 2170/19
2173/15 2174/20
2175/8 2175/24
2176/15 2176/24
2178/8 2179/2 2179/14
2182/14 2183/9
2188/19 2197/7
**plinking** [1] 2122/5
**Plus** [1] 2169/13
**PO** [1] 2071/3
**podcast** [23] 2073/20
2073/21 2076/9
2076/13 2076/16
2076/19 2076/21
2076/22 2076/24
2077/2 2077/24
2078/24 2079/17
2083/4 2083/6 2083/8
2083/12 2083/19
2084/1 2084/16
2085/18 2092/1 2092/3
**podcasts** [4] 2078/1
2078/16 2083/10
2087/12
**point** [8] 2100/16
2100/17 2109/24
2121/21 2125/13
2157/8 2164/1 2201/5
**points** [2] 2121/25
2154/12
**police** [5] 2171/3
2171/8 2171/12
2171/14 2171/21
**pop** [2] 2086/9 2089/20
**pops** [1] 2155/12
**portion** [2] 2077/24
2133/14
**Portland** [2] 2172/5
2172/9
**position** [1] 2164/7
**possibility** [2] 2087/23
2182/10
**possible** [3] 2158/3
2168/11 2182/11
**post** [2] 2134/24
2135/7
**posted** [12] 2075/3
2083/9 2083/13
2131/14 2134/14
2135/16 2139/11
2143/3 2143/10
2143/12 2191/23
2197/18
**posted,** [1] 2135/22
**posted, right** [1]
2135/22
**posting** [1] 2134/14
**posts** [2] 2083/10
2134/4
**Powell** [1] 2175/14

**PPQ** [1] 2116/1
**practice** [1] 2122/5
**pre** [1] 2123/23
**pre-marked** [1]
2123/23
**preceded** [1] 2135/18
**precise** [1] 2130/14
**prepared** [2] 2168/19
2194/7
**preparing** [1] 2194/25
**prescribed** [1] 2176/17
**presence** [2] 2104/18
2104/23
**present** [4] 2073/15
2083/19 2105/9
2188/18
**presentation** [1]
2129/16
**presented** [2] 2131/6
2131/10
**presenting** [1] 2198/12
**President** [8] 2133/17
2135/3 2175/16
2175/21 2176/13
2179/7 2188/19
2190/11
**President Trump** [2]
2175/21 2179/7
**President Trump's** [2]
2175/16 2176/13
**pressured** [2] 2111/24
2176/4
**pressuring** [1] 2176/6
**presumably** [6]
2175/21 2177/14
2179/7 2183/4 2184/6
2201/14
**pretrial** [3] 2078/17
2079/7 2079/13
**pretty** [2] 2079/4
2117/22
**previous** [5] 2091/2
2134/16 2176/18
2184/18 2184/19
**previously** [2] 2074/9
2136/4
**primarily** [2] 2101/5
2147/7
**prior** [8] 2165/19
2165/22 2165/25
2166/3 2166/18
2186/14 2191/23
2198/7
**private** [4] 2127/25
2131/23 2169/5
2181/17
**probably** [7] 2107/15
2109/21 2134/22
2150/12 2156/13
2158/3 2180/2
**proceedings** [3]
2070/9 2073/16 2203/4
**process,** [1] 2154/15
**process, yes** [1]
2154/15
**produce** [1] 2149/22
**production** [1]

**proficiency** [1]
2162/18
**program** [1] 2191/4
**projecting** [1] 2170/16
**prolific** [2] 2161/18
2161/21
**promised** [1] 2175/20
**pronounce** [2] 2118/21
2142/13
**proof** [1] 2103/18
**property** [2] 2102/6
2102/9
**propose** [1] 2152/24
**prosecution** [3]
2130/16 2164/15
2164/25
**prosecutor** [1] 2129/18
**Prosecutor's** [2]
2164/16 2164/16
**prosecutors** [1]
2129/13
**protected** [2] 2178/5
2188/10
**protests** [1] 2161/4
**Proud** [13] 2169/14
2169/18 2170/10
2170/24 2171/11
2172/1 2172/8 2172/12
2172/16 2172/18
2173/20 2174/17
2190/11
**Proud Boys** [1]
2170/10
**provide** [1] 2079/14
**provided** [3] 2101/11
2147/25 2156/11
**public** [7] 2081/8
2150/25 2152/25
2181/11 2181/17
2190/13 2190/18
**publicly** [1] 2076/15
**publish** [4] 2098/7
2160/9 2196/9 2197/22
**published** [1] 2076/19
**Pugh** [1] 2142/9
**pull** [19] 2074/18
2077/19 2092/19
2096/18 2100/2
2101/17 2101/22
2108/13 2120/7 2122/9
2123/21 2126/14
2132/25 2137/8
2142/20 2143/22
2157/9 2159/16
2168/18
**pulled** [4] 2181/23
2188/23 2189/16
2190/1
**Punta** [1] 2071/16
**purchase** [7] 2127/24
2127/25 2158/5
2158/15 2160/13
2161/10 2164/24
**purchased** [3] 2121/17
2157/15 2159/12
**purchaser** [1] 2161/18
**purchases** [8] 2120/10

2158/23 2163/14
2163/25 2164/18
**purple** [1] 2155/16
**purports** [2] 2079/1
2081/12
**purpose** [2] 2198/8
**purposes** [2] 2126/6
2158/20 2199/14
**put** [13] 2096/3
2096/12 2102/22
2121/1 2128/9 2129/24
2139/21 2155/19
2156/9 2156/25
2189/18 2201/20
2201/23
**putting** [3] 2075/6
2100/7 2152/25

**Q**

**QRF** [5] 2105/16
2149/13 2189/4 2189/8
2189/13
**qualification** [1]
2163/5
**qualification course**
[1] 2163/5
**qualify** [1] 2162/13
**qualifying** [1] 2163/10
**Quantity** [1] 2160/21
**quarterly** [1] 2162/13
**Queen** [1] 2071/7
**question** [23] 2087/22
2105/4 2106/11
2107/22 2107/23
2116/18 2127/17
2128/2 2139/22
2141/18 2150/24
2153/9 2154/5 2158/13
2158/14 2164/9 2164/9
2164/20 2165/22
2165/25 2193/20
2199/11 2200/19
**questions** [11]
2082/20 2091/20
2123/7 2138/3 2143/17
2144/4 2146/21
2158/22 2165/8 2180/5
2198/17
**quick** [4] 2091/22
2109/16 2116/18
2157/9
**quickly** [2] 2134/16
2185/3
**quit** [1] 2091/16
**quite** [4] 2131/25
2158/3 2178/15
2191/10

**R**

**raise** [1] 2201/22
**raising** [1] 2079/20
**Rakoczy** [1] 2070/14
**rally** [3] 2092/6
2100/16 2100/17
**random** [1] 2199/25
**range** [3] 2122/20
2122/21 2162/15

**reached** [2] 2079/9
2157/25
**read** [29] 2097/5
2097/10 2098/9
2098/12 2098/19
2099/6 2109/15 2110/2
2110/12 2111/6
2111/11 2111/20
2112/2 2112/7 2112/16
2113/16 2114/5
2115/13 2117/21
2117/22 2117/24
2122/14 2128/17
2129/22 2137/3 2137/5
2150/10 2187/3 2197/6
**reading** [2] 2173/2
2196/25
**ready** [2] 2074/4
2075/16
**real** [4] 2091/22
2109/15 2157/9 2185/3
**reality** [1] 2107/13
**really** [3] 2078/11
2167/14 2188/8
**realm** [1] 2182/9
**reason** [2] 2188/23
2189/15
**reasonable** [1]
2081/16
**reassembled** [1]
2073/20
**recall** [11] 2101/1
2101/2 2109/12
2132/10 2137/11
2137/12 2137/13
2142/23 2143/20
2144/7 2167/5
**receipt** [2] 2158/5
2159/20
**receipts** [3] 2093/8
2158/15 2159/22
**received** [14] 2076/10
2078/8 2084/23 2098/2
2106/25 2109/8 2115/7
2119/8 2119/14 2120/2
2124/22 2125/9 2126/3
2160/7
**recess** [4] 2153/14
2153/15 2202/7 2202/8
**recipients** [2] 2130/12
2131/19 2188/8
**recognize** [17] 2076/1
2077/20 2083/17
2085/2 2086/12
2097/11 2097/12
2097/13 2108/15
2108/16 2114/24
2124/1 2125/1 2125/14
2127/20 2133/2
2196/10
**recognizing** [1]
2079/16
**recollection** [2] 2173/2
2173/3
**recommended** [1]
2122/16
**record** [8] 2110/6
2118/24 2125/19

**record... [5]** 2134/9
2152/25 2157/21
2157/21 2203/3
**recorded [2]** 2081/5
2149/19
**recording [1]** 2085/15
**records [16]** 2120/12
2124/2 2124/8 2124/12
2124/15 2125/2
2125/15 2125/22
2126/8 2126/19
2126/23 2147/6
2148/11 2156/12
2156/13 2157/4
**RECROSS [1]** 2072/4
**recruited [1]** 2107/20
**recruiting [1]** 2107/14
**redirect [2]** 2072/4
2201/15
**Redpillpatriot [1]**
2134/21
**refer [2]** 2164/15
2164/25
**reference [6]** 2169/6
2176/21 2179/7
2192/13 2192/15
2192/23
**references [1]** 2189/12
**referencing [1]**
2113/24
**referring [11]** 2098/17
2112/8 2130/6 2134/25
2159/5 2159/5 2171/2
2171/3 2171/7 2177/5
2188/17
**refers [3]** 2169/7
2169/7 2169/10
**reflect [1]** 2169/22
**reflected [1]** 2169/17
**reflects [1]** 2133/5
**regard [3]** 2163/14
2165/22 2189/13
**regarding [2]** 2082/20
2190/13
**Related [1]** 2161/6
**relation [2]** 2138/4
2198/25
**relationship [1]** 2165/8
**relatively [1]** 2184/6
**Relevance [1]** 2196/21
**relevant [5]** 2151/12
2152/5 2153/6 2189/19
2195/18
**reliable [1]** 2121/11
**relied [1]** 2124/8
**relief [3]** 2133/18
2133/23 2134/2
**remaining [1]** 2155/16
**remark [1]** 2135/3
**remember [8]** 2074/21
2074/24 2076/17
2119/19 2168/10
2172/11 2172/14
2173/9
**remembering [1]**
2082/19
**remind [3]** 2085/5

**reorient [1]** 2075/1
**repackages [1]** 2129/3
**repeat [1]** 2106/11
**rephrase [2]** 2107/23
2164/9
**report [2]** 2116/25
2153/2
**reports [2]** 2164/13
2164/14
**represent [5]** 2097/7
2097/8 2123/19
2146/19 2198/20
**representation [1]**
2081/6
**representative [3]**
2195/16 2199/18
2199/23
**represented [3]**
2083/21 2084/1 2084/8
**resembles [1]** 2128/3
**reservation [3]**
2148/13 2148/15
2148/17
**resolve [1]** 2079/11
**resolved [7]** 2079/10
2079/13 2079/24
2079/25 2080/2
2081/23 2111/10
**respect [2]** 2080/14
2129/15
**respond [1]** 2105/5
**responded [1]** 2135/17
**responding [1]**
2169/12
**responds [1]** 2173/16
**response [3]** 2180/5
2191/17 2192/1
**responsible [4]**
2107/14 2112/21
2151/11 2151/22
**rest [3]** 2103/6 2103/12
2112/5
**resume [2]** 2152/14
2200/12
**RESUMED [1]** 2074/9
**retrieve [1]** 2132/4
**return [2]** 2114/8
2114/11
**revealed [3]** 2139/17
2143/1 2144/9
**review [4]** 2085/17
2158/20 2159/9
2161/17
**reviewed [24]** 2092/25
2124/15 2125/22
2126/19 2132/5 2132/6
2139/18 2140/7
2140/13 2140/20
2150/5 2150/8 2156/10
2156/12 2156/12
2156/13 2158/20
2159/3 2159/23
2163/21 2169/9 2195/1
2195/4 2195/7
**reviewing [2]** 2077/13
2139/23
**Rhodes [19]** 2093/17

2095/13 2127/2 2127/4
2127/13 2127/23
2132/9 2163/14 2164/1
2167/20 2179/3 2181/1
2182/23 2184/7
2184/10 2197/17
**Rhodes' [3]** 2180/14
2182/20 2186/10
**Ricky [2]** 2146/22
2165/25
**Ricky Jackson [1]**
2146/22
**rifle [1]** 2123/2
**right [205]**
**RIOS [2]** 2071/11
2071/15
**rise [4]** 2152/16
2153/13 2153/16
2202/6
**RM0001 [4]** 2159/17
2160/4 2160/6 2160/7
**RMR [2]** 2203/2 2203/8
**Robert [5]** 2071/10
2099/17 2099/19
2165/19 2194/3
**Robert Lemar [2]**
2099/17 2099/19
**ROBERTO [24]** 2070/6
2073/5 2141/6 2146/19
2161/17 2163/16
2165/19 2167/6
2168/12 2168/21
2187/24 2188/5
2188/16 2190/8
2190/14 2190/20
2190/25 2191/17
2191/24 2192/9
2192/13 2192/24
2193/9 2194/2
**Roberto A. Minuta [1]**
2073/5
**Roberto Minuta [20]**
2141/6 2146/19
2161/17 2163/16
2165/19 2167/6
2168/12 2168/21
2187/24 2188/5
2188/16 2190/8
2190/14 2190/20
2190/25 2192/9
2192/13 2192/24
2193/9 2194/2
**Roberto Minuta's [1]**
2191/17
**rock [2]** 2119/21
2143/8
**Rocket.Chat [5]**
2131/5 2181/19 2188/6
2188/14 2193/19
**Rocket.Chats [3]**
2116/19 2116/21
2131/3
**role [1]** 2194/24
**rooms [2]** 2168/9
2168/11
**roughly [1]** 2160/24
**round [1]** 2116/4

2122/16 2122/17
2122/18 2122/19
2122/21 2122/22
2160/18 2160/19
2162/9 2163/11
**route [2]** 2080/8
2098/11
**row [2]** 2098/10
2098/11
**rule [3]** 2171/8 2198/12
2201/15
**ruled [1]** 2082/14
**rules [1]** 2082/17
**ruling [1]** 2080/25
**rulings [1]** 2201/8
**running [1]** 2155/16
**RV [2]** 2114/8 2114/19

## S

**SA [1]** 2074/8
**safe [1]** 2143/9
**said [25]** 2077/2
2078/21 2080/7
2080/16 2081/6
2081/17 2082/21
2091/13 2101/18
2134/3 2136/14
2138/18 2147/17
2147/15 2147/17
2155/22 2167/9
2169/16 2177/7
2178/15 2192/19
2194/24 2199/17
2199/20 2199/22
**same [20]** 2102/2
2109/21 2111/24
2125/2 2126/8 2126/11
2129/14 2141/18
2162/5 2165/22
2165/25 2166/4
2170/16 2172/18
2176/5 2176/16
2179/15 2183/13
2198/6 2198/8
**sample [3]** 2195/11
2195/14 2195/16
**satisfied [2]** 2156/15
2156/18
**saw [24]** 2101/6
2116/18 2119/9 2120/5
2122/11 2128/12
2139/8 2139/12 2141/2
2141/4 2141/5 2141/8
2141/11 2144/13
2144/16 2144/24
2145/7 2145/14
2155/22 2160/2
2166/25 2167/9
2167/13 2167/15
**say [40]** 2075/15
2080/21 2086/16
2088/8 2108/20 2113/2
2113/9 2114/1 2114/17
2116/5 2116/14
2116/16 2117/2
2117/13 2118/1 2118/6
2118/7 2119/13
2122/25 2129/6

2136/24 2138/13
2149/25 2151/19
2157/10 2161/16
2161/20 2163/2
2163/25 2166/2
2171/19 2177/23
2180/2 2180/10 2192/7
2195/7 2200/8 2201/19
**saying [7]** 2078/12
2087/2 2087/22 2091/4
2100/25 2134/1
2192/24
**says [34]** 2082/9
2088/16 2089/2 2089/5
2089/25 2090/11
2090/16 2091/9
2091/12 2093/15
2098/21 2098/25
2099/4 2100/15 2108/5
2109/24 2112/13
2113/25 2114/3
2122/14 2136/15
2169/23 2169/24
2170/14 2170/23
2174/1 2174/5 2175/13
2177/11 2177/24
2178/19 2186/17
2188/16 2188/22
**scare [3]** 2137/1
2179/8 2179/11
**schedule [2]** 2113/17
2178/19
**scott [3]** 2071/14
2071/17 2073/12
**Scott Weinberg [1]**
2073/12
**screaming [1]** 2178/4
**screen [3]** 2075/9
2123/22 2127/19
**screens [1]** 2075/7
**screenshot [1]**
2189/23
**screenshotted [1]**
2187/12
**screw [1]** 2179/6
**scroll [2]** 2160/1
2160/16
**seat [2]** 2152/18
2200/18
**seated [2]** 2074/2
2154/2
**Seattle [1]** 2172/6
**second [14]** 2075/19
2085/23 2086/25
2088/13 2089/21
2090/8 2097/17
2125/17 2126/11
2126/16 2191/16
2192/13 2192/19
2199/24
**seconds [5]** 2075/18
2075/20 2076/2 2086/3
2091/2
**secure [1]** 2177/22
**see [31]** 2083/22
2084/3 2084/9 2102/12
2104/6 2106/12 2107/9

**see... [24]** 2116/11
2123/24 2124/14
2132/1 2132/6 2132/9
2133/21 2135/24
2138/8 2139/23
2152/14 2153/12
2160/11 2168/22
2169/3 2174/2 2174/2
2181/18 2195/20
2196/14 2197/24
2199/18 2200/16
2202/4
**seeing [3]** 2196/18
2197/20 2200/12
**seek [2]** 2078/3
2084/20
**seem [2]** 2134/25
2198/1
**seems [3]** 2080/18
2080/23 2114/13
**seen [14]** 2092/9
2100/22 2100/24
2104/3 2105/11 2162/2
2165/18 2171/11
2171/13 2194/6
2195/25 2196/15
2198/9 2200/20
**segment [1]** 2075/23
**selected [3]** 2130/14
2143/7 2188/13
**selecting [1]** 2129/15
**selection [1]** 2186/1
**self [1]** 2121/25
**self-defense [1]**
2121/25
**seller [1]** 2161/21
**senators [1]** 2179/17
**sender [2]** 2131/18
2197/6
**senders [1]** 2130/12
**sending [2]** 2111/13
2192/4
**sense [1]** 2156/22
**sent [9]** 2080/6 2119/5
2133/4 2133/5 2133/11
2134/10 2136/4
2136/10 2139/15
**sentence [2]** 2177/11
2179/16
**sentiment [2]** 2171/17
2171/18
**separate [2]** 2103/6
2180/2
**separately [2]** 2177/10
2181/23
**sequence [3]** 2135/11
2173/10 2176/18
**sequentially [1]**
2182/17
**serialized [2]** 2149/15
2150/10
**series [3]** 2138/3
2165/7 2169/11
**served [1]** 2150/16
**service [1]** 2121/1
**session [2]** 2070/7
2163/10

**set [3]** 2125/14
2138/25 2198/15
**setting [3]** 2139/4
2140/10 2165/14
**settings [1]** 2190/17
**settled [2]** 2079/6
**seven [2]** 2132/17
2182/6
**shared [1]** 2177/9
**Shawn [1]** 2142/9
**she [17]** 2078/16
2078/21 2078/21
2078/22 2078/23
2080/13 2080/13
2080/17 2080/21
2081/13 2084/13
2151/24 2151/24
2172/25 2172/25
2199/20 2199/22
**she's [9]** 2080/12
2080/15 2080/16
2151/6 2151/10
2151/10 2151/15
2164/5 2164/7
**Shipley [3]** 2071/2
2071/3 2073/10
2146/19 2153/19
2154/3 2159/1 2159/4
2194/17
**shirt [5]** 2110/15
2111/1 2111/15
2111/17 2113/9
**shirts [1]** 2110/24
**shit [2]** 2090/2 2179/8
**shoot [4]** 2091/14
2091/15 2162/18
2162/24
**shooting [5]** 2122/2
2122/6 2123/2 2123/2
2172/12
**shortly [4]** 2152/14
2153/12 2197/17
2200/17
**shot [6]** 2087/22
2172/8 2172/16
2172/18 2172/20
2172/21
**should [5]** 2075/16
2081/25 2109/22
2110/15 2170/16
**shouldn't [1]** 2153/5
**show [9]** 2077/4
2086/20 2095/18
2096/19 2101/14
2108/14 2190/23
2199/14 2199/17
**showed [7]** 2095/17
2095/19 2147/17
2156/3 2157/20
2157/22 2167/23
**showing [5]** 2095/2
2096/7 2100/20
2100/23 2198/8
**shown [1]** 2196/6
**shows [13]** 2093/23
2094/6 2094/17
2094/21 2094/25

2102/16 2102/25
2179/21 2184/1 2189/1
**Shroyer [3]** 2086/17
2086/17 2086/18
**sic [1]** 2194/3
**sick [2]** 2118/11
2118/14
**side [1]** 2108/14
**Siekerman [5]** 2117/11
2117/14 2117/15
2117/18 2141/25
**Signal [26]** 2130/19
2130/22 2130/25
2131/11 2131/22
2132/1 2132/5 2132/16
2138/21 2139/3 2139/4
2139/7 2139/10
2139/11 2139/15
2139/23 2140/13
2140/20 2140/23
2143/13 2147/7 2169/4
2180/13 2180/14
2181/1 2195/23
**signed [1]** 2112/22
**silver [2]** 2161/25
2162/6
**similar [2]** 2160/24
2181/16
**simply [1]** 2148/1
**since [4]** 2182/22
2182/23 2185/16
2186/14
**single [1]** 2112/21
**single-handedly [1]**
2112/21
**sir [4]** 2075/11 2092/17
2105/20 2146/20
**sister [1]** 2144/25
**sit [1]** 2171/19
**site [2]** 2156/4 2156/10
**six [5]** 2091/16
2184/16 2184/18
2184/19 2184/24
**slept [1]** 2167/16
**slide [39]** 2074/23
2108/4 2113/11 2114/4
2116/24 2116/25
2117/5 2117/7 2119/1
2134/7 2134/25 2135/6
2135/9 2135/24
2168/24 2168/25
2179/25 2182/14
2183/9 2183/24
2184/16 2186/9
2186/15 2188/25
2189/10 2189/15
2189/17 2189/18
2190/4 2193/13
2193/14 2194/23
2194/25 2195/21
2196/6 2197/16
2197/19 2198/1
2200/23
**slide 103 [1]** 2117/7
**slide 20 [1]** 2117/5
**slides [28]** 2168/24
2179/22 2180/6 2180/8

2188/1 2192/12
2192/13 2193/12
2193/13 2195/7 2196/5
2197/24 2197/25
2198/6 2198/15
2198/18 2198/19
2198/21 2198/24
2198/25 2199/7
2199/25 2199/25
2201/10 2201/12
2201/14
**smaller [1]** 2131/19
**Smith's [2]** 2102/6
2102/9
**SMS [1]** 2181/7
**sneaking [4]** 2173/7
2173/19 2173/20
2173/22
**so [180]**
**So it's [1]** 2113/2
**so much [1]** 2126/18
**So this is [2]** 2107/8
2113/12
**So this says [1]**
2093/15
**social [1]** 2138/2
**software [3]** 2128/5
2128/7 2128/24
**sold [1]** 2161/24
**some [43]** 2078/19
2096/11 2109/13
2116/19 2117/21
2117/22 2126/22
2127/1 2127/22 2128/4
2128/4 2130/3 2131/4
2131/11 2131/17
2131/21 2139/12
2139/14 2139/24
2140/16 2143/17
2144/4 2144/16
2144/17 2144/19
2145/16 2145/19
2145/21 2145/23
2146/1 2146/6 2154/20
2156/20 2157/5
2157/12 2157/22
2169/17 2179/24
2180/23 2186/5 2186/5
2191/4 2196/5
**some form [1]** 2157/22
**somebody [11]**
2080/20 2091/9
2118/20 2143/5 2148/3
2152/4 2153/5 2153/6
2191/2 2191/3 2191/9
**somebody's [1]**
2089/20
**somehow [1]** 2081/14
**someone [8]** 2079/3
2081/8 2090/12
2110/13 2127/23
2137/9 2142/8 2175/25
**someone's [1]** 2142/8
**something [10]** 2081/9
2081/13 2108/2 2118/7
2120/11 2149/22
2149/23 2170/12

**sometime [1]** 2132/12
**sometimes [4]** 2131/14
2131/17 2149/22
2149/25
**somewhat [2]** 2161/18
2161/20
**somewhere [5]**
2076/3 2076/24
2109/22 2182/6 2191/3
**soon [2]** 2091/14
2091/15
**SoRelle [6]** 2093/17
2094/4 2094/25 2095/8
2095/13 2167/20
**sorry [23]** 2093/22
2097/7 2098/18
2098/20 2106/11
2109/4 2110/3 2124/7
2132/20 2134/17
2143/23 2151/4
2157/19 2161/11
2161/15 2172/20
2180/19 2182/8
2187/23 2189/7 2193/6
2197/9 2197/21
**sort [10]** 2128/4 2129/3
2155/12 2156/22
2157/2 2157/12 2162/8
2170/12 2179/3
2182/15
**sorted [1]** 2154/17
**sorts [3]** 2143/19
**sounds [4]** 2122/18
2134/22 2138/20
2180/4
**source [3]** 2181/24
2182/2 2182/3
**sources [5]** 2130/9
2156/14 2181/22
2181/23 2186/4
**southeast [2]** 2147/3
2168/13
**speak [4]** 2078/11
2153/1 2156/15
2161/14
**speaking [2]** 2079/15
2133/17
**spec [1]** 2149/3
**specific [5]** 2132/25
2173/3 2181/13 2189/5
2198/15
**specifically [5]**
2124/12 2126/22
2135/21 2137/15
2172/14
**speculation [2]**
2107/21 2111/9
**spelled [1]** 2177/13
**spent [1]** 2167/13
**splinter [1]** 2170/23
**split [2]** 2189/24
2192/12
**splitting [1]** 2202/1
**spoken [6]** 2083/15
2083/24 2084/6 2084/7
2087/11 2153/19
**Sports [2]** 2158/6

**Sports... [1]** 2160/2
**Springfield [1]**
2145/24
**Square [1]** 2131/1
**Staff [2]** 2175/16
2176/13
**Stamey [1]** 2141/15
**stand [3]** 2074/9
2110/15 2110/18
**standing [3]** 2162/21
2163/3 2178/4
**stands [2]** 2153/13
2202/7
**start [4]** 2150/10
2168/25 2183/4 2186/8
**started [4]** 2123/21
2163/19 2171/15
2182/22
**starting [3]** 2147/13
2148/1 2149/16
**state [2]** 2077/3 2102/2
**State's [1]** 2112/22
**stated [1]** 2093/8
**statement [1]** 2157/13
**statements [4]**
2074/19 2100/20
2157/12 2159/3
**states [7]** 2070/1
2070/3 2070/10 2073/4
2112/22 2112/23
2172/15
**stay [2]** 2148/8 2152/7
**stayed [18]** 2101/19
2102/5 2102/17
2102/25 2103/5 2103/7
2145/14 2145/16
2145/19 2145/21
2145/23 2146/1 2146/4
2146/6 2148/9 2167/6
2167/8 2167/11
**stayed at [1]** 2148/9
**staying [3]** 2085/20
2102/16 2177/2
**steel [2]** 2121/8
2121/10
**Steele [2]** 2145/1
2145/3
**step [1]** 2087/2
**Stewart [10]** 2127/2
2127/4 2127/23
2163/14 2164/1
2167/20 2179/3
2182/20 2186/10
2197/17
**Stewart Rhodes [8]**
2127/2 2127/4 2127/23
2163/14 2164/1
2167/20 2179/3
2197/17
**Stewart Rhodes' [2]**
2182/20 2186/10
**still [12]** 2074/16
2077/4 2082/12 2086/4
2088/7 2102/1 2102/2
2111/17 2112/20
2118/14 2160/1
2185/15

**stop [1]** 2155/11
**stopped [2]** 2086/2
**stopping [2]** 2086/8
2148/2
**stream [1]** 2179/4
**Street [3]** 2070/17
2071/11 2071/20
**string [2]** 2179/15
2182/4
**stuck [4]** 2188/25
2189/16 2193/13
2194/7
**stuff [1]** 2093/9
**SUAREZ [2]** 2071/11
2071/14
**subject [2]** 2150/25
2157/18
**subjects [1]** 2149/13
**suburban [1]** 2157/2
**sufficient [5]** 2078/20
2079/1 2079/15
2080/23 2082/16
**suggest [3]** 2137/2
2143/4 2173/6
**suggesting [2]**
2164/13 2170/10
**suggests [5]** 2171/11
2174/9 2174/12
2190/24 2192/8
**Suite [2]** 2071/16
2071/20
**Suites [1]** 2145/16
**summaries [1]**
2168/19
**summarize [1]** 2158/12
**summary [10]** 2120/11
2124/7 2124/9 2126/23
2127/1 2158/21
2193/22 2193/24
2194/7 2194/12
**summation [2]**
2120/15 2120/17
**summer [1]** 2172/6
**Sunrise [1]** 2077/5
**supply [1]** 2158/6
**supposed [2]** 2081/22
2117/18 2197/20
**Supreme [2]** 2092/5
2092/10
**Supreme Court [2]**
2092/5 2092/10
**sure [35]** 2080/11
2082/18 2093/3
2109/17 2111/7
2117/12 2130/5
2134/18 2138/6
2143/24 2146/23
2150/22 2151/19
2154/25 2156/1 2156/4
2157/19 2159/5
2165/16 2167/8
2167/11 2167/13
2168/17 2170/18
2171/17 2172/7 2174/8
2174/19 2190/17
2191/14 2195/13
2195/16 2196/7 2197/8

**surprise [1]** 2162/4
**surprised [2]** 2159/15
2161/8
**surround [1]** 2136/15
**surrounding [2]**
2144/11 2145/13
**surveillance [3]**
2103/21 2103/24
2103/25
**sustain [1]** 2164/10
**SWORN [1]** 2074/9
**SYLVIA [1]** 2074/8
**synthesized [1]**
2154/17

**T**

**T-shirt [5]** 2110/15
2111/1 2111/15
2111/17 2113/9
**T-shirts [1]** 2110/24
**table [1]** 2087/14
**take [12]** 2073/18
2099/13 2108/25
2117/9 2126/13
2126/17 2130/2 2137/6
2152/6 2152/13
2179/20 2201/9
**taken [4]** 2076/22
2079/5 2081/7 2153/17
**takes [2]** 2105/23
2105/25
**taking [4]** 2104/4
2113/21 2113/24
2178/24
**talk [9]** 2076/9 2100/19
2105/2 2105/16
2117/11 2119/18
2138/16 2153/7
2182/13
**talked [6]** 2078/17
2081/24 2151/6
2151/10 2151/16
2154/11
**talking [27]** 2076/11
2076/14 2077/25
2079/19 2079/19
2082/8 2089/17 2107/8
2110/24 2111/14
2111/16 2113/8
2113/20 2113/23
2114/15 2116/6
2135/20 2147/15
2161/14 2169/21
2171/14 2171/22
2171/24 2171/25
2173/24 2174/15
2177/7
**talks [3]** 2173/10
2173/10 2179/16
**target [5]** 2122/2
2122/5 2158/6 2160/2
2162/22
**target shooting [1]**
2122/2
**Target Sports USA [2]**
2158/6 2160/2
**targeted [1]** 2190/25

**targeting [1]** 2190/25
**Tarrio [7]** 2138/9
2190/10 2190/25
2191/10 2192/2 2192/4
2192/8
**Tarrio's [1]** 2191/20
**Taser [1]** 2197/14
**tasks [1]** 2154/7
**team [1]** 2130/16
**technical [1]** 2129/1
**tell [8]** 2076/13
2090/21 2135/13
2153/6 2166/24
2173/12 2173/13
2188/2
**telling [6]** 2082/9
2091/5 2091/6 2091/12
2091/16 2091/17
**tells [1]** 2173/11
**ten [3]** 2132/17 2170/4
2182/6
**tens [1]** 2188/24
**tense [1]** 2170/15
**term [4]** 2084/8
2110/18 2110/21
2111/1
**terms [2]** 2091/25
2113/23
**Terrific [1]** 2073/22
**testified [12]** 2074/9
2080/12 2150/4 2155/5
2157/5 2161/7 2165/10
2169/14 2175/15
2180/5 2199/1 2199/7
**testimony [9]** 2074/5
2148/18 2152/5
2153/10 2188/15
2195/18 2198/14
2199/9 2199/23
**Texas [10]** 2155/21
2156/6 2156/24 2157/1
2157/11 2157/16
2163/15 2163/18
2164/14 2164/16
**text [21]** 2096/11
2098/9 2099/2 2101/5
2101/8 2110/4 2110/12
2112/8 2114/2 2114/5
2128/12 2128/17
2129/18 2129/24
2147/7 2155/22
2156/12 2166/25
2167/9 2181/6 2196/10
**than [12]** 2079/18
2082/1 2105/25 2128/8
2153/8 2159/10
2163/15 2170/13
2174/13 2179/25
2186/5 2199/12
**thank [32]** 2073/2
2075/11 2078/14
2082/24 2106/8 2111/8
2113/15 2116/17
2119/3 2123/6 2123/8
2123/10 2124/21
2126/13 2126/17
2127/16 2130/2
2130/17 2146/9

**thank you [26]** 2073/2
2082/24 2106/8 2111/8
2113/15 2116/17
2123/6 2123/8 2123/10
2126/17 2127/16
2130/2 2130/17 2146/9
2146/12 2146/13
2146/14 2152/14
2153/10 2153/11
2160/3 2194/15
2194/17 2197/11
2200/14 2200/16
2201/17
**Thanks [2]** 2113/19
2154/1
**that [495]**
**that's [92]** 2078/23
2079/4 2079/5 2079/18
2081/1 2081/3 2081/18
2082/19 2087/10
2089/2 2089/6 2090/1
2090/1 2090/2 2090/3
2090/17 2090/19
2090/20 2090/20
2092/20 2098/19
2098/25 2099/4
2099/21 2101/25
2104/8 2105/14 2109/1
2110/18 2112/18
2113/6 2114/3 2114/21
2115/20 2116/15
2116/15 2126/16
2128/20 2133/14
2134/3 2134/4 2135/3
2136/8 2137/3 2137/5
2141/7 2142/2 2142/14
2142/20 2145/5
2145/15 2145/22
2146/5 2146/11 2148/6
2152/9 2154/22
2155/16 2157/2
2158/13 2160/24
2163/7 2163/8 2164/20
2164/21 2166/9
2167/18 2167/20
2168/13 2169/16
2170/3 2170/11
2170/15 2170/15
2173/23 2174/5 2174/6
2175/18 2178/11
2179/23 2182/9
2184/12 2188/11
2188/22 2190/23
2193/1 2193/3 2193/5
2195/13 2196/22
2199/13 2200/7
**their [10]** 2094/6
2097/22 2111/23
2113/4 2113/5 2171/14
2176/4 2180/15 2189/9
2198/16
**them [41]** 2090/13

**them... [40]** 2090/21
2091/14 2091/16
2095/17 2096/5
2097/12 2097/13
2106/6 2106/7 2106/22
2107/20 2108/23
2111/23 2127/11
2137/1 2139/12
2147/10 2158/9
2163/21 2164/24
2166/9 2167/11 2168/4
2168/6 2168/15
2170/24 2170/25
2171/1 2171/19
2171/25 2173/22
2174/4 2176/4 2179/9
2179/9 2179/11
2182/13 2194/8
2194/12 2196/17
**then [52]** 2080/20
2082/6 2087/13 2088/8
2089/2 2089/5 2089/20
2089/25 2090/2
2090/16 2090/19
2091/9 2091/12
2099/10 2100/16
2102/6 2105/4 2106/22
2111/11 2111/16
2112/1 2112/1 2112/5
2115/17 2115/19
2115/24 2117/21
2129/3 2129/22
2131/17 2135/6 2145/3
2145/7 2146/6 2147/21
2148/3 2152/7 2153/2
2153/7 2154/6 2154/16
2160/13 2163/9
2172/15 2174/1 2174/3
2177/10 2181/13
2199/9 2199/16
2199/24 2201/24
**theory [1]** 2175/20
**there [87]** 2075/21
2085/12 2085/15
2086/2 2086/16
2086/24 2087/22
2089/14 2089/20
2094/5 2095/5 2095/18
2096/5 2103/7 2104/17
2107/9 2107/14
2107/15 2111/14
2116/18 2121/4
2127/20 2131/8
2133/11 2134/19
2134/20 2136/5 2136/6
2138/21 2139/2 2139/8
2139/18 2145/10
2146/6 2147/21 2148/2
2148/11 2148/17
2150/2 2151/13 2153/3
2155/11 2155/12
2156/9 2158/8 2161/10
2162/4 2164/13
2166/17 2167/5 2167/5
2167/11 2167/16
2167/23 2168/11
2170/1 2173/12 2174/9

2180/13 2180/16
2180/25 2181/4 2181/6
2181/8 2183/18
2183/20 2184/24
2185/2 2186/3 2186/23
2187/14 2187/19
2188/1 2188/13
2188/20 2192/7
2192/15 2194/2
2196/18 2198/18
2199/4 2201/1 2201/10
2201/12 2201/14
**there's [32]** 2097/2
2097/3 2104/14
2106/22 2112/1 2112/2
2116/3 2121/19
2121/21 2121/23
2123/1 2135/3 2135/7
2149/23 2151/9
2162/25 2163/4 2163/8
2166/6 2166/12
2169/17 2171/23
2174/11 2181/19
2186/3 2186/4 2189/12
2190/4 2190/24 2193/8
2198/19 2202/2
**thereabouts [1]** 2180/3
**thereafter [1]** 2197/17
**these [38]** 2073/16
2078/1 2078/16
2084/16 2084/17
2093/3 2097/10
2097/20 2098/10
2098/11 2106/19
2107/1 2108/16
2109/11 2109/13
2124/12 2124/15
2125/22 2149/12
2150/16 2151/8 2155/4
2158/8 2166/2 2168/19
2169/20 2174/25
2180/6 2186/6 2186/13
2186/20 2186/23
2197/20 2198/6
2198/13 2198/15
2198/24 2199/25
**they [67]** 2076/4
2078/18 2078/19
2079/14 2080/8
2090/21 2091/16
2094/5 2095/15
2095/19 2095/22
2096/7 2096/9 2097/20
2100/5 2100/10 2102/3
2102/7 2103/18
2104/20 2111/22
2111/23 2111/24
2113/6 2114/11
2114/15 2115/20
2116/6 2118/2 2122/5
2124/20 2125/8
2127/12 2129/24
2131/23 2134/14
2145/3 2147/21
2147/22 2148/7 2164/2
2169/15 2169/24
2170/11 2170/11

2173/21 2176/4 2176/4
2176/16 2176/21
2177/13 2177/25
2178/5 2179/10
2181/13 2183/3
2183/22 2185/9
2193/15 2194/10
2195/23 2199/2 2199/7
2199/25 2200/5
**they'll [1]** 2174/2
**they're [23]** 2088/18
2089/6 2097/21
2098/10 2104/25
2111/16 2111/17
2113/8 2135/20
2157/14 2169/11
2171/25 2173/24
2174/10 2174/12
2194/9 2194/14 2199/3
2200/2 2200/3 2200/3
2200/6 2200/7
**they've [4]** 2079/4
2175/20 2194/11
2202/2
**thing [5]** 2082/9
2082/10 2111/16
2179/10 2199/24
**things [5]** 2083/10
2093/7 2116/15
2164/23 2199/20
**think [79]** 2076/23
2078/20 2081/13
2086/19 2092/1
2092/19 2093/7 2096/2
2097/21 2097/22
2107/2 2107/15
2109/18 2112/3 2112/4
2112/19 2116/16
2117/14 2120/12
2126/11 2127/25
2132/19 2133/20
2137/1 2137/18
2137/19 2143/9
2145/10 2145/22
2148/11 2148/16
2150/24 2151/12
2152/9 2155/14
2156/13 2157/3 2157/8
2157/10 2160/2
2160/19 2164/22
2167/1 2169/7 2169/8
2169/11 2170/8 2171/5
2175/15 2176/16
2177/9 2177/11
2177/15 2177/19
2178/2 2178/4 2178/7
2178/15 2178/17
2179/6 2179/21
2179/23 2180/16
2180/23 2182/9 2186/6
2187/10 2188/1 2189/1
2191/11 2191/22
2191/22 2192/23
2195/11 2195/18
2197/3 2198/22
2199/11 2201/10
**thinking [2]** 2113/6

**this [224]**
**This is [1]** 2073/4
**Thomas [1]** 2141/12
**Thomas Caldwell [1]**
2141/12
**those [48]** 2101/7
2101/11 2105/9
2111/19 2116/15
2118/1 2125/19
2126/19 2126/20
2126/23 2127/4 2127/7
2127/10 2127/22
2137/8 2137/8 2137/11
2137/12 2137/13
2137/15 2139/18
2147/7 2147/10
2149/10 2156/13
2157/4 2157/7 2160/20
2163/25 2164/12
2164/18 2164/23
2166/7 2167/4 2168/21
2168/22 2169/2
2171/20 2179/24
2181/21 2181/22
2183/19 2183/21
2185/12 2185/23
2187/3 2193/12 2201/6
**though [6]** 2163/8
2164/20 2171/20
2171/25 2194/10
2198/11
**thought [9]** 2079/8
2079/10 2079/11
2079/24 2079/25
2080/4 2082/14 2118/5
2193/22
**thousand [2]** 2122/18
2160/18
**thousands [13]** 2097/2
2097/2 2127/11
2127/14 2140/13
2140/19 2186/25
2186/25 2186/24
2187/20 2188/24
2188/24 2189/16
**thread [2]** 2169/7
2169/10
**three [15]** 2076/24
2098/10 2098/11
2108/19 2109/11
2144/2 2166/2 2168/3
2168/9 2168/10
2168/11 2180/16
2180/16 2180/18
2187/24
**three-hour [1]** 2076/24
**through [25]** 2074/19
2092/8 2095/3 2095/15
2095/19 2096/7
2096/22 2096/23
2106/7 2131/7 2145/8
2148/18 2148/21
2154/17 2157/7 2157/8
2162/9 2163/10
2163/13 2172/6
2194/24 2196/5 2197/1
2198/23 2201/15

**throughout [3]** 2116/9
2132/22 2189/9
**Thur [3]** 2113/18
2178/21 2179/1
**Thursday [3]** 2114/2
2114/8 2114/15
**Thursday-ish [1]**
2114/15
**thus [1]** 2188/18
**time [33]** 2075/13
2076/22 2076/25
2077/5 2077/6 2077/10
2077/11 2077/15
2093/11 2096/10
2096/12 2098/14
2098/17 2098/22
2105/24 2107/4 2118/3
2132/11 2139/10
2154/13 2160/14
2166/3 2167/2 2173/3
2174/15 2177/3 2177/6
2177/16 2179/4
2179/10 2179/15
2186/20 2195/22
**timed [1]** 2199/3
**times [2]** 2096/13
2127/10
**timing [3]** 2080/14
2080/15 2171/18
**titled [2]** 2131/1 2203/4
**titles [1]** 2180/15
**today [4]** 2088/17
2090/21 2152/5
2158/22
**Todd [16]** 2083/24
2084/2 2085/3 2085/5
2085/7 2085/16
2085/18 2085/20
2086/4 2086/7 2087/16
2088/1 2088/7 2089/4
2090/18 2141/21
**Todd Kandaris [5]**
2085/5 2085/20 2089/4
2090/18 2141/21
**together [12]** 2096/3
2102/3 2102/4 2103/19
2103/22 2104/5 2104/5
2128/9 2144/16 2145/4
2186/21 2194/8
**told [11]** 2082/6
2082/11 2088/16
2088/17 2088/18
2089/6 2099/25 2100/7
2101/12 2157/24
2166/19
**tomorrow [1]** 2201/23
**too [5]** 2091/14
2091/15 2114/7 2169/4
2201/16
**took [4]** 2114/19
2127/15 2148/18
2154/6
**top [7]** 2101/1 2101/2
2108/11 2122/12
2152/3 2159/18 2175/5
**topics [2]** 2195/8
2195/16
**torches [1]** 2179/9

**T**

total [1] 2160/22
tough [1] 2097/22
town [2] 2148/2 2148/3
towns [1] 2148/5
trace [1] 2147/6
traced [2] 2146/24
tracks [1] 2144/1
traded [2] 2147/8
2162/5
trafficked [1] 2188/13
training [1] 2110/19
traitors [1] 2176/17
transaction [2]
2157/21 2165/1
transactional [1]
2163/13
transactions [6]
2155/21 2156/25
2157/11 2157/16
2159/9 2164/12
transcript [7] 2070/9
2077/24 2083/22
2084/2 2084/9 2089/16
2203/3
transcripts [1] 2082/8
transferred [1]
2151/22
transportation [1]
2157/21
travel [8] 2092/19
2092/23 2100/2
2105/24 2113/18
2144/1 2145/8 2178/20
traveled [2] 2085/7
2144/10
traveling [1] 2113/20
treatment [3] 2111/24
2176/5 2176/16
Tree [1] 2142/9
Tree Shawn Pugh [1]
2142/9
trial [8] 2070/9 2092/8
2198/7 2198/10
2198/11 2200/20
2200/24 2201/5
tried [1] 2172/21
trip [2] 2122/19
2122/21
Troy [2] 2070/16
2073/8
Troy Edwards [1]
2073/8
true [2] 2113/5 2170/17
Trump [5] 2134/1
2134/15 2135/21
2175/21 2179/7
Trump's [2] 2175/16
2176/13
try [2] 2078/14 2078/19
trying [5] 2113/17
2114/7 2156/8 2172/19
2178/19
Tue [2] 2113/17
2178/20
Tuesday [1] 2114/8
tune [1] 2127/14
turn [2] 2124/25

twice [1] 2138/18
Twitter [2] 2181/10
2181/17
two [21] 2091/2
2111/19 2131/12
2136/7 2137/18 2144/2
2145/10 2155/5 2155/5
2160/20 2160/21
2168/10 2176/18
2183/10 2183/18
2183/19 2185/16
2192/12 2194/7
2199/13 2199/20
Tyler [1] 2163/18
type [2] 2110/21
2121/11
types [3] 2116/11
2121/19 2199/14
typically [1] 2195/23
Tysons [1] 2146/2

**U**

U.S [1] 2070/16
uh [2] 2154/20 2193/2
uh-huh [2] 2154/20
2193/2
Ulrich [6] 2095/12
2147/8 2147/14
2147/18 2147/20
2165/19
unable [1] 2132/3
uncharged [1] 2151/13
uncomfortable [1]
2179/17
under [4] 2074/16
2080/5 2112/23 2124/2
underlying [2] 2120/12
2158/1
understand [10]
2074/16 2095/7 2096/4
2096/6 2097/23 2129/4
2138/17 2143/24
2157/17 2199/23
understanding [6]
2080/6 2099/21
2099/24 2114/21
2127/9 2145/5
Understood [1] 2100/1
unfettered [1] 2127/7
unique [2] 2149/2
2181/21
UNITED [5] 2070/1
2070/3 2070/10 2073/4
2172/15
United States
Marshals [1] 2172/15
unless [2] 2080/8
2191/12
until [6] 2099/3
2109/18 2120/18
2151/22 2166/7
2168/15
up [64] 2073/18 2074/6
2074/18 2077/19
2078/12 2078/13
2079/8 2083/3 2088/13
2090/7 2092/19

2096/19 2099/11
2099/23 2100/2
2101/17 2101/22
2102/22 2104/25
2108/13 2111/10
2113/20 2117/17
2120/7 2122/9 2123/22
2126/14 2127/18
2128/17 2132/25
2137/8 2142/20
2143/22 2144/25
2147/2 2147/22
2148/18 2153/22
2155/12 2157/9
2159/16 2159/18
2160/1 2160/10 2163/3
2164/12 2164/14
2167/23 2168/4 2168/6
2168/18 2170/24
2172/12 2173/7
2173/19 2173/20
2173/22 2177/12
2177/17 2177/25
2185/8 2195/21
upon [3] 2080/14
2161/16 2164/25
upset [3] 2081/19
2081/22 2082/1
upsetting [1] 2081/20
us [6] 2111/10 2129/8
2142/12 2173/12
2177/14 2178/1
USA [2] 2158/6 2160/2
usdoj.gov [2] 2070/19
2070/20
use [10] 2122/21
2122/24 2128/15
2128/24 2129/1 2147/6
2148/10 2155/19
2164/22 2164/23
useable [1] 2156/11
used [11] 2121/25
2122/1 2126/22
2131/22 2139/10
2139/11 2156/9
2157/14 2197/1 2198/7
2200/23
user [2] 2188/11
2191/24
users [1] 2139/24
using [1] 2111/1
usually [4] 2121/10
2121/25 2122/1 2122/5

**V**

vague [2] 2107/22
2173/2
Vallejo [25] 2071/19
2073/7 2073/14
2076/10 2079/15
2083/15 2083/21
2085/8 2085/22
2086/15 2086/16
2088/21 2089/9
2089/19 2090/3
2090/22 2091/8
2091/19 2092/4 2092/9

2141/3 2152/4 2189/13
Vallejo's [3] 2077/14
2080/22 2140/23
value [2] 2149/20
2149/23
vanilla [1] 2115/20
variety [9] 2130/9
2130/12 2144/10
2145/8 2154/7 2162/24
2163/1 2163/2 2163/13
various [7] 2144/2
2145/7 2154/11
2154/12 2154/12
2161/17 2181/22
vehicle [1] 2107/19
veracity [1] 2175/22
verify [1] 2101/7
versus [1] 2073/5
very [9] 2087/3
2095/16 2095/20
2105/24 2152/15
2169/5 2185/9 2188/13
2198/14
vetted [1] 2100/16
video [22] 2075/4
2075/24 2075/24
2119/18 2119/25
2120/3 2133/12
2133/14 2133/17
2133/22 2134/1 2134/4
2134/14 2134/25
2135/21 2142/21
2142/21 2143/2
2143/10 2143/12
2143/19 2144/1
Vienna [3] 2146/2
2167/6 2167/18
violated [1] 2164/1
violations [1] 2164/13
violence [2] 2172/2
2172/4
Violent [1] 2172/5
Virginia [5] 2085/19
2145/24 2146/2 2146/7
2167/6
voice [41] 2078/13
2079/16 2079/17
2079/20 2080/22
2080/22 2083/17
2083/19 2083/21
2084/1 2085/15 2086/3
2086/9 2086/10
2086/12 2086/14
2087/2 2087/5 2087/7
2087/10 2087/15
2087/25 2088/6
2088/16 2088/20
2089/2 2089/3 2089/5
2089/8 2089/18
2089/20 2089/23
2089/25 2090/14
2090/16 2090/19
2091/4 2091/7 2091/10
2091/12 2091/18
voice up [1] 2078/13
vs [1] 2070/5

**W**

wait [1] 2109/18
waiting [2] 2082/15
2110/15
waive [1] 2152/22
waived [1] 2082/5
Walden [3] 2155/14
2166/4 2168/4
walking [1] 2172/12
Walther [1] 2116/1
Walther PPQ [1]
2116/1
want [12] 2074/18
2081/1 2081/18
2081/19 2092/19
2115/15 2146/21
2149/25 2157/10
2157/19 2164/8
2182/13
wanted [4] 2080/7
2082/12 2091/24
2150/3
wants [1] 2173/12
war [2] 2089/7 2199/15
warfare [1] 2112/25
Warriors [1] 2112/4
was [166]
Washington [9] 2070/5
2070/17 2071/21
2092/5 2095/9 2146/24
2148/7 2170/1 2172/17
wasn't [6] 2119/25
2120/3 2142/2 2159/6
2168/15 2197/25
watched [3] 2075/4
2133/14 2154/19
way [8] 2112/24
2139/21 2139/22
2141/1 2162/5 2163/14
2164/1 2165/10
ways [2] 2112/9 2113/3
we [220]
We will [2] 2107/11
2152/14
we'd [3] 2078/3
2084/20 2201/23
we'll [7] 2143/22
2151/15 2153/7 2174/2
2193/12 2200/16
2202/4
we're [23] 2075/1
2077/20 2080/10
2084/5 2088/16
2090/16 2090/17
2091/4 2128/19 2152/6
2152/12 2183/8
2183/16 2184/16
2184/16 2184/22
2184/22 2185/16
2185/16 2185/19
2186/16 2198/11
2201/24
we've [5] 2073/20
2092/9 2130/6 2154/18
2196/14
we/he [1] 2179/8
weapons [1] 2162/15
website [8] 2076/15

2225

**website... [7]** 2078/22
2080/13 2080/13
2081/8 2081/13 2083/7
2084/14
**Wed [1]** 2178/20
**week [3]** 2172/15
2191/20 2191/23
**WEINBERG [8]**
2071/11 2071/14
2071/15 2073/12
2092/12 2118/24
2123/10 2143/8
**Welcome [1]** 2074/1
**well [59]** 2079/18
2079/23 2079/24
2080/25 2081/5 2082/2
2082/6 2083/10
2087/13 2090/19
2091/15 2096/7
2099/10 2100/5
2104/17 2109/13
2111/6 2113/15 2122/9
2137/1 2139/21
2149/22 2151/7 2151/9
2156/6 2157/20 2163/3
2163/7 2164/7 2164/20
2164/22 2164/25
2166/9 2167/12
2170/14 2171/13
2171/17 2171/23
2172/1 2172/3 2173/6
2174/15 2177/19
2177/23 2177/24
2180/18 2186/15
2188/2 2189/1 2189/6
2190/20 2191/1
2191/24 2193/17
2196/9 2196/17 2199/2
2199/20 2201/25
**well-known [2]** 2172/1
2172/3
**Wens [1]** 2113/18
**went [12]** 2078/21
2080/13 2095/3
2096/22 2096/23
2099/22 2106/4
2154/18 2163/13
2194/24 2195/2
2198/23
**were [72]** 2074/19
2077/1 2077/14
2077/25 2079/14
2080/5 2080/8 2081/22
2096/9 2097/21
2107/15 2109/11
2113/6 2114/15
2117/22 2118/1 2118/2
2120/12 2127/22
2129/22 2130/4
2130/14 2131/8 2132/3
2134/14 2134/20
2138/1 2138/13
2138/21 2139/2 2139/8
2139/18 2140/16
2140/25 2146/6 2147/7
2147/14 2147/15
2147/18 2147/20

2154/6 2156/15
2156/18 2157/24
2162/4 2166/18 2167/5
2167/21 2170/6 2172/1
2177/5 2180/8 2180/11
2181/23 2184/24
2185/9 2187/14
2187/19 2188/12
2188/14 2190/17
2194/23 2195/8
2195/17 2195/18
2196/6 2196/6 2198/7
2199/15 2201/6
**west [1]** 2163/20
**what [102]** 2075/1
2075/15 2075/23
2076/11 2076/17
2076/19 2077/17
2077/20 2077/23
2078/12 2079/1 2079/3
2079/19 2080/11
2080/17 2081/4 2081/6
2081/7 2081/12
2081/17 2082/8
2082/21 2083/12
2084/13 2086/16
2088/22 2088/25
2091/5 2091/5 2091/9
2092/4 2097/20
2098/25 2099/4
2099/24 2100/6
2100/12 2101/12
2104/8 2104/8 2104/11
2110/18 2111/14
2112/13 2113/6
2113/23 2113/25
2114/3 2114/11
2115/25 2116/6 2118/2
2121/1 2122/5 2123/23
2128/19 2129/4
2131/14 2132/11
2133/11 2134/3
2136/14 2138/15
2142/25 2147/6 2148/6
2148/10 2151/19
2155/19 2157/24
2158/20 2159/25
2163/8 2164/22
2169/16 2169/23
2170/10 2171/2 2171/6
2171/10 2173/12
2173/13 2173/23
2174/5 2178/3 2188/2
2188/22 2190/17
2192/24 2194/2 2195/2
2195/14 2195/18
2196/18 2198/13
2198/16 2199/6
2199/17 2199/22
2199/23 2200/1 2200/7
**What are [1]** 2200/1
**what's [4]** 2075/13
2081/3 2094/10
2177/20
**whatever [5]** 2099/7
2133/24 2188/23
2189/15 2190/18

when [11] 2080/18
2095/17 2139/7
2139/17 2139/23
2151/19 2166/24
2169/11 2177/5 2183/1
2188/4 2191/22
2191/23
**where [37]** 2076/8
2083/6 2083/9 2085/17
2087/12 2089/16
2090/10 2095/2
2102/25 2102/25
2104/6 2122/14
2133/24 2133/25
2134/13 2134/14
2139/24 2144/25
2148/7 2155/1 2155/25
2156/21 2156/24
2163/15 2163/16
2167/20 2173/9
2173/10 2173/10
2177/7 2182/1 2182/16
2182/16 2198/24
2199/2 2199/4 2202/4
**whether [8]** 2080/21
2084/12 2113/5 2128/4
2158/17 2165/8
2167/16 2198/1
**which [20]** 2077/10
2079/22 2081/12
2116/4 2128/9 2129/12
2130/14 2140/16
2150/19 2161/23
2163/15 2163/19
2169/14 2180/8
2181/10 2181/25
2185/4 2185/5 2186/17
2193/8
**while [2]** 2122/18
2174/2
**Whiteville [5]** 2101/15
2101/16 2101/25
2102/17 2102/19
**who [44]** 2076/4
2079/14 2081/5 2085/5
2085/20 2086/18
2087/22 2097/7
2099/15 2099/22
2110/6 2111/22
2129/11 2129/19
2130/14 2133/8
2134/11 2135/14
2142/8 2143/1 2143/5
2143/7 2143/10
2143/12 2150/8
2150/25 2152/2 2152/4
2159/5 2164/5 2166/17
2168/13 2171/22
2172/20 2172/20
2174/12 2175/9
2175/21 2181/17
2188/8 2188/17
2190/10 2191/10
2197/10
**who's [2]** 2116/10
2146/15
**whoever [2]** 2173/20
2191/13

2133/21 2165/9
**whose [22]** 2085/15
2086/3 2086/14 2087/5
2087/7 2087/15
2087/25 2088/6
2088/20 2089/3 2089/8
2089/18 2089/23
2089/25 2090/14
2090/16 2090/19
2091/7 2091/10
2091/18 2142/12
2187/6
**why [8]** 2074/6 2079/8
2090/17 2111/10
2115/20 2154/21
2201/18 2201/18
**wild [5]** 2173/11
2177/3 2177/6 2177/8
2177/8
**will [15]** 2084/22
2107/11 2108/6 2109/7
2109/18 2109/20
2117/9 2119/2 2122/16
2140/4 2152/14
2174/25 2179/6 2179/9
2200/11
**William [7]** 2071/2
2071/3 2073/10 2187/7
2187/11 2203/2 2203/8
**William Isaacs' [1]**
2187/11
**William Shipley [1]**
2073/10
**wish [1]** 2082/23
**withdrawals [1]**
2127/15
**within [5]** 2102/1
2102/2 2147/10
2149/15 2182/9
**without [3]** 2112/25
2152/25 2155/16
**witness [5]** 2072/2
2074/8 2140/5 2159/16
2172/23
**WITNESSES [1]**
2072/4
**Wolf [2]** 2121/3
2160/17
**won't [1]** 2171/8
**word [1]** 2108/25
**words [1]** 2169/3
**work [4]** 2113/17
2114/7 2158/20
2178/19
**worked [1]** 2073/19
**working [1]** 2074/19
**world [1]** 2087/23
**would [42]** 2077/10
2082/11 2094/14
2096/5 2097/20 2107/2
2107/18 2108/20
2110/22 2111/10
2114/11 2115/25
2116/16 2117/23
2119/24 2121/16
2122/23 2128/3 2129/6
2129/14 2132/12

2133/19 2134/19
2134/23 2136/6
2138/13 2158/4 2161/7
2161/16 2162/4 2162/7
2163/2 2166/2 2171/11
2174/17 2177/15
2191/6 2191/11 2195/7
2197/22 2198/13
2198/16
**would be [1]** 2171/11
**would need [1]**
2122/23
**wouldn't [2]** 2075/6
2159/15
**write [2]** 2164/12
2164/14
**writes [3]** 2151/21
2169/13 2175/12
**written [2]** 2117/24
2168/23
**wrong [2]** 2096/5
2112/19
**wrote [2]** 2151/10
2173/13

**Y**

**yards [1]** 2162/21
**yeah [30]** 2081/2
2082/4 2095/24 2102/1
2108/25 2113/7
2116/12 2118/15
2121/22 2126/11
2127/25 2128/6
2128/16 2143/3
2143/22 2147/17
2154/20 2156/7
2156/10 2158/4 2161/9
2163/1 2168/17 2169/4
2169/23 2170/15
2180/16 2186/6 2188/1
2197/5
**year [1]** 2077/5
**years [1]** 2091/13
**Yep [2]** 2103/3 2183/17
**yes [273]**
**yesterday [13]** 2074/19
2075/5 2076/9 2101/18
2106/4 2117/22
2119/19 2126/24
2127/19 2133/15
2195/8 2196/6 2201/22
**yet [8]** 2078/20
2091/14 2091/15
2093/22 2093/23
2146/4 2194/7 2201/8
**you [387]**
**you'll [6]** 2106/1
2131/14 2159/4
2201/11 2201/13
2201/15
**you're [28]** 2074/16
2078/12 2079/19
2079/19 2079/20
2081/2 2081/20 2082/9
2082/9 2082/12
2083/22 2084/2 2084/9
2110/7 2116/14
2120/20 2121/3

2226

**you're... [11]** 2121/14
2130/18 2159/5
2162/21 2171/19
2183/1 2191/12 2193/8
2196/18 2197/1
2198/20
**you've [22]** 2082/20
2083/3 2084/7 2097/5
2098/19 2100/24
2124/15 2125/22
2138/17 2138/18
2150/4 2150/10
2154/11 2154/16
2154/17 2155/4 2161/5
2162/2 2165/10
2180/24 2196/17
2200/12
**Young [10]** 2113/13
2134/11 2134/25
2135/7 2144/24 2145/3
2175/10 2175/11
2175/12 2178/17
**Young's [1]** 2135/17
**your [58]** 2073/3
2078/3 2078/12
2078/14 2079/2
2079/23 2080/3
2081/17 2081/18
2082/21 2083/8
2084/20 2085/17
2094/15 2095/25
2100/3 2107/25
2108/25 2109/3
2110/19 2112/11
2120/3 2123/5 2123/6
2123/12 2124/9
2124/17 2124/21
2125/5 2125/7 2125/24
2126/20 2130/18
2132/1 2134/24 2138/7
2139/17 2142/19
2142/25 2144/9 2147/2
2148/18 2150/20
2152/19 2153/10
2161/16 2162/9 2164/3
2181/17 2194/15
2196/12 2197/22
2198/6 2200/2 2200/25
2201/6 2201/17
2201/21
**Your Honor [26]**
2073/3 2078/3 2078/14
2079/2 2079/23 2080/3
2081/18 2084/20
2109/3 2112/11 2123/5
2123/6 2123/12 2125/5
2125/24 2150/20
2152/19 2164/3
2194/15 2196/12
2197/22 2198/6 2200/2
2200/25 2201/17
2201/21
**yourself [3]** 2081/16
2156/15 2156/18

**Z**

**Zaremba [2]** 2203/2

**zoom [2]** 2122/11
2160/2
**zoom-out [1]** 2160/2