IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    CR No. 22-15
                                    )    Washington, D.C.
          vs.                       )    January 3, 2023
                                    )    9:30 a.m.
ROBERTO A. MINUTA, ET AL.,          )
                                    )    Day 12
          Defendants.               )    Morning Session
_____)

                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                BEFORE THE HONORABLE AMIT P. MEHTA
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Louis Manzo
                             Troy Edwards
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             Kathryn.Rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

2397

```
APPEARANCES CONTINUED:

For Defendant Minuta:          William Lee Shipley, Jr.
                               LAW OFFICES OF
                               WILLIAM L. SHIPLEY
                               PO Box 745
                               Kailua, HI 96734
                               (808) 228-1341
                               Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                Angela Halim
                               3580 Indian Queen Lane
                               Philadelphia, PA 19129
                               215-300-3229
                               Email: angiehalim@gmail.com


For Defendant
David Moerschel:               Scott Weinberg
                               BROWN, SUAREZ,
                               RIOS & WEINBERG
                               265 E Marion Avenue
                               Suite 114
                               Punta Gorda, FL 33950
                               (941) 575-8000
                               Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                Matthew J. Peed
                               CLINTON & PEED
                               1775 Eye Street, NW
                               Suite 1150
                               Washington, D.C. 20006
                               (202) 919-9491
                               Email: matt@clintonpeed.com
```

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Court is now in

3    session; the Honorable Amit P. Mehta now presiding.

4          THE COURT:  Good morning.  Please be seated,

5    everyone.

6          COURTROOM DEPUTY:  Good morning, Your Honor.

7    This is Criminal Case No. 22-15, United States of America

8    versus Defendant No. 6, Roberto A. Minuta; Defendant 7,

9    Joseph Hackett; Defendant 8, David Moerschel; and

10   Defendant 11, Edward Vallejo.

11         Kathryn Rakoczy, Jeffrey Nestler,

12   Alexandra Hughes, Troy Edwards, and Louis Manzo for the

13   government.

14         William Shipley for Defendant Minuta.

15         Angela Halim for Defendant Hackett.

16         Scott Weinberg for Defendant Moerschel.

17         Matthew Peed for Defendant Vallejo.

18         All four named defendants are present in the

19   courtroom for these proceedings.

20         THE COURT:  Okay.  Welcome back, everybody.

21   Happy New Year to everyone.  I hope everybody had some time

22   off and used it to relax at least a little bit.

23         All right.  So before we get started, I assume

24   everybody has been notified of our juror issue this morning.

25   As I've been saying, why start the new year any differently

1    than the way the old year ended?  But hopefully she's

2    assured us that -- I shouldn't say "assured us," but said

3    that hopefully the issue will resolve this morning and she

4    should be able to get in.  But I've also told her to keep us

5    updated; and if it drags on too long, we're just going to

6    have to get started.  So we'll see where we are.

7              In terms of scheduling for the day, then, what

8    does that mean for the government?  Last night we were

9    advised that you intend to conclude with

10   Special Agent Hilgeman; is that right?

11             MR. EDWARDS:  That's right, Your Honor.

12             THE COURT:  And then do we have the civilian

13   witness today?  Has it now been moved back?

14             MR. EDWARDS:  That's still today.

15             THE COURT:  Still today.

16             So if we'll start a little later, do you expect to

17   finish or that seems unlikely?

18             MR. EDWARDS:  I do not.  I anticipate, you know,

19   finishing Special Agent Hilgeman for sure.

20             THE COURT:  Right.

21             MR. EDWARDS:  And then we would move to a civilian

22   witness.

23             THE COURT:  All right.

24             All right.  So then we had Mr. Peed file a motion

25   last night.  So before we turn to that, let me ask, is there

1    anything else we need to address this morning other than

2    Mr. Peed's motion?

3            MR. PEED:  I want to raise one issue related to

4    Agent Hilgeman just for the Court's attention and discuss it

5    a little bit.

6            THE COURT:  Okay.

7            MR. PEED:  Now?

8            THE COURT:  Sure.

9            MR. PEED:  On her direct, the government elicited

10   that this portion of the video of this podcast that the

11   government played, the government elicited from

12   Agent Hilgeman that that was in the second hour, which is

13   important for Mr. Vallejo because his text refers to the

14   second hour.

15           I went -- I asked the government if it would be

16   fruitful for me to link up their exhibit to the actual

17   timestamps of the video because it was in the second hour.

18   And they said, "Well, we'll look at it if you do it."

19           So I went ahead and meticulously linked up all the

20   video that they showed and the timestamps of the original

21   video to show that it was not in the first -- not in the

22   second hour -- and I'd ask for a stipulation.  And they

23   said, "Let me see it."

24           So once I did all that, they said, "Well, we're

25   not going to stipulate to it," which is their right.  But

```
 1   they already elicited -- but now they know they elicited
 2   false testimony.
 3           And it will be a little bit cumbersome to try to
 4   go through the video and prove it with Agent Hilgeman.  And
 5   I can always wait for my case and throw up a summary witness
 6   and try to do it more quickly.  But the government also
 7   elicited it, and they're on notice now that they elicited
 8   false testimony.
 9           So I guess I wanted to know -- I want to put that
10   on the record.  If the government is going to correct that
11   in their redirect, it will save everyone a lot of time,
12   especially me trying to meticulously coordinate two
13   different videos with the agent up there, which I don't want
14   to do, especially if there's any technical issue there.
15           But I want to put on the record that the
16   government is aware that the timestamps I provided them show
17   that the testimony was false or incorrect.  And if they will
18   let me know they're going to correct it on redirect, then it
19   will save me a lot of time -- it will save everyone a lot of
20   time of me trying to correct it on cross.
21           I will also note for the record this is the second
22   time on an issue related to Mr. Vallejo that the government
23   has elicited testimony that is incorrect and then was
24   alerted of it and didn't correct it.
25           The first time was when they elicited that
```

1     Mr. Vallejo was next to the Capitol in this photograph.

2     During the direct of Agent Harris, Your Honor -- I know it

3     was a mistake at first; but during the direct, the

4     government -- you know, Mr. Nestler was informed that that

5     was not the Capitol and they didn't correct it.  And I had

6     to correct it on cross.

7           And the government, I hope, is aware of its *Napue*

8     obligations not to rely on testimony that's incorrect and to

9     correct it if they learn about it.

10          THE COURT:  Well, let's be clear.  The *Napue*

11    obligation is slightly -- first of all, let's get two things

12    distinct here.

13          One are sort of innocently incorrect testimony and

14    knowingly false testimony.  And I don't put anything

15    Agent Hilgeman said in the latter category.  And I don't

16    think the government has deliberately elicited knowingly

17    false testimony.  So this is not a *Napue* issue in my mind.

18          And I think my recollection is she was -- she

19    said, "Look, to the best of my recollection, that this

20    testimony was in the second hour."

21          MR. PEED:  She said she checked.  I went to the

22    transcript.  And she said -- well, I know the first part the

23    government played was in the second hour.  I checked that.

24          THE COURT:  So she just may have been wrong.

25          MR. PEED:  Yeah.

1          THE COURT:  So the question is whether you want to

2   demonstrate that she's wrong on cross or whether the

3   government intends to -- I don't know whether the government

4   agrees or disagrees with the characterization of it being

5   wrong or not.  I don't know.

6          What's the government's view?

7          MR. MANZO:  So, Your Honor, a couple things.  One

8   is, again, we do not think this is a *Napue* violation at all.

9          And, two, so there's an eight-minute section on

10  The Hagmann Report.  Part of that is after the second hour,

11  part of that is in the first hour.  It spans the whole

12  thing.

13         Account Hilgeman testified that she thought,

14  I think, that it was most -- or in the second hour.

15         Mr. Peed has asked us to stipulate to facts

16  regarding the timeline.  We are not willing to stipulate to

17  facts to impeach your own witness.  We think this is an

18  adversarial courtroom.  It's an adversarial system.

19         If Mr. Peed wants to bring up that Agent Hilgeman

20  was slightly wrong and that some parts of The Hagmann Report

21  were from before the first hour and some parts were after

22  the second hour, he can do that.  And that's our position.

23         THE COURT:  Well, why don't -- well, look, if

24  Mr. Peed is prepared to proceed by stipulation, then perhaps

25  he's also prepared to proceed by showing what he wants --

1    showing the timeline that he's established of the statements

2    to Agent Hilgeman so that she can then say to the jury

3    whether, in either cross or redirect, Yeah, I've now looked

4    at it, and I need to slightly correct my testimony.

5              Isn't that a more sort of efficient and reasonable

6    way to go about things without raising the concerns that

7    you've raised and then having to spend 30, minutes on

8    cross-examination trying to match up the statements to where

9    they fall on the video?

10             MR. MANZO:  And we think it should take two

11   minutes of cross-examination.  Mr. Peed can play the video,

12   show the clip that he says is in the first half, and say,

13   "Agent Hilgeman, isn't it true this is in the first half?"

14   And she says, "Yes."

15             We don't think it's a big issue.  It's just a

16   matter of our interest.

17             THE COURT:  I don't know how easy that is.

18             I mean, in other words, I don't know how simple it

19   is to marry up the segment and then turn to the actual video

20   and say, "All right.  You know, and does the actual video,

21   for example, have a timestamp associated with it?"  I mean

22   the full-length video.

23             MR. MANZO:  Well, Mr. Peed informed that he

24   downloaded the full -- or he screenshotted the full video.

25             I should also note that there's two issues.

1        THE COURT:  I don't understand what you mean,

2   screenshotted.

3        MR. MANZO:  Screen-recorded it.  The Hagmann

4   report, the full two-hour podcast, he screen-recorded that.

5        If you download the podcast, there's also

6   different timestamps when you download the podcast because

7   there's commercials in the podcast.

8        We just do not intend to have a stipulation where

9   Mr. Peed then stands up and says, "Look, the government

10  stipulates that their agent was lying under oath or is

11  saying this and that."

12        We think this is just prime for cross-examination

13  just like when Agent Kelsey got the Supreme Court

14  issue wrong.

15        THE COURT:  I wasn't too worried about that.  One

16  building with columns looks like another building with

17  columns in this town sometimes.

18        But here's what I don't understand.  Do we know --

19  what Mr. Vallejo sent was the full clip, correct?

20        MR. MANZO:  Mr. Vallejo sent a link to the clip

21  and said, "Listen to the second hour."  It's not --

22        THE COURT:  Right.

23        So the clip was to the full two-hour production,

24  right?

25        MR. MANZO:  Correct.

1          THE COURT:  That included the commercials or

2   didn't include the commercials?

3          MR. MANZO:  So the clip was to a screen-recording

4   that would have -- that I don't think would have the

5   commercials.  If you download the link, which is -- may or

6   may not be what the FBI did.  I do not know, because

7   Agent Hilgeman testified that she reviewed a summary of the

8   file.  And I don't know if that summary was based on the

9   downloaded clip or the clip on the Internet.  That's what

10  would cause some of the difference in the timestamps.

11         THE COURT:  And so, Mr. Peed, what are you

12  comparing the statements to?

13         MR. PEED:  I made a chart, Your Honor, of both,

14  because the government said, "Well, if you download it, it's

15  different timestamps.  And it didn't affect anything because

16  those commercials aren't long enough to bring him into the

17  second hour."  So I made a chart after asking them if they

18  would stipulate to it.  They said, "Do the work and we'll

19  look at it."

20         So I did the work.  I made a chart of both, what

21  Mr. Vallejo sent and the downloaded MP3 that the agents may

22  or may not have used.  I showed all the timestamps.  They

23  can, you know -- I don't think there's any dispute that

24  those are the timestamps.

25         THE COURT:  And so how much of it is actually in

1   the first hour versus the second hour?

2          MR. PEED:  It's an eight-minute video.  The first

3   five minutes are in the first hour.  The last three

4   minutes -- I went through this with the agent.  The last

5   three minutes are in the second hour.

6          THE COURT:  Here's the problem or the difficulty,

7   which is, in order to actually elicit this from the agent on

8   the stand is going to be very cumbersome.

9          I mean, you can't just throw up a chart and say,

10  "Hey, isn't this true?" without her actually having viewed

11  the video and being in a position to make the comparisons

12  between the full-length video and the individual statements,

13  which is why I've suggested essentially showing Mr. Peed's

14  work product to Agent Hilgeman so she can verify it for

15  herself and say when she gets back up on the stand, when

16  asked, "You know, it turns out you're correct, Mr. Peed.

17  I've taken a look at it again, and some of this was in the

18  first half.

19          MR. MANZO:  And that's fine, Your Honor, if we can

20  speak -- we haven't spoken to our agent, obviously, because

21  she's on the stand.  But if we can show her Mr. Peed's work

22  product and the two different types of videos and explain to

23  her what's going on, we're happy to do that.  We just

24  haven't -- we didn't want to speak to her without clearing

25  it with the Court.

1          MR. PEED:  By "work product," you mean the chart

2    or the videos?

3          MR. MANZO:  Correct, the --

4          THE COURT:  All of it, whatever you've put

5    together and compiled in order to show the government that

6    she -- her testimony was in error.

7          MR. PEED:  I made a chart, and I think the

8    government did not object to me showing that chart as an

9    exhibit.  But I don't have in a foundation that it's

10   accurate and she's not going to be able to --

11         THE COURT:  That's what I'm saying.

12         That's why doing that on cross-examination is

13   going to be extremely difficult and cumbersome, which is why

14   I'm suggesting you show all of it to her -- we've got a

15   little bit of time before our juror arrives -- so that when

16   she re-takes the stand, she can say, Yeah, I've looked at

17   this again.

18         MR. PEED:  Oh, okay.  That would be great,

19   Your Honor, if I could, in the middle of her testimony, have

20   her look at the video.

21         THE COURT:  Right.

22         MR. PEED:  Okay.  Yeah, I think that would be

23   great, Your Honor.

24         And I raise this because I know the Court is

25   concerned about moving things forward, and this is something

```
 1    that's simple and we could fix, and I don't want to make it
 2    look like I'm trying to cumber -- cumbersome the --
 3              THE COURT:  No, I appreciate that concern.
 4              But I think that's the way to do it, which is to
 5    have her do the homework and then correct what she said on
 6    the stand based upon her having looked at the --
 7              MR. PEED:  That would be great, Your Honor.
 8    Thanks.
 9              MR. MANZO:  That's fine with us, Your Honor.
10              THE COURT:  Okay.
11              All right.  Well, why don't we then quickly go
12    through -- well, let me ask you -- let's take care of
13    Mr. Peed's motion, and then we'll -- then I'll have you all
14    talk to Agent Hilgeman.
15              All right.  So Mr. Peed filed a motion last
16    evening, ECF 436.  It raised concerns about various exhibits
17    the government wishes to introduce on Agent Hilgeman's
18    redirect.
19              The government hasn't had an opportunity or has
20    not filed an opposition, so why don't we start with Roman
21    numeral I and II.  I think they're text messages from
22    Mr. Caldwell to some of his friends.
23              And it will be helpful to refresh my memory as to
24    how this is sort of responsive to whatever the
25    cross-examination was.
```

1          MR. MANZO:  Yes, Your Honor, and I went back and

2    pulled the transcript here.

3          So on cross-examination, Mr. Peed elicited

4    basically the same arguments that Mr. -- or the same

5    exhibits that Mr. Caldwell used in the first trial, and that

6    was the defense that Mr. Caldwell is basically obsessed with

7    going to the bathroom and the porta potty defense, that

8    Mr. Caldwell was not going into D.C. for reconnaissance, for

9    anything nefarious, but just going into D.C. to check out

10   the bathroom situation.

11         And I pulled a few questions here where Mr. Peed

12   said, "So we just saw two messages in a series sent by

13   Mr. Caldwell, correct?"

14         And Agent Hilgeman said, "Yes."

15         "In both of them he makes a point to focus on

16   porta potties?"

17         And then Agent Hilgeman answers, "He does mention

18   the porta potties, yes."

19         Then Mr. Peed said, "We saw" --

20         THE COURT:  Remind me, the porta potties text

21   messages were in connection with the November rally,

22   correct?

23         MR. MANZO:  Off the top of my head right now,

24   I can't remember, but it was in the Vallejo exhibit that

25   Mr. Peed submitted, so we can check that out.

1          THE COURT:  Mr. Peed, what were the dates of those

2    porta potties?  I thought it was in connection with the

3    November, because he was there in November, not in December,

4    and then, of course, January.  But I don't think they were

5    in connection with the January.

6          MR. MANZO:  Off the top of my head, I thought they

7    were actually both, but we can pull those up in a second

8    here.

9          MR. PEED:  Those were for January 6th, Your Honor.

10          THE COURT:  Those were all for January 6th?

11          Mr. Peed?

12          MR. PEED:  Yes.

13          THE COURT:  Okay.

14          MR. MANZO:  So the government's argument is

15    obviously that if Mr. Peed is trying to show that

16    Mr. Caldwell is obsessed with going to the bathroom, whereas

17    the government's argument, of course, is that he has other

18    reasons when he goes into D.C. to look around, and one is

19    that at the Million MAGA March, he says, I could have burned

20    down -- or, We could have burned down Congress, and that his

21    earlier text message about mowing down shitballs is, again,

22    relevant here, especially relevant when Mr. Peed has put

23    forward the idea that Mr. Caldwell is something of an old

24    man who is interested in going to the bathroom.

25          They're admissible to show the conspiracy's

1     intent, to show Mr. Vallejo -- not Mr. Vallejo but

2     Mr. Caldwell's state of mind.

3            And we thought they would be admissible without

4     Mr. Peed's cross-examination, but now that Mr. Peed has put

5     directly Mr. Caldwell's state of mind at issue here to say

6     that he's gone in just to check out the bathrooms, we think

7     showing that that is incorrect, that there's, in the

8     government's view, a clear other reason for reconnaissance,

9     and that reason has to do with violence or burning down

10    Congress is directly at issue at this point.

11           THE COURT:  Okay.

12           MR. PEED:  Based on that, Your Honor, I would just

13    add an objection to beyond the scope, because the

14    government's direct had a specific message from Mr. Caldwell

15    saying that on January 5th, in the afternoon, he was going

16    into the hornet's nest.

17           And so I went and pulled that specific trip on

18    January 5th, what he said immediately afterwards.  So it's

19    very limited to that January 5th trip to the hornet's nest.

20           So now they're trying to say something on

21    January -- on November 14th is somehow opened by me just

22    showing the context of their own direct about a specific

23    trip on January 5th.  I would think that's beyond the scope.

24           MR. MANZO:  I think it would be stretching the

25    imagination to say that in November, Mr. Caldwell went and

1    said -- went into Washington, D.C. and said, Could have

2    burned down Congress, and then all of a sudden, he's lost

3    that state of mind.  There's no interest to say -- there's

4    no evidence to show that Mr. Caldwell no longer has an

5    interest in political violence or political violence in

6    Washington, D.C.

7              In fact, the evidence shows that he is interested

8    in that group where he's sending messages about getting a

9    boat and transporting heavy weapons.

10             So we don't think it's possible to divorce his

11   state of mind when he's doing reconnaissance with his

12   earlier text messages.

13             If there was some evidence that Mr. Caldwell said,

14   between the period of November or December and January,

15   I was just joking around, or I don't believe in this stuff,

16   then, sure, the earlier messages wouldn't be relevant.

17             But there's a continuum here during the course of

18   the conspiracy about what somebody's intent is when they

19   come to Washington, D.C., and we don't think that the jury

20   should be of the mind that Mr. Caldwell is just looking for

21   porta potties when he's also got other things in his mind

22   when he comes into Washington, D.C.

23             THE COURT:  Remind me, did Caldwell come to

24   Washington for the November march?

25             MR. MANZO:  Correct, Your Honor.

1           THE COURT:  Right.  He was for November but not

2     December, right?

3           MR. MANZO:  So the series of messages, I think

4     it's three messages that we're intending to show to rebut

5     the porta potty defense, and that is the Sperryville rally,

6     where Mr. Caldwell says that he met a very interesting group

7     of special operators, and then it's the mowing down

8     shitballs message, and then it's the, We could have burned

9     down Congress, and that's the day or two after the

10    Million MAGA March where he was in Washington, D.C. meeting

11    with other conspirators in this case.

12          THE COURT:  So, look, I think, to the extent the

13    objection is to the introduction of these would be beyond

14    the scope of cross-examination, I think I'll sustain that

15    objection given the closeness in time between the

16    January 5th message the government introduced on direct and

17    the January 6th messages that Mr. Peed introduced on

18    redirect.  There's a greater proximity and nexus of time

19    between those two messages that the government is now

20    seeking to introduce as to Mr. Caldwell's state of mind come

21    a full six, almost seven weeks earlier.

22          I understand that this is during the course of the

23    conspiracy but, nevertheless, in terms of scope of

24    examination, I think going back that far, absent a direct

25    connection between the messages that Mr. Peed introduced

1    concerning January 6th and the messages the government

2    wishes to introduce from mid-November, it seems to me it's

3    fairly remote, or I should put it differently, it is remote

4    in time and arguably more prejudicial than probative.

5            All that said, you know, if these haven't been

6    introduced through this agent, you'll have the opportunity

7    through other agents to introduce it.

8            All right.  So let's talk about Government's

9    Exhibit 15.2, the timeline montage.

10           MR. PEED:  Could I just say, if -- I'm not sure --

11   for efficiency purposes, when do you want to make the ruling

12   on the hearsay objection for when they try to -- on the

13   second message for when they try to use it?

14           THE COURT:  Well, I don't think it's being

15   introduced as hearsay.  It's not being introduced for the

16   truth of what he says.  This is being introduced for his

17   state of mind.  I don't think he -- maybe he literally

18   means, We could have burned Congress to the ground, but

19   I don't think that's the purpose of introducing the

20   statements.

21           MR. PEED:  So doesn't it rely on the truth of what

22   Mr. Caldwell -- the scene he's describing, you know, there's

23   a lot -- There's a million people, and we could have burned

24   Congress -- he's not saying he wanted to burn Congress, so

25   I'm trying to figure out, what is the government's purpose

1  of this message?

2          THE COURT:  The theory is -- I mean, the purpose

3  of the message is to suggest that Mr. Caldwell was focused

4  on Congress, understood that Congress was part of this

5  process, and that his state of mind demonstrated some

6  antipathy toward Congress.

7          MR. PEED:  All right.

8          THE COURT:  I think it's fairly evident how it

9  reflects on the state of mind and isn't really being

10  asserted for the truth of the matter.

11          MR. PEED:  All right.

12          THE COURT:  All right.  So then there's the

13  timeline exhibit.  Why don't we, if you all have it, can we

14  bring it up.

15          So this is 1500.2.  Mr. Peed's indicated he has

16  objections to the timeline montage.  Now, all said, it's not

17  clear to me if this is being introduced on redirect, what

18  portion the government intends to play on redirect.

19          MR. PEED:  This is direct with Agent Hilgeman.

20          THE COURT:  Oh, I'm sorry, this is for?

21          MR. EDWARDS:  Correct.  The government doesn't

22  intend to use this in redirect.  This would be for the

23  direct for a new agent.

24          THE COURT:  Okay.  I misunderstood because it

25  wasn't --

```
 1          MR. PEED:  I'm just trying to get ahead of it,

 2   Your Honor.

 3          THE COURT:  Okay.  I did not understand that.  In

 4   any event, given how Roman numeral I was prefaced as dealing

 5   with redirect for Agent Hilgeman, I just assumed that was

 6   true for all of these.

 7          MR. EDWARDS:  No.  I think the rest of

 8   Mr. Vallejo's motion pertains to a different agent.  I don't

 9   know if that changes the Court's calculus in addressing it

10   now, but we're happy to.

11          THE COURT:  Well, when do you intend to introduce

12   these?

13          MR. EDWARDS:  This will be for Special Agent

14   Johanna Abrams, not today, given the delay, and possibly

15   tomorrow afternoon but it's looking more like the next day.

16          THE COURT:  Because what I am interested in is

17   presenting Mr. Peed's work product about the video, the

18   Hagmann video, so that she has enough time to review it and

19   draw her own conclusions.

20          MR. MANZO:  I can take care of that.  I believe

21   Agent Hilgeman is on her way to court, so I can handle that.

22          THE COURT:  Okay.

23          All right.  If somebody else can handle that and

24   we can continue, then let's go ahead and use our time,

25   although it would require -- do you have Mr. Peed's -- can
```

1    you --

2              MR. MANZO:  I have the chart, and I don't have the

3    screengrab recording, but it's available online and so I can

4    show it to her based on the website still.

5              THE COURT:  Okay.

6              All right.  So let's turn then to the objections

7    concerning 1500.2.  The first concerns, I had ruled earlier

8    that the government's exhibit should include some notation

9    of when Group 1 left the Capitol Building, and Mr. Peed has

10   objected that it doesn't satisfy that.

11             MR. EDWARDS:  Right.  So, Your Honor, just to

12   frame this, you know, the government disagrees.

13             We've adjusted this exhibit to show when most of

14   Line 1 is outside of the building.

15             So the factual scenario here is Line 1 members

16   leave in a staggered fashion.

17             THE COURT:  Right.

18             MR. EDWARDS:  Some small groups kind of partition

19   off while in the Capitol, and then a couple leave throughout

20   the longer time period.

21             What they do is they gather on the landing outside

22   of the door.  They don't actually descend to the stairs

23   until roughly 3:16 when part of Line 1 starts to descend

24   those stairs.

25             So I understand Mr. Vallejo's objection or

1    Mr. Peed's objection here to be that there's not a clear

2    indication to the jury through this montage that Line 1 has

3    exited before Line 2 enters.

4            There's not going to be a clear way to make that

5    happen because Line 2 is ascending the stairs at 3:10 and

6    then goes into the building at 3:14.  Line 1 leaves in a

7    staggered fashion but congregates at the landing just left

8    of the doors and then descends at 3:16.

9            So what the government has done here is shown a

10   photograph that shows a large number, kind of a gathering of

11   Line 1 members, to show that this must be in this time

12   frame, 3:05 to 3:15, because of the particular individuals

13   that have left the building and congregated.

14           And then what proceeds to happen is in a kind of

15   chronological fashion, there's a dot here, a yellow dot

16   where the east steps are.  We've shown that photograph.  The

17   agent's testimony will show -- because the agent's testimony

18   is just an aid to this exhibit, the agent's testimony will

19   show to the jury that what I've just told you, that people

20   leave in kind of a staggered formation and they gather on

21   that landing.

22           Line 2 then starts to ascend at 3:10.  At the

23   time, some members of Line 1 are up in the upper left area

24   here left of those east Rotunda doors.

25           And so Line 2 starts to ascend to the right side

```
 1   of the same steps and goes in at 3:14.  And so I'll just
 2   fast-forward a little bit here.
 3            MR. SHIPLEY:  I'd add that three members of Line 2
 4   going in at 3:14.  The last two members don't go in until
 5   3:21.
 6            MR. EDWARDS:  3:22.  The government doesn't
 7   disagree with this.  I think the Court's ruling -- and the
 8   Court will correct me if I am wrong -- was to just create
 9   some factual scenario in this montage to show to the jury
10   that the line members are inside the Capitol.
11            THE COURT:  So what's the issue, Mr. Peed in terms
12   of the -- look, this is the Government's exhibit.  So as
13   long as there is a testimonial recitation that the
14   underlying exhibit show that all of these folks have left at
15   a particular point in time, what's the issue?
16            MR. PEED:  The issues is that the timestamps, even
17   on the -- which I think are not good enough, the photograph
18   and far-away video, that those timestamps overlap with the
19   second group going on.
20            It says 3:10 to 3:15, approximately.  There's not
21   a specific -- in the exhibit, not a specific thing like this
22   showing when they leave.
23            So then because it's an exhibit going back to the
24   jury, the government can't -- I don't think the government
25   should be allowed to rely on that statement in explaining
```

1    it.  Then that goes back to the jury.  And what the jury has

2    as an exhibit does not show that they were not in the

3    building at the same time.

4         And all I've asked for, if the Court looks at

5    what's on the screen now, the government has this beautiful

6    Columbus Door video of people coming in.  They just don't

7    want to show that same video of them going out.  I don't

8    understand why that wouldn't be --

9         THE COURT:  Why is that not just simply something

10   you can show on cross-examination?  I mean, you know, I

11   understand some of the concerns you've raised.  But it also

12   seems to me there's an advantage to bringing it out on

13   cross-examination, which is to demonstrate the government's

14   not being complete.

15        And I don't know why you want to throw everything

16   into their exhibits when you can make very effective use of

17   this on cross-examination to say, actually, "Look, here's

18   the video showing them all leaving, and the government

19   didn't put it in its montage.  Why didn't they put it in

20   their montage, ladies and gentlemen?  They've got it.  It's

21   in there.  And now you'll know" -- I mean, there's not going

22   to be any doubt left in this jury's mind about the timeline,

23   let me assure you.

24        MR. PEED:  That's certainly something I've thought

25   about, Your Honor, but the -- in my -- in a lot of

```
1    situations, my experience, something like this would be a
2    demonstrative.  And then I could make that point.  And the
3    jury doesn't get to take that demonstrative back.
4              THE COURT:  I understand.  I understand.  And I've
5    ruled that this is a different type of exhibit.
6              MR. PEED:  Right.
7              THE COURT:  And so if there are exhibits,
8    underlying evidence that you believe more fully completes
9    the Government's exhibit, then it's fair game for
10   cross-examination.
11             There's nothing inaccurate about the Government's
12   exhibit.  You would rather just have them show something
13   that they don't want to include, and that's why you get
14   cross-examination.
15             MR. PEED:  It's misleading.
16             THE COURT:  It's not misleading.  It is not
17   misleading.
18             There's nothing misleading about the timestamps on
19   that exhibit.  And so if you want to show the exact time
20   people leave, you can do that, you're free to do it.
21             MR. PEED:  If I may, Your Honor, what's misleading
22   is that they have this line, and the line goes all the way
23   to the Capitol.
24             THE COURT:  Mr. Peed, this is an exhibit that will
25   aid the jury in understanding people's movements on
```

1   January the 6th, okay?

2           I'm instructing the jury that the exhibit itself

3   is based essentially on other evidence, that other evidence

4   is going to be in, and the testimony that accompanies it is

5   as good as the evidence underlying the exhibit, right?

6   That's the instruction I will give them.

7           At the same token, you have the opportunity to

8   show on cross-examination how the exhibit is either

9   incomplete or incorrect in some way.  And you will have that

10  opportunity.  And the jury will clearly understand that

11  certain people are leaving as certain people are ascending

12  the stairs, and that's it.  It's pretty simple.

13          So that's it.  Next issue.  There is a question.

14          All right.  The second issue concerns the use of a

15  photograph sent by Mr. Rhodes at 2:25 that follows a text

16  message that Mr. Vallejo sent at 2:24.  All of this is to

17  the Signal chat.

18          And the concern raised by Mr. Peed is that

19  Mr. Rhodes' 2:25 photograph is somehow responsive.  The jury

20  may be left with the impression that the 2:25 photo is

21  responsive to Mr. Vallejo's text message or Signal chat

22  message, that he "has two trucks available.  Let me know how

23  I can assist."

24          So, Mr. Edwards.

25          MR. EDWARDS:  Yes, Your Honor.

1           Two things.  One, this message kind of is

2    sequential, so it comes next.

3           But to Mr. Vallejo -- or to Mr. Peed's concern, we

4    intend, in some of the message compilations, to show

5    Stewart Rhodes repeatedly reaching out with these

6    coordination messages in a couple other photos.

7           I don't believe -- Mr. Peed is free to disagree,

8    but I don't believe that the jury will be left with the

9    impression that this is the only time Mr. Rhodes sends a

10   photo of his location.  We intend to show a couple others,

11   including some of the messages that he references in his

12   argument.  So I don't think there's any reason to remove

13   that or to show all the rest in the montage.

14          As you know, and what the government intends to do

15   during direct is to kind of bounce back and forth between

16   message compilations that are happening at the same time and

17   then switch back to a video compilation.

18          THE COURT:  Okay.

19          MR. EDWARDS:  So the jury will know that

20   Stewart Rhodes is doing that.

21          I don't claim that we're going to include

22   everything that Mr. Peed said, but certainly the jury will

23   know Mr. Rhodes is sending messages and a couple of photos.

24          THE COURT:  Okay.

25          MR. PEED:  My question for the government would

1   be, why not use the 2:15 photo?  The only reason not to use

2   2:15 photo, that I can see, is to make it look like he's

3   responding to Mr. Vallejo, which we know is not true.

4        So, again, I can bring it all out on cross.  But

5   they're, to my mind, creating something that is visually

6   misleading on purpose for no reason where they can just fix

7   it with the 2:15 picture and then want to give it to the

8   jury for deliberations.

9        THE COURT:  But you will be able to give your

10  exhibit to the jury for deliberations.  This is the nature

11  of voluminous evidence, right?  Voluminous evidence, you

12  can't include every single document.  And by its very

13  nature, it is voluminous.

14       And unless it is grossly misleading or misleading

15  in some fundamental way, I'm at a loss to understand why you

16  cannot cure your concerns on cross-examination.  And you

17  will be able to admit the 2:15 photo and any other photos

18  and any other communications you think are relevant to the

19  time period for the jury's consideration.

20       MR. PEED:  I can, Your Honor.  That's the ruling.

21       I can cure that misimpression.  I don't think the

22  misimpression -- I don't think there's any reason to create

23  the misimpression when Mr. Vallejo is not responding.

24       THE COURT:  First of all, it's not clear to me

25  it's a misimpression one way or another.  I don't know what

1   the government's position is, whether, in fact, this is

2   responsive to Mr. Vallejo or not.  I don't know whether it

3   is or not.  That may be something for the jury to decide.

4            MR. PEED:  Well, he sent the exact same picture

5   before Mr. Vallejo sent anything.

6            THE COURT:  That's your view.

7            Look, you may be right.  The jury may conclude

8   that you're right.  But I take the government to want to

9   argue that the fact that Stewart Rhodes sends something

10  after Mr. Vallejo has sent something at 2:24 that shows he's

11  on the Capitol to have some causal or responsive quality to

12  it.  You can argue that it doesn't for the reasons you've

13  identified.

14           MR. PEED:  You know, it would -- at least for

15  Rule 106 purposes, I would ask that that 2:15 be in there

16  because the rule requires that things be simultaneously

17  introduced to avoid this kind of issue.

18           THE COURT:  I understand what the rule is, so --

19  and I've heard it many times.  And I've tried to strike a

20  delicate balance here between what I need to do to satisfy

21  Rule 106.

22           But the 2:15 message was sent where?

23           MR. PEED:  Same group, same location.  He stayed

24  there for an hour, or certainly between 2:15 and 2:24.  So

25  there's no reason -- the 2:25 message gets the government

1    nothing the 2:15 message doesn't.

2            THE COURT:  But you're missing -- I don't

3    understand why you're concerned with what it gives the

4    government.  You're not trying the government's case for it.

5    And I understand you want to put your evidence in through

6    the government's case.

7            My point to you is, you can do it through

8    cross-examination.  And I don't think a picture that is ten

9    minutes earlier that's consistent with your theory of the

10   case is -- comes in under Rule 106, right?  I mean, this is

11   Mr. Rhodes doing whatever he's doing when he's doing it, and

12   you can argue that there was a photograph ten minutes later

13   which shows that this photograph that arrives one minute

14   after Mr. Vallejo posts was not, in fact, directly

15   responsive.

16           So I don't see how this is unduly prejudicial or

17   misleading in any way, given that you'll have the

18   opportunity to both cross-examine about the timeline and put

19   into evidence the fact that Mr. Rhodes was taking these

20   photographs and sending them to people, including to the

21   group chat, ten minutes earlier.

22           Okay.  Juror 3 tells us she will definitely make

23   it in by 12:30.  So --

24           All right.  Just in terms of scheduling purposes,

25   we've been advised that Juror 3 says she will definitely

2428

1    make it here by 12:30.

2           I've asked JC to get lunch available for the

3    jurors by 11:45 so that they have an opportunity to eat so

4    that we can start shortly after she arrives.

5           And hopefully she'll have a chance to eat, too.

6    But you all should prepare to be ready to go as soon as we

7    can after 12:30.  So have your lunch earlier than you might

8    otherwise have expected.

9           All right.  Then there's a third issue, and that's

10   concerning Mr. Vallejo's location during the date -- during

11   January 6th in the early afternoon.  Mr. Edwards.

12           MR. EDWARDS:  Yes, Your Honor.

13           There's no misimpression.  The agent is going to

14   testify about messages that Mr. Vallejo sent about CCTV

15   cameras that show Mr. Vallejo left the hotel and went into

16   D.C.  The message that he finds his truck at 1:19 p.m., and

17   she'll testify about him returning on the hotel CCTV.

18           I read Mr. Peed's objection to the montage to be

19   that there is not an Orange Line that is tracking all of his

20   movement through D.C. to find his truck and return.

21           If the logical core of his argument is that

22   there's a misimpression, there is not.  There will be

23   messages and other evidence to show exactly where he was and

24   what he was doing.

25           At these particular timestamps, he is at the

1    hotel, and those orange dots are accurate.  And so the

2    government's position is that there's no need to adjust the

3    montage, especially given that it's supplemented with other

4    evidence to show what Mr. Vallejo was doing.

5            She'll also -- the agent will testify about the --

6    what the Orange Line means in the beginning of the day, that

7    it's tracking Mr. Caldwell's movement.  She'll make that --

8    the government will make that clear.

9            THE COURT:  Okay.

10           Mr. Peed, is this just a matter of another line?

11           MR. PEED:  Yes, Your Honor.  Given that everyone

12   else in the exhibit is moving around and their movements are

13   shown with lines, and then there's one person who's shown

14   statically, that's the exhibit.

15           THE COURT:  I'm not going to ask the government to

16   correct that.  I think it's clear that it can be brought out

17   during the examination.  And I don't think the jury will be

18   left with a misimpression.

19           The one thing I am going to ask the government to

20   do, although it hasn't been requested, and I'll get your

21   thoughts on this, and maybe I didn't appreciate this, is

22   that the exhibit is labeled "January 6th Coordinated

23   Movements."  And coordinated seems to me to imply -- and

24   does the title -- how does the title show up on the exhibit,

25   if at all?

1          MR. EDWARDS:  I mean, it shows up -- to the jury?

2    I guess it would show up on the hard drive whenever we give

3    a thumb drive back?

4          THE COURT:  No, no, in terms of the exhibit

5    itself, is it sort of the introduction screen?

6          MR. EDWARDS:  No, there's no like title screen or

7    anything.

8          THE COURT:  There's no total screen or anything?

9          MR. EDWARDS:  No.

10         THE COURT:  This is just --

11         MR. EDWARDS:  I know VLC sometimes has a habit of

12   showing whatever it's saved as before a video plays.

13   I think we can turn that function off.

14         THE COURT:  Okay.  That's fine.

15         MR. EDWARDS:  There's not like a title screen or

16   anything.

17         THE COURT:  Fine.  Mr. Peed sort of described it

18   as "labeled as January 6th coordinated movements."

19         MR. EDWARDS:  I think what we've been trying to do

20   for the defense is label things when we put them on USAfx so

21   they can better track rather than just have a random --

22         THE COURT:  Got you.  All right.  But it's not

23   something that actually pops up on any image that's part of

24   the exhibit?

25         MR. EDWARDS:  Right.

1          MR. PEED:  It pops up now, but if it's renamed, it

2     might not pop up.  But my version, it pops up when you play.

3          THE COURT:  But it just pops up in terms of the

4     title?

5          MR. PEED:  When you hit play, the words "Jan. 6

6     Coordinated Movements" comes up.

7          MR. EDWARDS:  Right.  That's a VLC setting, not

8     necessarily the video itself.  So we can turn that setting

9     off on VLC.

10          Like, for example, when we play through

11     TrialDirector, it shouldn't be.  I don't think it has done

12     that in our other exhibits we've played.

13          MR. NESTLER:  To be clear, it's only on the file

14     name.

15          THE COURT:  Right.

16          MR. NESTLER:  It's not in the exhibit itself.

17          THE COURT:  Right.

18          MR. EDWARDS:  So the file name is just a generic

19     number, then the jury is not going to see anything.  That

20     phrase is not in the exhibit itself.

21          THE COURT:  Okay.  That's all I was -- that was my

22     concern, that -- January 6th movements, I think, would have

23     been fine, but coordinated movements seem to me to have more

24     subjective connotation to it.

25          All right.  But since that's not appearing at all,

1    then that alleviates the concern.

2           All right.  And the final two pages concern

3    different exhibits.

4           So, Mr. Edwards.

5           MR. EDWARDS:  Yes, Your Honor.

6           I don't recognize any new arguments that have not

7    already been addressed by the Court's prior ruling on

8    summary exhibits and allowing the government to present

9    these with the aid of witness testimony.  I don't know if

10   Mr. Peed is -- if any of this is new.

11          I think -- I read this to just be preserving a

12   record on some of these.  I mean, to the extent there's a

13   strain of new argument, it's that there are short clips that

14   the government has that are somewhat edited or highlighted

15   with certain names that appear and that the whole clip

16   should be played.

17          But I believe the Court has already ruled that

18   these are -- this is a summary exhibit, and it's piecing

19   together a number of short clips altogether with the aid of

20   a witness testimony.

21          The one specific example Mr. Peed highlights is

22   Kelly Meggs' hand motion, for example.  I think Mr. Peed's

23   position here is that the government is wrong to say that

24   it's moving forward, it's that there are other people with

25   their fists showing Trump.

1          In re-watching the exhibit, there's audio, too, at

2    the time where Mr. Meggs is moving his hand.  Mr. Peed is

3    free to cross on whether or not the audio shows other people

4    chanting "Trump."  I didn't hear it.  But, you know, again,

5    this is something I think Mr. Peed can cross on as to how

6    the jury should interpret that motion.

7          THE COURT:  Can I ask you about the last exhibit.

8    This is 1503.1, and the take his helmet off?

9          MR. EDWARDS:  Uh-huh.

10         THE COURT:  Is that -- where does that occur

11   physically, and at what time, and in proximity to which

12   co-conspirators?

13         MR. EDWARDS:  So take those in order.

14         So at -- where.  It occurs in the Rotunda doors,

15   right on the precipice -- I'm sorry, the east Rotunda doors

16   to the exterior of the Capitol versus the lobby.

17         So it's right at this precipice of entering the

18   building.

19         There's an officer that has the full riot, the

20   hard gear on.

21         And then to your second question, 2:38 p.m., 2:37

22   to 2:38 p.m.

23         And then to the third question, it's Mr. Isaacs.

24   He is -- as the video plays, he is on the bottom end of the

25   frame and enters the frame of the video.

1              And so it's the government's position that this

2      is, of course, relevant because this is what a

3      co-conspirator who enters the building first is seeing as

4      he's approaching that entrance; that other rioters are

5      screaming, "Take his helmet off," and rips it off.

6              To the extent that Mr. Isaacs is seeing that and

7      then aiding this group and pushing forward and using his

8      body against the door to then go by the officer is relevant

9      to the state of mind of what these individuals in this group

10     were thinking.

11             It's the same reason why people yelling certain

12     things around you comes in not as hearsay but as kind of the

13     effect on the listener and what's going on around him.

14             THE COURT:  But in terms of the effect on the

15     listener, why is it relevant to these defendants who don't

16     show up for another 45 minutes, give or take?

17             MR. EDWARDS:  Well, because two of these

18     defendants are right behind Mr. Isaacs.

19             THE COURT:  Oh, Mr. Isaacs.

20             MR. EDWARDS:  Yes.

21             THE COURT:  Oh, right, right.  I'm sorry.

22             MR. EDWARDS:  I may have said the wrong name.

23     I meant William Isaacs at 2:38.

24             THE COURT:  Right, okay.

25             MR. EDWARDS:  Mr. Hackett and Mr. Moerschel are

1    directly behind him with the rest of the group.

2              THE COURT:  Right.  Okay.

3              MR. PEED:  I have a note on that.

4              I think if the Court looks at it, because I looked

5    at with that question in mind, is this something that can

6    fairly be said to be affecting the mind of Mr. Isaacs.

7              I don't think he is.  He's not close enough.  He

8    comes in -- he's a couple people back, and you can see him

9    come in, but given the scene, it's not something that

10   I think makes the government's argument fair, and I would

11   just ask the Court to review that.

12             THE COURT:  I guess if you want to call it up.

13   Can you call it up, I'll take a look at his proximity to the

14   words and the image.

15             MR. EDWARDS:  Bear with me.  I'll find the right

16   moment here.

17             (Video played)

18             MR. EDWARDS:  So there's Mr. Isaacs, Your Honor,

19   at 1650.  If you note the hair color and type, you go back a

20   little bit, I just note that that hair has been there, at

21   the bottom of that -- that --

22             THE COURT:  Can you go back, because I was trying

23   to figure out.

24             MR. EDWARDS:  Yeah, exactly which head.

25             So here's when the call-out for "Take his helmet

1   off" is, and then you'll look at the bottom right of the

2   video and see it.

3              (Video played)

4              MR. EDWARDS:  All right.  So the government's

5   position is the person who's recording this is behind

6   Mr. Isaacs.  Mr. Isaacs is maybe one officer away, max

7   one officer and one rioter away.

8              And those words inform we -- you know, our

9   position to the jury would be that this is what they're

10  seeing, that this is not some -- the doors open and we go

11  toward the Capitol.

12             I mean, I think our position is this is violent,

13  and they know it's violent, and there are other

14  co-conspirators, including Mr. Hackett and Mr. Moerschel,

15  who are behind Mr. Isaacs, who then enter at 2:40, 2:41.

16             THE COURT:  Okay.

17             MR. EDWARDS:  I'm happy to play more if the Court

18  needs it.

19             THE COURT:  No, no, it's fine.

20             You know, look, I think it's appropriate; I'll

21  overrule the objection.

22             The video does show Mr. Isaacs essentially

23  one person removed.  Mr. Isaacs is the first person in the

24  line of -- the first line that goes in.  Mr. Isaacs is

25  essentially one person removed from the altercation between

1    the person who's not an Oath Keeper and the police, officer

2    who's wearing a riot helmet.

3              That person tries to take the officer's riot

4    helmet off.  There's a shield in front.  He attempts to

5    remove the shield while saying, "Take this helmet off."

6              Mr. Isaacs is clearly within visual distance and

7    undoubtedly -- well, certainly is within visual distance of

8    that interaction between the non-Oath Keeper and the officer

9    and is arguably, and I think it's ultimately a question for

10   the jury to determine, whether it's something he could have

11   heard given the din of noise.

12             But certainly it doesn't seem to me to warrant its

13   exclusion based upon the fact that maybe he could have heard

14   it, maybe he couldn't have.

15             At a minimum, he could see it, and it's very well

16   possible he could have heard it, and ultimately it's

17   something the jury will have to determine, okay?

18             Just one -- you know, this concerns the footnote

19   Mr. Peed has dropped on page 6.

20             Let me just reiterate in the record one more time

21   where I am on all of this, which is that this case is unique

22   in one respect, that the volume of evidence that has been

23   gathered as part of this investigation is truly

24   unprecedented.

25             We are talking about hundreds of thousands of

1    hours of video, or at least thousands of hours of video if

2    not tens of thousands of hours of video, hundreds of

3    thousands of messages, undoubtedly equal numbers of

4    photographs.

5             In order to present its case, the government had

6    to, in some way, bring all of that together in a manner that

7    would be digestible for the jury, and it has done that

8    through these, what we've been calling montage exhibits.

9             And I've explained that I think, one, that they

10   are -- do meet the 1006 summary exhibit rule, but even if

11   they don't, under the case law that I cited previously, it

12   is the kind of exhibit that can go back to the jury.  I've

13   been providing the jurors with the appropriate limiting

14   instructions that the Circuit has asked me to provide when

15   it comes to both the exhibit and the testimony that

16   accompanies the exhibit.

17            And, obviously, the defense is given every

18   opportunity to cross-examine about the exhibits and

19   introduce any exhibits it wishes, too, to demonstrate, that

20   the montage exhibit is either inaccurate or incomplete in

21   some way.  And I've tried to adhere to the Rule 106 rule of

22   completeness requirements even as to these montage exhibits

23   when it's been requested.

24            In terms of the identifications on the exhibits

25   that the agents will be making, I've asked the government to

1    ensure as foundation that the agent will be in a position to

2    say, "I've looked at this exhibit.  I can say with certainty

3    this is a particular defendant or co-defendant."

4         It would be helpful, and, in fact, I will ask the

5    government to ensure that during the direct examination,

6    that there is a foundation laid for the agent's ability to

7    identify, for example, in this picture, what we were just

8    looking at, that that's Mr. Isaacs -- "how do you know

9    that's Mr. Isaacs?"  "I've looked at photographs of

10   Mr. Isaacs.  I know what his hair looks like, et cetera, et

11   cetera" -- to satisfy me and ultimately the jury that that

12   is, in fact, Mr. Isaacs.

13        If the government can't lay that foundation in a

14   satisfactory way, I can tell the jury to ignore that

15   identification and ultimately have it removed from the

16   exhibit.

17        But let's make sure that the agent provides the

18   requisite foundation.  There is one image, for example, that

19   may be a little complicated, but, nevertheless, it will be

20   important to do it, of a group of 15-or-so Oath Keepers who

21   are standing outside the building after they've all exited;

22   and if I remember correctly, there's sort of a still and all

23   of the names pop up.

24        And it will be important for the agent to be able

25   explain how she -- I believe it's a she -- was able to

1    identify these people and specifically say why they are

2    who -- who they are and able to say why they are the

3    particular image that has been highlighted to identify who

4    that person is.

5           And, ultimately, if the defense thinks that

6    there's an inadequate foundation, they can raise the

7    objection.  And they are certainly, of course, free to

8    cross-examine to, if I think the foundation is adequate, to

9    suggest to the jury that the agent's observations and the

10   reason the agent believes that the person in the video is,

11   in fact, a co-defendant or a co-conspirator, the defense

12   will have every opportunity to cross-examine the agent's

13   basis for making that identification.

14          And to the extent -- I don't know whether it is or

15   not, but there's certainly the suggestion by Mr. Peed that

16   this is essentially opinion testimony by the agents as

17   opposed to identification testimony.  One, I don't think

18   that's accurate.

19          But, two, even if it is opinion testimony, police

20   officers are allowed to, under the Circuit's case law,

21   provide lay opinion testimony so long as it is based upon

22   their knowledge acquired during the course of the

23   investigation.

24          And so this goes to the point I was making about

25   the foundation and the need to lay the foundation about the

1    police -- about the law enforcement agent's ability to say

2    that a particular person is who they say it is on the image.

3            And so I think that would satisfy the requisite,

4    even if this were to be considered -- the requisite

5    foundation, even if this were to be considered lay opinion

6    testimony, which, again, I don't -- or lay law enforcement

7    opinion testimony, which I don't think it is, but,

8    nevertheless, even if it were to be considered in that

9    category, so long as the foundation is laid based upon the

10   law enforcement officer's participation in the

11   investigation.

12           Again, this is not some officer who is reaching

13   back to prior experience to say, you know, "I understand

14   this person was doing X, or I understand the person was

15   saying Y based upon my years of investigating other drug

16   conspiracies."

17           That's not what this is.  This is based upon the

18   law enforcement officer's investigation, the review of the

19   evidence, and conclusions and ultimately identifications

20   they made based upon that evidence, which would include in

21   many cases -- or in some cases included actually meeting the

22   particular person that was identified.

23           Okay?

24           All right.  So, Mr. Manzo.

25           MR. MANZO:  One other issue, Your Honor.

1          Last night, Mr. Peed sent over an exhibit that he

2    might be using in cross-examination, EV700.1.  As long as we

3    have a few minutes, we would be objecting to its admission.

4    That's two slides.

5          THE COURT:  Okay.  Can I see what it is?

6          MR. EDWARDS:  Just these two.

7          THE COURT:  Okay.  Mr. Peed, can you help me

8    connect up?

9          MR. PEED:  Excuse me, Your Honor?

10         THE COURT:  Can you help me connect up these?

11         MR. PEED:  Sure.

12         This was a message sent to "North Carolina OK

13   County Leaders," which were obviously including

14   Ranger Doug Smith and Paul Stamey, who, the government's

15   theory, were basically essential to the QRF on January 6th.

16   So we talked about this video before, and there was no

17   linkage to the conspirators.  It was as the Court pointed

18   out.  So the purpose of this is to show that the video --

19         THE COURT:  I'm sorry.  What video?

20         MR. PEED:  If you go to the second page.

21         So this is the link that the first page is sending

22   around.  This video -- so from the first page, this video is

23   being sent to Paul Stamey --

24         THE COURT:  I see.

25         MR. PEED:  -- and Ranger Doug Smith, who then

1    obviously went and made the QRF for January 6th.

2            So the purpose of this is to show this is a video

3    that was sent to the people in charge of the QRF on

4    January 6th.

5            THE COURT:  Okay.

6            And what's the government's objection?

7            MR. MANZO:  That Mr. Vallejo was never on this

8    text chain.  He is not at liberty -- he never received these

9    text messages.

10           THE COURT:  Well, that can't be the objection.

11           I mean, there's plenty in here that's being

12    introduced at which these defendants aren't on a particular

13    text chain.  So that can't be the objection.

14           MR. MANZO:  Okay.  Then if this is relevant, then

15    we would argue that Mr. Caldwell's state of mind --

16           THE COURT:  Well, that's the intrigue, because

17    that was my thought, too.

18           So if Mr. Peed wants to introduce something that's

19    months earlier, then why can't the government do the same

20    thing?

21           MR. PEED:  I believe they are doing that

22    throughout.  Like --

23           THE COURT:  But on this examination, I mean, I

24    limited the redirect examination of Mr. Caldwell's -- or the

25    images, excuse me, Mr. Caldwell's messages from six to eight

 1    weeks prior based upon scope.

 2            And you now want to introduce something that's

 3    dated November 22nd from somebody named Liberty to the

 4    North Carolina Oath Keeper county leaders that is, you know,

 5    six weeks prior to the January 6th QRF.

 6            MR. PEED:  You know, I think the state of mind of

 7    people is relevant in that time period.

 8            I'm talking about what would be the state of mind

 9    of Doug Smith and Paul Stamey.

10            THE COURT:  I guess I'm trying to understand the

11    consistency between your position as to this particular

12    exchange and then at the same time asking the -- asking for

13    the government's to be excluded based upon its remoteness

14    in time.

15            MR. PEED:  I didn't make any -- I didn't do an

16    examination about Mr. Caldwell's state of mind with

17    Agent Hilgeman.  All I did was --

18            THE COURT:  Sure, you did.

19            MR. PEED:  All I did was talk about his actions.

20    The government put in a slide showing that he was doing a

21    trip on January 5th.  And I showed his report after that

22    trip came back.

23            So it's all about his actions.  What did he do?

24    He went.  He did this.  He checked out porta potties.  He

25    reported it.

1              I didn't ask her anything about his state of mind.

2      This is about state of mind of the people who were on this

3      list.

4              THE COURT:  How would you have asked about state

5      of mind other than through their showing of the Signal

6      messages?

7              MR. PEED:  They weren't Signal messages.  He's not

8      on -- Caldwell is never on Signal.

9              THE COURT:  I'm sorry.  Not Signal.  Whatever

10     communications Mr. Caldwell had with -- I can't remember who

11     he sent the information back to.  Maybe it was

12     Doug Smith or --

13             MR. PEED:  All right.  So if I want to get into

14     his state of mind for going into the hornet's nest and was

15     he -- you know, we all know Caldwell's state of mind.  I was

16     trying to show that he wasn't doing -- that his trip into

17     the hornet's wasn't, like, planting bombs or anything.  I'm

18     just showing what he did.  And then Caldwell's state of mind

19     is going to be shown in this --

20             THE COURT:  You're missing the point, which is the

21     government's view is that Mr. Caldwell's statements six to

22     eight weeks prior bear on what he did and the purpose of his

23     trip into Washington, D.C., on January 5th, right?  That's

24     the theory by which they were trying to admit that

25     earlier -- those earlier messages, correct?

1          MR. PEED:  That's what I heard.

2          THE COURT:  Right.

3          And now you're saying that Ranger Doug Smith and

4   Paul Stamey's state of mind on January 5th and 6th about the

5   QRF, what's relevant to understanding why they were

6   participating in a QRF is something they saw in late

7   November, right?

8          MR. PEED:  Right, yeah.

9          THE COURT:  So why isn't sort of what's good for

10  the goose good for the gander here?

11          MR. PEED:  I always want the goose-and-gander

12  principle.

13          THE COURT:  But now it's flipped on its head.

14          Usually it's the defense wanting to say, "What's

15  good for the goose is good for the gander," but here it's

16  flipped on its head.

17          MR. PEED:  I don't see the purpose of Caldwell in

18  a march on the -- the government is going to put them in

19  elsewhere --

20          THE COURT:  You get this, and the government gets

21  Caldwell under the same theory, okay?

22          Thanks, everybody.

23          So just be in and around the courtroom by 12:30 or

24  so.  I can't promise we'll start exactly at 12:30, but let's

25  try to get started as soon as we can after that, all right?

1           Thanks, everybody.  Appreciate it.

2           COURTROOM DEPUTY:  All rise.

3           This Court stands in recess.

4           (Recess from 10:39 a.m. to 12:30 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 3, 2023_____       

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 2398/2
2398/6 2447/2
**MR. EDWARDS: [35]**
2399/11 2399/14
2399/18 2399/21
2416/21 2417/7
2417/13 2418/11
2418/18 2420/6
2423/25 2424/19
2428/12 2430/1 2430/6
2430/9 2430/11
2430/15 2430/19
2430/25 2431/7
2431/18 2432/5 2433/9
2433/13 2434/17
2434/20 2434/22
2434/25 2435/15
2435/18 2435/24
2436/4 2436/17 2442/6
**MR. MANZO: [22]**
2403/7 2404/10
2404/23 2405/3
2405/20 2405/25
2406/3 2407/19 2408/3
2409/9 2410/1 2410/23
2411/6 2411/14
2412/24 2413/25
2414/3 2417/20 2418/2
2441/25 2443/7
2443/14
**MR. NESTLER: [2]**
2431/13 2431/16
**MR. PEED: [49]**
2400/3 2400/7 2400/9
2402/21 2402/25
2406/13 2407/2 2408/1
2408/7 2408/18
2408/22 2409/7 2411/9
2411/12 2412/12
2415/10 2415/21
2416/7 2416/11
2416/19 2417/1
2420/16 2421/24
2422/6 2422/15
2422/21 2424/25
2425/20 2426/4
2426/14 2426/23
2429/11 2431/1 2431/5
2435/3 2442/9 2442/11
2442/20 2442/25
2443/21 2444/6
2444/15 2444/19
2445/7 2445/13 2446/1
2446/8 2446/11
2446/17
**MR. SHIPLEY: [1]**
2420/3
**THE COURT: [99]**

**1**

**1006 [1]** 2438/10
**106 [4]** 2426/15
2426/21 2427/10
2438/21
**10:39 [1]** 2447/4
**11 [1]** 2398/10
**1150 [1]** 2397/12
**11:45 [1]** 2428/3
**12 [1]** 2396/7
**12:30 [6]** 2427/23
2428/1 2428/7 2446/23
2446/24 2447/4
**1341 [1]** 2397/4
**14th [1]** 2412/21
**15 [2]** 2396/4 2398/7
**15.2 [1]** 2415/9
**1500.2 [2]** 2416/15
2418/7
**1503.1 [1]** 2433/8
**1650 [1]** 2435/19
**1775 [1]** 2397/16
**19129 [1]** 2397/7
**1:19 [1]** 2428/16

**2**

**20006 [1]** 2397/17
**202 [2]** 2396/18
2397/18
**2023 [2]** 2396/5 2448/7
**20579 [1]** 2396/17
**215-300-3229 [1]**
2397/8
**22-15 [1]** 2396/4
**228-1341 [1]** 2397/4
**22nd [1]** 2444/3
**252-7277 [1]** 2396/18
**265 [1]** 2397/12
**2:15 [8]** 2425/1 2425/2
2425/7 2425/17
2426/15 2426/22
2426/24 2427/1
**2:24 [3]** 2423/16
2426/10 2426/24
**2:25 [4]** 2423/15
2423/19 2423/20
2426/25
**2:37 [1]** 2433/21
**2:38 [3]** 2433/21
2433/22 2434/23
**2:40 [1]** 2436/15
**2:41 [1]** 2436/15

**3**

**30 [1]** 2404/7
**3229 [1]** 2397/8
**33950 [1]** 2397/13
**3580 [1]** 2397/13
**3:05 [1]** 2419/12
**3:10 [3]** 2419/5
2419/22 2420/20
**3:14 [3]** 2419/6 2420/1
2420/4
**3:15 [2]** 2419/12
2420/20
**3:16 [2]** 2418/23
2419/8
**3:21 [1]** 2420/5
**3:22 [1]** 2420/6

**4**

**436 [1]** 2409/16
**45 [1]** 2434/16
**575-8000 [1]** 2397/13
**5th [8]** 2412/15
2412/18 2412/19
2412/23 2414/16
2444/21 2445/23
2446/4

**6**

**601 [1]** 2396/17
**6th [14]** 2411/9
2411/10 2414/17
2415/1 2423/1 2428/11
2429/22 2430/18
2431/22 2442/15
2443/1 2443/4 2444/5
2446/4

**7**

**7277 [1]** 2396/18
**745 [1]** 2397/3

**8**

**8000 [1]** 2397/13
**808 [1]** 2397/4
**808Shipleylaw [1]**
2397/5

**9**

**919-9491 [1]** 2397/18
**941 [1]** 2397/13
**9491 [1]** 2397/18
**96734 [1]** 2397/4
**9:30 [1]** 2396/6

**A**

**A. [1]** 2398/8
**a.m [2]** 2396/6 2447/4
**ability [2]** 2439/6
2441/1
**able [7]** 2399/4
2408/10 2425/9
2425/17 2439/24
2439/25 2440/2
**about [35]** 2402/9
2404/6 2405/15
2408/25 2409/16
2411/21 2412/22
2413/8 2413/18 2415/8
2417/17 2421/22
2421/25 2422/11
2422/18 2427/18
2428/17 2429/5 2433/7
2437/25 2438/18
2440/24 2440/25
2441/1 2442/16 2444/8
2444/16 2444/19
2444/23 2445/1 2445/2
2445/4 2446/4
**above [1]** 2448/4
**above-titled [1]** 2448/4
**Abrams [1]** 2417/14
**absent [1]** 2434/24
**accompanies [2]**
2423/4 2438/16
**Account [1]** 2403/13
**accurate [3]** 2408/10
**acquired [1]** 2440/22
**actions [2]** 2444/19
2444/23
**actual [3]** 2400/16
2404/19 2404/20
**actually [8]** 2406/25
2407/7 2407/10 2411/7
2418/22 2421/17
2430/23 2441/21
**add [2]** 2412/13 2420/3
**address [1]** 2400/1
**addressed [1]** 2432/7
**addressing [1]** 2417/9
**adequate [1]** 2440/8
**adhere [1]** 2438/21
**adjust [1]** 2429/2
**adjusted [1]** 2418/13
**admissible [2]** 2411/25
2412/3
**admission [1]** 2442/3
**admit [2]** 2425/17
2445/24
**advantage [1]** 2421/12
**adversarial [2]** 2403/18
2403/18
**advised [2]** 2399/9
2427/25
**affect [1]** 2406/15
**affecting [1]** 2435/6
**after [11]** 2403/10
2403/21 2406/17
2414/9 2426/10
2427/14 2428/4 2428/7
2439/21 2444/21
2446/25
**afternoon [3]** 2412/15
2417/15 2428/11
**afterwards [1]** 2412/18
**again [8]** 2403/8
2407/17 2408/17
2411/21 2425/4 2433/4
2441/6 2441/12
**against [1]** 2434/8
**agent [36]** 2399/10
2399/19 2400/4
2400/12 2401/4
2401/13 2402/2
2402/15 2403/19
2404/2 2404/13
2405/10 2405/13
2406/7 2407/4 2407/7
2407/14 2407/20
2409/14 2409/17
2410/14 2410/17
2415/6 2416/19
2416/23 2417/5 2417/8
2417/13 2417/21
2428/13 2429/5 2439/1
2439/17 2439/24
2440/10 2444/17
**Agent Harris [1]**
2402/2
**Agent Hilgeman [14]**
2400/4 2400/12 2401/4
2402/15 2403/19
2404/2 2404/13 2406/7
2407/14 2409/14
**Agent Hilgeman's [1]**
2409/17
**Agent Kelsey [1]**
2405/13
**agent's [7]** 2419/17
2419/17 2419/18
2439/6 2440/9 2440/12
2441/1
**agents [4]** 2406/21
2415/7 2438/25
2440/16
**agrees [1]** 2403/4
**ahead [3]** 2400/19
2417/1 2417/24
**aid [4]** 2419/10
2422/25 2432/9
2432/19
**aiding [1]** 2434/7
**AL [1]** 2396/6
**alerted [1]** 2401/24
**Alexandra [2]** 2396/15
2398/12
**Alexandra Hughes [1]**
2398/12
**all [60]**
**all right [6]** 2404/20
2415/8 2416/7 2416/11
2432/2 2446/25
**alleviates [1]** 2432/1
**allowed [2]** 2420/25
2440/20
**allowing [1]** 2432/8
**almost [1]** 2414/21
**already [3]** 2401/1
2432/7 2432/17
**also [9]** 2399/4 2401/6
2401/21 2403/25
2404/25 2405/5
2413/21 2421/11
2429/5
**altercation [1]** 2436/25
**although [2]** 2417/25
2429/20
**altogether [1]** 2432/19
**always [2]** 2401/5
2446/11
**am [4]** 2417/16 2420/8
2429/19 2437/21
**AMERICA [2]** 2396/3
2398/7
**AMIT [2]** 2396/9 2398/3
**Angela [2]** 2397/6
2398/15
**Angela Halim [1]**
2398/15
**angiehalim [1]** 2397/8
**another [4]** 2405/16
2425/25 2429/10
2434/16
**answers [1]** 2410/17
**anticipate [1]** 2399/18
**antipathy [1]** 2416/6
**any [15]** 2398/25
2401/14 2406/23
2417/4 2421/22
2424/12 2425/17

**A**

**any... [8]** 2425/18 2425/22 2427/17 2430/23 2432/6 2432/10 2438/19 2444/15

**anything [11]** 2400/1 2402/14 2406/15 2410/9 2426/5 2430/7 2430/8 2430/16 2431/19 2445/1 2445/17

**appear [1]** 2432/15

**APPEARANCES [2]** 2396/13 2396/20

**appearing [1]** 2431/25

**appreciate [3]** 2409/3 2429/21 2447/1

**approaching [1]** 2434/4

**appropriate [2]** 2436/20 2438/13

**approximately [1]** 2420/20

**are [37]** 2398/18 2399/6 2402/13 2403/16 2406/11 2406/24 2407/3 2407/5 2419/16 2419/23 2420/10 2420/17 2422/7 2423/11 2423/11 2424/16 2425/18 2429/1 2429/12 2432/13 2432/14 2432/18 2432/24 2434/4 2434/18 2434/25 2436/13 2436/15 2437/25 2438/10 2439/21 2440/1 2440/2 2440/2 2440/7 2440/20 2443/21

**area [1]** 2419/23

**aren't [2]** 2406/16 2443/12

**arguably [2]** 2415/4 2437/9

**argue [4]** 2426/9 2426/12 2427/12 2443/15

**argument [6]** 2411/14 2411/17 2424/12 2428/21 2432/13 2435/10

**arguments [2]** 2410/4 2432/6

**around [7]** 2411/18 2413/15 2429/12 2434/12 2434/13 2442/22 2446/23

**arrives [3]** 2408/15 2427/13 2428/4

**as [35]** 2398/25 2408/8 2409/23 2414/20 2415/15 2417/4 2420/12 2420/13 2421/2 2423/5 2423/5 2423/11 2424/14

**B**

**back [18]** 2398/20 2399/13 2407/15 2410/1 2414/24 2420/23 2421/1 2422/3 2424/15 2424/17 2430/3 2435/8 2435/19 2435/22 2438/12 2441/13 2444/22 2445/11

**balance [1]** 2426/20

**based [13]** 2406/8 2409/6 2412/12 2418/4 2423/3 2437/13 2440/21 2441/9 2441/15 2441/17 2441/20 2444/1 2444/13

**basically [3]** 2410/4 2410/6 2442/15

2422/5 2426/12 2426/21 2430/16 2430/18 2430/18 2433/5 2433/24 2434/3 2434/12 2434/12 2437/23 2438/22 2439/1 2440/16 2440/21 2441/9 2442/2 2442/2 2442/17 2444/11 2446/25 2446/25

**ascend [2]** 2419/22 2419/25

**ascending [2]** 2419/5 2423/11

**ask [10]** 2399/25 2400/22 2409/12 2426/15 2429/15 2429/19 2433/7 2435/11 2439/4 2445/11

**asked [8]** 2400/15 2403/15 2407/16 2421/4 2428/2 2438/14 2438/25 2445/4

**asking [3]** 2406/17 2444/12 2444/12

**asserted [1]** 2416/10

**assist [1]** 2423/23

**associated [1]** 2404/21

**assume [1]** 2398/23

**assumed [1]** 2417/5

**assure [1]** 2421/23

**assured [2]** 2399/2 2399/2

**attempts [1]** 2437/4

**attention [1]** 2400/4

**ATTORNEY'S [1]** 2396/16

**audio [2]** 2433/1 2433/3

**available [3]** 2418/3 2423/22 2428/2

**Avenue [1]** 2397/12

**avoid [1]** 2426/17

**aware [2]** 2401/16 2402/7

**away [3]** 2420/18 2436/6 2436/7

**bathroom [4]** 2410/7 2410/10 2411/16 2411/24

**bathrooms [1]** 2412/6

**be [68]**

**bear [2]** 2435/15 2445/22

**beautiful [1]** 2421/5

**because [22]** 2400/13 2400/17 2405/6 2406/6 2406/14 2406/15 2407/20 2408/24 2411/3 2412/13 2416/24 2417/16 2419/5 2419/12 2419/17 2420/23 2426/16 2434/2 2434/17 2435/4 2435/22 2443/16

**been [16]** 2398/24 2398/25 2399/13 2402/24 2415/5 2427/25 2429/20 2430/19 2431/23 2432/7 2435/20 2437/22 2438/8 2438/13 2438/23 2440/3

**before [9]** 2396/9 2398/23 2399/25 2403/21 2408/15 2419/3 2426/5 2430/12 2442/16

**beginning [1]** 2429/6

**behind [4]** 2434/18 2435/1 2436/5 2436/15

**being [10]** 2403/4 2407/11 2415/14 2415/15 2415/16 2416/9 2416/17 2421/14 2442/23 2443/11

**believe [8]** 2413/15 2417/20 2422/8 2424/7 2424/8 2432/17 2439/25 2443/21

**believes [1]** 2440/10

**best [1]** 2402/19

**better [1]** 2430/21

**between [11]** 2407/12 2413/14 2414/15 2414/19 2414/25 2424/15 2426/20 2426/24 2436/25 2437/8 2444/11

**beyond [3]** 2412/13 2412/23 2414/13

**big [1]** 2404/15

**bit [6]** 2398/22 2400/5 2401/3 2408/15 2420/2 2435/20

**boat [1]** 2413/9

**body [1]** 2434/8

**bombs [1]** 2445/17

**both [6]** 2406/13 2406/20 2410/15 2411/7 2427/18

**bottom [3]** 2433/24 2435/21 2436/1

**bounce [1]** 2424/15

**Box [1]** 2397/3

**bring [5]** 2403/19 2406/16 2416/14 2425/4 2438/6

**bringing [1]** 2421/12

**brought [1]** 2429/16

**BROWN [1]** 2397/11

**bsrlegal.com [1]** 2397/14

**building [10]** 2405/16 2405/16 2418/9 2418/14 2419/6 2419/13 2421/3 2433/18 2434/3 2439/21

**burn [1]** 2415/24

**burned [6]** 2411/19 2411/20 2413/2 2414/8 2415/18 2415/23

**burning [1]** 2412/9

**C**

**calculus [1]** 2417/9

**Caldwell [20]** 2409/22 2410/5 2410/6 2410/8 2410/13 2411/16 2411/23 2412/14 2412/25 2413/4 2413/13 2413/20 2413/23 2414/6 2415/22 2416/3 2445/8 2445/10 2446/17 2446/21

**Caldwell's [11]** 2412/2 2412/5 2414/20 2429/7 2443/15 2443/24 2443/25 2444/16 2445/15 2445/18 2445/21

**call [3]** 2435/12 2435/13 2435/25

**call-out [1]** 2435/25

**calling [1]** 2438/8

**came [1]** 2444/22

**cameras [1]** 2428/15

**can [50]** 2401/5 2403/22 2404/2 2404/11 2406/23 2407/14 2407/19 2407/21 2408/16 2410/25 2411/7 2416/13 2417/20 2417/21 2417/23 2417/24 2417/25 2418/3 2421/10 2421/16 2422/20 2423/23 2425/2 2425/4 2425/6 2425/20 2425/21 2426/12 2427/7 2427/12 2428/4 2428/7 2429/16 2430/13 2430/20 2431/8 2433/5 2433/7 2435/5 2435/8 2435/13

2439/2 2439/14 2440/6 2442/5 2442/7 2442/10 2446/25

**can't [10]** 2407/9 2410/24 2420/24 2425/12 2439/13 2443/10 2443/13 2443/19 2445/10 2446/24

**cannot [1]** 2425/16

**Capitol [9]** 2402/1 2402/5 2418/9 2418/19 2420/10 2422/23 2426/11 2433/16 2436/11

**Capitol Building [1]** 2418/9

**care [2]** 2409/12 2417/20

**Carolina [2]** 2442/12 2444/4

**case [10]** 2398/7 2401/5 2414/11 2427/4 2427/6 2427/10 2437/21 2438/5 2438/11 2440/20

**cases [2]** 2441/21 2441/21

**category [1]** 2402/15 2441/9

**causal [1]** 2426/11

**cause [1]** 2406/10

**CCTV [2]** 2428/14 2428/17

**certain [4]** 2423/11 2423/11 2432/15 2434/11

**certainly [7]** 2421/24 2424/22 2426/24 2437/7 2437/12 2440/7 2440/15

**certainty [1]** 2439/2

**certify [1]** 2448/2

**cetera [2]** 2439/10 2439/11

**chain [2]** 2443/8 2443/13

**chance [1]** 2428/5

**changes [1]** 2417/9

**chanting [1]** 2433/4

**characterization [1]** 2403/4

**charge [1]** 2443/3

**chart [8]** 2406/13 2406/17 2406/20 2407/9 2408/1 2408/7 2408/8 2418/2

**chat [3]** 2423/17 2423/21 2427/21

**check [3]** 2410/9 2410/25 2412/6

**checked [3]** 2402/21 2402/23 2444/24

**chronological [1]** 2419/15

**Circuit [1]** 2438/14

**Circuit's [1]** 2440/20

**cited** [2] 2438/11
**civilian** [2] 2399/12
2399/21
**claim** [2] 2424/21
**clear** [9] 2402/10
2412/8 2416/17 2419/1
2419/4 2425/24 2429/8
2429/16 2431/13
**clearing** [1] 2407/24
**clearly** [2] 2423/10
2437/6
**CLINTON** [1] 2397/16
**clintonpeed.com** [1]
2397/18
**clip** [8] 2404/12
2405/19 2405/20
2405/23 2406/3 2406/9
2406/9 2432/15
**clips** [2] 2432/13
2432/19
**close** [1] 2435/7
**closeness** [1] 2414/15
**co** [6] 2433/12 2434/3
2436/14 2439/3
2440/11 2440/11
**co-conspirator** [2]
2434/3 2440/11
**co-conspirators** [2]
2433/12 2436/14
**co-defendant** [2]
2439/3 2440/11
**color** [1] 2435/19
**COLUMBIA** [1] 2396/1
**Columbus** [1] 2421/6
**columns** [2] 2405/16
2405/17
**come** [4] 2413/19
2413/23 2414/20
2435/9
**comes** [7] 2413/22
2424/2 2427/10 2431/6
2434/12 2435/8
2438/15
**coming** [1] 2421/6
**commercials** [5]
2405/7 2406/1 2406/2
2406/5 2406/16
**communications** [2]
2425/18 2445/10
**comparisons** [1] 2406/12
**comparisons** [1]
2407/11
**compilation** [1]
2424/17
**compilations** [2]
2424/4 2424/16
**compiled** [1] 2408/5
**complete** [1] 2421/1
**completeness** [1]
2438/22
**completes** [1] 2422/8
**complicated** [1]
2439/19
**concern** [6] 2409/3
2423/18 2424/3
2431/22 2432/1 2432/2
**concerned** [2] 2408/25

**concerning** [3] 2415/1
2418/7 2428/10
**concerns** [7] 2404/6
2409/16 2418/7
2421/11 2423/14
2425/16 2437/18
**conclude** [2] 2399/9
2426/7
**conclusions** [2]
2417/19 2441/19
**congregated** [1]
2419/13
**congregates** [1]
2419/7
**Congress** [10] 2411/20
2412/10 2413/2 2414/9
2415/18 2415/24
2415/24 2416/4 2416/4
2416/6
**connect** [2] 2442/8
2442/10
**connection** [4]
2410/21 2411/2 2411/5
2414/25
**connotation** [1]
2431/24
**consideration** [1]
2425/19
**considered** [3] 2441/4
2441/5 2441/8
**consistency** [1]
2444/11
**consistent** [1] 2427/9
**conspiracies** [1]
2441/16
**conspiracy** [2]
2413/18 2414/23
**conspiracy's** [1]
2411/25
**conspirator** [2] 2434/3
2440/11
**conspirators** [4]
2414/11 2433/12
2436/14 2442/17
**context** [1] 2412/22
**continue** [1] 2417/24
**CONTINUED** [1]
2397/1
**continuum** [1] 2413/17
**coordinate** [1] 2401/12
**coordinated** [5]
2429/22 2429/23
2430/18 2431/6
2431/23
**coordination** [1]
2424/6
**core** [1] 2428/21
**correct** [21] 2401/10
2401/18 2401/20
2401/24 2402/5 2402/6
2402/9 2404/4 2405/19
2405/25 2407/16
2408/3 2409/5 2410/13
2410/22 2413/25
2416/21 2420/8
2429/16 2445/25
2448/3

**could** [14] 2408/19
2409/1 2411/19
2411/20 2413/1 2414/8
2415/10 2415/18
2415/23 2422/2
2437/10 2437/13
2437/15 2437/16
**couldn't** [1] 2437/14
**county** [2] 2442/13
2444/4
**couple** [6] 2403/7
2418/19 2424/6
2424/10 2424/23
2435/8
**course** [7] 2411/4
2411/17 2413/17
2414/22 2434/2 2440/7
2440/22
**court** [14] 2396/1
2398/2 2405/13
2407/25 2408/24
2417/21 2420/8 2421/4
2432/17 2435/4
2435/11 2436/17
2442/17 2447/3
**Court's** [4] 2400/4
2417/9 2420/7 2432/7
**courtroom** [3] 2398/19
2403/18 2446/23
**CR** [1] 2396/4
**create** [2] 2420/8
2425/22
**creating** [1] 2425/5
**Criminal** [1] 2398/7
**cross** [28] 2401/20
2402/6 2403/2 2404/3
2404/8 2404/11
2405/12 2408/12
2409/25 2410/3 2412/4
2414/14 2421/10
2421/13 2421/17
2422/10 2422/14
2423/8 2425/4 2425/16
2427/8 2427/18 2433/3
2433/5 2438/18 2440/8
2440/12 2442/2
**cross-examination** [17]
2404/8 2404/11
2405/12 2408/12
2409/25 2410/3 2412/4
2414/14 2421/10
2421/13 2421/17
2422/10 2422/14
2423/8 2425/16 2427/8
2442/2
**cross-examine** [4]
2427/18 2438/18
2440/8 2440/12
**CRR** [2] 2448/2 2448/8
**cumber** [1] 2409/2
**cumbersome** [4]
2401/3 2407/8 2408/13
2409/2
**cure** [2] 2425/16
2425/21

**D.C** [14] 2396/5
2396/17 2397/17
2410/8 2410/9 2411/18
2413/1 2413/6 2413/19
2413/22 2414/10
2428/16 2428/20
2445/23
**date** [2] 2428/10
2448/7
**dated** [1] 2444/3
**dates** [1] 2411/1
**David** [2] 2397/10
2398/9
**David Moerschel** [1]
2398/9
**day** [5] 2396/7 2399/7
2414/9 2417/15 2429/6
**dealing** [1] 2417/4
**December** [3] 2411/3
2413/14 2414/2
**decide** [1] 2426/3
**defendant** [15] 2397/2
2397/6 2397/10
2397/15 2398/8 2398/8
2398/9 2398/10
2398/14 2398/15
2398/16 2398/17
2439/3 2439/3 2440/11
**Defendant 11** [1]
2398/10
**Defendant 7** [1] 2398/8
**Defendant 8** [1] 2398/9
**Defendant Hackett** [1]
2398/15
**Defendant Minuta** [1]
2398/14
**Defendant Moerschel**
[1] 2398/16
**Defendant No. 6** [1]
2398/8
**Defendant Vallejo** [1]
2398/17
**defendants** [5] 2396/7
2398/18 2434/15
2434/18 2443/12
**defense** [8] 2410/6
2410/7 2414/5 2430/20
2438/17 2440/5
2440/11 2446/14
**definitely** [2] 2427/22
2427/25
**delay** [1] 2417/14
**deliberately** [1]
2402/16
**deliberations** [2]
2425/8 2425/10
**delicate** [1] 2426/20
**demonstrate** [3]
2403/2 2421/13
2438/19
**demonstrated** [1]
2416/5
**demonstrative** [2]
2422/2 2422/3
**descend** [2] 2418/22
2418/23
**descends** [1] 2419/8

**described** [1] 2430/17
**describing** [1] 2415/22
**determine** [2] 2437/10
2437/17
**did** [13] 2400/24
2406/6 2406/20 2408/8
2413/23 2417/3
2444/17 2444/18
2444/19 2444/23
2444/24 2445/18
2445/22
**didn't** [12] 2401/24
2402/5 2406/2 2406/15
2407/24 2421/19
2421/19 2429/21
2433/4 2444/15
2444/15 2445/1
**difference** [1] 2406/10
**different** [7] 2401/13
2405/6 2406/15
2407/22 2417/8 2422/5
2432/3
**differently** [2] 2398/25
2415/3
**difficult** [1] 2408/13
**difficulty** [1] 2407/6
**digestible** [1] 2438/7
**din** [1] 2437/11
**direct** [11] 2400/9
2402/2 2402/3 2412/14
2412/22 2414/16
2414/24 2416/19
2416/23 2424/15
2439/5
**directly** [4] 2412/5
2412/10 2427/14
2435/1
**disagree** [2] 2420/7
2424/7
**disagrees** [2] 2403/4
2418/12
**discuss** [1] 2400/4
**dispute** [1] 2406/23
**distance** [2] 2437/6
2437/7
**distinct** [1] 2402/12
**DISTRICT** [3] 2396/1
2396/1 2396/10
**divorce** [1] 2413/10
**do** [33] 2399/12
2399/16 2399/18
2400/18 2401/6
2401/14 2403/8
2403/22 2405/8
2405/18 2406/6
2406/18 2407/25
2409/4 2409/5 2412/9
2415/11 2417/11
2417/25 2418/12
2422/20 2422/20
2424/14 2426/20
2427/7 2429/20
2430/19 2438/10
2439/8 2439/20
2443/19 2444/15
2444/23
**do it** [1] 2400/18
**do you** [1] 2417/11

## D

do you know [1] 2439/8
document [1] 2425/12
does [8] 2399/8
2404/20 2410/17
2421/2 2429/24
2429/24 2433/10
2436/22
doesn't [8] 2415/21
2416/21 2418/10
2420/6 2422/3 2426/12
2427/1 2437/12
doing [12] 2408/12
2413/11 2424/20
2427/11 2427/11
2427/11 2428/24
2429/4 2441/14
2443/21 2444/20
2445/16
don't [58]
done [3] 2419/9
2431/11 2438/7
door [3] 2418/22
2421/6 2434/8
doors [5] 2419/8
2419/24 2433/14
2433/15 2436/10
dot [2] 2419/15
2419/15
dots [1] 2429/1
doubt [1] 2421/22
Doug [5] 2442/14
2442/25 2444/9
2445/12 2446/3
Doug Smith [1] 2444/9
Doug Smith or [1]
2445/12
down [7] 2411/20
2411/20 2411/21
2412/9 2413/2 2414/7
2414/9
download [4] 2405/5
2405/6 2406/5 2406/14
downloaded [3]
2404/24 2406/9
2406/21
drags [1] 2399/5
draw [1] 2417/19
drive [2] 2430/2 2430/3
dropped [1] 2437/19
drug [1] 2441/15
during [10] 2402/2
2402/3 2413/17
2414/22 2424/15
2428/10 2428/10
2429/17 2439/5
2440/22

## E

earlier [11] 2411/21
2413/12 2413/16
2414/21 2418/7 2427/9
2427/21 2428/7
2443/19 2445/25
2445/25
early [1] 2428/11
east [3] 2419/16

easy [1] 2404/17
eat [2] 2428/3 2428/5
ECF [1] 2409/16
edited [1] 2432/14
Edward [2] 2397/15
2398/10
Edwards [5] 2396/16
2398/12 2423/24
2428/11 2432/4
effect [2] 2434/13
2434/14
effective [1] 2421/16
efficiency [1] 2415/11
efficient [1] 2404/5
eight [4] 2403/9 2407/2
2443/25 2445/22
eight-minute [2]
2403/9 2407/2
either [3] 2404/3
2423/8 2438/20
elicit [1] 2407/7
elicited [10] 2400/9
2400/11 2401/1 2401/1
2401/7 2401/7 2401/23
2401/25 2402/16
2410/3
else [3] 2400/1
2417/23 2429/12
elsewhere [1] 2446/19
Email [6] 2396/18
2396/19 2397/5 2397/8
2397/14 2397/18
end [1] 2433/24
ended [1] 2399/1
enforcement [4]
2441/1 2441/6 2441/10
2441/18
enough [4] 2406/16
2417/18 2420/17
2435/7
ensure [2] 2439/1
2439/5
enter [1] 2436/15
entering [1] 2433/17
enters [3] 2419/3
2433/25 2434/3
entrance [1] 2434/4
equal [1] 2438/3
error [1] 2408/6
especially [4] 2401/12
2401/14 2411/22
2429/3
essential [1] 2442/15
essentially [5] 2407/13
2423/3 2436/22
2436/25 2440/16
established [1] 2404/1
et [3] 2396/6 2439/10
2439/10
EV700.1 [1] 2442/2
even [7] 2420/16
2438/10 2438/22
2440/19 2441/4 2441/5
2441/8
evening [1] 2409/16
event [1] 2417/4
every [3] 2425/12

everybody [5] 2398/20
2398/21 2398/24
2446/22 2447/1
everyone [5] 2398/5
2398/21 2401/11
2401/19 2429/11
everything [2] 2421/15
2424/22
evidence [16] 2413/4
2413/7 2413/13 2422/8
2423/3 2423/3 2423/5
2425/11 2425/11
2427/5 2427/19
2428/23 2429/4
2437/22 2441/19
2441/20
evident [1] 2416/8
exact [2] 2422/19
2426/4
exactly [3] 2428/23
2435/24 2446/24
examination [23]
2404/8 2404/11
2405/12 2408/12
2409/25 2410/3 2412/4
2414/14 2414/24
2421/10 2421/13
2421/17 2422/10
2422/14 2423/8
2425/16 2427/8
2429/17 2439/5 2442/2
2443/23 2443/24
2444/16
examine [4] 2427/18
2438/18 2440/8
2440/12
example [6] 2404/21
2431/10 2432/21
2432/22 2439/7
2439/18
exchange [1] 2444/12
excluded [1] 2444/13
exclusion [1] 2437/13
excuse [2] 2442/9
2443/25
exhibit [41] 2400/16
2408/9 2410/24 2415/9
2416/13 2418/8
2418/13 2419/18
2420/12 2420/14
2420/21 2420/23
2421/2 2422/5 2422/9
2422/12 2422/19
2422/24 2423/2 2423/5
2423/8 2425/10
2429/12 2429/14
2429/22 2429/24
2430/4 2430/24
2431/16 2431/20
2432/18 2433/1 2433/7
2438/10 2438/12
2438/15 2438/16
2438/20 2439/2
2439/16 2442/1
exhibits [12] 2409/16
2410/5 2421/16 2422/7
2431/12 2432/3 2432/8

2438/19 2438/22
2438/24
exited [2] 2419/3
2439/21
expect [1] 2399/16
expected [1] 2428/8
experience [2] 2422/1
2441/13
explain [2] 2407/22
2439/25
explained [1] 2438/9
explaining [1] 2420/25
extent [4] 2414/12
2432/12 2434/6
2440/14
exterior [1] 2433/6
extremely [1] 2408/13
Eye [1] 2397/16

## F

fact [9] 2413/7 2426/1
2426/9 2427/14
2427/19 2437/13
2439/4 2439/12
2440/11
facts [2] 2403/15
2403/17
factual [2] 2418/15
2420/9
fair [2] 2422/9 2435/10
fairly [3] 2415/3 2416/8
2435/6
fall [1] 2404/9
false [5] 2401/2 2401/8
2401/17 2402/14
2402/17
far [2] 2414/24 2420/18
far-away [1] 2420/18
fashion [3] 2418/16
2419/7 2419/15
fast [1] 2420/2
fast-forward [1]
2420/2
FBI [1] 2406/6
few [2] 2410/11 2442/3
figure [2] 2415/25
2435/23
file [4] 2399/24 2406/8
2431/13 2431/18
filed [2] 2409/15
2409/20
final [1] 2432/2
find [2] 2428/20
2435/15
finds [1] 2428/16
fine [6] 2407/19 2409/9
2430/14 2430/17
2431/23 2436/19
finish [1] 2399/17
finishing [1] 2399/19
first [21] 2400/21
2401/25 2402/3
2402/11 2402/22
2403/11 2403/21
2404/12 2404/13
2407/1 2407/2 2407/3
2407/18 2410/5 2418/7

2436/23 2436/24
2442/21 2442/22
fists [1] 2432/25
five [1] 2407/3
fix [2] 2409/1 2425/6
FL [1] 2397/13
flipped [2] 2446/13
2446/16
focus [1] 2410/15
focused [1] 2416/3
folks [1] 2420/14
follows [1] 2423/15
footnote [1] 2437/18
foregoing [1] 2448/3
formation [1] 2419/20
forth [1] 2424/15
forward [5] 2408/25
2411/23 2420/2
2432/24 2434/7
foundation [11] 2408/9
2439/1 2439/6 2439/13
2439/18 2440/6 2440/8
2440/25 2440/25
2441/5 2441/9
four [1] 2398/18
frame [2] 2418/12
2419/12 2433/25
2433/25
free [4] 2422/20 2424/7
2433/3 2440/7
friends [1] 2409/22
front [1] 2437/4
fruitful [1] 2400/16
full [9] 2404/22
2404/24 2404/24
2405/4 2405/19
2405/23 2407/12
2414/21 2433/19
full-length [1] 2404/22
2407/12
fully [1] 2422/8
function [1] 2430/13
fundamental [1]
2425/15

## G

game [1] 2422/9
gander [3] 2446/10
2446/11 2446/15
gather [2] 2418/21
2419/20
gathered [1] 2437/23
gathering [1] 2419/10
gear [1] 2433/20
generic [1] 2431/18
gentlemen [1] 2421/20
get [12] 2398/23
2399/4 2399/6 2402/11
2417/1 2422/3 2422/13
2428/2 2429/20
2445/13 2446/20
2446/25
gets [3] 2407/15
2426/25 2446/20
getting [1] 2413/8
give [5] 2423/6 2425/7
2425/9 2430/2 2434/16

**G**

given [9] 2414/15
2417/4 2417/14
2427/17 2429/3
2429/11 2435/9
2437/11 2438/17
gives [1] 2427/3
gmail.com [2] 2397/5
2397/8
go [12] 2401/4 2404/6
2409/11 2417/24
2420/4 2428/6 2434/8
2435/19 2435/22
2436/10 2438/12
2442/20
go ahead [1] 2417/24
goes [7] 2411/18
2419/6 2420/1 2421/1
2422/22 2436/24
2440/24
going [31] 2399/5
2400/25 2401/10
2401/18 2407/8
2407/23 2408/10
2408/13 2410/7 2410/8
2410/9 2411/16
2411/24 2412/15
2414/24 2419/4 2420/4
2420/19 2420/23
2421/7 2421/21 2423/4
2424/21 2428/13
2429/15 2429/19
2431/19 2434/13
2445/14 2445/19
2446/18
gone [1] 2412/6
good [8] 2398/4 2398/6
2420/17 2423/5 2446/9
2446/10 2446/15
2446/15
goose [3] 2446/10
2446/11 2446/15
Gorda [1] 2397/13
got [5] 2405/13
2408/14 2413/21
2421/20 2430/22
government [54]
government's [23]
2403/6 2411/14
2411/17 2412/8
2412/14 2415/8
2415/25 2418/8
2420/12 2421/13
2422/9 2422/11 2426/1
2427/4 2427/6 2429/2
2434/1 2435/10 2436/4
2442/14 2443/6
2444/13 2445/21
Government's exhibit
[1] 2422/9
great [3] 2408/18
2408/23 2409/7
greater [1] 2414/18
grossly [1] 2425/14
ground [1] 2415/18
group [10] 2413/8
2414/6 2418/9 2420/19
2426/23 2427/21

2439/20
Group 1 [1] 2418/9
groups [1] 2418/18
guess [4] 2401/9
2430/2 2435/12
2444/10

**H**

habit [1] 2430/11
Hackett [1] 2397/6
2398/9 2398/15
2434/25 2436/14
had [8] 2398/21
2399/24 2402/5
2409/19 2412/14
2418/7 2438/5 2445/10
Hagmann [4] 2403/10
2403/20 2405/3
2417/18
hair [3] 2435/19
2435/20 2439/10
half [3] 2404/12
2404/13 2407/18
Halim [2] 2397/6
2398/15
hand [2] 2432/22
2433/2
handle [2] 2417/21
2417/23
happen [2] 2419/5
2419/14
happening [1] 2424/16
happy [4] 2398/21
2407/23 2417/10
2436/17
Happy New [1]
2398/21
hard [2] 2430/2
2433/20
Harris [1] 2402/2
has [31] 2398/24
2399/13 2401/23
2402/16 2403/15
2409/19 2411/17
2411/22 2412/4 2412/9
2413/4 2416/15
2417/18 2418/9 2419/2
2419/9 2421/1 2421/5
2423/22 2426/10
2430/11 2431/11
2432/14 2432/17
2433/19 2435/20
2437/19 2437/22
2438/7 2438/14 2440/3
hasn't [2] 2409/19
2429/20
have [50] 2399/6
2399/12 2402/24
2404/21 2405/8 2406/4
2406/4 2406/22 2408/9
2408/19 2409/5
2409/13 2411/19
2411/20 2413/1 2414/8
2415/6 2415/18
2415/23 2416/13
2417/25 2418/2 2418/2
2419/13 2420/14

2423/7 2423/9 2426/11
2427/17 2428/3 2428/5
2428/7 2428/8 2430/21
2431/22 2431/23
2432/6 2434/22 2435/3
2437/10 2437/13
2437/14 2437/16
2437/17 2439/15
2440/12 2442/3 2445/4
haven't [3] 2407/20
2407/24 2415/5
having [3] 2404/7
2407/10 2409/6
he [56]
he said [1] 2412/18
he's [17] 2403/25
2404/1 2412/6 2413/2
2413/8 2413/11
2413/21 2415/22
2415/24 2425/2
2426/10 2427/11
2427/11 2434/4 2435/7
2435/8 2445/7
head [5] 2410/23
2411/6 2435/24
2446/13 2446/16
hear [1] 2433/4
heard [5] 2426/19
2437/11 2437/13
2437/16 2446/1
hearsay [3] 2415/12
2415/15 2434/12
heavy [1] 2413/9
helmet [6] 2433/8
2434/5 2435/25 2437/2
2437/4 2437/5
help [2] 2442/7
2442/10
helpful [2] 2409/23
2439/4
her [16] 2399/4 2400/9
2407/10 2407/21
2407/23 2407/24
2408/6 2408/14
2408/19 2408/20
2409/5 2409/6 2417/19
2417/21 2418/4 2445/1
here [20] 2402/12
2410/2 2410/11 2411/8
2411/22 2412/5
2413/17 2418/15
2419/1 2419/9 2419/15
2419/24 2420/2
2426/20 2428/1
2432/23 2435/16
2443/11 2446/10
2446/15
here's [4] 2405/18
2407/6 2421/17
2435/25
herself [1] 2407/15
Hey [1] 2407/10
HI [1] 2397/4
highlighted [2]
2432/14 2440/3
highlights [1] 2432/21
Hilgeman [19] 2399/10

2400/12 2401/4
2402/15 2403/13
2403/19 2404/2
2404/13 2406/7
2407/14 2409/14
2410/14 2410/17
2416/19 2417/5
2417/21 2444/17
Hilgeman's [1]
2409/17
him [5] 2406/16
2428/17 2434/13
2435/1 2435/8
his [28] 2400/13
2409/22 2411/10
2413/10 2413/11
2413/21 2415/16
2416/5 2424/10
2424/11 2428/16
2428/21 2433/2 2433/8
2434/5 2434/7 2435/13
2435/25 2439/10
2444/19 2444/21
2444/23 2445/1
2445/14 2445/16
2445/22
hit [1] 2431/5
homework [1] 2409/5
Honor [26] 2398/6
2399/11 2402/2 2403/7
2406/13 2407/19
2408/19 2408/23
2409/7 2409/9 2410/1
2411/9 2412/12
2413/25 2417/2
2418/11 2421/25
2422/21 2423/25
2425/20 2428/12
2429/11 2432/5
2435/18 2441/25
2442/9
HONORABLE [2]
2396/9 2398/3
hope [2] 2398/21
2402/7
hopefully [3] 2399/1
2399/3 2428/5
hornet's [4] 2412/16
2412/19 2445/14
2445/17
hotel [3] 2428/15
2428/17 2429/1
hour [20] 2400/12
2400/14 2400/17
2400/22 2402/20
2402/23 2403/10
2403/11 2403/14
2403/21 2403/22
2405/4 2405/21
2405/23 2406/17
2407/1 2407/1 2407/3
2407/5 2426/24
hours [3] 2438/1
2438/1 2438/2
how [14] 2404/17
2404/18 2406/25

2416/8 2417/4
2423/8 2423/22
2427/16 2429/24
2433/5 2439/8 2439/25
2445/4
Hughes [2] 2396/15
2398/12
huh [1] 2433/9
hundreds [2] 2437/25
2438/2

**I**

I am [3] 2417/16
2429/19 2437/21
I believe [3] 2417/20
2432/17 2439/25
I can [4] 2417/20
2417/21 2418/3
2439/14
I can't [1] 2410/24
I did [1] 2417/3
I didn't [2] 2429/21
2433/4
I don't [9] 2402/15
2411/4 2413/15
2415/14 2415/17
2415/19 2429/17
2431/11 2432/6
I don't have [2] 2408/9
2418/2
I guess [1] 2430/2
2435/12
I have [2] 2418/2
2435/3
I hope [1] 2398/21
2402/7
I just [3] 2415/10
2417/5 2435/20
I know [4] 2402/2
2408/24 2430/11
2439/10
I mean [4] 2416/2
2430/1 2432/12
2443/11
I meant [1] 2434/23
I should [1] 2415/3
I think [22] 2403/14
2408/22 2409/4
2409/21 2414/3
2414/12 2414/14
2414/24 2416/8 2417/7
2429/16 2430/13
2430/19 2432/11
2432/22 2433/5 2435/4
2435/10 2436/12
2436/20 2437/9 2438/9
I thought [2] 2411/2
2411/6
I understand [2]
2414/22 2441/14
I was [3] 2413/15
2431/21 2435/22
I went [1] 2412/17
I will [1] 2439/4
I'd [2] 2400/22 2420/3
I'll [7] 2409/13 2414/14
2420/1 2429/20
2435/13 2435/15

**I**

I'll... [1] 2436/20
I'm [18] 2408/11
2408/14 2409/2
2415/10 2415/25
2416/20 2417/1 2423/2
2425/15 2429/15
2433/15 2434/21
2436/17 2442/19
2444/8 2444/10 2445/9
2445/17
I'm not [1] 2429/15
I'm sorry [3] 2433/15
2442/19 2445/9
I've [19] 2398/25
2399/4 2404/3 2407/13
2407/17 2408/16
2419/19 2421/4
2421/24 2422/4
2426/19 2426/19
2428/2 2438/9 2438/12
2438/21 2438/25
2439/2 2439/9
idea [1] 2411/23
identification [3]
2439/15 2440/13
2440/17
identifications [2]
2438/24 2441/19
identified [2] 2426/13
2441/22
identify [3] 2439/7
2440/1 2440/3
ignore [1] 2439/14
II [1] 2409/21
image [5] 2430/23
2435/14 2439/18
2440/3 2441/2
images [1] 2443/25
imagination [1]
2412/25
immediately [1]
2412/18
impeach [1] 2403/17
imply [1] 2429/23
important [3] 2400/13
2439/20 2439/24
impression [2]
2423/20 2424/9
inaccurate [2] 2422/11
2438/20
inadequate [1] 2440/6
include [6] 2406/2
2418/8 2422/13
2424/21 2425/12
2441/20
included [2] 2406/1
2441/21
including [4] 2424/11
2427/20 2436/14
2442/13
incomplete [2] 2423/9
2438/20
incorrect [6] 2401/17
2401/23 2402/8
2402/13 2412/7 2423/9
Indian [1] 2397/7
indicated [1] 2416/15

individual [1] 2407/12
individuals [2] 2419/12
2434/9
inform [1] 2436/8
information [1]
2445/11
informed [2] 2402/4
2404/23
innocently [1] 2402/13
inside [1] 2420/10
instructing [1] 2423/2
instruction [1] 2423/6
instructions [1]
2438/14
intend [6] 2399/9
2405/8 2416/22
2417/11 2424/4
2424/10
intending [1] 2414/4
intends [3] 2403/3
2416/18 2424/14
intent [2] 2412/1
2413/18
interaction [1] 2437/8
interest [3] 2404/16
2413/3 2413/5
interested [3] 2411/24
2413/7 2417/16
interesting [1] 2414/6
Internet [1] 2406/9
interpret [1] 2433/6
intrigue [1] 2443/16
introduce [8] 2409/17
2414/20 2415/2 2415/7
2417/11 2438/19
2443/18 2444/2
introduced [10]
2414/16 2414/17
2414/25 2415/6
2415/15 2415/15
2415/16 2416/17
2426/17 2443/12
introducing [1]
2415/19
introduction [2]
2414/13 2430/5
investigating [1]
2441/15
investigation [4]
2437/23 2440/23
2441/11 2441/18
is [211]
Isaacs [18] 2433/23
2434/6 2434/18
2434/19 2434/23
2435/6 2435/18 2436/6
2436/6 2436/15
2436/22 2436/23
2436/24 2437/6 2439/8
2439/9 2439/10
2439/12
isn't [5] 2404/5
2404/13 2407/10
2416/9 2446/9
issue [17] 2398/24
2399/3 2400/3 2401/14
2401/22 2402/17

2412/5 2412/10
2420/11 2420/15
2423/13 2423/14
2426/17 2428/9
2441/25
issue wrong [1]
2405/14
issues [2] 2404/25
2420/16
it [146]
it would be [2]
2412/24 2439/4
it's [57]
its [9] 2402/7 2421/19
2425/12 2437/12
2438/5 2442/3 2444/13
2446/13 2446/16
itself [5] 2423/2 2430/5
2431/8 2431/16
2431/20

**J**

Jan [1] 2431/5
January [27] 2396/5
2411/4 2411/5 2411/9
2411/10 2412/15
2412/18 2412/19
2412/21 2412/23
2413/14 2414/16
2414/17 2415/1 2423/1
2428/11 2429/22
2430/18 2431/22
2442/15 2443/1 2443/4
2444/5 2444/21
2445/23 2446/4 2448/7
January 5th [4]
2412/18 2414/16
2445/23 2446/4
January 6th [12]
2411/9 2411/10
2414/17 2415/1
2428/11 2429/22
2430/18 2431/22
2442/15 2443/1 2443/4
2444/5
January the [1] 2423/1
JC [1] 2428/2
Jeffrey [2] 2396/14
2398/11
Jeffrey Nestler [1]
2398/11
jeffrey.nestler [1]
2396/20
Johanna [1] 2417/14
joking [1] 2413/15
Joseph [2] 2397/6
2398/9
Joseph Hackett [1]
2398/9
Jr [1] 2397/2
JUDGE [1] 2396/10
juror [4] 2398/24
2408/15 2427/22
2427/25
Juror 3 [1] 2427/25
jurors [2] 2428/3
2438/13

2413/19 2419/2
2419/19 2420/24
2420/24 2421/1 2421/1
2422/3 2422/25 2423/2
2423/10 2423/19
2424/8 2424/19
2424/22 2425/8
2425/10 2426/3 2426/7
2429/17 2430/1
2431/19 2433/6 2436/9
2437/10 2437/17
2438/7 2438/12
2439/11 2439/14
2440/9
jury's [2] 2421/22
2425/19
just [44] 2399/5 2400/4
2402/24 2404/15
2405/8 2405/12
2405/13 2407/9
2407/23 2410/9
2410/12 2412/6
2412/12 2412/21
2413/15 2413/20
2415/10 2417/1 2417/5
2418/11 2419/7
2419/18 2419/19
2420/1 2420/8 2421/6
2421/9 2422/12 2425/6
2427/24 2429/10
2430/10 2430/21
2431/3 2431/18
2432/11 2435/11
2435/20 2437/18
2437/20 2439/7 2442/6
2445/18 2446/23

**K**

Kailua [1] 2397/4
Kathryn [2] 2396/14
2398/11
Kathryn Rakoczy [1]
2398/11
Kathryn.Rakoczy [1]
2396/19
keep [1] 2399/4
Keeper [3] 2437/1
2437/8 2444/4
Keepers [1] 2439/20
Kelly [1] 2432/22
Kelly Meggs' [1]
2432/22
Kelsey [1] 2405/13
kind [9] 2418/18
2419/10 2419/14
2419/20 2424/1
2424/15 2426/17
2434/12 2438/12
know [48] 2399/18
2401/1 2401/9 2401/18
2402/2 2402/4 2402/22
2403/3 2403/5 2404/17
2404/18 2405/18
2405/18 2406/6 2406/8
2406/23 2407/16
2408/24 2415/5
2415/22 2417/9

2421/15 2421/21
2423/22 2424/14
2424/19 2424/23
2425/3 2425/25 2426/2
2426/14 2430/11
2432/9 2433/4 2436/8
2436/13 2436/20
2437/18 2439/8
2439/10 2440/14
2441/13 2444/4 2444/6
2445/15 2445/15
knowingly [2] 2402/14
2402/16
knowledge [1] 2440/22

**L**

label [1] 2430/20
labeled [2] 2429/15
2430/18
ladies [1] 2421/20
laid [2] 2439/6 2441/9
landing [3] 2418/21
2419/7 2419/21
Lane [1] 2397/7
large [1] 2419/10
last [8] 2399/8 2399/25
2407/3 2407/4 2409/15
2420/4 2433/7 2442/1
late [1] 2446/6
later [3] 2399/16
2427/12
latter [1] 2402/15
law [7] 2397/2 2438/11
2440/20 2441/1 2441/6
2441/10 2441/18
lay [5] 2439/13
2440/21 2440/25
2441/5 2441/6
leaders [2] 2442/13
2444/4
learn [1] 2402/9
least [3] 2398/22
2426/14 2438/1
leave [3] 2418/16
2418/19 2419/20
2420/22 2422/20
leaves [1] 2419/6
leaving [2] 2421/18
2423/11
Lee [1] 2397/2
left [11] 2418/9 2419/7
2419/13 2419/23
2419/24 2420/14
2421/22 2423/20
2424/8 2428/15
2429/18
length [2] 2404/22
2407/12
let [7] 2399/25 2400/23
2401/18 2409/12
2421/23 2423/22
2437/20
let's [8] 2402/10
2402/11 2409/12
2415/8 2417/24 2418/6
2439/17 2446/24
liberty [2] 2443/8

**L**

**liberty... [1]** 2444/3
**like [13]** 2405/13
2405/16 2409/2
2417/15 2420/21
2422/1 2425/2 2430/6
2430/15 2431/10
2439/10 2443/22
2445/17
**limited [2]** 2412/19
2443/24
**limiting [1]** 2438/13
**line [20]** 2418/14
2418/15 2418/23
2419/2 2419/3 2419/5
2419/6 2419/11
2419/22 2419/23
2419/25 2420/3
2420/10 2422/22
2422/22 2428/19
2429/6 2429/10
2436/24 2436/24
**Line 1 [7]** 2418/14
2418/15 2418/23
2419/2 2419/6 2419/11
2419/23
**Line 2 [5]** 2419/3
2419/5 2419/22
2419/25 2420/3
**lines [1]** 2429/13
**link [4]** 2400/16
2405/20 2406/5
2442/21
**linkage [1]** 2442/17
**linked [1]** 2400/19
**list [1]** 2445/3
**Listen [1]** 2405/21
**listener [2]** 2434/13
2434/15
**literally [1]** 2415/17
**little [8]** 2398/22
2399/16 2400/5 2401/3
2408/15 2420/2
2435/20 2439/19
**lobby [1]** 2433/16
**location [3]** 2424/10
2426/23 2428/10
**logical [1]** 2428/21
**long [6]** 2399/5
2406/16 2420/13
2440/21 2441/9 2442/2
**longer [2]** 2413/4
2418/20
**look [17]** 2400/18
2402/19 2403/23
2405/9 2406/19
2407/17 2408/20
2409/2 2411/18
2414/12 2420/12
2421/17 2425/2 2426/7
2435/13 2436/1
2436/20
**looked [6]** 2404/3
2408/16 2409/6 2435/4
2439/2 2439/9
**looking [3]** 2413/20
2417/15 2439/8
**looks [4]** 2405/16

**loss [1]** 2425/19
**lost [1]** 2413/2
**lot [5]** 2401/11 2401/19
2401/19 2415/23
2421/25
**Louis [2]** 2396/15
2398/12
**Louis Manzo [1]**
2398/12
**lunch [2]** 2428/2
2428/7
**lying [1]** 2405/10

**M**

**made [6]** 2406/13
2406/17 2406/20
2408/7 2421/20 2443/1
**MAGA [2]** 2411/19
2414/10
**make [13]** 2407/11
2409/1 2415/11 2419/4
2421/16 2422/2 2425/2
2427/22 2428/1 2429/7
2429/8 2439/17
2444/15
**makes [2]** 2410/15
2435/10
**making [3]** 2438/25
2440/13 2440/24
**man [1]** 2411/24
**manner [1]** 2438/6
**many [2]** 2426/19
2441/21
**Manzo [3]** 2396/15
2398/12 2441/24
**march [2]** 2411/19
2413/24 2414/10
2446/18
**Marion [1]** 2397/12
**marry [1]** 2404/19
**match [2]** 2404/8
**matt [1]** 2397/18
**matter [4]** 2404/16
2416/10 2429/10
2448/4
**Matthew [2]** 2397/15
2398/17
**Matthew Peed [1]**
2398/17
**max [1]** 2436/6
**may [12]** 2402/24
2406/5 2406/6 2406/21
2406/22 2422/21
2423/20 2426/3 2426/7
2426/7 2434/22
2439/19
**maybe [6]** 2415/17
2429/21 2436/6
2437/13 2437/14
2445/11
**me [30]** 2399/25
2400/16 2400/23
2401/12 2401/18
2401/19 2401/20
2408/8 2409/12
2410/20 2412/21
2413/23 2415/2

2421/12 2421/23
2423/22 2425/24
2429/23 2431/23
2435/15 2437/12
2437/20 2438/14
2439/11 2442/7 2442/9
2442/10 2443/25
**mean [15]** 2399/8
2404/18 2404/21
2405/1 2407/9 2408/1
2416/2 2421/10
2421/21 2427/10
2430/1 2432/12
2436/12 2443/11
2443/23
**means [2]** 2415/18
2429/6
**meant [1]** 2434/23
**meet [1]** 2438/10
**meeting [2]** 2414/10
2441/21
**Meggs [1]** 2433/2
**Meggs' [1]** 2432/22
**MEHTA [2]** 2396/9
2398/3
**members [6]** 2418/15
2419/11 2419/23
2420/3 2420/4 2420/10
**memory [1]** 2409/23
**mention [1]** 2410/17
**message [18]** 2411/21
2412/14 2414/8
2414/16 2415/13
2416/1 2416/3 2423/16
2423/21 2423/22
2424/1 2424/4 2424/16
2426/22 2426/25
2427/1 2428/16
2442/12
**messages [23]**
2409/21 2410/12
2410/21 2413/8
2413/12 2413/16
2414/3 2414/4 2414/17
2414/19 2414/25
2415/1 2424/6 2424/11
2424/23 2428/14
2428/23 2438/3 2443/9
2443/25 2445/6 2445/7
2445/25
**met [1]** 2414/6
**meticulously [2]**
2400/19 2401/12
**mid [1]** 2415/2
**mid-November [1]**
2415/2
**middle [1]** 2408/19
**might [3]** 2428/7
2431/2 2442/2
**million [3]** 2411/19
2414/10 2415/23
**Million MAGA March
[2]** 2411/19 2414/10
**mind [27]** 2402/17
2412/2 2412/5 2413/3
2413/11 2413/20
2413/21 2414/20

2421/22 2425/5 2434/9
2435/5 2435/6 2443/15
2444/6 2444/8 2444/16
2445/1 2445/2 2445/5
2445/14 2445/15
2445/18 2446/4
**minimum [1]** 2437/15
**MINUTA [4]** 2396/6
2397/2 2398/8 2398/14
**minute [3]** 2403/9
2407/2 2427/13
**minutes [10]** 2404/7
2404/11 2407/3 2407/4
2407/5 2427/9 2427/12
2427/21 2434/16
2442/3
**misimpression [7]**
2425/21 2425/22
2425/23 2425/25
2428/13 2428/22
2429/18
**misleading [9]** 2422/15
2422/16 2422/17
2422/18 2422/21
2425/6 2425/14
2425/14 2427/17
**missing [2]** 2427/2
2445/20
**mistake [1]** 2402/3
**misunderstood [1]**
2416/24
**Moerschel [5]** 2397/10
2398/9 2398/16
2434/25 2436/14
**moment [1]** 2435/16
**montage [12]** 2415/9
2416/16 2419/2 2420/9
2421/19 2421/20
2424/13 2428/18
2429/3 2438/8 2438/20
2438/22
**months [1]** 2443/19
**more [8]** 2401/6 2404/5
2415/4 2417/15 2422/8
2431/23 2436/17
2437/20
**morning [6]** 2396/7
2398/4 2398/6 2398/24
2399/3 2400/1
**most [2]** 2403/14
2418/13
**motion [7]** 2399/24
2400/2 2409/13
2409/15 2417/8
2432/22 2433/6
**move [1]** 2399/21
**moved [1]** 2399/13
**movement [2]** 2428/20
2429/7
**movements [7]**
2422/25 2429/12
2429/23 2430/18
2431/6 2431/22
2431/23
**moving [4]** 2408/25
2429/12 2432/24
2433/2

2421/22 2425/5 2434/9
2414/7
**MP3 [1]** 2406/21
**Mr [3]** 2410/4 2432/4
2434/19
**Mr. [130]**
**Mr. Caldwell [16]**
2409/22 2410/5 2410/6
2410/8 2410/13
2411/16 2411/23
2412/14 2412/25
2413/4 2413/13
2413/20 2414/6
2415/22 2416/3
2445/10
**Mr. Caldwell's [9]**
2412/2 2412/5 2414/20
2429/7 2443/15
2443/24 2443/25
2444/16 2445/21
**Mr. Edwards [2]**
2423/24 2428/11
**Mr. Hackett [2]**
2434/25 2436/14
**Mr. Isaacs [16]**
2433/23 2434/6
2434/18 2435/6
2435/18 2436/6 2436/6
2436/15 2436/22
2436/23 2436/24
2437/6 2439/8 2439/9
2439/10 2439/12
**Mr. Manzo [1]** 2441/24
**Mr. Meggs [1]** 2433/2
**Mr. Moerschel [2]**
2434/25 2436/14
**Mr. Nestler [1]** 2402/4
**Mr. Peed [38]** 2399/24
2403/15 2403/19
2403/24 2404/11
2404/23 2405/9
2406/11 2407/16
2409/15 2410/3
2410/11 2410/19
2410/25 2411/1
2411/11 2411/15
2411/22 2412/4
2414/17 2414/25
2418/9 2420/11
2422/24 2423/18
2424/7 2424/22
2429/10 2430/17
2432/10 2432/21
2433/2 2433/5 2437/19
2440/15 2442/1 2442/7
2443/18
**Mr. Peed's [12]** 2400/2
2407/13 2407/21
2409/13 2412/4
2416/15 2417/17
2417/25 2419/1 2424/3
2428/18 2432/22
**Mr. Rhodes [5]**
2423/15 2424/9
2424/23 2427/11
2427/19
**Mr. Rhodes' [1]**
2423/19

## M

**Mr. Vallejo [20]**
2400/13 2401/22
2402/1 2405/19
2405/20 2406/21
2412/1 2412/1 2423/16
2424/3 2425/3 2425/23
2426/2 2426/5 2426/10
2427/14 2428/14
2428/15 2429/4 2443/7
**Mr. Vallejo's [4]**
2417/8 2418/25
2423/21 2428/10
**much [1]** 2406/25
**must [1]** 2419/11
**my [17]** 2401/5
2402/17 2402/18
2402/19 2404/4
2409/23 2410/23
2411/6 2421/25 2422/1
2424/25 2425/5 2427/7
2431/2 2431/21
2441/15 2443/17

## N

**name [3]** 2431/14
2431/18 2434/22
**named [2]** 2398/18
2444/3
**names [2]** 2432/15
2439/23
**Napue [4]** 2402/7
2402/10 2402/17
2403/8
**nature [2]** 2425/10
2425/13
**necessarily [1]** 2431/8
**need [5]** 2400/1 2404/4
2426/20 2429/2
2440/25
**needs [1]** 2436/18
**nefarious [1]** 2410/9
**nest [3]** 2412/16
2412/19 2445/14
**Nestler [3]** 2396/14
2398/11 2402/4
**never [3]** 2443/7
2443/8 2445/8
**nevertheless [3]**
2414/23 2439/19
2441/8
**new [6]** 2398/21
2398/25 2416/23
2432/6 2432/10
2432/13
**next [4]** 2402/1
2417/15 2423/13
2424/2
**nexus [1]** 2414/18
**night [3]** 2399/8
2399/25 2442/1
**no [19]** 2396/4 2409/3
2413/3 2413/4 2413/4
2417/7 2425/6 2426/25
2428/13 2429/2 2430/4
2430/4 2430/6 2430/6
2430/8 2430/9 2436/19
2436/19 2442/16

**No. 22-15 [1]** 2398/7
**noise [1]** 2437/11
**non [1]** 2437/8
**non-Oath [1]** 2437/8
**North [2]** 2442/12
2444/4
**North Carolina [2]**
2442/12 2444/4
**not [74]**
**notation [1]** 2418/8
**note [5]** 2401/21
2404/25 2435/3
2435/19 2435/20
**nothing [3]** 2422/11
2422/18 2427/1
**notice [1]** 2401/7
**notified [1]** 2398/24
**November [11]**
2410/21 2411/3 2411/3
2412/21 2412/25
2413/14 2413/24
2414/1 2415/2 2444/3
2446/7
**November 14th [1]**
2412/21
**now [19]** 2398/2
2398/3 2399/13 2400/7
2401/1 2401/7 2404/3
2410/23 2412/4
2412/20 2414/19
2416/16 2417/10
2421/5 2421/21 2431/1
2444/2 2446/3 2446/13
**number [3]** 2419/10
2431/19 2432/19
**numbers [1]** 2438/3
**numeral [2]** 2409/21
2417/4
**NW [2]** 2396/17
2397/16

## O

**oath [5]** 2405/10
2437/1 2437/8 2439/20
2444/4
**Oath Keepers [1]**
2439/20
**object [1]** 2408/8
**objected [1]** 2418/10
**objecting [1]** 2442/3
**objection [12]** 2412/13
2414/13 2414/15
2415/12 2418/25
2419/1 2428/18
2436/21 2440/7 2443/6
2443/10 2443/13
**objections [2]** 2416/16
2418/6
**obligation [1]** 2402/11
**obligations [1]** 2402/8
**observations [1]**
2440/9
**obsessed [2]** 2410/6
2411/16
**obviously [5]** 2407/20
2411/15 2438/17
2442/13 2443/1

**occurs [1]** 2433/14
**off [12]** 2398/22
2410/23 2411/6
2418/19 2430/13
2431/9 2433/8 2434/5
2434/5 2436/1 2437/4
2437/5
**OFFICE [1]** 2396/16
**officer [7]** 2433/19
2434/8 2436/6 2436/7
2437/1 2437/8 2441/12
**officer's [3]** 2437/3
2441/10 2441/18
**officers [1]** 2440/20
**OFFICES [1]** 2397/2
**Oh [4]** 2408/18
2416/20 2434/19
2434/21
**OK [1]** 2442/12
**okay [28]** 2398/20
2400/6 2408/18
2408/22 2409/10
2411/13 2412/11
2416/24 2417/3
2417/22 2418/5 2423/1
2424/18 2424/24
2427/22 2429/9
2430/14 2431/21
2434/24 2435/2
2436/16 2437/17
2441/23 2442/5 2442/7
2443/5 2443/14
2446/21
**old [2]** 2399/1 2411/23
**once [1]** 2400/24
**one [23]** 2400/3
2402/13 2403/7
2405/15 2411/18
2424/1 2425/25
2427/13 2429/13
2429/19 2432/21
2436/6 2436/7 2436/7
2436/23 2436/25
2437/18 2437/20
2437/22 2438/9
2439/18 2440/17
2441/25
**one officer [1]** 2436/7
**one person [1]**
2436/23
**online [1]** 2418/3
**only [3]** 2424/9 2425/1
2431/13
**open [1]** 2436/10
**opened [1]** 2412/21
**operators [1]** 2414/7
**opinion [5]** 2440/16
2440/19 2440/21
2441/5 2441/7
**opportunity [8]**
2409/19 2415/6 2423/7
2423/10 2427/18
2428/3 2438/18
2440/12
**opposed [1]** 2440/17
**opposition [1]** 2409/20
**orange [3]** 2428/19

**order [4]** 2407/7
2408/5 2433/13 2438/5
**original [1]** 2400/20
**other [22]** 2400/1
2404/18 2411/17
2412/8 2413/21
2414/11 2415/7 2423/3
2423/3 2424/6 2425/17
2425/18 2428/23
2429/3 2431/12
2432/24 2433/3 2434/4
2436/13 2441/15
2441/25 2445/5
**others [1]** 2424/10
**otherwise [1]** 2428/8
**our [9]** 2398/24
2403/22 2404/16
2407/20 2408/15
2417/24 2431/12
2436/8 2436/12
**out [14]** 2407/16
2410/9 2410/25 2412/6
2415/25 2421/7
2421/12 2424/5 2425/4
2429/16 2435/23
2435/25 2442/18
2444/24
**outside [3]** 2418/14
2418/21 2439/21
**over [1]** 2442/1
**overlap [1]** 2420/18
**overrule [1]** 2436/21
**own [3]** 2403/17
2412/22 2417/19

## P

**p.m [4]** 2428/16
2433/21 2433/22
2447/4
**PA [1]** 2397/7
**page [4]** 2437/19
2442/20 2442/21
2442/22
**pages [1]** 2432/2
**part [7]** 2402/22
2403/10 2403/11
2416/4 2418/23
2430/23 2437/23
**participating [1]**
2446/6
**participation [1]**
2441/10
**particular [9]** 2419/12
2420/15 2428/25
2439/3 2440/3 2441/2
2441/22 2443/12
2444/11
**partition [1]** 2418/18
**parts [2]** 2403/20
2403/21
**Paul [4]** 2442/14
2442/23 2444/9 2446/4
**Paul Stamey [3]**
2442/14 2442/23
2444/9
**Paul Stamey's [1]**
2446/4

**[41]** 2397/15
2397/16 2398/17
2399/24 2403/15
2403/19 2403/24
2404/11 2404/23
2405/9 2406/11
2407/16 2409/15
2410/3 2410/11
2410/19 2410/25
2411/1 2411/11
2411/15 2411/22
2412/4 2414/17
2414/25 2418/9
2420/11 2422/24
2423/18 2424/7
2424/22 2429/10
2430/17 2432/10
2432/21 2433/2 2433/5
2437/19 2440/15
2442/1 2442/7 2443/18
**Peed's [12]** 2400/2
2407/13 2407/21
2409/13 2412/4
2416/15 2417/17
2417/25 2419/1 2424/3
2428/18 2432/22
**people [15]** 2415/23
2419/19 2421/6
2422/20 2423/11
2423/11 2427/20
2432/24 2433/3
2434/11 2435/8 2440/1
2443/3 2444/7 2445/2
**people's [1]** 2422/25
**perhaps [1]** 2403/24
**period [4]** 2413/14
2418/20 2425/19
2444/7
**person [13]** 2429/13
2436/5 2436/23
2436/23 2436/25
2437/1 2437/3 2440/4
2440/10 2441/2
2441/14 2441/14
2441/22
**pertains [1]** 2417/8
**Philadelphia [1]**
2397/7
**photo [5]** 2423/20
2424/10 2425/1 2425/2
2425/17
**photograph [8]** 2402/1
2419/10 2419/16
2420/17 2423/15
2423/19 2427/12
2427/13
**photographs [3]**
2427/20 2438/4 2439/9
**photos [3]** 2424/6
2424/23 2425/17
**phrase [1]** 2431/20
**physically [1]** 2433/11
**picture [4]** 2425/7
2426/4 2427/8 2439/7
**piecing [1]** 2432/18
**Plaintiff [1]** 2396/4
**planting [1]** 2445/17
**play [6]** 2404/11

2457

**P**

play... [5] 2416/18
2431/2 2431/5 2431/10
2436/17
played [6] 2400/11
2402/23 2411/12
2432/16 2435/17
2436/3
plays [2] 2430/12
2433/24
Please [1] 2398/4
plenty [1] 2443/11
PO [1] 2397/3
podcast [5] 2400/10
2405/4 2405/5 2405/6
2405/7
point [7] 2410/15
2412/10 2420/15
2422/2 2427/7 2440/24
2445/20
pointed [1] 2442/17
police [3] 2437/1
2440/19 2441/1
political [2] 2413/5
2413/5
pop [2] 2431/2 2439/23
pops [4] 2430/23
2431/1 2431/2 2431/3
porta [8] 2410/7
2410/16 2410/18
2410/20 2411/2
2413/21 2414/5
2444/24
portion [2] 2400/10
2416/18
position [11] 2403/22
2407/11 2426/1 2429/2
2432/23 2434/1 2436/5
2436/9 2436/12 2439/1
2444/11
possible [2] 2413/10
2437/16
possibly [1] 2417/14
posts [1] 2427/14
potties [6] 2410/16
2410/18 2410/20
2411/2 2413/21
2444/24
potty [2] 2410/7 2414/5
precipice [2] 2433/15
2433/17
prefaced [1] 2417/4
prejudicial [2] 2415/4
2427/16
prepare [1] 2428/6
prepared [2] 2403/24
2403/25
present [3] 2398/18
2432/8 2438/5
presenting [1] 2417/17
preserving [1] 2432/11
presiding [1] 2398/3
pretty [1] 2423/12
previously [1] 2438/11
prime [1] 2405/12
principle [1] 2446/12
prior [5] 2432/7
2441/13 2444/1 2444/5

probative [1] 2415/4
problem [1] 2407/6
proceed [2] 2403/24
2403/25
proceedings [3]
2396/9 2398/19 2448/4
proceeds [1] 2419/14
process [1] 2416/5
product [4] 2407/14
2407/22 2408/1
2417/17
production [1]
2405/23
promise [1] 2446/24
prove [1] 2401/4
provide [2] 2438/14
2440/21
provided [1] 2401/16
provides [1] 2439/17
providing [1] 2438/13
proximity [3] 2414/18
2433/11 2435/13
pull [1] 2411/7
pulled [3] 2410/2
2410/11 2412/17
Punta [1] 2397/13
purpose [8] 2415/19
2415/25 2416/2 2425/6
2442/18 2443/2
2445/22 2446/17
purposes [3] 2415/11
2426/15 2427/24
pushing [1] 2434/7
put [14] 2401/9
2401/15 2402/14
2408/4 2411/22 2412/4
2415/3 2421/19
2421/19 2427/5
2427/18 2430/20
2444/20 2446/18

**Q**

QRF [6] 2442/15
2443/1 2443/3 2444/5
2446/5 2446/6
quality [1] 2426/11
Queen [1] 2397/7
question [7] 2403/1
2423/13 2424/25
2433/21 2433/23
2435/5 2437/9
questions [1] 2410/11
quickly [2] 2401/6
2409/11

**R**

raise [3] 2400/3
2408/24 2440/6
raised [4] 2404/7
2409/16 2421/11
2423/18
raising [1] 2404/6
Rakoczy [2] 2396/14
2398/11
rally [2] 2410/21
2412/4
random [1] 2430/21

Ranger [3] 2442/14
2442/25 2446/3
Ranger Doug Smith [3]
2442/14 2442/25
2446/3
rather [2] 2422/12
2430/21
re [2] 2408/16 2433/1
re-takes [1] 2408/16
re-watching [1] 2433/1
reaching [2] 2424/5
2441/12
read [2] 2428/18
2432/11
ready [1] 2428/6
really [1] 2416/9
reason [9] 2412/8
2412/9 2424/12 2425/1
2425/6 2425/22
2426/25 2434/11
2440/10
reasonable [1] 2404/5
reasons [2] 2411/18
2426/12
rebut [1] 2414/4
received [1] 2443/8
recess [2] 2447/3
2447/4
recitation [1] 2420/13
recognize [1] 2432/6
recollection [2]
2402/18 2402/19
reconnaissance [3]
2410/8 2412/8 2413/11
record [6] 2401/10
2401/15 2401/21
2432/12 2437/20
2448/3
recorded [2] 2405/3
2405/4
recording [3] 2406/3
2418/3 2436/5
redirect [10] 2401/11
2401/18 2404/3
2409/18 2414/18
2416/17 2416/18
2416/22 2417/5
2443/24
references [1] 2424/11
refers [1] 2400/13
reflects [1] 2416/9
refresh [1] 2409/23
regarding [1] 2403/16
reiterate [1] 2437/20
related [2] 2400/3
2401/22
relax [1] 2398/22
relevant [10] 2411/22
2411/22 2413/16
2425/18 2434/2 2434/8
2434/15 2443/14
2444/7 2446/5
rely [3] 2402/8 2415/21
2420/25
remember [3] 2410/24
2439/22 2445/10
Remind [2] 2410/20
2413/23

remoteness [2]
2415/3
remoteness [1]
2444/13
remove [2] 2424/12
2437/5
removed [3] 2436/23
2436/25 2439/15
renamed [1] 2431/1
repeatedly [1] 2424/5
report [4] 2403/10
2403/20 2405/4
2444/21
reported [1] 2444/25
requested [2] 2429/20
2438/23
require [2] 2417/25
requirements [1]
2438/22
requires [2] 2426/16
requisite [3] 2439/18
2441/3 2441/4
resolve [1] 2399/3
respect [1] 2437/22
responding [2] 2425/3
2425/23
responsive [6]
2409/24 2423/19
2423/21 2426/2
2426/11 2427/15
rest [3] 2417/7 2424/13
2435/1
return [1] 2428/20
returning [1] 2428/17
review [3] 2417/18
2435/11 2441/18
reviewed [1] 2406/7
Rhodes [8] 2423/15
2424/5 2424/9 2424/20
2424/23 2426/9
2427/11 2427/19
Rhodes' [1] 2423/19
right [58]
RIOS [1] 2397/11
riot [3] 2433/19 2437/2
2437/3
rioter [1] 2436/7
rioters [1] 2434/4
rips [1] 2434/5
rise [2] 2398/2 2447/2
RMR [2] 2448/2 2448/8
ROBERTO [2] 2396/6
2398/8
Roberto A. Minuta [1]
2398/8
Roman [2] 2409/20
2417/4
Rotunda [3] 2419/24
2433/14 2433/15
roughly [1] 2418/23
rule [8] 2426/15
2426/16 2426/18
2426/21 2427/10
2438/10 2438/21
2438/21
Rule 106 [4] 2426/15
2426/21 2427/10
2438/21

rule [3] 2418/7 2422/5
2432/17
ruling [2] 2415/11
2420/7 2425/20 2432/7

**S**

said [24] 2399/2
2400/18 2400/23
2400/24 2402/15
2402/19 2402/21
2402/22 2405/21
2406/14 2406/18
2409/5 2410/12
2410/14 2410/19
2412/18 2413/1 2413/1
2413/13 2415/5
2416/16 2424/22
2434/22 2435/6
same [14] 2410/4
2410/4 2420/1 2421/3
2421/7 2423/7 2424/16
2426/4 2426/23
2426/23 2434/11
2443/19 2444/12
2446/21
satisfactory [1]
2439/14
satisfy [4] 2418/10
2426/20 2439/11
2441/3
save [3] 2401/11
2401/19 2401/19
saved [1] 2430/12
saw [3] 2410/12
2410/19 2446/6
say [12] 2399/2 2404/2
2404/12 2404/20
2407/9 2407/15
2408/16 2412/5
2412/20 2412/25
2413/3 2415/10
2421/17 2432/23
2439/2 2439/2 2440/1
2440/2 2441/1 2441/2
2441/13 2446/14
saying [8] 2398/25
2405/11 2408/11
2412/15 2415/24
2437/5 2441/15 2446/3
says [8] 2404/12
2404/14 2405/9
2411/19 2414/6
2415/16 2420/20
2427/25
scenario [2] 2418/15
2420/9
scene [2] 2415/22
2435/9
scheduling [2] 2399/7
2427/24
scope [5] 2412/13
2412/23 2414/14
2414/23 2444/1
scott [3] 2397/10
2397/14 2398/16
Scott Weinberg [1]
2398/16
screaming [1] 2434/5

**S**

**screen [8]** 2405/3 2405/4 2406/3 2421/5 2430/5 2430/6 2430/8 2430/15
**screen-recorded [2]** 2405/3 2405/4
**screen-recording [1]** 2406/3
**screengrab [1]** 2418/3
**screenshotted [2]** 2404/24 2405/2
**seated [1]** 2398/4
**second [20]** 2400/12 2400/14 2400/17 2400/22 2401/21 2402/20 2402/23 2403/10 2403/14 2403/22 2405/21 2406/17 2407/1 2407/5 2411/7 2415/13 2420/19 2423/14 2433/21 2442/20
**section [1]** 2403/9
**see [11]** 2399/6 2400/23 2425/2 2427/16 2431/19 2435/8 2436/2 2437/15 2442/5 2442/24 2446/17
**seeing [3]** 2434/3 2434/6 2436/10
**seeking [1]** 2414/20
**seem [2]** 2431/23 2437/12
**seems [4]** 2399/17 2415/2 2421/12 2429/23
**segment [1]** 2404/19
**sending [4]** 2413/8 2424/23 2427/20 2442/21
**sends [2]** 2424/9 2426/9
**sent [16]** 2405/19 2405/20 2406/21 2410/12 2423/15 2423/16 2426/4 2426/5 2426/10 2426/22 2428/14 2442/1 2442/12 2442/23 2443/3 2445/11
**sequential [1]** 2424/2
**series [2]** 2410/12 2414/3
**session [2]** 2396/7 2398/3
**setting [2]** 2431/7 2431/8
**seven [1]** 2414/21
**she [23]** 2399/3 2402/18 2402/18 2402/21 2402/21 2402/22 2402/24 2403/13 2404/2 2404/14 2406/7 2407/14 2407/15 2408/6 2408/16 2417/18 2427/22 2427/25 2428/4 2439/25 2439/25
**she'll [4]** 2428/5 2428/17 2429/5 2429/7
**she's [4]** 2399/1 2403/2 2407/21 2408/10
**shield [2]** 2437/4 2437/5
**Shipley [3]** 2397/2 2397/3 2398/14
**shitballs [2]** 2411/21 2414/8
**short [2]** 2432/13 2432/19
**shortly [1]** 2428/4
**should [10]** 2399/4 2404/10 2404/25 2413/20 2415/3 2418/8 2420/25 2428/6 2432/16 2433/6
**shouldn't [2]** 2399/2 2431/11
**show [37]** 2400/21 2401/16 2404/12 2407/21 2408/5 2408/14 2411/15 2411/25 2412/1 2413/4 2414/4 2418/4 2418/13 2419/11 2419/17 2419/19 2420/9 2420/14 2421/2 2421/7 2421/10 2422/12 2422/19 2423/8 2424/4 2424/10 2424/13 2428/15 2428/23 2429/4 2429/24 2430/2 2434/16 2436/22 2442/18 2443/2 2445/16
**showed [3]** 2400/20 2406/22 2444/21
**showing [13]** 2403/25 2404/1 2407/13 2408/8 2412/7 2412/22 2420/22 2421/18 2430/12 2432/25 2444/20 2445/5 2445/18
**shown [5]** 2419/9 2419/16 2429/13 2429/13 2445/19
**shows [6]** 2413/7 2419/10 2426/10 2427/13 2430/1 2433/3
**side [1]** 2419/25
**Signal [6]** 2423/17 2423/21 2445/5 2445/7 2445/8 2445/9
**simple [3]** 2404/18 2409/1 2423/12
**simply [1]** 2421/9
**simultaneously [1]** 2426/16
**since [1]** 2431/25
**single [1]** 2425/12
**situations [1]** 2422/1
**six [4]** 2414/21 2443/25 2444/5 2445/21
**slide [1]** 2444/20
**slides [1]** 2442/4
**slightly [3]** 2402/11 2403/20 2404/4
**small [1]** 2418/18
**Smith [5]** 2442/14 2442/25 2444/9 2445/12 2446/3
**so [97]**
**so it's [3]** 2412/18 2433/17 2434/1
**So this is [1]** 2416/15
**some [24]** 2398/21 2403/20 2403/21 2406/10 2407/17 2409/22 2413/13 2416/5 2418/8 2418/18 2419/23 2420/9 2421/11 2423/9 2424/4 2424/11 2425/15 2426/11 2432/12 2436/10 2438/6 2438/21 2441/12 2441/21
**somebody [2]** 2417/23 2444/3
**somebody's [1]** 2413/18
**somehow [2]** 2412/21 2423/19
**something [20]** 2408/25 2411/23 2412/20 2421/9 2421/24 2422/1 2422/12 2425/5 2426/3 2426/9 2426/10 2430/23 2433/5 2435/5 2435/9 2437/10 2437/17 2443/18 2444/2 2446/6
**sometimes [2]** 2405/17 2430/11
**somewhat [1]** 2432/14
**soon [2]** 2428/6 2446/25
**sorry [5]** 2416/20 2433/15 2434/21 2442/19 2445/9
**sort [7]** 2402/13 2404/5 2409/24 2430/5 2430/17 2439/22 2446/9
**spans [1]** 2403/11
**speak [2]** 2407/20 2407/24
**special [4]** 2399/10 2399/19 2414/7 2417/13
**Special Agent [1]** 2417/13
**Special Agent Hilgeman [1]** 2399/10 2399/19
2412/17 2412/22 2420/21 2420/21 2432/21
**specifically [1]** 2440/1
**spend [1]** 2404/7
**Sperryville [1]** 2414/5
**spoken [1]** 2407/20
**staggered [3]** 2418/16 2419/7 2419/20
**stairs [4]** 2418/22 2418/24 2419/5 2423/12
**Stamey [3]** 2442/14 2442/23 2444/9
**Stamey's [1]** 2446/4
**stand [5]** 2407/8 2407/15 2407/21 2408/16 2409/6
**standing [1]** 2439/21
**stands [2]** 2405/9 2447/3
**start [5]** 2398/25 2399/16 2409/20 2428/4 2446/24
**started [3]** 2398/23 2399/6 2446/25
**starts [3]** 2418/23 2419/22 2419/25
**state [20]** 2412/2 2412/5 2413/3 2413/11 2414/20 2415/17 2416/5 2416/9 2434/9 2443/15 2444/6 2444/8 2444/16 2445/1 2445/2 2445/15 2445/18 2446/4
**statement [1]** 2420/25
**statements [6]** 2404/1 2404/8 2406/12 2407/12 2415/20 2445/21
**STATES [4]** 2396/1 2396/3 2396/10 2398/7
**statically [1]** 2429/14
**stayed [1]** 2426/23
**steps [2]** 2419/16 2420/1
**Stewart [3]** 2424/5 2424/20 2426/9
**Stewart Rhodes [2]** 2424/5 2424/20
**still [4]** 2399/14 2399/15 2418/4 2423/22
**stipulate [4]** 2400/25 2403/15 2403/16 2406/18
**stipulates [1]** 2405/10
**stipulation [3]** 2400/22 2403/24 2405/8
**strain [1]** 2432/13
**Street [2]** 2396/17 2397/16
**stretching [1]** 2412/24
**strike [1]** 2426/19
**stuff [1]** 2413/15

**SUAREZ [1]** 2397/11
**subjective [1]** 2431/24
**submitted [1]** 2410/25
**sudden [1]** 2413/2
**suggest [2]** 2416/3 2440/9
**suggested [1]** 2407/13
**suggesting [1]** 2408/14
**suggestion [1]** 2440/15
**Suite [2]** 2397/12 2397/17
**summary [6]** 2401/5 2406/7 2406/8 2432/8 2432/18 2438/10
**supplemented [1]** 2429/3
**Supreme [1]** 2405/13
**Supreme Court [1]** 2405/13
**sure [7]** 2399/19 2400/8 2413/16 2415/10 2439/17 2442/11 2444/18
**sustain [1]** 2414/14
**switch [1]** 2424/17
**system [1]** 2403/18

**T**

**take [13]** 2404/10 2409/12 2417/20 2422/3 2426/8 2433/8 2433/13 2434/5 2434/16 2435/13 2435/25 2437/3 2437/5
**taken [1]** 2407/17
**takes [1]** 2408/16
**taking [1]** 2427/19
**talk [3]** 2409/14 2415/8 2444/19
**talked [1]** 2442/16
**talking [2]** 2437/25 2444/8
**technical [1]** 2401/14
**tell [1]** 2439/14
**tells [1]** 2427/22
**ten [3]** 2427/8 2427/12 2427/21
**tens [1]** 2438/2
**terms [8]** 2399/7 2414/23 2420/11 2427/24 2430/4 2431/3 2434/14 2438/24
**testified [2]** 2403/13 2406/7
**testify [3]** 2428/14 2428/17 2429/5
**testimonial [1]** 2420/13
**testimony [25]** 2401/2 2401/8 2401/17 2401/23 2402/8 2402/13 2402/14 2402/17 2402/20 2404/4 2408/6 2408/19 2419/17 2419/18 2419/18 2423/4 2432/9

2459

**T**

testimony... [8]
2432/20 2438/15
2440/16 2440/17
2440/19 2440/21
2441/6 2441/7
text [10] 2400/13
2409/21 2410/20
2411/21 2413/12
2423/15 2423/21
2443/8 2443/9 2443/13
than [6] 2399/1 2400/1
2415/4 2428/7 2430/21
2445/5
Thanks [3] 2409/8
2446/22 2447/1
that [303]
that's [40] 2399/11
2399/14 2402/8
2403/22 2406/9
2407/19 2408/11
2408/12 2409/1 2409/4
2409/9 2412/23 2414/9
2415/19 2421/24
2422/13 2423/6
2423/12 2423/13
2425/20 2426/6 2427/9
2428/9 2429/14
2430/14 2430/23
2431/7 2431/21
2431/25 2439/8 2439/9
2440/18 2441/17
2442/4 2443/11
2443/16 2443/18
2444/2 2445/23 2446/1
their [11] 2400/16
2400/25 2401/11
2405/10 2412/22
2421/16 2421/20
2429/12 2432/25
2440/22 2445/5
them [10] 2401/16
2406/17 2410/15
2421/7 2421/18
2422/12 2423/6
2427/20 2430/20
2446/18
then [52] 2399/7
2399/12 2399/21
2399/24 2401/18
2401/23 2403/24
2404/2 2404/7 2404/19
2405/9 2409/5 2409/11
2409/13 2409/15
2410/17 2410/19
2411/4 2413/2 2413/16
2414/7 2414/8 2416/12
2417/24 2418/6
2418/19 2419/6 2419/8
2419/14 2419/22
2420/23 2421/1 2422/2
2422/9 2424/17 2425/7
2428/9 2429/13
2431/19 2432/1
2433/21 2433/23
2434/7 2434/8 2436/1
2436/15 2442/25
2443/14 2443/14

2445/12 2445/13
2445/18
theory [5] 2416/2
2427/9 2442/15
2445/24 2446/21
there [22] 2399/25
2401/13 2401/14
2411/3 2413/13
2420/13 2421/21
2422/7 2423/13
2426/15 2426/24
2427/12 2428/19
2428/22 2428/22
2432/13 2432/24
2435/20 2436/13
2439/6 2439/18
2442/16
there's [42] 2401/14
2403/9 2404/25 2405/5
2405/7 2406/23 2412/7
2413/3 2413/3 2413/17
2414/18 2415/22
2415/23 2416/12
2419/1 2419/4 2419/15
2420/20 2421/12
2421/21 2422/11
2422/18 2424/12
2425/22 2426/25
2428/9 2428/13
2428/22 2429/2
2429/13 2430/6 2430/8
2430/15 2432/12
2433/1 2433/19
2435/18 2437/4
2439/22 2440/6
2440/15 2443/11
these [22] 2398/19
2414/13 2415/5 2417/6
2417/12 2420/14
2424/5 2427/19
2428/25 2432/9
2432/12 2432/18
2434/9 2434/15
2434/17 2438/8
2438/22 2440/1 2442/6
2442/10 2443/8
2443/12
they [50] 2400/18
2400/20 2400/22
2400/24 2401/1 2401/1
2401/1 2401/7 2401/17
2401/25 2402/5 2402/9
2404/9 2406/17
2406/18 2406/22
2411/4 2411/6 2412/3
2413/18 2415/12
2415/13 2418/21
2418/21 2418/22
2419/20 2420/22
2421/2 2421/6 2421/19
2422/13 2422/22
2425/6 2428/3 2430/21
2436/13 2438/9
2438/11 2440/1 2440/2
2440/2 2440/6 2440/7
2441/2 2441/20
2443/21 2445/7
2445/24 2446/5 2446/6

2401/18 2409/21
2411/25 2412/20
2425/5 2436/9
they've [2] 2421/20
2439/21
thing [4] 2403/12
2420/21 2429/19
2443/20
things [9] 2402/11
2403/7 2404/6 2408/25
2413/21 2424/1
2426/16 2430/20
2434/12
think [58]
thinking [1] 2434/10
thinks [1] 2440/5
third [2] 2428/9
2433/23
this [118]
This is [1] 2398/7
those [14] 2406/16
2406/24 2411/1 2411/7
2411/9 2411/10
2414/19 2418/24
2419/24 2420/18
2429/1 2433/13 2436/8
2445/25
thought [6] 2403/13
2411/2 2411/6 2412/3
2421/24 2443/17
thoughts [1] 2429/21
thousands [4] 2437/25
2438/1 2438/2 2438/3
three [4] 2407/3 2407/5
2414/4 2420/3
through [12] 2401/4
2407/4 2409/12 2415/6
2415/7 2419/2 2427/5
2427/7 2428/20
2431/10 2438/8 2445/5
throughout [2]
2418/19 2443/22
throw [3] 2401/5
2407/9 2421/15
thumb [1] 2430/3
time [27] 2398/21
2401/11 2401/19
2401/20 2401/22
2401/25 2408/15
2414/15 2414/18
2415/4 2417/18
2417/24 2418/20
2419/11 2419/23
2420/15 2421/3
2424/16 2425/19
2433/2 2433/11
2437/20 2444/7
2444/12 2444/14
timeline [7] 2403/16
2404/1 2415/9 2416/13
2416/16 2421/22
2427/18
times [1] 2426/19
timestamp [1] 2404/21
timestamps [12]
2400/17 2400/20

2406/10 2406/15
2406/22 2406/24
2420/16 2420/18
2422/18 2428/25
title [5] 2429/24
2429/24 2430/6
2430/15 2431/4
titled [1] 2448/4
today [4] 2399/13
2399/14 2399/15
2417/14
together [3] 2408/5
2432/19 2438/6
token [1] 2423/7
told [2] 2399/4 2419/19
tomorrow [1] 2417/15
too [6] 2399/5 2405/15
2428/5 2433/1 2438/19
2443/17
top [2] 2410/23 2411/6
total [1] 2430/8
toward [2] 2416/9
2436/11
town [1] 2405/17
track [1] 2430/21
tracking [2] 2428/19
2429/7
transcript [4] 2396/9
2402/22 2410/2 2448/3
transporting [1]
2413/9
trial [2] 2396/4 2410/5
TrialDirector [1]
2431/11
tried [2] 2426/19
2438/21
tries [1] 2437/3
trip [7] 2412/17
2412/19 2412/23
2444/21 2444/22
2445/16 2445/23
Troy [2] 2396/16
2398/12
Troy Edwards [1]
2398/12
truck [2] 2428/16
2428/20
trucks [1] 2423/22
true [4] 2404/13
2407/10 2417/6 2425/3
truly [1] 2437/23
Trump [2] 2432/25
2433/4
truth [3] 2415/16
2415/21 2416/10
try [5] 2401/3 2401/6
2415/12 2415/13
2446/25
trying [14] 2401/12
2401/20 2404/8 2409/2
2411/15 2412/20
2415/25 2417/1 2427/4
2430/19 2435/22
2444/10 2445/16
2445/24
turn [5] 2399/25
2404/19 2418/6

turns [1] 2407/16
two [19] 2401/12
2402/11 2403/9
2404/10 2404/25
2405/4 2405/23
2407/22 2410/12
2414/9 2414/19 2420/4
2423/22 2424/1 2432/2
2434/17 2440/19
2442/4 2442/6
two-hour [2] 2405/4
2405/23
type [2] 2422/5
2435/19
types [1] 2407/22

**U**

U.S [1] 2396/16
Uh [1] 2433/9
Uh-huh [1] 2433/9
ultimately [6] 2437/9
2437/16 2439/11
2439/15 2440/5
2441/19
under [5] 2405/10
2427/10 2438/11
2440/20 2446/21
underlying [3] 2420/14
2422/8 2423/5
understand [17]
2405/1 2405/18
2414/22 2417/3
2418/25 2421/8
2421/11 2422/4 2422/4
2423/10 2425/15
2426/18 2427/3 2427/5
2441/13 2441/14
2444/10
understanding [2]
2422/25 2446/5
understood [1] 2416/4
undoubtedly [2]
2437/7 2438/3
unduly [1] 2427/14
unique [1] 2437/21
UNITED [4] 2396/1
2396/3 2396/10 2398/3
United States of [1]
2398/7
unless [1] 2425/14
unlikely [1] 2399/17
unprecedented [1]
2437/24
until [2] 2418/23
2420/4
up [28] 2400/16
2400/19 2401/5
2401/13 2403/19
2404/8 2404/19 2405/9
2407/9 2407/15 2411/7
2416/14 2419/23
2429/24 2430/1 2430/2
2430/23 2431/1 2431/2
2431/2 2431/3 2431/6
2434/16 2435/12
2435/13 2439/23
2442/8 2442/10

2460

**U**

updated [1] 2399/5
upon [9] 2409/6
2437/13 2440/21
2441/9 2441/15
2441/17 2441/20
2444/1 2444/13
upper [1] 2419/23
us [6] 2399/2 2399/2
2399/4 2403/15 2409/9
2427/22
USAfx [1] 2430/20
usdoj.gov [2] 2396/19
2396/20
use [7] 2415/13
2416/22 2417/2
2421/16 2423/14
2425/1 2425/1
used [3] 2398/22
2406/22 2410/5
using [2] 2434/7
2442/2
Usually [1] 2446/14

**V**

Vallejo [24] 2397/15
2398/10 2398/17
2400/13 2401/22
2402/1 2405/19
2405/20 2406/21
2410/24 2412/1 2412/1
2423/16 2424/3 2425/3
2425/23 2426/2 2426/5
2426/10 2427/14
2428/14 2428/15
2429/4 2443/7
Vallejo's [3] 2417/8
2418/25 2423/21
2428/10
various [1] 2409/16
verify [1] 2407/14
version [1] 2431/2
versus [3] 2398/8
2407/1 2433/16
very [6] 2407/8
2412/19 2414/6
2421/16 2425/12
2437/15
video [40] 2400/10
2400/17 2400/20
2400/21 2401/4 2404/9
2404/11 2404/19
2404/20 2404/22
2404/24 2407/2
2407/11 2407/12
2408/20 2417/17
2417/18 2420/18
2421/6 2421/7 2421/18
2424/17 2430/12
2431/8 2433/24
2433/25 2435/17
2436/2 2436/3 2436/22
2438/1 2438/1 2438/2
2440/10 2442/16
2442/18 2442/19
2442/22 2442/22
2443/2
videos [3] 2401/13

view [4] 2403/6 2412/8
2426/6 2445/21
viewed [1] 2407/10
violation [1] 2403/8
violence [2] 2412/9
2413/5 2413/5
violent [2] 2436/12
2436/13
visual [2] 2437/6
2437/7
visually [1] 2425/5
VLC [3] 2430/11
2431/7 2431/9
volume [1] 2437/22
voluminous [3]
2425/11 2425/11
2425/13
vs [1] 2396/5

**W**

wait [1] 2401/5
want [19] 2400/3
2401/9 2401/13
2401/15 2403/1
2407/24 2409/1
2415/11 2421/7
2421/15 2422/13
2422/19 2425/7 2426/8
2427/5 2435/12 2444/2
2445/13 2446/11
wanted [2] 2401/9
2415/24
wanting [1] 2446/14
wants [3] 2403/19
2403/25 2443/18
warrant [1] 2437/12
was [65]
Washington [10]
2396/5 2396/17
2397/17 2413/1 2413/6
2413/19 2413/22
2413/24 2414/10
2445/23
wasn't [4] 2405/15
2416/25 2445/16
2445/17
watching [1] 2433/1
way [13] 2399/1 2404/6
2409/4 2417/21 2419/4
2422/22 2423/9
2425/15 2425/25
2427/17 2438/6
2438/21 2439/14
we [59]
we'll [6] 2399/6
2399/16 2400/18
2406/18 2409/13
2446/24
we're [6] 2399/5
2400/24 2407/23
2414/4 2417/10
2424/21
we've [7] 2408/14
2418/13 2419/16
2427/25 2430/19
2431/12 2438/8
weapons [1] 2413/9

website [1] 2418/4
weeks [4] 2414/21
2444/1 2444/5 2445/22
Weinberg [3] 2397/10
2397/11 2398/16
Welcome [1] 2398/20
well [18] 2400/18
2400/24 2402/10
2402/22 2403/23
2403/23 2404/23
2406/14 2409/11
2409/12 2415/14
2417/11 2426/4
2434/17 2437/7
2437/15 2443/10
2443/16
went [11] 2400/15
2400/19 2402/21
2407/4 2410/1 2412/17
2412/25 2413/1
2428/15 2443/1
2444/24
were [20] 2399/8
2403/21 2403/21
2410/21 2411/1 2411/4
2411/7 2411/9 2411/10
2421/2 2434/10 2439/7
2441/4 2441/5 2441/8
2442/13 2442/15
2445/2 2445/24 2446/5
weren't [1] 2445/7
what [48] 2399/7
2403/25 2405/1
2405/18 2405/19
2406/6 2406/9 2406/11
2406/20 2408/11
2409/5 2411/1 2412/18
2413/18 2415/16
2415/21 2415/25
2416/17 2417/16
2418/21 2419/9
2421/1 2424/14
2425/25 2426/18
2426/20 2427/3
2428/24 2429/4 2429/6
2430/19 2433/11
2434/2 2434/9 2436/9
2438/8 2439/7 2439/10
2441/17 2442/8
2442/19 2444/8
2444/23 2445/18
2445/22 2446/1
what's [11] 2403/6
2407/23 2420/11
2420/15 2421/5
2422/21 2434/13
2443/6 2446/5 2446/9
2446/14
whatever [5] 2408/4
2409/24 2427/11
2430/12 2445/9
when [30] 2401/25
2405/6 2405/13
2407/15 2407/15
2415/18 2411/18
2411/22 2413/11

2413/22 2415/11
2415/12 2415/13
2417/11 2418/9
2418/13 2418/23
2420/22 2421/16
2425/23 2427/11
2430/20 2431/2 2431/5
2431/10 2435/25
2438/14 2438/23
whenever [1] 2430/2
where [15] 2399/6
2404/8 2405/8 2410/11
2413/8 2414/6 2414/10
2419/16 2425/6
2426/22 2428/23
2433/2 2433/10
2433/14 2437/21
whereas [1] 2411/16
whether [9] 2403/1
2403/2 2403/3 2404/3
2426/1 2426/2 2433/3
2437/10 2440/14
which [22] 2400/12
2400/25 2401/13
2406/5 2407/7 2407/13
2408/13 2409/4
2420/17 2421/13
2425/3 2427/13
2433/11 2435/24
2437/21 2441/6 2441/7
2441/20 2442/13
2443/12 2445/20
2445/24
while [2] 2418/19
2437/5
who [15] 2411/24
2434/3 2434/15
2436/15 2436/15
2439/20 2440/2 2440/2
2440/3 2441/2 2441/12
2442/14 2442/25
2445/2 2445/10
who's [4] 2429/13
2436/5 2437/1 2437/2
whole [2] 2403/11
2432/15
why [23] 2398/25
2403/23 2407/13
2408/12 2408/13
2409/11 2409/20
2416/13 2421/8 2421/9
2421/15 2421/19
2422/13 2425/1
2425/15 2427/3
2434/11 2434/15
2440/1 2440/2 2443/19
2446/5 2446/9
will [34] 2399/3 2401/3
2401/11 2401/17
2401/19 2401/19
2401/21 2409/23
2417/13 2419/17
2419/18 2420/8
2422/24 2423/6 2423/9
2423/10 2424/8
2425/9 2425/17

2428/22 2429/5 2429/8
2429/17 2437/17
2438/25 2439/1 2439/4
2439/19 2439/24
2440/12
William [6] 2397/2
2397/3 2398/14
2434/23 2448/2 2448/8
William Shipley [1]
2398/14
willing [1] 2403/16
wishes [3] 2409/17
2415/2 2438/19
within [2] 2437/6
2437/7
without [4] 2404/6
2407/10 2407/24
2412/3
witness [6] 2399/13
2399/22 2401/5
2403/17 2432/9
2432/20
words [4] 2404/18
2431/5 2435/14 2436/8
work [6] 2406/18
2406/20 2407/14
2407/21 2408/1
2417/17
worried [1] 2405/15
would [33] 2399/21
2400/15 2406/4 2406/4
2406/10 2406/18
2408/18 2408/22
2409/7 2412/3 2412/12
2412/23 2412/24
2414/13 2416/22
2417/25 2422/1
2422/12 2424/25
2426/14 2426/15
2430/2 2431/22
2435/10 2436/9 2438/7
2439/4 2441/3 2441/20
2442/3 2443/15 2444/8
2445/4
wouldn't [2] 2413/16
2421/8
wrong [8] 2402/24
2403/2 2403/5 2403/20
2405/14 2420/8
2432/23 2434/22

**Y**

yeah [6] 2402/25
2404/3 2408/16
2408/22 2435/24
2446/8
year [3] 2398/21
2398/25 2399/1
years [1] 2441/15
yelling [1] 2434/11
yellow [1] 2419/15
yes [10] 2404/14
2410/1 2410/14
2410/18 2411/12
2423/25 2428/12
2429/11 2432/5
2434/20

## Y

**you [83]**
**you know [1]** 2415/5
**you'll [4]** 2415/6
2421/21 2427/17
2436/1
**you're [8]** 2407/16
2422/20 2426/8 2427/2
2427/3 2427/4 2445/20
2446/3
**you've [4]** 2404/7
2408/4 2421/11
2426/12
**your [36]** 2398/6
2399/11 2402/2 2403/7
2403/17 2406/13
2407/19 2408/19
2408/23 2409/7 2409/9
2410/1 2411/9 2412/12
2413/25 2417/2
2418/11 2421/25
2422/21 2423/25
2425/9 2425/16
2425/20 2426/6 2427/5
2427/9 2428/7 2428/12
2429/11 2429/20
2432/5 2433/21
2435/18 2441/25
2442/9 2444/11
**Your Honor [26]**
2398/6 2399/11 2402/2
2403/7 2406/13
2407/19 2408/19
2408/23 2409/7 2409/9
2410/1 2411/9 2412/12
2413/25 2417/2
2418/11 2421/25
2422/21 2423/25
2425/20 2428/12
2429/11 2432/5
2435/18 2441/25
2442/9

## Z

**Zaremba [2]** 2448/2
2448/8