1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,      )
                                    )
4                                   )
              Plaintiff,            )   CR No. 22-15
5                                   )   Washington, D.C.
     Vs.                            )
6                                   )   January 3, 2023
                                    )   12:31 p.m.
7                                   )
     ROBERTO A. MINUTA, ET AL.,     )   DAY 12
8                                   )   Afternoon Session
                                    )
9            Defendants.            )
     _____  )
10

11

12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
               BEFORE THE HONORABLE AMIT P. MEHTA
13                  UNITED STATES DISTRICT JUDGE

14

15
     APPEARANCES:
16   For the Government:          Kathryn Rakoczy, AUSA
                                  Jeffrey Nestler, AUSA
17                                Alexandra Hughes, AUSA
                                  Troy Edwards, AUSA
18                                Louis Manzo, AUSA
                                  U.S ATTORNEY'S OFFICE
19                                601 D Street, NW
                                  Washington, D.C., 20579
20                                (202) 252-72

21

22

23

24

25

```
 1   APPEARANCES CONTINUED:

 2   For Defendant
     Roberto A. Minuta:           William Lee Shipley, Jr.
 3                                LAW OFFICES OF WILLIAM L. SHIPLEY
                                  PO Box 745
 4                                Kailua, HI 96734
                                  (808) 228-1341
 5
     For Defendant
 6   Joseph Hackett:              Angela Halim
                                  3580 Indian Queen Lane
 7                                Philadelphia, PA 19129
                                  (215) 300-3229
 8
     For Defendant
 9   David Moerschel:             Connor Robert Martin
                                  BROWN, SUAREZ, RIOS & WEINBERG
10                                1532 Jackson Street
                                  Fort Myers, FL 33901
11                                (239) 337-9755

12                                Scott Weinberg
                                  BROWN, SUAREZ, RIOS & WEINBERG
13                                265 E Marion Avenue
                                  Suite 114
14                                Punta Gorda, FL 33950
                                  (941) 575-8000
15
     For Defendant
16   Edward Vallejo:              Matthew J. Peed
                                  CLINTON & PEED
17                                1775 Eye Street, NW
                                  Suite 1150
18                                Washington, D.C. 20006
                                  (202) 919-9491
19

20

21

22

23

24

25
```

INDEX

WITNESS                                                      PAGE

SYLVIA HILGEMAN

    Cross-Examination By Mr. Peed                            2467
    Redirect Examination By Mr. Manzo                        2496

CALEB BERRY

    Direct Examination By Mr. Nestler                        2526
    Cross-Examination By Ms. Halim                           2635

                    E X H I B I T S

Exhibit No.             Received

    EV124                   2468

    EV709                   2470

    EV900                   2472

    EV139                   2475

    EV125.1                 2476

    EV140                   2478

    EV700.1                 2480

    EV119                   2482

    9517                    2503

    9522                    2510

    9523                      55

    (Continued)

Exhibit No.

4700                    2532

5721                    2537

5715                    2550

5717                    2557

9015                    2570

1510.12                2611

5707                    2624

5702                    2625

5706                    2627

5710                    2632

1    AFTERNOON SESSION:

2              (Resumed, 12:31 p.m.)

3              THE COURT:  Please be seated, everyone.

4              Okay.  We're ready to continue.  Did we get things

5    sorted out with Agent Hilgeman and the video issue?

6              MR. PEED:  Yes, Your Honor.

7              THE COURT:  Okay.  Mr. Peed, 15 minutes, correct for

8    your cross?

9              MR. PEED:  I believe so, yes.

12:31 10              THE COURT:  Okay.

11              MS. HALIM:  Your Honor, very quickly on the issue of

12    time and length of cross-examination, I think I budgeted 30

13    minutes for Mr. Berry, but that was under the unique

14    circumstances of right before the break.  I might have more

15    than 30 minutes.

16              THE COURT:  We're in a new world.

17              MS. HALIM:  Thank you.  Your new world.

18              (Jury enters the courtroom.)

19              THE COURT:  Please be seated everyone.  Ladies and

12:32 20    gentlemen, welcome back.  I hope everybody had a wonderful

21    holiday and a relaxing holiday, had the chance to spend time

22    with your family and friends.  We are pleased to have you all

23    back, and I see everybody is healthy and well.

24              Before we get started, I want to just share one story

25    with you.  And that is, over the holidays I attended a party,

        1    one of those gift swaps.  And what I picked up during the gift
        2    swap was a dad joke book.  But then somebody took it, if you
        3    can believe that.  So JC and Bill, who is your morning court
        4    reporter, got this for me as my holiday gift.  Thought I'd just
        5    share a few with you before we get started.
        6            What did one invisible man say to the other?  Long
        7    time no see.
        8            What do you call a fake noodle?  Anyone?  A lot of
        9    smart people in here.  An impasta.
12:33  10            All right.  With that, let's get started.  Agent
       11    Hilgeman, come on back up.  I could do this all day.  But I'll
       12    spare you.
       13            Mr. Peed, if I remember, we were on Agent Hilgeman's
       14    cross-examination with Mr. Peed.  And once he's concluded, the
       15    government will have its opportunity for redirect and we will
       16    go on from there.
       17                SYLVIA HILGEMAN, Previously Sworn.
       18    CROSS-EXAMINATION BY MR. PEED (Continued):
       19    Q.   Good afternoon, Agent Hilgeman.
12:33  20    A.   Good afternoon, Mr. Peed.
       21    Q.   When we had the break, we were going over two of
       22    Mr. Vallejo's, December and January, and I think we got up to
       23    around January 6th.  On the morning of January 6th he did a
       24    podcast, right?
       25    A.   Correct.

```
 1    Q.   And you've reviewed that podcast?

 2    A.   I have.

 3    Q.   All right.  I'd like to show you what's been marked as

 4    Exhibit EV124.  Do you see?

 5    A.   Yes.

 6    Q.   All right.  Do you recognize the text of this is from that

 7    podcast?

 8    A.   I do.

 9         MR. PEED:  All right.  Your Honor, at this time I'd

10    like to move to admit Exhibit EV124 and play it for the jury.

11         MR. MANZO:  No objection.

12         THE COURT:  EV124 will be admitted.

13         (Exhibit EV124 admitted into evidence.)

14         (Video played.)

15         MR. PEED:  All right.  Thank you.

16    Q.   The government played some other portions of this --

17         MR. PEED:  You can take it down.

18    Q.   The government played some other portions of this podcast

19    where Mr. Vallejo says he's hoping for Trump to bring the

20    hammer down, right?

21    A.   Yes.

22    Q.   He was saying that the morning of January 6th, right?

23    A.   Yes.

24    Q.   And at 1:00 that day there was going to be the

25    certification process, right?
```

A.    Correct.

Q.    And Mr. Vallejo said, "America would either be told there is liberty, justice for all or it would be told FU," right?

A.    Yes.

Q.    All right.  That was around 10:00 the morning of January 6th, right?

A.    I believe so, yes.  I think, yes.

Q.    We sort of went through the timeline before November, December.  As of around 10:00 a.m. on January 6th Mr. Vallejo was still looking to see what happens with the certification process, right?

A.    That's what he said.

Q.    All right.  And you hadn't seen any messages up to 10:00 a.m. on January 6th by Mr. Vallejo suggesting any intent to interrupt the certification, right?

A.    To interrupt the certification?  Not specifically, no.

Q.    All right.  And do you recall, there was also a government exhibit that you went through that we talked about from a podcast from Doug Hagmann, correct?

A.    Yes, the Hagmann Report, I believe it's called.

Q.    All right.  And Mr. Vallejo sent a link to that podcast to Kelly Carter, the friend that came with him from Arizona, right?

A.    Correct.

        MR. PEED:  All right.  Could you just show the witness

```
 1   what I'll have marked as EV709.
 2              THE COURT:  EV what?
 3              MR. PEED:  709.
 4   Q.   Do you recognize this as that podcast we're talking about?
 5   A.   I believe, yes, it's definitely the gentleman.
 6   Q.   Okay.  There are two segments of that podcast.  With your
 7   identification, I'd like to introduce and play for the jury
 8   Defense Exhibit EV709.
 9              MR. MANZO:  No objection.
10              THE COURT:  EV709 is admitted.
11              (Exhibit EV709 admitted into evidence.)
12              (Video played.)
13              MR. PEED:  You can take that down.
14   Q.   You recall during our questioning before the break --
15   well, in direct the government showed you a compilation of
16   clips from that podcast sent by Mr. Meggs to a group, correct?
17   A.   Yes, I think the compilation was posted on the Rumble
18   website.
19   Q.   Right.  The Rumble website.
20   A.   Yeah.
21   Q.   It was about eight minutes long, right?
22   A.   Yeah, the compilation.
23   Q.   And the government played the first two to three minutes
24   for the jury, right?
25   A.   I believe so, yes.
```

1    Q.   And I asked you last time we were here, you had said that

2    part that we played was in the second hour of that podcast,

3    right?

4    A.   Yes.  I can't remember exactly what I said on direct, but

5    yes, I thought that the -- actually, at the time I thought that

6    the entire eight minutes was part of the second hour.

7    Q.   All right.  And on questioning, you said you know for sure

8    the first part that the government played was in the second

9    hour?

12:39 10    A.   If I said that, then yes.

11    Q.   All right.  And you said you checked it, right?

12    A.   I don't recall that, no.

13    Q.   And do you recall me asking you that it was very important

14    to be correct about that, whether that was in the second hour,

15    right?

16    A.   For you, yes.

17         MR. PEED:  All right.  Could we put up for the witness

18    only what I'll mark as Defense Exhibit EV900.

19    Q.   Agent Hilgeman, do you recognize this as a chart of

12:39 20    portions of the Government Exhibit 6863.1 matched with portions

21    of the Hagmann Report podcast?

22    A.   Yes.

23    Q.   And you've reviewed these clips to make sure this is an

24    accurate summation, correct?

25    A.   I did, yes, before testifying today.

1          MR. PEED:  All right.  At this time, Your Honor, I'd

2     like to admit Defense Exhibit EV900.

3          MR. MANZO:  No objection.

4          THE COURT:  All right.  EV900 is admitted.

5          (Exhibit EV900 admitted into evidence.)

6          MR. PEED:  We'll publish this.

7     Q.   All right.  And so as you can see, this chart, Agent

8     Hilgeman, the first portion that the government played during

9     your direct occurred in the first hour of that podcast, right?

12:40 10    A.   Yes.

11    Q.   So you're just wrong about what part of the hour that was,

12    right?

13    A.   I was not accurate, right.

14    Q.   And in fact, that also applies to the second, third,

15    fourth and fifth parts of that compilation video, correct;

16    those are all in the first hour?

17    A.   I was inaccurate, yes.

18         MR. PEED:  All right.  You can take it down.

19    A.   About what hour it was in.  Not what he said.

12:40 20    Q.   And you did check before you testified, right?

21    A.   So if I can -- I can explain that process a little bit.

22    By the time we got that text message from Mr. Vallejo, I had

23    seen that report in other investigations.  It had come up in a

24    number of FBI investigations.  I had seen it being shared by

25    Mr. Meggs.

1       While I get your point that it might have been important

2   in Mr. Vallejo's decision to come to DC, by the time I had that

3   information, it was really corroborating at that point because

4   I already had the podcast, his CCTV footage, all of the Signal

5   messages and had already seen that report.

6       So when I went back to compare it, I just verified that

7   yes, this is the -- I went to the second hour and I was like,

8   this is the report I have already seen.  I know what this guy

9   says.  And based on Mr. Vallejo's message, it appeared that he

12:41 10  had watched the entire two hours to direct Mr. Carter to the

11  second hour.  So it's more about Mr. Carter's decision to come

12  to DC at that point.

13  Q.   I believe you said, and I'll ask you again, that it was

14  very important to be accurate about what was in the second hour

15  given Mr. Vallejo's text when you testified to the jury, right?

16  A.   I would like to be accurate in all things, yes, so that

17  also -- I was wrong.  I was wrong about the --

18  Q.   You testified at other proceedings about this exact

19  podcast, right?

12:42 20  A.   I testified in a prior proceeding, yes.

21  Q.   Yes.  And you're just now learning that was inaccurate,

22  right?

23  A.   Inaccurate that -- I don't recall exactly what I said in

24  the prior proceeding.  I think what I said was that what

25  Mr. Meggs had shared was a portion of what Mr. Vallejo then

1    shared.

2    Q.    And said it was in the second hour but it wasn't, right?

3    A.    I don't recall if the second hour came up in the prior

4    proceeding, but if I did say that, then that was a mistake.

5    Q.    All right.  Now, you testified before the break --

6    A.    Not intentional.

7    Q.    You testified before the break that in this podcast Sam

8    Andrews is calling for a march on January 6th, right?

9    A.    Yes, but as you pointed out, he does say the 4th in his --

12:42 10    Q.    You said you thought that was a mistake, right?

11    A.    I did, yes, based on the context of what they're talking

12    about.

13          MR. PEED:  All right.  I'd like to show the witness

14    what's been marked as Defense Exhibit EV139.

15          MR. MANZO:  No objection.  It's just the slide.

16    Q.    Do you recognize this, Agent Hilgeman?

17    A.    Yes.

18    Q.    And this is the -- a reproduction of the text message that

19    Kelly Meggs sent referencing this podcast, right?

12:43 20    A.    Yes.

21    Q.    On the Rumble website, right?

22    A.    Yes.

23    Q.    And attached in the second page, this is the actual --

24          MR. PEED:  I'm sorry.  Is the jury seeing this?

25          I'd like to publish this to the jury, Your Honor, as

1    EV139.

2              MR. MANZO:  No objection.

3              THE COURT:  EV139 is admitted.

4              (Exhibit EV139 admitted into evidence.)

5    Q.   So the jury can see, this is the message that Meggs sent

6    with this podcast, right?

7    A.   Yes.

8    Q.   And this is the website that the link refers to, right,

9    from Rumble?

12:43 10    A.   Yes.

11    Q.   Could you please read the first sentence describing the

12    video, starting with "special guest."

13    A.   "Special guest Sam Andrews of the Freedom Center USA

14    announces the plan to assemble a large group of armed patriots

15    on January 4, 2021 in Washington, D.C. to lawfully and legally

16    petition the U.S. government to take action against the treason

17    and sedition of elected and appointed public officials."

18    Q.   All right.  Can you please read the first sentence where

19    it says "Sam Andrews" again.

12:44 20    A.   "Sam Andrews unveils plans to appear in Washington, D.C.

21    on January 4, 2021 to demand government accountability - this

22    time with an effective," quote-unquote, "'twist'."

23    Q.   All right.  There's no mention in this web page about

24    certification, right?

25    A.   Not in that description, no.

```
 1   Q.   Or January 6th, right?

 2   A.   Correct.

 3        MR. PEED:  All right.  You can take that down.

 4   Q.   You were shown video in your direct of Mr. Vallejo getting

 5   to the Comfort Inn, right?

 6   A.   Yes.

 7   Q.   And you were asked about a sword he was carrying, right?

 8   A.   Yes.

 9   Q.   Okay.  I'm going to show you what's been marked as Defense

10   Exhibit 125.1.  Do you recognize this as a message from

11   Mr. Vallejo to the DC Op Jan 6, '21, Signal chat?

12   A.   Yes.

13        MR. PEED:  At this time I'd like to publish Defense

14   Exhibit EV125.1.

15        MR. MANZO:  No objection.

16        THE COURT:  It will be admitted.

17        (Exhibit EV125.1 admitted into evidence.)

18   Q.   Could you please read what Mr. Vallejo wrote to the Signal

19   chat group on the morning of January 6th?

20   A.   "What is the DC," quote, "'blade length rule'?  What's the

21   limit?  I want my boarding cutlass."

22   Q.   Are you familiar with the term "boarding cutlass"?

23   A.   I did go Google it after I saw this, yes.

24   Q.   It's an old Navy sword, correct?

25   A.   A Navy sword.  I think it's called boarding cutlass for
```

```
 1   maybe boarding the ship you're trying to -- I think pirates,
 2   but the enemy ship or whatever, yes.
 3   Q.   It's an antique item, right?
 4   A.   I don't believe so, not when I Googled it.
 5   Q.   When you Googled it, did you see it was from the 1800s?
 6   That's when boarding swords --
 7   A.   You could still buy one for like $150 that didn't look
 8   old.
 9   Q.   When it was used in the military, it was in the 1800s?
10   A.   I don't know.
11   Q.   You don't know?
12   A.   No, sorry.
13   Q.   You did Google boarding cutlass?
14   A.   I did.  It seemed like it was still a current Navy item.
15   Q.   All right.  From what you saw on Google, did the boarding
16   cutlass seem like it could match what Mr. Vallejo was holding
17   in his hand in that video?
18   A.   Yes.
19        MR. PEED:  All right.  Thanks.  Take that down.
20   Q.   You've read messages in your direct before the break about
21   Oath Keepers having a QRF for the January 6th operation, right?
22   A.   Yes.
23   Q.   And you read messages about a QRF having weapons ten
24   minutes away, right?
25   A.   I believe it said ten minutes, yes.
```

             1          MR. PEED:  I'd like to show the witness what was

             2    marked as EV140.

             3    Q.   Do you recognize this as a compilation of messages from

             4    the DC Op Jan 6, '21 timeline Signal group?

             5    A.   Yes.

             6          MR. PEED:  I'd like to publish to the jury EV140.

             7          MR. MANZO:  No objection.

             8          THE COURT:  EV140 is admitted.

             9          (Exhibit EV140 admitted into evidence.)

    12:47 10    Q.   Could you just please read these messages?

            11    A.   From Stewart Rhodes to the DC Op Jan 6 chat, 12/30/2020,

            12    7:06 p.m.  "Clarification on firearms.  By all means, bring

            13    them with you to Virginia in case the shit hits the fan

            14    majority.  We will need them if it does.  Roll with your load

            15    out and be ready for what may come.  But do not bring weapons

            16    into DC unless you are LEO," law enforcement officer, "with

            17    LEOSA creds."  I can't remember what at the moment what "SA"

            18    stands for, but it's law enforcement society of some kind.

            19    "Unless and until shit truly hits the fan."  Continued.  "This

    12:47 20    is the exact same thing we did in both prior DC Ops.  We come

            21    armed to VA and stow our weapons there someplace safe and we go

            22    into DC without guns," parentheses, "(except for our LEOSA

            23    credentialed cops), close parentheses.  Continued.  "Our

            24    firearms can be in the hands of a dedicated QRF team who can

            25    link up with us if the shit truly hits the fan but otherwise

1    they stay out of DC.  Understand?"

2        And then, "OK Gator 1," which is Kelly Meggs on January 1,

3    2021 at 5:36 p.m., "I am worried about pepper spray mainly

4    because lately the Antifa types have started using that right

5    out of the gate on people.  So watch out if you're doing a PSD

6    and they starting at coming at your that's become their first

7    move.  Right in the face.  Then attack you."

8        MR. PEED:  All right.  Thank you.  You can take that

9    down.

12:48  10    Q.   Now, there was a North Carolina group that came up for

11    January 6, right?

12    A.   Yes.

13    Q.   Paul Stamey was one of the North Carolina people that came

14    up, correct?

15    A.   He was.

16    Q.   And Ranger Doug Smith was someone involved in the Oath

17    Keeper chats, right, from North Carolina?

18    A.   Yes, and he was also in DC on January 6.

19    Q.   All right.  And Stamey was part of the North Carolina QRF

12:49  20    for January 5th and 6th, right?

21    A.   Yes.

22    Q.   And he and Ranger Doug Smith had communications about the

23    QRF, right?

24    A.   Yes, with Tom Caldwell specifically.

25    Q.   All right.  And Stamey and Smith, Doug Smith and Paul

 1    Stamey were both leaders in the North Carolina Oath Keepers,

 2    right?

 3    A.   Yes.

 4    Q.   And they were on the North Carolina NCOK leaders Signal

 5    chat group, right?

 6    A.   Yes.

 7    Q.   And you read messages on your direct from someone with the

 8    handle Liberty, correct?

 9    A.   Yes.

12:49 10          MR. PEED:  All right.  I'd like to show the witness

11    EV700.1.

12    A.   I do know who that is, if you want me to tell you.

13    Q.   Sure.

14    A.   Her name is Elaine Loughlin.  She's from North Carolina.

15    Q.   Okay.  Do you recognize what's being shown to you as

16    EV700.1?

17    A.   Yes, I recognize this as a message from that chat.

18          MR. PEED:  All right.  At this time, Your Honor, I'd

19    like to publish EV700.1 to the jury and admit it as evidence.

12:50 20          MR. MANZO:  No objection.

21          THE COURT:  EV700.1 is admitted.

22          (Exhibit EV700.1 admitted into evidence.)

23    Q.   All right.  Do you recognize this as a Facebook link sent

24    by someone with the handle Liberty to the NCOK county leaders

25    Signal group?

1   A.   Yes.

2   Q.   And Mr. Stamey and Mr. Smith are on that Signal chat,

3   correct?

4   A.   They were, yes.  So was Mr. Rhodes.

5   Q.   All right.  And this link references "Stop the Steal" -- a

6   video called "Armed Antifa coalition opposes Stop the Steal

7   Rally in Atlanta," right?

8   A.   That's what it says, yes.

9   Q.   This is a Facebook screen grab of what that link refers

12:50 10  to, correct?

11  A.   That, I don't know.

12  Q.   Do you see that the title under the video matches the

13  description in the prior slide?

14  A.   Yes, it does.

15       MR. PEED:  All right.  Thank you.  You can take that

16  down.

17       Could you show the witness only what has been marked

18  as Defense Exhibit EV700.

19  Q.   Agent Hilgeman, do you recognize this image as the same

12:51 20  one from the Facebook website that we just looked at?

21  A.   I recognize this as what you just showed me, yes, and the

22  title matched what was in the message.

23       MR. PEED:  Okay.  At this time, Your Honor, I'd move

24  to admit Defense EV700.

25       MR. MANZO:  As long as we play the whole video.

1          MR. PEED:  It's seven minutes long.  I was just going

2     to play ten seconds but it will all be in evidence.

3          MR. MANZO:  Under the rule of completeness.

4          MR. PEED:  I'm happy to -- I mean, I want the whole

5     video in evidence.

6          THE COURT:  Okay.  If you want to play the whole

7     thing, go ahead and play the whole thing.

8          (Video played.)

9          MR. PEED:  All right.  Take that down.

01:00 10   Q.   All right.  This again was posted onto a Signal chat where

11    Paul Stamey and Doug Smith were on, right?

12    A.   Yes, that link was, I believe.

13         MR. PEED:  All right.  I'd like to show the witness

14    what's been marked as Defense Exhibit EV119.

15         MR. MANZO:  No objection.

16         THE COURT:  EV119 is admitted.

17         (Exhibit EV119 admitted into evidence.)

18         MR. PEED:  All right.  It's admitted, so publish it to

19    the jury.

01:00 20   Q.   You've seen this document before, correct?

21    A.   Yes.

22    Q.   All right.  And this is -- these are maps that Thomas

23    Caldwell sent to Mr. Stamey regarding possible QRF rally

24    points, correct?

25    A.   Routes, yes.

1    Q.   All right.  Just scroll through.  Here we're looking at a

2    map of 66, correct?

3    A.   Yes, that's one of the attachments.

4    Q.   And here we see the George Washington Parkway and 66,

5    correct?

6    A.   Yes.

7    Q.   All right.  And this area of DC across the river that we

8    see here, what area of DC is that?  This is Georgetown,

9    correct, that area?

01:01 10    A.   If that's the Key Bridge.  I have done some homework.  Is

11    that the Key Bridge?

12    Q.   Yes.

13    A.   Yes, then that is Georgetown, yeah.

14    Q.   All right.  And this page 5 of this exhibit is more

15    messages from Mr. Caldwell to Mr. Stamey, correct?

16    A.   Yes, with a message.

17    Q.   All right.  And the message, just if you'll follow my

18    hand, the cursor, you discuss parking at 19th Street, south of

19    Dupont Circle or Mass. Ave. east of Dupont Circle, correct?

01:02 20    A.   That's what he says, yeah.

21    Q.   All right.  And that's what's indicated by this arrow,

22    correct?

23    A.   It appears to be in that vicinity, yes.

24    Q.   All right.  Take that down.

25         In case anyone doesn't know the DC geography, Dupont

1    Circle is not within a mile of the Capitol, correct?

2    A.    I believe it's closer to two or three miles, yeah.

3    Q.    All right.  Thank you.

4    A.    Roughly.

5    Q.    You've met Mr. Vallejo, right?

6    A.    I have.

7    Q.    Did you meet him as part of the process of collecting his

8    phone?

9    A.    I did.

01:03  10    Q.    All right.  Mr. Vallejo gave the FBI his phone password

11    voluntarily, correct?

12    A.    He did, yes, give us the PIN.

13    Q.    And then a little bit later the FBI wanted to have a

14    meeting with Mr. Vallejo or told him they wanted to have a

15    meeting with Mr. Vallejo, right?

16    A.    Can you -- you mean a little later -- can you be more

17    specific?

18    Q.    Shortly before his arrest, the FBI asked for a meeting

19    with Mr. Vallejo, and he voluntarily went to that meeting,

01:03  20    correct?

21    A.    Is this the one at the FBI office?  I'm unclear which

22    meeting you're talking about.

23    Q.    In Arizona.  Mr. Vallejo drove voluntarily to meet with

24    the FBI, correct?

25    A.    Right before his arrest, yes.

1    Q.    All right.  He wasn't told he was being arrested, right?

2    A.    Not that I'm aware of, no.

3    Q.    They just asked for a meeting, right?

4    A.    I believe that was the case, yes.

5    Q.    Now, you had seen footage from the Comfort Inn and we

6    talked about that.  Two of the individuals in that footage were

7    Paul Stamey and Kenneth Bittner, correct?

8    A.    Yes.

9    Q.    Mr. Stamey and Mr. Bittner were at the hotel during the

01:04 10    day on January 5, right?

11    A.    They -- at least from 1:00 p.m. on, yes.

12    Q.    All right.  Mr. Bittner was associated with Oath Keepers

13    coming from Florida, right?

14    A.    Correct.

15    Q.    And Mr. Stamey with Oath Keepers from North Carolina,

16    right?

17    A.    Correct, and Virginia.  Other areas as well, yes.

18    Q.    Okay.  And those two individuals were also at the Comfort

19    Inn on January 6th, correct?

01:04 20    A.    Yes.

21    Q.    And they didn't leave, right, until late in the afternoon,

22    correct?

23    A.    Mr. Stamey left later that evening.  Mr. Bittner left the

24    next morning.

25    Q.    All right.  Neither of them went into Washington, D.C. on

1   January 6th, correct?

2   A.   Not that I'm aware of, no.

3   Q.   Or January 5th, right?

4   A.   Mr. Stamey did go in on the 5th, yes.

5   Q.   Okay.  Now, Mr. Vallejo, when he got to the DC area,

6   immediately after stopping and checking into the Comfort Inn,

7   went down into DC, right?

8   A.   Yes, based on the Signal messages that I've seen.

9   Q.   And he didn't get back to the hotel until late in the

01:05 10  evening, correct?

11  A.   Correct.

12  Q.   So he wasn't staged at the hotel on January 5th?

13  A.   That's right.

14  Q.   On the 6th, morning of the 6th, Mr. Vallejo and Mr. Rhodes

15  both posted messages on the DC Jan 6 Op chat, correct?

16  A.   Yes.

17  Q.   And Mr. Rhodes asked Mr. Vallejo if he was going to take

18  an Uber downtown that morning, correct?

19  A.   I believe that was after Mr. Vallejo said he couldn't find

01:05 20  his truck the previous evening, yes.

21  Q.   So the morning of the 6th Mr. Vallejo sent a message

22  saying, "I lost my truck," right?

23  A.   Yes.  Let everyone know.

24  Q.   And Mr. Rhodes asked if he was taking an Uber in that

25  morning?

A.    Yes.

Q.    And Mr. Rhodes gave Mr. Vallejo advice about what was permissible to bring downtown, correct, in terms of blade lengths, correct?

A.    Yes, that morning, yes.

Q.    All right.  Mr. Rhodes didn't say anything to Mr. Vallejo about staying at the hotel that morning, right?

A.    He didn't say anything about the hotel at all that morning.

01:06 Q.    But they were discussing Mr. Vallejo coming in and whether he would take an Uber, right?

A.    To retrieve his truck, yes.

Q.    All right.  And he did go downtown on the morning of the 6th, right?

A.    Yes, left the hotel around 11:50.

Q.    After doing that podcast --

A.    Yes.

Q.    -- right?

       And certification was going to start about an hour after
01:06 he left the hotel, right?

A.    1:00 I believe, yes.

Q.    So during the time frame of the certification he was not staged at the hotel, right?

A.    He got back to the hotel at 2:15.

Q.    All right.  And the certification process was starting at

1    1:00 p.m., correct?

2    A.    That's when it started, yes.

3    Q.    All right.  Now, there's video of Mr. Bittner from Florida

4    talking or standing with several Oath Keepers from Florida,

5    correct?

6    A.    On the morning of the 7th, yes.

7    Q.    That includes Caleb Berry, Kelly Meggs and Jeremy Brown,

8    right?

9    A.    And others.

01:07 10    Q.    And there's video of Mr. Bittner helping Jeremy Brown with

11    a wheelie case, right?

12    A.    He helps many individuals with their -- with the baggage,

13    if you're talking about the baggage cart with the stuff on it,

14    yes.

15    Q.    Okay.  There's no video of Mr. Vallejo helping anyone

16    carry anything on any wheelies, correct?

17    A.    Well, he had his own dolly cart that he brought a number

18    of things on.

19    Q.    Talking about Oath Keepers who were coming and dropping

01:07 20    off things.

21    A.    Correct.

22    Q.    Oath Keepers came and dropped things off on the hotel that

23    morning or the morning of the 5th, right?

24    A.    Yes.  That is based on messages and cell site data.  We

25    don't have CCTV footage from that morning.

1   Q.   So there's no footage of Mr. Vallejo talking to any Oath

2   Keeper at all at that hotel, except for a brief interaction in

3   an elevator, correct?

4   A.   With Mr. Bittner?

5   Q.   Yeah.

6   A.   Yeah, on the CCTV footage.

7   Q.   So there's no evidence of anyone giving Mr. Vallejo

8   weapons to watch or store, correct?

9   A.   There are messages about that.

01:08 10   Q.   There are messages about people, other Oath Keepers giving

11   Mr. Vallejo weapons?

12   A.   Not other Oath Keepers.

13   Q.   Okay.

14   A.   I mean other Oath Keepers that we saw on the CCTV footage.

15   Q.   Okay.  Let me make sure I clarify here.

16   So we know Mr. Kandaris, Mr. Vallejo and Mr. Carter all

17   came on a road trip from Arizona, right?

18   A.   Yes.

19   Q.   Putting those three people aside, there's no evidence or

01:08 20   video or message indicating that any Oath Keeper gave

21   Mr. Vallejo weapons to store in his room?

22   A.   Specifically gave him a weapon of their own, no.

23   Q.   All right.  And there's no video of Mr. Kandaris at all

24   talking to anyone but Mr. Vallejo anywhere in that hotel,

25   correct?

2490

1    A.    Right, although I've been told differently.

2    Q.    All right.  And there's no video of Mr. Kandaris helping

3    anyone with long cases?

4    A.    Well, Mr. Vallejo.

5    Q.    Other than the three people who took this road trip from

6    Arizona, there's no evidence of Mr. Kandaris helping any other

7    Oath Keeper with --

8    A.    On the CCTV footage, correct.

9    Q.    And Mr. Kandaris never joined the DC Op Signal chat group,

01:09 10   right?

11   A.    He was not in there, correct.

12   Q.    Mr. Kandaris was never on any planning calls, correct?

13   A.    With other Oath Keepers?

14   Q.    Of the go-to meeting calls for this operation chat.

15   A.    Not that I'm aware of.

16   Q.    All right.  And Mr. Kandaris was not staged at the hotel

17   on the 5th when he got there, correct?  He went downtown with

18   Mr. Vallejo, right?

19   A.    Correct.  The QRF was for the 6th.

01:09 20   Q.    All right.  And Mr. Kandaris went downtown on the 6th with

21   Mr. Vallejo, right?

22   A.    For that hour period or whatever.

23   Q.    All right.  The hour when the certification was happening,

24   right?

25   A.    When it was starting.

1    Q.   Certification was starting, all right.  All right.

2         We talked about the QRF.  There was a QRF set up for the

3    November 14 Million MAGA march rally, right?

4    A.   Yes.

5              THE COURT:  You are well over the time we talked

6    about.

7              MR. PEED:  I didn't expect the seven minutes.

8              THE COURT:  Including the seven minutes.

9              MR. PEED:  This is the last topic, Your Honor.

01:10 10            THE COURT:  All right.  Thank you.

11    Q.   In that QRF for that Million MAGA march, there was a van

12    that was taken near Arlington Cemetery with some men in it,

13    right, and some guns?

14    A.   Yeah.  I believe there was maybe 15 ARs in there is what I

15    recall in the van.

16    Q.   Paul Stamey was in that van, right?

17    A.   Yes.

18    Q.   John Zimmerman was in that van, right?

19    A.   Yes.

01:10 20    Q.   The FBI interviewed Paul Stamey on September 9, 2021,

21    correct?

22    A.   Yes.

23    Q.   The FBI interviewed John Zimmerman, correct?

24    A.   Yes.

25    Q.   The FBI has interviewed Graydon Young, correct?

```
 1   A.   Yes.

 2   Q.   Jason Dolan?

 3   A.   Yes.

 4   Q.   Joshua James?

 5   A.   Yes.

 6   Q.   Caleb Berry?

 7   A.   Yes.

 8   Q.   Todd Kandaris?

 9   A.   Yes.

10   Q.   Kelly Carter?

11   A.   Yes.

12   Q.   And the FBI has asked Mr. Stamey, Mr. Zimmerman and

13   Mr. Young questions about the purpose of the QRF, correct?

14   A.   Yes.

15   Q.   All right.  And any of the people that I named -- let me

16   step back.

17        The FBI has not been told by any of those people I just

18   named, or anyone else, that there was an advance plan to attack

19   the Capitol on January 6th, correct?

20             MR. MANZO:  Objection.  Calls for hearsay.

21             THE COURT:  Sustained.

22             MR. PEED:  Can we get on the phones?

23             THE COURT:  No.  Sustained.

24   Q.   You have not -- you reviewed hundreds of Signal chats,

25   right?
```

A.   Yes.

Q.   You have not seen any Signal chat stating that the purpose of the QRF on January 6th was to bring weapons to the Capitol, correct?

A.   I'm sorry.  I missed that last part.

Q.   You have not seen any chats indicating that the purpose of the QRF was to bring weapons to the Capitol on January 6th?

A.   I think it was part of the plan.

Q.   You think that.  I'm talking about what people wrote in messages.

A.   Well, the messages suggest that the plan was to stop Biden from taking power, so . . .

Q.   So the answer is no?

A.   The QRF was part of that plan.

Q.   My question is about the Capitol on January 6th.  Is the answer no to that?

A.   The attack on the Capitol on January 6?

Q.   My question was, did you see any messages saying that the purpose of weapons at the QRF was to bring weapons to the Capitol on January 6th?

A.   I don't think I can answer that, no.  I can say not to attack the Capitol, but I think I saw messages that suggest sieging or holding the Capitol with weapons.

Q.   I'm asking about the QRF.  Right?

A.   Yes.

1    Q.    The QRF was set up at the November march, right?

2    A.    Yes.

3    Q.    And at the December march?

4    A.    Yes.  All with the same purpose.

5    Q.    And we looked at messages from Mr. Rhodes describing how

6    there were weapons left outside, correct?

7    A.    Correct.

8    Q.    All right.

9          And there was a certification happening at 1:00 p.m. on

01:13 10   January 6th, right?

11   A.    Yes.

12   Q.    Okay.  Did you see any messages saying to bring weapons to

13   the Capitol on January 6th?

14   A.    Oh, you mean saying do this now?

15   Q.    Or plan to do that.  Let's meet and bring weapons,

16   something to that effect.

17   A.    I think there are lots of messages about bringing weapons

18   and having them staged outside of DC for that purpose.

19   Q.    All right.  Could you describe them to me?

01:13 20   A.    So the -- we went through one that David Moerschel had

21   sent about having weapons outside in case they were called

22   upon.  There are -- we watched that Hagmann Report.

23   Q.    Let me stop you there.  So in case they're called upon.

24   Did that mention the Capitol on January 6th?

25   A.    Well, they were talking about the Capitol at that time.

1   Q.   My question is about the Capitol on January 6th.  There

2   were lots of rallies, correct, between January 5th and January

3   6th?

4   A.   Yes.

5   Q.   All right.  We know that the Oath Keepers, as we looked

6   at, had certain fears there might be violence with Antifa,

7   correct?

8   A.   I think that may have been part of it, yes.

9   Q.   And we looked at messages about the Insurrection Act,

01:14 10   right?

11   A.   Yes.

12   Q.   Did you see any messages saying to bring weapons to the

13   Capitol on January 6th?

14   A.   Mr. Rhodes said, "If Trump doesn't act, we will."  To me

15   the "we will" part is --

16   Q.   I'm not asking for your interpretation.  The jury can

17   interpret.

18   A.   You're asking about messages --

19        THE COURT:  This is bordering on argumentative.  The

01:14 20   jury will make determinations about what messages mean or don't

21   mean.  Is there anything else, Mr. Peed?

22        MR. PEED:  No, Your Honor.  Thank you.

23        THE COURT:  All right.  Thank you.  Redirect,

24   Mr. Manzo.

25        MR. MANZO:  Thank you, Your Honor.

1   REDIRECT EXAMINATION BY MR. MANZO:

2   Q.   Good afternoon, Agent Hilgeman.  Last week Mr. Weinberg

3   asked you a series of questions -- Mr. Weinberg represents

4   Mr. Moerschel -- about 9514 slide 13.

5             MR. MANZO:  Just give us one second here as we switch

6   the technology around.  Mr. Edwards is just going to put up

7   1531 on the easel as we switch computers.

8   Q.   Do you see slide 13 in Exhibit 9514 in front of you?

9   A.   Yes.

01:16 10   Q.   And where is this from?

11  A.   This is from Mr. Meggs' Facebook account.

12  Q.   And I believe that Mr. Weinberg asked you would

13  Mr. Moerschel have seen this message?

14  A.   Yes.

15  Q.   And would Mr. Moerschel have seen this message?

16  A.   Not that I'm aware of, no.

17  Q.   Okay.  Let's go to 9514 slide 36.

18            MR. MANZO:  Can we display this to the jury.  It's

19  already been admitted.  Can we go to 9514 slide 36.

01:16 20   Q.   Can you just read 9514 slide 36.

21  A.   "I think Congress will screw him over.  The only chance

22  we/he has is if we scare the shit of out of them and convince

23  them it will be torches and pitchforks time if they don't do

24  the right thing, but I don't think they will listen."

25  Q.   And which chat is this from?

```
 1   A.    OKFL Hangout.

 2   Q.    It was Mr. Moerschel in the OKFL Hangout?

 3   A.    Yes.

 4         MR. MANZO:  Can we go to slide 40.

 5   Q.    Can you read slide 40?  What does it say?

 6   A.    "And he needs to know that if he fails to act, then we

 7   will.  He needs to understand we will have no choice."

 8   Q.    Who wrote this?

 9   A.    Excuse me.  Mr. Rhodes.

10   Q.    And what hangout is it?

11   A.    The OKFL Hangout chat.

12   Q.    Is Mr. Moerschel on this?

13   A.    Yes.

14         MR. MANZO:  Can we go to slide 42.

15   Q.    What does slide 42 show?

16   A.    It's an image from Mr. Meggs that says, "The tree of

17   liberty must be refreshed from time to time with the blood of

18   patriots and tyrants."

19   Q.    Would Mr. Moerschel have seen this message in OK Florida

20   Hangout?

21   A.    He was in that chat, yes.

22         MR. MANZO:  Can we go to slide 46.

23   Q.    What are we looking at here on slide 46?

24   A.    This is a message from Mr. Moerschel to the OK Florida

25   Hangout chat.
```

1    Q.    What does he say?

2    A.    "It's a wartime Christmas."

3    Q.    When was this message sent?

4    A.    December 25, 2020.

5          MR. MANZO:  Can we go to slide 47.

6    Q.    What are we looking at here?

7    A.    Another message from Mr. Moerschel on December 25, 2020 to

8    the OKFL Hangout chat.

9    Q.    What does he write?

01:18 10   A.    "Gentleman, Trump is going to make his big move on Jan 6.

11   Be prepared."

12   Q.    Okay.  Who did Mr. Moerschel travel up to Washington, D.C.

13   with?

14   A.    In the vehicle was Robert LeMar and Kenneth Bittner.

15   Q.    Let's go to 9514 slide 27.  Okay.  Can you tell the jury

16   what this slide says here?

17   A.    This is from someone named Pete FL.

18   Q.    What does he say?

19   A.    He says, "Who are they," quote, "'Mark Meadows and his

01:18 20   lead attorney'," unquote.  "We can DOX them and get their names

21   out so they can be pressured.  They need the same treatment."

22   Q.    Can we go to the next slide now.  And who is Gator?

23   A.    That is Kenneth Bittner.

24   Q.    What does he say?

25   A.    "Personally, I think they need the same," quote,

1    "'treatment'," unquote, that is prescribed for traitors.

2    Q.   Can you remind the jury again who Mr. Bittner is in

3    relation to Mr. Moerschel?

4    A.   Mr. Bittner --

5            MR. WEINBERG:  Objection, Judge.  Asked and answered.

6            THE COURT:  That's fine.

7    A.   Mr. Moerschel and Mr. Bittner rode to DC together on --

8    starting January 4.  And then Mr. Bittner stayed at the hotel,

9    at the Comfort Inn.

01:19 10    Q.   And Agent Hilgeman, can you step down and point to 1531

11   where Mr. Bittner is on that exhibit?

12   A.   Mr. Bittner is right here in the third row under Quick

13   Reaction Force.

14   Q.   Okay.  Let's turn now to questions that Ms. Halim asked

15   you.  Ms. Halim, she represents Mr. Hackett.

16   A.   Yes.

17   Q.   Okay.  She asked you a series of questions, who picks the

18   messages.  Do you remember that?

19   A.   Yes.

01:20 20    Q.   Who picks the messages?

21   A.   The prosecution team.

22   Q.   What is my job?

23   A.   You are the prosecutor.

24   Q.   Where are we?  What's our physical location right now?

25   A.   In the courthouse.

1    Q.    Okay.  Are you an attorney?

2    A.    No.

3    Q.    Ms. Halim asked you about the blue bubbles that the

4    messages have been put in.  Why are the messages in blue

5    bubbles?

6    A.    So that the text could be blown up in a way that would be

7    easily readable for the jury.

8          MR. MANZO:  Can we go to 9514 slide 18.

9    Q.    What are we looking at here in 9514 slide 18?

01:20 10   A.    This is a message from Faith or Joseph Hackett to the OKFL

11   Hangout chat December 22, 2020, 8:20 p.m.

12   Q.    What did he say in that message?

13   A.    "He sounds pissed.  That's good.  Now just fucking do it.

14   We are ready."

15   Q.    All right.  I want to direct your attention to the bottom

16   left-hand corner here.  Do you see that?

17   A.    Yes.

18   Q.    What is that?

19   A.    That's the exhibit number.

01:20 20         MR. MANZO:  And can you blow that up, Ms. Badalament.

21   Q.    Just so the jury knows, what does the "1" mean?

22   A.    The "1" means Stewart Rhodes' phone.

23   Q.    What does the "S" mean?

24   A.    The source in Signal.

25   Q.    What does "656" mean?

1    A.    That is the number assigned to this particular chat group

2    in Signal.

3    Q.    And what does "9570" mean?

4    A.    That's the message number.

5    Q.    Why do we have a naming and numbering convention?

6    A.    So that we can see the chronological order of the

7    messages.

8    Q.    Is every message that was ever written by any of the

9    people in these chats presented here in court?

01:21 10    A.    No.

11    Q.    How long would we be in court if we did that?

12    A.    No.  Years, decades.  I don't know.

13    Q.    Why do we have a naming convention on these messages

14    again?

15    A.    So that we can tell where this message falls and if

16    there's messages in between or if they're consecutive.

17    Q.    If defense presents you with a message that doesn't have a

18    naming convention, do you have any idea whether it's before,

19    after or sequential to other messages?

01:21 20    A.    Sometimes I do based on my review, but not based on

21    knowing -- by the numbering system.

22    Q.    Every message that was pulled off of Signal, is that

23    preserved in an FBI case file?

24    A.    Yes.

25    Q.    Was the FBI able to recover every message off of

1    everyone's phone?

2    A.    No.

3    Q.    Why?

4    A.    A number of devices, the actual -- the Signal application

5    was removed.

6         MR. MANZO:  All right.  Let's pull up 4653 briefly

7    here, which has already been admitted into evidence.

8    Q.    Do you recognize generally what 4653 is here?

9    A.    Yes.

01:22 10    Q.    What is 4653?

11    A.    It's an email from a Proton mail account associated with

12    Joseph Hackett to Graydon Young.

13    Q.    When you say "Joseph Hackett," what is the email address

14    alias that's used here?

15    A.    johnwillow@protonmail.com.

16    Q.    What does the message say?

17    A.    "I believe we only need to do this when important info is

18    at hand like locations, identities, ops planning."

19         MR. MANZO:  Ms. Badalament, if you could zoom out and

01:23 20    go to the second page of this exhibit.

21    Q.    Do you recognize what the second page of this exhibit is?

22    A.    Yes.

23    Q.    What is it?

24    A.    It's a handwritten note that was photographed and attached

25    to that email.

1    Q.    Can you read right here what this says?

2    A.    "Messages in cursive to eliminate digital reads."

3              MR. MANZO:  Okay.  Can we now go to 9517, which has

4    not been previously admitted into evidence.  It's a few pages

5    here.  Can you just scroll through these, Ms. Badalament.

6    Q.    Do you recognize what 9517 is?

7    A.    Yes.

8    Q.    What are they?

9    A.    They are Signal messages.  I believe we obtained all of

01:23 10   these from Mr. Rhodes' phone.

11             MR. MANZO:  At this point the government would move

12   9517 into evidence.

13             MS. HALIM:  No objection.

14             THE COURT:  9517 will be admitted.

15             (Exhibit 9517 admitted into evidence.)

16   Q.    Okay.  Agent Hilgeman, can you look at the first slide

17   here and tell the jury what's going on.

18   A.    So this is a message on November 10, 2020, from Western

19   State Leader, which is Paul Stamey, to the NC members Signal

01:24 20   chat.  And it says, "Good afternoon, Patriots.  Op sec for DC

21   is critical.  Loose lips sink ships.  Acknowledge Oath

22   Keepers."

23   Q.    What does "op sec" mean?

24   A.    Operational security.

25             MR. MANZO:  Can we go to the next slide.

1    Q.   What are we looking at here in 9517 slide two?

2    A.   This is a message from Kenneth Bittner to OKFL Hangout on

3    November 19, be 2020, 8:41 p.m.  "Be careful what you say.

4    Remember what Stewart said on our call last night.  We are

5    strictly defensive in posture and don't talk about doing

6    anything to anyone.  That's called," quote, "'conspiring',"

7    unquote.

8         MR. MANZO:  And can we go to the last slide here.

9    Q.   What are we looking at here on 9517, the third slide?

01:24 10   A.   This is a message from Mr. -- I'm sorry, from an

11   individual named Steve Kwiatkowski, who was the eastern state

12   leader for the North Carolina Oath Keepers, to the NCOK county

13   leaders chat on November 24, 2020.

14   Q.   What does the message say?

15   A.   "Attention all North Carolina Oath Keepers members.

16   Ranger Smith, Paul and myself have discussed this and we're all

17   in agreement that we all need to be very careful about what we

18   post here.  No one needs to make any post that gives even the

19   slightest hint of suggesting that Oath Keepers should make

01:25 20   plans to assassinate anyone.  This kind of careless talk can

21   get someone in serious trouble, possibly on the federal level.

22   While Signal is end-to-end encrypted, it's always safest to

23   operate under the assumption that someone is monitoring our

24   conversations electronically, and even if they're not a member

25   of this group can take a screenshot and show it to anyone

1    outside of this group.  I know a lot of what we say may be in

2    jest but it can be taken the wrong way or used out of context

3    by people who want to take us down.  If anyone in state

4    leadership sees any such posts from here on out, the person who

5    posted that is subject to being removed from any Oath Keepers

6    Signal groups.  Again, be very careful what you say and how you

7    say it.  Let's stay out of trouble.  We are all law abiding

8    American citizens."

9    Q.    Okay.  And so again, just to remind the jury, op sec, what

01:26 10   does that mean?

11   A.    It means operational security.  It can mean physical,

12   actual physical security.  It also means being aware of who is

13   around you, who could be listening, who might discover your

14   plans.  We have operational security as federal law

15   enforcement.

16   Q.    Let's move on to some of the questions that Mr. Shipley

17   asked you, who represents Mr. Minuta.

18         Do you remember being asked a series of questions about

19   line two on the board at 1531, and who Mr. James had contact --

01:26 20   or who Mr. Minuta had contact with?

21   A.    Yes.

22   Q.    Did Mr. Minuta have contact with Mr. James prior to

23   January 6th?

24   A.    Yes.

25   Q.    What was the nature of that contact?

1    A.    Well, it was planning for January 6th.  There was also --

2    they had messages from December of 2020 also.

3    Q.    Did Mr. Minuta also have contact with Stewart Rhodes prior

4    to January 6th?

5    A.    Yes.

6          MR. MANZO:  Can we pull up 9514 slide 12.

7    Q.    And what are we looking at here in 9514 slide 12?

8    A.    This is a message from Jeremy Liggett to Kelly Meggs that

9    we got from his Facebook.

01:27 10    Q.    What does it say?

11    A.    "Yeah, are they showing in force?"

12          MR. MANZO:  Can we go to the next slide, please.

13    Q.    What does Mr. Meggs respond?

14    A.    "I figure we could splinter off the main group of PB and

15    come up behind them.  Fucking crush them for good."

16    Q.    Do you remember -- let me back up for a second.  What does

17    "PB" mean to you?

18    A.    Proud Boys.

19    Q.    Do you remember Mr. Shipley asking you a series of

01:27 20    questions about historical violence by the Proud Boys against

21    Antifa?

22    A.    I remember those questions, yes.

23    Q.    Did the Proud Boys engage in violence with Antifa on

24    January 6th?

25    A.    Not that I'm aware of.

1    Q.    Did the Proud Boys attack any counter protesters on

2    January 6th?

3    A.    Not that I'm aware of.

4    Q.    Can we go to 9514, slide 54?

5    A.    Possibly the media.  I'm not sure.

6    Q.    What are we looking at here in 9514 slide 54?

7    A.    This is the Parler message exchange between Mr. Enrique

8    Tarrio and Roberto Minuta.

9          MR. SHIPLEY:  Objection, Your Honor.  She testified

01:28 10   earlier this was not to Mr. Minuta.  This is a general

11   Parler --

12         THE COURT:  I think, just rephrase the question,

13   please.

14   Q.    What are we looking at in 9514?

15   A.    It is a post by Enrique Tarrio on Parler that Mr. Minuta

16   then responded to.

17   Q.    Who is visible in the photo at the bottom here?

18   A.    That's Dominic Pezzola at the front and Mr. Minuta over

19   his shoulder.

01:29 20   Q.    Directing your attention to the middle here where it says

21   "J6" and "J20," do you see that?

22   A.    Yes.

23   Q.    Do those numbers have any significance to the governmental

24   functions?

25   A.    Yes.

1    Q.   What is the significance to those?

2         MR. SHIPLEY:  Objection.  Calls for speculation, lack

3    of foundation.

4         THE COURT:  Sustain it, absent further foundation.

5    Q.   Are you aware of the date certification of the electoral

6    college vote was happening?

7    A.   Yes.

8    Q.   What date is that?

9    A.   January 6th.

01:29 10   Q.   Are you aware of what date the inauguration was happening?

11   A.   Yes.

12   Q.   What date is that?

13   A.   January 20th.

14   Q.   Mr. Shipley asked you a series of messages about Portland,

15   Oregon.  Do you remember that?

16   A.   Yes.

17   Q.   Is there any reference to Portland, Oregon in this message

18   or --

19        MR. MANZO:  Ms. Badalament, can we go to the next

01:29 20   slide.

21   Q.   -- Mr. Minuta's reply?

22   A.   No.

23   Q.   Okay.  Let's go now to some questions that Mr. Peed asked

24   you.  And first let's go to questions about Mr. Caldwell.  Can

25   you point to Mr. Caldwell on the board here of 1531?

1  A.    Mr. Caldwell is the first individual under the Quick

2  Reaction Force.

3         MR. MANZO:  Ms. Badalament, can you pull up 9514 slide

4  157.

5  Q.    Can you remind the jury what this slide says here?

6  A.    "Paul, Sharon and I are planning a prestrike into the

7  hornet's nest tomorrow afternoon."

8  Q.    Are you aware of whether Mr. Caldwell ever performed

9  reconnaissance in Washington, D.C.?

01:30 10        THE COURT:  Hang on.  Can you rephrase the question,

11  please.

12  Q.    What did Mr. Caldwell do when he would go to DC?

13  A.    So --

14         MR. PEED:  Objection, foundation.

15  Q.    Have you investigated Mr. Caldwell?

16  A.    Yes.

17  Q.    Have you reviewed his phone?

18  A.    Yes.

19  Q.    Did he do anything on that phone relating to trips to

01:31 20  Washington, D.C.?

21  A.    Yes.  And I reviewed messages between Mr. Caldwell and

22  Mr. Stamey and Mr. Caldwell and Mr. Smith where he says that he

23  just got back from recce with Paul and Randy, I believe, and

24  that was on the 5th and that was verified by CCTV footage of

25  the Comfort Inn.

1  Q.   "Recce," what does that mean to you?

2  A.   I believe it stands for reconnaissance, although I'd never

3  heard the term recce before.

4  Q.   Was there any evidence in the phone consistent with

5  reconnaissance?

6  A.   Yes, there were photographs and maps.

7  Q.   Were those photographs of Porta Potties?

8  A.   Not that I recall, no.

9  Q.   Were they --

01:31 10        MR. MANZO:  Let's go to 9522.  Can we flip forward

11  just a couple slides here, Ms. Badalament.

12  Q.   Do you recognize these slides in 9522?

13  A.   I do.

14  Q.   And what are these slides generally?

15  A.   These are direct Signal messages between Tom Caldwell and

16  Paul Stamey.

17        MR. MANZO:  At this point I'd seek to move 9522 into

18  evidence.

19        THE COURT:  9522 is admitted subject to the discussion

01:32 20  prior to trial, commencement of the trial today.

21        (Exhibit 9522 admitted into evidence.)

22  A.   I apologize.  These first ones are actually from Facebook.

23  Q.   So let's look at this for a second.  So just to walk

24  through for the jury here, we're at 9522, the first slide.

25  Based on the legend at the bottom of the screen, what are we

1    looking at here?

2    A.   So the first number indicates Facebook.  The second, the

3    "T" indicates that it's a thread from Facebook.  The "1" is, I

4    believe, the page number and the last 3 -- I mean the last

5    number is the page number.  It references the message number

6    and page number of the PDF.

7            MR. MANZO:  Understood.  Can you zoom out,

8    Ms. Badalament.

9    Q.   What's the date of this message?

01:33 10    A.   And I should say Facebook records, they produced them to

11    us in a PDF format.  So they're voluminous like that.  I'm

12    sorry.

13    Q.   What's the date of this message?

14    A.   November 14, 2020, 2:46 a.m.

15    Q.   Can you read what Mr. Caldwell sends to Mr. Grimes in this

16    message?

17    A.   "Thanks for coming by today.  It meant a lot.  Sure wish

18    you were coming along tomorrow.  If we cannot get the president

19    another term, we are well and truly fucked.  If we don't start

01:33 20    mowing down masses of these shitballs, they will come for all

21    of us.  It's kill or be killed, I am afraid.  I don't want to

22    live in a communist country.  I kind of hope there's some shit

23    tomorrow in some ways just so we can get on with it."

24    Q.   Was there an event that was happening on or about 11/14?

25    A.   Yes, that was the Million MAGA March.

1          MR. MANZO:  Can we go to the next page, please.

2     Q.    What are we looking here at here on the second slide of

3     9522?

4     A.    This is another message from Mr. Caldwell to two

5     individuals, last name Gotbold, 11/16/2020, 4:17 p.m.

6     Q.    What does he say in this?

7     A.    "I was in and out of the middle of that throng and

8     actually found Sharon at Third Street and marched with her.

9     Then I took snap of us and the video I shared with you before.

01:34  10   At least a million.  We could have burned the Congress to the

11    ground if we had wanted to."

12          MR. MANZO:  Is there one more message here,

13    Ms. Badalament.

14    Q.    What are we looking at here on 9522 slide 3?

15    A.    This is a message from Mr. Caldwell to Mr. Stamey.

16    Q.    What type of message is it?

17    A.    I believe this is actually a text message.

18    Q.    And what does the message say and what's the date?

19    A.    So December 4, 2020, at 11:19 p.m., "Ranger made me think,

01:34  20   though he didn't say it in so many words, that maybe I should

21    be planning a much bigger op for like when we have to roll into

22    town to actually save the republic.  It seems that the Ohio

23    crew is considering this next March next weekend so someone

24    must have reached out to them."

25    Q.    Does "Ranger" mean anything to in your investigation?

1    A.    Yes, that is a moniker for Doug Smith.

2    Q.    Can you point to Doug Smith on 1531?

3    A.    Doug Smith is in the bottom row under Quick Reaction

4    Force, all the way to the right.

5    Q.    In this series of messages is there anything about a Porta

6    Potty?

7    A.    No.

8    Q.    Mr. Peed played a seven-minute video in Atlanta just now.

9    Do you remember that?

01:35 10    A.    Yes.

11    Q.    Was Mr. Vallejo in Atlanta?

12    A.    Not that I'm aware of, no.

13    Q.    Who was in the rooms next to Mr. Vallejo in the Comfort

14    Inn?

15    A.    Ken Bittner was in the room that had the shared door.  And

16    the other room was Paul Stamey, Randall Livengood, Randy Earp,

17    Randy Mosler.  And then on the day of the 6th --

18            COURT REPORTER:  Please repeat that.

19    A.    Oh, I'm sorry.  Then also that afternoon Marlin Brandis.

01:35 20    Q.    Was there any video footage of that hallway?

21    A.    No.

22            MR. MANZO:  Can we just pull up briefly here 9514

23    slide 96.

24    Q.    Mr. Peed asked you a series of questions about

25    Mr. Kandaris.  Do you remember that?

1   A.   Yes.

2   Q.   Who is Prometheus here on 9514 slide 96?

3   A.   That's Todd Kandaris.

4   Q.   What does he say in this message?

5   A.   "Just as volunteers.  As far as I know, no one is

6   anticipating speaking.  We are rifles, manpower, warm bodies

7   there to support the process and the president."

8   Q.   Okay.  Mr. Peed asked you a series of questions about the

9   Hagmann Report.  Do you remember that?

01:36 10  A.   Yes.

11  Q.   And that's a two-hour podcast in total, correct?

12  A.   It is, yes.

13          MR. MANZO:  Can we pull up 9514 slide 63.

14  Q.   What are we looking at here in 9514 slide 63?

15  A.   This is the text message where Mr. Vallejo shared the link

16  to that report with Kelly Carter.

17  Q.   And what's the next slide?

18  A.   "Listen to the second hour.  It's on."

19  Q.   At any point in these two messages does Mr. Vallejo say he

01:37 20  didn't listen to the first hour?

21  A.   No.

22  Q.   Did he disavow the first hour?

23  A.   No.

24  Q.   Let's listen to a couple of clips from that second hour

25  here.

1    A.    I was inaccurate.  That was my mistake on the timing.

2    That was my mistake.

3          MR. MANZO:  All right.  Let's pull up 9523 here and

4    just listen briefly to orient the jury here to 1:15 to 1:30.

5    We're just going to admit the clips after.  We'll clip it

6    later.

7          THE COURT:  Okay.

8          MR. MANZO:  We'd seek to admit the clips for the

9    purposes of this examination.

01:37 10          MR. PEED:  No objection.

11    Q.    Do you recognize that as the audio of the Hagmann Report

12    that Mr. Vallejo was referencing?

13    A.    Yes.

14          MR. MANZO:  Ms. Badalament, can we go to the 1 hour 15

15    minute and 14 second mark and we'll play to 1 hour 15 minutes

16    and 45 seconds.

17          (Audio recording played.)

18    Q.    Do you recognize that as a clip in the second hour of the

19    Hagmann Report?

01:39 20    A.    I do.

21          MR. MANZO:  Your Honor, we'd seek to move into

22    evidence the first clip, which was 1:15 to 1:30, and the second

23    clip, which is 1:15:14 to 1:15:45.

24          MR. PEED:  No objection.

25          THE COURT:  Sorry?

2516

```
 1              MR. PEED:  No objection.

 2              THE COURT:  Okay.  Those clips will be admitted.

 3              (Exhibit 9523, clips 1:15 to 1:30 and 1:15:14 to

 4    1:15:45 admitted into evidence.)

 5              MR. MANZO:  Can we go now to 1:29:50.

 6              (Audio recording played.)

 7    Q.   Agent Hilgeman, do you recognize that as a clip from the

 8    second hour of the Hagmann Report?

 9    A.   I do.

10              MR. MANZO:  Your Honor, we'd seek to move that clip

11    into evidence, which is 1:29:50 to 1:31:50.

12              THE COURT:  That will be admitted as well.

13              (Exhibit 9523, Clip 1:29:50 to 1:31:50 admitted into

14    evidence.)

15              MR. MANZO:  One final clip here.  Ms. Badalament, can

16    we go to 1:40:45.

17              (Audio recording played.)

18    Q.   And Agent Hilgeman, we just stopped at 1:41:22.  Do you

19    recognize that as being in the second hour of the Hagmann

20    Report?

21    A.   Yes.

22              MR. MANZO:  We'd seek to move that into evidence as

23    well.

24              MR. PEED:  No objection.

25              THE COURT:  It's it admitted.
```

01:42 (line 10)

01:43 (line 20)

```
 1                (Exhibit 9523, 1:40:45 to 1:41:22 admitted into
 2      evidence.)
 3      Q.   Okay.  Let's now just end with one final set of questions
 4      that relate back to questions that Mr. Peed asked you last
 5      week.  Do you remember Mr. Peed showing you a series of
 6      messages of Mr. Vallejo commenting on the electoral
 7      certification prior to January 6th?
 8      A.   Yes.
 9      Q.   On January 6th, what did Mr. Vallejo do or participate in
10      on that morning?
11      A.   The podcast.
12                MR. MANZO:  Can we pull up 1054.TR and play from 23:04
13      to 23:27.  This has already been admitted into evidence.
14                (Audio recording played.)
15                MR. MANZO:  With the court's indulgence briefly.
16                I'd like you to play 23:04 to 23:27.
17                THE COURT:  Mr. Manzo, is this the last --
18                MR. MANZO:  Yes, well, there's four clips.  Sorry,
19      we're having buffering issues.
20                THE COURT:  Okay.  Why don't we take a break then.
21      Hold on.
22                MR. MANZO:  I think the break might help with the
23      buffering issues, though.
24                THE COURT:  Okay.  Are the exhibits local or are
25      they --
```

01:43 (line 10)
01:46 (line 20)

         1              MR. MANZO:  A five-minute break would be appreciated
         2     or a ten-minute break.
         3              THE COURT:  Okay.  Why don't we take a 15-minute break
         4     then.  Let's return and we'll continue at just about 2:05.
         5     Thank you all very much.  See you shortly.
         6              (Jury exits the courtroom.)
         7              THE COURT:  Okay.  See everybody shortly.  Thank you.
         8              (Recess 1:46 p.m. - 2:05 p.m.)
         9              THE COURT:  Agent Hilgeman, why don't you come on up.
02:04   10              MR. PEED:  I just want to raise an objection.
        11              THE COURT:  Okay.
        12              MR. PEED:  My understanding is the government just
        13     wants to replay a bunch of clips that are already in evidence
        14     and not asking any questions about it.  I don't think that's
        15     proper in redirect.  I don't think it addresses anything in my
        16     cross and given the time it's going to take to go through them.
        17              THE COURT:  Okay.
        18              MR. MANZO:  We're talking about two minutes total of
        19     clips and the whole thrust of Mr. Peed's cross-examination was
02:04   20     that there is some legal purpose that Mr. Vallejo was serving
        21     on January 6th, that he was just going to get his car, and he
        22     got his car and he came back and was just trying to help the
        23     certification of the electoral college vote.  The podcast
        24     rebuts that.
        25              MR. PEED:  There's no --

```
 1              THE COURT:  I'm sorry?
 2              MR. PEED:  There's no question, as I understand it.
 3       He just wants to replay the evidence.
 4              THE COURT:  Well, there's nothing objectionable about
 5       replaying evidence if it's responsive to the cross-examination.
 6       So there was other evidence introduced of what was said during
 7       the podcast by you, obviously Mr. Vallejo's movements on the
 8       5th and the 6th, and the question ultimately is his state of
 9       mind.  So I think it's appropriate.  It's only two minutes.
02:05 10       It's within the scope of the cross-examination.  So once
11       they're here, we'll do that and keep moving.
12                  (Jury enters the courtroom.)
13              THE COURT:  Please be seated, ladies and gentlemen.
14       Welcome back.  Mr. Manzo.
15              MR. MANZO:  Thank you, Your Honor.
16       BY MR. MANZO:
17       Q.   Agent Hilgeman, before we left off, do you remember
18       Mr. Peed last week, or maybe even today, asking you a series of
19       questions and showing you a series of exhibits where
02:06 20       Mr. Vallejo discussed the electoral certification prior to
21       January 6?
22       A.   Yes.
23       Q.   And what did Mr. Vallejo do on the morning of January 6th?
24       A.   He participated in a podcast.
25              MR. MANZO:  I'd like to pull up 1054.10 which we'll
```

1    clip.  It's just the 23:04 mark to the 23:27 mark on that

2    podcast.

3            (Pause.)

4            MR. MANZO:  We're going to play 23:04 to 23:27.

5            MR. PEED:  Can we get on the phones?

6    **SIDEBAR:**

7            MR. PEED:  Mr. Peed for Mr. Vallejo.  I was told these

8    are all in evidence, and I had asked the government if they

9    include the court's ruling on 106 inclusions, and Mr. Manzo

02:08 10   said no.  So I don't understand why these aren't the full

11   exhibits we talked about before and included the 106 part.

12           MR. MANZO:  We have complied with our 106 obligations.

13   They were introduced contemporaneously with the evidence.

14   There's no obligation to continue to introduce the full length

15   of the clips.  Mr. Peed has crossed on it.  They're in

16   evidence.

17           MR. PEED:  They're not.

18           MR. MANZO:  These are the same exhibits.

19           THE COURT:  It's already in evidence.  The entire

02:09 20   exhibit, including the 106 material, is in evidence.  This is

21   redirect.  I think it's appropriate to play the portions the

22   government wishes to play.  Ultimately, the entire tape or

23   entire audio is in evidence, including the pieces that you

24   wanted in, Mr. Peed.  So I'll overrule the objection.

25           MR. PEED:  Can I ask that these not be new exhibits.

1   The government can play it now but it's the same audio that is

2   already in evidence from exhibits that are complete.

3             THE COURT:  It doesn't matter whether you designate

4   new exhibit numbers.  If you want to just call it the exhibit

5   that's already in and this portion, that's fine.

6             MR. MANZO:  What does Mr. Peed want?

7             THE COURT:  He's asked that it not be given a specific

8   exhibit designation, these clips.  So do you just want to play

9   portions and identify them by the timestamp?

02:09 10            MR. MANZO:  What we've done, because we want to rebut

11  the defense that we're picking and choosing, we want to include

12  and show the jury the timestamps on the full podcast, which

13  we're doing now.  And so they were marked as 1054.11, 12, 13,

14  14, but in front of the jury we're going to show that this is

15  23:04 to 23:07, 23:52 to 24:13.

16            THE COURT:  All right.  So there's no harm here in

17  designating these as individual exhibit numbers.  So let's go

18  ahead.  Let's get this done and keep moving.  All right.  Thank

19  you.

02:10 20  (End of sidebar.)

21            MR. MANZO:  Okay.  Ms. Badalament, can we play 23:04

22  to 23:27, which we're calling --

23            (Audio recording played.)

24  Q.   Agent Hilgeman, do you recognize those voices?

25  A.   Yes.

1    Q.   Who are those voices?

2    A.   That was Ernest Hancock, the host, Todd Kandaris

3    primarily.  I did hear Mr. Vallejo in the background say Owen

4    Shroyer.

5              MR. MANZO:  Can we go now to 23:52.

6              (Audio recording played.)

7    Q.   Whose voice is that?

8    A.   Todd Kandaris.

9              MR. MANZO:  Okay.  And let's go now to 35:57 to 36:15.

02:13 10   Q.   Whose voice was it that said it was going to be a

11   declaration of gorilla war?

12   A.   Ed Vallejo.

13             MR. MANZO:  Can we go to 36:30 and play from 36:30 to

14   36:52.

15             (Audio recording played.)

16   Q.   Agent Hilgeman, the voice that says, "If that doesn't

17   happen, then shit is on," whose voice is that?

18   A.   Ed Vallejo.

19             MR. MANZO:  Let's go to 36:53 to 37:15.

02:14 20             (Audio recording played.)

21   Q.   Agent Hilgeman, whose voice is it that says "Because I'm

22   the mother fucker that's going to fix it for them if they tell

23   me today it's broken"?

24   A.   Ed Vallejo.

25             MR. MANZO:  We'll do one final clip here of 37:22 to

```
 1   37:28.
 2              (Audio recording played.)
 3   Q.   Whose voice is that that says, "No, Ed, you can't shoot
 4   the bastards yet.  It's too soon.  Well, I've been telling them
 5   about five or six months ago, they quit telling me"?
 6   A.   Ed Vallejo.
 7   Q.   Final questions here.  On the morning of January 6th,
 8   Mr. Peed asked you about Mr. Vallejo's truck.  Do you remember
 9   that?
10   A.   Yes.
11   Q.   As soon as Mr. Vallejo recovered his truck, what did he
12   do?
13   A.   He drove back to the hotel and let the DC Op chat know
14   that he was there and outfitted.
15   Q.   What was he outfitted with?
16              MR. PEED:  Objection.
17              THE COURT:  If you want to ask, let's bring up the
18   actual evidence.  That's the best evidence here.  So sustained.
19   Q.   Based on your review of the messages here, are you aware
20   of any items that Mr. Vallejo had in his possession?
21   A.   Yes.
22   Q.   What?
23   A.   He had weapons.  He had the --
24              THE COURT:  Hang on.  There was an objection.
25   Mr. Peed, you have to keep your voice up.  Just get on the
```

```
 1   phone.
 2   SIDEBAR:
 3         THE COURT:  What's the objection?  We sort of moved on
 4   to a different question.
 5         MR. PEED:  So there's reference to messages, so I
 6   don't know what messages those are that need to be more
 7   specific.
 8         THE COURT:  I don't think he's asking about messages,
 9   or at least it's not clear to me he's asking.  He asked what
10   did he possess.  And she was about to answer.
11         MR. PEED:  The question was based on a review of
12   messages.  There's no foundation for that.  I don't know any
13   references to Mr. Vallejo about firearms.  The only reference I
14   know is the video with the sword.  So this is, you know,
15   speculative.  I don't know what message he's referring to.
16         THE COURT:  Well, that's the question.  That's why I
17   said earlier if he wants to reference things Mr. Vallejo said,
18   let's actually put up what he said, the actual ones, not her
19   surmise or recollection of it.  Okay.
20         MR. MANZO:  Yes, Your Honor.  If you can give me one
21   second, we're pulling up the slide right now.
22         THE COURT:  Okay.
23   (End of sidebar.)
24         THE COURT:  So the objection is sustained.
25         Mr. Manzo, if you can't pull it up quickly, let's
```

1    conclude.

2          MR. MANZO:  With the court's indulgence, we're pulling

3    up the message right now.  Can we go to 9514 slide 96.

4    Q.   Can you remind the jury what we're looking at here at 9514

5    slide 96?

6    A.   This is a message from Todd Kandaris to Stewart Rhodes.

7    It says, "Just as volunteers.  As far as I know, no one is

8    anticipating speaking.  We are rifles, manpower, warm bodies

9    there to support the process and the president."

02:19 10   Q.   Who was Mr. Vallejo sharing a hotel room with?

11   A.    Mr. Kandaris and Mr. Carter.

12   Q.   And what does Mr. Kandaris say here on the second line

13   that I just underlined?

14         THE COURT:  I think she's already read what it is and

15   we've seen this before.

16         MR. MANZO:  No further questions.

17         THE COURT:  All right.  Thank you.

18         Ms. Hilgeman, you may finally, at long last, step

19   down.  Thank you for your time and your testimony.

02:19 20        Is the government ready with its next witness?

21         MR. NESTLER:  Government calls Caleb Berry.

22         CALEB BERRY, Sworn

23         THE COURT:  Mr. Berry, good afternoon.  I'll ask you

24   to remove your mask if you're comfortable doing so.  Thank you,

25   sir.

1          Counsel, ready when you are.

2          MR. NESTLER:  Thank you, Your Honor.

3     DIRECT EXAMINATION BY MR. NESTLER:

4     Q.   Good afternoon, sir.  Could you please tell us what your

5     name is?

6     A.   Caleb Berry.

7     Q.   How do you spell your first name?

8     A.   C-a-l-e-b.

9     Q.   And your last name?

02:20 10    A.   B-e-r-r-y.

11    Q.   Mr. Berry, how old are you currently?

12    A.   Twenty-one.

13    Q.   What city and state do you live in?

14    A.   Tampa, Florida.

15    Q.   Mr. Berry, let's talk about your family briefly.  Do you

16    come from a military family?

17    A.   I do.

18    Q.   Can you please briefly describe that for us.

19    A.   My stepfather was trying to get in the Marines, my

02:21 20    grandfather was Army, biological father was Air Force.

21    Q.   Did you have a desire to be in the military yourself?

22    A.   I did.

23    Q.   Why?

24    A.   Very patriotic and wanted to serve my country.

25    Q.   What is your current job as of today?

1    A.    Truck salesman.

2    Q.    What do you do as a truck salesman?

3    A.    We provide garbage trucks to municipalities and customers.

4    Q.    Let me take you back about two years ago to the fall of

5    2020.  If you're 21 today, were you about 19 back in the fall

6    of 2020?

7    A.    Yes, sir.

8    Q.    And what were you doing for a living or for work back

9    then?

02:21 10    A.    I was a line cook.

11    Q.    Now, in the fall of 2020, approximately September,

12    October, November, December, that timeframe of that year, what

13    were you doing with your time when you were not working as a

14    line cook?

15    A.    Watching YouTube media.

16    Q.    Approximately how many hours a day were you watching

17    videos?

18    A.    Most of my spare time.  So four or five hours a day.

19    Q.    What kinds of videos were you watching?

02:22 20    A.    Political.

21    Q.    Let's talk about the 2020 presidential election.  Did you

22    closely follow the election that happened in November of 2020?

23    A.    I did.

24    Q.    Why did you do that?

25    A.    I supported President Trump.

1    Q.    And why were you interested in what was happening in the

2    election?

3    A.    Because I wanted him to win.

4    Q.    Shortly after election day in early November of 2020, were

5    you aware of news outlets projecting that President Trump was

6    losing the election?

7    A.    I was.

8    Q.    How did that make you feel?

9    A.    Upset.

02:23 10    Q.    Why?

11    A.    My guy wasn't winning.

12    Q.    What did you personally want to do about the fact that

13    your guy wasn't winning?

14    A.    Nothing at this point.

15    Q.    Why?

16    A.    I didn't think that I could.

17    Q.    Why?

18    A.    One person can't act alone against something like this.

19    Q.    Over the next two months, from November of 2020 through

02:23 20    December of 2020 and into January 2021, did your belief about

21    the ability of yourself to affect the election results change?

22    A.    It did.

23    Q.    And how did that belief change over those two months?

24    A.    I was involved in a group called the Oath Keepers.

25    Q.    Let's talk about the Oath Keepers.

1          Did you join the Oath Keepers in November of 2020 after

2     the presidential election?

3     A.    I did.

4     Q.    Why?

5     A.    I wanted to do something.

6     Q.    What do you mean by that?

7     A.    I felt that the Constitution was being ignored and I felt

8     that being in a group of people who were like-minded would be

9     the best situation for me.

02:24 10    Q.    Why did you think that the Oath Keepers would be

11    like-minded to you?

12    A.    Because I consider myself to be a constitutionalist and

13    these people said that they were the same.

14    Q.    When you joined up with the Oath Keepers, what was your

15    understanding about the backgrounds of the people who were

16    leading the Oath Keepers?

17    A.    Most of them were ex-military or law enforcement.

18    Q.    How did that make you feel about them?

19    A.    Comfortable.

02:24 20    Q.    How come?

21    A.    I've always looked up to military members and law

22    enforcement.

23    Q.    What was your sense about how other members of the Oath

24    Keepers felt about the election results?

25    A.    Everybody was pretty upset.

1   Q.   How did you communicate with other members of the Oath

2   Keepers after you joined?

3   A.   Through an app called Signal.

4   Q.   Prior to joining the Oath Keepers, did you have Signal on

5   your phone?

6   A.   I did not.

7   Q.   How did you get it?

8   A.   Kelly told me to get it.

9   Q.   And who is Kelly?

02:25 10   A.   Kelly was the chapter leader of the Florida chapter.

11   Q.   Do you know Kelly's last name?

12   A.   Meggs.

13   Q.   And when Kelly told you to get Signal, what did you do?

14   A.   I downloaded it.

15   Q.   And once you downloaded Signal onto your phone, did you

16   then use it to communicate?

17   A.   I did.

18   Q.   Did you use your real name?

19   A.   I did not.

02:25 20   Q.   What name did you use initially?

21   A.   American Patriot 242.

22   Q.   And then did you have additional names?

23   A.   Several.

24   Q.   What were some of the other names you end up using?

25   A.   Breacher, Gator 242.  I believe there was one more but I

1  can't recall.

2  Q.   Did you also use OK 242?

3  A.   I did.

4  Q.   And you mentioned this name, Breacher.  When did you get

5  that name Breacher?

6  A.   January 4th, I believe.

7  Q.   And these other names, American Patriot 242, Gator 242, OK

8  242, did you pick those names yourself?

9  A.   Gator 242 was given to me by Kelly because he told me that

02:26 10  I earned it.  Breacher, I earned it.  And the others I picked

11  myself.

12  Q.   Who gave you that name Breacher in January of 2021?

13  A.   Jeremy.

14  Q.   Do you know Jeremy's last name?

15  A.   I don't.

16  Q.   Let's talk about Jeremy for a second.  First of all, was

17  he a member of the Oath Keepers?

18  A.   He was.

19  Q.   Okay.  I'm going to pull up just for you, Mr. Berry,

02:27 20  Government Exhibit 4700.  Have you seen this photograph before?

21  A.   I have.

22  Q.   And do you see Jeremy in this photograph?

23  A.   I do.

24       MR. NESTLER:  Government moves to admit Exhibit 4700

25  into evidence.

1          MS. HALIM:  No objection.

2          THE COURT:  4700 is admitted.

3          (Exhibit 4700 admitted into evidence.)

4    Q.   You actually have a touchscreen in front of you,

5    Mr. Berry.  If you could just put an arrow in front of where

6    Jeremy is.

7          So the man in the military gear on the left side in the

8    front of the photograph; is that right?

9    A.   Yes, sir.

02:27 10   Q.   Now, prior to January 6th, what was your understanding

11   about what Jeremy's military background was?

12   A.   Ex-special forces I believe in Ranger or Green Beret.

13   Q.   And what did it mean to you that Jeremy was ex-special

14   forces or Ranger or Green Beret?

15   A.   He was experienced.  He knew what he was doing.

16   Q.   How did that make you feel about him?

17   A.   I looked up to him.

18         THE COURT:  Sorry to interrupt.  Could I ask you to

19   keep your voice up a little bit.

02:28 20         THE WITNESS:  Yes, sir.

21         THE COURT:  Thank you, sir.

22   Q.   If it makes you feel better, the microphone actually

23   moves, too.  So you can actually move the microphone so you

24   don't have to keep leaning in.  All right?

25         When Jeremy gave you the name Breacher before January 6th,

1    how did it make you feel?

2    A.    Like I was being accepted.

3    Q.    How do you feel now that Jeremy gave you the name Breacher

4    prior to January 6th?

5    A.    Uncomfortable.

6    Q.    Why does it make you feel uncomfortable?

7    A.    Because it paints me in a picture of somebody who is at

8    the front of a stack to kick open a door.

9    Q.    Let's talk about some of those names, Breacher and OK 242

02:29 10    and American Patriot 242.  Why did you use those names, those

11    call signs, instead of using your real name?

12    A.    A source of anonymity.

13    Q.    And anonymity from whom?  Who did you not want to know

14    your real name?

15    A.    The federal government or people who might oppose our

16    ideas.

17    Q.    Let's talk about the other people in your group of the

18    Oath Keepers.  You said you were 19 at the time, in November of

19    2020; is that right?

02:29 20    A.    Correct.

21    Q.    How does that age compare to the age of the other people

22    in the Florida Oath Keepers?

23    A.    Most of them were ten, 20 years my senior.

24    Q.    Now, when you were using Signal, were there -- can you

25    describe the different groups in terms of open groups and

1    vetted groups?

2    A.    There was an open group chat where people who were

3    non-vetted were able to speak freely.  And the vetted chat was

4    for people who were able to properly identify themselves and

5    prove that they were who they said that they were.

6    Q.    When you first joined up with the Florida Oath Keepers,

7    were you in the open chat?

8    A.    I was.

9    Q.    And did there come a time when you got admitted to the

02:30 10    vetted chat?

11    A.    Yes, sir.

12    Q.    What did it mean for you when you got sort of promoted to

13    be in the vetted chat?

14    A.    I was being accepted.

15    Q.    And through November and December and into January of 2020

16    to 2021, did you use both of those chats, the open chat and the

17    vetted chat?

18    A.    I did.

19    Q.    Now, when you joined up with the Oath Keepers, what was

02:30 20    your understanding of who was in charge of the organization

21    nationally?

22    A.    Stewart Rhodes.

23    Q.    And how about who was in charge in Florida?

24    A.    Kelly Meggs.

25    Q.    Can you identify anybody else who you considered to be in

```
 1   leadership in Florida?
 2   A.   Kenny, who went by Gator 6, and Joe.
 3   Q.   And what did Joe go by, if you remember?
 4   A.   Ahab.
 5   Q.   And if you -- did you ever meet Joe in person?
 6   A.   Once before this.
 7   Q.   And you also met him in person on the way to DC for
 8   January 6th?
 9   A.   I did.
10        MS. HALIM:  Objection, leading.
11        THE COURT:  Rephrase the question, please.
12   Q.   Sure.  You said "once before this."  What do you mean by
13   "before this"?
14   A.   We went to a security detail for Roger Stone in St. Pete,
15   I believe.
16   Q.   You and Joe?
17   A.   And several others, yes, sir.
18   Q.   And if you saw Joe again, would you recognize him?
19   A.   I would.
20   Q.   Do you see Joe sitting here in the courtroom today?
21   A.   I do.
22   Q.   Could you please point him out by where he's sitting and
23   what he's wearing?
24        MS. HALIM:  Your Honor, we'll stipulate that Mr. Berry
25   can identify Mr. Hackett.
```

1     MR. NESTLER:  That's fine by the government, but I'd

2  like the witness to identify him.

3     THE COURT:  If you can identify who you've been asked

4  to identify, please do so.

5     THE WITNESS:  It's the man in the blue mask.

6     MR. NESTLER:  Let the record reflect, please, that

7  Mr. Berry has identified Mr. Hackett.

8     THE COURT:  The record will so reflect.

9  Q.   Now, you said that you went with Joe, and you called him

02:32 10  Joe; is that right?

11  A.   I did.

12  Q.   All right.  So I'm going to call him Joe for you.  Okay?

13       You went with Joe to an event in Clearwater; is that

14  right?

15  A.   Yes.

16  Q.   And Clearwater is a city in Florida?

17  A.   Yes, sir.

18  Q.   What kind of event was it?

19  A.   It was a security detail.

02:32 20  Q.   And at the time you went on the security detail, did you

21  have any training in security?

22  A.   I did not.

23  Q.   Did you have any experience in providing security?

24  A.   I did not.

25  Q.   Now, we talked about Signal and communicating on Signal.

```
 1    I want to show you some Signal messages.  Okay, Mr. Berry?
 2    A.   Yes, sir.
 3    Q.   I'm going to pull up on the screen for you Government
 4    Exhibit 5721, some messages from November 25 of 2020.  Do you
 5    recognize these messages?
 6    A.   I do.
 7              MR. NESTLER:  Government moves to admit 5721 into
 8    evidence.
 9              MS. HALIM:  No objection.
10              THE COURT:  5721 will be admitted.
11              (Exhibit 5721 admitted into evidence.)
12    Q.   Now, Mr. Berry, I'm going to go through these messages
13    with you briefly and ask you a couple of questions about them.
14    So on November 25 of 2020, OK Gator 1 sent a message to the
15    OKFL Hangout.  Remind us, do you know what the OKFL Hangout
16    chat is on Signal?
17    A.   I believe it was the unvetted chat.
18    Q.   Was that sort of the open chat?
19    A.   Yes, sir.
20    Q.   Do you know who went by OK Gator 1?
21    A.   Kelly Meggs.
22    Q.   So he says here at 11:25 p.m., "Tampa area, Caleb, what's
23    the background?"  If we go to the next message, two minutes
24    later someone named Gator 242 responds.  Is that you, Gator
25    242?
```

```
 1    A.    That is me.
 2    Q.    And you write, "Background?  WDYM."  And what does "WDYM"
 3    mean?
 4    A.    What do you mean?
 5    Q.    If we can go to the next message.  So one minute later at
 6    11:28 p.m., Kelly Meggs as OK Gator 1 says, "Like where are you
 7    from?  What do you do?  What brought you in?"  If we can go to
 8    the next message a minute later he writes, "I skill sets, et
 9    cetera."  Do you see that?
10    A.    I do.
11    Q.    If we can go to the next message one minute later, he
12    writes, "I mean, not too personal, just an overview."  And if
13    we keep going forward, a few seconds later you responded.  Can
14    you tell us what you wrote?
15    A.     I said, "Ah, I see.  My name is Caleb.  I'm 19 years old
16    and I'm fed up with the bullshit.  I'm sick of being forced to
17    hide my opinions.  I live in Hillsborough County and I'm a line
18    cook currently."
19    Q.    If we can go to the next message, please.  Few seconds
20    later you wrote, "I have training with firearms. " Do you see
21    that?
22    A.     I do.
23    Q.    And if we can go to the next message.  A few seconds after
24    that you wrote, "I'm comfortable with them."  Do you see that?
25    A.     Yes, sir.
```

 1    Q.    Why did you write these messages to this group that you

 2    had training with firearms and you were comfortable with them?

 3    A.    To let them know that if I needed to use them, I could.

 4    Q.    Why was it important in your mind for you to let these

 5    other people in Florida Oath Keepers know that you were

 6    comfortable with firearms and you knew how to use them?

 7    A.    To show that I was willing and able to participate and be

 8    a valuable asset to them.

 9    Q.    Did you think these other people had experience with

02:35 10   firearms?

 11   A.    I did.

 12   Q.    Why did you think that?

 13   A.    Most of them being ex-military or law enforcement.

 14   Q.    And if we can go to the next message, please, also at

 15   11:30 p.m. that same day.  Kelly Meggs wrote, "All right.  So

 16   patriot."  And if we can go forward.  Two minutes later he

 17   continued, "Good.  We will take all we can get.  You're young.

 18   Shouldn't you be on other side?  LOL."  If we can go to the

 19   next message, also 11:32 p.m. you responded.  What did you

02:35 20   write?

 21   A.    "Just a regular guy.  Nothing special.  I'll help where

 22   and when I can, and I'll be active.  Not much else to tell."

 23   Q.    If we can go to the next message, please, a minute later

 24   someone named P148 wrote, "We need to get more young people."

 25   If we can go forward.  P148 wrote, "I'm 20."  If we can go to

2540

1    the next message in the sequence.  Kelly Meggs wrote, "Oh, I

2    agree."  Do you see that?

3    A.    I do.

4    Q.    If we can go forward also at 11:33 p.m. you wrote

5    something.  What did you write?

6    A.    "There are others but they're afraid."

7    Q.    Next message also 11:33 p.m., what did you write?

8    A.    "Afraid to speak up."

9    Q.    If we can go forward, please.  One minute later, Kelly

02:36 10   Meggs wrote, "It's just a rare find.  My son's an OK.  He's 21.

11   I love the generation behind the millennials.  Lots of patriots

12   in that crowd surprisingly."  Mr. Berry, at this time did you

13   consider yourself a patriot?

14   A.    I did.

15   Q.    If we can go forward to the next message, please,

16   at 11:35 p.m., Kelly Meggs wrote, "Well, thank you for stepping

17   up.  That, sir, makes you a bad ass.  You're better than them

18   now."  At this time, November 25 of 2020, how did you feel that

19   Kelly Meggs in front of the open OKFL Hangout group was calling

02:37 20   you a bad ass?

21   A.    Like I was being accepted.

22   Q.    And if we can go to the next message, one minute later you

23   responded.  Can you tell us what you wrote?

24   A.    I said, "I'm going to be honest.  With the dishonesty in

25   this election, we reach further and further to the brink of no

```
 1   return.  I'm fighting for the future of my family and my
 2   children, for their children.  I'll die for it."
 3   Q.   At the time, Mr. Berry, did you have any children?
 4   A.   I did not.
 5   Q.   Why did you write this?
 6   A.   Because I want my kids to be able to grow up in an
 7   environment where they have the same liberties that I do.
 8   Q.   The last sentence here is, you wrote, "I'll die for it."
 9   Do you see that?
10   A.   I do.
11   Q.   Why do you write that?
12   A.   Because I meant it.
13   Q.   What do you mean?
14   A.   I meant that I was willing to fight and die for it.
15   Q.   Why did you feel it was important to tell these other
16   members of the group, who were older than you, who were
17   military veterans, that you were prepared to die for it?
18   A.   So they knew I was serious.
19   Q.   What did you think about their level of seriousness?
20        MS. HALIM:  Objection.
21        THE COURT:  It's overruled.
22        Go ahead.  You can answer, sir.
23   A.   Can you ask the question again.
24   Q.   Sure.  No problem.
25        You said you were serious.  Is that right?
```

 1    A.    Yes, sir.

 2    Q.    What did you think about the other members' of the group

 3    seriousness?

 4    A.    I thought they were, if not more serious, the same level

 5    as myself.

 6              MR. NESTLER:  And if we can now take this down,

 7    please, Ms. Badalament, and go to Government Exhibit 6778,

 8    which is already in evidence, and go to slide 10, please.

 9    Q.    Now I'm going to go through some messages from around

02:38 10    December 6 of 2020 with you.  Okay, Mr. Berry?

11              So starting here at 11:07 p.m. on December 6 of 2020,

12    someone named Jason writes a message to the same group.  Do you

13    see that?

14    A.    I do.

15    Q.    What was your understanding about Jason's military

16    background?

17    A.    I believe he was an ex-marine.

18    Q.    And what did that mean to you, that he was an ex-marine?

19    A.    He had likely seen combat and I respected him for that.

02:39 20    Q.    So Jason writes, "For most of my life I've been on the

21    front lines.  I shouldn't be alive today.  I'm here by the

22    grace of God and for no other reason.  After I retired, I had

23    many opportunities to join multiple NGOs, federal agencies.  I

24    declined, even though I wanted to, because my wife was done

25    with my deployments.  I'm asking her to put up" --

2543

1          MR. NESTLER:  Next slide, please.

2     Q.   -- "with it again but this time there is no coming back.

3     No pay, no awards, no homecomings, and if I'm lucky, I get a

4     prison sentence, tagged with treason or a bullet from the very

5     people I would protect.  Yet I swore to defend this country

6     against all enemies foreign and domestic.  I think my biggest

7     trouble is trying to convince myself to say goodbye to my

8     family after all they had to endure with the likelihood of

9     never seeing them again again."

02:40  10          MR. NESTLER:  If we can go back to the middle part of

11     the message, please, Ms. Badalament.

12     Q.   Do you see here that Jason wrote that if he was lucky, he

13     would get tagged with a prison sentence or tagged with treason

14     or a bullet from the people he would protect?

15     A.   I do.

16     Q.   What did it mean to you that a Marine Corps veteran was

17     saying he might get charged with treason for what he was

18     talking about here?

19     A.   He was serious about it.

02:40  20     Q.   And what did it mean to you that someone who was a Marine

21     Corps veteran was saying things like this and you, yourself,

22     were 19 with no military experience?

23     A.   That I was justified in my feelings.

24          MR. NESTLER:  If we can go to the next message,

25     please, Ms. Badalament.

Q.   And then about four minutes later, Jason continued by

writing, "Sorry for the rant."

          MR. SHIPLEY:  I'm going to object.  Can we get on the

phone.

**SIDEBAR:**

          MR. SHIPLEY:  I don't think it's appropriate for

Mr. Nestler simply to read these slides over and over again.

It's repeating the evidence.  It's already before the jury.

Ask the witness to read them and then ask a question.  Not read

them out loud.  It's not appropriate for this witness to read

somebody else's testimony and it's just Mr. Nestler's --

          THE COURT:  Well, first of all, it's not testimony.

These are exhibits.  These are exhibits these are Signal

statements made by others who were alleged to be part of the

conspiracy, so he's not reading testimony.  And if the

objection is that you want the witness to read it, I can ask

Mr. Nestler to do that and have him read it instead of

Mr. Nestler reading it.

          MR. SHIPLEY:  I think that's preferable.

          MR. NESTLER:  I don't believe that's necessary.

          THE COURT:  Okay, okay.  Mr. Nestler, you can --

          MR. NESTLER:  I don't believe that's necessary.  I'm

asking him to read some selected messages.  It's going to be

slower.  I'm trying to get to the parts I want to emphasize and

highlight and explain.  So I'm putting these in for context and

1    asking the questions about the ones he's written or he

2    remembers.  I don't think he needs to read all of the messages

3    or there's any requirement for him to be the one to read them

4    out loud.

5         MR. SHIPLEY:  I don't think he should read them out

6    loud.  They're not his messages.  He can read them to himself

7    and then ask --

8         THE COURT:  That's not accurate.  He can read it out

9    loud to make sure it's in the record so that the record is

02:42 10   clear as to what he's reading and what he's reflecting on.

11   There's no problem with that.

12        I'll give this a little bit of flexibility,

13   Mr. Nestler, that's fine.  To the extent you're concerned about

14   the performative reading of the questions, I don't think it's

15   terribly performative on his part.  In fact, it's fairly stale

16   in the way it's being delivered.  So I'll give it a little bit

17   of rope.  If there's something in particular that comes up that

18   you think is problematic, you can object then.  All right?

19        MR. PEED:  Your Honor, could I just ask that the

02:43 20  government lay a foundation that he remembers these messages at

21   the time, because it's not clear if he's saying what it means

22   to him now or if he actually remembers these in realtime.  So

23   for each message he's going to opine about the meaning, I just

24   ask he lay a foundation.

25        THE COURT:  Okay.  That's fine.  The government would

2546

```
 1   just confirm that he's read these at the time and he's

 2   describing how he felt at the time when he read them.

 3   (End of sidebar.)

 4       THE COURT:  So the objection is overruled.  You can

 5   continue.

 6   BY MR. NESTLER:

 7   Q.   So Mr. Berry, you indicated when you first started

 8   testifying that you were on Signal four or five hours a day

 9   around this time; is that right?

10   A.   Correct.

11   Q.   And so over the course of two months, that's a lot of

12   hours on Signal; is that right?

13   A.   Yes, sir.

14   Q.   Do you remember some of the messages we're going over

15   today?

16   A.   I do.

17   Q.   And have you reviewed them before?

18   A.   I have.

19   Q.   And the tenor of the messages we're reviewing here today

20   in court, are these consistent with what you remember at the

21   time in November and December of 2020?

22   A.   Yes.

23   Q.   So back to the messages.  At 11:11 p.m. on December 6

24   Jason wrote, "Sorry for the rant.  Things are getting closer to

25   the point of no return.  I can't help thinking about my
```

1    decisions in the coming days.  I may be a dumb grunt but I'm

2    not stupid."

3              MR. NESTLER:  If we can go to the next message,

4    please, Ms. Badalament.

5    Q.   Three minutes later, Faith or Ahab responds at 11:14.  And

6    can you read for us what it is that Ahab wrote?

7    A.   He said, "I'm with you, man.  I'm glad you put that out

8    there.  It helped me a lot to hear what you said" -- "or helped

9    me a lot to know hear what you said."

02:44 10   Q.   If we can go forward five minutes later, Kelly Meggs as OK

11   Gator 1 writes, he writes, "Dude, stand ready, but focus on

12   that family.  Our battle doesn't start with us."

13             MR. SHIPLEY:  Your Honor, same objection.

14             THE COURT:  Overruled.  Go ahead.  You can read it.

15   Q.   "Our battle doesn't start with us.  Our battle ends with

16   us.  Not just OK but all of us.  The thousands of patriots in

17   your town you don't even know exist.  We have to stop acting

18   like it's just us.  It's not everyone but there's going to be a

19   lot.  If it ever happens, we have to make sure the ones that

02:45 20   stand up know what they are doing.  That's our mission.  Your

21   fear needs to be your motivation.  We have more time than you

22   think but not enough.  We need to get this done.  Teach your

23   neighbors, teach your friends, teach anyone that will let you

24   teach them.  Get them ready.  100 guys go to prison.  1,000

25   guys get in a battle.  10,000 guys get in a war.  72 million is

1    a massive patriotic movement.  We won't go alone.  Let's

2    prepare those going with us."

3              MR. NESTLER:  If we can go back one slide, Ms.

4    Badalament.

5    Q.   Do you see here Kelly Meggs wrote, "100 guys go to prison.

6    1,000 guys get in a battle.  10,000 guys get in a war"?

7    A.   I do.

8    Q.   Do you remember seeing this message and messages like it

9    around this time?

02:46 10   A.   I do.

11   Q.   What did it mean to you that Kelly Meggs was talking about

12   how 100 guys go to prison but 1,000 go to a battle, and 10,000

13   go to a war?

14   A.   The more our numbers were, the better our chances of

15   succeeding.

16   Q.   What about the lower your numbers?

17   A.   The lower our numbers, the less chance we had of

18   succeeding.

19   Q.   And what would it mean if you didn't succeed?

02:46 20   A.   We'd go to prison or worse.

21             MR. NESTLER:  And if we can now go forward to slide 41

22   in the same exhibit, Ms. Badalament.

23   Q.   And you see here about 16 days later on December 22, a

24   message from Kelly Meggs in that same group; is that right?

25   A.   Yes, sir.

1    Q.   And he wrote, "One rule that must be abided by.  Go one,

2    you're a criminal.  Go dozens, you're a cell.  Go hundreds,

3    you're a movement.  Go thousands, you're patriots."  Do you see

4    that?

5    A.   I do.

6    Q.   What did you take this to mean around this time, "Go one,

7    you're a criminal.  Go dozens, you're a cell.  Go hundreds,

8    you're a movement.  Go thousands, you're patriots"?

9    A.   Once again, the better our numbers the better our chances

02:47 10   of succeeding.

11   Q.   And what about if you were one?

12   A.   We would be branded as criminals.

13             MR. NESTLER:  If we can now go back to slide 18, back

14   to December 6, please, Ms. Badalament.

15   Q.   About an hour after that prior message we saw from

16   December 6, we're now in the morning of December 7 at 12:19

17   a.m., Faith or Ahab writes.  Can you let us know what it was

18   that he wrote here?

19   A.   He said, "As I said, I'm glad you did.  We all must take

02:47 20   into account what level of commitment is in our hearts.  No one

21   can honestly say they know how this is going to play out with

22   certainty.  That unknown is a killer.  Knowing what you know

23   would make anyone wonder if they want their family to endure

24   that kind of turmoil."

25   Q.   And the next slide, please.  You can continue, please.

1   A.   "Having that option to go is a heavy burden.  I pray you

2   find the path that is right for you and I pray the same for

3   myself and anyone listening."

4   Q.   If we can go back up one.  Do you see here where Ahab or

5   Faith wrote that, "We have to take into account what level of

6   commitment is in our hearts"?

7   A.   I do.

8   Q.   What level of commitment did you personally have around

9   this time?

02:48 10   A.   I was ready to die for it.

11        MR. MANZO:  If we can now go to 5715, please,

12   Ms. Badalament.

13   Q.   And these are messages about five days later from December

14   11 of 2020.  Have you seen these messages before, Mr. Berry?

15   A.   I have.

16        MR. NESTLER:  Government moves to admit into evidence

17   5715.

18        MS. HALIM:  No objection.

19        THE COURT:  5715 will be admitted.

02:49 20        (Exhibit 5715 admitted into evidence.)

21   Q.   And so this is also the OKFL hangout; is that right?

22   A.   Yes, sir.

23   Q.   And someone named Stewart Rhodes is posting.  Remind us

24   who Stewart Rhodes was, as far as you knew.

25   A.   He was the leader of the whole organization.

2551

Q.   And he was posting here in the Florida hangout chat?

A.   He was.

Q.   And so he wrote here at 1:16 in the afternoon on December 11, "As for not being able to find firearms and accessories in stock at your local store, Armslist is your friend.  Stuff is always for sale."

     MR. NESTLER:  If you'd go to the next slide, please.

Q.   A few seconds later he wrote, "That's for in-person.  Then there are online sites like Gunbroker."

     If we can go to the next slide.  A few seconds later you wrote as Gator 242.  Is that right?

A.   Correct.

Q.   What did you write?

A.   I said, "Sucks to be 19."

Q.   Then the next slide one minute later, what did you continue with?

A.   "I can't arm myself is all."

Q.   The next slide one minute after that, what did you write?

A.   "Got to be 21 to purchase a firearm now in Florida."

     MR. NESTLER:  If we can go to the next slide, please.

Q.   A few seconds later, Rhodes wrote, "There are also state specific online firearms classified in each state.  Here is the Texas version."

     MR. NESTLER:  We can go to the next slide.

Q.   Then a few second after that, OK Gator 1, Kelly Meggs

        1   wrote, "OSINT and securing online intel" and posted a link to a

        2   call.  Do you see that?

        3   A.    I do.

        4   Q.    Did you join any of these calls that were posted here

        5   through Signal?

        6   A.    I joined several of them but not this one.

        7   Q.    Okay.  And what app did you use to join these calls?

        8   A.    An app called Go To Meeting.

        9           MR. MANZO:  If we could go to the next slide, please,

02:50  10   Ms. Badalament.

       11   Q.    Kelly Meggs, after posting that message about the call,

       12   wrote, "Tonight training call."  Do you see that?

       13   A.    I do.

       14           MR. NESTLER:  If we can go forward, please, a few

       15   seconds later.

       16   Q.    Jason again wrote a message.  What is it that Jason wrote?

       17   A.    He said, "Caleb, if so, it's not illegal to own, just to

       18   buy.  See if mom, dad, older sibling, aunt or uncle can get you

       19   a nice Christmas present."

02:51  20           MR. NESTLER:  If we can go to th next slide, please.

       21   Q.    Two minutes later you responded.  Do you see that?

       22   A.    I did.

       23   Q.    What did you write at 1:20 p.m.?

       24   A.    I said, "No one is interested in buying me one.  So I'm

       25   screwed.  LOL."

1          MR. NESTLER:  If we can go forward, please.

2     Q.   One minute later Stewart Rhodes wrote, and he wrote, "Just

3     train.  No reason you can't go to the range with buddies and

4     train on their gear for an afternoon."  Do you see that?

5     A.   I do.

6          MR. NESTLER:  If we can go forward.

7     Q.   One minute later you responded.  Do you see that?

8     A.   I do.

9     Q.   What did you write?

02:51 10   A.   I said, "I train all the time."

11     Q.   Then you have a little -- is that an emoticon?

12     A.   A smiley face.

13          MR. NESTLER:  And then if we can go to the next

14     message, please.  Oh, sorry, this is the last of this segment.

15     Q.   Why did you feel it was important to tell this group,

16     including Rhodes and Kelly Meggs and Jason, that you train with

17     firearms all the time?

18     A.   To let them know that I was taking it seriously.

19     Q.   What did you want them to think about you?

02:52 20   A.   That I would be valuable.

21          MR. MANZO:  Now, if we could go to the next set,

22     please, Ms. Badalament.  It's 9514.  It's already in evidence.

23     There's just four slides.  Starting with slide 37.

24     Q.   So here on December 25, Christmas day, do you see this

25     message?

A.    I do.

Q.    And here Stewart Rhodes is writing to the OKFL Hangout chat; do you see that?

A.    I do.

Q.    So he wrote, "It's not a fool's errand.  It has benefits regardless of outcome and regardless of what we then do.  Trump needs to know we support him in using the Insurrection Act and that needs to be the message.  If Congress rubber stamps an unconstitutional fraud, President Trump must defend the Constitution and we urge him to use the Insurrection Act to do so.  And we will support him with our boots on the ground nationwide and we will protect him and assist him."

        What does "boots on the ground" mean to you, Mr. Berry?

A.    That our presence would be needed.

        MR. MANZO:  And if we could then go to the next slide, please, Ms. Badalament.

Q.    And then Rhodes continued in the same message.  "He needs to know that to his bones.  We need to make it clear.  We need to have that message echoing off every rooftop from now until that day, focused like a laser on it."

        MR. MANZO:  If we could then go forward one minute later at 6:58 p.m.

Q.    Rhodes wrote to this group, "And he needs to know if he fails to act, then we will.  He needs to understand that we will have no choice."

1      Mr. Berry, around this time, around Christmas of 2020,
2  what did this message mean to you that Stewart Rhodes was
3  writing that if Trump failed to act, then we will?
4  A.   Can you repeat the question.
5  Q.   Sure.  So Stewart Rhodes used the phrase, "we" -- "he,"
6  meaning President Trump, "needs to know if he fails to act,
7  then we will."  Do you see that?
8  A.   Yes.
9  Q.   He also writes, "He needs to understand that we will have
02:54 10  no choice."  Do you see that?
11  A.   I do.
12  Q.   What do you understand "we" to mean?
13          MR. PEED:  Foundation, Your Honor.
14          THE COURT:  Excuse me?
15          MR. NESTLER:  Foundation.
16          THE COURT:  Go ahead.
17  Q.   Mr. Berry, do you remember being on Signal four or five
18  hours a day around this time?
19  A.   I do.
02:54 20  Q.   Do you remember seeing messages like this around this
21  time?
22  A.   All the time.
23  Q.   Did Stewart Rhodes use phrases like "we need to do
24  things"?
25  A.   All the time.

2556

1    Q.    Did Kelly Meggs use phrases like "we need to do things"?

2    A.    All the time.

3    Q.    When Stewart Rhodes and Kelly Meggs said that "we needed

4    to do things," what did you understand "we" to mean, that word

5    "we"?

6    A.    As the Oath Keepers.

7    Q.    And what were you a member of?

8    A.    The Oath Keepers.

9    Q.    When they said "we," did that include you?

02:55 10    A.    It did.

11    Q.    How did you feel about that?

12    A.    Like I was accepted.  Like I was doing the right thing.

13    Q.    Were you one of the people who was prepared to act?

14    A.    Yes.

15         MR. NESTLER:  Now, if we could go to Government

16    Exhibit 6778, please, Ms. Badalament, slide 37.  So this is

17    already in evidence.

18    Q.    This is on December 21st.  So about four days earlier.  Do

19    you see also this is Stewart Rhodes posting to the OKFL hangout

02:55 20    chat.  Do you see that?

21    A.    I do.

22    Q.    Rhodes wrote, "We need to push Trump to do his duty.  If

23    he doesn't, we will do ours.  Declare independence, defy,

24    resist, defend, conquer or die.  This needs to be our

25    attitude."  Did you see that same phrase "We"?

1   A.   I do.

2   Q.   What did you take that to mean?

3   A.   The Oath Keepers.

4   Q.   And Rhodes wrote that if Trump did not do his duty, we

5   would do ours.  What did you consider your duty to be around

6   this time, in late December of 2020?

7   A.   To defend the Constitution.

8   Q.   What did you think that meant in terms of how you would

9   defend the Constitution?

02:56 10   A.   Fight against the federal government if I had to.

11   Q.   And when Stewart Rhodes wrote things like "conquer or

12   die," what did you take that to mean?

13   A.   We needed to act or we would die.

14        MR. NESTLER:  Now, if we could go to just one more set

15   of messages, please, Ms. Badalament, Government Exhibit 5717.

16   Q.   And Mr. Berry, do you remember seeing this message before?

17   A.   I do.

18   Q.   And did you author this message?

19   A.   I did.

02:56 20        MR. NESTLER:  Government moves to admit 5717 into

21   evidence.

22        MS. HALIM:  No objection.

23        THE COURT:  5717 will be admitted.

24        (Exhibit 5717 admitted into evidence.)

25   Q.   So Mr. Berry, this is a different Signal group than the

1 others we were just looking at; is that right?

2 A. Yes, sir.

3 Q. This is the vetted OKFL hangout?

4 A. Yes, sir.

5 Q. Remind us, what does it mean to be in the vetted chat

6 versus just the open chat?

7 A. We had proven who we said to be.

8 Q. And so were there fewer people in the vetted chat?

9 A. There was.

02:57 10 Q. And here on January 2nd of 2021, what did you write to the

11 vetted chat?

12 A. I said, "I support the police until they fail to uphold

13 the Constitution.  They aren't oath takers or oath keepers at

14 that point.  They are oath breakers."

15 Q. What did you personally think about law enforcement around

16 this time in very early January of 2021?

17 A. I supported law enforcement for the most part, but I

18 distrusted federal law enforcement.

19 Q. Why did you distrust federal law enforcement?

02:57 20 A. Because I believe that the acting FBI director was

21 actively going against the United States.

22 Q. And what does that mean that you thought he was going

23 against the United States?  Who was he going against?

24 A. President Trump.

25 Q. And who did you want to support?

1    A.    President Trump.

2    Q.    You used the phrase "oath breakers" here in your message

3    to the vetted hangout chat; is that right?

4    A.    Yes, sir.

5    Q.    Why did you use that phrase?

6    A.    When you swear an oath to the Constitution to defend and

7    uphold it against all enemies, foreign and domestic, usually

8    that's a lifelong thing, and I believed that certain law

9    enforcement officials were failing to uphold the Constitution.

02:58 10   Q.    And what did you think that meant for the Oath Keepers in

11   terms of what they were justified in doing?

12   A.    Fighting back.

13          MR. NESTLER:   Okay.  You can take this down, please,

14   Ms. Badalament.

15   Q.    Now, Mr. Berry, how closely were you following the news in

16   December of 2020?

17   A.    Very.

18   Q.    Were you aware of legal avenues like court cases that

19   President Trump was using to try to stay in power?

02:59 20   A.    I was following them.

21   Q.    By the end of the year, by the end of December of 2020,

22   were you aware of any of these legal avenues being successful

23   for President Trump?

24   A.    No.

25   Q.    What did that mean for you and the rest of the Oath

1    Keepers in terms of what you thought you had to do?

2    A.    Our legal avenues had failed and the only option left was

3    violence.

4    Q.    Is that how you personally felt?

5    A.    I did.

6    Q.    Based on the conversations you had with other members of

7    your Oath Keepers group, what was your impression about how

8    they felt?

9           MS. HALIM:  Objection.  Calls for speculation.

03:00 10           THE COURT:  I'll allow it.  He can provide a lay

11    opinion about his impressions of what others said.  You can

12    answer, sir.

13    A.    Based on information that I had seen at that point, I

14    believed them to feel similarly to them.

15    Q.    Now, did you decide at some point to come to Washington,

16    D.C. for the events of January 6th?

17    A.    I did.

18    Q.    Who did most of the coordinating for the logistics and

19    such for your group?

03:00 20    A.    Kelly Meggs.

21    Q.    Was there any discussion amongst the group about weapons?

22    A.    There was.

23    Q.    Can you please explain what that discussion was?

24    A.    Who would be bringing them, where would they be going,

25    things of that nature.

1    Q.   What was your understanding from these conversations prior

2    to January 6th about your ability to access a firearm while you

3    were in DC?

4    A.   I was told that if I needed one, because I wasn't able to

5    bring one, that I would get one.

6    Q.   And who told you that they would provide one for you?

7    A.   Kelly Meggs.

8    Q.   And did you have an understanding about how you would get

9    it from Kelly Meggs or other members of the group?

03:01  10    A.   Either by picking it up off the ground or getting it from

11    the QRF.

12    Q.   And what was your understanding of how the QRF would get

13    it to you?

14    A.   Kelly Meggs was in communication with the QRF and the QRF

15    would bring it by boat.

16    Q.   Were you personally in communication with the QRF?

17    A.   I was not.

18    Q.   So who were you working through to make sure you had

19    access to the firearms that were necessary?

03:01  20    A.   Kelly Meggs.

21    Q.   Now, in advance of leaving Florida to come to DC, was

22    there conversation also about what kind of gear to bring?

23    A.   There was.

24    Q.   And what kind of gear were you told to bring?

25    A.   I was told to bring a ballistic vest, possibly a helmet.

```
 1    Didn't need to be ballistic, though.

 2    Q.    And did you have a ballistic vest?

 3    A.    I did not.

 4    Q.    And can you describe your understanding at the time of

 5    what a ballistic vest was?

 6    A.    A ballistic vest is a device that carries a plate rated

 7    for small arms.

 8    Q.    Meaning bulletproof?

 9    A.    Bulletproof, correct.

10    Q.    And you were familiar with what ballistic vests were?

11    A.    Correct.

12    Q.    And when you were told to bring one but you didn't have

13    one, what did you do?

14    A.    A friend gave me one.

15    Q.    And you were told to bring a helmet as well; is that

16    correct?

17    A.    Correct.

18          MS. HALIM:  Objection, Your Honor.  Can we get on the

19    phone.

20    SIDEBAR:

21          MS. HALIM:  The objection is to leading.  This is a

22    critical fact witness and Mr. Nestler is repeatedly leading

23    him.  I do object to that.

24          MR. NESTLER:  I disagree.  I'm repeating what he said

25    to orient him to the next question.
```

1            THE COURT:  Mr. Nestler, some is arguably leading,

2     some of it is not.  I just ask Mr. Nestler to be mindful of the

3     nature of the question.  If there's a specific objection to

4     leading, by all means make it.

5     (End of sidebar.)

6     Q.   Right before we took a little break, you mentioned you

7     brought a ballistic helmet; is that right?  Sorry, a helmet.

8     A.   I did.

9     Q.   Let's talk about your way to get from Florida to

03:03 10     Washington, D.C.  Okay?  What method of transport did you use?

11     A.   I drove in a van.

12     Q.   Why did you drive instead of flying from Florida to DC?

13     A.   Because we'd be traveling with equipment and we couldn't

14     get it through TSA.

15     Q.   Let's talk about how you started your drive.  Did you meet

16     up at someone else's house?

17     A.   I did.

18     Q.   Whose house was that?

19     A.   Jeremy's.

03:04 20     Q.   Is that the same Jeremy we talked about earlier in your

21     testimony?

22     A.   It was.

23     Q.   When you were at Jeremy's house, how many vehicles did you

24     see that were going to be leaving for the trip?

25     A.   Two.

1    Q.    Let's talk about each of those two vehicles.  Just

2    generally describe what were the two vehicles?

3    A.    It was a large RV and a minivan.

4    Q.    And what was your understanding about whose vehicles those

5    were?

6    A.    Both of them were Jeremy's.

7    Q.    Let's start with the large RV.

8         MR. NESTLER:  If we could pull up for Mr. Berry,

9    please, Ms. Badalament, Government Exhibit 9015.  Then can we

03:04 10   also show Mr. Berry 1950A and B, please, Ms. Badalament.

11   Q.    Do you recognize what's depicted in these photographs,

12   Mr. Berry?

13   A.    I do.

14   Q.    And what is that?

15        MS. HALIM:  Objection.

16   **SIDEBAR:**

17        MS. HALIM:  I'm 99 percent positive these are the

18   photos from the search of Jeremy Brown's RV in September of

19   2021, and I think it's inappropriate if Mr. Nestler is leading

03:05 20   this witness down a path to get him to say that that's what it

21   looked like back in January of 2021.

22        MR. NESTLER:  I disagree.

23        THE COURT:  Hang on for a second.  I was under the

24   impression these were photographs at or around January 6th.

25   These are photographs of the RV at the time of the search?

```
 1              MR. NESTLER:  Yes, Your Honor.

 2              THE COURT:  And has he seen these photographs?

 3              MR. NESTLER:  Yes, Your Honor.

 4              THE COURT:  And what's the expected testimony and

 5    what's the -- he was not there during the search, I presume.

 6              MR. NESTLER:  Correct.  These photographs depict the

 7    item that he's familiar with and that he recalls.

 8              MS. HALIM:  Your Honor, if we may be heard.

 9              THE COURT:  Hang on.  Fair enough about the RV itself.

10    But if you're sort of going into the contents of the storage

11    area, that's a different issue altogether.

12              MR. NESTLER:  I'm not doing that yet, Your Honor.

13              THE COURT:  Well, then let's anticipate where you are

14    going.  Do you expect to ask him what he understands the

15    contents of the trailer to consist of?

16              MR. NESTLER:  Yes, because he saw it.

17              THE COURT:  Well, I don't know that you can say he saw

18    it.  I mean, this was months and months later.  I don't know

19    how you can -- how do we know that this is the same -- these

20    are the same items that were in his trailer as of January 6?

21              MR. NESTLER:  He'll say they appear consistent with

22    what he saw being loaded into the RV on January 4th.

23              THE COURT:  Who is he going to say loaded them up?

24    Who loaded that material into the trailer?

25              MR. NESTLER:  He and Jeremy and the other people who
```

1    were there.

2         THE COURT:  Here is the issue, which is, we have a

3    photograph that is the trailer months and months later.  At

4    least one or two of the photographs depicts the storage area of

5    the trailer that arguably contains certain items that he's -- I

6    don't know if he's going to identify them as weapons or

7    something else.  It's not clear to me those are the same items

8    he actually saw on January 6th, and it's not simply enough for

9    him to say these are consistent with.

03:07 10        Now, he can describe, for example, what he saw on

11   January 6th, but to sort of put that particular photograph in

12   front of a jury and to suggest that that, in fact -- leave them

13   with the impression that that's, in fact, how the trailer

14   looked on the 6th I don't think is proper.

15        MR. NESTLER:  That's not what I'm doing.  The

16   photographs have Bates stamps on them.  I'll make it very clear

17   these were photographs taken in September.  And he is going to

18   say he saw the undercarriage of the RV opened.  He saw a bunch

19   of and participated in loading a bunch of gear and other things

03:08 20   like that into the bottom carriage and that it looked generally

21   consistent with this.  I'll make it clear this is eight months

22   later and it's not necessarily the same things but it's

23   consistent with the things that he saw.

24        THE COURT:  Can you bring the pictures up again,

25   please.  Next one, please.

1          MR. NESTLER:  There's no weapons.  This is storage.

2          THE COURT:  Look, the ultimate issue is if he is asked

3     does this photo provide a fair and accurate -- he can't say

4     this is a fair and accurate representation of a photograph

5     either on January 6th because that's not the day it was taken,

6     nor can he say it's a fair and accurate representation of

7     September 30, which is -- I mean, he was not there.  So in

8     terms of getting this in and then asking him whether it's

9     consistent, you may have just an order of evidence issue.

03:09 10         MR. NESTLER:  I haven't even laid my foundation yet.

11    Ms. Halim objected early.

12         THE COURT:  I know, but in terms of getting the

13    photograph in, I think that's the issue.  He can't say that

14    this is what the trailer looked like on January 6th.

15         MR. NESTLER:  Yes, the exterior and the storage

16    compartments are, so he will say that.

17         THE COURT:  Look, he can testify that this is the

18    trailer.  Okay?  But you've got photographs of the doors of the

19    compartments, undercarriage compartments, lifted open with

03:09 20    items inside, right?  And it's not clear to me that he can

21    testify that this is a fair and accurate depiction of what it

22    looked like either on January 6th or September 30, when it was

23    actually taken.

24         MR. NESTLER:  That's not what I'm asking him to do.

25    I'm asking him to say that when he participated in the loading

1    of the equipment into the undercarriage of the RV, this is what

2    the undercarriage of the RV looks like.  This is consistent

3    with how the doors open and how things are put into the

4    undercarriage of the RV.  And I will have him disclaim, and I

5    can make that very clear, this is not exactly the same items.

6    We're not asking him to say these are fairly and accurately

7    describing the items inside the RV.  We're talking about the RV

8    itself.

9         THE COURT:  Here is the problem:  Look, I'm going to

03:10 10    sustain the objection insofar as getting this photograph in

11    with this witness.  Ultimately, in order to put the photograph

12    in front of the jury, he's got to say this is a fair and

13    accurate depiction of the RV on the date and time that I saw it

14    or on the date and time the photograph was taken, and he can

15    say neither at this point.  The most he can say is it's

16    consistent with, and that's not enough to get the photographs

17    in.

18         If you want him to testify orally about what he did

19    and where he put things, that's fine.  But I don't think we can

03:10 20    get through these photographs.  The first photograph had the

21    doors closed, correct?

22         MR. NESTLER:  Correct.

23         THE COURT:  All right.  Can you show that one?  Okay.

24    So look, I mean, he can say this is what the RV -- this is the

25    RV I rode up in.  You can ask him what are these doors down

1    there.  He can describe it, you can ask him to describe what he

2    did or didn't do with respect to putting things inside that

3    storage area on January 6th.

4          MR. NESTLER:  Yes, Your Honor.

5          MS. HALIM:  Your Honor, I have one other issue, and

6    I'm sorry to belabor it.  But Mr. Nestler just said that

7    Mr. Berry has seen these before.  Presumably he's been shown

8    these.  The reports I have don't encompass the photographs

9    after the search of Jeremy Brown's home or RV.  So I'd like to

03:11 10   know where the report is that memorializes when Mr. Berry was

11   shown these.

12         MR. NESTLER:  We can talk about that at the break.

13   I'm not sure that's necessary now.

14         THE COURT:  Well, is there a memorialization of him

15   having been shown these, or is this something he was shown in

16   anticipation of his testimony more recently?

17         MR. NESTLER:  The latter.

18         THE COURT:  Okay.  And is there a memo that has been

19   provided as *Jencks* material?

03:12 20         MR. NESTLER:  No.  It doesn't --

21         THE COURT:  Let me rephrase it.  Is there a memo?

22         MR. NESTLER:  No.

23         THE COURT:  Okay.  Are there any notes of his witness

24   prep?

25         MR. NESTLER:  No.

1           THE COURT:  Okay.  Thank you.

2      (End of sidebar.)

3           MR. NESTLER:  Let's go back to -- can we please

4      display to the jury Government Exhibit 9015?  I move for the

5      admission of 9015.

6           THE COURT:  So 9015 will be admitted.

7           (Exhibit 9015 admitted into evidence.)

8      Q.   So you indicated that when you were at Jeremy's house, you

9      saw two vehicles, an RV and a van; is that right?

03:12 10    A.   Yes, sir.

11     Q.   I'm showing you here on the screen Government Exhibit

12     9015.  Is this consistent with the RV that you saw?

13     A.   Yes, sir.

14     Q.   Now, can you describe -- have you seen an RV before?

15     A.   Yes, sir.

16     Q.   Okay.  How does one get materials inside of an RV?

17     A.   There's either an undercarriage or you can put it inside

18     of the RV itself.

19     Q.   And when you were at Jeremy's house preparing to leave

03:13 20    from Florida to go up to DC, did you see how Jeremy's RV was

21     being loaded?

22     A.   Mainly in the undercarriage.

23     Q.   Okay.  And what do you mean by it was being loaded in the

24     undercarriage?

25     A.   There was little cabinets that open up by the tires.

1    Q.    And who was doing the loading into the undercarriage?

2    A.    Jeremy and his girlfriend.

3    Q.    And what kinds of things did you observe Jeremy and his

4    girlfriend loading into the undercarriage of this RV?

5    A.    Personal belongings, ammunition, gas canisters.

6    Q.    When you say you saw ammunition being loaded, how do you

7    know it was ammunition?

8    A.    I don't.  I know what an ammo box looks like, and there

9    was a lot of them.

03:14 10    Q.    Okay.  What does an ammo box look like?

11    A.    It is a metal container that's green that has a lid.  You

12    can grab it with a handle.

13    Q.    And did you see any gear of clothing being loaded?

14    A.    I did.

15    Q.    What kinds of gear or clothing did you see Jeremy and his

16    girlfriend loading into the undercarriage?

17    A.    There were plate carriers, I believe some firearm cases,

18    attachments for said plate carriers, things of that nature.

19    Q.    And what's an attachment for a plate carrier?

03:14 20    A.    It is a -- there are several different types.  But

21    primarily it's something that you put on your plate carrier

22    that has some sort of functionality.

23    Q.    And what kind of functionality -- well, let me back up for

24    a second.

25          How do you know all of this?

```
      1  A.   I have been fascinated with military my whole life.  I
      2  wanted to be in the military.  Watch a lot of military content
      3  and played a lot of military video games.
      4  Q.   And so what kinds of things, from your understanding,
      5  would people use their attachments to their plate carriers for?
      6  A.   Ammo storage, magazine pouches, grenade pouches, high
      7  vacs, stuff of that nature.
      8  Q.   And you said you saw some of these things being loaded
      9  into Jeremy's RV at the time?
03:15 10  A.   I did.
     11  Q.   Did you see any explosives being loaded into Jeremy's RV?
     12  A.   I did not.
     13  Q.   If you did, would you remember that?
     14  A.   I would.
     15  Q.   I'm going to show you Government Exhibit 9022.
     16        MR. NESTLER:  Just for the witness.
     17  Q.   Now, earlier you indicated mag pouches and attachments for
     18  plate carriers; is that right?
     19  A.   Yes.
03:15 20  Q.   What I'm showing you here, Government Exhibit 9022, does
     21  this fairly and accurately depict what a mag pouch or an
     22  attachment for a plate carrier looks like?
     23        MS. HALIM:  Objection.
     24  A.   Yes, sir.
     25        MS. HALIM:  Your Honor, same objection as before.
```

1          THE COURT:  Can you rephrase the question.

2          MR. NESTLER:  Sure.

3    Q.   So you indicated that -- well, describe for us what mag

4    pouches do.

5    A.   Magazine pouches hold magazines which will hold ammunition

6    to be inserted into a firearm.

7    Q.   And you saw some when you were helping or when you saw

8    Jeremy loading his RV; is that right?

9    A.   Yes, sir.

03:16 10   Q.   Did the mag pouches look like the photograph here on the

11   screen in front of you?

12   A.   They did.

13   Q.   When you saw the mag pouches, did they include the items

14   inside the pouch or just the pouch itself?

15   A.   I do not recall seeing an explosive, but I do remember

16   seeing magazines.

17   Q.   Got it.  So you've seen something consistent with this

18   before; is that right?

19   A.   Yes, sir.

03:16 20   Q.   But not all of the items that are depicted in this

21   photograph?

22   A.   Yes, sir.

23          MR. NESTLER:  The government would move the admission

24   of 9022.

25          MR. SHIPLEY:  Objection.

```
 1              MS. HALIM:  Objection.

 2              THE COURT:  Sustain the objection at this time.

 3              MR. NESTLER:  Yes, Your Honor.

 4    Q.   Now, Mr. Berry, you just said you did not recall seeing an

 5    explosive being loaded into Jeremy's RV; is that right?

 6    A.   Yes, sir.

 7    Q.   At some point between when you left Florida for DC and you

 8    came back to Florida from DC, did you have a conversation with

 9    Kelly Meggs about Jeremy?

10    A.   I did.

11    Q.   Tell us about what Kelly Meggs told you about Jeremy

12    during that conversation.

13              MR. SHIPLEY:  Objection, hearsay.  Beyond the scope of

14    the conspiracy.

15              THE COURT:  Phone, please.

16    SIDEBAR:

17              THE COURT:  All right.  Can you specify when this

18    conversation happened?

19              MR. NESTLER:  I thought I just did.  Sometime between

20    when they left from Florida and returned to Florida, so on

21    their trip.

22              THE COURT:  Can you say whether it was on the way up

23    or on the way back?

24              MR. NESTLER:  I'm not sure he's able to give that

25    level of specificity.  It was sometime on the trip.
```

1          THE COURT:  Okay.  And the anticipated testimony is
2     what?
3          MR. NESTLER:  It's what we already litigated pretrial
4     on this exact issue, which is that Kelly Meggs told Caleb Berry
5     that Jeremy had explosives in the RV.
6          THE COURT:  And the objection is what?
7          MR. SHIPLEY:  I thought the answer that I started to
8     hear him give in the portion before this was that the ride was
9     on the way back.
03:18  10          THE COURT:  That's why I asked.  I don't think he
11    specified whether it was on the way up or on the way back.
12         MR. SHIPLEY:  That's not what I heard his prior answer
13    to be, it was on the way back.
14         THE COURT:  I don't have the transcript, so I can't
15    say -- I can ask the court reporter to take a quick look at the
16    transcript.
17          (Previous questions and answers read back by the
18    court.)
19         THE COURT:  Then the objection followed.  So I don't
03:20  20    think he specified the conversation was on the way back.
21         MR. SHIPLEY:  As the court read it, that's a little
22    different than what I heard, but my objection would be the
23    government has the obligation to establish that it's within the
24    conspiracy.  So they can't get the answer until they establish
25    that.  If he can't say it was before or after, then they can't

1    get it in.

2            THE COURT:  That's true.  But it's certainly within

3    the timeframe of the conspiracy that's charged.

4            MR. PEED:  I would ask for a foundation as to how this

5    is in furtherance.  If it was the kind of conversation where

6    they were like, Look, Jeremy is crazy, he brought an explosive,

7    that's not indicative that this is something that is being

8    conveyed to Mr. Berry in a way to further anything.

9            MR. NESTLER:  Sure it does.

03:21 10            THE COURT:  Let's take an afternoon break.

11    (End of sidebar.)

12            THE COURT:  All right, folks.  Sorry to keep you

13    waiting.  I think this is an appropriate time to take an

14    afternoon break.  We've been going for about 90 minutes.  So it

15    is about 3:25 now.  Why don't we plan to resume at 3:40.  We'll

16    see you all soon.  Thank you very much.

17            (Jury exits the courtroom.)

18            THE COURT:  Have a seat everyone.

19            Mr. Nestler, can you set up, with as much specificity

03:22 20    as you can, what the expected testimony would be if he were

21    asked details about when the conversation occurred, in what

22    context it occurred, how it arose.  Any of those details would

23    be helpful.

24            MR. NESTLER:  Sure.  I believe that he would testify

25    that at some point when he was driving or talking with Kelly

1    Meggs, so that would be from Ranger Doug's compound, which

2    would have been the night of January 4, and he doesn't know

3    some of these other facts, but he'll describe that he had a

4    conversation with Kelly Meggs.  The two of them had a

5    conversation about Jeremy.  And that it was either going to --

6              THE COURT:  So let me interrupt you, if I may, for a

7    moment.  Through either this witness or another witness will

8    you be able to establish that they rode up in the same RV

9    together?

03:23 10          MR. NESTLER:  They did not.  Let me back up for a

11   second.

12             THE COURT:  Okay.

13             MR. NESTLER:  Mr. Berry did not ride in Jeremy's RV.

14   So Mr. Berry went to Jeremy's house.  I'm sorry, he calls him

15   Jeremy, so I'm using "Jeremy."

16             THE COURT:  Right.  It's Jeremy Brown's house.

17             MR. NESTLER:  So Mr. Berry went to Jeremy's house,

18   helped him and watched him load the RV.  Jeremy drove the RV

19   with Jeremy's girlfriend.  Mr. Berry did not drive the RV.  He

03:23 20   did spend some time inside the RV when they stopped for

21   McDonald's at some point.

22             THE COURT:  Hang on for a second.  He didn't drive.

23   He went in car two.

24             MR. NESTLER:  He went in car two, the van.

25             THE COURT:  Right.  Okay.  So no conversation with

 1    Mr. Meggs.  Where was Mr. Meggs at the time?

 2              MR. NESTLER:  Driving his own truck.

 3              THE COURT:  Okay.  Because he didn't meet up at

 4    Jeremy's house.  They only met up in North Carolina.

 5              MR. NESTLER:  They met up at a gas station north of

 6    Jacksonville, in a caravan, and then they caravanned together.

 7    Mr. Berry was still in the van.  Then they got to North

 8    Carolina, where it was Ranger Doug's compound, where they spent

 9    the night.

03:24 10            Jeremy was there and Mr. Berry spent the night and

11    talked with Kelly Meggs that night, which was January 4th and

12    also the morning of January 5th.  Now, on January 5th,

13    Mr. Berry did not get back in the van.  At that point he got

14    into Kelly Meggs' truck and drove the rest of the way in Kelly

15    Meggs' truck.

16              THE COURT:  To DC?

17              MR. NESTLER:  To DC.  Well, they had a couple of stops

18    to drop off firearms.  Then they were together for the rest of

19    the day on January 5th in DC, on January 6th in DC.  And then

03:24 20   they drove home together, Mr. Berry in Kelly Meggs' truck, on

21    the way back from DC to Florida on January 7th.

22              THE COURT:  Okay.

23              MR. NESTLER:  And so my understanding -- and I don't

24    know exactly what he will say.  My understanding is he will say

25    something consistent with his grand jury testimony, which is

1    that at some point during the trip Kelly had a conversation

2    with him, meaning Mr. Berry, about Jeremy and the fact that

3    Jeremy was a loose cannon, was radical, not a good guy, and

4    that he had -- that he brought explosives with him in the RV.

5         THE COURT:  Okay.

6         Is this an objection based on that proffer?

7         MR. PEED:  Your Honor, this is not in furtherance of

8    the conspiracy when he's saying this guy Jeremy Brown is a

9    loose cannon and he's doing these things on his own, brought

10   explosives -- in furtherance of a joint conspiracy.  It's sort

11   of putting Jeremy off to the side.

12        MR. NESTLER:  If I may, I disagree.  I think that it's

13   precisely in furtherance of the conspiracy.  Kelly Meggs, the

14   leader of the Florida group, wanted another member of the group

15   to be aware that a third member of the group had access to

16   explosives in his RV during the timeline of the charged

17   conspiracy.  And whether that was done for Mr. Berry to be

18   careful around Jeremy or to know that Jeremy had access to

19   these weapons, either way, it's still in furtherance of the

20   conspiracy.

21        THE COURT:  Tell me again precisely what his testimony

22   was in the grand jury about the conversation.

23        MR. NESTLER:  Yes, Your Honor.  "After I left" -- I'm

24   reading his testimony.  "After I left the Capitol, we were

25   standing around and were with other Oath Keepers.  Jeremy was

1    on his own doing his own thing on the other separate side of

2    the Capitol.  We were waiting for him to show up and when he

3    showed up, we left.

4        "Who was Jeremy with?

5        "Alandra.

6        "And how did you feel about Jeremy?

7        "ANSWER:  Jeremy was a Ranger.  So at first I had

8    respect for him for that, but after talking with Kelly about

9    him and getting to know more about him, he came off more as a

03:27 10   loose cannon, kind of really, really radical.  Not a good guy

11   by any means of the imagination.  After getting to know him, I

12   had heard rumors that he had assaulted his ex-girlfriend or

13   wife.  I don't know if that's true or not.

14       "QUESTION:  Did Kelly tell you anything about Jeremy

15   having access to explosives?

16       "ANSWER:  Yes, sir, he did.

17       "QUESTION:  What did Kelly tell you about them?

18       "ANSWER:  He said that he brought explosives with him,

19   but I never saw, and he never specified as to what kind of

03:27 20   explosives they were.

21       "QUESTION, so Kelly told you that Jeremy had

22   explosives in his RV?

23       "ANSWER:  If I remember correctly, yes, sir.

24       "QUESTION:  And you knew because you had seen the RV

25   and it had firearms, ammunition and gasoline canisters inside

1   of it, right?

2          "ANSWER:  Yes, sir."

3          THE COURT:  Look, I think the question is is it in

4   furtherance of the conspiracy for Mr. Meggs to tell Mr. Berry

5   that another member of the conspiracy was in possession, or at

6   least was told -- told Mr. Meggs that he was in possession

7   of -- let me back up.

8          Does Meggs say to Mr. Berry that Mr. Brown told

9   Mr. Meggs or that -- can you repeat what the exact --

03:28 10         MR. NESTLER:  No, he is not clear.  Mr. Berry is not

11  clear whether Mr. Meggs saw it or was told it or both.

12         THE COURT:  Right.

13         MR. NESTLER:  This is Mr. Meggs telling Mr. Berry, you

14  need to be aware of this fact.

15         MR. SHIPLEY:  Your Honor, that was the point I raised

16  about keeping the grenades out.  The proffer is so thin about

17  how Mr. Meggs supposedly knows and the only person that's heard

18  what Mr. Meggs supposedly knows is Mr. Berry.

19         THE COURT:  Well, the proffer is not thin.  You've

03:29 20  got -- I think the question is if -- let me put it this way, if

21  the proffer is as follows:  That certainly before January 6th

22  Mr. Brown tells Mr. Meggs that he's got explosives in the van

23  or in the RV, and Mr. Meggs then relays that to Mr. Berry

24  before January 6th, that's easy.  That's easy.

25         And what I'm trying to figure out is, this is harder

```
  1   because those are not the actual facts that he can lay the
  2   foundation for.  Like I said, it's easy because that's
  3   clearly -- Mr. Brown's statement to Mr. Meggs is clearly in
  4   furtherance of the conspiracy, and so too with Mr. Meggs'
  5   statement to Mr. Berry.  I'll have to -- forgive me, I don't
  6   recall when we discussed this pretrial in the first trial or if
  7   we talked about this level of detail but my, at least operating
  8   assumption, was, at least as I recall, that these were
  9   statements made prior to January 6th such that Mr. Meggs was
 10   informing Mr. Berry that Mr. Meggs had -- excuse me, that
 11   Jeremy Brown had the explosives.
 12            Now, what Brown says to Meggs, it's hearsay clearly
 13   but, you know, I think whether it's said or what he saw, it
 14   comes in.  There's not a hearsay issue because it's a statement
 15   against penal interest by Brown.  The question then is whether
 16   Meggs' recitation to Berry comes in as a statement in
 17   furtherance of the conspiracy, I think.
 18            MR. NESTLER:  And the conspiracy extends past January
 19   6th, and Meggs is letting other members of his group, who he is
 20   still trying to control and then working with them to make sure
 21   they are staying together and are leaving messages around the
 22   same time together is all still in furtherance of the charged
 23   conspiracy timeline.  And a member of the group in the RV that
 24   he had with him in DC or on the outskirts of DC around January
 25   6th having a grenade is in furtherance of the conspiracy.
```

1          Whether Meggs says it to Caleb Berry or to a reporter

2     or to anyone else --

3          THE COURT:  If Meggs is telling Berry, Look, you need

4     to be careful of this guy, you need to stay away from him, or

5     if you've got some sort of adulation of this guy, you need to

6     sort of dial it back because this guy is a loose cannon and, by

7     the way, you know, he said he had grenades in his RV.  It's not

8     clear to me how that is in furtherance of the conspiracy.

9     Rather than just one conspirator telling another, you know,

03:32 10     this other guy is a problem.

11          Now, I suppose -- well --

12          MR. NESTLER:  I'm sorry.  To be clear, I don't believe

13     the testimony is that Meggs was telling Berry that Brown is a

14     loose cannon.  I think Berry is coming to that conclusion,

15     based on everything he's hearing, that Brown is a loose cannon.

16     It's not clear to me that testimony from him will be that Kelly

17     Meggs said that Brown was a loose cannon.  But even if --

18     that's not what he testified to in the grand jury.  It was more

19     ambiguous than that.  But even if it were, that's still in

03:32 20     furtherance of the conspiracy because Meggs and Brown are

21     co-conspirators.

22          THE COURT:  Just because they're co-conspirators and

23     they have a conversation doesn't make the statement in

24     furtherance of the conspiracy.  I mean, it still has to be --

25     first of all, it can't be retrospective, purely retrospective,

1    as the circuit has held.  It's got to be something that's

2    actually -- that furthers the conspiracy in some way, whether

3    it is the recruitment, planning, what have you.

4        MR. NESTLER:  The way that I believe Mr. Berry will

5    testify is that it's present.  That at the time Kelly Meggs

6    makes the statement to Caleb Berry, there are explosives in the

7    RV.  Not that Meggs told Berry that Brown told Meggs there

8    were, but that Meggs says to Berry there are explosives in

9    Jeremy's Brown's RV.  And this is the while the RV is somewhere

03:33 10   between North Carolina and Maryland.  So it's somewhere on the

11   mid-Atlantic seaboard, Meggs is telling another member of the

12   conspiracy this third member has explosives in the RV.

13       THE COURT:  But that's only -- you'll forgive me, but

14   it has greater relevance if Meggs is telling Berry this in the

15   context of going to DC.  Like I said, that's the easy case.  If

16   they're coming back and it's in the context of a conversation

17   such as, you know, You got to be careful about Jeremy Brown,

18   he's a loose cannon, suggesting that -- and he told me he had

19   X, I'm not sure how that's in furtherance of the conspiracy.

03:34 20       MR. NESTLER:  Well, to be clear, I'm not sure it would

21   ever be, He told me he had X, other than I know this from other

22   means.  Kelly Meggs may have seen it himself.  We don't know

23   that.  Regardless, we do believe it's in furtherance of the

24   conspiracy, which we do believe continues.  Kelly Meggs

25   continued communicating with other members, including Rhodes,

1    and saying that Florida would stay home after January 6th until

2    shots were fired.

3            THE COURT:  No, I understand that.

4            MR. NESTLER:  So we do believe that it's in

5    furtherance.

6            Separately from that, there are other hearsay

7    exceptions for which this comes in, including present sense

8    impression.  Kelly Meggs is saying, I know currently on this

9    trip there are explosives in Jeremy Brown's RV.

03:34 10         THE COURT:  I don't know that you can -- unless you

11    can lay the predicate that Kelly Meggs was reciting that at or

12    around the time he made the observation.  You've told me you

13    don't know whether Brown told him that he had it or he actually

14    observed the explosives.

15            MR. NESTLER:  That's right.  But also Kelly Meggs'

16    statement would also be against Kelly Meggs' own penal

17    interest.

18            THE COURT:  I don't know.  I don't know that it is

19    against Kelly Meggs' penal interest to say somebody else had

03:35 20    explosives.

21            MR. NESTLER:  Regardless, it's still -- leaving aside

22    who Caleb Berry is -- that was my point earlier, Your Honor --

23    if Kelly Meggs was aware of this fact as of January 6th, which

24    I believe the testimony will show, then it is relevant for

25    Kelly Meggs' knowledge, leaving aside that he was telling Caleb

```
 1   Berry.  He could have been telling anybody else.  He doesn't
 2   have to be telling a co-conspirator to make it in furtherance
 3   of the conspiracy.
 4        THE COURT:  Well, at this trial it does.  If we were
 5   at the first trial, that's easy.  Right?  Mr. Meggs is sitting
 6   there as a defendant and that's an admission.  Right?  That's
 7   even easier than the co-conspirator issue.
 8        Look, I think this is going to depend upon the factual
 9   foundation that gets laid here and, you know, if he can say,
10   and I don't know whether he can or not, that this was a
11   conversation I had with Meggs as we were driving up, that puts
12   it in a different light than if it's coming back.  You know,
13   for example, you know, a conspiracy in which somebody says,
14   This other guy robbed a bank, after the bank was robbed, that's
15   not a statement in furtherance of the conspiracy, even though
16   it's said among co-conspirators.  If the statement is, We've
17   got to hide the money, that's different.  But the circuit is
18   pretty clear that something that's purely a retrospective
19   statement about what happened --
20        MR. NESTLER:  We don't disagree with that.  We're not
21   saying this is retrospective about what happened.  We're saying
22   this is one of the bank robbers saying the other conspirator
23   that we were just with for the past two days, he still has one
24   of the weapons we used to rob the bank.  So even if the
25   conversation happened after January 6th, and I don't think it's
```

1    going to be that clear, either it was January 4, 5 -- or 5, 6

2    or 7, even if that were the case, one co-conspirator saying to

3    another one, that third guy, he still has the weapons that we

4    were using during our illegal pursuit, that's still in

5    furtherance of the conspiracy.

6           THE COURT:  Look, I guess we could put a pin on this

7    for a moment.  I think in some sense it's very contextual.  If

8    the statement is, you know, in the course of a conversation of,

9    Look, we didn't succeed on the 6th, but don't worry, you know,

03:37 10    we're going to keep going and, oh, by the way, Jeremy Brown has

11    got explosives, I would agree with you, that's easy.  That's

12    not difficult.

13           If it is different than that, if it is, as we've

14    talked about before, which is, you know, Meggs sort of

15    essentially warning Berry about Brown, I think that's a

16    different context, and I'm not sure it meets the in furtherance

17    requirement.

18           MR. NESTLER:  We hear Your Honor and we do believe one

19    conspirator even warning another that a third is a loose

03:38 20    cannon, and so when you go rob that bank together, don't stand

21    too close to him because he might be the one who is shooting

22    first, he might be the one displaying the explosives.  So it's

23    all --

24           THE COURT:  I'm not sure that's in furtherance of the

25    conspiracy.  It's in furtherance of protecting one of the

1    conspirators.

2        MR. NESTLER:  Which is also in furtherance of the

3    conspiracy.  You want your co-conspirators alive and able to

4    continue to do what they're doing.  So helping one another stay

5    out of law enforcement's grasp and staying alive and having

6    access to weapons is all in furtherance of the conspiracy,

7    especially during this critical timeframe of January 5, 6 or 7.

8        THE COURT:  Okay.  Let me think about it.  I think

9    ultimately where I'm going to come out is I'll want to hear

03:39 10   more facts about the circumstances of the conversation.  We can

11   do that without the jury present or we can do it with the jury

12   present and then I can make a determination based upon his

13   testimony.

14        MS. HALIM:  Can we do it outside of the presence of

15   the jury and before Mr. Nestler has a chance to intervene and

16   speak to Mr. Berry, who's an impressionable young man, to say

17   the very least.

18        MR. NESTLER:  I'm not planning to speak with him

19   because I know my obligations, other than him getting a

03:39 20   cigarette, which I think he needed.

21        THE COURT:  Okay.  Why don't we bring him in.  We

22   can -- I'll give you all a break, too.  But let's -- JC, can

23   you let the jury know we need a few more minutes and probably

24   closer to 4:00 realistically or 3:55.

25        I'll give you all five minutes and then let's bring

```
 1    him in and we'll hear from him.  Okay?
 2              MR. NESTLER:  Yes, Your Honor.
 3              (Recess 3:39 p.m. - 3:49 p.m.)
 4              THE COURT:  Mr. Berry, why don't you come on up,
 5    please, sir.
 6              We're still waiting on Ms. Halim.  Mr. Berry, we're
 7    going to take a pause in terms of your testimony before the
 8    jury.  I need you to answer some questions about a particular
 9    portion of your testimony, and then we'll resume your testimony
10    with the jury.  Okay?
11              Ms. Halim is back.  So go ahead.
12              MS. HALIM:  My apologies.
13              THE COURT:  No problem.
14              * Following questions and answers not in the presence
15    of the jury. *
16    BY MR. NESTLER:
17    Q.  Hello again, Mr. Berry.  So I want to talk with you about
18    the conversation you had with Kelly Meggs where he talked about
19    Jeremy Brown and Jeremy Brown's explosives.  Okay?
20              First of all, was anyone else with you when you had this
21    conversation with Kelly Meggs?
22    A.  I don't remember if it was said in the car or if it was a
23    personal conversation.
24    Q.  And was it one conversation or was it sort of multiple
25    different --
```

```
 1  A.   It was just a sentence he threw into a conversation.

 2  Q.   Okay.  And who else was sort of participating in the

 3  conversation, if anybody else, if you remember?

 4  A.   I believe it was just him and myself.

 5  Q.   And at the time did Kelly know that you had ridden in

 6  Jeremy's minivan up to Ranger Doug's?

 7  A.   Yes, he was the one who told me to go with him.

 8  Q.   Did Kelly tell you which of Jeremy's vehicles to go in?

 9  A.   Jeremy decided that.

10  Q.   And when you got to Ranger Doug's, was Kelly already there

11  or did he come afterwards?

12  A.   I believe he was there already.

13  Q.   And did Jeremy also go to Ranger Doug's?

14  A.   He was there with me, yes.

15  Q.   And so you in the minivan, or the van, sorry, and Jeremy

16  in the RV got there around the same time?

17  A.   We were following each other, or I was following him, yes,

18  sir.

19  Q.   Okay.  And when you got to Ranger Doug's, did Jeremy have

20  conversations with other members of the Oath Keepers?

21  A.   I'm not sure.

22  Q.   What did Jeremy do, what did you see him do when you got

23  there?

24  A.   He parked his RV and then we all stood around a fire.  I

25  smoked a couple of cigarettes and they just kind of talked
```

1    amongst themselves.

2    Q.    And were you part of all of those conversations or no?

3    A.    I wasn't really paying attention.

4    Q.    Okay.  And then did Jeremy stay at Ranger Doug's in the RV

5    that night?

6    A.    He did.

7    Q.    And then the next morning, did he leave at the same time

8    as you or before or after you?

9    A.    I believe around the same time.

03:51 10    Q.    And then the next morning when you left Ranger Doug's, you

11    did not go in the van?

12    A.    No.

13    Q.    Why?

14    A.    Because Kelly told me to go with him.

15    Q.    And did you?

16    A.    I did.

17    Q.    Now, I want to get into this conversation about the

18    explosives.  Did Kelly tell you --

19            THE COURT:  Sorry, can I interrupt.

03:51 20            As I understand it, you started at Mr. Brown's house

21    and went to a gas station and then went to Ranger Doug's,

22    correct?

23            THE WITNESS:  Yes, sir.

24            THE COURT:  And who were you traveling with from

25    Jeremy's Brown's home to the gas station?

```
 1              THE WITNESS:  So from Jeremy's house to the gas
 2    station, there was an elderly gentleman who was driving the
 3    van, and we followed behind him in his RV with him and his
 4    girlfriend.
 5              THE COURT:  And then when you got to Jacksonville, got
 6    to the gas station and went to Ranger Doug's, which vehicle
 7    were you in?
 8              THE WITNESS:  Still the minivan.
 9              THE COURT:  And who was in that minivan?
10              THE WITNESS:  The elderly gentleman.  He was a Navy
11    tugboat driver.  I don't remember his name.
12              THE COURT:  So you were not in the same vehicle with
13    Mr. Meggs until after Ranger Doug's?
14              THE WITNESS:  Yes, sir.
15              THE COURT:  Got you.
16    BY MR. NESTLER:
17    Q.   And at some point on this trip, you and Kelly had this
18    conversation, right?
19    A.   Yes, sir.
20    Q.   And the point about the explosives was part of a larger
21    conversation?
22    A.   I believe so.
23    Q.   And can you remember exactly what Kelly said or, to the
24    best of your recollection, what was it that Kelly said?
25    A.   I believe the conversation that we were having was he was
```

1  saying that Jeremy was a little bit of a loose cannon.  And in

2  that he intermittently threw in that he brought explosives, but

3  he never disclosed what kind of explosives they were.

4  Q.   Did Kelly suggest to you how Kelly knew that Jeremy

5  brought explosives?

6  A.   He did not.

7  Q.   And we've met several times; is that correct?

8  A.   Yes, sir.

9  Q.   Now, when you met with the FBI and me on July 1 of 2021,

03:53 10  I'm going to remind you -- let me ask you this:  Sitting here

11  today, do you know exactly where you were when Kelly told you

12  about Jeremy having explosives in his RV?

13  A.   I don't remember exactly where.

14  Q.   And do you remember exactly when?

15  A.   On the way home from DC, I do remember that.

16  Q.   And why do you think it was on the way home from DC?

17  A.   Because I don't remember ever having a conversation like

18  that with him until after we had left.

19  Q.   And when you left DC, you left with Kelly in his truck; is

03:54 20  that right?

21  A.   Yes, sir.

22  Q.   Now, back in July of 2021, when you met with me and with

23  the FBI, do you remember saying that on your drive from Florida

24  you all stopped at a gas station?

25  A.   In Jacksonville, yes, sir.

1  Q.   Okay.  And that you observed approximately nine or ten

2  Oath Keepers at the gas station?

3  A.   Yes, sir.

4  Q.   And that during this drive, Kelly mentioned that Jeremy

5  might have brought explosives.  Do you remember saying that?

6  A.   I don't.

7  Q.   That's fine.

8       And after Kelly made a comment to you about Jeremy having

9  explosives -- actually, let me back up for a second.

03:55 10      Did Kelly say where Jeremy had the explosives?

11  A.   He did not.

12  Q.   I think you said something before about the RV.

13  A.   I do remember that.  I thought that if he did have

14  explosives, I thought it might have been the gas canisters.

15  Q.   Okay.  You mean that like an improvise --

16  A.   Like an improvised explosive, yes, sir.

17  Q.   And you did see gas canisters in Jeremy's RV; is that

18  right?

19  A.   Several.

03:55 20  Q.   Okay.  And so your understanding was that Jeremy had these

21  explosives somewhere in the RV because where else would he have

22  it.  Is that what you're saying?

23  A.   Yes, sir.

24  Q.   And after hearing this information from Kelly, what did

25  you think about Jeremy?

A.   Well, in one aspect he was serious about what he was saying and in another, it kind of scared me.  I had never been around explosives before.

Q.   What was your understanding about why Kelly was telling you that Jeremy had explosives?

A.   He said it in a tone that was kind of ostracizing him, like pushing him away in a sense, like don't trust him, don't be around him, stuff like that.

Q.   For you to not trust him?

03:56 A.   Yes, sir.

Q.   And were there other instances in which Kelly kept you out of the loop and Kelly sort of kept things to himself and had his own communications?

A.   Yes, sir.

Q.   And is the QRF one of those examples?

A.   Yes, sir.

            MR. NESTLER:  Thank you.

            THE COURT:  Additional questions?

            MS. HALIM:  I just have a couple of questions.

03:56 BY MS. HALIM:

Q.   Mr. Berry, hi.  Good afternoon.

    When you got into Kelly's truck after you were at Ranger Doug's, it wasn't just you and Mr. Meggs in the truck, right?

A.   No, ma'am.

Q.   In fact, there were several other people.  Mr. Hackett was

```
 1  one of them?
 2  A.    I believe so.
 3  Q.    And there was someone that you called Whippet, I think?
 4  A.    Yes.
 5  Q.    Jeffery Morelock, does that sound right?
 6  A.    Yes, ma'am, that's right.
 7  Q.    Were there other people?
 8  A.    Kelly's wife, I believe.
 9  Q.    Connie was there?
10  A.    Yes.
11  Q.    Was Alandra there as well?
12  A.    I do not believe Alandra was with us.
13  Q.    On the way back, the same thing, it was a group of people,
14  right?
15  A.    Yeah, five of us.  It was myself, Joe, Whip, Kelly and
16  Connie.
17  Q.    You were not alone in Mr. Meggs' vehicle with him?
18  A.    No.
19  Q.    At any point?
20  A.    No.
21  Q.    And you kept in touch with Mr. Meggs after you came back
22  from DC, correct?
23  A.    I did.
24  Q.    For several weeks in January of 2021, right?
25  A.    Yes.
```

Q.   Possibly even into February or March of 2021; is that
right?

A.   I believe so.

          MS. HALIM:   Thank you.

BY MR. NESTLER:

Q.   Just to close this out, you're confident this conversation
happened sometime on your trip?

A.   Yes, sir.

Q.   It didn't happen after you got back to Florida?

A.   No, sir.

Q.   And did it happen when just you and Kelly were having a
conversation?

A.   I don't remember if it was just me or if it was in the
car.

          MR. NESTLER:   Got you.   Okay.   Thank you, Mr. Berry.

          THE COURT:   Mr. Berry, I wonder if I could just follow
up.

          To be clear, what is your recollection of when the
conversation took place?   Was it on the way to Washington or on
the way back from Washington?

          THE WITNESS:   I believe it was on the way back.

          THE COURT:   Can you tell us how the conversation with
Mr. Meggs arose.

          THE WITNESS:   Well, originally we were talking about
Jeremy.   He had brought up the fact that Jeremy was an abuser.

He had struck his previous girlfriend.  And in that same breath he said he was a bit of a loose cannon and he also said that there was explosives, but he didn't clarify as to what kind.

THE COURT:  Okay.  All right.  Thank you, Mr. Berry. I'm going to ask you to step down and we'll be back with you in a moment.  Thank you.

Okay.  Anything else you want to argue?

MR. NESTLER:  I don't believe there's much more to say, other than the point that we're making is Kelly Meggs' knowledge about Jeremy Brown having explosives with him when he was in DC or in the DC area and Kelly Meggs' knowledge of that fact while Kelly Meggs is leading this group into the Capitol is what is relevant, and we believe that is why this statement is important.

THE COURT:  I don't doubt the fact that the statement is important.  The question is is the statement admissible and what's the hearsay exception to it.  And as I said earlier, I think it's not clear from his testimony whether Kelly Meggs observed the explosives or he was told.  Either way, I don't think that's an issue as I said because, at a minimum, saying I've got explosives is a statement against penal interest and arguably certainly co-conspirator statement.

Look, here is the standard, folks:  This is *U.S. v. Tarantino*, 846 F.2d 1384.  The court writes that the in furtherance requirement is a limitation on what statements by

1    co-conspirators may be admitted.  Mere narratives of past

2    successes and failures, for example, are not admissible.  Nor

3    are a conspirator's casual comments to people outside or inside

4    the conspiracy admissible under this rule.

5         If the statement, however, can reasonably be

6    interpreted as encouraging a co-conspirator or other person to

7    advance the conspiracy, or is enhancing a co-conspirator or

8    other person's usefulness to the conspiracy, then the statement

9    is in furtherance of the conspiracy and may be admitted.

04:01 10         Based on that standard, I don't think it's in

11   furtherance of.  And at most, what it is, it sounds like to me,

12   frankly, is an older individual, Mr. Meggs, kind of warning

13   this younger guy off of Mr. Brown.  And given the fact that

14   he's talking about Mr. Brown having potentially abused in the

15   context of a domestic abuse of the girlfriend and certainly on

16   the way back from Washington, it doesn't -- it's not a

17   statement that is in furtherance of.  I mean, the closest it

18   comes is perhaps enhancing a co-conspirator on another person's

19   usefulness to the conspiracy, but I'm not sure we're actually

04:02 20  enhancing Mr. Berry's usefulness of the conspiracy by

21   denigrating Mr. Brown.

22         MR. NESTLER:  Sorry.  To be clear, our point is that

23   Mr. Meggs' knowledge and his statements are enhancing

24   Mr. Brown's usefulness of the conspiracy, not Mr. Berry's.

25         THE COURT:  No, I understand that.  And my point is

1    I'm not sure it really is.  Again, it sounds like to me the

2    context in which this arose, they're coming back and he was --

3    I think generally, the most reasonable gloss on this is he was

4    telling a younger person, Look, you need to stay away from this

5    guy.  And I don't think that's necessarily to enhance his

6    usefulness of the conspiracy.  Frankly, it was just probably

7    just advice from an older person to a younger person to be

8    aware.

9            MR. NESTLER:  We understand that.  Our point, though,

04:02 10   I think is slightly different, to make sure we're clear, is

11   that Kelly Meggs, at the time that he lead the group into the

12   Capitol on January 6, was aware that Jeremy Brown had access to

13   explosives on him.  So it's for Kelly Meggs' state of mind,

14   which is why this is --

15           THE COURT:  So I think the answer to that is maybe.

16   In other words, we don't know if Mr. Meggs learned of this

17   before they walked into the Capitol.  Right?  He can't say that

18   Kelly Meggs talked to Mr. Brown on January 5th and Mr. Brown

19   said, Hey, you know, I got these explosives in the RV.  That

04:03 20   very well could have come up after.  We just don't know.

21           MR. NESTLER:  Yes, Your Honor.

22           THE COURT:  So I think given that it's not in

23   furtherance, I don't think there's another hearsay statement

24   that applies.

25           MR. NESTLER:  Yes, Your Honor.

```
 1              THE COURT:  I'll exclude the testimony.  All right.
 2              Let's bring Mr. Berry in and we'll continue.
 3              (Jury enters the courtroom.)
 4              THE COURT:  All right.  Have a seat everybody.
 5              Ladies and gentlemen, welcome back.  Apologies for the
 6      length of the break.  There was just a knotted legal issue I
 7      needed to deal with.  That's not on the parties.  That was on
 8      me.
 9              So we're ready to continue with Mr. Berry's testimony,
10      and we can continue as close as we can to get to the end of the
11      day.
12              Mr. Nestler.
13              MR. NESTLER:  Thank you, Your Honor.
14      BY MR. NESTLER:
15      Q.   Good afternoon again, Mr. Berry.
16      A.   Good afternoon.
17      Q.   Before we took our break, we were talking about how you
18      were at Jeremy's house in Tampa; is that right?
19      A.   Yes, sir.
20      Q.   And just to remind everybody, there was an RV there and a
21      van there, right?
22      A.   Yes, sir.
23      Q.   Which vehicle did you get in to start your drive?
24      A.   I was in the minivan.
25      Q.   Okay.  And who was it that was driving that minivan?
```

1   A.   The elderly gentleman drove for the most part but we

2   alternated.

3   Q.   And what do you know about that elderly gentleman?

4   A.   Just from the discussions we had in the car, he said that

5   he was a Navy tugboat driver in the past.

6   Q.   Who paid for your gas?

7   A.   Jeremy.

8   Q.   Now, on your way north from Florida towards DC, did you

9   stop anywhere?

04:05 10   A.   We did.

11   Q.   What was the first major place you stopped?

12   A.   We stopped outside of Jacksonville in a gas station.

13   Q.   And what was your understanding about why you were

14   stopping there?

15   A.   I was never given a reason as to why we were stopping.

16   Q.   Did you meet up with other members of the Oath Keepers

17   while you were there?

18   A.   We did.

19   Q.   Name some of them for us.

04:05 20   A.   Kelly, Kenny.  I believe Joe was there.  There were some

21   others I don't recognize.

22   Q.   And after you left this gas station outside of

23   Jacksonville, did you continue driving north?

24   A.   We did.

25   Q.   And did you spend the night somewhere?

1    A.    Yes, we did.

2    Q.    Whose property did you spend the night at?

3    A.    It was a man by the name of Doug, Ranger Doug.

4    Q.    And what did Ranger Doug go by, his code name?

5    A.    Chaos.

6    Q.    And when you were at Ranger Doug's property, did you meet

7    Ranger Doug?

8    A.    I did.

9    Q.    Could you please describe him for us.

04:06 10    A.    Little bitter erratic, wiry, elderly gentleman.

11    Q.    While you were at Ranger Doug's property, did other

12    members of the Oath Keepers also arrive or were they also

13    there?

14    A.    Yes, they were also there, a lot of them.

15    Q.    Could you briefly describe what the property looked like?

16    A.    Coming down the road on the left side there was a large

17    open field I believe to be used for target practice.  On the

18    right side there was a two-story cabin with an open patio

19    underneath that was a full bar.  Upstairs there was another

04:07 20    room that I never went into.  There was an exterior building,

21    probably 20 yards or so from the bar.  That was used as like a

22    bunkhouse for the time being.  And there was a fire pit in

23    front of the bar, and it was surrounded by woods.

24    Q.    And you said other members of the Florida Oath Keepers

25    were there?

1    A.    Yes, sir.

2    Q.    Did you all spend the night?

3    A.    Yes, sir.

4    Q.    While you were there spending the night, were there any

5    conversations?

6    A.    There was.

7    Q.    Generally what topics were discussed?

8    A.    Plans for the next day, things that would be happening,

9    QRF, escorting VIPs for the security detail.

04:07 10    Q.    And when you said "QRF," what's a QRF?

11    A.    The QRF is a quick reaction force.

12    Q.    Did you know at the time what a QRF was?

13    A.    I did.

14    Q.    How?

15    A.    Past experiences with military, video games, such like

16    that.

17    Q.    What was your understanding about whether the QRF would be

18    armed or unarmed?

19    A.    QRF is usually an armed response.

04:08 20    Q.    Was there any conversation about the need for firearms

21    while you were going to be in DC?

22    A.    Yes.

23    Q.    What was that conversation?

24    A.    If we needed them, be it through violence, how would we be

25    getting them, from who and from where would they be coming, how

1    would we get our hands on them.

2    Q.   Were you the one contributing to the conversation or

3    receiving information?

4    A.   Receiving information.

5    Q.   At some point did you go to sleep?

6    A.   Yes.

7    Q.   Let's talk about the next morning.  Did you leave Ranger

8    Doug's compound early in the morning or later in the day?

9    A.   Early in the morning, I believe around 3:00 in the

04:08 10    morning.

11    Q.   And when you got ready to leave Ranger Doug's compound,

12    which vehicle were you getting in?

13    A.   I was going into Kelly Meggs' pickup truck.

14    Q.   That's different than the van you took there?

15    A.   Yes, sir.

16    Q.   Who told you to change vehicles?

17    A.   Kelly did.

18    Q.   What did you say?

19    A.   I agreed.

04:09 20    Q.   When you were getting ready to leave Ranger Doug's

21    compound, did you help to pack up Kelly Meggs' pickup truck?

22    A.   I did.

23    Q.   What is it that you helped put in the bed of the pickup

24    truck when you were at Ranger Doug's?

25    A.   Personal belongings, firearm cases.

```
 1   Q.   What's a firearms case?

 2   A.   It is a case that contains a kind of mesh that holds a

 3   firearm in place.

 4   Q.   And how do you know what a firearms case is?

 5   A.   I've been around firearms my whole life.

 6   Q.   You've seen them before?

 7   A.   I have.

 8   Q.   When a firearms case has a firearm in it, is it heavy or

 9   light?

10   A.   Heavy.

11   Q.   Approximately how many -- well, let me ask you this:  What

12   kind of firearms cases were you dealing with here at Ranger

13   Doug's?

14   A.   I never saw inside of them but long gun cases for the most

15   part.

16   Q.   And how do you know a long gun case versus a handgun case?

17   A.   A handgun case is usually rectangular and probably only a

18   foot, a foot wide, whereas a long gun case is several feet

19   long.

20   Q.   And can you describe, in your experience, some long guns

21   that you're familiar with?

22   A.   AR-Platform, M4/M16.

23   Q.   Approximately -- well, what kind of firearms cases were

24   you helping to load into Kelly Meggs' pickup truck?

25   A.   Long guns.
```

1    Q.    Approximately how many cases?

2    A.    Approximately ten.

3    Q.    Did you pick some of them up?

4    A.    I did.

5    Q.    Were they heavy or light?

6    A.    They were heavy.

7    Q.    What did you think was inside of them?

8    A.    Firearms.

9    Q.    Now, after helping load the cases into the bed of the

04:11 10   pickup truck, did you get inside the cab of the truck?

11   A.    Can you repeat the question.

12   Q.    Did you end up getting inside of the truck itself?

13   A.    Yes, sir.

14   Q.    And who else got into the truck with you to leave Ranger

15   Doug's?

16   A.    It was me, Kelly, Connie, Kelly's wife, Joe and Whip.

17   Q.    So Joe was with you?

18   A.    I believe so.

19   Q.    And what's the first place that you all went when you left

04:11 20   Ranger Doug's?

21   A.    We went to a hotel in Virginia.

22   Q.    And when you went to that hotel, what did you do there?

23   A.    We transferred personal belongings.  I smoked a cigarette.

24   And firearm cases.

25   Q.    So when you got to that hotel, were other members of your

1   group there?

2   A.   There were.

3   Q.   Now, at this hotel were you in an aboveground parking lot

4   or underground parking lot?

5   A.   This was the aboveground parking lot.

6   Q.   Did you go inside the hotel?

7   A.   I did.

8   Q.   And who was transferring the belongings?

9   A.   Other Oath Keepers.  I helped move some things.

04:12 10   Q.   And where were you moving things from and where were you

11   moving them to?

12   A.   We were moving them amongst the vehicles from the van to

13   the truck or the truck to the van.

14   Q.   Were you told why you were doing this?

15   A.   I don't remember.

16   Q.   And which van was this that you were helping transfer some

17   of the belongings into?

18   A.   This was Jeremy's.

19   Q.   That same van you had been in the day before?

04:12 20   A.   Yes, sir.

21   Q.   Now, did you leave this aboveground parking lot of this

22   hotel at some point?

23   A.   We did.

24   Q.   What vehicle did you leave in?

25   A.   The pickup truck.

```
 1   Q.   Same people in that truck?

 2   A.   Yes, sir.

 3   Q.   And did you drive north?

 4   A.   We did.

 5   Q.   What was the next place you drove to?

 6   A.   That was another hotel Alexandria.

 7   Q.   And when you got to that hotel, were you in an aboveground

 8   parking lot or below-ground parking lot?

 9   A.   Below-ground.

10   Q.   Who was driving?

11   A.   Kelly.

12   Q.   Why did you go into the below-ground parking lot?

13   (Pause.)

14        Did Kelly tell you?

15   A.   He didn't give me a reason, no.

16   Q.   And he was the one who was driving?

17   A.   Yes, sir.

18   Q.   Now, when you were in this below-ground parking lot at the

19   hotel in Alexandria, what did you do there?

20   A.   We helped or I helped load firearms cases onto dollies.

21   Q.   Some of those same firearms cases?

22   A.   Yes, sir.

23   Q.   What's a dolly?

24   A.   A dolly is a metal cart with four wheels that you put

25   luggage on.
```

1    Q.    Did you see other members of the Oath Keepers there in the

2    below-ground parking lot when you were there?

3    A.    Yes, sir.

4    Q.    What were they doing?

5    A.    Either loading equipment onto dollies and bringing it

6    upstairs or conversing amongst themselves.

7    Q.    Was Joe present?

8    A.    Yes, sir.

9    Q.    Did you go upstairs in this hotel at this time?

04:14 10    A.    At this time, no, sir.

11    Q.    What did you do?

12    A.    Put the firearms cases on, helped get it onto the

13    elevator, retrieved some of my personal belonging that I left

14    in the minivan.

15    Q.    Were you staying at this hotel?

16    A.    No, sir.

17    Q.    What was your understanding about why your group was

18    stopping at this hotel and loading firearms cases onto dollies?

19    A.    This is where the QRF would be located.

04:14 20    Q.    And what was your understanding about who was going to be

21    monitoring these firearms cases after you left?

22    A.    It was an elderly gentleman that I don't remember the name

23    of.  He would be the QRF.

24    Q.    And who was supposed to be in touch with this elderly

25    gentleman who was handling the QRF?

1    A.    Leadership, so Kelly Meggs.

2    Q.    I want to show you, Mr. Berry, Government Exhibit 1510.12.

3    Have you seen video from this hotel from two days later, from

4    January 7?

5    A.    Yes, sir.

6    Q.    And have you seen yourself in that video?

7    A.    Yes, sir.

8    Q.    Government moves to admit -- does this look like that

9    video that you've seen before?

04:15  10    A.    Yes, sir, it is.

11         MR. NESTLER:  Government moves to admit 1510.12 into

12    evidence.

13         MS. HALIM:  No objection.

14         THE COURT:  1510.12 will be admitted.

15         (Exhibit 1510.12 admitted into evidence.)

16         MR. NESTLER:  Can we go to 25 seconds, please,

17    Ms. Badalament.

18    Q.    So just to be clear, this is not from January 5 when you

19    were at the hotel dropping things off.  Does that make sense?

04:15  20    A.    Yes, sir.

21    Q.    This video is two days later.

22    A.    Yes, sir.

23         MR. NESTLER:  So if we could play from 25 seconds,

24    please, Ms. Badalament.

25    Q.    If we could now go back.  I want to see, did you see

1    several people in the frame?

2    A.    I did.

3    Q.    Each with a different colored arrow to keep track of them?

4    A.    Yes, sir.

5         MR. NESTLER:  Can we go back to 25 seconds, please,

6    Ms. Badalament.

7    Q.    Do you know who these five individuals are?

8    A.    I do.

9    Q.    Let's start here.  So who is the individual in the -- with

04:16 10    the pink arrow?

11    A.    That is Kelly Meggs.

12         MR. NESTLER:  If we can go forward and pause right

13    here.

14    Q.    Who is the individual with the turquoise arrow?

15    A.    This is Whip.

16    Q.    And which state is Whip from?

17    A.    Florida, I believe.

18    Q.    And what's Whip's race?

19    A.    Caucasian male.

04:16 20    Q.    Now, there's a person with a gray arrow at the back of the

21    cart.  Do you see that?

22    A.    Yes, sir, I do.

23    Q.    Who is the person with the gray arrow?

24    A.    That's me.

25    Q.    And then there's a person with a black arrow who is

1    actually pushing the cart.  Do you see that?

2    A.    I do.

3    Q.    Who is that?

4    A.    That's Joe.

5         MR. NESTLER:  If we can continue moving forward,

6    Ms. Badalament.  Pause right there.

7    Q.    At the end, following the cart there's another man.  Do

8    you see that?

9    A.    Yes, sir.

04:17 10   Q.    With the green arrow.  Who is that?

11   A.    That is the QRF.

12   Q.    That's the older man, who is the QRF?

13   A.    Yes, sir.

14        MR. NESTLER:  If we could go forward, please,

15   Ms. Badalament.  If we could pause right there at 35 seconds.

16   Q.    Are these same five people now depicted in this view in

17   front of the elevator bank?

18   A.    Yes, sir.

19   Q.    Do you see this large rectangular item in the middle of

04:17 20   the cart?

21   A.    Yes, sir.

22   Q.    Do you know what that is?

23   A.    It's a firearms case.

24   Q.    How do you know that?

25   A.    I've seen them plenty of times.

```
 1              MR. NESTLER:  We can take that down, please.
 2    Q.   Let's go back to January 5th.  So after dropping off the
 3    firearms cases at the hotel in Virginia, did you drive into DC
 4    to a hotel?
 5    A.   We did.
 6    Q.   And is that the hotel you stayed in?
 7    A.   Yes, sir.
 8    Q.   Who paid for your room?
 9    A.   Kelly.
04:18 10   Q.   Who did you stay with?
11    A.   I stayed in a room alone but all of the Oath Keepers were
12    in that specific hotel from the Florida chapter.
13    Q.   What about Joe?
14    A.   He was there also.
15    Q.   Now, in the afternoon of January 5, did you leave the
16    hotel and go somewhere?
17    A.   We did.
18    Q.   Where did you go?
19    A.   We went to the Capitol grounds.
04:18 20   Q.   While you were there, did you observe any barricades on
21    the east side of the Capitol?
22    A.   Yes, sir.
23    Q.   Okay.  Now let's go to the morning of January 6th.  Did
24    you go bed the night of January 5th?
25    A.   I did.
```

1    Q.   Did you wake up the morning of January 6th?

2    A.   I did.

3    Q.   You got up early, medium time or late?

4    A.   I believe I got up around 5:00 or 6:00 in the morning.

5    Q.   Now, when you got ready, what kind of gear did you first

6    put on?

7    A.   I was told to put on my Oath Keeper shirt that I had

8    acquired.  I had a backwards baseball cap with an Oath Keeper's

9    patch on it, as well as a plate carrier that I was lent and a

04:19 10   ballistic helmet that Kenny gave me.

11   Q.   And did you put all those things on?

12   A.   I did.

13   Q.   Now, for people who haven't worn a plate carrier before,

14   is it heavy or light?

15   A.   If it has plates in it, it's heavy.

16   Q.   Now, after you put all of this equipment on, did there

17   come a time when you took it off?

18   A.   There was.

19   Q.   Why did you take it off?

04:19 20   A.   Kelly had called Kenny and told him that restrictions

21   around the Capitol were heavy and they weren't going to let

22   people into the rally with them, so we took them off.

23   Q.   So what did Kenny tell you?

24   A.   Kenny told me to go back into my hotel room and put it

25   back.

```
 1    Q.    And what did you do?

 2    A.    I went and put it back.

 3    Q.    And did you put on a jacket?

 4    A.    I did.

 5    Q.    What kind of jacket?

 6    A.    Leather jacket.

 7    Q.    After you did all of that, did you leave the hotel and go

 8    to President Trump's rally?

 9    A.    We did.

10    Q.    Who did you go with?

11    A.    It was myself, Kenny and Jason, I believe.

12    Q.    And remind us, did Kenny have any military experience as

13    far as you know?

14    A.    He was also an ex-marine.

15    Q.    What about Jason?

16    A.    Also an ex-marine.

17    Q.    And when you got to President Trump's rally, did you meet

18    with any other members of the Oath Keepers?

19    A.    We did.

20    Q.    Was Kelly there?

21    A.    He was.

22    Q.    Was Joe there?

23    A.    Yes, sir.

24    Q.    Now let's talk about leaving President Trump's rally.

25    Okay?
```

1    When you left -- did there come a time when you left the
2    rally?
3    A.   Yes, sir.
4    Q.   Which building were you going to when you left the rally?
5    A.   We were headed towards the Capitol building.
6    Q.   Were you in a vehicle or on foot?
7    A.   On foot.
8    Q.   Were you with anybody else?
9    A.   Originally I separated from the initial group because I
04:21 10    got lost.  I met up with Alandra and Whip, and then we
11    regrouped with Kelly and the rest of them.
12    Q.   And when you regrouped with Kelly and the rest of them,
13    was Joe there?
14    A.   He was.
15    Q.   Now, while you were on foot between President Trump's
16    rally and the Capitol building, did you hear anything from
17    other people about what was going on at the Capitol?
18    A.   Yes.  I was told that there were officers down.  People
19    had been injured.  I had also been able to hear, you know --
04:21 20    Q.   And what --
21    A.   -- going off in the distance.
22    Q.   What did you think at that point?
23    A.   Anxious.  I was scared of conflict.
24    Q.   What direction did you keep going?
25    A.   Towards the Capitol building.

```
 1   Q.    When you got close to the Capitol building, did there come
 2   a time when you were in a huddle with other members of your
 3   Oath Keepers group?
 4   A.    Yes, sir.
 5   Q.    Who was with you in that huddle?
 6   A.    Most of the younger Florida Oath Keeper members.  So
 7   people of more recent military.  Kelly, leadership, Joe.
 8   Q.    Okay.  When you were in this huddle -- well, who formed
 9   the huddle?
10   A.    Kelly.
11   Q.    And while you were huddled, approximately how long were
12   you huddled for?
13   A.    Five, ten minutes.
14   Q.    Was there any talking?
15   A.    There was.
16   Q.    Who was doing most of the talking?
17   A.    Kelly.
18   Q.    And what was Kelly saying?
19   A.    Kelly was saying that two of our guys had got separated --
20   two of the Oath Keepers got separated from the group and had
21   walked up the stairs.  And he also said that we were going to
22   try to stop the vote count.
23   Q.    And when Kelly said that, We are going to try to stop the
24   vote count, did you know who "we" meant?
25   A.    The Oath Keepers.
```

1    Q.    What about you?

2    A.    Myself included.

3    Q.    And let's take a pause back for a second.  Did you know

4    what was happening inside of the Capitol building on January

5    6th in the afternoon?

6    A.    I did.

7    Q.    How did you know?

8    A.    Because it was all over the news.

9    Q.    And had it been part of conversations with you and other

04:23 10    members of the Oath Keepers about what was happening that day?

11    A.    Yes, sir.

12    Q.    And what was your understanding about what Congress was

13    doing on the afternoon of January 6th?

14    A.    Certifying the election for Joe Biden.

15    Q.    And what would that mean for President Trump?

16    A.    He had lost.

17    Q.    And so when Kelly said something about trying to stop the

18    vote count, what did you think?

19    A.    I was scared, but we could do it as a group.

04:23 20    Q.    After Kelly said this, did the huddle sort of break up?

21    A.    We did.

22    Q.    And when Kelly made this comment about trying to stop the

23    vote count, did anyone voice any disagreement?

24    A.    No.

25    Q.    Did anyone say, "I'm not doing that"?

```
 1   A.   No.
 2   Q.   And after the huddle broke up, did you all walk in a
 3   certain direction?
 4   A.   We did.
 5   Q.   Towards what?
 6   A.   The stairs up to the entrance.
 7   Q.   Did you turn and walk the other direction?
 8   A.   No.
 9   Q.   Who was leading your group?
10   A.   Kelly.
11   Q.   And when he started walking towards the stairs, what did
12   you do?
13   A.   I followed.
14   Q.   Did you see what Joe was doing?
15   A.   Following me.
16   Q.   Now, when you're at the Capitol building, how did you move
17   through the crowd?
18   A.   We stacked up in a single file line and walked up the
19   stairs.
20   Q.   For those of us who aren't familiar with the phrase
21   "stacked up," can you please describe what you mean by that?
22   A.   We put our hands on the person in front of us, be it on
23   the plate carrier or on the shoulder, and we moved as a single
24   formation.
25   Q.   And when you -- and you call that a stack?
```

1    A.    I do.

2    Q.    When you moved as a stack with other members of your

3    group, what did the crowd do?

4    A.    They let us through.  They cheered us on.

5    Q.    What kinds of things was the crowd saying?

6    A.    They were cheering that it was the Oath Keepers, and if

7    anybody was going to get them in the building, it was us.

8    Q.    How did that make you feel?

9    A.    Like I was doing the right thing.

04:25 10    Q.    What did you think about the idea that members of the

11    group thought that you were going to get them into the

12    building?

13    A.    Can you repeat the question.

14    Q.    Sure.  How was it that you thought these other members of

15    the crowd were going to use you to get into the building?

16    A.    Like a battering ram.

17    Q.    Why do you think that?

18    A.    Well, we had, you know, armor.  We had military members.

19    We were experienced.

04:26 20    Q.    When you got to the top of the stairs, did you see the

21    exterior doors of the Capitol building?

22    A.    I did.

23    Q.    What direction were you going?

24    A.    Towards the doors.

25    Q.    What about other members of your group?

1    A.    All of us were.

2    Q.    Were you able to easily walk towards the doors?

3    A.    Yes, sir.

4    Q.    When you -- were there other people around?

5    A.    A lot.

6    Q.    And did you use your arms at any point?

7    A.    To push, yes, sir.

8    Q.    What direction were you pushing?

9    A.    Towards the doors.

04:26 10   Q.    Did you see what other members of your group were doing at

11   this point?

12   A.    Pushing.

13   Q.    Towards what?

14   A.    The doors.

15   Q.    Did you hear people yelling things around this time?

16   A.    I did.

17   Q.    What kinds of things were people yelling?

18   A.    Treason, fight for Trump, USA.  Stuff like that.

19   Q.    Were members of your group also yelling those kinds of

04:27 20   things?

21   A.    Yes.

22   Q.    Including "treason"?

23   A.    Yes.

24   Q.    What was your understanding about where that yell of

25   treason was being directed towards?

1    A.    The government officials.

2    Q.    And where were those government officials as far as you

3    understood at this time?

4    A.    Inside the Capitol building.

5    Q.    Did you eventually make your way into the Capitol building

6    itself?

7    A.    We did.

8    Q.    What did you personally want Congress to do that day?

9    A.    Acknowledge our presence, acknowledge that we were pissed,

04:27 10  acknowledge that we felt like we were wronged and to actually

11    listen to us.

12    Q.    Listen to you and not do what?

13    A.    Certify the election of Joe Biden.

14    Q.    Were you inside the Capitol building for some period of

15    time?

16    A.    Yes, sir.

17    Q.    I want to talk about now when you left the building, okay.

18          Did you leave the building around the same time as Kenny?

19    A.    Yes, sir.

04:28 20  Q.    And shortly after leaving, where did you stand, right when

21    you left the doors?

22    A.    Outside of the doors on the right-hand side, left-hand

23    side if you're coming up the stairs, in front of the line of

24    riot officers.

25    Q.    So left hand as you're coming up the stairs, right hand as

1    you're walking out the doors?

2    A.   Yes, sir.

3          MR. NESTLER:  If we could pull up 5707, please, Ms.

4    Badalament.

5    Q.   And does this photograph fairly and accurately capture

6    what you were seeing when you were outside of the doors in the

7    afternoon of January 6th?

8    A.   Yes, sir.

9          MR. NESTLER:  Government moves to admit into evidence

04:29 10   5707.

11          MS. HALIM:  No objection.

12          THE COURT:  5707 will be admitted.

13          (Exhibit 5707 admitted into evidence.)

14   Q.   Can you please tell us the three men in the front

15   foreground of this photograph starting on the left?

16   A.   The left-hand side is Kenny, the middle is Kelly, the

17   right is Joe.

18   Q.   And what is it that Joe is wearing on Joe's chest?

19   A.   A plate carrier.

04:29 20   Q.   And what is it that Joe has on his head?

21   A.   A helmet.

22   Q.   And do you know approximately where you are at this time?

23   A.   I believe somewhere in the background.

24   Q.   After some number of minutes, did you walk down the stairs

25   here at the Capitol?

1    A.   We did.

2    Q.   Did you go alone or with members of your group?

3    A.   Most of us went together but some people stayed upstairs.

4         MR. NESTLER:  I'm going pull up on the screen 5702,

5    please, just for Mr. Berry.

6    Q.   Does this photo fairly and accurately capture you as

7    you're coming down the stairs?

8    A.   Yes, sir.

9         MR. NESTLER:  Government moves to admit into evidence

10   5702.

11        MS. HALIM:  No objection.

12        THE COURT:  5702 is admitted.

13        (Exhibit 5702 admitted into evidence.)

14   Q.   And do you see yourself in this photograph?

15   A.   I do.

16   Q.   Could you please circle yourself.

17        For the record, you've circled the approximately fourth

18   person from the left wearing the leather jacket.

19        And do you see Kelly Meggs in this photograph?

20   A.   I do.

21   Q.   And can you just draw an arrow toward him.

22        For the record, you've indicated the person that's over

23   your left shoulder wearing a baseball cap.

24        And what is it that Kelly Meggs has on his front?

25   A.   A plate carrier.

1   Q.   And do you see the woman sort of in front of you?

2   A.   Yes.

3   Q.   Who is that?

4   A.   That's his wife Connie.

5   Q.   What's she wearing on her front?

6   A.   Also a plate carrier.

7   Q.   And the three people walking downwards to your right, our

8   left as we're looking, do you see them?

9   A.   I do.

04:31 10   Q.   Do you know who they are?

11   A.   I believe that the person in the front is Jason, the

12   middle is Jessica, and the rear, I don't remember his name.

13   Q.   Were they all members of your group?

14   A.   The two in the rear were Ohio militia that were separate.

15   But Kelly let them come with us, and the person in the front

16   was with us.

17   Q.   And by with you, you mean walking to the Capitol together?

18   A.   Yes.

19   Q.   And then going into the Capitol?

04:31 20   A.   Yes, sir.

21         MR. NESTLER:  Now, if we could pull up on the screen

22   5706.

23   Q.   Are you familiar -- does this photo fairly and accurately

24   capture what members of your group looked like on the stairs of

25   the Capitol after walking down?

A.    Yes, sir.

      MR. NESTLER:  Government moves to admit into evidence 5706.

      MS. HALIM:  No objection.

      THE COURT:  5706 is admitted.

      (Exhibit 5706 admitted into evidence.)

Q.    Do you know the person exactly in the middle of the photograph?

A.    It's Joe.

Q.    Thank you.

    Now, after walking down the stairs, did you all -- you and members of your group gather together?

A.    We did.

Q.    Approximately where?

A.    If you're looking at the entrance, we came through on the right-hand side by the initial entryway from the street.

Q.    And what did you do when you all gathered there?

A.    Most of us talked amongst ourselves, talked about the woman who had been shot.

Q.    Was Kelly there?

A.    He was not.  He was with Stewart Rhodes.

Q.    Were they nearby?

A.    They were.

Q.    And what about Kenny, was he there?

A.    He was.

1          MR. NESTLER:  We can take this down, Ms. Badalament.

2     Q.    Did you have a conversation with Kenny about Capitol

3     police officers while you were standing there?

4     A.    We did.

5     Q.    What was it that Kenny said to you about Capitol police

6     officers?

7     A.    He had made mention that he had felt an officer's chest to

8     see if there was body armor on.

9     Q.    What was Kenny's tone of voice when he told you he had

04:33 10     felt an officer's chest to see if there was body armor?

11     A.    Jubilant.

12     Q.    What does jubilant mean?

13     A.    Excited, joyous.

14     Q.    And what did you take that to mean, that Kenny was

15     jubilant or joyous when telling you about feeling -- that's a

16     bad question.  Let me step back for a second.

17          Did he tell you whether he thought the Capitol Police had

18     body armor or not?

19     A.    He did.

04:33 20     Q.    What did he say?

21     A.    He said that some of them did not.

22     Q.    And what did you take that to mean?

23     A.    That if we had an engagement with them, that they would be

24     easier to handle.

25     Q.    And what does "an engagement" mean?

1    A.    If we fought them.

2    Q.    With what?

3    A.    Firearms.

4    Q.    While you were outside of the Capitol here after leaving,

5    did you see Connie, Kelly Meggs' wife?

6    A.    I did.

7    Q.    What was she doing?

8    A.    She was screaming at some of the officers that were

9    standing at the building.

04:34 10    Q.    What was she screaming at those officers?

11    A.    Calling them traitors, oath breakers.

12    Q.    After you were outside of the Capitol for a period of

13    time, did you make your way back to the hotel?

14    A.    I did.

15    Q.    And did you sleep at the hotel that night, the night of

16    January 6th?

17    A.    Barely, but yes.

18    Q.    Why barely?

19    A.    It was a traumatizing event.  I was scared.  I knew that I

04:35 20    had made a huge mistake.

21    Q.    The next morning was January 7th.  Do you know

22    approximately what time you got up?

23    A.    Right at the crack of dawn, so probably 7:00 or 6:00 in

24    the morning.

25    Q.    And did you get into a car?

1   A.   We did.

2   Q.   Whose car?

3   A.   Kelly's.

4   Q.   Same pickup truck?

5   A.   Yes, sir.

6   Q.   And who was with you?

7   A.   Kelly, Connie, Joe, Whip, myself.

8   Q.   And where was the first place you all went when you got

9   into Kelly's pickup truck?

04:35 10   A.   We went to the hotel in Alexandria where the QRF was

11   located.

12   Q.   And what did you do while you were there?

13   A.   We picked up the firearms that we had dropped off.

14   Q.   Is that that video I showed you earlier?

15   A.   It was.

16   Q.   And after you picked up those firearms, what did you do

17   with them?

18   A.   We loaded them into Kelly's truck.

19   Q.   And did you then get back in the truck yourself?

04:36 20   A.   We did.

21   Q.   And where did you go?

22   A.   We went to go get breakfast and drove straight to Florida.

23   Q.   While you were in Kelly's truck, where were you sitting?

24   A.   In the middle of the passenger seat in the rear.

25   Q.   Who was driving?

1    A.    Kelly.

2    Q.    And who was sitting on your side?

3    A.    On my left-hand side, it was Joe.  On my right-hand side,

4    it was Whip.

5    Q.    Did you talk to Joe at all while you were driving?

6    A.    Occasionally.

7    Q.    Did Joe make any comments about anything he had done with

8    his phone?

9    A.    He had said that he had a picture that he had deleted.

04:36 10    Q.    From what?

11    A.    From inside the building.

12    Q.    And did you understand when he was telling you this, where

13    he deleted it from, what kind of device?

14    A.    It was an iPhone.

15    Q.    And after Joe made that comment to you, did you do

16    anything with respect to your phone?

17    A.    I wiped my phone.

18    Q.    What kind of phone did you have?

19    A.    An iPhone.

04:37 20    Q.    How did you wipe your phone?

21    A.    I went into the settings and factory reset it.

22    Q.    Why did you do that?

23    A.    Destroy evidence.

24    Q.    Why did you want to destroy evidence?

25    A.    Because I was afraid.

1    Q.    Of what?

2    A.    The federal government.

3    Q.    What about it?

4    A.    Federal law enforcement, federal agencies.

5    Q.    Looking back now two years later, how do you feel about

6    your actions in December of 2020 and January 2021?

7              MR. SHIPLEY:  Objection, irrelevant.

8              THE COURT:  Overruled.

9    Q.    You can answer.

04:37 10    A.    Reprehensible, upsetting.

11    Q.    Have you pled guilty to crimes related to what you did

12    back then?

13    A.    I have.

14    Q.    What did you plead guilty to?

15    A.    Conspiracy and obstruction of Congress.

16    Q.    I'm going to pull up on the screen for you, Mr. Berry,

17    Government's 5710.  Is this a copy of your plea agreement?

18    A.    Yes, sir.

19              MR. NESTLER:  The government moves to admit 5710 into

04:38 20    evidence.

21              THE COURT:  5710 will be admitted.

22              (Exhibit 5710 admitted into evidence.)

23    Q.    When you pled guilty, which judge did you plead guilty in

24    front of?

25    A.    Judge Mehta.

```
 1    Q.    Same judge sitting here right now?

 2    A.    Yes, sir.

 3          MR. NESTLER:  You can take that down, Ms. Badalament.

 4    Thank you.

 5    Q.    When Judge Mehta -- did Judge Mehta accept your guilty

 6    plea?

 7    A.    He did.

 8    Q.    And during that hearing did you have to admit all of your

 9    conduct that formed the factual basis for your plea?

10    A.    I did.

11    Q.    Mr. Berry, can you describe in your own words what your

12    obligations are under the plea agreement?

13    A.    To tell the truth.

14    Q.    What's your understanding about what the government's

15    obligations are under the plea agreement?

16    A.    None.

17    Q.    Have you been sentenced yet?

18    A.    I have not.

19    Q.    Now, under the sentencing guidelines, approximately how

20    many years in prison are you facing when it comes time for you

21    to be sentenced?

22    A.    They recommended it as approximately five years.

23    Q.    What do you hope the government is going to do when it

24    comes time to appear before Judge Mehta at your sentencing

25    hearing?
```

1   A.   Acknowledge my assistance and give me a lower sentence.

2   Q.   Who ultimately decides what sentence you'll get?

3   A.   The judge.

4   Q.   Does the government have to ask the judge to go lenient or

5   easy on you?

6   A.   No.

7   Q.   Has anyone made any promises to you that the government

8   will --

9   A.   No.

04:39 10   Q.   -- go easy on you?

11   A.   No.

12   Q.   Every time that we have met, what is the most important

13   thing I tell you you have to do?

14   A.   Tell the truth.

15   Q.   Mr. Berry, can you tell us, tell the ladies and gentlemen

16   of the jury, who are some of the people that you understand

17   that you conspired with when you committed your crimes?

18        MR. SHIPLEY:   Objection, calls for a legal conclusion.

19        THE COURT:   Just rephrase the question, please.

04:40 20        MR. NESTLER:   Sure.

21   Q.   You pled guilty to conspiracy, correct?

22   A.   Yes, sir.

23   Q.   And obstruction of Congress; is that right?

24   A.   Yes, sir.

25   Q.   And when you pled guilty to conspiracy, did you agree that

1    you conspired with other people?

2    A.    I did.

3    Q.    Who do you understand some of those people who you

4    conspired with to be?

5              MR. SHIPLEY:  Objection, calls for a legal conclusion.

6              THE COURT:  That's overruled.

7    A.    Kelly, other members of the Oath Keepers, Joe, Kenny.

8              MR. NESTLER:  Thank you, Mr. Berry.

9              No further questions, Your Honor.

04:40  10         THE COURT:  All right.  Okay.  Cross-examination.

11    CROSS-EXAMINATION BY MS. HALIM:

12    Q.    Mr. Berry, good afternoon.  My name is Angie Halim.  We

13    have not met before, right?

14    A.    No, ma'am.

15    Q.    First time we're speaking, correct?

16    A.    Yes, ma'am.

17    Q.    I represent Joseph Hackett.  I gather you may have figured

18    that by now.  And I have some questions for you.  Give me just

19    one moment, please.

04:41  20         All right.  You indicated, when Mr. Nestler was asking you

21    some questions, you're 21 years old now?

22    A.    Yes, ma'am.

23    Q.    Nineteen back in late 2020 and early 2021, correct?

24    A.    Yes, ma'am.

25    Q.    Very young?

1  A.    Yes, ma'am.

2  Q.    One of the youngest of all the people that you interacted

3  with, correct?

4  A.    I believe the youngest.

5  Q.    The youngest, right.  Especially of all the people you met

6  in person, right?

7  A.    Yes, ma'am.

8  Q.    On direct examination, in response to a number of

9  questions that Mr. Nestler asked you, you said that certain

04:42 10  things made you feel accepted.  Do you remember saying that

11  numerous times?

12  A.    Yes, ma'am.

13  Q.    That was important to you, right?

14  A.    Yes, ma'am.

15  Q.    Being accepted by the people that you were engaging with?

16  A.    Yes, ma'am.

17  Q.    Even though when you first got involved, you didn't really

18  know anybody, correct?

19  A.    Not at all.

04:42 20  Q.    On direct examination, you implied in response to a

21  question that Mr. Nestler asked that you joined the Oath

22  Keepers having something to do with changing the results of the

23  election.  Do you remember saying that on direct exam?

24  A.    I don't.

25  Q.    Okay.  Well, actually, let's talk about the reasons that

1    you joined the Oath Keepers.  You joined in late November of

2    2020.  Does that sound right?

3    A.    Yes, ma'am.

4    Q.    And when you joined, you lived in Tampa, like you do now,

5    correct?

6    A.    Yes, ma'am.

7    Q.    Or in the Tampa area, let's say.  And in the Tampa area in

8    November of 2020, you had experienced and observed violence,

9    right?

04:43 10    A.    Correct.

11    Q.    You were scared of violence in your community, correct?

12    A.    Correct.

13    Q.    And again, you were 19 years old at this time, right?

14    A.    Correct.

15    Q.    You didn't own a firearm yourself, right?

16    A.    No.

17    Q.    And you wanted to join a group that you felt could provide

18    you protection, correct?

19    A.    No.

04:43 20    Q.    No?

21    A.    No.

22    Q.    You wanted to join a group so that you could become

23    involved in protecting your community; isn't that right?

24    A.    Approximately.

25    Q.    You have no law enforcement experience; isn't that

        1    correct?

        2    A.    No, ma'am.

        3    Q.    And you have no military experience, right?

        4    A.    No, ma'am.

        5    Q.    Military experience is something that you did desire to

        6    have, though, right?

        7    A.    Yes, ma'am.

        8    Q.    And you, for several personal reasons, chose not to join

        9    the military, right?

04:44  10    A.    Yes, ma'am.

       11    Q.    And you initially admired a lot of the other Oath Keepers

       12    that you got to know because of their law enforcement or

       13    military experience, correct?

       14    A.    Yes, ma'am.

       15    Q.    Are you aware that Mr. Meggs doesn't have any military

       16    experience?

       17    A.    I was.

       18    Q.    He's a -- he works at a car dealership, right?

       19    A.    Yes, ma'am.

04:44  20    Q.    Selling cars?

       21    A.    Yes, ma'am.

       22    Q.    And does he own the dealership?

       23    A.    I'm not sure.

       24    Q.    Okay.  And Mr. Hackett, are you aware that he has no

       25    military experience?

1    A.    I was not aware.

2    Q.    All right.  You, I think, referred to him at some point

3    previously as a psychiatrist.  Do you remember that?

4    A.    Yes, ma'am.

5    Q.    Is that what you thought that he did for a living?

6    A.    Yes, ma'am.

7    Q.    Let's talk a little bit about these Signal chats.  Signal

8    is an application very similar to something like maybe

9    WhatsApp; is that right?

04:45 10    A.    It's an encrypted version of WhatsApp, yes, ma'am.

11    Q.    Are you aware that WhatsApp is actually an encrypted

12    application?

13    A.    I was not.

14    Q.    Signal is sort of like a social media application, right?

15    A.    Correct.

16    Q.    In the sense that you can join or be invited to various

17    chat groups, correct?

18    A.    Correct.

19    Q.    And you may or may not know the other people that are in

04:45 20    the chat groups with you, right?

21    A.    Correct.

22    Q.    And the chat groups that you became a part of had many

23    members, right?

24    A.    Correct.

25    Q.    And when you first started chatting with folks, you didn't

 1  know any other single person that was in the chat groups,
 2  right?
 3  A.   Correct.
 4  Q.   And in fact, it was about a month, maybe even a little
 5  more, before you met any single Oath Keeper in person; isn't
 6  that right?
 7  A.   Yes, ma'am.
 8  Q.   So that for about a month, or possibly even more than a
 9  month, you're engaging online in a social media type of
04:46 10  platform with people that you didn't know personally, right?
11  A.   Correct.
12  Q.   And like social media applications, you're not in their
13  presence when you're typing messages with them, correct?
14  A.   Correct.
15  Q.   And it's the kind of thing that generated a lot of
16  messages, right?
17  A.   Yes, ma'am.
18  Q.   So it wasn't the type of thing that you were constantly
19  checking every single message as it came through, correct?
04:46 20  A.   Whenever I would log into Signal via my phone, usually it
21  was either during or after work, I would go through all the
22  messages and read them.
23  Q.   Okay.  You were a line cook, correct --
24  A.   I was.
25  Q.   -- at the time.  So I'm sure you worked long hours.

1    A.    Very long hours.

2    Q.    Possibly even more than 10 or 12 hours a day, right?

3    A.    Fourteen usually.

4    Q.    Fourteen.  So then after work when you logged in, you

5    would just see a whole bunch of messages that came in during

6    that 14-hour period while you were at work, right?

7    A.    Correct.

8    Q.    You mentioned on direct examination that you dialed into

9    or participated in some of the Go To Meetings; is that right?

04:47 10    A.    Yes, ma'am.

11    Q.    And for the Go To Meetings, you would participate with

12    your phone, correct?

13    A.    Yes, ma'am.

14    Q.    And it was sort of like you would get a conference call

15    number, and you would dial the number in on your phone?

16    A.    Yes, ma'am.

17    Q.    And then you can either put the phone on mute or set it

18    down or whatever and put it on speaker if you want and just

19    hear what others are saying at the Go To Meetings, right?

04:47 20    A.    Yes, ma'am.

21    Q.    There were sometimes when you would log into the Go To

22    Meetings and you would actually be at work as a cook, right?

23    A.    Yes, ma'am.

24    Q.    So when that happened, you're not paying a 100 percent

25    attention to what's going on at the Go To Meetings because

1    you're also cooking during a long shift, right?

2    A.    I tried to pay attention as much as I could because the

3    information that I was receiving was things that I considered

4    to be valuable.  Most of the information that I was looking for

5    would be acquiring equipment, where to start, things of that

6    nature.

7    Q.    Acquiring equipment, such as?

8    A.    Duty belt, like for a holster, magazine pouches, plate

9    carriers, ballistic helmets, things of that nature.

04:48 10    Q.    And prior to your trip to DC in January, you didn't

11    actually acquire any of those things yourself, right?

12    A.    Prior to my trip, I acquired a plate carrier that was

13    gifted to me from one of the members but none of it was my own.

14    Q.    Okay.  So those things that you read about or information

15    you heard about, you didn't actually go out and get any of

16    those things, right?

17    A.    I would have if I could have.

18    Q.    But you couldn't?

19    A.    I couldn't mainly because of financial reasons.

04:48 20    Q.    Right.  So you didn't, right?

21    A.    Correct.

22    Q.    You relied on a gift that someone gave you, which was the

23    plate carrier?

24    A.    Correct.

25    Q.    And then later, I think after you were already in DC,

1    Kenny gave you a helmet to wear, correct?

2    A.    Correct.

3    Q.    You did order a patch though, right?

4    A.    I did.

5    Q.    And that's something that you acquired yourself, right?

6    A.    The patch, the shirt, and the hat, yes, ma'am.

7    Q.    And those were things that you had conversations about in

8    the chats, right?

9    A.    The patches exclusively.  The shirts I believe we did as

04:49 10    well.  The hat was something on my own.

11    Q.    Okay.  And you had conversations in the Signal groups

12    about getting those things, right?

13    A.    Yes, ma'am.

14    Q.    Do you remember when you were talking about getting the

15    patch, there was some delay in it getting shipped to you.  Do

16    you remember that?

17    A.    I don't.

18    Q.    Okay.  The first time that you met anyone from the Oath

19    Keepers in person, that was at the event in, I think you said

04:50 20    it was St. Pete's?

21    A.    St. Pete's, Clearwater, one of the two.  I don't remember.

22    Q.    Are they interchangeable?

23    A.    They are not.

24    Q.    They are not.  Okay.  What I recall you saying on direct

25    examination was that it was in St. Pete's, right?

A.   I said that but mainly because I don't remember the location.

Q.   Okay.  And then Mr. Nestler was the one who came and said Clearwater, right?

A.   Yes, ma'am.

Q.   When you were in Clearwater, that was the Roger Stone event, isn't that right?

A.   Yes, ma'am.

Q.   And was Roger Stone actually there?

A.   He was.

Q.   And there were other speakers that were there as well?

A.   I believe so.

Q.   And you were there to provide private security detail services?

A.   Escorting Roger Stone to and from the location, as well as watching the crowd, yes, ma'am.

Q.   And that was the sole purpose of attending that event in Clearwater, Florida, right?

A.   As far as I'm aware, yes, ma'am.

Q.   And so all of the planning that led up to going to Clearwater, that's what you were talking about, the security detail, right?

A.   Can you repeat the question.

Q.   Sure.  So when you were planning to go to Clearwater for the Roger Stone event, you had conversations in chats with the

1    other people that were going to be traveling to Clearwater for

2    that same event, right?

3    A.    I did not.

4    Q.    Didn't have any?

5    A.    I was told that -- most of the information that I got

6    during the Roger Stone event was during the event.

7    Q.    Okay.

8    A.    So I had no idea as to where he was or what would be

9    happening.  I just said that I was going.

04:51 10    Q.    How did you know about the event?

11    A.    Because Kelly had made mention of it and I wanted to show

12    him that I was a valuable asset to him and I offered to go.

13    Q.    And this was the first time that you were meeting these

14    people that you had been chatting with for a month or so?

15    A.    Yes, ma'am.

16    Q.    And that was the first time you met Kelly Meggs in person,

17    right?

18    A.    Yes, ma'am.

19    Q.    First time you met Mr. Hackett in person?

04:51 20    A.    Yes, ma'am.

21    Q.    Who else was there at the Clearwater event?

22    A.    I believe Whip and I think Alandra.

23    Q.    Okay.  Now, I'm going to ask you some questions a little

24    bit later about Whip, but I want to be clear that we're talking

25    about the same person.  You're referring to him as Whip.  But

1  you're talking about, do you now understand that Whip is a

2  person named Jeffrey Morelock?

3  A.   I do not recall the name.  I only go based off of the

4  alias that I remember.

5  Q.   Is it possible that who you're referring to when you say

6  "Whip" is a person who referred to himself as Whippet?

7  A.   Yes, ma'am.

8  Q.   So you're saying "Whip," but what we're talking about is

9  Whippet, right?

04:52 10 A.   Yes, ma'am.

11 Q.   Okay.  I was just checking.  Thanks.

12      He was there at the Clearwater event?

13 A.   Yes, ma'am.

14 Q.   Anyone else that you recall?

15 A.   I believe Alandra, but I don't recall anybody else.

16 Q.   So you said that you're learning there, sort of on the

17 ground, what to do, right?

18 A.   Yes, yes.

19 Q.   And is it Kelly Meggs who is giving you the majority of

04:52 20 the instructions?

21 A.   Kelly Meggs had very little involvement in the

22 instructions that I was given.  Most of it was by Whippet.  He

23 had previous experience with security.

24 Q.   So Whippet not only had previous experience with security,

25 he's also former law enforcement.  You're aware of that?

```
 1    A.    I believe he was CIA or something, yes, ma'am.

 2    Q.    All right.  So he was the one who was giving the

 3    instructions as to what you were going to do for the security

 4    details while you were there?

 5    A.    Yes, ma'am.

 6                THE COURT:  It's about five of 5:00 in terms of

 7    timing.

 8                MS. HALIM:  Okay.

 9                THE COURT:  But if you have got five more minutes, go

10    ahead.  If not, we can -- just in terms of timing for your

11    examination, that's all.

12                MS. HALIM:  Got you.  You're not asking me to finish

13    in five minutes?

14                THE COURT:  No.

15                MS. HALIM:  Thank you.  That's what I was just

16    checking.  Thank you.

17    Q.    I want to talk a little bit about Kelly Meggs.  He is a

18    very tall individual, isn't that right?

19    A.    Yes, ma'am.

20    Q.    If I told you he was six-four, would you have any reason

21    to dispute that?

22    A.    No.

23    Q.    And also, in addition to being tall, he's a big guy,

24    right?

25    A.    Pretty large, yes, ma'am.
```

```
 1   Q.   He's got a loud voice?

 2   A.   Definitely.

 3   Q.   He has a, would it be fair to say, boisterous personality?

 4   A.   I didn't know him personally well enough to confirm that.

 5   Q.   Okay.  Would it be fair to say he had an assertive

 6   personality?

 7   A.   Definitely.

 8   Q.   In the interactions that you had with him?

 9   A.   Definitely.

10   Q.   That included in Clearwater, right, as well as the trip on

11   January 4th, 5th and 6th coming from Florida to DC, correct?

12   A.   Yes, ma'am.

13   Q.   Do you recall that on December 19, former President Trump

14   sent a tweet in the very early morning hours basically saying

15   Come to DC.  It will be wild.  Do you remember that tweet?

16   A.   I do.

17   Q.   Because you were following things pretty closely in the

18   news, right?

19   A.   Yes, ma'am.

20   Q.   Now, prior to that tweet, nobody was making any plans,

21   that you know of, to go to DC on January 6th, correct?

22   A.   When he tweeted to come to DC, we -- I was involved in no

23   plans but I knew that we were going to go.

24   Q.   Okay.  But I guess what I'm saying is from a timing

25   perspective, there was the tweet, right?
```

1   A.    Yeah.

2   Q.    And then I'm sure you heard about in the news all of a

3   sudden people are talking about going to DC for a rally or

4   something in January?

5   A.    Yes, ma'am.

6   Q.    On January 6th, right?

7   A.    Yes, ma'am.

8   Q.    And the same goes for the Signal chats that you were a

9   part of.  It was after the tweet that he issued that people

04:55 10   started talking about gearing up to take a trip to DC

11   specifically on January 6th, right?

12   A.    From what I remember, yes, ma'am.

13   Q.    Now, initially you weren't going to go to DC, correct?

14   A.    I was not.

15   Q.    You're a busy man working 14 hours a day, right?

16   A.    Yes, ma'am.

17   Q.    Supporting yourself, correct?

18   A.    My fiance as well.

19   Q.    So financially you needed --

04:56 20   A.    To be there.

21   Q.    -- stay home and work?

22   A.    Yes, ma'am.

23   Q.    And also this was -- was she your fiance at the time?

24   A.    Girlfriend at the time.

25   Q.    But it was a serious relationship?

```
 1    A.    Yes, ma'am.

 2    Q.    It was a relationship that was very important to you,

 3    correct?

 4    A.    Yes, ma'am.

 5    Q.    So the combination between your serious relationship, as

 6    well as the financial need to keep working, you didn't plan to

 7    go to DC, did you?

 8    A.    Originally, no, ma'am.

 9    Q.    It was Kelly Meggs who convinced and persuaded you to go,

04:56 10    right?

11    A.    Yes, ma'am.

12    Q.    In fact, he even -- he was pretty assertive in persuading

13    you that being in DC was more important than your job, right?

14    A.    He said my other priorities didn't matter, yes, ma'am.

15    Q.    And that meant not only your job but also your

16    relationship, correct?

17    A.    I never thought of it like that, but probably.

18    Q.    All right.  So that's when you decided to go on the trip

19    to DC?

04:57 20    A.    Yes, ma'am.

21    Q.    Are you aware that Mr. Hackett originally wasn't going to

22    make the trip to DC either?

23    A.    I was not.

24    Q.    And you weren't aware that it was Mr. Meggs who persuaded

25    him --
```

```
 1    A.    I was not.

 2    Q.    -- that he ought to go.

 3          MS. HALIM:  Your Honor, I think this might be a good

 4    breaking point.

 5          THE COURT:  Okay.  Folks, we have come to the end of

 6    our day.  Thank you very much for your time and attention.

 7    It's been a little while, so let me just remind you again of

 8    the instructions I've been giving you throughout, which is

 9    please avoid any news media coverage about the case.  Please do
10    not discuss the matter amongst either yourselves or anyone else

11    and no independent research online or any other fashion.

12          Thank you very much.  Have a good evening.  We will

13    start again at 9:30 tomorrow morning.  Thank you.

14          THE CLERK:  All rise.

15          (Jury exits the courtroom.)

16          THE COURT:  All right.  Mr. Berry, you can step down.

17          I just instruct you not to discuss your testimony with

18    anyone overnight, and I'll ask you to make sure to coordinate

19    with government counsel to ensure you're here and ready to go

20    by 9:30.

21          THE WITNESS:  Yes, sir.

22          THE COURT:  Thank you, sir.

23          Have a seat, everybody.

24          Okay.  Everyone, just in terms of scheduling, thoughts

25    on cross for Mr. Berry.  Ms. Halim, how much additional time do
```

1    you think you'll need tomorrow?

2              MS. HALIM:  I think at least 30 minutes.

3              THE COURT:  Okay.

4              MS. HALIM:  I'll tell you, just as a heads-up, why I

5    can't precisely predict.  We heard some new things today that

6    is not in the literature, in the materials turned over.  Most

7    of the materials relating to Mr. Berry are 302, which as Your

8    Honor knows, makes for complicated interactions.  I'm going to

9    have to put down some things and deal with an agent to go

04:59 10   through.  It's just a long way of saying that there's some

11   complications in how to confront Mr. Berry.

12             THE COURT:  Okay.

13             MR. NESTLER:  Just for the record, Mr. Berry did

14   testify in the grand jury and we did produce those transcripts.

15             MS. HALIM:  Oh, yes, I got one transcript.  That's

16   true.  And many, many 302s, and no prep notes apparently.

17             THE COURT:  Mr. Shipley?

18             MR. SHIPLEY:  I think I'm going last.

19             MR. WEINBERG:  Your Honor, I'm going second.

04:59 20   THE COURT:  It doesn't matter the order in which

21   you're going.  I'm curious about timing.

22             MR. WEINBERG:  Thirty to 45 minutes, 45 minutes max.

23             THE COURT:  Okay.

24             MR. SHIPLEY:  I'll probably be 10 or 15, if not zero.

25             THE COURT:  Okay.  Zero is always acceptable as an

1    answer.

2            MR. SHIPLEY:  My client might agree.

3            THE COURT:  Mr. Peed?

4            MR. PEED:  I'll estimate 30 to 40 minutes.

5            THE COURT:  Okay.  And then who do we have up after --

6    so we'll be, it sounds like, the better part of the morning

7    tomorrow with Mr. Berry.  And then who is next?

8            MR. MANZO:  We have TFO Agent Charles George.

9            THE COURT:  What agent?

05:00 10            MR. MANZO:  TFO Agent Charles George, who recovered

11    the grenades.  So I guess we would see how cross-examination

12    works out.

13            THE COURT:  I'm not sure.  What do you mean by that?

14            MR. MANZO:  Well, we're still seeking to admit the

15    grenades.

16            THE COURT:  Right.

17            MR. MANZO:  I expect there would be objection to that

18    and for Your Honor to make a ruling.

19            THE COURT:  Okay.  Let's put a pin on that.  Bad use

05:01 20    of terms when we're talking about grenades.

21            MR. MANZO:  I think that would take half hour, 20

22    minutes to a half hour direct.

23            THE COURT:  He's short.  And then after that, do we

24    have somebody else lined up?

25            MR. EDWARDS:  Special Agent Joanna Abrams.

1           THE COURT:  And she's going to do the January 6th --

2           MR. EDWARDS:  That's right.

3           THE COURT:  So she'll be on for --

4           MR. EDWARDS:  Oh, I'm sorry.  We discussed switching

5      that.  I forgot there was a witness that needed to go on this

6      week.  So it would be Secret Service Inspector Linel Howard.

7      And we had flagged that before the break.  They were on notice

8      that that might be going.  Then it would be Special Agent

9      Abrams.

05:01 10           THE COURT:  All right.  Was there anything else we

11     need to discuss?

12           MS. HALIM:  Yes.  So what I was going to raise earlier

13     was whether or not the court is willing to revisit the ruling

14     about the admissibility of the grenades.  The government's

15     proffer as to its admissibility has always entirely been based

16     on that rumored conversation between Mr. Berry and Mr. Meggs.

17     And without that conversation I think counsel will join that it

18     is not admissible.

19           MR. MANZO:  We don't think the facts have changed and

05:02 20     it goes for a couple of things.  One, the conspiracy goes until

21     the end of January, and the fact that Mr. Brown had grenades in

22     his RV and that they were recovered from his RV specifically we

23     think is relevant to this case.  And then in addition, it also

24     supports Mr. Berry's reliability that, I'm sure he's going to

25     be cross-examined on his truthfulness and on his -- whether

1    he's a persuasive young or persuadable young man, as Ms. Halim

2    has inferred earlier, and the fact that he said something that

3    bore out completely is inconsistent with a defense that the

4    defense might put forward that he's a persuadable or persuaded

5    young man.

6         THE COURT:  Okay.  So look, absent something that

7    comes out on cross, I'm not going to allow the testimony in.

8    The fact of his possession of a hand grenade, which he has now

9    been convicted in September of 2020, the present record, absent

05:03 10   the hearsay statements, which I've new excluded, doesn't link

11   up to the events of January 5th and 6th at all.

12        Insofar as credibility, that's not a basis to admit

13   this extraneous evidence, particularly since I -- well, unless

14   the door is opened, then I don't think there's a basis to allow

15   the testimony in of the officer who performed the search and

16   identified the hand grenade.

17        So in terms of having him stick around, I'll leave

18   that to the government, but it will largely depend on whether

19   the door has been opened to it in some way at this point.

05:04 20       MR. MANZO:  Understood, Your Honor.

21        THE COURT:  Okay.  Anything else before we adjourn?

22   All right.  Thank you all very much.  We'll see you in the

23   morning.

24        THE CLERK:  All rise.

25        (Adjourned at 5:04 p.m.)

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3           I, Kelly Mortellite, Registered Merit Reporter

 4    and Certified Realtime Reporter, in and for the United States

 5    District Court for the District of Massachusetts, do hereby

 6    certify that the foregoing transcript is a true and correct

 7    transcript of the stenographically reported proceedings held in

 8    the above-entitled matter to the best of my skill and ability.

 9                  Dated this 3rd day of January, 2022.

10

11                  /s/ Kelly Mortellite

12                  _____

13                  Kelly Mortellite, RMR, CRR

14                  Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$150** [1] - 16:7

## '

**'21** [2] - 15:11, 17:4
**'blade** [1] - 15:20
**'conspiring'** [1] - 43:6
**'Mark** [1] - 37:19
**'treatment'** [1] - 38:1
**'twist'** [1] - 14:22

## /

**/s** [1] - 195:11

## 1

**1** [13] - 18:2, 39:21, 39:22, 50:3, 54:14, 54:15, 76:14, 76:20, 77:6, 86:11, 90:25, 132:9
**1,000** [3] - 86:24, 87:6, 87:12
**10** [4] - 42:18, 81:8, 180:2, 191:24
**10,000** [3] - 86:25, 87:6, 87:12
**100** [4] - 86:24, 87:5, 87:12, 180:24
**1054.10** [1] - 58:25
**1054.11** [1] - 60:13
**1054.TR** [1] - 56:12
**106** [4] - 59:9, 59:11, 59:12, 59:20
**109** [1] - 4:6
**10:00** [3] - 8:5, 8:9, 8:13
**11** [3] - 3:14, 89:14, 90:4
**11/14** [1] - 50:24
**11/16/2020** [1] - 51:5
**114** [1] - 2:13
**1150** [1] - 2:17
**11:07** [1] - 81:11
**11:11** [1] - 85:23
**11:14** [1] - 86:5
**11:19** [1] - 51:19
**11:25** [1] - 76:22
**11:28** [1] - 77:6
**11:30** [1] - 78:15
**11:32** [1] - 78:19
**11:33** [2] - 79:4, 79:7
**11:35** [1] - 79:16
**11:50** [1] - 26:15
**12** [5] - 1:7, 45:6, 45:7, 60:13, 180:2
**12/30/2020** [1] - 17:11
**125.1** [1] - 15:10
**12:19** [1] - 88:16
**12:31** [2] - 1:6, 5:2
**13** [3] - 35:4, 35:8, 60:13
**1384** [1] - 137:24
**14** [6] - 3:15, 30:3, 50:14, 54:15, 60:14, 188:15
**14-hour** [1] - 180:6
**15** [6] - 3:16, 5:7, 30:14, 54:14, 54:15, 191:24

**15-minute** [1] - 57:3
**150** [1] - 4:7
**1510.12** [5] - 4:7, 150:2, 150:11, 150:14, 150:15
**1531** [5] - 35:7, 38:10, 44:19, 47:25, 52:2
**1532** [1] - 2:10
**157** [1] - 48:4
**16** [1] - 87:23
**163** [1] - 4:8
**164** [1] - 4:9
**166** [1] - 4:10
**17** [1] - 3:17
**171** [1] - 4:11
**174** [1] - 3:8
**1775** [1] - 2:17
**18** [3] - 39:8, 39:9, 88:13
**1800s** [2] - 16:5, 16:9
**19** [9] - 3:18, 43:3, 66:5, 72:18, 77:15, 82:22, 90:14, 176:13, 187:13
**19129** [1] - 2:7
**1950A** [1] - 103:10
**19th** [1] - 22:18
**1:00** [5] - 7:24, 24:11, 26:21, 27:1, 33:9
**1:15** [3] - 54:4, 54:22, 55:3
**1:15:14** [2] - 54:23, 55:3
**1:15:45** [2] - 54:23, 55:4
**1:16** [1] - 90:3
**1:20** [1] - 91:23
**1:29:50** [3] - 55:5, 55:11, 55:13
**1:30** [3] - 54:4, 54:22, 55:3
**1:31:50** [2] - 55:11, 55:13
**1:40:45** [2] - 55:16, 56:1
**1:41:22** [2] - 55:18, 56:1
**1:46** [1] - 57:8

## 2

**20** [4] - 72:23, 78:25, 142:21, 192:21
**20006** [1] - 2:18
**202** [2] - 1:20, 2:18
**2020** [36] - 37:4, 37:7, 39:11, 42:18, 43:3, 43:13, 45:2, 50:14, 51:19, 66:5, 66:6, 66:11, 66:21, 66:22, 67:4, 67:19, 67:20, 68:1, 72:19, 73:15, 76:4, 76:14, 79:18, 81:10, 81:11, 85:21, 89:14, 94:1, 96:6, 98:16, 98:21, 171:6, 174:23, 176:2, 176:8, 194:9
**2021** [17] - 14:15, 14:21, 18:3, 30:20, 67:20, 70:12, 73:16, 97:10, 97:16, 103:19, 103:21, 132:9, 132:22, 135:24, 136:1, 171:6, 174:23
**2022** [1] - 195:9
**2023** [1] - 1:6
**20579** [1] - 1:19
**20th** [1] - 47:13
**21** [5] - 3:19, 66:5, 79:10, 90:19, 174:21
**215** [1] - 2:7
**21st** [1] - 95:18

**22** [2] - 39:11, 87:23
**22-15** [1] - 1:4
**228-1341** [1] - 2:4
**239** [1] - 2:11
**23:04** [6] - 56:12, 56:16, 59:1, 59:4, 60:15, 60:21
**23:07** [1] - 60:15
**23:27** [5] - 56:13, 56:16, 59:1, 59:4, 60:22
**23:52** [2] - 60:15, 61:5
**24** [1] - 43:13
**242** [12] - 69:21, 69:25, 70:2, 70:7, 70:8, 70:9, 72:9, 72:10, 76:24, 76:25, 90:11
**24:13** [1] - 60:15
**25** [9] - 37:4, 37:7, 76:4, 76:14, 79:18, 92:24, 150:16, 150:23, 151:5
**252-72** [1] - 1:20
**265** [1] - 2:13
**27** [1] - 37:15
**2:05** [2] - 57:4, 57:8
**2:15** [1] - 26:24
**2:46** [1] - 50:14
**2nd** [1] - 97:10

## 3

**3** [3] - 1:6, 50:4, 51:14
**30** [6] - 5:12, 5:15, 106:7, 106:22, 191:2, 192:4
**300-3229** [1] - 2:7
**302** [1] - 191:7
**302s** [1] - 191:16
**337-9755** [1] - 2:11
**33901** [1] - 2:10
**33950** [1] - 2:14
**35** [2] - 3:5, 152:15
**3580** [1] - 2:6
**35:57** [1] - 61:9
**36** [3] - 35:17, 35:19, 35:20
**36:15** [1] - 61:9
**36:30** [2] - 61:13
**36:52** [1] - 61:14
**36:53** [1] - 61:19
**37** [2] - 92:23, 95:16
**37:15** [1] - 61:19
**37:22** [1] - 61:25
**37:28** [1] - 62:1
**3:00** [1] - 144:9
**3:25** [1] - 115:15
**3:39** [1] - 128:3
**3:40** [1] - 115:15
**3:49** [1] - 128:3
**3:55** [1] - 127:24
**3rd** [1] - 195:9

## 4

**4** [6] - 14:15, 14:21, 38:8, 51:19, 116:2, 126:1

**40** [3] - 36:4, 36:5, 192:4
**41** [1] - 87:21
**42** [3] - 3:20, 36:14, 36:15
**45** [3] - 54:16, 191:22
**46** [2] - 36:22, 36:23
**4653** [3] - 41:6, 41:8, 41:10
**47** [1] - 37:5
**4700** [5] - 4:2, 70:20, 70:24, 71:2, 71:3
**49** [1] - 3:21
**4:00** [1] - 127:24
**4:17** [1] - 51:5
**4th** [5] - 13:9, 70:6, 104:22, 117:11, 187:11

## 5

**5** [7] - 22:14, 24:10, 126:1, 127:7, 150:18, 153:15
**54** [2] - 46:4, 46:6
**55** [1] - 3:22
**5702** [5] - 4:9, 164:4, 164:10, 164:12, 164:13
**5706** [5] - 4:10, 165:22, 166:3, 166:5, 166:6
**5707** [5] - 4:8, 163:3, 163:10, 163:12, 163:13
**5710** [5] - 4:11, 171:17, 171:19, 171:21, 171:22
**5715** [5] - 4:4, 89:11, 89:17, 89:19, 89:20
**5717** [5] - 4:5, 96:15, 96:20, 96:23, 96:24
**5721** [5] - 4:3, 76:4, 76:7, 76:10, 76:11
**575-8000** [1] - 2:14
**5:00** [2] - 154:4, 186:6
**5:04** [1] - 194:25
**5:36** [1] - 18:3
**5th** [17] - 18:20, 25:3, 25:4, 25:12, 27:23, 29:17, 34:2, 48:24, 58:8, 117:12, 117:19, 139:18, 153:2, 153:24, 187:11, 194:11

## 6

**6** [20] - 3:5, 15:11, 17:4, 17:11, 18:11, 18:18, 25:15, 32:17, 37:10, 58:21, 74:2, 81:10, 81:11, 85:23, 88:14, 88:16, 104:20, 126:1, 127:7, 139:12
**601** [1] - 1:19
**63** [2] - 53:13, 53:14
**65** [1] - 3:7
**656** [1] - 39:25
**66** [2] - 22:2, 22:4
**6778** [2] - 81:7, 95:16
**6863.1** [1] - 10:20
**6:00** [2] - 154:4, 168:23
**6:58** [1] - 93:22
**6th** [79] - 6:23, 7:22, 8:6, 8:9, 8:14, 13:8, 15:1, 15:19, 16:21, 18:20, 24:19, 25:1, 25:14, 25:21, 26:14, 29:19, 29:20,

31:19, 32:3, 32:7, 32:15, 32:20, 33:10, 33:13, 33:24, 34:1, 34:3, 34:13, 44:23, 45:1, 45:4, 45:24, 46:2, 47:9, 52:17, 56:7, 56:9, 57:21, 58:8, 58:23, 62:7, 71:10, 71:25, 72:4, 74:8, 99:16, 100:2, 103:24, 105:8, 105:11, 105:14, 106:5, 106:14, 106:22, 108:3, 117:19, 120:21, 120:24, 121:9, 121:19, 121:25, 124:1, 124:23, 125:25, 126:9, 153:23, 154:1, 158:5, 158:13, 163:7, 168:16, 187:11, 187:21, 188:6, 188:11, 193:1, 194:11

## 7

**7** [5] - 3:12, 88:16, 126:2, 127:7, 150:4
**709** [1] - 9:3
**71** [1] - 4:2
**72** [1] - 86:25
**745** [1] - 2:3
**76** [1] - 4:3
**7:00** [1] - 168:23
**7:06** [1] - 17:12
**7th** [3] - 27:6, 117:21, 168:21

## 8

**808** [1] - 2:4
**846** [1] - 137:24
**89** [1] - 4:4
**8:20** [1] - 39:11
**8:41** [1] - 43:3

## 9

**9** [2] - 3:13, 30:20
**90** [1] - 115:14
**9015** [7] - 4:6, 103:9, 109:4, 109:5, 109:6, 109:7, 109:12
**9022** [3] - 111:15, 111:20, 112:24
**919-9491** [1] - 2:18
**941** [1] - 2:14
**9514** [21] - 35:4, 35:8, 35:17, 35:19, 35:20, 37:15, 39:8, 39:9, 45:6, 45:7, 46:4, 46:6, 46:14, 48:3, 52:22, 53:2, 53:13, 53:14, 64:3, 64:4, 92:22
**9517** [8] - 3:20, 42:3, 42:6, 42:12, 42:14, 42:15, 43:1, 43:9
**9522** [9] - 3:21, 49:10, 49:12, 49:17, 49:19, 49:21, 49:24, 51:3, 51:14
**9523** [5] - 3:22, 54:3, 55:3, 55:13, 56:1
**9570** [1] - 40:3
**96** [5] - 4:5, 52:23, 53:2, 64:3, 64:5
**96734** [1] - 2:4
**99** [1] - 103:17
**9:30** [2] - 190:13, 190:20

## A

**a.m** [4] - 8:9, 8:14, 50:14, 88:17

**abided** [1] - 88:1
**abiding** [1] - 44:7
**ability** [3] - 67:21, 100:2, 195:8
**able** [12] - 40:25, 73:3, 73:4, 78:7, 80:6, 90:4, 100:4, 113:24, 116:8, 127:3, 156:19, 161:2
**above-entitled** [1] - 195:8
**aboveground** [4] - 147:3, 147:5, 147:21, 148:7
**Abrams** [2] - 192:25, 193:9
**absent** [3] - 47:4, 194:6, 194:9
**abuse** [1] - 138:15
**abused** [1] - 138:14
**abuser** [1] - 136:25
**accept** [1] - 172:5
**acceptable** [1] - 191:25
**accepted** [6] - 72:2, 73:14, 79:21, 95:12, 175:10, 175:15
**access** [7] - 100:2, 100:19, 118:15, 118:18, 119:15, 127:6, 139:12
**accessories** [1] - 90:4
**account** [4] - 35:11, 41:11, 88:20, 89:5
**accountability** [1] - 14:21
**accurate** [10] - 10:24, 11:13, 12:14, 12:16, 84:8, 106:3, 106:4, 106:6, 106:21, 107:13
**accurately** [5] - 107:6, 111:21, 163:5, 164:6, 165:23
**acknowledge** [5] - 42:21, 162:9, 162:10, 173:1
**acquire** [1] - 181:11
**acquired** [3] - 154:8, 181:12, 182:5
**acquiring** [2] - 181:5, 181:7
**Act** [3] - 34:9, 93:7, 93:10
**act** [8] - 34:14, 36:6, 67:18, 93:24, 94:3, 94:6, 95:13, 96:13
**acting** [2] - 86:17, 97:20
**action** [1] - 14:16
**actions** [1] - 171:6
**active** [1] - 78:22
**actively** [1] - 97:21
**actual** [6] - 13:23, 41:4, 44:12, 62:18, 63:18, 121:1
**addition** [2] - 186:23, 193:23
**additional** [3] - 69:22, 134:18, 190:25
**address** [1] - 41:13
**addresses** [1] - 57:15
**adjourn** [1] - 194:21
**adjourned** [1] - 194:25
**admired** [1] - 177:11
**admissibility** [2] - 193:14, 193:15
**admissible** [4] - 137:16, 138:2, 138:4, 193:18
**admission** [3] - 109:5, 112:23, 125:6
**admit** [19] - 7:10, 11:2, 19:19, 20:24, 54:5, 54:8, 70:24, 76:7, 89:16, 96:20, 150:8, 150:11, 163:9, 164:9, 166:2, 171:19, 172:8, 192:14, 194:12
**admitted** [54] - 7:12, 7:13, 9:10, 9:11,

11:4, 11:5, 14:3, 14:4, 15:16, 15:17, 17:8, 17:9, 19:21, 19:22, 21:16, 21:17, 21:18, 35:19, 41:7, 42:4, 42:14, 42:15, 49:19, 49:21, 55:2, 55:4, 55:12, 55:13, 55:25, 56:1, 56:13, 71:2, 71:3, 73:9, 76:10, 76:11, 89:19, 89:20, 96:23, 96:24, 109:6, 109:7, 138:1, 138:9, 150:14, 150:15, 163:12, 163:13, 164:12, 164:13, 166:5, 166:6, 171:21, 171:22
**adulation** [1] - 122:5
**advance** [3] - 31:18, 100:21, 138:7
**advice** [2] - 26:2, 139:7
**affect** [1] - 67:21
**afraid** [4] - 50:21, 79:6, 79:8, 170:25
**afternoon** [21] - 6:19, 6:20, 24:21, 35:2, 42:20, 48:7, 52:19, 64:23, 65:4, 90:3, 92:4, 115:10, 115:14, 134:21, 140:15, 140:16, 153:15, 158:5, 158:13, 163:7, 174:12
**Afternoon** [1] - 1:8
**AFTERNOON** [1] - 5:1
**afterwards** [1] - 129:11
**age** [2] - 72:21
**agencies** [2] - 81:23, 171:4
**agent** [2] - 191:9, 192:9
**Agent** [22] - 5:5, 6:10, 6:13, 6:19, 10:19, 11:7, 13:16, 20:19, 35:2, 38:10, 42:16, 55:7, 55:18, 57:9, 58:17, 60:24, 61:16, 61:21, 192:8, 192:10, 192:25, 193:8
**ago** [2] - 62:5, 66:4
**agree** [4] - 79:2, 126:11, 173:25, 192:2
**agreed** [1] - 144:19
**agreement** [4] - 43:17, 171:17, 172:12, 172:15
**Ahab** [5] - 74:4, 86:5, 86:6, 88:17, 89:4
**ahead** [7] - 21:7, 60:18, 80:22, 86:14, 94:16, 128:11, 186:10
**Air** [1] - 65:20
**AL** [1] - 1:7
**Alandra** [6] - 119:5, 135:11, 135:12, 156:10, 184:22, 185:15
**Alexandra** [1] - 1:17
**Alexandria** [3] - 148:6, 148:19, 169:10
**alias** [2] - 41:14, 185:4
**alive** [3] - 81:21, 127:3, 127:5
**alleged** [1] - 83:14
**allow** [3] - 99:10, 194:7, 194:14
**alone** [5] - 67:18, 87:1, 135:17, 153:11, 164:2
**alternated** [1] - 141:2
**altogether** [1] - 104:11
**ambiguous** [1] - 122:19
**AMERICA** [1] - 1:3
**America** [1] - 8:2
**American** [4] - 44:8, 69:21, 70:7, 72:10
**AMIT** [1] - 1:12
**ammo** [3] - 110:8, 110:10, 111:6
**ammunition** [5] - 110:5, 110:6, 110:7, 112:5, 119:25

**Andrews** [4] - 13:8, 14:13, 14:19, 14:20
**Angela** [1] - 2:6
**Angie** [1] - 174:12
**announces** [1] - 14:14
**anonymity** [2] - 72:12, 72:13
**answer** [13] - 32:13, 32:16, 32:21, 63:10, 80:22, 99:12, 114:7, 114:12, 114:24, 128:8, 139:15, 171:9, 192:1
**ANSWER** [5] - 119:7, 119:16, 119:18, 119:23, 120:2
**answered** [1] - 38:5
**answers** [2] - 114:17, 128:14
**anticipate** [1] - 104:13
**anticipated** [1] - 114:1
**anticipating** [2] - 53:6, 64:8
**anticipation** [1] - 108:16
**antique** [1] - 16:3
**anxious** [1] - 156:23
**apologies** [2] - 128:12, 140:5
**apologize** [1] - 49:22
**app** [3] - 69:3, 91:7, 91:8
**appear** [3] - 14:20, 104:21, 172:24
**APPEARANCES** [2] - 1:15, 2:1
**appeared** [1] - 12:9
**application** [4] - 41:4, 178:8, 178:12, 178:14
**applications** [1] - 179:12
**applies** [2] - 11:14, 139:24
**appointed** [1] - 14:17
**appreciated** [1] - 57:1
**appropriate** [5] - 58:9, 59:21, 83:6, 83:10, 115:13
**AR** [1] - 145:22
**AR-Platform** [1] - 145:22
**area** [11] - 22:7, 22:8, 22:9, 25:5, 76:22, 104:11, 105:4, 108:3, 137:11, 176:7
**areas** [1] - 24:17
**arguably** [3] - 102:1, 105:5, 137:22
**argue** [1] - 137:7
**argumentative** [1] - 34:19
**Arizona** [4] - 8:22, 23:23, 28:17, 29:6
**Arlington** [1] - 30:12
**arm** [1] - 90:17
**Armed** [1] - 20:6
**armed** [4] - 14:14, 17:21, 143:18, 143:19
**armor** [4] - 160:18, 167:8, 167:10, 167:18
**arms** [2] - 101:7, 161:6
**Armslist** [1] - 90:5
**Army** [1] - 65:20
**arose** [3] - 115:22, 136:23, 139:2
**arrest** [2] - 23:18, 23:25
**arrested** [1] - 24:1
**arrive** [1] - 142:12
**arrow** [10] - 22:21, 71:5, 151:3, 151:10, 151:14, 151:20, 151:23, 151:25, 152:10, 164:21

**ARs** [1] - 30:14
**aside** [3] - 28:19, 124:21, 124:25
**aspect** [1] - 134:1
**ass** [2] - 79:17, 79:20
**assassinate** [1] - 43:20
**assaulted** [1] - 119:12
**assemble** [1] - 14:14
**assertive** [2] - 187:5, 189:12
**asset** [2] - 78:8, 184:12
**assigned** [1] - 40:1
**assist** [1] - 93:12
**assistance** [1] - 173:1
**associated** [2] - 24:12, 41:11
**assumption** [2] - 43:23, 121:8
**Atlanta** [3] - 20:7, 52:8, 52:11
**Atlantic** [1] - 123:11
**attached** [2] - 13:23, 41:24
**attachment** [2] - 110:19, 111:22
**attachments** [4] - 22:3, 110:18, 111:5, 111:17
**attack** [5] - 18:7, 31:18, 32:17, 32:22, 46:1
**attended** [1] - 5:25
**attending** [1] - 183:17
**attention** [7] - 39:15, 43:15, 46:20, 130:3, 180:25, 181:2, 190:6
**attitude** [1] - 95:25
**attorney** [1] - 39:1
**attorney'** [1] - 37:20
**ATTORNEY'S** [1] - 1:18
**audio** [3] - 54:11, 59:23, 60:1
**Audio** [9] - 54:17, 55:6, 55:17, 56:14, 60:23, 61:6, 61:15, 61:20, 62:2
**aunt** [1] - 91:18
**AUSA** [5] - 1:16, 1:16, 1:17, 1:17, 1:18
**author** [1] - 96:18
**Ave** [1] - 22:19
**Avenue** [1] - 2:13
**avenues** [3] - 98:18, 98:22, 99:2
**avoid** [1] - 190:9
**awards** [1] - 82:3
**aware** [28] - 24:2, 25:2, 29:15, 35:16, 44:12, 45:25, 46:3, 47:5, 47:10, 48:8, 52:12, 62:19, 67:5, 98:18, 98:22, 118:15, 120:14, 124:23, 139:8, 139:12, 177:15, 177:24, 178:1, 178:11, 183:19, 185:25, 189:21, 189:24

**B**

**B-e-r-r-y** [1] - 65:10
**background** [6] - 61:3, 71:11, 76:23, 77:2, 81:16, 163:23
**backgrounds** [1] - 68:15
**backwards** [1] - 154:8
**bad** [4] - 79:17, 79:20, 167:16, 192:19
**Badalament** [35] - 39:20, 41:19, 42:5, 47:19, 48:3, 49:11, 50:8, 51:13, 54:14,

55:15, 60:21, 81:7, 82:11, 82:25, 86:4, 87:4, 87:22, 88:14, 89:12, 91:10, 92:22, 93:16, 95:16, 96:15, 98:14, 103:9, 103:10, 150:17, 150:24, 151:6, 152:6, 152:15, 163:4, 167:1, 172:3
**baggage** [2] - 27:12, 27:13
**ballistic** [9] - 100:25, 101:1, 101:2, 101:5, 101:6, 101:10, 102:7, 154:10, 181:9
**bank** [6] - 125:14, 125:22, 125:24, 126:20, 152:17
**bar** [3] - 142:19, 142:21, 142:23
**barely** [2] - 168:17, 168:18
**barricades** [1] - 153:20
**baseball** [2] - 154:8, 164:23
**based** [17] - 12:9, 13:11, 25:8, 27:24, 40:20, 49:25, 62:19, 63:11, 99:6, 99:13, 118:6, 122:15, 127:12, 138:10, 185:3, 193:15
**basis** [3] - 172:9, 194:12, 194:14
**bastards** [1] - 62:4
**Bates** [1] - 105:16
**battering** [1] - 160:16
**battle** [6] - 86:12, 86:15, 86:25, 87:6, 87:12
**became** [1] - 178:22
**become** [2] - 18:6, 176:22
**bed** [3] - 144:23, 146:9, 153:24
**BEFORE** [1] - 1:12
**behind** [3] - 45:15, 79:11, 131:3
**belabor** [1] - 108:6
**belief** [2] - 67:20, 67:23
**belonging** [1] - 149:13
**belongings** [5] - 110:5, 144:25, 146:23, 147:8, 147:17
**below** [5] - 148:8, 148:9, 148:12, 148:18, 149:2
**below-ground** [5] - 148:8, 148:9, 148:12, 148:18, 149:2
**belt** [1] - 181:8
**benefits** [1] - 93:5
**Beret** [2] - 71:12, 71:14
**Berry** [88] - 5:13, 27:7, 31:6, 64:21, 64:23, 65:6, 65:11, 65:15, 70:19, 71:5, 74:24, 75:7, 76:1, 76:12, 79:12, 80:3, 81:10, 85:7, 89:14, 93:13, 94:1, 94:17, 96:16, 96:25, 98:15, 103:8, 103:10, 103:12, 108:7, 108:10, 113:4, 114:4, 115:8, 116:13, 116:14, 116:17, 116:19, 117:7, 117:10, 117:13, 117:20, 118:2, 118:17, 120:4, 120:8, 120:10, 120:13, 120:18, 120:23, 121:5, 121:10, 121:16, 122:1, 122:3, 122:13, 122:14, 123:4, 123:6, 123:7, 123:8, 123:14, 124:22, 125:1, 126:15, 127:16, 128:4, 128:6, 128:17, 134:21, 136:15, 136:16, 137:4, 140:2, 140:15, 150:2, 164:5, 171:16, 173:12, 173:15, 174:8, 174:12, 190:16, 190:25, 191:7, 191:11, 191:13, 192:7, 193:16

**BERRY** [2] - 3:6, 64:22
**Berry's** [4] - 138:20, 138:24, 140:9, 193:24
**best** [4] - 62:18, 68:9, 131:24, 195:8
**better** [6] - 71:22, 79:17, 87:14, 88:9, 192:6
**between** [11] - 34:2, 40:16, 46:7, 48:21, 49:15, 113:7, 113:19, 123:10, 156:15, 189:5, 193:16
**beyond** [1] - 113:13
**Biden** [3] - 32:11, 158:14, 162:13
**big** [2] - 37:10, 186:23
**bigger** [1] - 51:21
**biggest** [1] - 82:6
**Bill** [1] - 6:3
**biological** [1] - 65:20
**bit** [10] - 11:21, 23:13, 71:19, 84:12, 84:16, 132:1, 137:2, 178:7, 184:24, 186:17
**bitter** [1] - 142:10
**Bittner** [17] - 24:7, 24:9, 24:12, 24:23, 27:3, 27:10, 28:4, 37:14, 37:23, 38:2, 38:4, 38:7, 38:8, 38:11, 38:12, 43:2, 52:15
**black** [1] - 151:25
**blade** [1] - 26:3
**blood** [1] - 36:17
**blow** [1] - 39:20
**blown** [1] - 39:6
**blue** [3] - 39:3, 39:4, 75:5
**board** [2] - 44:19, 47:25
**boarding** [7] - 15:21, 15:22, 15:25, 16:1, 16:6, 16:13, 16:15
**boat** [1] - 100:15
**bodies** [2] - 53:6, 64:8
**body** [5] - 167:8, 167:10, 167:18
**boisterous** [1] - 187:3
**bones** [1] - 93:18
**book** [1] - 6:2
**boots** [2] - 93:11, 93:13
**bordering** [1] - 34:19
**bore** [1] - 194:3
**bottom** [5] - 39:15, 46:17, 49:25, 52:3, 105:20
**box** [2] - 110:8, 110:10
**Box** [1] - 2:3
**Boys** [4] - 45:18, 45:20, 45:23, 46:1
**branded** [1] - 88:12
**Brandis** [1] - 52:19
**Breacher** [8] - 69:25, 70:4, 70:5, 70:10, 70:12, 71:25, 72:3, 72:9
**break** [20] - 5:14, 6:21, 9:14, 13:5, 13:7, 16:20, 56:20, 56:22, 57:1, 57:2, 57:3, 102:6, 108:12, 115:10, 115:14, 127:22, 140:6, 140:17, 158:20, 193:7
**breakers** [3] - 97:14, 98:2, 168:11
**breakfast** [1] - 169:22
**breaking** [1] - 190:4
**breath** [1] - 137:1

**Bridge** [2] - 22:10, 22:11
**brief** [1] - 28:2
**briefly** [8] - 41:6, 52:22, 54:4, 56:15, 65:15, 65:18, 76:13, 142:15
**bring** [22] - 7:19, 17:12, 17:15, 26:3, 32:3, 32:7, 32:19, 33:12, 33:15, 34:12, 62:17, 100:5, 100:15, 100:22, 100:24, 100:25, 101:12, 101:15, 105:24, 127:21, 127:25, 140:2
**bringing** [3] - 33:17, 99:24, 149:5
**brink** [1] - 79:25
**broke** [1] - 159:2
**broken** [1] - 61:23
**brought** [11] - 27:17, 77:7, 102:7, 115:6, 118:4, 118:9, 119:18, 132:2, 132:5, 133:5, 136:25
**BROWN** [2] - 2:9, 2:12
**Brown** [26] - 27:7, 27:10, 118:8, 120:8, 120:22, 121:11, 121:12, 121:15, 122:13, 122:15, 122:17, 122:20, 123:7, 123:17, 124:13, 126:10, 126:15, 128:19, 137:10, 138:13, 138:14, 138:21, 139:12, 139:18, 193:21
**Brown's** [10] - 103:18, 108:9, 116:16, 121:3, 123:9, 124:9, 128:19, 130:20, 130:25, 138:24
**bubbles** [2] - 39:3, 39:5
**buddies** [1] - 92:3
**budgeted** [1] - 5:12
**buffering** [2] - 56:19, 56:23
**building** [19] - 142:20, 156:4, 156:5, 156:16, 156:25, 157:1, 158:4, 159:16, 160:7, 160:12, 160:15, 160:21, 162:4, 162:5, 162:14, 162:17, 162:18, 168:9, 170:11
**bullet** [2] - 82:4, 82:14
**bulletproof** [2] - 101:8, 101:9
**bullshit** [1] - 77:16
**bunch** [4] - 57:13, 105:18, 105:19, 180:5
**bunkhouse** [1] - 142:22
**burden** [1] - 89:1
**burned** [1] - 51:10
**busy** [1] - 188:15
**buy** [2] - 16:7, 91:18
**buying** [1] - 91:24
**BY** [11] - 6:18, 35:1, 58:16, 65:3, 85:6, 128:16, 131:16, 134:20, 136:5, 140:14, 174:11

---

**C**

**C-a-l-e-b** [1] - 65:8
**cab** [1] - 146:10
**cabin** [1] - 142:18
**cabinets** [1] - 109:25
**Caldwell** [15] - 18:24, 21:23, 22:15, 47:24, 47:25, 48:1, 48:8, 48:12, 48:15, 48:21, 48:22, 49:15, 50:15, 51:4,

51:15
**CALEB** [2] - 3:6, 64:22
**Caleb** [12] - 27:7, 31:6, 64:21, 65:6, 76:22, 77:15, 91:17, 114:4, 122:1, 123:6, 124:22, 124:25
**canisters** [4] - 110:5, 119:25, 133:14, 133:17
**cannon** [11] - 118:3, 118:9, 119:10, 122:6, 122:14, 122:15, 122:17, 123:18, 126:20, 132:1, 137:2
**cannot** [1] - 50:18
**cap** [2] - 154:8, 164:23
**Capitol** [42] - 23:1, 31:19, 32:3, 32:7, 32:15, 32:17, 32:20, 32:22, 32:23, 33:13, 33:24, 33:25, 34:1, 34:13, 118:24, 119:2, 137:12, 139:12, 139:17, 153:19, 153:21, 154:21, 156:5, 156:16, 156:17, 156:25, 157:1, 158:4, 159:16, 160:21, 162:4, 162:5, 162:14, 163:25, 165:17, 165:19, 165:25, 167:2, 167:5, 167:17, 168:4, 168:12
**capture** [3] - 163:5, 164:6, 165:24
**car** [10] - 57:21, 57:22, 116:23, 116:24, 128:22, 136:14, 141:4, 168:25, 169:2, 177:18
**caravan** [1] - 117:6
**caravanned** [1] - 117:6
**careful** [6] - 43:3, 43:17, 44:6, 118:18, 122:4, 123:17
**careless** [1] - 43:20
**Carolina** [13] - 18:10, 18:13, 18:17, 18:19, 19:1, 19:4, 19:14, 24:15, 43:12, 43:15, 117:4, 117:8, 123:10
**carriage** [1] - 105:20
**carrier** [11] - 110:19, 110:21, 111:22, 154:9, 154:13, 159:23, 163:19, 164:25, 165:6, 181:12, 181:23
**carriers** [5] - 110:17, 110:18, 111:5, 111:18, 181:9
**carries** [1] - 101:6
**carry** [1] - 27:16
**carrying** [1] - 15:7
**cars** [1] - 177:20
**cart** [7] - 27:13, 27:17, 148:24, 151:21, 152:1, 152:7, 152:20
**Carter** [6] - 8:22, 12:10, 28:16, 31:10, 53:16, 64:11
**Carter's** [1] - 12:11
**case** [20] - 17:13, 22:25, 24:4, 27:11, 33:21, 33:23, 40:23, 123:15, 126:2, 145:1, 145:2, 145:4, 145:8, 145:16, 145:17, 145:18, 152:23, 190:9, 193:23
**cases** [16] - 29:3, 98:18, 110:17, 144:25, 145:12, 145:14, 145:23, 146:1, 146:9, 146:24, 148:20, 148:21, 149:12, 149:18, 149:21, 153:3
**casual** [1] - 138:3
**Caucasian** [1] - 151:19
**CCTV** [6] - 12:4, 27:25, 28:6, 28:14,

29:8, 48:24
**cell** [3] - 27:24, 88:2, 88:7
**Cemetery** [1] - 30:12
**Center** [1] - 14:13
**certain** [5] - 34:6, 98:8, 105:5, 159:3, 175:9
**certainly** [4] - 115:2, 120:21, 137:22, 138:15
**certainty** [1] - 88:22
**CERTIFICATE** [1] - 195:1
**certification** [15] - 7:25, 8:10, 8:15, 8:16, 14:24, 26:19, 26:22, 26:25, 29:23, 30:1, 33:9, 47:5, 56:7, 57:23, 58:20
**Certified** [1] - 195:4
**certify** [2] - 162:13, 195:6
**certifying** [1] - 158:14
**cetera** [1] - 77:9
**chance** [4] - 5:21, 35:21, 87:17, 127:15
**chances** [2] - 87:14, 88:9
**change** [3] - 67:21, 67:23, 144:16
**changed** [1] - 193:19
**changing** [1] - 175:22
**chaos** [1] - 142:5
**chapter** [3] - 69:10, 153:12
**charge** [2] - 73:20, 73:23
**charged** [4] - 82:17, 115:3, 118:16, 121:22
**Charles** [2] - 192:8, 192:10
**chart** [2] - 10:19, 11:7
**chat** [43] - 15:11, 15:19, 17:11, 19:5, 19:17, 20:2, 21:10, 25:15, 29:9, 29:14, 32:2, 35:25, 36:11, 36:21, 36:25, 37:8, 39:11, 40:1, 42:20, 43:13, 62:13, 73:2, 73:3, 73:7, 73:10, 73:13, 73:16, 73:17, 76:16, 76:17, 76:18, 90:1, 93:3, 95:20, 97:5, 97:6, 97:8, 97:11, 98:3, 178:17, 178:20, 178:22, 179:1
**chats** [9] - 18:17, 31:24, 32:6, 40:9, 73:16, 178:7, 182:8, 183:25, 188:8
**chatting** [2] - 178:25, 184:14
**check** [1] - 11:20
**checked** [1] - 10:11
**checking** [4] - 25:6, 179:19, 185:11, 186:16
**cheered** [1] - 160:4
**cheering** [1] - 160:6
**chest** [3] - 163:18, 167:7, 167:10
**children** [3] - 80:2, 80:3
**choice** [3] - 36:7, 93:25, 94:10
**choosing** [1] - 60:11
**chose** [1] - 177:8
**Christmas** [4] - 37:2, 91:19, 92:24, 94:1
**chronological** [1] - 40:6
**CIA** [1] - 186:1
**cigarette** [2] - 127:20, 146:23
**cigarettes** [1] - 129:25
**circle** [1] - 164:16
**Circle** [3] - 22:19, 23:1

**circled** [1] - 164:17
**circuit** [2] - 123:1, 125:17
**circumstances** [2] - 5:14, 127:10
**citizens** [1] - 44:8
**city** [2] - 65:13, 75:16
**Clarification** [1] - 17:12
**clarify** [2] - 28:15, 137:3
**classified** [1] - 90:22
**clear** [23] - 63:9, 84:10, 84:21, 93:18, 105:7, 105:16, 105:21, 106:20, 107:5, 120:10, 120:11, 122:8, 122:12, 122:16, 123:20, 125:18, 126:1, 136:18, 137:18, 138:22, 139:10, 150:18, 184:24
**clearly** [3] - 121:3, 121:12
**Clearwater** [12] - 75:13, 75:16, 182:21, 183:4, 183:6, 183:18, 183:21, 183:24, 184:1, 184:21, 185:12, 187:10
**CLERK** [2] - 190:14, 194:24
**client** [1] - 192:2
**CLINTON** [1] - 2:16
**clip** [12] - 9:16, 10:23, 53:24, 54:5, 54:8, 55:2, 55:3, 56:18, 57:13, 57:19, 59:15, 60:8
**Clip** [1] - 55:13
**clips** [12] - 54:5, 54:18, 54:22, 54:23, 55:7, 55:10, 55:15, 59:1, 61:25
**close** [5] - 17:23, 126:21, 136:6, 140:10, 157:1
**closed** [1] - 107:21
**closely** [3] - 66:22, 98:15, 187:17
**closer** [1] - 23:2, 85:24, 127:24
**closest** [1] - 138:17
**clothing** [2] - 110:13, 110:15
**co** [12] - 122:21, 122:22, 125:2, 125:7, 125:16, 126:2, 127:3, 137:22, 138:1, 138:6, 138:7, 138:18
**co-conspirator** [7] - 125:2, 125:7, 126:2, 137:22, 138:6, 138:7, 138:18
**co-conspirators** [5] - 122:21, 122:22, 125:16, 127:3, 138:1
**coalition** [1] - 20:6
**code** [1] - 142:4
**collecting** [1] - 23:7
**college** [2] - 47:6, 57:23
**colored** [1] - 151:3
**COLUMBIA** [1] - 1:1
**combat** [1] - 81:19
**combination** [1] - 189:5
**Comfort** [7] - 15:5, 24:5, 24:18, 25:6, 38:9, 48:25, 52:13
**comfortable** [6] - 64:24, 68:19, 77:24, 78:2, 78:6
**coming** [18] - 18:6, 24:13, 26:10, 27:19, 50:17, 50:18, 82:2, 86:1, 122:14, 123:16, 125:12, 139:2, 142:16, 143:25, 162:23, 162:25, 164:7, 187:11
**commencement** [1] - 49:20
**comment** [3] - 133:8, 158:22, 170:15
**commenting** [1] - 56:6

**comments** [2] - 138:3, 170:7
**commitment** [3] - 88:20, 89:6, 89:8
**committed** [1] - 173:17
**communicate** [2] - 69:1, 69:16
**communicating** [2] - 75:25, 123:25
**communication** [2] - 100:14, 100:16
**communications** [2] - 18:22, 134:13
**communist** [1] - 50:22
**community** [2] - 176:11, 176:23
**compare** [2] - 12:6, 72:21
**compartments** [3] - 106:16, 106:19
**compilation** [5] - 9:15, 9:17, 9:22, 11:15, 17:3
**complete** [1] - 60:2
**completely** [1] - 194:3
**completeness** [1] - 21:3
**complicated** [1] - 191:8
**complications** [1] - 191:11
**complied** [1] - 59:12
**compound** [5] - 116:1, 117:8, 144:8, 144:11, 144:21
**computers** [1] - 35:7
**concerned** [1] - 84:13
**conclude** [1] - 64:1
**concluded** [1] - 6:14
**conclusion** [3] - 122:14, 173:18, 174:5
**conduct** [1] - 172:9
**conference** [1] - 180:14
**confident** [1] - 136:6
**confirm** [2] - 85:1, 187:4
**conflict** [1] - 156:23
**confront** [1] - 191:11
**Congress** [7] - 35:21, 51:10, 93:8, 158:12, 162:8, 171:15, 173:23
**Connie** [6] - 135:9, 135:16, 146:16, 165:4, 168:5, 169:7
**Connor** [1] - 2:9
**conquer** [2] - 95:24, 96:11
**consecutive** [1] - 40:16
**consider** [3] - 68:12, 79:13, 96:5
**considered** [2] - 73:25, 181:3
**considering** [1] - 51:23
**consist** [1] - 104:15
**consistent** [12] - 49:4, 85:20, 104:21, 105:9, 105:21, 105:23, 106:9, 107:2, 107:16, 109:12, 112:17, 117:25
**conspiracy** [42] - 83:15, 113:14, 114:24, 115:3, 118:8, 118:10, 118:13, 118:17, 118:20, 120:4, 120:5, 121:4, 121:17, 121:18, 121:23, 121:25, 122:8, 122:20, 122:24, 123:2, 123:12, 123:19, 123:24, 125:3, 125:13, 125:15, 126:5, 126:25, 127:3, 127:6, 138:4, 138:7, 138:8, 138:9, 138:19, 138:20, 138:24, 139:6, 171:15, 173:21, 173:25, 193:20
**conspirator** [10] - 122:9, 125:2, 125:7, 125:22, 126:2, 126:19, 137:22, 138:6, 138:7, 138:18

**conspirator's** [1] - 138:3
**conspirators** [6] - 122:21, 122:22, 125:16, 127:1, 127:3, 138:1
**conspired** [3] - 173:17, 174:1, 174:4
**constantly** [1] - 179:18
**Constitution** [7] - 68:7, 93:10, 96:7, 96:9, 97:13, 98:6, 98:9
**constitutionalist** [1] - 68:12
**contact** [5] - 44:19, 44:20, 44:22, 44:25, 45:3
**container** [1] - 110:11
**contains** [2] - 105:5, 145:2
**contemporaneously** [1] - 59:13
**content** [1] - 111:2
**contents** [2] - 104:10, 104:15
**context** [9] - 13:11, 44:2, 83:25, 115:22, 123:15, 123:16, 126:16, 138:15, 139:2
**contextual** [1] - 126:7
**continue** [12] - 5:4, 57:4, 59:14, 85:5, 88:25, 90:16, 127:4, 140:2, 140:9, 140:10, 141:23, 152:5
**Continued** [3] - 3:23, 6:18, 17:23
**continued** [5] - 17:19, 78:17, 83:1, 93:17, 123:25
**CONTINUED** [1] - 2:1
**continues** [1] - 123:24
**contributing** [1] - 144:2
**control** [1] - 121:20
**convention** [3] - 40:5, 40:13, 40:18
**conversation** [39] - 100:22, 113:8, 113:12, 113:18, 114:20, 115:5, 115:21, 116:4, 116:5, 116:25, 118:1, 118:22, 122:23, 123:16, 125:11, 125:25, 126:8, 127:10, 128:18, 128:21, 128:23, 128:24, 129:1, 129:3, 130:17, 131:18, 131:21, 131:25, 132:17, 136:6, 136:12, 136:19, 136:22, 143:20, 143:23, 144:2, 167:2, 193:16, 193:17
**conversations** [10] - 43:24, 99:6, 100:1, 129:20, 130:2, 143:5, 158:9, 182:7, 182:11, 183:25
**conversing** [1] - 149:6
**conveyed** [1] - 115:8
**convicted** [1] - 194:9
**convince** [2] - 35:22, 82:7
**convinced** [1] - 189:9
**cook** [5] - 66:10, 66:14, 77:18, 179:23, 180:22
**cooking** [1] - 181:1
**coordinate** [1] - 190:18
**coordinating** [1] - 99:18
**cops** [1] - 17:23
**copy** [1] - 171:17
**corner** [1] - 39:16
**Corps** [2] - 82:16, 82:21
**correct** [112] - 5:7, 6:25, 8:1, 8:19, 8:24, 9:16, 10:14, 10:24, 11:15, 15:2, 15:24, 18:14, 19:8, 20:3, 20:10, 21:20, 21:24, 22:2, 22:5, 22:9, 22:15, 22:19, 22:22,

23:1, 23:11, 23:20, 23:24, 24:7, 24:14, 24:17, 24:19, 24:22, 25:1, 25:10, 25:11, 25:15, 25:18, 26:3, 26:4, 27:1, 27:5, 27:16, 27:21, 28:3, 28:8, 28:25, 29:8, 29:11, 29:12, 29:17, 29:19, 30:21, 30:23, 30:25, 31:13, 31:19, 32:4, 33:6, 33:7, 34:2, 34:7, 53:11, 72:20, 85:10, 90:12, 101:9, 101:11, 101:16, 101:17, 104:6, 107:21, 107:22, 130:22, 132:7, 135:22, 173:21, 174:15, 174:23, 175:3, 175:18, 176:5, 176:10, 176:11, 176:12, 176:14, 176:18, 177:1, 177:13, 178:15, 178:17, 178:18, 178:21, 178:24, 179:3, 179:11, 179:13, 179:14, 179:19, 179:23, 180:7, 180:12, 181:21, 181:24, 182:1, 182:2, 187:11, 187:21, 188:13, 188:17, 189:3, 189:16, 195:6
**correctly** [1] - 119:23
**corroborating** [1] - 12:3
**counsel** [3] - 65:1, 190:19, 193:17
**count** [4] - 157:22, 157:24, 158:18, 158:23
**counter** [1] - 46:1
**country** [3] - 50:22, 65:24, 82:5
**county** [2] - 19:24, 43:12
**County** [1] - 77:17
**couple** [7] - 49:11, 53:24, 76:13, 117:17, 129:25, 134:19, 193:20
**course** [2] - 85:11, 126:8
**Court** [2] - 195:5, 195:14
**COURT** [189] - 1:1, 5:3, 5:7, 5:10, 5:16, 5:19, 7:12, 9:2, 9:10, 11:4, 14:3, 15:16, 17:8, 19:21, 21:6, 21:16, 30:5, 30:8, 30:10, 31:21, 31:23, 34:19, 34:23, 38:6, 42:14, 46:12, 47:4, 48:10, 49:19, 52:18, 54:7, 54:25, 55:2, 55:12, 55:25, 56:17, 56:20, 56:24, 57:3, 57:7, 57:9, 57:11, 57:17, 58:1, 58:4, 58:13, 59:19, 60:3, 60:7, 60:16, 62:17, 62:24, 63:3, 63:8, 63:16, 63:22, 63:24, 64:14, 64:17, 64:23, 71:2, 71:18, 71:21, 74:11, 75:3, 75:8, 76:10, 80:21, 83:12, 83:21, 84:8, 84:25, 85:4, 86:14, 89:19, 94:14, 94:16, 96:23, 99:10, 102:1, 103:23, 104:2, 104:4, 104:9, 104:13, 104:17, 104:23, 105:2, 105:24, 106:2, 106:12, 106:17, 107:9, 107:23, 108:14, 108:18, 108:21, 108:23, 109:1, 109:6, 112:1, 113:2, 113:15, 113:17, 113:22, 114:1, 114:6, 114:10, 114:14, 114:19, 115:2, 115:10, 115:12, 115:18, 116:6, 116:12, 116:16, 116:22, 116:25, 117:3, 117:16, 117:22, 118:5, 118:21, 120:3, 120:12, 120:19, 122:3, 122:22, 123:13, 124:3, 124:10, 124:18, 125:4, 126:6, 126:24, 127:8, 127:21, 128:4, 128:13, 130:19, 130:24, 131:5, 131:9,

131:12, 131:15, 134:18, 136:16, 136:22, 137:4, 137:15, 138:25, 139:15, 139:22, 140:1, 140:4, 150:14, 163:12, 164:12, 166:5, 171:8, 171:21, 173:19, 174:6, 174:10, 186:6, 186:9, 186:14, 190:5, 190:16, 190:22, 191:3, 191:12, 191:17, 191:20, 191:23, 191:25, 192:3, 192:5, 192:9, 192:13, 192:16, 192:19, 192:23, 193:1, 193:3, 193:10, 194:6, 194:21
**court** [10] - 6:3, 40:9, 40:11, 85:20, 98:18, 114:15, 114:18, 114:21, 137:24, 193:13
**court's** [3] - 56:15, 59:9, 64:2
**courthouse** [1] - 38:25
**courtroom** [7] - 5:18, 57:6, 58:12, 74:20, 115:17, 140:3, 190:15
**coverage** [1] - 190:9
**CR** [1] - 1:4
**crack** [1] - 168:23
**crazy** [1] - 115:6
**credentialed** [1] - 17:23
**credibility** [1] - 194:12
**creds** [1] - 17:17
**crew** [1] - 51:23
**crimes** [2] - 171:11, 173:17
**criminal** - 88:2, 88:7
**criminals** [1] - 88:12
**critical** [3] - 42:21, 101:22, 127:7
**cross** [12] - 5:8, 5:12, 6:14, 57:16, 57:19, 58:5, 58:10, 174:10, 190:25, 192:11, 193:25, 194:7
**Cross** [2] - 3:5, 3:8
**CROSS** [2] - 6:18, 174:11
**cross-examination** [7] - 5:12, 6:14, 57:19, 58:5, 58:10, 174:10, 192:11
**CROSS-EXAMINATION** [2] - 6:18, 174:11
**Cross-Examination** [2] - 3:5, 3:8
**cross-examined** [1] - 193:25
**crossed** [1] - 59:15
**crowd** [6] - 79:12, 159:17, 160:3, 160:5, 160:15, 183:16
**CRR** [1] - 195:13
**crush** [1] - 45:15
**curious** [1] - 191:21
**current** [2] - 16:14, 65:25
**cursive** [1] - 42:2
**cursor** [1] - 22:18
**customers** [1] - 66:3
**cutlass** [5] - 15:21, 15:22, 15:25, 16:13, 16:16

# D

**D.C** [11] - 1:5, 1:19, 2:18, 14:15, 14:20, 24:25, 37:12, 48:9, 48:20, 99:16, 102:10
**dad** [2] - 6:2, 91:18
**data** [1] - 27:24

**date** [9] - 47:5, 47:8, 47:10, 47:12, 50:9, 50:13, 51:18, 107:13, 107:14
**Dated** [1] - 195:9
**David** [2] - 2:9, 33:20
**dawn** [1] - 168:23
**DAY** [1] - 1:7
**days** [7] - 86:1, 87:23, 89:13, 95:18, 125:23, 150:3, 150:21
**DC** [60] - 12:2, 12:12, 15:11, 15:20, 17:4, 17:11, 17:16, 17:20, 17:22, 18:1, 18:18, 22:7, 22:8, 22:25, 25:5, 25:7, 25:15, 29:9, 33:18, 38:7, 42:20, 48:12, 62:13, 74:7, 100:3, 100:21, 102:12, 109:20, 113:7, 113:8, 117:16, 117:17, 117:19, 117:21, 121:24, 123:15, 132:15, 132:16, 132:19, 135:22, 137:11, 141:8, 143:21, 153:3, 181:10, 181:25, 187:11, 187:15, 187:21, 187:22, 188:3, 188:10, 188:13, 189:7, 189:13, 189:19, 189:22
**deal** [2] - 140:7, 191:9
**dealership** [2] - 177:18, 177:22
**dealing** [1] - 145:12
**decades** [1] - 40:12
**December** [28] - 6:22, 8:9, 33:3, 37:4, 37:7, 39:11, 45:2, 51:19, 66:12, 67:20, 73:15, 81:10, 81:11, 85:21, 85:23, 87:23, 88:14, 88:16, 89:13, 90:3, 92:24, 95:18, 96:6, 98:16, 98:21, 171:6, 187:13
**decide** [1] - 99:15
**decided** [2] - 129:9, 189:18
**decides** [1] - 173:2
**decision** [2] - 12:2, 12:11
**decisions** [1] - 86:1
**declaration** [1] - 61:11
**declare** [1] - 95:23
**declined** [1] - 81:24
**dedicated** [1] - 17:24
**defend** [6] - 82:5, 93:9, 95:24, 96:7, 96:9, 98:6
**Defendant** [4] - 2:2, 2:5, 2:8, 2:15
**defendant** [1] - 125:6
**Defendants** [1] - 1:9
**defense** [4] - 40:17, 60:11, 194:3, 194:4
**Defense** [9] - 9:8, 10:18, 11:2, 13:14, 15:9, 15:13, 20:18, 20:24, 21:14
**defensive** [1] - 43:5
**definitely** [4] - 9:5, 187:2, 187:7, 187:9
**defy** [1] - 95:23
**delay** [1] - 182:15
**deleted** [2] - 170:9, 170:13
**delivered** [1] - 84:16
**demand** [1] - 14:21
**denigrating** [1] - 138:21
**depict** [2] - 104:6, 111:21
**depicted** [3] - 103:11, 112:20, 152:16
**depiction** [2] - 106:21, 107:13
**depicts** [1] - 105:4
**deployments** [1] - 81:25

**describe** [16] - 33:19, 65:18, 72:25, 101:4, 103:2, 105:10, 108:1, 109:14, 112:3, 116:3, 142:9, 142:15, 145:20, 159:21, 172:11
**describing** [4] - 14:11, 33:5, 85:2, 107:7
**description** [2] - 14:25, 20:13
**designate** [1] - 60:3
**designating** [1] - 60:17
**designation** [1] - 60:8
**desire** [2] - 65:21, 177:5
**destroy** [2] - 170:23, 170:24
**detail** [7] - 74:14, 75:19, 75:20, 121:7, 143:9, 183:13, 183:22
**details** [3] - 115:21, 115:22, 186:4
**determination** [1] - 127:12
**determinations** [1] - 34:20
**device** [2] - 101:6, 170:13
**devices** [1] - 41:4
**dial** [2] - 122:6, 180:15
**dialed** [1] - 180:8
**die** [8] - 80:2, 80:8, 80:14, 80:17, 89:10, 95:24, 96:12, 96:13
**different** [14] - 63:4, 72:25, 96:25, 104:11, 110:20, 114:22, 125:12, 125:17, 126:13, 126:16, 128:25, 139:10, 144:14, 151:3
**differently** [1] - 29:1
**difficult** [1] - 126:12
**digital** [1] - 42:2
**direct** [15] - 9:15, 10:4, 11:9, 12:10, 15:4, 16:20, 19:7, 39:15, 49:15, 175:8, 175:20, 175:23, 180:8, 182:24, 192:22
**DIRECT** [1] - 65:3
**Direct** [1] - 3:7
**directed** [1] - 161:25
**directing** [1] - 46:20
**direction** [5] - 156:24, 159:3, 159:7, 160:23, 161:8
**director** [1] - 97:20
**disagree** [4] - 101:24, 103:22, 118:12, 125:20
**disagreement** [1] - 158:23
**disavow** [1] - 53:22
**disclaim** [1] - 107:4
**disclosed** [1] - 132:3
**discover** [1] - 44:13
**discuss** [4] - 22:18, 190:10, 190:17, 193:11
**discussed** [5] - 43:16, 58:20, 121:6, 143:7, 193:4
**discussing** [1] - 26:10
**discussion** [3] - 49:19, 99:21, 99:23
**discussions** [1] - 141:4
**dishonesty** [1] - 79:24
**display** [2] - 35:18, 109:4
**displaying** [1] - 126:22
**dispute** [1] - 186:21
**distance** [1] - 156:21
**District** [2] - 195:5

8

**DISTRICT** [3] - 1:1, 1:1, 1:13
**distrust** [1] - 97:19
**distrusted** [1] - 97:18
**document** [1] - 21:20
**Dolan** [1] - 31:2
**dollies** [3] - 148:20, 149:5, 149:18
**dolly** [3] - 27:17, 148:23, 148:24
**domestic** [3] - 82:6, 98:7, 138:15
**Dominic** [1] - 46:18
**done** [7] - 22:10, 60:10, 60:18, 81:24, 86:22, 118:17, 170:7
**door** [4] - 52:15, 72:8, 194:14, 194:19
**doors** [13] - 106:18, 107:3, 107:21, 107:25, 160:21, 160:24, 161:2, 161:9, 161:14, 162:21, 162:22, 163:1, 163:6
**doubt** [1] - 137:15
**Doug** [11] - 8:19, 18:16, 18:22, 18:25, 21:11, 52:1, 52:2, 142:3, 142:4, 142:7
**doug** [1] - 52:3
**Doug's** [21] - 116:1, 117:8, 129:6, 129:10, 129:13, 129:19, 130:4, 130:10, 130:21, 131:6, 131:13, 134:23, 142:6, 142:11, 144:8, 144:11, 144:20, 144:24, 145:13, 146:15, 146:20
**down** [32] - 7:17, 7:20, 9:13, 11:18, 15:3, 16:19, 18:9, 20:16, 21:9, 22:24, 25:7, 38:10, 44:3, 50:20, 64:19, 81:6, 98:13, 103:20, 107:25, 137:5, 142:16, 153:1, 156:18, 163:24, 164:7, 165:25, 166:11, 167:1, 172:3, 180:18, 190:16, 191:9
**downloaded** [2] - 69:14, 69:15
**downtown** [5] - 25:18, 26:3, 26:13, 29:17, 29:20
**downwards** [1] - 165:7
**DOX** [1] - 37:20
**dozens** [2] - 88:2, 88:7
**draw** [1] - 164:21
**drive** [9] - 102:12, 102:15, 116:19, 116:22, 132:23, 133:4, 140:23, 148:3, 153:3
**driver** [2] - 131:11, 141:5
**driving** [10] - 115:25, 117:2, 125:11, 131:2, 140:25, 141:23, 148:10, 148:16, 169:25, 170:5
**drop** [1] - 117:18
**dropped** [2] - 27:22, 169:13
**dropping** [3] - 27:19, 150:19, 153:2
**drove** [9] - 23:23, 62:13, 102:11, 116:18, 117:14, 117:20, 141:1, 148:5, 169:22
**dude** [1] - 86:11
**dumb** [1] - 86:1
**Dupont** [3] - 22:19, 22:25
**during** [19] - 6:1, 9:14, 11:8, 24:9, 26:22, 58:6, 104:5, 113:12, 118:1, 118:16, 126:4, 127:7, 133:4, 172:8, 179:21, 180:5, 181:1, 184:6
**duty** [4] - 95:22, 96:4, 96:5, 181:8

### E

**early** [8] - 67:4, 97:16, 106:11, 144:8, 144:9, 154:3, 174:23, 187:14
**earned** [2] - 70:10
**Earp** [1] - 52:16
**easel** [1] - 35:7
**easier** [2] - 125:7, 167:24
**easily** [2] - 39:7, 161:2
**east** [2] - 22:19, 153:21
**eastern** [1] - 43:11
**easy** [8] - 120:24, 121:2, 123:15, 125:5, 126:11, 173:5, 173:10
**echoing** [1] - 93:19
**ed** [4] - 61:12, 61:18, 61:24, 62:6
**Ed** [1] - 62:3
**Edward** [1] - 2:16
**EDWARDS** [3] - 192:25, 193:2, 193:4
**Edwards** [2] - 1:17, 35:6
**effect** [1] - 33:16
**effective** [1] - 14:22
**eight** [3] - 9:21, 10:6, 105:21
**either** [15] - 8:2, 100:10, 106:5, 106:22, 109:17, 116:5, 116:7, 118:19, 126:1, 137:19, 149:5, 179:21, 180:17, 189:22, 190:10
**Elaine** [1] - 19:14
**elderly** [7] - 131:2, 131:10, 141:1, 141:3, 142:10, 149:22, 149:24
**elected** [1] - 14:17
**election** [12] - 66:21, 66:22, 67:2, 67:4, 67:6, 67:21, 68:2, 68:24, 79:25, 158:14, 162:13, 175:23
**electoral** [4] - 47:5, 56:6, 57:23, 58:20
**electronically** [1] - 43:24
**elevator** [3] - 28:3, 149:13, 152:17
**eliminate** [1] - 42:2
**email** [3] - 41:11, 41:13, 41:25
**emoticon** [1] - 92:11
**emphasize** [1] - 83:24
**encompass** [1] - 108:8
**encouraging** [1] - 138:6
**encrypted** [3] - 43:22, 178:10, 178:11
**End** [5] - 60:20, 63:23, 85:3, 102:5, 109:2
**end** [12] - 43:22, 56:3, 69:24, 98:21, 115:11, 140:10, 146:12, 152:7, 190:5, 193:21
**end-to-end** [1] - 43:22
**ends** [1] - 86:15
**endure** [2] - 82:8, 88:23
**enemies** [2] - 82:6, 98:7
**enemy** [1] - 16:2
**enforcement** [15] - 17:16, 17:18, 44:15, 68:17, 68:22, 78:13, 97:15, 97:17, 97:18, 97:19, 98:9, 171:4, 176:25, 177:12, 185:25
**enforcement's** [1] - 127:5
**engage** [1] - 45:23

**engagement** [2] - 167:23, 167:25
**engaging** [2] - 175:15, 179:9
**enhance** [1] - 139:5
**enhancing** [4] - 138:7, 138:18, 138:20, 138:23
**Enrique** [2] - 46:7, 46:15
**ensure** [1] - 190:19
**enters** [3] - 5:18, 58:12, 140:3
**entire** [5] - 10:6, 12:10, 59:19, 59:22, 59:23
**entirely** [1] - 193:15
**entitled** [1] - 195:8
**entrance** [2] - 159:6, 166:15
**entryway** [1] - 166:16
**environment** [1] - 80:7
**equipment** [6] - 102:13, 107:1, 149:5, 154:16, 181:5, 181:7
**Ernest** [1] - 61:2
**errand** [1] - 93:5
**erratic** [1] - 142:10
**escorting** [2] - 143:9, 183:15
**especially** [2] - 127:7, 175:5
**essentially** [1] - 126:15
**establish** [3] - 114:23, 114:24, 116:8
**estimate** [1] - 192:4
**ET** [1] - 1:7
**et** [1] - 77:8
**EV** [1] - 9:2
**EV119** [4] - 3:19, 21:14, 21:16, 21:17
**EV124** [5] - 3:12, 7:4, 7:10, 7:12, 7:13
**EV125.1** [3] - 3:16, 15:14, 15:17
**EV139** [5] - 3:15, 13:14, 14:1, 14:3, 14:4
**EV140** [5] - 3:17, 17:2, 17:6, 17:8, 17:9
**EV700** [2] - 20:18, 20:24
**EV700.1** [6] - 3:18, 19:11, 19:16, 19:19, 19:21, 19:22
**EV709** [5] - 3:13, 9:1, 9:8, 9:10, 9:11
**EV900** [5] - 3:14, 10:18, 11:2, 11:4, 11:5
**evening** [4] - 24:23, 25:10, 25:20, 190:12
**event** [14] - 50:24, 75:13, 75:18, 168:19, 182:19, 183:7, 183:17, 183:25, 184:2, 184:6, 184:10, 184:21, 185:12
**events** [2] - 99:16, 194:11
**eventually** [1] - 162:5
**evidence** [68] - 7:13, 9:11, 11:5, 14:4, 15:17, 17:9, 19:19, 19:22, 21:2, 21:5, 21:17, 28:7, 28:19, 29:6, 41:7, 42:4, 42:12, 42:15, 49:4, 49:18, 49:21, 54:22, 55:4, 55:11, 55:14, 55:22, 56:2, 56:13, 57:13, 58:3, 58:5, 58:6, 59:8, 59:13, 59:16, 59:19, 59:20, 59:23, 60:2, 62:18, 70:25, 71:3, 76:8, 76:11, 81:8, 83:8, 89:16, 89:20, 92:22, 95:17, 96:21, 96:24, 106:9, 109:7, 150:12, 150:15, 163:9, 163:13, 164:9, 164:13, 166:2, 166:6, 170:23, 170:24, 171:20, 171:22, 194:13
**ex** [9] - 68:17, 71:12, 71:13, 78:13, 81:17, 81:18, 119:12, 155:14, 155:16

**ex-girlfriend** [1] - 119:12
**ex-marine** [4] - 81:17, 81:18, 155:14, 155:16
**ex-military** [2] - 68:17, 78:13
**ex-special** [2] - 71:12, 71:13
**exact** [4] - 12:18, 17:20, 114:4, 120:9
**exactly** [9] - 10:4, 12:23, 107:5, 117:24, 131:23, 132:11, 132:13, 132:14, 166:7
**exam** [1] - 175:23
**EXAMINATION** [4] - 6:18, 35:1, 65:3, 174:11
**examination** [13] - 5:12, 6:14, 54:9, 57:19, 58:5, 58:10, 174:10, 175:8, 175:20, 180:8, 182:25, 186:11, 192:11
**Examination** [4] - 3:5, 3:5, 3:7, 3:8
**examined** [1] - 193:25
**example** [3] - 105:10, 125:13, 138:2
**examples** [1] - 134:15
**except** [2] - 17:22, 28:2
**exception** [1] - 137:17
**exceptions** [1] - 124:7
**exchange** [1] - 46:7
**excited** [1] - 167:13
**exclude** [1] - 140:1
**excluded** [1] - 194:10
**exclusively** [1] - 182:9
**excuse** [3] - 36:9, 94:14, 121:10
**Exhibit** [49] - 3:11, 4:1, 7:4, 7:10, 7:13, 9:8, 9:11, 10:18, 10:20, 11:2, 11:5, 13:14, 14:4, 15:10, 15:14, 15:17, 17:9, 19:22, 20:18, 21:14, 21:17, 35:8, 42:15, 49:21, 55:3, 55:13, 56:1, 70:20, 70:24, 71:3, 76:4, 76:11, 81:7, 89:20, 95:16, 96:15, 96:24, 103:9, 109:4, 109:7, 109:11, 111:15, 111:20, 150:2, 150:15, 163:13, 164:13, 166:6, 171:22
**exhibit** [12] - 8:18, 22:14, 38:11, 39:19, 41:20, 41:21, 59:20, 60:4, 60:8, 60:17, 87:22
**exhibits** [8] - 56:24, 58:19, 59:11, 59:18, 59:25, 60:2, 83:13
**exist** [1] - 86:17
**exits** [3] - 57:6, 115:17, 190:15
**expect** [3] - 30:7, 104:14, 192:17
**expected** [2] - 104:4, 115:20
**experience** [13] - 75:23, 78:9, 82:22, 145:20, 155:12, 176:25, 177:3, 177:5, 177:13, 177:16, 177:25, 185:23, 185:24
**experienced** [2] - 71:15, 160:19, 176:8
**experiences** [1] - 143:15
**explain** [3] - 11:21, 83:25, 99:23
**explosive** [4] - 112:15, 113:5, 115:6, 133:16
**explosives** [39] - 111:11, 114:5, 118:4, 118:10, 118:16, 119:15, 119:18, 119:20, 119:22, 120:22, 121:11, 123:6, 123:8, 123:12, 124:9, 124:14, 124:20, 126:11, 126:22, 128:19, 130:18, 131:20, 132:2, 132:3, 132:5,

132:12, 133:5, 133:9, 133:10, 133:14, 133:21, 134:3, 134:5, 137:3, 137:10, 137:19, 137:21, 139:13, 139:19
**extends** [1] - 121:18
**extent** [1] - 84:13
**exterior** [3] - 106:15, 142:20, 160:21
**extraneous** [1] - 194:13
**Eye** [1] - 2:17

# F

**F.2d** [1] - 137:24
**face** [2] - 18:7, 92:12
**Facebook** [9] - 19:23, 20:9, 20:20, 35:11, 45:9, 49:22, 50:2, 50:3, 50:10
**facing** [1] - 172:20
**fact** [19] - 11:14, 67:12, 84:15, 101:22, 105:12, 105:13, 118:2, 120:14, 124:23, 134:25, 136:25, 137:12, 137:15, 138:13, 179:4, 189:12, 193:21, 194:2, 194:8
**factory** [1] - 170:21
**facts** [4] - 116:3, 121:1, 127:10, 193:19
**factual** [2] - 125:8, 172:9
**fail** [1] - 97:12
**failed** [2] - 94:3, 99:2
**failing** [1] - 98:9
**fails** [3] - 36:6, 93:24, 94:6
**failures** [1] - 138:2
**fair** [8] - 104:9, 106:3, 106:4, 106:6, 106:21, 107:12, 187:3, 187:5
**fairly** [6] - 84:15, 107:6, 111:21, 163:5, 164:6, 165:23
**Faith** [4] - 39:10, 86:5, 88:17, 89:5
**fake** [1] - 6:8
**fall** [3] - 66:4, 66:5, 66:11
**falls** [1] - 40:15
**familiar** [6] - 15:22, 101:10, 104:7, 145:21, 159:20, 165:23
**family** [7] - 5:22, 65:15, 65:16, 80:1, 82:8, 86:12, 88:23
**fan** [3] - 17:13, 17:19, 17:25
**far** [6] - 53:5, 64:7, 89:24, 155:13, 162:2, 183:19
**fascinated** [1] - 111:1
**fashion** [1] - 190:11
**father** [1] - 65:20
**FBI** [16] - 11:24, 23:10, 23:13, 23:18, 23:21, 23:24, 30:20, 30:23, 30:25, 31:12, 31:17, 40:23, 40:25, 97:20, 132:9, 132:23
**fear** [1] - 86:21
**fears** [1] - 34:6
**February** [1] - 136:1
**fed** [1] - 77:16
**federal** [10] - 43:21, 44:14, 72:15, 81:23, 96:10, 97:18, 97:19, 171:2, 171:4
**feelings** [1] - 82:23
**feet** [1] - 145:18
**felt** [10] - 68:7, 68:24, 85:2, 99:4, 99:8,

162:10, 167:7, 167:10, 176:17
**few** [11] - 6:5, 42:4, 77:13, 77:19, 77:23, 90:8, 90:10, 90:21, 90:25, 91:14, 127:23
**fewer** [1] - 97:8
**fiance** [2] - 188:18, 188:23
**field** [1] - 142:17
**fifth** [1] - 11:15
**fight** [3] - 80:14, 96:10, 161:18
**fighting** [2] - 80:1, 98:12
**figure** [2] - 45:14, 120:25
**figured** [1] - 174:17
**file** [2] - 40:23, 159:18
**final** [4] - 55:15, 56:3, 61:25, 62:7
**finally** [1] - 64:18
**financial** [2] - 181:19, 189:6
**financially** [1] - 188:19
**fine** [7] - 38:6, 60:5, 75:1, 84:13, 84:25, 107:19, 133:7
**finish** [1] - 186:12
**fire** [2] - 129:24, 142:22
**firearm** [9] - 90:19, 100:2, 110:17, 112:6, 144:25, 145:3, 145:8, 146:24, 176:15
**firearms** [31] - 17:12, 17:24, 63:13, 77:20, 78:2, 78:6, 78:10, 90:4, 90:22, 92:17, 100:19, 117:18, 119:25, 143:20, 145:1, 145:4, 145:5, 145:8, 145:12, 145:23, 146:8, 148:20, 148:21, 149:12, 149:18, 149:21, 152:23, 153:3, 168:3, 169:13, 169:16
**fired** [1] - 124:2
**first** [40] - 9:23, 10:8, 11:8, 11:9, 11:16, 14:11, 14:18, 18:6, 42:16, 47:24, 48:1, 49:22, 49:24, 50:2, 53:20, 53:22, 54:22, 65:7, 70:16, 73:6, 83:12, 85:7, 107:20, 119:7, 121:6, 122:25, 125:5, 126:22, 128:20, 141:11, 146:19, 154:5, 169:8, 174:15, 175:17, 178:25, 182:18, 184:13, 184:16, 184:19
**five** [16] - 57:1, 62:5, 66:18, 85:8, 86:10, 89:13, 94:17, 127:25, 135:15, 151:7, 152:16, 157:13, 172:22, 186:6, 186:9, 186:13
**five-minute** [1] - 57:1
**fix** [1] - 61:22
**FL** [3] - 2:10, 2:14, 37:17
**flagged** [1] - 193:7
**flexibility** [1] - 84:12
**flip** [1] - 49:10
**Florida** [36] - 24:13, 27:3, 27:4, 36:19, 36:24, 65:14, 69:10, 72:22, 73:6, 73:23, 74:1, 75:16, 78:5, 90:1, 90:19, 100:21, 102:9, 102:12, 109:20, 113:7, 113:8, 113:20, 117:21, 118:14, 124:1, 132:23, 136:9, 141:8, 142:24, 151:17, 153:12, 157:6, 169:22, 183:18, 187:11
**flying** [1] - 102:12
**focus** [1] - 86:11
**focused** [1] - 93:20

**folks** [4] - 115:12, 137:23, 178:25, 190:5
**follow** [3] - 22:17, 66:22, 136:16
**followed** [3] - 114:19, 131:3, 159:13
**Following** [1] - 128:14
**following** [7] - 98:15, 98:20, 129:17, 152:7, 159:15, 187:17
**follows** [1] - 120:21
**fool's** [1] - 93:5
**foot** [5] - 145:18, 156:6, 156:7, 156:15
**footage** [10] - 12:4, 24:5, 24:6, 27:25, 28:1, 28:6, 28:14, 29:8, 48:24, 52:20
**FOR** [1] - 1:1
**force** [2] - 45:11, 143:11
**Force** [4] - 38:13, 48:2, 52:4, 65:20
**forced** [1] - 77:16
**forces** [2] - 71:12, 71:14
**foregoing** [1] - 195:6
**foreground** [1] - 163:15
**foreign** [2] - 82:6, 98:7
**forgive** [2] - 121:5, 123:13
**forgot** [1] - 193:5
**format** [1] - 50:11
**formation** [1] - 159:24
**formed** [2] - 157:8, 172:9
**former** [2] - 185:25, 187:13
**Fort** [1] - 2:10
**forward** [17] - 49:10, 77:13, 78:16, 78:25, 79:4, 79:9, 79:15, 86:10, 87:21, 91:14, 92:1, 92:6, 93:21, 151:12, 152:5, 152:14, 194:4
**fought** [1] - 168:1
**foundation** [11] - 47:3, 47:4, 48:14, 63:12, 84:20, 84:24, 94:13, 106:10, 115:4, 121:2, 125:9
**Foundation** [1] - 94:15
**four** [9] - 56:18, 66:18, 83:1, 85:8, 92:23, 94:17, 95:18, 148:24, 186:20
**fourteen** [2] - 180:3, 180:4
**fourth** [2] - 11:15, 164:17
**frame** [2] - 26:22, 151:1
**frankly** [2] - 138:12, 139:6
**fraud** [1] - 93:9
**Freedom** [1] - 14:13
**freely** [1] - 73:3
**friend** [3] - 8:22, 90:5, 101:14
**friends** [2] - 5:22, 86:23
**front** [23] - 35:8, 46:18, 60:14, 71:4, 71:5, 71:8, 72:8, 79:19, 81:21, 105:12, 107:12, 112:11, 142:23, 152:17, 159:22, 162:23, 163:14, 164:24, 165:1, 165:5, 165:11, 165:15, 171:24
**FU** [1] - 8:3
**fucked** [1] - 50:19
**fucker** [1] - 61:22
**fucking** [2] - 39:13, 45:15
**full** [4] - 59:10, 59:14, 60:12, 142:19
**functionality** [2] - 110:22, 110:23
**functions** [1] - 46:24
**furtherance** [29] - 115:5, 118:7, 118:10,

118:13, 118:19, 120:4, 121:4, 121:17, 121:22, 121:25, 122:8, 122:20, 122:24, 123:19, 123:23, 124:5, 125:2, 125:15, 126:5, 126:16, 126:24, 126:25, 127:2, 127:6, 137:25, 138:9, 138:11, 138:17, 139:23
**furthers** [1] - 123:2
**future** [1] - 80:1

# G

**games** [2] - 111:3, 143:15
**garbage** [1] - 66:3
**gas** [13] - 110:5, 117:5, 130:21, 130:25, 131:1, 131:6, 132:24, 133:2, 133:14, 133:17, 141:6, 141:12, 141:22
**gasoline** [1] - 119:25
**gate** [1] - 18:5
**gather** [2] - 166:12, 174:17
**gathered** [1] - 166:17
**gator** [1] - 70:9
**Gator** [13] - 18:2, 37:22, 69:25, 70:7, 74:2, 76:14, 76:20, 76:24, 77:6, 86:11, 90:11, 90:25
**gear** [8] - 71:7, 92:4, 100:22, 100:24, 105:19, 110:13, 110:15, 154:5
**gearing** [1] - 188:10
**general** [1] - 46:10
**generally** [6] - 41:8, 49:14, 103:2, 105:20, 139:3, 143:7
**generated** [1] - 179:15
**generation** [1] - 79:11
**gentleman** [9] - 9:5, 37:10, 131:2, 131:10, 141:1, 141:3, 142:10, 149:22, 149:25
**gentlemen** [4] - 5:20, 58:13, 140:5, 173:15
**geography** [1] - 22:25
**George** [3] - 22:4, 192:8, 192:10
**Georgetown** [2] - 22:8, 22:13
**gift** [4] - 6:1, 6:4, 181:22
**gifted** [1] - 181:13
**girlfriend** [9] - 110:2, 110:4, 110:16, 116:19, 119:12, 131:4, 137:1, 138:15, 188:24
**given** [8] - 12:15, 57:16, 60:7, 70:9, 138:13, 139:22, 141:15, 185:22
**glad** [2] - 86:7, 88:19
**gloss** [1] - 139:3
**go-to** [1] - 29:14
**God** [1] - 81:22
**goodbye** [1] - 82:7
**Google** [3] - 15:23, 16:13, 16:15
**Googled** [2] - 16:4, 16:5
**Gorda** [1] - 2:14
**gorilla** [1] - 61:11
**Gotbold** [1] - 51:5
**government** [42] - 6:15, 7:16, 7:18, 8:17, 9:15, 9:23, 10:8, 11:8, 14:16, 14:21, 42:11, 57:12, 59:8, 59:22, 60:1,

64:20, 64:21, 70:24, 72:15, 75:1, 76:7, 84:20, 84:25, 89:16, 96:10, 96:20, 112:23, 114:23, 150:8, 150:11, 162:1, 162:2, 163:9, 164:9, 166:2, 171:2, 171:19, 172:23, 173:4, 173:7, 190:19, 194:18
**Government** [13] - 1:16, 10:20, 70:20, 76:3, 81:7, 95:15, 96:15, 103:9, 109:4, 109:11, 111:15, 111:20, 150:2
**Government's** [1] - 171:17
**government's** [2] - 172:14, 193:14
**governmental** [1] - 46:23
**grab** [2] - 20:9, 110:12
**grace** [1] - 81:22
**grand** [4] - 117:25, 118:22, 122:18, 191:14
**grandfather** [1] - 65:20
**grasp** [1] - 127:5
**gray** [2] - 151:20, 151:23
**Graydon** [2] - 30:25, 41:12
**greater** [1] - 123:14
**Green** [2] - 71:12, 71:14
**green** [2] - 110:11, 152:10
**grenade** [4] - 111:6, 121:25, 194:8, 194:16
**grenades** [7] - 120:16, 122:7, 192:11, 192:15, 192:20, 193:14, 193:21
**Grimes** [1] - 50:15
**ground** [10] - 51:11, 93:11, 93:13, 100:10, 148:8, 148:9, 148:12, 148:18, 149:2, 185:17
**grounds** [1] - 153:19
**group** [55] - 9:16, 14:14, 15:19, 17:4, 18:10, 19:5, 19:25, 29:9, 40:1, 43:25, 44:1, 45:14, 67:24, 68:8, 72:17, 73:2, 78:1, 79:19, 80:16, 81:2, 81:12, 87:24, 92:15, 93:23, 96:25, 99:7, 99:19, 99:21, 100:9, 118:14, 118:15, 121:19, 121:23, 135:13, 137:12, 139:11, 147:1, 149:17, 156:9, 157:3, 157:20, 158:19, 159:9, 160:3, 160:11, 160:25, 161:10, 161:19, 164:2, 165:13, 165:24, 166:12, 176:17, 176:22
**groups** [9] - 44:6, 72:25, 73:1, 178:17, 178:20, 178:22, 179:1, 182:11
**grow** [1] - 80:6
**grunt** [1] - 86:1
**guess** [3] - 126:6, 187:24, 192:11
**guest** [2] - 14:12, 14:13
**guidelines** [1] - 172:19
**guilty** [7] - 171:11, 171:14, 171:23, 172:5, 173:21, 173:25
**gun** [3] - 145:14, 145:16, 145:18
**Gunbroker** [1] - 90:9
**guns** [4] - 17:22, 30:13, 145:20, 145:25
**guy** [16] - 12:8, 67:11, 67:13, 78:21, 118:3, 118:8, 119:10, 122:4, 122:5, 122:6, 122:10, 125:14, 126:3, 138:13, 139:5, 186:23
**guys** [8] - 86:24, 86:25, 87:5, 87:6,

87:12, 157:19

## H

**Hackett** [12] - 2:6, 38:15, 39:10, 41:12, 41:13, 74:25, 75:7, 134:25, 174:17, 177:24, 184:19, 189:21
**Hagmann** [9] - 8:19, 8:20, 10:21, 33:22, 53:9, 54:11, 54:19, 55:8, 55:19
**half** [2] - 192:21, 192:22
**Halim** [11] - 2:6, 3:8, 38:14, 38:15, 39:3, 106:11, 128:6, 128:11, 174:12, 190:25, 194:1
**HALIM** [38] - 5:11, 5:17, 42:13, 71:1, 74:10, 74:24, 76:9, 80:20, 89:18, 96:22, 99:9, 101:18, 101:21, 103:15, 103:17, 104:8, 108:5, 111:23, 111:25, 113:1, 127:14, 128:12, 134:19, 134:20, 136:4, 150:13, 163:11, 164:11, 166:4, 174:11, 186:8, 186:12, 186:15, 190:3, 191:2, 191:4, 191:15, 193:12
**hallway** [1] - 52:20
**hammer** [1] - 7:20
**Hancock** [1] - 61:2
**hand** [14] - 16:17, 22:18, 39:16, 41:18, 162:22, 162:25, 163:16, 166:16, 170:3, 194:8, 194:16
**handgun** [2] - 145:16, 145:17
**handle** [4] - 19:8, 19:24, 110:12, 167:24
**handling** [1] - 149:25
**hands** [3] - 17:24, 144:1, 159:22
**handwritten** [1] - 41:24
**hang** [5] - 48:10, 62:24, 103:23, 104:9, 116:22
**Hangout** [12] - 36:1, 36:2, 36:11, 36:20, 36:25, 37:8, 39:11, 43:2, 76:15, 79:19, 93:2
**hangout** [6] - 36:10, 89:21, 90:1, 95:19, 97:3, 98:3
**happy** [1] - 21:4
**harder** [1] - 120:25
**harm** [1] - 60:16
**hat** [2] - 182:6, 182:10
**head** [1] - 163:20
**headed** [1] - 156:5
**heads** [1] - 191:4
**heads-up** [1] - 191:4
**healthy** [1] - 5:23
**hear** [11] - 61:3, 86:8, 86:9, 114:8, 126:18, 127:9, 128:1, 156:16, 156:19, 161:15, 180:19
**heard** [9] - 49:3, 104:8, 114:12, 114:22, 119:12, 120:17, 181:15, 188:2, 191:5
**hearing** [4] - 122:15, 133:24, 172:8, 172:25
**hearsay** [8] - 31:20, 113:13, 121:12, 121:14, 124:6, 137:17, 139:23, 194:10
**hearts** [2] - 88:20, 89:6
**heavy** [8] - 89:1, 145:8, 145:10, 146:5, 146:6, 154:14, 154:15, 154:21
**held** [2] - 123:1, 195:7
**hello** [1] - 128:17
**helmet** [7] - 100:25, 101:15, 102:7, 154:10, 163:21, 182:1
**helmets** [1] - 181:9
**help** [5] - 56:22, 57:22, 78:21, 85:25, 144:21
**helped** [8] - 86:8, 116:18, 144:23, 147:9, 148:20, 149:12
**helpful** [1] - 115:23
**helping** [9] - 27:10, 27:15, 29:2, 29:6, 112:7, 127:4, 145:24, 146:9, 147:16
**helps** [1] - 27:12
**hereby** [1] - 195:5
**HI** [1] - 2:4
**hi** [1] - 134:21
**hide** [2] - 77:17, 125:17
**high** [1] - 111:6
**highlight** [1] - 83:25
**HILGEMAN** [2] - 3:4, 6:17
**Hilgeman** [18] - 5:5, 6:11, 6:19, 10:19, 11:8, 13:16, 20:19, 35:2, 38:10, 42:16, 55:7, 55:18, 57:9, 58:17, 60:24, 61:16, 61:21, 64:18
**Hilgeman's** [1] - 6:13
**Hillsborough** [1] - 77:17
**himself** [4] - 84:6, 123:22, 134:12, 185:6
**hint** [1] - 43:19
**historical** [1] - 45:20
**hits** [3] - 17:13, 17:19, 17:25
**hold** [3] - 56:21, 112:5
**holding** [2] - 16:16, 32:23
**holds** [1] - 145:2
**holiday** [3] - 5:21, 6:4
**holidays** [1] - 5:25
**holster** [1] - 181:8
**home** [7] - 108:9, 117:20, 124:1, 130:25, 132:15, 132:16, 188:21
**homecomings** [1] - 82:3
**homework** [1] - 22:10
**honest** [1] - 79:24
**honestly** [1] - 88:21
**Honor** [44] - 5:6, 5:11, 7:9, 11:1, 13:25, 19:18, 20:23, 30:9, 34:22, 34:25, 46:9, 54:21, 55:10, 58:15, 63:20, 65:2, 74:24, 84:19, 86:13, 94:13, 101:18, 104:1, 104:3, 104:8, 104:12, 108:4, 108:5, 111:25, 113:3, 118:7, 118:23, 120:15, 124:22, 126:18, 128:2, 139:21, 139:25, 140:13, 174:9, 190:3, 191:8, 191:19, 192:18, 194:20
**HONORABLE** [1] - 1:12
**hope** [3] - 5:20, 50:22, 172:23
**hoping** [1] - 7:19
**hornet's** [1] - 48:7
**host** [1] - 61:2
**hotel** [40] - 24:9, 25:9, 25:12, 26:7, 26:8, 26:15, 26:20, 26:23, 26:24, 27:22,
28:2, 28:24, 29:16, 38:8, 62:13, 64:10, 146:21, 146:22, 146:25, 147:3, 147:6, 147:22, 148:6, 148:7, 148:19, 149:9, 149:15, 149:18, 150:3, 150:19, 153:3, 153:4, 153:6, 153:12, 153:16, 154:24, 155:7, 168:13, 168:15, 169:10
**hour** [29] - 10:2, 10:6, 10:9, 10:14, 11:9, 11:11, 11:16, 11:19, 12:7, 12:11, 12:14, 13:2, 13:3, 26:19, 29:22, 29:23, 53:11, 53:18, 53:20, 53:22, 53:24, 54:14, 54:15, 54:18, 55:8, 55:19, 88:15, 192:21, 192:22
**hours** [11] - 12:10, 66:16, 66:18, 85:8, 85:12, 94:18, 179:25, 180:1, 180:2, 187:14, 188:15
**house** [12] - 102:16, 102:18, 102:23, 109:8, 109:19, 116:14, 116:16, 116:17, 117:4, 130:20, 131:1, 140:18
**Howard** [1] - 193:6
**huddle** [6] - 157:2, 157:5, 157:8, 157:9, 158:20, 159:2
**huddled** [2] - 157:11, 157:12
**huge** [1] - 168:20
**Hughes** [1] - 1:17
**hundreds** [3] - 31:24, 88:2, 88:7

## I

**idea** [3] - 40:18, 160:10, 184:8
**ideas** [1] - 72:16
**identification** [1] - 9:7
**identified** [2] - 75:7, 194:16
**identify** [8] - 60:9, 73:4, 73:25, 74:25, 75:2, 75:3, 75:4, 105:6
**identities** [1] - 41:18
**ignored** [1] - 68:7
**illegal** [2] - 91:17, 126:4
**image** [2] - 20:19, 36:16
**imagination** [1] - 119:11
**immediately** [1] - 25:6
**impasta** [1] - 6:9
**implied** [1] - 175:20
**important** [13] - 10:13, 12:1, 12:14, 41:17, 78:4, 80:15, 92:15, 137:14, 137:16, 173:12, 175:13, 189:2, 189:13
**impression** [4] - 99:7, 103:24, 105:13, 124:8
**impressionable** [1] - 127:16
**impressions** [1] - 99:11
**improvise** [1] - 133:15
**improvised** [1] - 133:16
**IN** [1] - 1:1
**in-person** [1] - 90:8
**inaccurate** [4] - 11:17, 12:21, 12:23, 54:1
**inappropriate** [1] - 103:19
**inauguration** [1] - 47:10
**include** [4] - 59:9, 60:11, 95:9, 112:13
**included** [3] - 59:11, 158:2, 187:10
**includes** [1] - 27:7

**including** [7] - 30:8, 59:20, 59:23, 92:16, 123:25, 124:7, 161:22
**inclusions** [1] - 59:9
**inconsistent** [1] - 194:3
**independence** [1] - 95:23
**independent** [1] - 190:11
**INDEX** [1] - 3:2
**Indian** [1] - 2:6
**indicated** [7] - 22:21, 85:7, 109:8, 111:17, 112:3, 164:22, 174:20
**indicates** [2] - 50:2, 50:3
**indicating** [2] - 28:20, 32:6
**indicative** [1] - 115:7
**individual** [7] - 43:11, 48:1, 60:17, 138:12, 151:9, 151:14, 186:18
**individuals** [5] - 24:6, 24:18, 27:12, 51:5, 151:7
**indulgence** [2] - 56:15, 64:2
**inferred** [1] - 194:2
**info** [1] - 41:17
**information** [9] - 12:3, 99:13, 133:24, 144:3, 144:4, 181:3, 181:4, 181:14, 184:5
**informing** [1] - 121:10
**initial** [2] - 156:9, 166:16
**injured** [1] - 156:19
**Inn** [7] - 15:5, 24:5, 24:19, 25:6, 38:9, 48:25, 52:14
**inserted** [1] - 112:6
**inside** [18] - 106:20, 107:7, 108:2, 109:16, 109:17, 112:14, 116:20, 119:25, 138:3, 145:14, 146:7, 146:10, 146:12, 147:6, 158:4, 162:4, 162:14, 170:11
**insofar** [2] - 107:10, 194:12
**Inspector** [1] - 193:6
**instances** [1] - 134:11
**instead** [3] - 72:11, 83:17, 102:12
**instruct** [1] - 190:17
**instructions** [4] - 185:20, 185:22, 186:3, 190:8
**Insurrection** [3] - 34:9, 93:7, 93:10
**intel** [1] - 91:1
**intent** [1] - 8:14
**intentional** [1] - 13:6
**interacted** [1] - 175:2
**interaction** [1] - 28:2
**interactions** [2] - 187:8, 191:8
**interchangeable** [1] - 182:22
**interest** [4] - 121:15, 124:17, 124:19, 137:21
**interested** [2] - 67:1, 91:24
**intermittently** [1] - 132:2
**interpret** [1] - 34:17
**interpretation** [1] - 34:16
**interpreted** [1] - 138:6
**interrupt** [5] - 8:15, 8:16, 71:18, 116:6, 130:19
**intervene** [1] - 127:15

**interviewed** [3] - 30:20, 30:23, 30:25
**introduce** [2] - 9:7, 59:14
**introduced** [2] - 58:6, 59:13
**investigated** [1] - 48:15
**investigation** [1] - 51:25
**investigations** [2] - 11:23, 11:24
**invisible** [1] - 6:6
**invited** [1] - 178:16
**involved** [5] - 18:16, 67:24, 175:17, 176:23, 187:22
**involvement** [1] - 185:21
**iPhone** [2] - 170:14, 170:19
**irrelevant** [1] - 171:7
**issue** [13] - 5:5, 5:11, 104:11, 105:2, 106:2, 106:9, 106:13, 108:5, 114:4, 121:14, 125:7, 137:20, 140:6
**issued** [1] - 188:9
**issues** [2] - 56:19, 56:23
**item** [4] - 16:3, 16:14, 104:7, 152:19
**items** [9] - 62:20, 104:20, 105:5, 105:7, 106:20, 107:5, 107:7, 112:13, 112:20
**itself** [6] - 104:9, 107:8, 109:18, 112:14, 146:12, 162:6

## J

**J20** [1] - 46:21
**J6** [1] - 46:21
**jacket** [4] - 155:3, 155:5, 155:6, 164:18
**Jackson** [1] - 2:10
**Jacksonville** [5] - 117:6, 131:5, 132:25, 141:12, 141:23
**James** [3] - 31:4, 44:19, 44:22
**Jan** [5] - 15:11, 17:4, 17:11, 25:15, 37:10
**January** [115] - 1:6, 6:22, 6:23, 7:22, 8:5, 8:9, 8:14, 13:8, 14:15, 14:21, 15:1, 15:19, 16:21, 18:2, 18:11, 18:18, 18:20, 24:10, 24:19, 25:1, 25:3, 25:12, 31:19, 32:3, 32:7, 32:15, 32:17, 32:20, 33:10, 33:13, 33:24, 34:1, 34:2, 34:13, 38:8, 44:23, 45:1, 45:4, 45:24, 46:2, 47:9, 47:13, 56:7, 56:9, 57:21, 58:21, 58:23, 62:7, 67:20, 70:6, 70:12, 71:10, 71:25, 72:4, 73:15, 74:8, 97:10, 97:16, 99:16, 100:2, 103:21, 103:24, 104:20, 104:22, 105:8, 105:11, 106:5, 106:14, 106:22, 108:3, 116:2, 117:11, 117:12, 117:19, 117:21, 120:21, 120:24, 121:9, 121:18, 121:24, 124:1, 124:23, 125:25, 126:1, 127:7, 135:24, 139:12, 139:18, 150:4, 150:18, 153:2, 153:15, 153:23, 153:24, 154:1, 158:4, 158:13, 163:7, 168:16, 168:21, 171:6, 181:10, 187:11, 187:21, 188:4, 188:6, 188:11, 193:1, 193:21, 194:11, 195:9
**Jason** [12] - 31:2, 81:12, 81:20, 82:12, 83:1, 85:24, 91:16, 92:16, 155:11, 155:15, 165:11
**Jason's** [1] - 81:15

**JC** [2] - 6:3, 127:22
**Jeffery** [1] - 135:5
**Jeffrey** [2] - 1:16, 185:2
**Jencks** [1] - 18:19
**Jeremy** [66] - 27:7, 27:10, 45:8, 70:13, 70:16, 70:22, 71:6, 71:13, 71:25, 72:3, 102:20, 103:18, 104:25, 108:9, 110:2, 110:3, 110:15, 112:8, 113:9, 113:11, 114:5, 115:6, 116:5, 116:15, 116:16, 116:18, 117:10, 118:2, 118:3, 118:8, 118:11, 118:18, 118:25, 119:4, 119:6, 119:7, 119:14, 119:21, 121:11, 123:17, 124:9, 126:10, 128:19, 129:9, 129:13, 129:15, 129:19, 129:22, 130:4, 132:1, 132:4, 132:12, 133:4, 133:8, 133:10, 133:20, 133:25, 134:5, 136:25, 137:10, 139:12, 141:7
**Jeremy's** [24] - 70:14, 71:11, 102:19, 102:23, 103:6, 109:8, 109:19, 109:20, 111:9, 111:11, 113:5, 116:13, 116:14, 116:17, 116:19, 117:4, 123:9, 129:6, 129:8, 130:25, 131:1, 133:17, 140:18, 147:18
**Jessica** [1] - 165:12
**jest** [1] - 44:2
**Joanna** [1] - 192:25
**job** [4] - 38:22, 65:25, 189:13, 189:15
**Joe** [33] - 74:2, 74:3, 74:5, 74:16, 74:18, 74:20, 75:9, 75:10, 75:12, 75:13, 135:15, 141:20, 146:16, 146:17, 149:7, 152:4, 153:13, 155:22, 156:13, 157:7, 158:14, 159:14, 162:13, 163:17, 163:18, 163:20, 166:9, 169:7, 170:3, 170:5, 170:7, 170:15, 174:7
**Joe's** [1] - 163:18
**John** [2] - 30:18, 30:23
**johnwillow@protonmail.com** [1] - 41:15
**join** [6] - 68:1, 81:23, 91:4, 91:7, 176:17, 176:22, 177:8, 178:16, 193:17
**joined** [10] - 29:9, 68:14, 69:2, 73:6, 73:19, 91:6, 175:21, 176:1, 176:4
**joining** [1] - 69:4
**joint** [1] - 118:10
**joke** [1] - 6:2
**Joseph** [5] - 2:6, 39:10, 41:12, 41:13, 174:17
**Joshua** [1] - 31:4
**joyous** [2] - 167:13, 167:15
**Jr** [1] - 2:2
**jubilant** [3] - 167:11, 167:12, 167:15
**judge** [5] - 171:23, 171:25, 172:1, 173:3, 173:4
**JUDGE** [1] - 1:13
**Judge** [4] - 38:5, 172:5, 172:24
**July** [2] - 132:9, 132:22
**jury** [41] - 7:10, 9:7, 9:24, 12:15, 13:24, 13:25, 14:5, 17:6, 19:19, 21:19, 34:16, 34:20, 35:18, 37:15, 38:2, 39:7, 39:21, 42:17, 44:9, 48:5, 49:24, 54:4, 60:12,

60:14, 64:4, 83:8, 105:12, 107:12, 109:4, 117:25, 118:22, 122:18, 127:11, 127:15, 127:23, 128:8, 128:10, 128:15, 173:16, 191:14
**Jury** [6] - 5:18, 57:6, 58:12, 115:17, 140:3, 190:15
**JURY** [1] - 1:12
**justice** [1] - 8:3
**justified** [2] - 82:23, 98:11

## K

**Kailua** [1] - 2:4
**Kandaris** [16] - 28:16, 28:23, 29:2, 29:6, 29:9, 29:12, 29:16, 29:20, 31:8, 52:25, 53:3, 61:2, 61:8, 64:6, 64:11, 64:12
**Kathryn** [1] - 1:16
**keep** [11] - 58:11, 60:18, 62:25, 71:19, 71:24, 77:13, 115:12, 126:10, 151:3, 156:24, 189:6
**Keeper** [7] - 18:17, 28:2, 28:20, 29:7, 154:7, 157:6, 179:5
**Keeper's** [1] - 154:8
**keepers** [1] - 97:13
**Keepers** [58] - 16:21, 19:1, 24:12, 24:15, 27:4, 27:19, 27:22, 28:10, 28:12, 28:14, 29:13, 34:5, 42:22, 43:12, 43:15, 43:19, 44:5, 67:24, 67:25, 68:1, 68:10, 68:14, 68:16, 68:24, 69:2, 69:4, 70:17, 72:18, 72:22, 73:6, 73:19, 78:5, 95:6, 95:8, 96:3, 98:10, 99:1, 99:7, 118:25, 129:20, 133:2, 141:16, 142:12, 142:24, 147:9, 149:1, 153:11, 155:18, 157:3, 157:20, 157:25, 158:10, 160:6, 174:7, 175:22, 176:1, 177:11, 182:19
**keeping** [1] - 120:16
**Kelly** [133] - 8:22, 13:19, 18:2, 27:7, 31:10, 45:8, 53:16, 69:8, 69:9, 69:10, 69:13, 70:9, 73:24, 76:21, 77:6, 78:15, 79:1, 79:9, 79:16, 79:19, 86:10, 87:5, 87:11, 87:24, 90:25, 91:11, 92:16, 95:1, 95:3, 99:20, 100:7, 100:9, 100:14, 100:20, 113:9, 113:11, 114:4, 115:25, 116:4, 117:11, 117:14, 117:20, 118:1, 118:13, 119:8, 119:14, 119:17, 119:21, 122:16, 123:5, 123:22, 123:24, 124:8, 124:11, 124:15, 124:16, 124:19, 124:23, 124:25, 128:18, 128:21, 129:5, 129:8, 129:10, 130:14, 130:18, 131:17, 131:23, 131:24, 132:4, 132:11, 132:19, 133:4, 133:8, 133:10, 133:24, 134:4, 134:11, 134:12, 135:15, 136:11, 137:9, 137:11, 137:12, 137:18, 139:11, 139:13, 139:18, 141:20, 144:13, 144:17, 144:21, 145:24, 146:16, 148:11, 148:14, 150:1, 151:11, 153:9, 154:20, 155:20, 156:11, 156:12, 157:7, 157:10,

157:17, 157:18, 157:19, 157:23, 158:17, 158:20, 158:22, 159:10, 163:16, 164:19, 164:24, 165:15, 166:20, 168:5, 169:7, 170:1, 174:7, 184:11, 184:16, 185:19, 185:21, 186:17, 189:9, 195:3, 195:11, 195:13
**Kelly's** [8] - 69:11, 134:22, 135:8, 146:16, 169:3, 169:9, 169:18, 169:23
**Ken** [1] - 52:15
**Kenneth** [4] - 24:7, 37:14, 37:23, 43:2
**Kenny** [16] - 74:2, 141:20, 154:10, 154:20, 154:23, 154:24, 155:11, 155:12, 162:18, 163:16, 166:24, 167:2, 167:5, 167:14, 174:7, 182:1
**Kenny's** [1] - 167:9
**kept** [3] - 134:11, 134:12, 135:21
**Key** [2] - 22:10, 22:11
**kick** [1] - 72:8
**kids** [1] - 80:6
**kill** [1] - 50:21
**killed** [1] - 50:21
**killer** [1] - 88:22
**kind** [25] - 17:18, 43:20, 50:22, 75:18, 88:24, 100:22, 100:24, 110:23, 115:5, 119:10, 119:19, 129:25, 132:3, 134:2, 134:6, 137:3, 138:12, 145:2, 145:12, 145:23, 154:5, 155:5, 170:13, 170:18, 179:15
**kinds** [7] - 66:19, 110:3, 110:15, 111:4, 160:5, 161:17, 161:19
**knotted** [1] - 140:6
**knowing** [2] - 40:21, 88:22
**knowledge** [4] - 124:25, 137:10, 137:11, 138:23
**knows** [4] - 39:21, 120:17, 120:18, 191:8
**Kwiatkowski** [1] - 43:11

## L

**lack** [1] - 47:2
**ladies** [4] - 5:19, 58:13, 140:5, 173:15
**laid** [2] - 106:10, 125:9
**Lane** [1] - 2:6
**large** [6] - 14:14, 103:3, 103:7, 142:16, 152:19, 186:25
**largely** [1] - 194:18
**larger** [1] - 131:20
**laser** [1] - 93:20
**last** [19] - 10:1, 30:9, 32:5, 35:2, 43:4, 43:8, 50:4, 51:5, 56:4, 56:17, 58:18, 64:18, 65:9, 69:11, 70:14, 80:8, 92:14, 191:18
**late** [6] - 24:21, 25:9, 96:6, 154:3, 174:23, 176:1
**lately** [1] - 18:4
**latter** [1] - 108:17
**LAW** [1] - 2:3
**law** [17] - 17:16, 17:18, 44:7, 44:14, 68:17, 68:21, 78:13, 97:15, 97:17,

97:18, 97:19, 98:8, 127:5, 171:4, 176:25, 177:12, 185:25
**lawfully** [1] - 14:15
**lay** [5] - 84:20, 84:24, 99:10, 121:1, 124:11
**lead** [2] - 37:20, 139:11
**Leader** [1] - 42:19
**leader** [4] - 43:12, 69:10, 89:25, 118:14
**leaders** [4] - 19:1, 19:4, 19:24, 43:13
**leadership** [4] - 44:4, 74:1, 150:1, 157:7
**leading** [9] - 68:16, 74:10, 101:21, 101:22, 102:1, 102:4, 103:19, 137:12, 159:9
**leaning** [1] - 71:24
**learned** [1] - 139:16
**learning** [2] - 12:21, 185:16
**least** [9] - 24:11, 51:10, 63:9, 105:4, 120:6, 121:7, 121:8, 127:17, 191:2
**leather** [2] - 155:6, 164:18
**leave** [14] - 24:21, 105:12, 109:19, 130:7, 144:7, 144:11, 144:20, 146:14, 147:21, 147:24, 153:15, 155:7, 162:18, 194:17
**leaving** [4] - 100:21, 102:24, 121:21, 124:21, 124:25, 155:24, 162:20, 168:4
**led** [1] - 183:20
**Lee** [1] - 2:2
**left** [36] - 24:23, 26:15, 26:20, 33:6, 39:16, 58:17, 71:7, 99:2, 113:7, 113:20, 118:23, 118:24, 119:3, 130:10, 132:18, 132:19, 141:22, 142:16, 146:19, 149:13, 149:21, 156:1, 156:4, 162:17, 162:21, 162:22, 162:25, 163:15, 163:16, 164:18, 164:23, 165:8, 170:3
**left-hand** [4] - 39:16, 162:22, 163:16, 170:3
**legal** [7] - 57:20, 98:18, 98:22, 99:2, 140:6, 173:18, 174:5
**legally** [1] - 14:15
**legend** [1] - 49:25
**LeMar** [1] - 37:14
**length** [4] - 5:12, 15:20, 59:14, 140:6
**lengths** [1] - 26:4
**lenient** [1] - 173:4
**lent** [1] - 154:9
**LEO** [1] - 17:16
**LEOSA** [2] - 17:17, 17:22
**less** [1] - 87:17
**letting** [1] - 121:19
**level** [8] - 43:21, 80:19, 81:4, 88:20, 89:5, 89:8, 113:25, 121:7
**liberties** [1] - 80:7
**liberty** [2] - 8:3, 36:17
**Liberty** [2] - 19:8, 19:24
**lid** [1] - 110:11
**life** [3] - 81:20, 111:1, 145:5
**lifelong** [1] - 98:8
**lifted** [1] - 106:19
**Liggett** [1] - 45:8

**light** [4] - 125:12, 145:9, 146:5, 154:14
**like-minded** [2] - 68:8, 68:11
**likelihood** [1] - 82:8
**likely** [1] - 81:19
**limit** [1] - 15:21
**limitation** [1] - 137:25
**line** [8] - 44:19, 64:12, 66:10, 66:14, 77:17, 159:18, 162:23, 179:23
**lined** [1] - 192:24
**Linel** [1] - 193:6
**lines** [1] - 81:21
**link** [10] - 8:21, 14:8, 17:25, 19:23, 20:5, 20:9, 21:12, 53:15, 91:1, 194:10
**lips** [1] - 42:21
**listen** [7] - 35:24, 53:18, 53:20, 53:24, 54:4, 162:11, 162:12
**listening** [2] - 44:13, 89:3
**literature** [1] - 191:6
**litigated** [1] - 114:3
**live** [3] - 50:22, 65:13, 77:17
**lived** [1] - 176:4
**Livengood** [1] - 52:16
**living** [2] - 66:8, 178:5
**load** [5] - 17:14, 116:18, 145:24, 146:9, 148:20
**loaded** [11] - 104:22, 104:23, 104:24, 109:21, 109:23, 110:6, 110:13, 111:8, 111:11, 113:5, 169:18
**loading** [8] - 105:19, 106:25, 110:1, 110:4, 110:16, 112:8, 149:5, 149:18
**local** [2] - 56:24, 90:5
**located** [2] - 149:19, 169:11
**location** [3] - 38:24, 183:2, 183:15
**locations** [1] - 41:18
**log** [2] - 179:20, 180:21
**logged** [1] - 180:4
**logistics** [1] - 99:18
**LOL** [2] - 78:18, 91:25
**look** [16] - 16:7, 42:16, 49:23, 106:2, 106:17, 107:9, 107:24, 110:10, 112:10, 114:15, 120:3, 125:8, 126:6, 137:23, 150:8, 194:6
**Look** [4] - 115:6, 122:3, 126:9, 139:4
**looked** [13] - 20:20, 33:5, 34:5, 34:9, 68:21, 71:17, 103:21, 105:14, 105:20, 106:14, 106:22, 142:15, 165:24
**looking** [20] - 8:10, 22:1, 36:23, 37:6, 39:9, 43:1, 43:9, 45:7, 46:6, 46:14, 50:1, 51:2, 51:14, 53:14, 64:4, 97:1, 165:8, 166:15, 171:5, 181:4
**looks** [3] - 107:2, 110:8, 111:22
**loop** [1] - 134:12
**loose** [12] - 42:21, 118:3, 118:9, 119:10, 122:6, 122:14, 122:15, 122:17, 123:18, 126:19, 132:1, 137:2
**losing** [1] - 67:6
**lost** [3] - 25:22, 156:10, 158:16
**loud** [5] - 83:10, 84:4, 84:6, 84:9, 187:1
**Loughlin** [1] - 19:14

**Louis** [1] - 1:18
**love** [1] - 79:11
**lower** [3] - 87:16, 87:17, 173:1
**lucky** [2] - 82:3, 82:12
**luggage** [1] - 148:25

## M

**M4/M16** [1] - 145:22
**ma'am** [59] - 134:24, 135:6, 174:14, 174:16, 174:22, 174:24, 175:1, 175:7, 175:12, 175:14, 175:16, 176:3, 176:6, 177:2, 177:4, 177:7, 177:10, 177:14, 177:19, 177:21, 178:4, 178:6, 178:10, 179:7, 179:17, 180:10, 180:13, 180:16, 180:20, 180:23, 182:6, 182:13, 183:5, 183:8, 183:16, 183:19, 184:15, 184:18, 184:20, 185:7, 185:10, 185:13, 186:1, 186:5, 186:19, 186:25, 187:12, 187:19, 188:5, 188:7, 188:12, 188:16, 188:22, 189:1, 189:4, 189:8, 189:11, 189:14, 189:20
**mag** [5] - 111:17, 111:21, 112:3, 112:10, 112:13
**MAGA** [3] - 30:3, 30:11, 50:25
**magazine** [3] - 111:6, 112:5, 181:8
**magazines** [2] - 112:5, 112:16
**mail** [1] - 41:11
**main** [1] - 45:14
**major** [1] - 141:11
**majority** [2] - 17:14, 185:19
**male** [1] - 151:19
**man** [11] - 6:6, 71:7, 75:5, 86:7, 127:16, 142:3, 152:7, 152:12, 188:15, 194:1, 194:5
**manpower** [2] - 53:6, 64:8
**Manzo** [7] - 1:18, 3:5, 34:24, 56:17, 58:14, 59:9, 63:25
**MANZO** [82] - 7:11, 9:9, 11:3, 13:15, 14:2, 15:15, 17:7, 19:20, 20:25, 21:3, 21:15, 31:20, 34:25, 35:1, 35:5, 35:18, 36:4, 36:14, 36:22, 37:5, 39:8, 39:20, 41:6, 41:19, 42:3, 42:11, 42:25, 43:8, 45:6, 45:12, 47:19, 48:3, 49:10, 49:17, 50:7, 51:1, 51:12, 52:22, 53:13, 54:3, 54:8, 54:14, 54:21, 55:5, 55:10, 55:15, 55:22, 56:12, 56:15, 56:18, 56:22, 57:1, 57:18, 58:15, 58:16, 58:25, 59:4, 59:12, 59:18, 60:6, 60:10, 60:21, 61:5, 61:9, 61:13, 61:19, 61:25, 63:20, 64:2, 64:16, 89:11, 91:9, 92:21, 93:15, 93:21, 192:8, 192:10, 192:14, 192:17, 192:21, 193:19, 194:20
**map** [1] - 22:2
**maps** [2] - 21:22, 49:6
**March** [3] - 50:25, 51:23, 136:1
**march** [5] - 13:8, 30:3, 30:11, 33:1, 33:3
**marched** [1] - 51:8
**marine** [4] - 81:17, 81:18, 155:14, 155:16

**Marine** [2] - 82:16, 82:20
**Marines** [1] - 65:19
**Marion** [1] - 2:13
**mark** [4] - 10:18, 54:15, 59:1
**marked** [8] - 7:3, 9:1, 13:14, 15:9, 17:2, 20:17, 21:14, 60:13
**Marlin** [1] - 52:19
**Martin** [1] - 2:9
**Maryland** [1] - 123:10
**mask** [2] - 64:24, 75:5
**Mass** [1] - 22:19
**Massachusetts** [1] - 195:5
**masses** [1] - 50:20
**massive** [1] - 87:1
**match** [1] - 16:16
**matched** [2] - 10:20, 20:22
**matches** [1] - 20:12
**material** [3] - 59:20, 104:24, 108:19
**materials** [3] - 109:16, 191:6, 191:7
**matter** [5] - 60:3, 189:14, 190:10, 191:20, 195:8
**Matthew** [1] - 2:16
**max** [1] - 191:22
**McDonald's** [1] - 116:21
**Meadows** [1] - 37:19
**mean** [55] - 21:4, 23:16, 28:14, 33:14, 34:20, 34:21, 39:21, 39:23, 39:25, 40:3, 42:23, 44:10, 44:11, 45:17, 49:1, 50:4, 51:25, 68:6, 71:13, 73:12, 74:12, 77:3, 77:4, 77:12, 80:13, 81:18, 82:16, 82:20, 87:11, 87:19, 88:6, 93:13, 94:2, 94:12, 95:4, 96:2, 96:12, 97:5, 97:22, 98:25, 104:18, 106:7, 107:24, 109:23, 122:24, 133:15, 138:17, 158:15, 159:21, 165:17, 167:12, 167:14, 167:22, 167:25, 192:13
**meaning** [4] - 84:23, 94:6, 101:8, 118:2
**means** [8] - 17:12, 39:22, 44:11, 44:12, 84:21, 102:4, 119:11, 123:22
**meant** [7] - 50:17, 80:12, 80:14, 96:8, 98:10, 157:24, 189:15
**media** [6] - 46:5, 66:15, 178:14, 179:9, 179:12, 190:9
**medium** [1] - 154:3
**meet** [9] - 23:7, 23:23, 33:15, 74:5, 102:15, 117:3, 141:16, 142:6, 155:17
**Meeting** [1] - 91:8
**meeting** [8] - 23:14, 23:15, 23:18, 23:19, 23:22, 24:3, 29:14, 184:13
**Meetings** [5] - 180:9, 180:11, 180:19, 180:22, 180:25
**meets** [1] - 126:16
**Meggs** [100] - 9:16, 11:25, 12:25, 13:19, 14:5, 18:2, 27:7, 36:16, 45:8, 45:13, 69:12, 73:24, 76:21, 77:6, 78:15, 79:1, 79:10, 79:16, 79:19, 86:10, 87:5, 87:11, 87:24, 90:25, 91:11, 92:16, 95:1, 95:3, 99:20, 100:7, 100:9, 100:14, 100:20, 113:9, 113:11, 114:4, 116:1, 116:4, 117:1, 117:11, 118:13,

120:4, 120:6, 120:8, 120:9, 120:11, 120:13, 120:17, 120:18, 120:22, 120:23, 121:3, 121:9, 121:10, 121:12, 121:19, 122:1, 122:3, 122:13, 122:17, 122:20, 123:5, 123:7, 123:8, 123:11, 123:14, 123:22, 123:24, 124:8, 124:11, 124:23, 125:5, 125:11, 126:14, 128:18, 128:21, 131:13, 134:23, 135:21, 136:23, 137:12, 137:18, 138:12, 139:11, 139:16, 139:18, 150:1, 151:11, 164:19, 164:24, 177:15, 184:16, 185:19, 185:21, 186:17, 189:9, 189:24, 193:16

**Meggs'** [19] - 35:11, 117:14, 117:15, 117:20, 121:4, 121:16, 124:15, 124:16, 124:19, 124:25, 135:17, 137:9, 137:11, 138:23, 139:13, 144:13, 144:21, 145:24, 168:5

**Mehta** [4] - 171:25, 172:5, 172:24

**MEHTA** [1] - 1:12

**member** [9] - 43:24, 70:17, 95:7, 118:14, 118:15, 120:5, 121:23, 123:11, 123:12

**members** [34] - 42:19, 43:15, 68:21, 68:23, 69:1, 80:16, 99:6, 100:9, 121:19, 123:25, 129:20, 141:16, 142:12, 142:24, 146:25, 149:1, 155:18, 157:2, 157:6, 158:10, 160:2, 160:10, 160:14, 160:18, 160:25, 161:10, 161:19, 164:2, 165:13, 165:24, 166:12, 174:7, 178:23, 181:13

**members'** [1] - 81:2

**memo** [2] - 108:18, 108:21

**memorialization** [1] - 108:14

**memorializes** [1] - 108:10

**men** [2] - 30:12, 163:14

**mention** [4] - 14:23, 33:24, 167:7, 184:11

**mentioned** [4] - 70:4, 102:6, 133:4, 180:8

**mere** [1] - 138:1

**Merit** [1] - 195:3

**mesh** [1] - 145:2

**message** [82] - 11:22, 12:9, 13:18, 14:5, 15:10, 19:17, 20:22, 22:16, 22:17, 25:21, 28:20, 35:13, 35:15, 36:19, 36:24, 37:3, 37:7, 39:10, 39:12, 40:4, 40:8, 40:15, 40:17, 40:22, 40:25, 41:16, 42:18, 43:2, 43:10, 43:14, 45:8, 46:7, 47:17, 50:5, 50:9, 50:13, 50:16, 51:4, 51:12, 51:15, 51:16, 51:17, 51:18, 53:4, 53:15, 63:15, 64:3, 64:6, 76:14, 76:23, 77:5, 77:8, 77:11, 77:19, 77:23, 78:14, 78:19, 78:23, 79:1, 79:7, 79:15, 79:22, 81:12, 82:11, 82:24, 84:23, 86:3, 87:8, 87:24, 88:15, 91:11, 91:16, 92:14, 92:25, 93:8, 93:17, 93:19, 94:2, 96:16, 96:18, 98:2, 179:19

**messages** [69] - 8:13, 12:5, 16:20,

16:23, 17:3, 17:10, 19:7, 22:15, 25:8, 25:15, 27:24, 28:9, 28:10, 32:10, 32:11, 32:18, 32:22, 33:5, 33:12, 33:17, 34:9, 34:12, 34:18, 34:20, 38:18, 38:20, 39:4, 40:7, 40:13, 40:16, 40:19, 42:2, 42:9, 45:2, 47:14, 48:21, 49:15, 52:5, 53:19, 56:6, 62:19, 63:5, 63:6, 63:8, 63:12, 76:1, 76:4, 76:5, 76:12, 78:1, 81:9, 83:23, 84:2, 84:6, 84:20, 85:14, 85:19, 85:23, 87:8, 89:13, 89:14, 94:20, 96:15, 121:21, 179:13, 179:16, 179:22, 180:5

**met** [15] - 23:5, 74:7, 117:4, 117:5, 132:7, 132:9, 132:22, 156:10, 173:12, 174:13, 175:5, 179:5, 182:18, 184:16, 184:19

**metal** [2] - 110:11, 148:24

**method** [1] - 102:10

**microphone** [2] - 71:22, 71:23

**mid** [1] - 123:11

**mid-Atlantic** [1] - 123:11

**middle** [8] - 46:20, 51:7, 82:10, 152:19, 163:16, 165:12, 166:7, 169:24

**might** [15] - 5:14, 12:1, 34:6, 44:13, 56:22, 72:15, 82:17, 126:21, 126:22, 133:5, 133:14, 190:3, 192:2, 193:8, 194:4

**mile** [1] - 23:1

**miles** [1] - 23:2

**military** [25] - 16:9, 65:16, 65:21, 68:17, 68:21, 71:7, 71:11, 78:13, 80:17, 81:15, 82:22, 111:1, 111:2, 111:3, 143:15, 155:12, 157:7, 160:18, 177:3, 177:5, 177:9, 177:13, 177:15, 177:25

**militia** [1] - 165:14

**millennials** [1] - 79:11

**million** [2] - 51:10, 86:25

**Million** [3] - 30:3, 30:11, 160:2

**mind** [3] - 58:9, 78:4, 139:13

**minded** [2] - 68:8, 68:11

**mindful** [1] - 102:2

**minimum** [1] - 137:20

**minivan** [8] - 103:3, 129:6, 129:15, 131:8, 131:9, 140:24, 140:25, 149:14

**minuta** [1] - 44:17

**MINUTA** [1] - 1:7

**Minuta** [8] - 2:2, 44:20, 44:22, 45:3, 46:8, 46:10, 46:15, 46:18

**Minuta's** [1] - 47:21

**minute** [15] - 52:8, 54:15, 57:1, 57:2, 77:5, 77:8, 77:11, 78:23, 79:9, 79:22, 90:15, 90:18, 92:2, 92:7, 93:21

**minutes** [32] - 5:7, 5:13, 5:15, 9:21, 9:23, 10:6, 16:24, 16:25, 21:1, 30:7, 30:8, 54:15, 57:18, 58:9, 76:23, 78:16, 83:1, 86:5, 86:10, 91:21, 115:14, 127:23, 127:25, 157:13, 163:24, 186:9, 186:13, 191:2, 191:22, 192:4, 192:22

**missed** [1] - 32:5

**mission** [1] - 86:20

**mistake** [5] - 13:4, 13:10, 54:1, 54:2, 168:20

**Moerschel** [13] - 2:9, 33:20, 35:4, 35:13, 35:15, 36:2, 36:12, 36:19, 36:24, 37:7, 37:12, 38:3, 38:7

**mom** [1] - 91:18

**moment** [5] - 17:17, 116:7, 126:7, 137:6, 174:19

**money** [1] - 125:17

**moniker** [1] - 52:1

**monitoring** [2] - 43:23, 149:21

**month** [4] - 179:4, 179:8, 179:9, 184:14

**months** [9] - 62:5, 67:19, 67:23, 85:11, 104:18, 105:3, 105:21

**Morelock** [2] - 135:5, 185:2

**morning** [38] - 6:3, 6:23, 7:22, 8:5, 15:19, 24:24, 25:14, 25:18, 25:21, 25:25, 26:5, 26:7, 26:9, 26:13, 27:6, 27:23, 27:25, 56:10, 58:23, 62:7, 88:16, 117:12, 130:7, 130:10, 144:7, 144:8, 144:9, 144:10, 153:23, 154:1, 154:4, 168:21, 168:24, 187:14, 190:13, 192:6, 194:23

**Mortellite** [3] - 195:3, 195:11, 195:13

**Mosler** [1] - 52:17

**most** [21] - 66:18, 68:17, 72:23, 78:13, 81:20, 97:17, 99:18, 107:15, 138:11, 139:3, 141:1, 145:14, 157:6, 157:16, 164:3, 166:18, 173:12, 181:4, 184:5, 185:22, 191:6

**mother** [1] - 61:22

**motivation** [1] - 86:21

**move** [15] - 7:10, 18:7, 20:23, 37:10, 42:11, 44:16, 49:17, 54:21, 55:10, 55:22, 71:23, 109:4, 112:23, 147:9, 159:16

**moved** [3] - 63:3, 159:23, 160:2

**movement** [3] - 87:1, 88:3, 88:8

**movements** [1] - 58:7

**moves** [11] - 70:24, 71:23, 76:7, 89:16, 96:20, 150:8, 150:11, 163:9, 164:9, 166:2, 171:19

**moving** [6] - 58:11, 60:18, 147:10, 147:11, 147:12, 152:5

**mowing** [1] - 50:20

**MR** [282] - 5:6, 5:9, 6:18, 7:9, 7:11, 7:15, 7:17, 8:25, 9:3, 9:9, 9:13, 10:17, 11:1, 11:3, 11:6, 11:18, 13:13, 13:15, 13:24, 14:2, 15:3, 15:13, 15:15, 16:19, 17:1, 17:6, 17:7, 18:8, 19:10, 19:18, 19:20, 20:15, 20:23, 20:25, 21:1, 21:3, 21:4, 21:9, 21:13, 21:15, 21:18, 30:7, 30:9, 31:20, 31:22, 34:22, 34:25, 35:1, 35:5, 35:18, 36:4, 36:14, 36:22, 37:5, 38:5, 39:8, 39:20, 41:6, 41:19, 42:3, 42:11, 42:25, 43:8, 45:6, 45:12, 46:9, 47:2, 47:19, 48:3, 48:14, 49:10, 49:17, 50:7, 51:1, 51:12, 52:22, 53:13, 54:3, 54:8, 54:10, 54:14, 54:21, 54:24, 55:1, 55:5,

55:10, 55:15, 55:22, 55:24, 56:12, 56:15, 56:18, 56:22, 57:1, 57:10, 57:12, 57:18, 57:25, 58:2, 58:15, 58:16, 58:25, 59:4, 59:5, 59:7, 59:12, 59:17, 59:18, 59:25, 60:6, 60:10, 60:21, 61:5, 61:9, 61:13, 61:19, 61:25, 62:16, 63:5, 63:11, 63:20, 64:2, 64:16, 64:21, 65:2, 65:3, 70:24, 75:1, 75:6, 76:7, 81:6, 82:1, 82:10, 82:24, 83:3, 83:6, 83:19, 83:20, 83:22, 84:5, 84:19, 85:6, 86:3, 86:13, 87:3, 87:21, 88:13, 89:11, 89:16, 90:7, 90:20, 90:24, 91:9, 91:14, 91:20, 92:1, 92:6, 92:13, 92:21, 93:15, 93:21, 94:13, 94:15, 95:15, 96:14, 96:20, 98:13, 101:24, 103:8, 103:22, 104:1, 104:3, 104:6, 104:12, 104:16, 104:21, 104:25, 105:15, 106:1, 106:10, 106:15, 106:24, 107:22, 108:4, 108:12, 108:17, 108:20, 108:22, 108:25, 109:3, 111:16, 112:2, 112:23, 112:25, 113:3, 113:13, 113:19, 113:24, 114:3, 114:7, 114:12, 114:21, 115:4, 115:9, 115:24, 116:10, 116:13, 116:17, 116:24, 117:2, 117:5, 117:17, 117:23, 118:7, 118:12, 118:23, 120:10, 120:13, 120:15, 121:18, 122:12, 123:4, 123:20, 124:4, 124:15, 124:21, 125:20, 126:18, 127:2, 127:18, 128:2, 128:16, 131:16, 134:17, 136:5, 136:15, 137:8, 138:22, 139:9, 139:21, 139:25, 140:13, 140:14, 150:11, 150:16, 150:23, 151:5, 151:12, 152:5, 152:14, 153:1, 153:3, 163:3, 163:9, 164:4, 164:9, 165:11, 166:2, 167:1, 171:7, 171:19, 172:3, 173:18, 173:20, 174:5, 174:8, 191:13, 191:19, 191:22, 191:24, 192:2, 192:4, 192:8, 192:10, 192:14, 192:17, 192:21, 192:25, 193:2, 193:4, 193:19, 194:20
**MS** [37] - 5:11, 5:17, 42:13, 71:1, 74:10, 74:24, 76:9, 80:20, 89:18, 96:22, 99:9, 101:18, 101:21, 103:15, 103:17, 104:8, 108:5, 111:23, 111:25, 113:1, 127:14, 128:12, 134:19, 134:20, 150:13, 163:11, 164:11, 166:4, 174:11, 186:8, 186:12, 186:15, 190:3, 191:2, 191:4, 191:15, 193:12
**multiple** [2] - 81:23, 128:24
**municipalities** [1] - 66:3
**must** [5] - 36:17, 51:24, 88:1, 88:19, 93:9
**mute** [1] - 180:17
**Myers** [1] - 2:10


## N

**name** [25] - 19:14, 51:5, 65:5, 65:7, 65:9, 69:11, 69:18, 69:20, 70:4, 70:5, 70:12, 70:14, 71:25, 72:3, 72:11, 72:14, 77:15, 131:11, 141:19, 142:3, 142:4, 149:22, 165:12, 174:12, 185:3
**named** [9] - 31:15, 31:18, 37:17, 43:11, 76:24, 78:24, 81:12, 89:23, 185:2
**names** [7] - 37:20, 69:22, 69:24, 70:7, 70:8, 72:9, 72:10
**naming** [3] - 40:5, 40:13, 40:18
**narratives** [1] - 138:1
**nationally** [1] - 73:21
**nationwide** [1] - 93:12
**nature** [7] - 44:25, 99:25, 102:3, 110:18, 111:7, 181:6, 181:9
**Navy** [5] - 15:24, 15:25, 16:14, 131:10, 141:5
**NC** [1] - 42:19
**NCOK** [3] - 19:4, 19:24, 43:12
**near** [1] - 30:12
**nearby** [1] - 166:22
**necessarily** [2] - 105:22, 139:5
**necessary** [4] - 83:20, 83:22, 100:19, 108:13
**need** [25] - 17:14, 37:21, 37:25, 41:17, 43:17, 63:6, 78:24, 86:22, 93:18, 94:23, 95:1, 95:22, 101:1, 120:14, 122:3, 122:4, 122:5, 127:23, 128:8, 139:4, 143:20, 189:6, 191:1, 193:11
**needed** [10] - 78:3, 93:14, 95:3, 96:13, 100:4, 127:20, 140:7, 143:24, 188:19, 193:5
**needs** [13] - 36:6, 36:7, 43:18, 84:2, 86:21, 93:7, 93:8, 93:17, 93:23, 93:24, 94:6, 94:9, 95:24
**neighbors** [1] - 86:23
**nest** [1] - 48:7
**nestler** [2] - 83:7, 83:21
**Nestler** [17] - 1:16, 3:7, 83:17, 83:18, 84:13, 101:22, 102:1, 102:2, 103:19, 108:6, 115:19, 127:15, 140:12, 174:20, 175:9, 175:21, 183:3
**NESTLER** [120] - 64:21, 65:2, 65:3, 70:24, 75:1, 75:6, 76:7, 81:6, 82:1, 82:10, 82:24, 83:20, 83:22, 85:6, 86:3, 87:3, 87:21, 88:13, 89:16, 90:7, 90:20, 90:24, 91:14, 91:20, 92:1, 92:6, 92:13, 94:15, 95:15, 96:14, 96:20, 98:13, 101:24, 103:8, 103:22, 104:1, 104:3, 104:6, 104:12, 104:16, 104:21, 104:25, 105:15, 106:1, 106:10, 106:15, 106:24, 107:22, 108:4, 108:12, 108:17, 108:20, 108:22, 108:25, 109:3, 111:16, 112:2, 112:23, 113:3, 113:19, 113:24, 114:3, 114:9, 115:24, 116:10, 116:13, 116:17, 116:24, 117:2, 117:5, 117:17, 117:23, 118:12, 118:23, 120:10, 120:13, 121:18, 122:12, 123:4, 123:20, 124:4, 124:15, 124:21, 125:20, 126:18, 127:2, 127:18, 128:2, 128:16, 131:16, 134:17, 136:5, 136:15, 137:8, 138:22, 139:9, 139:21, 139:25, 140:13, 140:14, 150:11, 150:16, 150:23, 151:5, 151:12, 152:5, 152:14, 153:1, 163:3, 163:9, 164:4, 164:9, 165:21, 166:2, 167:1, 171:19, 172:3, 173:20, 174:8, 191:13
**Nestler's** [1] - 83:11
**never** [12] - 29:9, 29:12, 49:2, 82:9, 119:19, 132:3, 134:2, 141:15, 142:20, 145:14, 189:17
**new** [6] - 5:16, 5:17, 59:25, 60:4, 191:5, 194:10
**news** [6] - 67:5, 98:15, 158:8, 187:18, 188:2, 190:9
**next** [49] - 24:24, 37:22, 42:25, 45:12, 47:19, 51:1, 51:23, 52:13, 53:17, 64:20, 67:19, 76:23, 77:5, 77:8, 77:11, 77:19, 77:23, 78:14, 78:19, 78:23, 79:1, 79:7, 79:15, 79:22, 82:1, 82:24, 86:3, 88:25, 90:7, 90:10, 90:15, 90:18, 90:20, 90:24, 91:9, 91:20, 92:13, 92:21, 93:15, 101:25, 105:25, 130:7, 130:10, 143:8, 144:7, 148:5, 168:21, 192:7
**NGOs** [1] - 81:23
**nice** [1] - 91:19
**night** [13] - 43:4, 116:2, 117:9, 117:10, 117:11, 130:5, 141:25, 142:2, 143:2, 143:4, 153:24, 168:15
**nine** [1] - 133:1
**nineteen** [1] - 174:23
**nobody** [1] - 187:20
**non** [1] - 73:3
**non-vetted** [1] - 73:3
**none** [2] - 172:16, 181:13
**noodle** [1] - 6:8
**North** [13] - 18:10, 18:13, 18:17, 18:19, 19:1, 19:4, 19:14, 24:15, 43:12, 43:15, 117:4, 117:7, 123:10
**north** [4] - 117:5, 141:8, 141:23, 148:3
**note** [1] - 41:24
**notes** [2] - 108:23, 191:16
**nothing** [3] - 58:4, 67:14, 78:21
**notice** [1] - 193:7
**November** [20] - 8:8, 30:3, 33:1, 42:18, 43:3, 43:13, 50:14, 66:12, 66:22, 67:4, 67:19, 68:1, 72:18, 73:15, 76:4, 76:14, 79:18, 85:21, 176:1, 176:8
**number** [16] - 11:24, 27:17, 39:19, 40:1, 40:4, 41:4, 50:2, 50:4, 50:5, 50:6, 163:24, 175:8, 180:15
**numbering** [2] - 40:5, 40:21
**numbers** [7] - 46:23, 60:4, 60:17, 87:14, 87:16, 87:17, 88:9
**numerous** [1] - 175:11
**NW** [2] - 1:19, 2:17


## O

**oath** [6] - 97:13, 97:14, 98:2, 98:6, 168:11
**Oath** [66] - 16:21, 18:16, 19:1, 24:12,

24:15, 27:4, 27:19, 27:22, 28:1, 28:10, 28:12, 28:14, 28:20, 29:7, 29:13, 34:5, 42:21, 43:12, 43:15, 43:19, 44:5, 67:24, 67:25, 68:1, 68:10, 68:14, 68:16, 68:23, 69:1, 69:4, 70:17, 72:18, 72:22, 73:6, 73:19, 78:5, 95:6, 95:8, 96:3, 98:10, 98:25, 99:7, 118:25, 129:20, 133:2, 141:16, 142:12, 142:24, 147:9, 149:1, 153:11, 154:7, 154:8, 155:18, 157:3, 157:6, 157:20, 157:25, 158:10, 160:6, 174:7, 175:21, 176:1, 177:11, 179:5, 182:18

**object** [3] - 83:3, 84:18, 101:23

**objected** [1] - 106:11

**objection** [58] - 7:11, 9:9, 11:3, 13:15, 14:2, 15:15, 17:7, 19:20, 21:15, 31:20, 38:5, 42:13, 46:9, 47:2, 48:14, 54:10, 54:24, 55:1, 55:24, 57:10, 59:24, 62:16, 62:24, 63:3, 63:24, 71:1, 74:10, 76:9, 80:20, 83:16, 85:4, 86:13, 89:18, 96:22, 99:9, 101:18, 101:21, 102:3, 103:15, 107:10, 111:23, 111:25, 112:25, 113:1, 113:2, 113:13, 114:6, 114:19, 114:22, 118:6, 150:13, 163:11, 164:11, 166:4, 171:7, 173:18, 174:5, 192:17

**objectionable** [1] - 58:4

**obligation** [2] - 59:14, 114:23

**obligations** [4] - 59:12, 127:19, 172:12, 172:15

**observation** [1] - 124:12

**observe** [2] - 110:3, 153:20

**observed** [4] - 124:14, 133:1, 137:19, 176:8

**obstruction** [2] - 171:15, 173:23

**obtained** [1] - 42:9

**obviously** [1] - 58:7

**occasionally** [1] - 170:6

**occurred** [3] - 11:9, 115:21, 115:22

**October** [1] - 66:12

**OF** [5] - 1:1, 1:3, 1:12, 2:3, 195:1

**offered** [1] - 184:12

**office** [1] - 23:21

**OFFICE** [1] - 1:18

**officer** [2] - 17:16, 194:15

**officer's** [2] - 167:7, 167:10

**officers** [6] - 156:18, 162:24, 167:3, 167:6, 168:8, 168:10

**OFFICES** [1] - 2:3

**OFFICIAL** [1] - 195:1

**Official** [1] - 195:14

**officials** [4] - 14:17, 98:9, 162:1, 162:2

**Ohio** [2] - 51:22, 165:14

**OK** [13] - 18:2, 36:19, 36:24, 70:2, 70:7, 72:9, 76:14, 76:20, 77:6, 79:10, 86:10, 86:16, 90:25

**OKFL** [15] - 36:1, 36:2, 36:11, 37:8, 39:10, 43:2, 76:15, 79:19, 89:21, 93:2, 95:19, 97:3

**old** [6] - 15:24, 16:8, 65:11, 77:15,

174:21, 176:13

**older** [5] - 80:16, 91:18, 138:12, 139:7, 152:12

**once** [6] - 6:14, 58:10, 69:15, 74:6, 74:12, 88:9

**one** [80] - 5:24, 6:1, 6:6, 16:7, 18:13, 20:20, 22:3, 23:21, 33:20, 35:5, 43:18, 51:12, 53:5, 55:15, 56:3, 61:25, 63:20, 64:7, 65:12, 67:18, 69:25, 77:5, 77:11, 79:9, 79:22, 84:3, 87:3, 88:1, 88:6, 88:11, 88:20, 89:4, 90:15, 90:18, 91:6, 91:24, 92:2, 92:7, 93:21, 95:13, 96:14, 100:4, 100:5, 100:6, 101:12, 101:13, 101:14, 105:4, 105:25, 107:23, 108:5, 109:16, 122:9, 125:22, 125:23, 126:2, 126:3, 126:18, 126:21, 126:22, 126:25, 127:4, 128:24, 129:7, 134:1, 134:15, 135:1, 144:2, 148:16, 174:19, 175:2, 181:13, 182:21, 183:3, 186:2, 191:15, 193:20

**ones** [4] - 49:22, 63:18, 84:1, 86:19

**online** [5] - 90:9, 90:22, 91:1, 179:9, 190:11

**op** [3] - 42:23, 44:9, 51:21

**Op** [7] - 15:11, 17:4, 17:11, 25:15, 29:9, 42:20, 62:13

**open** [13] - 72:8, 72:25, 73:2, 73:7, 73:16, 76:18, 79:19, 97:6, 106:19, 107:3, 109:25, 142:17, 142:18

**opened** [3] - 105:18, 194:14, 194:19

**operate** [1] - 43:23

**operating** [1] - 121:7

**operation** [2] - 16:21, 29:14

**operational** [3] - 42:24, 44:11, 44:14

**opine** [1] - 84:23

**opinion** [1] - 99:11

**opinions** [1] - 77:17

**opportunities** [1] - 81:23

**opportunity** [1] - 6:15

**oppose** [1] - 72:15

**opposes** [1] - 20:6

**Ops** [1] - 17:20

**ops** [1] - 41:18

**option** [2] - 89:1, 99:2

**orally** [1] - 107:18

**order** [5] - 40:6, 106:9, 107:11, 182:3, 191:20

**Oregon** [2] - 47:15, 47:17

**organization** [2] - 73:20, 89:25

**orient** [2] - 54:4, 101:25

**originally** [4] - 136:24, 156:9, 189:8, 189:21

**OSINT** [1] - 91:1

**ostracizing** [1] - 134:6

**otherwise** [1] - 17:25

**ought** [1] - 190:2

**ourselves** [1] - 166:18

**outcome** [1] - 93:6

**outfitted** [2] - 62:14, 62:15

**outlets** [1] - 67:5

**outside** [12] - 33:6, 33:18, 33:21, 44:1, 127:14, 138:3, 141:12, 141:22, 162:22, 163:6, 168:4, 168:12

**outskirts** [1] - 121:24

**overnight** [1] - 190:18

**overrule** [1] - 59:24

**overruled** [5] - 80:21, 85:4, 86:14, 171:8, 174:6

**overview** [1] - 77:12

**Owen** [1] - 61:3

**own** [14] - 27:17, 28:22, 91:17, 117:2, 118:9, 119:1, 124:16, 134:13, 172:11, 176:15, 177:22, 181:13, 182:10

## P

**p.m** [27] - 1:6, 5:2, 17:12, 18:3, 24:11, 27:1, 33:9, 39:11, 43:3, 51:5, 51:19, 57:8, 76:22, 77:6, 78:15, 78:19, 79:4, 79:7, 79:16, 81:11, 85:23, 91:23, 93:22, 128:3, 194:25

**P148** [2] - 78:24, 78:25

**PA** [1] - 2:7

**pack** [1] - 144:21

**PAGE** [1] - 3:3

**page** [9] - 13:23, 14:23, 22:14, 41:20, 41:21, 50:4, 50:5, 50:6, 51:1

**pages** [1] - 42:4

**paid** [2] - 141:6, 153:8

**paints** [1] - 72:7

**parentheses** [2] - 17:22, 17:23

**parked** [1] - 129:24

**parking** [10] - 22:18, 147:3, 147:4, 147:5, 147:21, 148:8, 148:12, 148:18, 149:2

**Parkway** [1] - 22:4

**Parler** [3] - 46:7, 46:11, 46:15

**part** [24] - 10:2, 10:6, 10:8, 11:11, 18:19, 23:7, 32:5, 32:8, 32:14, 34:8, 34:15, 59:11, 82:10, 83:14, 84:15, 97:17, 130:2, 131:20, 141:1, 145:15, 158:9, 178:22, 188:9, 192:6

**participate** [3] - 56:9, 78:7, 180:11

**participated** [4] - 58:24, 105:19, 106:25, 180:9

**participating** [1] - 129:2

**particular** [4] - 40:1, 84:17, 105:11, 128:8

**particularly** [1] - 194:13

**parties** [1] - 140:7

**parts** [2] - 11:15, 83:24

**party** [1] - 5:25

**passenger** [1] - 169:24

**password** [1] - 23:10

**past** [5] - 121:18, 125:23, 138:1, 141:5, 143:15

**patch** [4] - 154:9, 182:3, 182:6, 182:15

**patches** [1] - 182:9

**path** [2] - 89:2, 103:20

**patio** [1] - 142:18

**Patriot** [3] - 69:21, 70:7, 72:10
**patriot** [2] - 78:16, 79:13
**patriotic** [2] - 65:24, 87:1
**patriots** [6] - 14:14, 36:18, 79:11, 86:16, 88:3, 88:8
**Patriots** [1] - 42:20
**Paul** [12] - 18:13, 18:25, 21:11, 24:7, 30:16, 30:20, 42:19, 43:16, 48:6, 48:23, 49:16, 52:16
**pause** [4] - 128:7, 151:12, 152:15, 158:3
**Pause** [3] - 59:3, 148:13, 152:6
**pay** [2] - 82:3, 181:2
**paying** [2] - 130:3, 180:24
**PB** [2] - 45:14, 45:17
**PDF** [2] - 50:6, 50:11
**peed** [19] - 5:7, 6:13, 6:14, 6:20, 34:21, 47:23, 52:8, 52:24, 53:8, 56:4, 56:5, 58:18, 59:7, 59:15, 59:24, 60:6, 62:8, 62:25, 192:3
**Peed** [2] - 2:16, 3:5
**PEED** [56] - 2:16, 5:6, 5:9, 6:18, 7:9, 7:15, 7:17, 8:25, 9:3, 9:13, 10:17, 11:1, 11:6, 11:18, 13:13, 13:24, 15:3, 15:13, 16:19, 17:1, 17:6, 18:8, 19:10, 19:18, 20:15, 20:23, 21:1, 21:4, 21:9, 21:13, 21:18, 30:7, 30:9, 31:22, 34:22, 48:14, 54:10, 54:24, 55:1, 55:24, 57:10, 57:12, 57:25, 58:2, 59:5, 59:7, 59:17, 59:25, 62:16, 63:5, 63:11, 84:19, 94:13, 115:4, 118:7, 192:4
**peed's** [1] - 57:19
**penal** [4] - 121:15, 124:16, 124:19, 137:21
**people** [57] - 6:9, 18:5, 18:13, 28:10, 28:19, 29:5, 31:15, 31:17, 32:9, 40:9, 44:3, 68:8, 68:13, 68:15, 72:15, 72:17, 72:21, 73:2, 73:4, 78:5, 78:9, 78:24, 82:5, 82:14, 95:13, 97:8, 104:25, 111:5, 134:25, 135:7, 135:13, 138:3, 148:1, 151:1, 152:16, 154:13, 154:22, 156:17, 156:18, 157:7, 161:4, 161:15, 161:17, 164:3, 165:7, 173:16, 174:1, 174:3, 175:2, 175:5, 175:15, 178:19, 179:10, 184:1, 184:14, 188:3, 188:9
**pepper** [1] - 18:3
**percent** [2] - 103:17, 180:24
**performative** [2] - 84:14, 84:15
**performed** [2] - 48:8, 194:15
**perhaps** [1] - 138:18
**period** [4] - 29:22, 162:14, 168:12, 180:6
**permissible** [1] - 26:3
**person** [28] - 44:4, 67:18, 74:5, 74:7, 90:8, 120:17, 138:6, 139:4, 139:7, 151:20, 151:23, 151:25, 159:22, 164:18, 164:22, 165:11, 165:15, 166:7, 175:6, 179:1, 179:5, 182:19, 184:16, 184:19, 184:25, 185:2, 185:6
**person's** [2] - 138:8, 138:18
**personal** [7] - 77:12, 110:5, 128:23,
144:25, 146:23, 149:13, 177:8
**personality** [2] - 187:3, 187:6
**personally** [9] - 37:25, 67:12, 89:8, 97:15, 99:4, 100:16, 162:8, 179:10, 187:4
**perspective** [1] - 187:25
**persuadable** [2] - 194:1, 194:4
**persuaded** [3] - 189:9, 189:24, 194:4
**persuading** [1] - 189:12
**persuasive** [1] - 194:1
**Pete** [2] - 37:17, 74:14
**Pete's** [3] - 182:20, 182:21, 182:25
**petition** [1] - 14:16
**Pezzola** [1] - 46:18
**Philadelphia** [1] - 2:7
**phone** [23] - 23:8, 23:10, 39:22, 41:1, 42:10, 48:17, 48:19, 49:4, 63:1, 69:5, 69:15, 83:4, 101:19, 113:15, 170:8, 170:16, 170:17, 170:18, 170:20, 179:20, 180:12, 180:15, 180:17
**phones** [2] - 31:22, 59:5
**photo** [4] - 46:17, 106:3, 164:6, 165:23
**photograph** [18] - 70:20, 70:22, 71:8, 105:3, 105:11, 106:4, 106:13, 107:10, 107:11, 107:14, 107:20, 112:10, 112:21, 163:5, 163:15, 164:14, 164:19, 166:8
**photographed** [1] - 41:24
**photographs** [14] - 49:6, 49:7, 103:11, 103:24, 103:25, 104:2, 104:6, 105:4, 105:16, 105:17, 106:18, 107:16, 107:20, 108:8
**photos** [1] - 103:18
**phrase** [5] - 94:5, 95:25, 98:2, 98:5, 159:20
**phrases** [2] - 94:23, 95:1
**physical** [3] - 38:24, 44:11, 44:12
**pick** [2] - 70:8, 146:3
**picked** [4] - 6:1, 70:10, 169:13, 169:16
**picking** [2] - 60:11, 100:10
**picks** [2] - 38:17, 38:20
**pickup** [8] - 144:13, 144:21, 144:23, 145:24, 146:10, 147:25, 169:4, 169:9
**picture** [2] - 72:7, 170:9
**pictures** [1] - 105:24
**pieces** [1] - 59:23
**PIN** [1] - 23:12
**pin** [2] - 126:6, 192:19
**pink** [1] - 151:10
**pirates** [1] - 16:1
**pissed** [2] - 39:13, 162:9
**pit** [1] - 142:22
**pitchforks** [1] - 35:23
**place** [6] - 136:19, 141:11, 145:3, 146:19, 148:5, 169:8
**Plaintiff** [1] - 1:4
**plan** [8] - 14:14, 31:18, 32:8, 32:11, 32:14, 33:15, 115:15, 189:6
**planning** [9] - 29:12, 41:18, 45:1, 48:6,
51:21, 123:3, 127:18, 183:20, 183:24
**plans** [6] - 14:20, 43:20, 44:14, 143:8, 187:20, 187:23
**plate** [17] - 101:6, 110:17, 110:18, 110:19, 110:21, 111:5, 111:18, 111:22, 154:9, 154:13, 159:23, 163:19, 164:25, 165:6, 181:8, 181:12, 181:23
**plates** [1] - 154:15
**Platform** [1] - 145:22
**platform** [1] - 179:10
**play** [18] - 7:10, 9:7, 20:25, 21:2, 21:6, 21:7, 54:15, 56:12, 56:16, 59:4, 59:21, 59:22, 60:1, 60:8, 60:21, 61:13, 88:21, 150:23
**played** [20] - 7:14, 7:16, 7:18, 9:12, 9:23, 10:2, 10:8, 11:8, 21:8, 52:8, 54:17, 55:6, 55:17, 56:14, 60:23, 61:6, 61:15, 61:20, 62:2, 111:3
**plea** [5] - 171:17, 172:6, 172:9, 172:12, 172:15
**plead** [2] - 171:14, 171:23
**pleased** [1] - 5:22
**pled** [4] - 171:11, 171:23, 173:21, 173:25
**plenty** [1] - 152:25
**PO** [1] - 2:3
**podcast** [25] - 6:24, 7:1, 7:7, 7:18, 8:19, 8:21, 9:4, 9:6, 9:16, 10:2, 10:21, 11:9, 12:4, 12:19, 13:7, 13:19, 14:6, 26:16, 53:11, 56:11, 57:23, 58:7, 58:24, 59:2, 60:12
**point** [38] - 12:1, 12:3, 12:12, 38:10, 42:11, 47:25, 49:17, 52:2, 53:19, 67:14, 74:22, 85:25, 97:14, 99:13, 99:15, 107:15, 113:7, 115:25, 116:21, 117:13, 118:1, 120:15, 124:22, 131:17, 131:20, 135:19, 137:9, 138:22, 138:25, 139:9, 144:5, 147:22, 156:22, 161:6, 161:11, 178:2, 190:4, 194:19
**pointed** [1] - 13:9
**points** [1] - 21:24
**police** [3] - 97:12, 167:3, 167:5
**Police** [1] - 167:17
**political** [1] - 66:20
**Porta** [2] - 49:7, 52:5
**portion** [5] - 11:8, 12:25, 60:5, 114:8, 128:9
**portions** [6] - 7:16, 7:18, 10:20, 59:21, 60:9
**Portland** [2] - 47:14, 47:17
**positive** [1] - 103:17
**possess** [1] - 63:10
**possession** [4] - 62:20, 120:5, 120:6, 194:8
**possible** [2] - 21:23, 185:5
**possibly** [6] - 43:21, 46:5, 100:25, 136:1, 179:8, 180:2
**post** [3] - 43:18, 46:15

**posted** [6] - 9:17, 21:10, 25:15, 44:5, 91:1, 91:4
**posting** [4] - 89:23, 90:1, 91:11, 95:19
**posts** [1] - 44:4
**posture** [1] - 43:5
**potentially** [1] - 138:14
**Potties** [1] - 49:7
**Potty** [1] - 52:6
**pouch** [3] - 111:21, 112:14
**pouches** [8] - 111:6, 111:17, 112:4, 112:5, 112:10, 112:13, 181:8
**power** [2] - 32:12, 98:19
**practice** [1] - 142:17
**pray** [2] - 89:1, 89:2
**precisely** [3] - 118:13, 118:21, 191:5
**predicate** [1] - 124:11
**predict** [1] - 191:5
**preferable** [1] - 83:19
**prep** [2] - 108:24, 191:16
**prepare** [1] - 87:2
**prepared** [3] - 37:11, 80:17, 95:13
**preparing** [1] - 109:19
**prescribed** [1] - 38:1
**presence** [5] - 93:14, 127:14, 128:14, 162:9, 179:13
**present** [7] - 91:19, 123:5, 124:7, 127:11, 127:12, 149:7, 194:9
**presented** [1] - 40:9
**presents** [1] - 40:17
**preserved** [1] - 40:23
**president** [3] - 50:18, 53:7, 64:9
**President** [14] - 66:25, 67:5, 93:9, 94:6, 97:24, 98:1, 98:19, 98:23, 155:6, 155:17, 155:24, 156:15, 158:15, 187:13
**presidential** [2] - 66:21, 68:2
**pressured** [1] - 37:21
**prestrike** [1] - 48:6
**presumably** [1] - 108:7
**presume** [1] - 104:5
**pretrial** [2] - 114:3, 121:6
**pretty** [5] - 68:25, 125:18, 186:25, 187:17, 189:12
**previous** [4] - 25:20, 137:1, 185:23, 185:24
**Previous** [1] - 114:17
**Previously** [1] - 6:17
**previously** [2] - 42:4, 178:3
**primarily** [2] - 61:3, 110:21
**priorities** [1] - 189:14
**prison** [7] - 82:4, 82:13, 86:24, 87:5, 87:12, 87:20, 172:20
**private** [1] - 183:13
**problem** [5] - 80:24, 84:11, 107:9, 122:10, 128:13
**problematic** [1] - 84:18
**proceeding** [3] - 12:20, 12:24, 13:4
**PROCEEDINGS** [1] - 1:12
**proceedings** [2] - 12:18, 195:7

**process** [7] - 7:25, 8:11, 11:21, 23:7, 26:25, 53:7, 64:9
**produce** [1] - 191:14
**produced** [1] - 50:10
**proffer** [5] - 118:6, 120:16, 120:19, 120:21, 193:15
**projecting** [1] - 67:5
**Prometheus** [1] - 53:2
**promises** [1] - 173:7
**promoted** [1] - 73:12
**proper** [2] - 57:15, 105:14
**properly** [1] - 73:4
**property** [4] - 142:2, 142:6, 142:11, 142:15
**prosecution** [1] - 38:21
**prosecutor** [1] - 38:23
**protect** [3] - 82:5, 82:14, 93:12
**protecting** [2] - 126:25, 176:23
**protection** [1] - 176:18
**protesters** [1] - 46:1
**Proton** [1] - 41:11
**Proud** [4] - 45:18, 45:20, 45:23, 46:1
**prove** [1] - 73:5
**proven** [1] - 97:7
**provide** [6] - 66:3, 99:10, 100:6, 106:3, 176:17, 183:13
**provided** [1] - 108:19
**providing** [1] - 75:23
**PSD** [1] - 18:5
**psychiatrist** [1] - 178:3
**public** [1] - 14:17
**publish** [6] - 11:6, 13:25, 15:13, 17:6, 19:19, 21:18
**pull** [16] - 41:6, 45:6, 48:3, 52:22, 53:13, 54:3, 56:12, 58:25, 63:25, 70:19, 76:3, 103:8, 163:3, 164:4, 165:21, 171:16
**pulled** [1] - 40:22
**pulling** [2] - 63:21, 64:2
**Punta** [1] - 2:14
**purchase** [1] - 90:19
**purely** [2] - 122:25, 125:18
**purpose** [8] - 31:13, 32:2, 32:6, 32:19, 33:4, 33:18, 57:20, 183:17
**purposes** [1] - 54:9
**pursuit** [1] - 126:4
**push** [2] - 95:22, 161:7
**pushing** [4] - 134:7, 152:1, 161:8, 161:12
**put** [31] - 10:17, 35:6, 39:4, 63:18, 71:5, 81:25, 86:7, 105:11, 107:3, 107:11, 107:19, 109:17, 120:17, 120:20, 126:6, 144:23, 148:24, 149:12, 154:6, 154:7, 154:11, 154:16, 154:24, 155:2, 155:3, 159:22, 180:17, 180:18, 191:9, 192:19, 194:4
**puts** [1] - 125:11
**putting** [4] - 28:19, 83:25, 108:2, 118:11

## Q

**QRF** [36] - 16:21, 16:23, 17:24, 18:19, 18:23, 21:23, 29:19, 30:2, 30:11, 31:13, 32:3, 32:7, 32:14, 32:19, 32:24, 33:1, 100:11, 100:12, 100:14, 100:16, 134:15, 143:9, 143:10, 143:11, 143:12, 143:17, 143:19, 149:19, 149:23, 149:25, 152:11, 152:12, 169:10
**Queen** [1] - 2:6
**QUESTION** [4] - 119:14, 119:17, 119:21, 119:24
**questioning** [2] - 9:14, 10:7
**questions** [31] - 31:13, 35:3, 38:14, 38:17, 44:16, 44:18, 45:20, 45:22, 47:23, 47:24, 52:24, 53:8, 56:3, 56:4, 57:14, 58:19, 62:7, 64:16, 76:13, 84:1, 84:14, 114:17, 128:8, 128:14, 134:18, 134:19, 174:9, 174:18, 174:21, 175:9, 184:23
**Quick** [3] - 38:12, 48:1, 52:3
**quick** [2] - 114:15, 143:11
**quickly** [2] - 5:11, 63:25
**quit** [1] - 62:5
**quote** [5] - 14:22, 15:20, 37:19, 37:25, 43:6
**quote-unquote** [1] - 14:22

## R

**race** [1] - 151:18
**radical** [2] - 118:3, 119:10
**raise** [2] - 57:10, 193:12
**raised** [1] - 120:15
**Rakoczy** [1] - 1:16
**rallies** [1] - 34:2
**Rally** [1] - 20:7
**rally** [10] - 21:23, 30:3, 154:22, 155:8, 155:17, 155:24, 156:2, 156:4, 156:16, 188:3
**ram** [1] - 160:16
**Randall** [1] - 52:16
**Randy** [3] - 48:23, 52:16, 52:17
**range** [1] - 92:3
**ranger** [1] - 43:16
**Ranger** [31] - 18:16, 18:22, 51:19, 51:25, 71:12, 71:14, 116:1, 117:8, 119:7, 129:6, 129:10, 129:13, 129:19, 130:4, 130:10, 130:21, 131:6, 131:13, 134:22, 142:3, 142:4, 142:6, 142:7, 142:11, 144:7, 144:11, 144:20, 144:24, 146:14, 146:14, 146:20
**rant** [2] - 83:2, 85:24
**rare** [1] - 79:10
**rated** [1] - 101:6
**rather** [1] - 122:9
**reach** [1] - 79:25
**reached** [1] - 51:24
**Reaction** [3] - 38:13, 48:2, 52:3

**reaction** [1] - 143:11
**read** [32] - 14:11, 14:18, 15:18, 16:20, 16:23, 17:10, 19:7, 35:20, 36:5, 42:1, 50:15, 64:14, 83:7, 83:9, 83:10, 83:16, 83:17, 83:23, 84:2, 84:3, 84:5, 84:6, 84:8, 85:1, 85:2, 86:6, 86:14, 114:17, 114:21, 179:22, 181:14
**readable** [1] - 39:7
**reading** [5] - 83:15, 83:18, 84:10, 84:14, 118:24
**reads** [1] - 42:2
**ready** [13] - 5:4, 17:15, 39:14, 64:20, 65:1, 86:11, 86:24, 89:10, 140:9, 144:11, 144:20, 154:5, 190:19
**real** [3] - 69:18, 72:11, 72:14
**realistically** [1] - 127:24
**really** [6] - 12:3, 119:10, 130:3, 139:1, 175:17
**Realtime** [1] - 195:4
**realtime** [1] - 84:22
**rear** [3] - 165:12, 165:14, 169:24
**reason** [5] - 81:22, 92:3, 141:15, 148:15, 186:20
**reasonable** [1] - 139:3
**reasonably** [1] - 138:5
**reasons** [3] - 175:25, 177:8, 181:19
**rebut** [1] - 60:10
**rebuts** [1] - 57:24
**recce** [3] - 48:23, 49:1, 49:3
**Received** [1] - 3:11
**receiving** [3] - 144:3, 144:4, 181:3
**recent** [1] - 157:7
**recently** [1] - 108:16
**Recess** [2] - 57:8, 128:3
**recitation** [1] - 121:16
**reciting** [1] - 124:11
**recognize** [24] - 7:6, 9:4, 10:19, 13:16, 15:10, 17:3, 19:15, 19:17, 19:23, 20:19, 20:21, 41:8, 41:21, 42:6, 49:12, 54:11, 54:18, 55:7, 55:19, 60:24, 74:18, 76:5, 103:11, 141:21
**recollection** [3] - 63:19, 131:24, 136:18
**recommended** [1] - 172:22
**reconnaissance** [3] - 48:9, 49:2, 49:5
**record** [8] - 75:6, 75:8, 84:9, 164:17, 164:22, 191:13, 194:9
**recording** [9] - 54:17, 55:6, 55:17, 56:14, 60:23, 61:6, 61:15, 61:20, 62:2
**records** [1] - 50:10
**recover** [1] - 40:25
**recovered** [3] - 62:11, 192:10, 193:22
**recruitment** [1] - 123:3
**rectangular** [2] - 145:17, 152:19
**REDIRECT** [1] - 35:1
**Redirect** [1] - 3:5
**redirect** [4] - 6:15, 34:23, 57:15, 59:21
**reference** [4] - 47:17, 63:5, 63:13, 63:17
**references** [3] - 20:5, 50:5, 63:13
**referencing** [2] - 13:19, 54:12

**referred** [2] - 178:2, 185:6
**referring** [3] - 63:15, 184:25, 185:5
**refers** [2] - 14:8, 20:9
**reflect** [2] - 75:6, 75:8
**reflecting** [1] - 84:10
**refreshed** [1] - 36:17
**regarding** [1] - 21:23
**regardless** [4] - 93:6, 123:23, 124:21
**Registered** [1] - 195:3
**regrouped** [2] - 156:11, 156:12
**regular** [1] - 78:21
**relate** [1] - 56:4
**related** [1] - 171:11
**relating** [2] - 48:19, 191:7
**relation** [1] - 38:3
**relationship** [4] - 188:25, 189:2, 189:5, 189:16
**relaxing** [1] - 5:21
**relays** [1] - 120:23
**relevance** [1] - 123:14
**relevant** [4] - 124:24, 137:13, 193:23
**reliability** [1] - 193:24
**relied** [1] - 181:22
**remember** [51] - 6:13, 10:4, 17:17, 38:18, 43:4, 44:18, 45:16, 45:19, 45:22, 47:15, 52:9, 52:25, 53:9, 56:5, 58:17, 62:8, 74:3, 85:14, 85:20, 87:8, 94:17, 94:20, 96:16, 111:13, 112:15, 119:23, 128:22, 129:3, 131:11, 131:23, 132:13, 132:14, 132:15, 132:17, 132:23, 133:5, 133:13, 136:13, 147:15, 149:22, 165:12, 175:10, 175:23, 178:3, 182:14, 182:16, 182:21, 183:1, 185:4, 187:15, 188:12
**remembers** [3] - 84:2, 84:20, 84:22
**remind** [11] - 38:2, 44:9, 48:5, 64:4, 76:15, 89:23, 97:5, 132:10, 140:20, 155:12, 190:7
**remove** [1] - 64:24
**removed** [2] - 41:5, 44:5
**repeat** [6] - 52:18, 94:4, 120:9, 146:11, 160:13, 183:23
**repeatedly** [1] - 101:22
**repeating** [2] - 83:8, 101:24
**rephrase** [6] - 46:12, 48:10, 74:11, 108:21, 112:1, 173:19
**replay** [2] - 57:13, 58:3
**replaying** [1] - 58:5
**reply** [1] - 47:21
**report** [5] - 11:23, 12:5, 12:8, 53:16, 108:10
**Report** [8] - 8:20, 10:21, 33:22, 53:9, 54:11, 54:19, 55:8, 55:20
**reported** [1] - 195:7
**REPORTER** [2] - 52:18, 195:1
**reporter** [3] - 6:4, 114:15, 122:1
**Reporter** [3] - 195:3, 195:4, 195:14
**reports** [1] - 108:8

**reprehensible** [1] - 171:10
**represent** [1] - 174:17
**representation** [2] - 106:4, 106:6
**represents** [3] - 35:3, 38:15, 44:17
**reproduction** [1] - 13:18
**republic** [1] - 51:22
**requirement** [2] - 84:3, 126:17, 137:25
**research** [1] - 190:11
**reset** [1] - 170:21
**resist** [1] - 95:24
**respect** [3] - 108:2, 119:8, 170:16
**respected** [1] - 81:19
**respond** [1] - 45:13
**responded** [4] - 46:16, 77:13, 78:19, 79:23, 91:21, 92:7
**responds** [2] - 76:24, 86:5
**response** [3] - 143:19, 175:8, 175:20
**responsive** [1] - 58:5
**rest** [5] - 98:25, 117:14, 117:18, 156:11, 156:12
**restrictions** [1] - 154:20
**results** [3] - 67:21, 68:24, 175:22
**resume** [2] - 115:15, 128:9
**Resumed** [1] - 5:2
**retired** [1] - 81:22
**retrieve** [1] - 26:12
**retrieved** [1] - 149:13
**retrospective** [4] - 122:25, 125:18, 125:21
**return** [3] - 57:4, 80:1, 85:25
**returned** [1] - 113:20
**review** [3] - 40:20, 62:19, 63:11
**reviewed** [6] - 7:1, 10:23, 31:24, 48:17, 48:21, 85:17
**reviewing** [1] - 85:19
**revisit** [1] - 193:13
**Rhodes** [31] - 17:11, 20:4, 25:14, 25:17, 25:24, 26:2, 26:6, 33:5, 34:14, 36:9, 45:3, 64:6, 73:22, 89:23, 89:24, 90:21, 92:2, 92:16, 93:2, 93:17, 93:23, 94:2, 94:5, 94:23, 95:3, 95:19, 95:22, 96:4, 96:11, 123:25, 166:21
**Rhodes'** [2] - 39:22, 42:10
**ridden** [1] - 129:5
**ride** [2] - 114:8, 116:13
**rifles** [2] - 53:6, 64:8
**right-hand** [3] - 162:22, 166:16, 170:3
**RIOS** [2] - 2:9, 2:12
**riot** [1] - 162:24
**rise** [2] - 190:14, 194:24
**river** [1] - 22:7
**RMR** [1] - 195:13
**road** [3] - 28:17, 29:5, 142:16
**rob** [2] - 125:24, 126:20
**robbed** [1] - 125:14
**robbers** [1] - 125:22
**Robert** [2] - 2:9, 37:14
**ROBERTO** [1] - 1:7
**Roberto** [2] - 2:2, 46:8

**rode** [3] - 38:7, 107:25, 116:8
**Roger** [6] - 74:14, 183:6, 183:9, 183:15, 183:25, 184:6
**roll** [2] - 17:14, 51:21
**rooftop** [1] - 93:19
**room** [8] - 28:21, 52:15, 52:16, 64:10, 142:20, 153:8, 153:11, 154:24
**rooms** [1] - 52:13
**rope** [1] - 84:17
**roughly** [1] - 23:4
**routes** [1] - 21:25
**row** [2] - 38:12, 52:3
**rubber** [1] - 93:8
**rule** [3] - 21:3, 88:1, 138:4
**rule'** [1] - 15:20
**ruling** [1] - 59:9, 192:18, 193:13
**Rumble** [4] - 9:17, 9:19, 13:21, 14:9
**rumored** [1] - 193:16
**rumors** [1] - 119:12
**RV** [58] - 103:3, 103:7, 103:18, 103:25, 104:9, 104:22, 105:18, 107:1, 107:2, 107:4, 107:7, 107:13, 107:24, 107:25, 108:9, 108:9, 109:12, 109:14, 109:16, 109:18, 109:20, 110:4, 111:9, 111:11, 112:8, 113:5, 114:5, 116:8, 116:13, 116:18, 116:19, 116:20, 118:4, 118:16, 119:22, 119:24, 120:23, 121:23, 122:7, 123:7, 123:9, 123:12, 124:9, 129:16, 129:24, 130:4, 131:3, 132:12, 133:12, 133:17, 133:21, 139:19, 140:20, 193:22

# S

**SA** [1] - 17:17
**safe** [1] - 17:21
**safest** [1] - 43:22
**sale** [1] - 90:6
**salesman** [2] - 66:1, 66:2
**Sam** [4] - 13:7, 14:13, 14:19, 14:20
**save** [1] - 51:22
**saw** [26] - 15:23, 16:15, 28:14, 32:22, 74:18, 88:15, 104:16, 104:17, 104:22, 105:8, 105:10, 105:18, 105:23, 107:13, 109:9, 109:12, 110:6, 111:8, 112:7, 112:13, 119:19, 120:11, 121:13, 145:14
**scare** [1] - 35:22
**scared** [5] - 134:2, 156:23, 158:19, 168:19, 176:11
**scheduling** [1] - 190:24
**scope** [2] - 58:10, 113:13
**Scott** [1] - 2:12
**screaming** [2] - 168:8, 168:10
**screen** [8] - 20:9, 49:25, 76:3, 109:11, 112:11, 164:4, 165:21, 171:16
**screenshot** [1] - 43:25
**screw** [1] - 35:21
**screwed** [1] - 91:25
**scroll** [2] - 22:1, 42:5

**seaboard** [1] - 123:11
**search** [5] - 103:18, 103:25, 104:5, 108:9, 194:15
**seat** [4] - 115:18, 140:4, 169:24, 190:23
**seated** [3] - 5:3, 5:19, 58:13
**sec** [3] - 42:20, 42:23, 44:9
**second** [37] - 10:2, 10:6, 10:8, 10:14, 11:14, 12:7, 12:11, 12:14, 13:2, 13:3, 13:23, 35:5, 41:20, 41:21, 45:16, 49:23, 50:2, 51:2, 53:18, 53:24, 54:15, 54:18, 54:22, 55:8, 55:19, 63:21, 64:12, 70:16, 90:25, 103:23, 110:24, 116:11, 116:22, 133:9, 158:3, 167:16, 191:19
**seconds** [13] - 21:2, 54:16, 77:13, 77:19, 77:23, 90:8, 90:10, 90:21, 91:15, 150:16, 150:23, 151:5, 152:15
**Secret** [1] - 193:6
**securing** [1] - 91:1
**security** [15] - 42:24, 44:11, 44:12, 44:14, 74:14, 75:19, 75:20, 75:21, 75:23, 143:9, 183:13, 183:21, 185:23, 185:24, 186:3
**sedition** [1] - 14:17
**see** [74] - 5:23, 6:7, 7:4, 8:10, 11:7, 14:5, 16:5, 20:12, 22:4, 22:8, 32:18, 33:12, 34:12, 35:8, 39:16, 40:6, 46:21, 57:5, 57:7, 70:22, 74:20, 77:9, 77:15, 77:20, 77:24, 79:2, 80:9, 81:13, 82:12, 87:5, 87:23, 88:3, 89:4, 91:2, 91:12, 91:18, 91:21, 92:4, 92:7, 92:24, 93:3, 94:7, 94:10, 95:19, 95:20, 95:25, 102:24, 109:20, 110:13, 110:15, 111:11, 115:16, 129:22, 133:17, 149:1, 150:25, 151:21, 152:1, 152:8, 152:19, 159:14, 160:20, 161:10, 164:14, 164:19, 165:1, 165:8, 167:8, 167:10, 168:5, 180:5, 192:11, 194:22
**seeing** [9] - 13:24, 82:9, 87:8, 94:20, 96:16, 112:15, 112:16, 113:4, 163:6
**seek** [5] - 49:17, 54:8, 54:21, 55:10, 55:22
**seeking** [1] - 192:14
**seem** [1] - 16:16
**sees** [1] - 44:4
**segment** [1] - 92:14
**segments** [1] - 9:6
**selected** [1] - 83:23
**selling** [1] - 177:20
**sends** [1] - 50:15
**senior** [1] - 72:23
**sense** [6] - 68:23, 124:7, 126:7, 134:7, 150:19, 178:16
**sent** [11] - 8:21, 9:16, 13:19, 14:5, 19:23, 21:23, 25:21, 33:21, 37:3, 76:14, 187:14
**sentence** [8] - 14:11, 14:18, 80:8, 82:4, 82:13, 129:1, 173:1, 173:2
**sentenced** [2] - 172:17, 172:21
**sentencing** [2] - 172:19, 172:24

**separate** [2] - 119:1, 165:14
**separated** [3] - 156:9, 157:19, 157:20
**separately** [1] - 124:6
**September** [7] - 30:20, 66:11, 103:18, 105:17, 106:7, 106:22, 194:9
**sequence** [1] - 79:1
**sequential** [1] - 40:19
**series** [11] - 35:3, 38:17, 44:18, 45:19, 47:14, 52:5, 52:24, 53:8, 56:5, 58:18, 58:19
**serious** [8] - 43:21, 80:18, 80:25, 81:4, 82:19, 134:1, 188:25, 189:5
**seriously** [1] - 92:18
**seriousness** [2] - 80:19, 81:3
**serve** [1] - 65:24
**Service** [1] - 193:6
**services** [1] - 183:14
**serving** [1] - 57:20
**Session** [1] - 1:8
**SESSION** [1] - 5:1
**set** [7] - 30:2, 33:1, 56:3, 92:21, 96:14, 115:19, 180:17
**sets** [1] - 77:8
**settings** [1] - 170:21
**seven** [4] - 21:1, 30:7, 30:8, 52:8
**seven-minute** [1] - 30:7
**several** [12] - 27:4, 69:23, 74:17, 91:6, 110:20, 132:7, 133:19, 134:25, 135:24, 145:18, 151:1, 177:8
**share** [2] - 5:24, 6:5
**shared** [6] - 11:24, 12:25, 13:1, 51:9, 52:15, 53:15
**sharing** [1] - 64:10
**Sharon** [2] - 48:6, 51:8
**shift** [1] - 181:1
**ship** [2] - 16:1, 16:2
**Shipley** [5] - 2:2, 44:16, 45:19, 47:14, 191:17
**SHIPLEY** [20] - 2:3, 46:9, 47:2, 83:3, 83:6, 83:19, 84:5, 86:13, 112:25, 113:13, 114:7, 114:12, 114:21, 120:15, 171:7, 173:18, 174:5, 191:18, 191:24, 192:2
**shipped** [1] - 182:15
**ships** [1] - 42:21
**shirt** [2] - 154:7, 182:6
**shirts** [1] - 182:9
**shit** [6] - 17:13, 17:19, 17:25, 35:22, 50:22, 61:17
**shitballs** [1] - 50:20
**shoot** [1] - 62:3
**shooting** [1] - 126:21
**short** [1] - 192:23
**shortly** [5] - 23:18, 57:5, 57:7, 67:4, 162:20
**shot** [1] - 166:19
**shots** [1] - 124:2
**shoulder** [3] - 46:19, 159:23, 164:23
**show** [21] - 7:3, 8:25, 13:13, 15:9, 17:1,

19:10, 20:17, 21:13, 36:15, 43:25, 60:12, 60:14, 76:1, 78:7, 103:10, 107:23, 111:15, 119:2, 124:24, 150:2, 184:11
**showed** [4] - 9:15, 20:21, 119:3, 169:14
**showing** [5] - 45:11, 56:5, 58:19, 109:11, 111:20
**shown** [6] - 15:4, 19:15, 108:7, 108:11, 108:15
**Shroyer** [1] - 61:4
**sibling** [1] - 91:18
**sick** [1] - 77:16
**side** [14] - 71:7, 78:18, 118:11, 119:1, 142:16, 142:18, 153:21, 162:22, 162:23, 163:16, 166:16, 170:2, 170:3
**SIDEBAR** [6] - 59:6, 63:2, 83:5, 101:20, 103:16, 113:16
**sidebar** [6] - 60:20, 63:23, 85:3, 102:5, 109:2, 115:11
**sieging** [1] - 32:23
**signal** [2] - 178:7, 178:14
**Signal** [40] - 12:4, 15:11, 15:18, 17:4, 19:4, 19:25, 20:2, 21:10, 25:8, 29:9, 31:24, 32:2, 39:24, 40:2, 40:22, 41:4, 42:9, 42:19, 43:22, 44:6, 49:15, 69:3, 69:4, 69:13, 69:15, 72:24, 75:25, 76:1, 76:16, 83:13, 85:8, 85:12, 91:5, 94:17, 96:25, 178:7, 179:20, 182:11, 188:8
**significance** [2] - 46:23, 47:1
**signs** [1] - 72:11
**similar** [1] - 178:8
**similarly** [1] - 99:14
**simply** [2] - 83:7, 105:8
**single** [5] - 159:18, 159:23, 179:1, 179:5, 179:19
**sink** [1] - 42:21
**site** [1] - 27:24
**sites** [1] - 90:9
**sitting** [7] - 74:20, 74:22, 125:5, 132:10, 169:23, 170:2, 172:1
**situation** [1] - 68:9
**six** [2] - 62:5, 186:20
**six-four** [1] - 186:20
**skill** [1] - 77:8, 195:8
**sleep** [2] - 144:5, 168:15
**slide** [60] - 13:15, 20:13, 35:4, 35:8, 35:17, 35:19, 35:20, 36:4, 36:5, 36:14, 36:15, 36:22, 36:23, 37:5, 37:15, 37:16, 37:22, 39:8, 39:9, 42:16, 42:25, 43:1, 43:8, 43:9, 45:6, 45:7, 45:12, 46:4, 46:6, 47:20, 48:3, 48:5, 49:24, 51:2, 51:14, 52:23, 53:2, 53:13, 53:14, 53:17, 63:21, 64:3, 64:5, 81:8, 82:1, 87:3, 87:21, 88:13, 88:25, 90:7, 90:10, 90:15, 90:18, 90:20, 90:24, 91:9, 91:20, 92:23, 93:15, 95:16
**slides** [5] - 49:11, 49:12, 49:14, 83:7, 92:23
**slightest** [1] - 43:19
**slightly** [1] - 139:10

**slower** [1] - 83:24
**small** [1] - 101:7
**smart** [1] - 6:9
**smiley** [1] - 92:12
**Smith** [11] - 18:16, 18:22, 18:25, 20:2, 21:11, 43:16, 48:22, 52:1, 52:2, 52:3
**smoked** [2] - 129:25, 146:23
**snap** [1] - 51:9
**social** [3] - 178:14, 179:9, 179:12
**society** [1] - 17:18
**sole** [1] - 183:17
**someone** [15] - 18:16, 19:7, 19:24, 37:17, 43:21, 43:23, 51:23, 76:24, 78:24, 81:12, 82:20, 89:23, 102:16, 135:3, 181:22
**someplace** [1] - 17:21
**sometime** [3] - 113:19, 113:25, 136:7
**sometimes** [2] - 40:20, 180:21
**somewhere** [6] - 123:9, 123:10, 133:21, 141:25, 153:16, 163:23
**son's** [1] - 79:10
**soon** [3] - 62:4, 62:11, 115:16
**sorry** [22] - 13:24, 16:12, 32:5, 43:10, 50:12, 52:19, 54:25, 56:18, 58:1, 71:18, 83:2, 85:24, 92:14, 102:7, 108:6, 115:12, 116:14, 122:12, 129:15, 130:19, 138:22, 193:4
**sort** [19] - 8:8, 63:3, 73:12, 76:18, 104:10, 105:11, 110:22, 118:10, 122:5, 122:6, 126:14, 128:24, 129:2, 134:12, 158:20, 165:1, 178:14, 180:14, 185:16
**sorted** [1] - 5:5
**sound** [2] - 135:5, 176:2
**sounds** [4] - 39:13, 138:11, 139:1, 192:6
**source** [2] - 39:24, 72:12
**south** [1] - 22:18
**spare** [2] - 6:12, 66:18
**speaker** [1] - 180:18
**speakers** [1] - 183:11
**speaking** [3] - 53:6, 64:8, 174:15
**Special** [1] - 193:8
**special** [6] - 14:12, 14:13, 71:12, 71:13, 78:21, 192:25
**specific** [5] - 23:17, 60:7, 63:7, 90:22, 102:3, 153:12
**specifically** [5] - 8:16, 18:24, 28:22, 188:11, 193:22
**specificity** [2] - 113:25, 115:19
**specified** [3] - 114:11, 114:20, 119:19
**specify** [1] - 113:17
**speculation** [2] - 47:2, 99:9
**speculative** [1] - 63:15
**spell** [1] - 65:7
**spend** [5] - 5:21, 116:20, 141:25, 142:2, 143:2
**spending** [1] - 143:4
**spent** [2] - 117:8, 117:10

**splinter** [1] - 45:14
**spray** [1] - 18:3
**St** [4] - 74:14, 182:20, 182:21, 182:25
**stack** [3] - 72:8, 159:25, 160:2
**stacked** [2] - 159:18, 159:21
**staged** [4] - 25:12, 26:23, 29:16, 33:18
**stairs** [11] - 157:21, 159:6, 159:11, 159:19, 160:20, 162:23, 162:25, 163:24, 164:7, 165:24, 166:11
**stale** [1] - 84:15
**Stamey** [21] - 18:13, 18:19, 18:25, 19:1, 20:2, 21:11, 21:23, 22:15, 24:7, 24:9, 24:15, 24:23, 25:4, 30:16, 30:20, 31:12, 42:19, 48:22, 49:16, 51:15, 52:16
**stamps** [2] - 93:8, 105:16
**stand** [4] - 86:11, 86:20, 126:20, 162:20
**standard** [2] - 137:23, 138:10
**standing** [4] - 27:4, 118:25, 167:3, 168:9
**stands** [2] - 17:18, 49:2
**start** [9] - 26:19, 50:19, 86:12, 86:15, 103:7, 140:23, 151:9, 181:5, 190:13
**started** [12] - 5:24, 6:5, 6:10, 18:4, 27:2, 85:7, 102:15, 114:7, 130:20, 159:11, 178:25, 188:10
**starting** [9] - 14:12, 18:6, 26:25, 29:25, 30:1, 38:8, 81:11, 92:23, 163:15
**State** [2] - 42:19
**state** [8] - 43:11, 44:3, 58:8, 65:13, 90:21, 90:22, 139:13, 151:16
**statement** [20] - 121:3, 121:5, 121:14, 121:16, 122:23, 123:6, 124:16, 125:15, 125:16, 125:19, 126:8, 137:13, 137:15, 137:16, 137:21, 137:22, 138:5, 138:8, 138:17, 139:23
**statements** [5] - 83:14, 121:9, 137:25, 138:23, 194:10
**STATES** [3] - 1:1, 1:3, 1:13
**States** [3] - 97:21, 97:23, 195:4
**stating** [1] - 32:2
**station** [9] - 117:5, 130:21, 130:25, 131:2, 131:6, 132:24, 133:2, 141:12, 141:22
**stay** [10] - 18:1, 44:7, 98:19, 122:4, 124:1, 127:4, 130:4, 139:4, 153:10, 188:21
**stayed** [4] - 38:8, 153:6, 153:11, 164:3
**staying** [4] - 26:7, 121:21, 127:5, 149:15
**Steal** [2] - 20:5, 20:6
**stenographically** [1] - 195:7
**step** [6] - 31:16, 38:10, 64:18, 137:5, 167:16, 190:16
**stepfather** [1] - 65:19
**stepping** [1] - 79:16
**Steve** [1] - 43:11
**Stewart** [17] - 17:11, 39:22, 43:4, 45:3, 64:6, 73:22, 89:23, 89:24, 92:2, 93:2, 94:2, 94:5, 94:23, 95:3, 95:19, 96:11, 166:21

**stick** [1] - 194:17
**still** [16] - 8:10, 16:7, 16:14, 117:7, 118:19, 121:20, 121:22, 122:19, 122:24, 124:21, 125:23, 126:3, 126:4, 128:6, 131:8, 192:14
**stipulate** [1] - 74:24
**stock** [1] - 90:5
**Stone** [6] - 74:14, 183:6, 183:9, 183:15, 183:25, 184:6
**stood** [1] - 129:24
**stop** [8] - 32:11, 33:23, 86:17, 141:9, 157:22, 157:23, 158:17, 158:22
**Stop** [2] - 20:5, 20:6
**stopped** [5] - 55:18, 116:20, 132:24, 141:11, 141:12
**stopping** [4] - 25:6, 141:14, 141:15, 149:18
**stops** [1] - 117:17
**storage** [6] - 104:10, 105:4, 106:1, 106:15, 108:3, 111:6
**store** [3] - 28:8, 28:21, 90:5
**story** [2] - 5:24, 142:18
**stow** [1] - 17:21
**straight** [1] - 169:22
**Street** [5] - 1:19, 2:10, 2:17, 22:18, 51:8
**street** [1] - 166:16
**strictly** [1] - 43:5
**struck** [1] - 137:1
**stuff** [5] - 27:13, 90:5, 111:7, 134:8, 161:18
**stupid** [1] - 86:2
**SUAREZ** [2] - 2:9, 2:12
**subject** [2] - 44:5, 49:19
**succeed** [2] - 87:19, 126:9
**succeeding** [3] - 87:15, 87:18, 88:10
**successes** [1] - 138:2
**successful** [1] - 98:22
**sucks** [1] - 90:14
**sudden** [1] - 188:3
**suggest** [4] - 32:11, 32:22, 105:12, 132:4
**suggesting** [3] - 8:14, 43:19, 123:18
**Suite** [2] - 2:13, 2:17
**summation** [1] - 10:24
**support** [6] - 53:7, 64:9, 93:7, 93:11, 97:12, 97:25
**supported** [2] - 66:25, 97:17
**supporting** [1] - 188:17
**supports** [1] - 193:24
**suppose** [1] - 122:11
**supposed** [1] - 149:24
**supposedly** [2] - 120:17, 120:18
**surmise** [1] - 63:19
**surprisingly** [1] - 79:12
**surrounded** [1] - 142:23
**sustain** [3] - 47:4, 107:10, 113:2
**Sustained** [1] - 31:21
**sustained** [3] - 31:23, 62:18, 63:24
**swap** [1] - 6:2

**swaps** [1] - 6:1
**swear** [1] - 98:6
**switch** [2] - 35:5, 35:7
**switching** [1] - 193:4
**sword** [4] - 15:7, 15:24, 15:25, 63:14
**swords** [1] - 16:6
**swore** [1] - 82:5
**Sworn** [2] - 6:17, 64:22
**SYLVIA** [2] - 3:4, 6:17
**system** [1] - 40:21

**T**

**tagged** [3] - 82:4, 82:13
**takers** [1] - 97:13
**tall** [2] - 186:18, 186:23
**Tampa** [6] - 65:14, 76:22, 140:18, 176:4, 176:7
**tape** [1] - 59:22
**Tarantino** [1] - 137:24
**target** [1] - 142:17
**Tarrio** [2] - 46:8, 46:15
**teach** [4] - 86:22, 86:23, 86:24
**team** [2] - 17:24, 38:21
**technology** [1] - 35:6
**ten** [8] - 16:23, 16:25, 21:2, 57:2, 72:23, 133:1, 146:2, 157:13
**ten-minute** [1] - 57:2
**tenor** [1] - 85:19
**term** [3] - 15:22, 49:3, 50:19
**terms** [13] - 26:3, 72:25, 96:8, 98:11, 99:1, 106:8, 106:12, 128:7, 186:6, 186:10, 190:24, 192:20, 194:17
**terribly** [1] - 84:15
**testified** [8] - 11:20, 12:15, 12:18, 12:20, 13:5, 13:7, 46:9, 122:18
**testify** [6] - 106:17, 106:21, 107:18, 115:24, 123:5, 191:14
**testifying** [2] - 10:25, 85:8
**testimony** [25] - 64:19, 83:11, 83:12, 83:15, 102:21, 104:4, 108:16, 114:1, 115:20, 117:25, 118:21, 118:24, 122:13, 122:16, 124:24, 127:13, 128:7, 128:9, 137:18, 140:1, 140:9, 190:17, 194:7, 194:15
**Texas** [1] - 90:23
**text** [7] - 7:6, 11:22, 12:15, 13:18, 39:6, 51:17, 53:15
**TFO** [2] - 192:8, 192:10
**th** [1] - 91:20
**THE** [202] - 1:1, 1:1, 1:12, 5:3, 5:7, 5:10, 5:16, 5:19, 7:12, 9:2, 9:10, 11:4, 14:3, 15:16, 17:8, 19:21, 21:6, 21:16, 30:5, 30:8, 30:10, 31:21, 31:23, 34:19, 34:23, 38:6, 42:14, 46:12, 47:4, 48:10, 49:19, 54:7, 54:25, 55:2, 55:12, 55:25, 56:17, 56:20, 56:24, 57:3, 57:7, 57:9, 57:11, 57:17, 58:1, 58:4, 58:13, 59:19, 60:3, 60:7, 60:16, 62:17, 62:24, 63:3, 63:8, 63:16, 63:22, 63:24, 64:14,

64:17, 64:23, 71:2, 71:18, 71:20, 71:21, 74:11, 75:3, 75:5, 75:8, 76:10, 80:21, 83:12, 83:21, 84:8, 84:25, 85:4, 86:14, 89:19, 94:14, 94:16, 96:23, 99:10, 102:1, 103:23, 104:2, 104:4, 104:9, 104:13, 104:17, 104:23, 105:2, 105:24, 106:2, 106:12, 106:17, 107:9, 107:23, 108:14, 108:18, 108:21, 108:23, 109:1, 109:6, 112:1, 113:2, 113:15, 113:17, 113:22, 114:1, 114:6, 114:10, 114:14, 114:19, 115:2, 115:10, 115:12, 115:18, 116:6, 116:12, 116:16, 116:22, 116:25, 117:3, 117:16, 117:22, 118:5, 118:21, 120:3, 120:12, 120:19, 122:3, 122:22, 123:13, 124:3, 124:10, 124:18, 125:4, 126:6, 126:24, 127:8, 127:21, 128:4, 128:13, 130:19, 130:23, 130:24, 131:1, 131:5, 131:8, 131:9, 131:10, 131:12, 131:14, 131:15, 134:18, 136:16, 136:21, 136:22, 136:24, 137:4, 137:15, 138:25, 139:15, 139:22, 140:1, 140:4, 150:14, 163:12, 164:12, 166:5, 171:8, 171:21, 173:19, 174:6, 174:10, 186:6, 186:9, 186:14, 190:5, 190:14, 190:16, 190:21, 190:22, 191:3, 191:12, 191:17, 191:20, 191:23, 191:25, 192:3, 192:5, 192:9, 192:13, 192:16, 192:19, 192:23, 193:1, 193:3, 193:10, 194:6, 194:21, 194:24
**themselves** [3] - 73:4, 130:1, 149:6
**thin** [2] - 120:16, 120:19
**thinking** [1] - 85:25
**Third** [1] - 51:8
**third** [7] - 11:14, 38:12, 43:9, 118:15, 123:12, 126:3, 126:19
**thirty** [1] - 191:22
**Thomas** [1] - 21:22
**thoughts** [1] - 190:24
**thousands** [3] - 86:16, 88:3, 88:8
**thread** [1] - 50:3
**three** [7] - 9:23, 23:2, 28:19, 29:5, 86:5, 163:14, 165:7
**threw** [2] - 129:1, 132:2
**throng** [1] - 51:7
**throughout** [1] - 190:8
**thrust** [1] - 57:19
**timeframe** [3] - 66:12, 115:3, 127:7
**timeline** [4] - 8:8, 17:4, 118:16, 121:23
**timestamp** [1] - 60:9
**timestamps** [1] - 60:12
**timing** [5] - 54:1, 186:7, 186:10, 187:24, 191:21
**tires** [1] - 109:25
**title** [2] - 20:12, 20:22
**today** [13] - 10:25, 49:20, 50:17, 58:18, 61:23, 65:25, 66:5, 74:20, 81:21, 85:15, 85:19, 132:11, 191:5
**Todd** [5] - 31:8, 53:3, 61:2, 61:8, 64:6

**together** [11] - 38:7, 116:9, 117:6, 117:18, 117:20, 121:21, 121:22, 126:20, 164:3, 165:17, 166:12
**Tom** [2] - 18:24, 49:15
**tomorrow** [6] - 48:7, 50:18, 50:23, 190:13, 191:1, 192:7
**tone** [2] - 134:6, 167:9
**tonight** [1] - 91:12
**took** [9] - 6:2, 29:5, 51:9, 102:6, 136:19, 140:17, 144:14, 154:17, 154:22
**top** [1] - 160:20
**topic** [1] - 30:9
**topics** [1] - 143:7
**torches** [1] - 35:23
**total** [2] - 53:11, 57:18
**touch** [2] - 135:21, 149:24
**touchscreen** [1] - 71:4
**toward** [1] - 164:21
**towards** [10] - 141:8, 156:5, 156:25, 159:5, 159:11, 160:24, 161:2, 161:9, 161:13, 161:25
**town** [2] - 51:22, 86:17
**track** [1] - 151:3
**trailer** [8] - 104:15, 104:20, 104:24, 105:3, 105:5, 105:13, 106:14, 106:18
**train** [4] - 92:3, 92:4, 92:10, 92:16
**training** [4] - 75:21, 77:20, 78:2, 91:12
**traitors** [2] - 38:1, 168:11
**TRANSCRIPT** [1] - 1:12
**transcript** [5] - 114:14, 114:16, 191:15, 195:6, 195:7
**transcripts** [1] - 191:14
**transfer** [1] - 147:16
**transferred** [1] - 146:23
**transferring** [1] - 147:8
**transport** [1] - 102:10
**traumatizing** [1] - 168:19
**travel** [1] - 37:12
**traveling** [3] - 102:13, 130:24, 184:1
**treason** [7] - 14:16, 82:4, 82:13, 82:17, 161:18, 161:22, 161:25
**treatment** [1] - 37:21
**tree** [1] - 36:16
**trial** [5] - 49:20, 121:6, 125:4, 125:5
**TRIAL** [1] - 1:12
**tried** [1] - 181:2
**trip** [15] - 28:17, 29:5, 102:24, 113:21, 113:25, 118:1, 124:9, 131:17, 136:7, 181:10, 181:12, 187:10, 188:10, 189:18, 189:22
**trips** [1] - 48:19
**trouble** [3] - 43:21, 44:7, 82:7
**Troy** [1] - 1:17
**truck** [31] - 25:20, 25:22, 26:12, 62:8, 62:11, 66:1, 66:2, 117:2, 117:14, 117:15, 117:20, 132:19, 134:22, 134:23, 144:13, 144:21, 144:24, 145:24, 146:10, 146:12, 146:14, 147:13, 147:25, 148:1, 169:4, 169:9,

169:18, 169:19, 169:23
**trucks** [1] - 66:3
**true** [4] - 115:2, 119:13, 191:16, 195:6
**truly** [3] - 17:19, 17:25, 50:19
**Trump** [18] - 7:19, 34:14, 37:10, 66:25, 67:5, 93:6, 93:9, 94:3, 94:6, 95:22, 96:4, 97:24, 98:1, 98:19, 98:23, 158:15, 161:18, 187:13
**Trump's** [4] - 155:8, 155:17, 155:24, 156:15
**trust** [2] - 134:7, 134:9
**truth** [2] - 172:13, 173:14
**truthfulness** [1] - 193:25
**try** [3] - 98:19, 157:22, 157:23
**trying** [9] - 16:1, 57:22, 65:19, 82:7, 83:24, 120:25, 121:20, 158:17, 158:22
**TSA** [1] - 102:14
**tugboat** [2] - 131:11, 141:5
**turmoil** [1] - 88:24
**turn** [2] - 38:14, 159:7
**turned** [1] - 191:6
**turquoise** [1] - 151:14
**tweet** [5] - 187:14, 187:15, 187:20, 187:25, 188:9
**tweeted** [1] - 187:22
**twenty** [1] - 65:12
**twenty-one** [1] - 65:12
**two** [38] - 6:21, 9:6, 9:23, 12:10, 23:2, 24:6, 24:18, 43:1, 44:19, 51:4, 53:11, 53:19, 57:18, 58:9, 66:4, 67:19, 67:23, 76:23, 78:16, 85:11, 91:21, 102:25, 103:1, 103:2, 105:4, 109:9, 116:4, 116:23, 116:24, 125:23, 142:18, 150:3, 150:21, 157:19, 157:20, 165:14, 171:5, 182:21
**two-hour** [1] - 53:11
**two-story** [1] - 142:18
**type** [3] - 51:16, 179:9, 179:18
**types** [2] - 18:4, 110:20
**typing** [1] - 179:13
**tyrants** [1] - 36:18

**U**

**U.S** [3] - 1:18, 14:16, 137:23
**Uber** [3] - 25:18, 25:24, 26:11
**ultimate** [1] - 106:2
**ultimately** [5] - 58:8, 59:22, 107:11, 127:9, 173:2
**unarmed** [1] - 143:18
**uncle** [1] - 91:18
**unclear** [1] - 23:21
**uncomfortable** [2] - 72:5, 72:6
**unconstitutional** [1] - 93:9
**under** [12] - 5:13, 20:12, 21:3, 38:12, 43:23, 48:1, 52:3, 103:23, 138:4, 172:12, 172:15, 172:19
**undercarriage** [1] - 105:18, 106:19, 107:1, 107:2, 107:4, 109:17, 109:22, 109:24, 110:1, 110:4, 110:16

**underground** [1] - 147:4
**underlined** [1] - 64:13
**underneath** [1] - 142:19
**understood** [3] - 50:7, 162:3, 194:20
**unique** [1] - 5:13
**UNITED** [3] - 1:1, 1:3, 1:13
**United** [3] - 97:21, 97:23, 195:4
**unknown** [1] - 88:22
**unless** [4] - 17:16, 17:19, 124:10, 194:13
**unquote** [4] - 14:22, 37:20, 38:1, 43:7
**unveils** [1] - 14:20
**unvetted** [1] - 76:17
**up** [107] - 6:1, 6:11, 6:22, 8:13, 10:17, 11:23, 13:3, 17:25, 18:10, 18:14, 30:2, 33:1, 35:6, 37:12, 39:6, 39:20, 41:6, 45:6, 45:15, 45:16, 48:3, 52:22, 53:13, 54:3, 56:12, 57:9, 58:25, 62:17, 62:25, 63:18, 63:21, 63:25, 64:3, 68:14, 68:21, 69:24, 70:19, 71:17, 71:19, 73:6, 73:19, 76:3, 77:16, 79:8, 79:17, 80:6, 81:25, 84:17, 86:20, 89:4, 100:10, 102:16, 103:8, 104:23, 105:24, 107:25, 109:20, 109:25, 110:23, 113:22, 114:11, 115:19, 116:8, 116:10, 117:3, 117:4, 117:5, 119:2, 119:3, 120:7, 125:11, 128:4, 129:6, 133:9, 136:17, 136:25, 139:20, 141:16, 144:21, 146:3, 146:12, 154:1, 154:3, 154:4, 156:10, 157:21, 158:20, 159:2, 159:6, 159:18, 159:21, 162:23, 162:25, 163:3, 164:4, 165:21, 168:22, 169:13, 169:16, 171:16, 183:20, 188:10, 191:4, 192:5, 192:24, 194:11
**uphold** [3] - 97:12, 98:7, 98:9
**upset** [2] - 67:9, 68:25
**upsetting** [1] - 171:10
**upstairs** [4] - 142:19, 149:6, 149:9, 164:3
**urge** [1] - 93:10
**USA** [2] - 14:13, 161:18
**usefulness** [5] - 138:8, 138:19, 138:20, 138:24, 139:6

**V**

**VA** [1] - 17:21
**vacs** [1] - 111:7
**Vallejo** [57] - 2:16, 7:19, 8:2, 8:9, 8:14, 8:21, 11:22, 12:25, 15:4, 15:11, 15:18, 16:16, 23:5, 23:10, 23:14, 23:15, 23:19, 23:23, 25:5, 25:14, 25:17, 25:19, 25:21, 26:2, 26:6, 26:10, 27:15, 28:1, 28:7, 28:11, 28:16, 28:21, 28:24, 29:4, 29:18, 29:21, 52:11, 52:13, 53:15, 53:19, 54:12, 56:6, 56:9, 57:20, 58:20, 58:23, 59:7, 61:3, 61:12, 61:18, 61:24, 62:6, 62:11, 62:20, 63:13, 63:17, 64:10
**Vallejo's** [6] - 6:22, 12:2, 12:9, 12:15,

58:7, 62:8
**valuable** [4] - 78:8, 92:20, 181:4, 184:12
**van** [19] - 30:11, 30:15, 30:16, 30:18, 102:11, 109:9, 116:24, 117:7, 117:13, 120:22, 129:15, 130:11, 131:3, 140:21, 144:14, 147:12, 147:13, 147:16, 147:19
**various** [1] - 178:16
**vehicle** [8] - 37:14, 131:6, 131:12, 135:17, 140:23, 144:12, 147:24, 156:6
**vehicles** [8] - 102:23, 103:1, 103:2, 103:4, 109:9, 129:8, 144:16, 147:12
**verified** [2] - 12:6, 48:24
**version** [2] - 90:23, 178:10
**versus** [1] - 97:6, 145:16
**vest** [4] - 100:25, 101:2, 101:5, 101:6
**vests** [1] - 101:10
**veteran** [2] - 82:16, 82:21
**veterans** [1] - 80:17
**vetted** [11] - 73:1, 73:3, 73:10, 73:13, 73:17, 97:3, 97:5, 97:8, 97:11, 98:3
**via** [1] - 179:20
**vicinity** [1] - 22:23
**video** [26] - 5:5, 11:15, 14:12, 15:4, 16:17, 20:6, 20:12, 20:25, 21:5, 27:3, 27:10, 27:15, 28:20, 28:23, 29:2, 51:9, 52:8, 52:20, 63:14, 111:3, 143:15, 150:3, 150:6, 150:9, 150:21, 169:14
**Video** [3] - 7:14, 9:12, 21:8
**videos** [2] - 66:17, 66:19
**view** [1] - 152:16
**violence** [7] - 34:6, 45:20, 45:23, 99:3, 143:24, 176:8, 176:11
**VIPs** [1] - 143:9
**Virginia** [4] - 17:13, 24:17, 146:21, 153:3
**visible** [1] - 46:17
**voice** [12] - 61:7, 61:10, 61:16, 61:17, 61:21, 62:3, 62:25, 71:19, 158:23, 167:9, 187:1
**voices** [2] - 60:24, 61:1
**voluminous** [1] - 50:11
**voluntarily** [3] - 23:11, 23:19, 23:23
**volunteers** [2] - 53:5, 64:7
**vote** [6] - 47:6, 57:23, 157:22, 157:24, 158:18, 158:23
**vs** [1] - 1:5

## W

**waiting** [3] - 115:13, 119:2, 128:6
**wake** [1] - 154:1
**walk** [5] - 49:23, 159:2, 159:7, 161:2, 163:24
**walked** [3] - 139:17, 157:21, 159:18
**walking** [6] - 159:11, 163:1, 165:7, 165:17, 165:25, 166:11
**wants** [3] - 57:13, 58:3, 63:17
**war** [4] - 61:11, 86:25, 87:6, 87:13
**warm** [2] - 53:6, 64:8

**warning** [3] - 126:15, 126:19, 138:12
**wartime** [1] - 37:2
**Washington** [15] - 1:5, 1:19, 2:18, 14:15, 14:20, 22:4, 24:25, 37:12, 48:9, 48:20, 99:15, 102:10, 136:19, 136:20, 138:16
**watch** [3] - 18:5, 28:8, 111:2
**watched** [3] - 12:10, 33:22, 116:18
**watching** [4] - 66:15, 66:16, 66:19, 183:16
**ways** [1] - 50:23
**WDYM** [1] - 77:2
**we/he** [1] - 35:22
**weapon** [1] - 28:22
**weapons** [25] - 16:23, 17:15, 17:21, 28:8, 28:11, 28:21, 32:3, 32:7, 32:19, 32:23, 33:6, 33:12, 33:15, 33:17, 33:21, 34:12, 62:23, 99:21, 105:6, 106:1, 118:19, 125:24, 126:3, 127:6
**wear** [1] - 182:1
**wearing** [5] - 74:23, 163:18, 164:18, 164:23, 165:5
**web** [1] - 14:23
**website** [5] - 9:18, 9:19, 13:21, 14:8, 20:20
**week** [4] - 35:2, 56:5, 58:18, 193:6
**weekend** [1] - 51:23
**weeks** [3] - 135:24
**WEINBERG** [5] - 2:9, 2:12, 38:5, 191:19, 191:22
**Weinberg** [4] - 2:12, 35:2, 35:3, 35:12
**welcome** [3] - 5:20, 58:14, 140:5
**Western** [1] - 42:18
**WhatsApp** [3] - 178:9, 178:10, 178:11
**wheelie** [1] - 27:11
**wheelies** [1] - 27:16
**wheels** [1] - 148:24
**whereas** [1] - 145:18
**Whip** [13] - 135:15, 146:16, 151:15, 151:16, 156:10, 169:7, 170:4, 184:22, 184:24, 184:25, 185:1, 185:6, 185:8
**Whip's** [1] - 151:18
**Whippet** [5] - 135:3, 185:6, 185:9, 185:22, 185:24
**whole** [9] - 20:25, 21:4, 21:6, 21:7, 57:19, 89:25, 111:1, 145:5, 180:5
**wide** [1] - 145:18
**wife** [6] - 81:24, 119:13, 135:8, 146:16, 165:4, 168:5
**wild** [1] - 187:15
**William** [1] - 2:2
**WILLIAM** [1] - 2:3
**willing** [3] - 78:7, 80:14, 193:13
**win** [1] - 67:3
**winning** [2] - 67:11, 67:13
**wipe** [1] - 170:20
**wiped** [1] - 170:17
**wiry** [1] - 142:10
**wish** [1] - 50:17

**wishes** [1] - 59:22
**WITNESS** [11] - 3:3, 71:20, 75:5, 130:23, 131:1, 131:8, 131:10, 131:14, 136:21, 136:24, 190:21
**witness** [20] - 8:25, 10:17, 13:13, 17:1, 19:10, 20:17, 21:13, 64:20, 75:2, 83:9, 83:10, 83:16, 101:22, 103:20, 107:11, 108:23, 111:16, 116:7, 193:5
**woman** [2] - 165:1, 166:19
**wonder** [2] - 88:23, 136:16
**wonderful** [1] - 5:20
**woods** [1] - 142:23
**word** [1] - 95:4
**words** [3] - 51:20, 139:16, 172:11
**works** [2] - 177:18, 192:12
**world** [2] - 5:16, 5:17
**worn** [1] - 154:13
**worried** [1] - 18:3
**worry** [1] - 126:9
**worse** [1] - 87:20
**write** [10] - 37:9, 77:2, 78:1, 78:20, 79:5, 79:7, 80:5, 80:11, 90:13, 90:18, 91:23, 92:9, 97:10
**writes** [9] - 77:8, 77:12, 81:12, 81:20, 86:11, 88:17, 94:9, 137:24
**writing** [3] - 83:2, 93:2, 94:3
**written** [2] - 40:8, 84:1
**wronged** [1] - 162:10
**wrote** [37] - 15:18, 32:9, 36:8, 77:14, 77:20, 77:24, 78:15, 78:24, 78:25, 79:1, 79:4, 79:10, 79:16, 79:23, 80:8, 82:12, 85:24, 86:6, 87:5, 88:1, 88:18, 89:5, 90:3, 90:8, 90:11, 90:21, 91:1, 91:12, 91:16, 92:2, 93:5, 93:23, 95:22, 96:4, 96:11

## Y

**yards** [1] - 142:21
**year** [2] - 66:12, 98:21
**years** [9] - 40:12, 66:4, 72:23, 77:15, 171:5, 172:20, 172:22, 174:21, 176:13
**yell** [1] - 161:24
**yelling** [3] - 161:15, 161:17, 161:19
**Young** [2] - 30:25, 41:12
**young** [8] - 31:13, 78:17, 78:24, 127:16, 174:25, 194:1, 194:5
**younger** [4] - 138:13, 139:4, 139:7, 157:6
**youngest** [3] - 175:2, 175:4, 175:5
**yourself** [11] - 65:21, 67:21, 70:8, 79:13, 82:21, 150:6, 164:14, 164:16, 169:19, 176:15, 181:11, 182:5, 188:17
**yourselves** [1] - 190:10
**YouTube** [1] - 66:15

## Z

**zero** [2] - 191:24, 191:25
**Zimmerman** [3] - 30:18, 30:23, 31:12

**zoom** [2] - 41:19, 50:7