4258

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )      CR No. 22-15
                                 )      Washington, D.C.
          vs.                    )      January 17, 2023
                                 )      9:30 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )      Day 21
          Defendants.            )
_____)
```

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:            Kathryn Rakoczy
                               Jeffrey S. Nestler
                               Alexandra Hughes
                               Troy Edwards
                               U.S. ATTORNEY'S OFFICE
                               601 D Street, NW
                               Washington, D.C. 20579
                               (202) 252-7277
                               Email:
                               Kathryn.Rakoczy@usdoj.gov
                               Email:
                               jeffrey.nestler@usdoj.gov

4259

APPEARANCES CONTINUED:

For Defendant Minuta:              William Lee Shipley, Jr.
                                   LAW OFFICES OF
                                   WILLIAM L. SHIPLEY
                                   PO Box 745
                                   Kailua, HI 96734
                                   (808) 228-1341
                                   Email: 808Shipleylaw@gmail.com

For Defendant
Joseph Hackett:                    Angela Halim
                                   3580 Indian Queen Lane
                                   Philadelphia, PA 19129
                                   215-300-3229
                                   Email: angiehalim@gmail.com


For Defendant
David Moerschel:                   Connor Robert Martin
                                   BROWN, SUAREZ, RIOS & WEINBERG
                                   1532 Jackson Street
                                   Fort Myers, FL 33901
                                   (239) 337-9755
                                   Email: connor@bsrlegal.com

                                   Scott Weinberg
                                   BROWN, SUAREZ,
                                   RIOS & WEINBERG
                                   265 E Marion Avenue
                                   Suite 114
                                   Punta Gorda, FL 33950
                                   (941) 575-8000
                                   Email: scott@bsrlegal.com

For Defendant
Edward Vallejo:                    Matthew J. Peed
                                   CLINTON & PEED
                                   1775 Eye Street, NW
                                   Suite 1150
                                   Washington, D.C. 20006
                                   (202) 919-9491
                                   Email: matt@clintonpeed.com

<pre>
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  All rise.  Court is in session;
 3   the Honorable Amit P. Mehta presiding.
 4          THE COURT:  Good morning, everyone.  Please be
 5   seated, everyone.
 6          COURTROOM DEPUTY:  Good morning, Your Honor.
 7   This is Criminal Case No. 22-15, United States of America
 8   versus Defendant No. 6, Roberto A. Minuta; Defendant 7,
 9   Joseph Hackett; Defendant 8, David Moerschel; and
10   Defendant 11, Edward Vallejo.
11          Kathryn Rakoczy, Jeffrey Nestler, Alexandra
12   Hughes, Troy Edwards, and Louis Manzo for the government.
13          William Shipley for Defendant Minuta.
14          Angela Halim for Defendant Hackett.
15          Scott Weinberg for Defendant Moerschel.
16          And Matthew Peed for Defendant Vallejo.
17          All four named defendants are present in the
18   courtroom for these proceedings.
19          THE COURT:  Okay.  Good morning, everyone.
20   Welcome back.
21          All right.  So, Mr. Peed, we are in your case.
22   I understand the morning's presentation will not be as
23   robust as was intended; is that right?
24          MR. PEED:  Yes, Your Honor.
25          THE COURT:  Okay.
</pre>

1          Well, let's just discuss how we'll proceed then.

2          So let's go ahead and just finalize the two loose

3     ends that we have and have Mr. Peed present his case, his

4     single witness.

5          Do you all have a rebuttal?

6          MR. EDWARDS:  Yes, Your Honor.  It would be one

7     agent, and it will be 20 minutes, I think is a guess, total,

8     for -- I assume, depending on cross, but it will be very

9     short.

10          THE COURT:  Okay.

11          MS. HALIM:  May I ask if it's limited to

12    Mr. Vallejo?

13          MR. EDWARDS:  Yes.  Yes, the case that Mr. Vallejo

14    presents.

15          THE COURT:  Okay.

16          MR. SHIPLEY:  Well, then the question as to how

17    it's limited to Mr. Vallejo because what I expect is we're

18    going to have a lot of conspiracy evidence that addresses

19    Mr. Vallejo but is going to bleed over into the defendants

20    who presented no defense.

21          MR. EDWARDS:  By definition, any evidence against

22    Mr. Vallejo would, but the case will be limited to what

23    Mr. Vallejo has put forward in the two witnesses that he put

24    up, and it will be short.

25          THE COURT:  Can you be more precise?

1          MR. EDWARDS:  Well, we have to see how today's

2    witness goes.  So, I mean, I want to be a little qualified

3    because we want to see what comes in today through this

4    witness.

5          THE COURT:  Okay.

6          MR. EDWARDS:  But it will primarily be about the

7    topic we've discussed a few times in terms of what

8    Mr. Vallejo brought.

9          THE COURT:  All right.

10          MR. PEED:  Your Honor, I've asked the

11    government -- I've asked for their exhibits to see if we

12    could address any issues.  I've been told there are just a

13    couple of slides.  If that's the representation, then --

14          THE COURT:  Sorry, a couple slides for what, your

15    case or what they intend to produce in --

16          MR. PEED:  For the rebuttal case.

17          MR. EDWARDS:  Yes, Your Honor, and I -- this was

18    on the way into the courtroom.  I let Mr. Peed know that

19    we've got to still get us a flavor of what's going on with

20    this witness for us to be able to finalize, but we can do

21    that during the witness's testimony once we have a good

22    sense of where this witness is going to go.

23          THE COURT:  Okay.

24          MR. PEED:  And I've informed the government this

25    witness is just to authenticate and get in pictures of the

1    campsite that the government has.

2            I just want to address if there's any -- any

3    admissibility issues other than slides, I'd like to address

4    that now.

5            THE COURT:  I don't know what you're asking.

6            What do you mean "admissibility issue other than

7    the slides"?  I understand them to want to present a couple

8    of slides in rebuttal, and that will be contingent upon what

9    the evidence is that you present through this single witness

10   that you are calling today.

11           MR. PEED:  I guess what I'm asking is that are --

12   there any other exhibits that we can address now, other than

13   the couple slides, that -- the government knows the pictures

14   that are coming in -- so there's no other issues.

15           But there may be other exhibits that they are

16   being -- they'd like to introduce that I think we should

17   address beforehand if it's other than a couple slides.

18           THE COURT:  Well, I don't know that the

19   government, A, is obligated to preview its rebuttal case

20   before you put your witness on, but my understanding is that

21   there are two slides.

22           Mr. Edwards, are you intending to present anything

23   more than that potentially?

24           MR. EDWARDS:  Nothing that's not been already

25   admitted.

1              So in terms of new, those two slides.

2              Again, I keep qualifying, depending on what comes

3    in during this last witness.

4              THE COURT:  Right.  Okay.

5              All right.  So we'll go through Mr. Peed's single

6    witness, then we'll have the government's rebuttal and then

7    we'll probably take a quick break, and then I'll just

8    instruct all this morning.  I assume everybody's ready to

9    close this afternoon?  And then we'll break for the day.

10             So I think there are just two loose ends, at least

11   on my list.  One is the board as something that is admitted

12   into evidence.  Mr. Nestler sent something last night, and

13   you all, I don't know whether you've had a chance to think

14   about it or wish to respond.

15             MS. HALIM:  Yes, I'll just briefly respond.

16             And to be completely candid, when I saw they

17   weren't D.C. Circuit cases, I did not read them.  So with

18   that disclaimer in mind.

19             It's hard for me to view the big board as an org

20   chart.  My understanding of organizational charts tends to

21   come from an actual organization's structure that is

22   internal to the organization, as opposed to the government's

23   self-selected notion and argument as to what the hierarchy

24   is of a conspiracy that it's charging, especially when I --

25   never mind.  It didn't come in at this trial.  It came in at

1    the last trial, that some people weren't actually

2    Oath Keepers.  So I resist the notion that it's actually an

3    organizational chart, as Mr. Nestler suggested.

4            And I think I've made all of the arguments I'm

5    going to make as to why I don't think it should go back with

6    the jury previously.

7            I will just say this:  If the Court is inclined, I

8    ask that it be the digital version, not the actual big

9    board.

10            MR. SHIPLEY:  I would -- I briefly read the cases

11    cited by Mr. Nestler, and I don't think either of them or

12    the *Possick* case and the *Johnson* case, specifically from the

13    Eighth Circuit and Fourth Circuit, support the introduction.

14    In fact, in the *Possick* case, the Circuit Court found that

15    it was error to have introduced it but found that it was

16    harmless.

17            And with respect to the *Johnson* case, I think in

18    the Fourth Circuit, you had a much different kind of

19    organizational chart where not only were the players

20    identified but they were linked to a myriad of transactions

21    and contacts, and it was to help the jury follow a massive

22    amount of information about what they actually did.

23            All this is is a government-constructed piece of

24    cardboard with pictures and names put on it.  Everything

25    else in there is essentially commentary by the government as

```
1    to the relationship between these people, and it's not the

2    commentary that's so voluminous that, over, I think,

3    16 witnesses, the jurors were not able to take notes and

4    understand who these people are.

5              It can be used as a demonstrative exhibit.  The

6    jury can be told by whoever gives the close that this is not

7    going to be with you in the jury room, take notes now, that

8    may be all you have, because that's the kind of exhibit

9    it is.

10             And it's clear that demonstrative exhibits do not

11   go in under 1006, and they're not saved by 611 under the

12   facts of this case as compared to the other cases

13   interpreting 611.

14             THE COURT:  Okay.

15             So I had a chance to look not only at what

16   Mr. Nestler supplied but I've done some independent research

17   even before getting the email and had run across the *Johnson*

18   case, as well as some other cases.

19             And let me just note a couple before I talk about

20   *Johnson*.  One is *United* -- this is an unpublished case

21   called *United States vs. Barefoot*, 952 F.2d 397, from the

22   Fourth Circuit.

23             Also involved an admission of a chart summarizing

24   relationships between different conspirators in the

25   organization.  The Court in that case actually did not
```

1    provide a limiting instruction.

2          The Fourth Circuit, again unpublished, said, "The

3    District Court does not abuse its discretion when it admits

4    summary charts if they are based upon and fairly represent

5    competent evidence properly admitted.  The District Court

6    properly exercised its discretion in allowing a lesser of

7    charts to be taken into the jury room.  No error occurs when

8    the District Court declines to issue an instruction that the

9    charts are merely an illustrative aid and are not to be

10   considered as substantive evidence."

11         And then there's *United States vs. Velasquez* out

12   of the Third Circuit, it's not terribly helpful, but

13   307 F.3d 237.  It's on a plain error standard, but the

14   agent -- there was an agent in that case that presented an

15   organizational chart which showed the defendant as a member.

16         The Court wrote that "Use of summaries and charts

17   is proper and may be put before a jury with limiting

18   instructions.  As noted earlier, the chart was based on

19   testimony that has been introduced into evidence, and the

20   exhibit, therefore, acted as a summary.  Defendant did not

21   object to the introduction of this evidence, and under

22   applicable plain error standard, the challenge must be

23   rejected," so it's plain error review.

24         There's a case out of the Fifth Circuit called

25   *United States vs. Taylor*, 210 F.3d 311, actually rejected

4268

```
1    the admission of the chart, but that was because this
2    Circuit determined that the organizational chart or the
3    chart itself was not accurate and was largely -- that it was
4    inaccurate and that it actually was misleading, and so that
5    was the reason for the exclusion.
6          I've not understood the defense to object to any
7    of the contents of the exhibit except insofar as it infers
8    relationships and creates categorizations; in other words,
9    the people are the people, and the monikers that they used
10   on Signal are accurate, and the locations where they're from
11   are accurate, and the lines, to the extent they're
12   associated with either a line or a QRF or leadership, that
13   that is accurate as well; in other words, all the people
14   under Line 1 went in as Line 1; all those under Line 2 went
15   in as Line 2.  Those involved with the QRF are associated
16   with the QRF and other -- through other evidence.  And then
17   the leadership was Mr. Rhodes and Ms. SoRelle and
18   Mr. Siekerman, and I think Ms. SoRelle was --
19          MR. NESTLER:  And Mr. Greene.
20          THE COURT:  And Mr. Greene.
21          There were four or five?
22          MR. NESTLER:  There were four, Mr. Rhodes, Greene,
23   SoRelle and Siekerman.
24          THE COURT:  Right.  So those four.  So there's
25   evidence to support that as well.
```

4269

1           What the Fourth Circuit in *Johnson*, which

2    I thought was very helpful, says -- this is 54 F.3d 1150 --

3    is that this is not a summary exhibit, you're right, but,

4    rather is an exhibit that can be admitted under 611(a),

5    which essentially allows the Court to control the structure

6    and presentation of evidence.

7           The Court says two things:  One, "We first

8    consider whether the summary chart aids the jury in

9    ascertaining the truth.  In making this determination, we

10   looked at the length of the trial, the complexity of the

11   case and the accompanying confusion that a large number of

12   witnesses and exhibits may generate for the jury."

13          Second, "Applying what is essentially an analysis

14   under Rule 403, we consider the possible prejudice that

15   would result to the defendant by allowing the summary chart

16   into evidence.

17          In practice, a number of courts considering the

18   issue have developed safeguards to minimize possible

19   prejudice to a defendant by ensuring that the individual who

20   prepared the chart, as well as the evidence upon which the

21   preparer relied, was available for cross-examination by the

22   defendant to test the competence of the evidence as

23   presented in the summary chart and, two, ensuring that the

24   District Court properly instructed the jury concerning the

25   manner in which they were to consider the charts."

4270

1        And so if I sort of follow those two prongs of the

2  analysis that the *Johnson* court applied, first, I think the

3  chart is certainly something that would be helpful to the

4  jury.  You know, this was a long trial, interrupted by

5  ten days of evidence -- excuse tee, me, ten days of

6  holidays.

7        As a consequence of that, certainly individuals,

8  their names and presentation of evidence that was presented

9  in the first half of the trial before the break may be a

10  little distant in the jury's mind.  And it obviously is a

11  complex case involving many people and different actors.

12  And then we obviously had a large number of exhibits and

13  witnesses for the jury.

14        And what the chart essentially does, it's largely

15  two things; one, it is helpful in just allowing the jury to

16  refresh its recollection about who was who, which is really

17  not controversial.

18        Secondly, it associates the monikers that were

19  used on Signal with individuals, which I think is also

20  helpful and not in dispute.

21        Insofar as it creates a structure that is of the

22  organization that the defense finds objectionable, I think

23  that's something we can handle with a limiting instruction.

24        The defense also has had the opportunity to

25  cross-examine every witness who has referred to the chart,

1   perhaps not the person that technically prepared it because

2   I don't think it was -- well, bottom line is, it was --

3   there was testimony from a number of people about those who

4   were on the chart and the contents of the chart.

5          And then there's the issue of the limiting

6   instruction.  And so I agree with Ms. Halim and I'm not

7   going to send the big board itself back, I think that's more

8   than we need, it's probably, what, 2 by 3 feet in size, and

9   I don't think the jury ought to just have that sitting up

10  there during the course of the deliberations, but I can send

11  the one-page digital version back.

12         Can you tell me, does the digital version have a

13  separate exhibit number?

14         MR. NESTLER:  No.  They're all Exhibit 1531.

15         THE COURT:  Okay.

16         MR. NESTLER:  That's just -- the blown-up version

17  is the posterboard, Your Honor.

18         THE COURT:  Right.

19         MR. SHIPLEY:  Your Honor, based upon your

20  comments, the only problem I have with the way it's actually

21  organized is the way they have organized the southeast

22  group.  First of all, Mr. Minuta is not from the southeast.

23         Secondly, they put him right under Mr. James, and

24  then they put the four remaining members beneath the two of

25  them.  So -- and there's no basis in the testimony for that,

1    but that's the way the government organized it, suggesting

2    that Mr. James or -- or Mr. Minuta somehow has some superior

3    position in that group above the four, including Mr. Ulrich

4    who testified, and that's purely creation by the government;

5    that's not supported by the evidence.

6              THE COURT:  All right.  So this is what I propose

7    saying to the jury as an independent instruction, separate

8    and apart from our summary charts exhibit instruction.

9              "I've admitted into evidence Government

10   Exhibit 1531, which, from time to time, has been referred to

11   as 'the board.'  You will have Exhibit 1531 with you in the

12   jury room as a single page.  Exhibit 1531 is itself not

13   independent evidence.  Instead, it represents a summary of

14   what the government contends it has proven in the case based

15   on admitted evidence.  It is your own recollection and

16   interpretation of the evidence that controls, however.

17   Ultimately it is up to you whether Government Exhibit 1531

18   fairly and accurately reflects the evidence presented.  You

19   should give it as much weight as you believe it deserves."

20             MR. SHIPLEY:  I can live with that.

21             MS. HALIM:  Noting the objection, nonetheless,

22   then, yes, to the exhibit going back, but that instruction

23   is acceptable.

24             THE COURT:  All right.

25             Government okay with the instruction?

1          MR. NESTLER:  Yes, Your Honor.

2          THE COURT:  Everybody else on the defense side

3    okay with it?

4          MR. WEINBERG:  Yes, Your Honor.

5          THE COURT:  All right.

6          So I will -- to the extent we've got sort of

7    subtitles, I'll just title it -- I had thought to title it

8    organizational chart, but I'm just going to title it

9    Government Exhibit 1531, and then we'll insert that language

10   in after the summary exhibits instruction that we'll

11   provide, okay?

12         All right.  We circulated last evening an

13   updated -- I'm sorry, not last evening -- on -- this morning

14   an updated set of jury instructions from what was

15   circulated, I think, on Saturday.  The only changes,

16   I believe, to those instructions are that we took out the

17   character evidence instruction, and then -- oh, right.

18   Right.

19         And then there was a small change that I thought

20   we had resolved with respect to the firearms instruction at

21   the end, I just took out the circumstantial evidence clause

22   that we had included in there in the original instructions.

23         So with that, is there any other instructional

24   issue anybody has a concern with?  Speak now or forever hold

25   your peace until you get to, maybe, the Court of Appeals.

```
 1              Okay.  All right.  So we'll make those updates.
 2              So let's bring our jurors in.  We'll have Mr. Peed
 3   put on his single witness, and we will have everybody rest.
 4              MR. PEED:  Your Honor, I'm just going to rest.
 5   I spoke with Mr. Vallejo, and I'm just going to rest.
 6              THE COURT:  Okay.  So Mr. Peed will stand up, he
 7   will rest.  Does the government have any rebuttal based upon
 8   the agent's testimony?
 9              MR. NESTLER:  Can we have a second, Your Honor?
10              (Government counsel conferred off the record.)
11              MR. EDWARDS:  Yes, Your Honor.
12              THE COURT:  I'm sorry?
13              MR. EDWARDS:  We'd still have a rebuttal case.
14              THE COURT:  Okay.  And can you preview what that
15   will entail?
16              MR. EDWARDS:  Yes, Your Honor.  After -- I mean,
17   assuming Mr. Peed is resting now officially so we can now go
18   through our rebuttal case for purposes of litigation,
19   Your Honor.
20              So the only -- we can just bring up the two slides
21   that we referenced earlier.
22              JC is the wizard on the screens.  I can also just
23   pull my computer up if that would be helpful.
24              I might have the same problem.
25              THE COURT:  Couldn't begin to tell you what he
```

```
 1   does.
 2           MR. EDWARDS:  See if I can do it.
 3           So the two slides, Your Honor, if we can see on
 4   your screen, will be a message from Laury Carter to Edward
 5   Vallejo around the day or the day after that Mr. Vallejo
 6   arrives back from Arizona, in which Laury Carter asks for
 7   Todd Kandaris' numbers to make arrangement to get guns back.
 8           And Mr. Vallejo, after that message --
 9           THE COURT:  I'm sorry, Laury Kandaris [sic],
10   that's Mr. Kandaris' [sic] wife?
11           MR. EDWARDS:  Mr. Carter's wife.  There's a third
12   individual that traveled with Todd Kandaris and Edward
13   Vallejo.
14           Mr. Vallejo then responds with --
15           THE COURT:  I'm sorry, can you go back one more?
16           MR. EDWARDS:  Yes, Your Honor.
17           THE COURT:  Okay.
18           MR. EDWARDS:  And then Mr. Vallejo responds with
19   what Ms. Carter requested.
20           THE COURT:  Okay.
21           MR. EDWARDS:  Those would be the two new slides.
22   Obviously I'd have a couple questions to frame it for the
23   jury to introduce this topic, but these would be the only
24   two new exhibits that we would be introducing.
25           THE COURT:  Okay.
```

1          MR. PEED:  So, Your Honor, I anticipated those

2    would be the slides that they would be interested in.

3    I don't think I've opened the door to additional messages

4    about what Kelly Carter brought or didn't bring.

5          THE COURT:  Well, I mean, it -- at least I

6    understood your case in part to want to suggest that

7    Mr. Vallejo didn't bring guns, not just him personally but

8    as a group; that is, Mr. Kandaris and Mr. Carter.  Did

9    didn't they all travel together?

10          MR. PEED:  They all traveled together, Your Honor.

11    I don't have any case related to what Mr. Vallejo brought.

12          I mean, I'm foregoing that because I don't want to

13    get into what Mr. Carter brought.

14          THE COURT:  Tell me how it relates, Mr. Edwards,

15    to what was presented through Agent Hilgeman -- or Agent --

16          MR. EDWARDS:  Cody.

17          THE COURT:  Cody.

18          MR. EDWARDS:  Yes, Your Honor.

19          So two things.  One, just as a direct response to

20    Mr. Peed's point was, it was -- the government is interested

21    in the fact that Mr. Vallejo had access to guns.  It's not

22    just his personal firearms.  It's the fact that he had

23    access to those firearms in the hotel room.

24          And, second, to Your Honor's question, through

25    Agent Cody, if you recall, Mr. Peed admitted a series of

1    exhibits and then curtailed the direct, but it still opened

2    the scope of his case up through a number of those exhibits.

3            In some of those exhibits, there were messages

4    about Mr. Vallejo bringing food for 30 days, and some of

5    that topic came up both in cross and in redirect.  And there

6    were other exhibits in which they were focused on protective

7    security details.

8            And so the tenor of Mr. Peed's cross-examination

9    of multiple witnesses but then more relevant the exhibits

10   that he introduced through Agent Cody on direct and then

11   questions on redirect, the tenor and the impression from

12   this case was that Mr. Vallejo brought food or that he was

13   prepared to have 30 days' worth of food.  And so this is a

14   direct rebuttal to the notion that Mr. Vallejo was serving

15   as some form of kitchen only.

16           Mr. Vallejo also admitted exhibits that focused on

17   him going to a campground, for example, and Mr. Peed's

18   argument three times that that is evidence that Mr. Vallejo

19   was intending to serve as this portable kitchen.  And

20   so this is a --

21           THE COURT:  What I can't recall is whether

22   those -- because I do remember the discussion about the

23   government having admitted the statements about food and

24   campground in its case, but I don't remember whether those

25   were presented before Agent Cody or not.

1          MR. EDWARDS:  In EV106, I think, is the exhibit,

2     if I -- I don't have it on the -- my fingertips,

3     unfortunately it's on my desktop, but I think in one of the

4     exhibits Mr. Peed introduced, it was one of those messages.

5     So admittedly the government also had introduced that in its

6     case-in-chief, but then I believe that was one of the

7     exhibits in his large batch of exhibits that he admitted

8     initially with Agent Cody.

9          THE COURT:  Okay.

10         MR. PEED:  So, Your Honor, all that batch did was

11    basically housekeeping.  There were things the government

12    already introduced.

13         My questions to Agent Cody were about the use of

14    the phrase "taken."

15         THE COURT:  Use of the phrase what?

16         MR. PEED:  "Taken," in terms of taken the Capitol.

17         THE COURT:  There's more to it than that.

18         But can you put up your exhibit that you showed

19    him so I can just look through the slides?

20         MR. EDWARDS:  The two that I showed a second ago?

21         THE COURT:  No.  No.  The slides that Mr. Peed

22    presented.

23         Can you put your slide deck up that you showed

24    Agent Cody?

25         MR. PEED:  I don't think I showed Agent Cody any

```
 1   slides.  I don't know which one they're talking about.
 2              THE COURT:  Sorry?
 3              MR. EDWARDS:  There were multiple.
 4              If you recall, the Court had ruled that even if
 5   Mr. Peed doesn't go ask questions about them, it still
 6   opened the scope of his direct based on each one of those
 7   batches of exhibits.  There were about 15.
 8              THE COURT:  Right.  I thought you presented
 9   exhibits to him.
10              MR. PEED:  I didn't show him any slides.
11   I focused on the podcast, the January 7th podcast, and the
12   question of taken the Capitol.
13              So the only slide I showed him was a text to
14   Donna Hancock saying, "The people have taken the Capitol,
15   Congress in bedlam."
16              MR. EDWARDS:  Your Honor, I can pull the exhibit
17   number.
18              So in EV305.1, it's part of the --
19              THE COURT:  So let's be clear about what happened.
20              So you admitted 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11,
21   12 exhibits at the start of your case, and then you
22   presented him with an EV184, and then the issue about taking
23   the Capitol and then -- so that's what you presented,
24   actually -- well, that's what you presented to the agent,
25   let me put it that way.  But there were other exhibits that
```

 1    were presented as part of your case.

 2              MR. EDWARDS:  Yes, Your Honor.

 3              And we had a back-and-forth as to whether or not

 4    the scope of direct would be opened by the exhibits even if

 5    he didn't ask those questions.

 6              THE COURT:  Right.

 7              MR. EDWARDS:  The Court ruled it would.  And so

 8    the government proceeded to cross Agent Cody on a number of

 9    those exhibits.

10              Two of those exhibits included Exhibit 305.1,

11    which is the 1776 Square chat that includes these three

12    individuals, Todd Kandaris, Edward Vallejo and Kelly Carter.

13    And one of the messages in the chat that is included in

14    Mr. Peed's exhibit talks about him -- Mr. Vallejo bringing

15    the kitchen and that the kitchen would be packed up.

16              And so we can pull that if it's helpful to

17    Your Honor, but there are messages in that snippet of

18    exhibits in which Mr. Vallejo says, "The kitchen will be

19    packed."

20              Then there's Exhibit EV105, Mr. Peed also

21    admitted, but I don't know if he went into, until redirect,

22    in which Mr. Vallejo said he had food for 30 days.

23              THE COURT:  Okay.  Can you just bring up EV305.1,

24    because I understand that's what you're seeking to

25    specifically rebut, right?

1          MR. EDWARDS:  Yes, Your Honor.

2          And while Ms. Badalament does that, part of the

3  government's response to Mr. Peed last week to the Court

4  about the photos and about these other exhibits is that the

5  government still had the right to try and show the jury that

6  the 30 days of food was not to the exclusion of other items.

7          Mr. Peed, it might be helpful if you could pull up

8  305.14.

9          THE COURT:  What's the next page say?

10          Okay.

11          All right.  Mr. Edwards, you're saying?

12          MR. EDWARDS:  That the combination of Mr. Peed's

13  exhibits and then combining that with the other messages

14  that we introduced in EV105 about Vallejo having 30 days'

15  worth of food, and then engaging with Agent Cody on redirect

16  about that particular exhibit, some of those messages opens

17  the door.  So the impression that he -- Mr. Peed was giving

18  to the jury is that Mr. Vallejo is, you know, an Uber Eats,

19  that he has 30 days' worth of food, that he has packed up a

20  kitchen and that he has brought that across the country.

21          So the government's rebuttal with those two slides

22  and the testimony of Agent Hilgeman that the -- that that is

23  not the exclusion of other items, which is what I flagged

24  late last week when we were addressing some of these

25  exhibits.

4282

1           THE COURT:  Okay.

2           Okay.

3           I'll allow the limited exhibits to come in.

4  I think it is true that the general tenor of the exhibits,

5  in particular Part 305.1 and -- EV105 that was about the

6  food?

7           MR. EDWARDS:  Yes, Your Honor.

8           THE COURT:  Oh, no, I'm sorry.  It was EV --

9  right, EV105 about food for 30 days, "I'll be back to do it

10 again at 6:00 a.m.," certainly, I don't think it was just

11 housekeeping but, rather meant to put exhibits in front of a

12 jury that leave the impression that Mr. Vallejo really was

13 there largely to -- as a -- to supply food, in part.

14 I mean, that's one of the impressions to leave.

15           And so I'll let these two exhibits come in that

16 support the notion that -- that one of the other members of

17 Mr. Vallejo's traveling group.  And did that person stay at

18 the inn -- I'm sorry, at the Comfort Inn?

19           MR. EDWARDS:  Yes, Your Honor, in the same room.

20           MR. PEED:  But, Your Honor, the 30 days of food

21 was a government exhibit, and they've used that in their

22 cross and their sort of argument of cross that Mr. Vallejo

23 was prepared for a sort of long siege.

24           It was basically a 106 type housekeeping for that

25 exhibit.

4283

1          THE COURT:  Please don't tell me it was a

2    106 housekeeping, Mr. Peed.  We've had lots of arguments

3    about 106, and you have -- not arguments, but you've

4    insisted on having evidence presented contemporaneously with

5    what the government presents, and that's appropriate.  So

6    this was now your case, this is not a Rule 106 issue.  At

7    least your exhibits are not Rule 106 exhibits.

8          MR. PEED:  That was the intent, Your Honor.

9          THE COURT:  That's not how -- that is not -- may

10   be the intent, but that's not how it comes in.

11         MR. PEED:  So what we have here is a

12   non-co-conspirator who the main reason that I didn't call,

13   upon further reflection, was because of this type of message

14   just -- you have a non-co-conspirator asking for his weapons

15   back from Todd Kandaris, not Mr. Vallejo.

16         So Mr. Vallejo bringing food is not rebutted by

17   Mr. Carter, a non-conspirator, giving weapons to

18   Mr. Kandaris and then needing to get those weapons back from

19   Mr. Kandaris.  None of that has to do with what was in the

20   bins because Mr. Kandaris --

21         THE COURT:  No, but what it does have to do with

22   is what Mr. Vallejo has access to while he's there.  And the

23   impression has been left that the bins and Mr. Vallejo's

24   purpose and what he was there for was he had food.  And what

25   I think the jury is left with the impression was he didn't

1    have access to weapons or he didn't --

2              MR. PEED:  Well, the firearms texts from

3    Mr. Kandaris, which is used extensively by the government,

4    talks about rifles.

5              What I didn't open the door is anything to what

6    Mr. Vallejo had access to.  I'm not arguing he did or did

7    not have access to weapons through my case, nothing about

8    that, Your Honor.

9              THE COURT:  So you're not going to argue to the

10   jury that he had access to weapons?

11             MR. PEED:  No, Your Honor.

12             In fact, you know, what's in evidence is that

13   there was this Hagmann Report which said, Everyone should

14   come to D.C. and come and exercise their First and

15   Second Amendment rights.

16             THE COURT:  Let me just say, will you be getting

17   to up to the jury and saying -- standing up and saying, The

18   government has not proven beyond a reasonable doubt that

19   Mr. Vallejo had access to weapons at the hotel?

20             MR. PEED:  No, Your Honor.

21             THE COURT:  That will not be your argument?

22             MR. PEED:  No.

23             THE COURT:  Okay.

24             I mean, if that's -- go ahead.

25             MR. EDWARDS:  I think the scope of our rebuttal

4285

```
 1  case is dictated by the scope of his case, not necessarily
 2  the argument.
 3              THE COURT:  No, I understand all that.  I mean,
 4  I get that, but, you know --
 5              MR. EDWARDS:  And if I could just remind
 6  Your Honor, last week when we were crossing Agent Cody, when
 7  the government crossed Agent Cody, one of the questions was,
 8  Did Mr. Vallejo return back to the hotel, what gear did he
 9  have.  And when I got the rifles, Mr. Peed objected, and it
10  was sustained.
11              THE COURT:  I'm sorry, can you say that again?
12              MR. EDWARDS:  When we got into -- on cross with
13  Agent Cody about Mr. Vallejo returning to the hotel, and I
14  asked him if he returned there to asole [phon.] and then got
15  to the rifles, there was a sustained objection; and in part,
16  we had a conversation, it was quick, but it was about
17  whether or not Mr. Vallejo had the rifles back at the hotel
18  and then I proceeded to go into the Todd Kandaris message.
19  And when Agent Cody asked to see it, we were recommended
20  that the jury had already seen that message.
21              So that impression has already been put on the
22  jury based on not only the case but the objection he's
23  lodging here that we can't get into the fact that there were
24  rifles at the hotel when Mr. Vallejo was returning to the
25  hotel.
```

1    So I don't think that it's accurate to say that

2  his case that he has presented through both the evidence and

3  the exhibits and the objections gave this impression that

4  the point of all of that was building up to he had food and

5  not rifles.

6    MR. PEED:  The objection was about interpreting a

7  message.

8    My case had nothing to do with what Mr. Vallejo

9  had access to.

10    I think it's clear, from the record, he had access

11  to firearms that Mr. Kandaris is saying, We're coming with

12  rifles.

13    The fact -- I mean --

14    THE COURT:  So what are you going to argue about

15  the bins?

16    MR. PEED:  Well, the bins didn't have rifles in

17  them.  I don't think the government disputes that.

18    THE COURT:  I don't know if they do or not.

19    MR. PEED:  I'm going to argue from the

20  government's evidence that he brought 30 days of food.  That

21  takes up space.

22    THE COURT:  So if that's what you're going to

23  argue, why can't the government, in its rebuttal --

24    MR. PEED:  The bag --

25    THE COURT:  -- case --

1          MR. PEED:  They had a firearm bag, they're going

2     to show Mr. Vallejo bringing in.  So that's not about the

3     bins.  I don't know why they think the bins are

4     incriminating, but they do.

5          THE COURT:  Why the bins are what?

6          MR. PEED:  I don't think why they think the bins

7     are incriminating, but they've seemed to by all the pictures

8     they've chosen to highlight.  But he brought in a bag which

9     could be carrying firearms, in addition to a bunch of bins.

10          You know, I think -- I'm going to argue from their

11     evidence -- I mean, from their texts of 30 days of food,

12     that he brought 30 days of food and that he was going to a

13     campground, in his mind.

14          But whether he had access to a firearm is not

15     something that I've touched in my case.

16          THE COURT:  Okay.

17          Mr. Edwards, I'll give you a last word, and then

18     I'll make a decision here.

19          MR. EDWARDS:  Yes, Your Honor.  I don't hear

20     Mr. Peed to be saying that he's going to get up before the

21     jury and robustly say that Mr. Vallejo had access to rifles

22     and guns in that hotel room.

23          That is certainly what the government would intend

24     to argue after rebutting Mr. Peed's case, in which he

25     presented messages, multiple messages about him being a

1    kitchen and bringing in bins.

2          Now, there is an argument that Mr. Peed can follow

3    the Court's ruling here that he won't argue that he didn't

4    have access to rifles.  He can do that by just focusing on

5    the one thing he says that Mr. Vallejo did have, which is

6    30 days' worth of food, and that's what I hear Mr. Peed to

7    be saying here.

8          And I think to limit the government's rebuttal

9    case based on the contours of how Mr. Peed may argue to the

10   jury that 30 days' worth of food but not to then admit about

11   the rifles, that's the government's prerogative here to

12   rebut the exhibits that Mr. Peed admitted in his

13   case-in-chief.

14         And to the extent the Court is considering the

15   admissibility of the messages, I'm happy to address but for

16   the government-adopted admissions here.

17         THE COURT:  No, I agree with that.

18         Look, I guess -- hang on one second.  Have a seat,

19   everybody.

20         (Pause)

21         THE COURT:  All right.  I think what the Circuit

22   has written is as in a case called -- it's a civil case but

23   I'm sure the rule is still applicable, but it's a case

24   called *Settling Devotional Claimants vs. Copyright Royalty*,

25   797 F.3rd 1106.

4289

1            "The trial court has the discretion to limit the

2      scope of rebuttal testimony to that which is directed to

3      rebut new evidence or new theories proffered in the

4      defense's case-in-chief."

5            And I don't know how strict it is in terms of the

6      newness quality to it, but it certainly has been the theme

7      throughout Mr. Peed's -- both his cross-examinations of

8      government witnesses and in terms of the messages that he's

9      emphasized, that Mr. Vallejo, in part, was there and he

10     brought food with him.

11           And that while I guess he doesn't deny that he had

12     access to guns, certainly I think is leaving the jury with

13     the impression that one of the primary purposes there was to

14     come in and set up a campground, essentially.

15           But all that said, I don't know that it's anything

16     that's new or anything that's particularly novel as part of

17     his case-in-chief by submitting the exhibits that he did.

18     The government had the opportunity to essentially

19     cross-examination Cody with additional exhibits that

20     rebutted the exhibits that Mr. Peed admitted.

21           And so if the government had sought to perhaps

22     admit these in cross-examination, I think I might have been

23     more open to it, but I don't know that it needs to -- it's

24     proper as rebuttal evidence.  So I think I'll exclude it at

25     this point as rebuttal evidence, okay?

1      MR. EDWARDS:  Your Honor, just to -- I understand

2  the Court's ruling.

3      The intent by the government in not doing that on

4  cross was that the Court's rulings on 106 have been

5  particularly limited to the particular chat or the time

6  frame, which I understand.  So the government's thought on

7  that was, if we had messages in 1776 Square around the time

8  of the message about the kitchen, that may be within the --

9      THE COURT:  All right.  But this was what date?

10      MR. EDWARDS:  His messages --

11      THE COURT:  The one that you want to show is

12  January 7th, right?

13      MR. EDWARDS:  15th.

14      THE COURT:  January 15th.

15      MR. EDWARDS:  15th.  It's as soon as Mr. Vallejo

16  arrives back to Arizona.

17      THE COURT:  Oh, I didn't appreciate that.

18      MR. EDWARDS:  Right.

19      And so I think those messages, based on the

20  Court's kind of parameters around Rule 106, those are days

21  later in a completely different thread and a different

22  individual, which is Kelly Carter's wife now because

23  Kelly Carter had left his phone at the airport.

24      THE COURT:  All right.  Can I just see the slides

25  again real quick?  Sorry to prolong all of this.

 1          MR. EDWARDS:  So I'll scroll up.

 2          THE COURT:  Okay.

 3          MR. EDWARDS:  So the government had viewed these

 4  based on the Court's prior 106 rulings as actually more

 5  suitable for rebuttal, as opposed to cross, because this is

 6  a week later, and it's a completely different individual.

 7  And so Mr. Vallejo arrives, and within 24 hours someone

 8  related to Kelly Carter was reaching out.

 9          THE COURT:  Okay.

10          All right.  Just give me five minutes, everybody,

11  I'm just going to just take a quick look and then I'll be

12  right back and then we'll get started.

13          COURTROOM DEPUTY:  All rise.

14          This Court stands in recess.

15          (Recess from 10:25 a.m. to 10:27 a.m.)

16          COURTROOM DEPUTY:  All rise.  The Court is now in

17  session; the Honorable Amit P. Mehta now presiding.

18          THE COURT:  Okay.  So I think I'm going to stick

19  by my initial ruling.  I'm going to leave it out as

20  rebuttal.  I do think it's the kind of -- it's the kind of

21  message that both could have come in in the government's

22  case-in-chief, it seems to me arguably it could have come in

23  on cross, although I'm not sure the Rule 106 -- again, I've

24  thought of Rule 106 as Mr. Peed has insisted it being which

25  is to complete something that's presented on direct

1  examination of a witness in the proper sequence in which the

2  evidence is being permitted -- presented, excuse me, and to

3  complete any particular message that otherwise would be

4  misleading.

5           And so I don't think that was kind of the

6  driving -- that was not what was driving the scope of the

7  cross-examination in my mind, so I think I'll exclude it --

8  frankly, out of an abundance of caution, I think it makes

9  sense to exclude or not permit the government to present

10 this new set of messages on rebuttal.

11          And so where are then is, Mr. Peed, you're going

12 to rest, the government will rest, and I will instruct and

13 then we'll be done for the day, okay?  And then you all can

14 just put your Rule 29s on the record or if you want to do it

15 now but -- or we can do it right afterwards.

16          MS. HALIM:  Do you mind if we do it now just

17 because I told Mr. Hackett he could run to the restroom.

18 I'm sorry about that.  I thought we had more time.

19          THE COURT:  Sure.  It looks like -- is that him?

20 No.

21          All right.  Go ahead, why don't you all just make

22 your Rule 29 motions, and then if you want to just renew

23 them.

24          MS. HALIM:  Okay.  On behalf of Mr. Hackett,

25 I rule the -- I renew the Rule 29 motions for all counts.

4293

1    Thank you.

2            THE COURT:  Okay.

3            MR. SHIPLEY:  Same on behalf of Mr. Minuta.  We'll

4    renew all Rule 29 motions at the close of all evidence.

5            THE COURT:  Okay.  Thank you.

6            MR. WEINBERG:  Same on behalf of Mr. Moerschel, we

7    would renew all the motions.

8            THE COURT:  Okay.

9            MR. PEED:  Same on behalf of Mr. Vallejo.

10           THE COURT:  All right.  And then with the

11   government having rested, the record will reflect that the

12   same -- or with the government having no rebuttal, that

13   Rule 29 will be the final one for the defense, okay.

14           MR. EDWARDS:  Just purely for the record, Your

15   Honor, we oppose those motions, and I understand the Court

16   will want briefing on all of these.

17           THE COURT:  Right.

18           We're also waiting on Mr. Moerschel.

19           We also sent you all the updated instructions so

20   you can follow along.

21           MS. HALIM:  If you want to bring the jury in and

22   just mention to them Mr. Hackett will be right back, that

23   would be fine.

24           MR. WEINBERG:  Same for Mr. Moerschel.

25           THE COURT:  Okay.  All right.  If you are both

4294

1   okay with that then --

2               MR. WEINBERG:  Yeah.

3               MS. HALIM:  Yeah.

4               COURTROOM DEPUTY:  Jury panel.

5               (Jury entered the courtroom.)

6               THE COURT:  All right.  Please be seated,

7   everyone.

8               Ladies and gentlemen, welcome back.  My sincere

9   apologies for the delay this morning.  There were just

10  discussions that we had to have about what left and what's

11  coming, and that took a little bit longer than I

12  anticipated.  So we, once again, appreciate your patience

13  with us.  I hope everybody had a nice long weekend.

14              So with that, you'll recall that we were in

15  Mr. Vallejo's case as of last Thursday.  So, Mr. Peed, any

16  additional witnesses or evidence?

17              MR. PEED:  No, Your Honor.  At this time,

18  Mr. Vallejo rests.

19              THE COURT:  Okay.

20              So with that, what that means is the defense has

21  concluded presenting its cases-in-chief.

22              Mr. Edwards?

23              MR. EDWARDS:  Your Honor, the government rests.

24              THE COURT:  All right.

25              So the government is also resting as well.  That

4295

```
 1    means the government has no rebuttal evidence.  You'll
 2    remember at the beginning I just said that the government
 3    would have the opportunity to present a rebuttal case if it
 4    wished, it's not required to, and it has now rested.
 5              All right.  What that means is all of the evidence
 6    is in in the case.  So we have reached another important
 7    milestone in the matter.
 8              Here's what the rest of today and tomorrow will
 9    look like.  Today is also going to be a short day.  What is
10    left is for me to read to you the final instructions that
11    you will use during your deliberations.  Once we've
12    concluded with those final instructions this morning, the
13    day will conclude, and then we will resume tomorrow at 9:30
14    with the closing arguments and those will certainly take all
15    day tomorrow so no short days tomorrow.
16              So that's the plan, and so the case is now in in
17    terms of the evidence.  What's left for me to do is to
18    instruct you on the evidence and then hear the parties'
19    closings.
20              So the instructions, which I have here in my
21    hands, are quite lengthy.  I would expect it probably will
22    take on the order to an hour and 15 minutes for me to read
23    through them.  Let me just let you know at the outset, each
24    of you will have a copy of these instructions with you
25    during your deliberations, so don't feel like you need to
```

1    write all of these instructions down.

2            I do it this way so that the parties have an

3    opportunity to make their closing arguments based on you

4    already having heard the instructions, and so that's why we

5    are proceeding in the fashion that we are.  So with that,

6    let us begin.

7            It is now time where all of the evidence is in in

8    the case.  It is now up for me to instruct you on the law.

9    Before we talk about the specific charges alleged here and

10   some of the specific issues in the case, I want to take a

11   few moments to talk about some general rules of law.  Some

12   of these will repeat what I told you in my preliminary

13   instructions.

14           My function is to conduct this trial in an

15   orderly, fair, and efficient manner, to rule on questions of

16   law; and to instruct you on the law that applies in this

17   case.

18           It is your duty to accept the law as I instruct

19   you.  You should consider all of the instructions as a

20   whole.  You may not ignore or refuse to follow any of them.

21           Your function as the jury is to determine what the

22   facts are in this case.  You are the sole judges of the

23   facts.  While it is my responsibility to decide what is

24   admitted as evidence during the trial, you alone decide what

25   weight, if any, to give to that evidence.  You alone decide

1    the credibility or believability of the witnesses.

2         You should determine the facts without prejudice,

3    fear, sympathy, or favoritism.  You should not be improperly

4    influenced by anybody's race, ethnic origin, or gender.

5    Decide the case solely from a fair consideration of the

6    evidence.

7         You may not take anything I may have said or done

8    as indicating how I think you should decide this case.  If

9    you believe that I've expressed or indicated any such

10   opinion, you should ignore it.  The verdict in this case is

11   your sole and exclusive responsibility.

12        If any reference by the Court or the attorneys to

13   the evidence does not coincide with your own recollection of

14   the evidence, it is your recollection that should control

15   during your deliberations.

16        During the trial I've permitted you to -- those of

17   you who wanted to, to take notes.  You may take your

18   notebooks with you to the jury room and use them during your

19   deliberations if you wish.  As I've told you at the

20   beginning of the trial, your notes are only to be an aid to

21   your memory.  They're not evidence in the case, and they

22   should not replace your own memory of the evidence.  Those

23   jurors who have not taken notes should rely on their own

24   memory of the evidence.  The notes are intended to be there

25   for the note-taker's own personal use.

4298

1        Every defendant in a criminal case is presumed to

2   be innocent.  The presumption of innocence remains with the

3   defendant throughout the trial unless and until the

4   government has proven he is guilty beyond a reasonable

5   doubt.  This burden never shifts throughout the trial.  The

6   law does not require the defendant to prove his innocence or

7   to produce any evidence at all.  If you find the government

8   has proven beyond a reasonable doubt every element of a

9   particular offense with which the defendant is charged, it

10  is your duty to find that defendant guilty of the offense.

11  On the other hand, if you find the government has failed to

12  prove any element of a particular offense beyond a

13  reasonable doubt, you must find the defendant not guilty of

14  that offense.

15        The government has the burden of proving the

16  defendant guilty beyond a reasonable doubt.  In civil cases,

17  it is only necessary to prove that a fact is more likely

18  true than not, or in some cases that its truth is highly

19  probable.  In criminal cases such as this one, the

20  government's proof must be more powerful than that; it must

21  be beyond a reasonable doubt.  Reasonable doubt, as the name

22  implies, is a doubt based on reason, a doubt for which you

23  have a reason based upon the evidence or lack of evidence in

24  the case.  If after careful, honest, and impartial

25  consideration of all the evidence you cannot say that you

1  are firmly convinced of a defendant's guilt, then you have a

2  reasonable doubt.

3          Reasonable doubt is the kind of doubt that would

4  cause a reasonable person, after careful and thoughtful

5  reflection, to hesitate to act in the graver or more

6  important matters in life.  However, it is not an imaginary

7  doubt, nor is it a doubt based on speculation or guesswork.

8  It is a doubt based on reason.  The government is not

9  required to prove guilt beyond all doubt or to a

10  mathematical or scientific certainty.  Its burden is to

11  prove guilt beyond a reasonable doubt.

12          Now, one of the questions you were asked when we

13  were selecting this jury was whether the nature of the

14  charges would affect your ability to render a fair and

15  impartial verdict.  There was a reason for that question.

16  You must not allow the nature of the charges themselves to

17  affect your verdict.  You must consider only the evidence

18  that has been presented in this case in rendering a fair and

19  impartial verdict.

20          The weight of the evidence is not necessarily

21  determined by the number of witnesses testifying for each

22  side; rather, you should consider all of the facts and

23  circumstances in evidence to determine which of the

24  witnesses you believe.  You might find that the testimony of

25  a smaller number of witnesses on one side is more believable

1    than the testimony of a greater number of witnesses on the

2    other side, or you might find the opposite.

3         During your deliberations, you may consider only

4    the evidence properly admitted in this trial.  The evidence

5    in this case was the sworn testimony of the witnesses, the

6    exhibits that were admitted into evidence, and the facts

7    stipulated to by the parties.

8         During the trial, you were told that the parties

9    had stipulated, that is, agreed to certain facts.  You

10   should consider any stipulation of fact to be undisputed

11   evidence.

12        When you consider the evidence, you are permitted

13   to draw, from the facts that you find have been proven, such

14   reasonable inferences as you feel are justified in light of

15   your experience.  You should give any evidence such weight

16   as in your judgment it is fairly entitled to receive.

17        Statements and arguments of the lawyers are not

18   evidence, they are only intended to assist you in

19   understanding the evidence.  Similarly, the questions of the

20   lawyers are not evidence.

21        There are two types of evidence from which you may

22   determine what the facts are in this case, direct evidence

23   and circumstantial evidence.  When a witness, such as an

24   eyewitness, asserts actual knowledge of a fact, that

25   witness' testimony is direct evidence.  On the other hand,

1    evidence of facts and circumstances from which reasonable

2    inferences may be drawn is circumstantial evidence.

3           Let me give you an example.  Assume a person

4    looked out a window and saw that snow was falling.  If he or

5    she later testified in court about what they had seen, their

6    testimony would be direct evidence that snow was falling at

7    the time he or she saw it happen.  Assume, however, that a

8    person looked out a window and saw no snow on the ground and

9    then went to sleep and saw snow on the ground after he or

10   she woke up.  The testimony about what had been seen would

11   be circumstantial evidence that it had snowed while the

12   person was sleeping.

13          The law says that both direct and circumstantial

14   evidence are acceptable as a means of proving a fact.  The

15   law does not favor one form of evidence over the other.  It

16   is for you to decide how much weight to give to any

17   particular evidence, whether it is direct or circumstantial.

18   You are permitted to give equal weight to both.

19   Circumstantial evidence does not require a greater degree of

20   certainty than direct evidence.  In reaching a verdict in

21   this case, you should consider all of the evidence

22   presented, both direct and circumstantial.

23          The lawyers in this case sometimes objected when

24   the other side asked a question, made an argument, or

25   offered evidence that the objecting lawyer believed was not

1   proper.  You must not hold such objections against the

2   lawyer who made them or the party they represent.  It is the

3   lawyer's responsibility to object to evidence that they

4   believe is not admissible.

5           If, during the course of the trial, I sustained an

6   objection to a lawyer's question, you should ignore the

7   question, and you must not speculate as to what the answer

8   would have been.  If, after a witness answered a question, I

9   ruled that the answer should be stricken, you should ignore

10  both the question and the answer, and they should play no

11  part in your deliberations.  Likewise, exhibits as to which

12  I have sustained an objection or that I ordered stricken are

13  not evidence, and you must not consider them in your

14  deliberations.

15          In determining whether the government has proved

16  its case, you may consider and weigh the testimony of all

17  the witnesses who have appeared before you.

18          You are the sole judges of the credibility of the

19  witnesses; in other words, you alone are to determine

20  whether to believe any witness and the extent to which any

21  witness should be believed.

22          In reaching a conclusion as to the credibility of

23  any witness, you may consider any matter that may have a

24  bearing on the subject.  You may consider the demeanor and

25  the behavior of the witness on the witness stand; the

1  witness's manner of testifying; whether the witness

2  impresses you as a truthful person; whether the witness

3  impresses -- witness impresses you as to having an accurate

4  memory and recollection; whether the witness has any motive

5  for not telling the truth; whether the witness had a full

6  opportunity to observe the matters about which he or she has

7  testified; whether the witness had any interest in the

8  outcome of the case or friendship or hostility toward other

9  people concerned with this case.

10          Inconsistencies or discrepancies in the testimony

11  of a witness or between the testimony of different witnesses

12  may or may not cause you to discredit such testimony.  Two

13  or more persons witnessing an incident or transaction may

14  see or hear it differently.  An innocent misrecollection,

15  like a failure of recollection, is not an uncommon

16  experience.  In weighing the effect of the inconsistency or

17  discrepancy, always consider whether it pertains to a matter

18  of important or unimportant detail and whether the

19  inconsistency or discrepancy results from innocent error or

20  intentional falsehood.

21          You may consider the reasonableness or

22  unreasonableness, the probability or improbability of the

23  testimony of a witness in determining whether to accept it

24  as true and accurate.  You may consider whether the witness

25  has been contradicted or supported by other credible

1  evidence.

2          If you believe that any witness has shown him or

3  herself to be biased or prejudiced for or against either

4  side in this trial, you may consider and determine whether

5  such bias or prejudice has colored the testimony of the

6  witness so as to affect the desire and capability of that

7  witness to tell the truth.  You should give the testimony of

8  each witness such weight as, in your judgment, it is fairly

9  entitled to receive.

10          The government is permitted to call witnesses to

11  testify that they participated in the offenses charged

12  against the defendants, although the testimony of such a

13  witness should be considered with caution.  You should give

14  their testimony as much weight as, in your judgment, it

15  deserves.

16          You heard evidence in this case that

17  two witnesses, Caleb Berry and Brian Ulrich, entered into a

18  plea agreement with the government, pursuant to which they

19  agreed to testify truthfully in this case, and the

20  government agreed to dismiss certain charges against them

21  and bring their cooperation to the attention of their

22  sentencing judge, and consider filing papers with their

23  judge, which would permit that judge to impose a more

24  lenient sentence than the judge might otherwise be able to

25  impose.

1          The government is permitted to enter into these

2    kind of plea agreements.  You in turn may accept the

3    testimony of such witnesses and convict a defendant on the

4    basis of this testimony alone if it convinces you of a

5    defendant's guilt beyond a reasonable doubt.  Witnesses who

6    have entered into plea agreements are under the same

7    obligation to tell the truth as are any other witnesses.

8    The plea agreement does not protect them against prosecution

9    for perjury or false statement should they lie under oath.

10          However, you may consider whether witnesses who

11   have entered into such agreements have an interest different

12   from other types of witnesses.  You may consider whether the

13   plea agreements the witnesses entered into with the

14   government have motivated them to testify falsely against

15   the defendants.  The testimony of witnesses who have entered

16   into plea agreements should be considered with caution.  You

17   should give their testimony as much weight as, in your

18   judgment, it deserves.

19          You have heard testimony about witnesses meeting

20   with attorneys and/or investigators before they testified.

21   You are instructed that it is perfectly proper for a lawyer

22   or investigator to interview a witness in preparation for

23   trial.

24          A police officer's or law enforcement agent's

25   testimony should be considered by you just as any other

1    evidence in the case.  In evaluating the officer's or

2    agent's credibility, you should use the same guidelines that

3    you apply to the testimony of any witness.  In no event

4    should you give either greater or lesser weight to the

5    testimony of any witness merely because he or she is a

6    police officer or law enforcement agent.

7            Now, every defendant in a criminal case has an

8    absolute right not to testify.  Each of the defendants in

9    this case have chosen to exercise this right.  You must not

10   hold this decision against any of them, and it would be

11   improper for you to speculate as to the reason or reasons

12   for their decisions.  You must not assume any defendant is

13   guilty because they chose not to testify.

14           In this case, you heard the testimony of

15   Jennifer Banks, who expressed opinions concerning cell-site

16   location information.  If scientific, technical or other

17   specialized knowledge might assist the jury in understanding

18   the evidence or in determining a fact in issue, a witness

19   who possesses knowledge, skill, experience, training or

20   education may testify and state an opinion concerning such

21   matters.  You are not bound to accept this witness's

22   opinion.  If you find that the opinion is not based on

23   sufficient education or experience, that the reasons

24   supporting the opinion are not sound or that the opinion is

25   outweighed by other evidence, you may completely or

1    partially disregard the opinion.  You should consider this

2    evidence with all the other evidence in the case and give it

3    as much weight as you think it fairly deserves.

4           You have heard evidence that witnesses may have

5    made statements on an earlier occasion and that these

6    statements may be inconsistent with testimony here at trial.

7    It is for you to decide whether the witness made such a

8    statement and whether, in fact, it was inconsistent with the

9    witness's testimony here.  If you find such an

10   inconsistency, you may consider the earlier statement in

11   judging the credibility of the witness.  But you may not

12   consider it as evidence that what the witness said in the

13   earlier statement was true.

14          You've also heard evidence that Caleb Berry made

15   an earlier statement under oath subject to the penalty of

16   perjury at the grand jury and that this statement may be

17   inconsistent with his testimony here at trial.  If you find

18   that the earlier statement is inconsistent with Mr. Berry's

19   testimony here in court, you may consider the inconsistency

20   in judging Mr. Berry's credibility.  You may also consider

21   this earlier statement as evidence that what was said in the

22   earlier statement was true.

23          Certain evidence in this case has been admitted

24   only against a particular defendant and not admitted against

25   other defendants.  That evidence includes the following:

1    Exhibits 4202.1 and 4802.2 are admitted only against

2    Mr. Hackett.

3              Unless I have previously instructed you otherwise,

4    all other evidence has been admitted against all defendants.

5              A transcript of a recording was furnished for your

6    convenience and guidance as you listened to the recording to

7    clarify portions of the recording which are difficult to

8    hear and help you identify speakers.  The recording,

9    however, is the evidence in the case, the transcript is not.

10   If you notice any difference between the transcript and the

11   recording, you must rely only on the recording and not on

12   the transcript.  In addition, if you cannot determine from

13   the recording what the particular words were spoken, you

14   must disregard the transcript as far as those words are

15   concerned.

16             The government introduced summary exhibits that

17   were a summary of voluminous records.  You may consider the

18   summary exhibits as you would any other evidence admitted

19   during the trial and give them such weight or importance, if

20   any, as you feel they deserve.

21             In addition, certain law enforcement agents

22   provided testimony about summary exhibits.  This included:

23             Testimony from FBI Special Agent Kelsey Harris

24   about Exhibits 1525, 1526, and 1557;

25             Testimony from FBI Special Agent Sylvia Hilgeman

1    about Government Exhibits 1501.2, 1518, 6900, and 6925;

2             Testimony from FBI Special Agent Joanna Abrams

3    about Government Exhibits 1500.2, 1503.1, 1504, 1505, 1508,

4    6740A, and 6742A;

5             And testimony from FBI Examiner Kathryn Cain about

6    Exhibits 1700, 1701, 72 -- excuse me, 7900, 7901, 7902, and

7    790 -- strike that again.

8             The exhibits from Examiner Cain were 9700, 9701,

9    9702, and 9704.

10            Insofar as these agents testified about the

11   contents of a summary exhibit, you should consider such

12   testimony only as an aid in evaluating the summary exhibit.

13   Any other testimony of these agents should be evaluated

14   consistent with the instructions I have already given you

15   about evaluating witness testimony.

16            I've admitted into evidence Government's

17   Exhibit 1531, which, from time to time, has been referred to

18   as "the Board."  You will have Exhibit 1531 with you in the

19   jury room as a single page.  Exhibit 1531 is itself not

20   independent evidence.  Instead, it represents a summary of

21   what the government contends it has proven in the case based

22   on admitted evidence.  It is your recollection and

23   interpretation of the evidence that controls, however.

24   Ultimately, it is up to you whether Government Exhibit 1531

25   fairly and accurately reflects the evidence presented.  You

```
 1   should give it as much weight as you believe it deserves.
 2           During the course of this trial, some of the
 3   exhibits were admitted in evidence -- some exhibits were
 4   admitted in evidence.  Sometimes only those parts of an
 5   exhibit that are relevant to your deliberations were
 6   admitted.  Where this has occurred, the irrelevant parts of
 7   the exhibit were blacked out or otherwise removed, or a
 8   video may have played without audio.  There are a variety of
 9   reasons why only a portion of an exhibit is admitted,
10   including that the other portions are inadmissible or
11   implicate an individual's privacy.  As you examine the
12   exhibits and you see where there appear to be omissions, you
13   should consider only the portions that were admitted.  You
14   should not guess as to what has been taken out, and you
15   should not hold it against any party.  You are to decide the
16   facts only from the evidence that is before you.
17           You've heard evidence about statements made to and
18   by some defendants and other individuals.  The
19   First Amendment of the United States Constitution protects
20   an individual's right to free speech, including speech that
21   you may find to be vile, hateful, or offensive.  The
22   First Amendment does not, however, provide a right to engage
23   in speech that is integral to criminal conduct.  You may not
24   find that a defendant committed a crime or that a conspiracy
25   existed simply because you find that a defendant or other
```

1    individuals engaged in speech you find to be offensive.  You

2    may, however, consider the statements made by defendants and

3    other individuals as evidence that, for example, a

4    conspiracy existed, a defendant entered into a conspiracy,

5    or a defendant had a certain motive, intent, or knowledge.

6         You also have heard evidence that some defendants

7    and other individuals possessed firearms.  The

8    Second Amendment of the United States Constitution protects

9    an individual's right to possess firearms in certain

10   circumstances, and there's nothing inherently unlawful about

11   doing so.  The Second Amendment does not, however, provide a

12   right to possess or use a firearm to commit a crime,

13   including to further a conspiracy.  You may not infer that a

14   defendant has a predisposition to engage in criminal conduct

15   simply because a person lawfully possessed firearms.  You

16   may, however, but are not required to, consider this

17   evidence -- as evidence that a defendant planned to do

18   something unlawful.

19        The Oath Keepers organization is not a defendant

20   in this case, and the defendants are not on trial for having

21   knowledge of or being associated with the Oath Keepers

22   organization.

23        In our system of justice, guilt or innocence is

24   personal and individual, and you should not make any

25   inferences or speculate about whether other individuals you

1    have heard about in this trial -- or whether they have been

2    charged with crimes.  I have decided which defendants will

3    stand at trial together and at which time.  The only issue

4    for you is to decide whether the government has proved each

5    of these defendants guilty beyond a reasonable doubt.

6          The indictment charges that the offense of

7    seditious conspiracy was committed from a time period

8    commencing in and around November 2020 through in and around

9    January 2021.

10         The indictment also charges that the offense of

11   conspiracy to obstruct an official proceeding and conspiracy

12   to prevent an officer from discharging any duties was

13   committed from a time period commencing in and around

14   December 2020 through and around January 2021.

15         The proof need not establish that a conspiracy

16   began and ended on an exact date.  Also, the proof need not

17   establish that a conspiracy existed for any particular

18   length of time.  It is sufficient if the evidence in the

19   case establishes beyond a reasonable doubt that the

20   conspiracy existed at any time in the time window alleged.

21         The indictment charges that the other offenses

22   were committed, that is, the non-conspiracy offenses were

23   committed on or about certain dates.  The proof need not

24   establish with certainty the exact date of the alleged

25   offense.  It is sufficient if the evidence in the case

1   establishes beyond a reasonable doubt that the offense was

2   committed on a date reasonably near the date alleged.

3           Now, a person's intent or knowledge ordinarily

4   cannot be proved directly because there is no way of knowing

5   what a person is actually thinking.  But you may infer

6   someone's intent or knowledge from surrounding

7   circumstances.  You may consider any statement made or acts

8   done or omitted by the defendants and all other facts and

9   circumstances received in evidence which indicate their

10  intent or knowledge.

11          You may infer, but are not required to infer, that

12  a person intends the natural and probable consequences of

13  acts they intentionally did or did not do.  It is entirely

14  up to you, however, to decide what facts to find from the

15  evidence received during the trial.  You should consider all

16  the circumstances and evidence that you think are relevant

17  in determining whether the government has proved beyond a

18  reasonable doubt that the defendant acted with the necessary

19  state of mind.

20          While a defendant must act with the intent I

21  described below for each charged crime, this need not be the

22  defendant's sole purpose.  A defendant's lawful conduct is

23  not negated by the simultaneous presence of another purpose

24  for the defendant's conduct.

25          Okay.  With those preliminary instructions in

1    mind, I am now going to turn to the charges against the

2    defendants as contained in the indictment.  A reminder, the

3    indictment itself is not evidence.  It merely describes the

4    charges made against each defendant and is the means by

5    which each defendant was formally notified of the charges

6    against him.  The document is merely an accusation.  It may

7    not be considered by you as evidence of the guilt of any

8    defendant, and you must not draw any inference of guilt from

9    it.

10         The indictment in this case contains conspiracy

11    charges and other charges.  The indictment alleges that the

12    defendants agreed to oppose by force the lawful transfer of

13    Presidential power following the 2020 U.S. Presidential

14    election, and in so doing, that the defendants violated

15    three separate conspiracy laws.

16         The first conspiracy charge is Count 1, seditious

17    conspiracy, which charges that the defendants entered in an

18    agreement to try to stop the lawful transfer of power by

19    opposing by force the authority of the government of the

20    United States or to use force to prevent, hinder, and delay

21    the execution of any law of the United States.  The second

22    conspiracy charge is Count 2, conspiracy to obstruct an

23    official proceeding, which charges that the defendants

24    entered an agreement to obstruct an official proceeding;

25    that is, Congress's session on January 6th, 2021, to certify

1    the Electoral College votes.  And the third conspiracy

2    charge is Count 4, conspiracy to prevent members of Congress

3    from discharging their duties.

4           With regard to the other charges, Count 3 of the

5    indictment charges all four defendants with obstruction of

6    an official proceeding; again, meaning Congress's session on

7    January 6th to certify the Electoral College votes.  Count 5

8    charges Defendants Hackett and Moerschel with destruction of

9    government property for the alleged damage to property at

10   the U.S. Capitol on January 6th.  Finally, Counts 6, 7, and

11   8 charge Defendants Roberto Minuta, David Hackett -- excuse

12   me -- Joseph Hackett and David Moerschel with obstruction of

13   justice for tampering with documents or proceedings.  These

14   charges are based on the allegations that these defendants,

15   after January 6th, deleted certain content -- discarded or

16   deleted certain content from their cell phones to prevent

17   the grand jury from obtaining that content.

18          The law of conspiracy that I'm about to explain to

19   you applies to Count 1, charging the defendants with

20   seditious conspiracy; Count 2, charging the defendants with

21   conspiracy to obstruct an official proceeding; and, Count 4,

22   charging the defendants with conspiracy to prevent members

23   of Congress from discharging their duties.  I will instruct

24   you as to each of those offenses, but first I will instruct

25   you as to the certain -- as to certain principles about

1    conspiracies that apply to all three of these offenses.

2            A conspiracy is an agreement by two or more

3    persons to join together to accomplish some unlawful

4    purpose.

5            To sustain its burden of proof with respect to

6    each of the offenses charged in Count 1, 2, and 4, seditious

7    conspiracy, conspiracy to obstruct an official proceeding,

8    and conspiracy to prevent members of Congress from

9    discharging their duties, the government must prove beyond a

10   reasonable doubt the following two elements:

11           First, the existence of the charged conspiracy --

12   that is, the existence of an agreement or understanding to

13   commit the unlawful object of such conspiracy; and

14           Second, that the defendant knowingly became a

15   member of the conspiracy with intent to achieve the illegal

16   objective of the charged conspiracy.

17           Now, I will separately discuss each of these two

18   elements.

19           The first element of the crime of conspiracy is

20   the existence of an agreement.  The government must prove

21   beyond a reasonable doubt that two or more persons knowingly

22   and intentionally arrived at a mutual understanding or

23   agreement, either explicitly or implicity, to work together

24   to achieve the overall objectives of the conspiracy.  The

25   government does not have to prove the existence of a formal

1    or written agreement or an express oral agreement spelling

2    out the details of the understanding.  The government also

3    does not have to prove that all members of the conspiracy

4    directly met or discussed between themselves their unlawful

5    objectives or agreed to all the details or agreed to what

6    the means were by which the objectives would be

7    accomplished.  What the government must prove beyond a

8    reasonable doubt is that two or more persons in some way or

9    manner arrived at some type of agreement, mutual

10   understanding, or meeting of the minds to try to accomplish

11   a common and unlawful objective.

12        You may consider both direct evidence and

13   circumstantial evidence in deciding whether the government

14   has proved beyond a reasonable doubt that an agreement or

15   mutual understanding existed.  You may find the existence of

16   a conspiracy based on reasonable inferences drawn from the

17   actions and statements of the alleged members of the

18   conspiracy, from the circumstances surrounding the scheme,

19   and from evidence of related facts and circumstances which

20   prove that the activities of the participants in a criminal

21   venture could not have been carried out except as the result

22   of a preconceived agreement, scheme, or understanding.

23        It does not matter whether the persons who formed

24   the agreement actually carried out their plans or whether

25   the agreement ultimately was successful.

4318

1          Proof concerning the accomplishment of the object

2     of a conspiracy may be evidence of the existence of the

3     conspiracy itself.  In other words, the success in carrying

4     out an act, if you believe it was carried out, may be proof

5     of the agreement itself -- but as I just said, it is not

6     necessary that a conspiracy actually succeed in its purpose

7     for you to conclude that it existed.

8          If you conclude that the government has proven

9     beyond a reasonable doubt that the conspiracy you are

10    considering existed and that the conspiracy had as its

11    object one of the illegal purposes charged in the

12    indictment, then you must next determine whether the

13    defendant intentionally participated in that conspiracy with

14    knowledge of its unlawful purposes and with intent to

15    further its unlawful objectives.

16         The government must prove beyond a reasonable

17    doubt that the defendant knowingly and intentionally entered

18    into the conspiracy with criminal intent -- that is, with a

19    purpose to violate the law -- and that he or she agreed to

20    take part in the conspiracy to promote and cooperate in its

21    unlawful objectives.

22         "Unlawfully" simply means contrary to law.  A

23    defendant does not need to have known that he or she was

24    breaking any particular law, but he or she must have been

25    aware of the general unlawful nature of their acts.

1          The terms "knowingly" and "intentionally" means

2    that to find that a defendant joined the conspiracy, you

3    must conclude beyond a reasonable doubt that in doing so, he

4    or she knew what they were doing; in other words, that the

5    defendant took the actions in question deliberately and

6    voluntarily.  An act is done "knowingly" and "intentionally"

7    if it is done deliberately and purposely; that is, the

8    defendant's acts must have been the product of the

9    defendant's conscious objective rather than the product of a

10   mistake or accident or mere negligence or some other

11   innocent reason.

12         You have heard evidence of certain acts in

13   conversations that are alleged to have taken place with a

14   defendant or while a defendant was listening to, watching,

15   or reading the conversations or observing the acts.  You

16   may, but are not required to, consider this evidence in

17   determining whether these acts and conversations show beyond

18   a reasonable doubt a defendant's knowledge of the unlawful

19   purposes of the conspiracy.  You may consider this evidence

20   along with other evidence in the case and give it as much

21   weight as you think it deserves.

22         It is not necessary for the government to show

23   that the defendant was fully informed as to all the details

24   of the conspiracy for you to infer knowledge on his part.

25   To have guilty knowledge, the defendant need not know the

1    full extant of the conspiracy or all the activities of all

2    its participants.  It is not necessary for the defendant to

3    know every other member of the conspiracy.  In fact, the

4    defendant may know only one other member of the conspiracy

5    and still be a co-conspirator.  It is enough if he

6    participated as a conspirator unlawfully, intentionally, and

7    knowingly, as I have defined those terms.

8            The duration and extent of the defendant's joining

9    of the agreement has no bearing on the issue of the

10   defendant's guilt.  The defendant need not have joined the

11   conspiracy at the outset.  With regard to liability for

12   conspiracy, although not the substantive offenses, the

13   defendant may have joined the conspiracy at any time in its

14   progress and will still be held responsible for all that was

15   done before he joined even if those acts -- will still be

16   held responsible for all that was done before he joined if

17   those acts were reasonably foreseeable and within the scope

18   of the defendant's agreement and for all that was done

19   during the conspiracy's existence while he was a member.

20   Each member of a conspiracy may perform separate and

21   distinct acts or no acts at all.  Some conspirators may play

22   major roles, while others play only minor roles in the

23   scheme.  An equal role is not what the law requires, and a

24   defendant does not need to perform any specific act beyond

25   joining the conspiratorial agreement.

1          I want to caution you, however, that a person's

2    mere association with a member of a conspiracy does not make

3    that person a member of the conspiracy, even when that

4    association is coupled with knowledge that a conspiracy is

5    taking place.  For example, the mere presence at the scene

6    of a crime, even coupled with knowledge that a crime is

7    taking place, is not sufficient to support a conviction for

8    conspiracy; in other words, knowledge without agreement is

9    not sufficient.  What is necessary is that the defendant has

10   joined the conspiracy with knowledge of its unlawful

11   purposes and with an intent to aid in the accomplishment of

12   its unlawful objectives.  A person may know or be friendly

13   with a conspirator without being a conspirator himself.

14   Mere similarity of conduct or the fact that persons may have

15   assembled together and discussed common aims and interests

16   does not necessarily establish membership in a conspiracy.

17          Also I want to caution you that the mere -- that

18   mere knowledge of or acquiescence to the unlawful plan

19   without agreement in it is not sufficient.  Moreover, the

20   fact that the acts of the defendant without knowledge may

21   happen to further the purposes of -- purposes or objectives

22   of the conspiracy does not make a defendant a member, nor is

23   required under the law.  The defendant must have joined the

24   agreement with knowledge of at least some of the purposes or

25   objectives of the conspiracy and with the intention of

1    aiding in the accomplishment of those unlawful ends.

2            In sum, you must find beyond a reasonable doubt

3    that the defendant, with an understanding of the unlawful

4    nature of the conspiracy, intentionally engaged, advised or

5    assisted in the conspiracy for the purpose of furthering an

6    illegal undertaking.  The defendant, thereby, becomes a

7    knowing and willing conspirator in the unlawful agreement,

8    that is to say, a conspirator.

9            A conspiracy, once formed, is presumed to continue

10   until either its objective is accomplished or there is some

11   affirmative act of termination by its members.  Similarly,

12   once a person is found to be a member of a conspiracy, he is

13   presumed to continue his membership in that venture until

14   its termination.

15           It is not essential that the government prove that

16   a particular conspiracy alleged in the indictment started or

17   ended on any specific dates described for that conspiracy.

18   It is sufficient if you find that the conspiracy was formed

19   and that it existed within the time set forth in the

20   indictment.

21           Okay.  Count 1 of the indictment charges that from

22   in and around November 20th, through and around January 21,

23   the defendants participated in a conspiracy to do at least

24   two things:  (1) to oppose by force the authority of the

25   government of the United States or, (2) to prevent, hinder,

4323

1    or delay the execution of any law of the United States by

2    force.

3            In order to find a defendant guilty of conspiring

4    to oppose by force the authority of the United States --

5    excuse me, the government of the United States, or to

6    prevent, hinder, or delay the execution of any law of the

7    United States by force, you must determine -- you must find

8    that the government proved each of the following

9    two elements beyond a reasonable doubt:

10           First, that the defendant conspired or agreed with

11   at least one other person with the goal of opposing by force

12   the authority of the government of the United States; or

13   preventing, hindering, or delaying the execution of any law

14   of the United States by force.

15           Second, that the defendant joined or entered into

16   that agreement with awareness of one or both of its unlawful

17   goals.

18           I've already instructed you generally on

19   conspiracies, but I will now give you additional

20   instructions specific to the offense of seditious conspiracy

21   charged in Count 1.

22           The object of a conspiracy is the illegal goal

23   that the conspirators agree or hope to achieve.

24   A conspiracy may have more than one object.

25           Count 1 charges the defendants with conspiring to

1    achieve two separate goals or objects:  (1) opposing the

2    authority of the government of the United States by force,

3    and (2) preventing, hindering, or delaying the execution of

4    any law of the United States by force.  Although

5    two separate goals of the conspiracy are charged, you may

6    find the conspiracy proved if it is established that either

7    one of these goals was agreed to by two or more persons.

8            The government is not required to prove both goals

9    of the conspiracy; however, the government must prove at

10   least one of those two goals beyond a reasonable doubt.  If

11   the government has not proved that at least one of the goals

12   was a goal of the conspiracy charged in Count 1, your

13   verdict must be not guilty.

14           As to either or both goals, which you may find the

15   conspirators agreed to promote, you must be unanimous.  For

16   example, if some of you find that the conspirators agreed

17   only to oppose by force the authority of the government of

18   the United States and the remaining jurors find the

19   conspirators agreed only to prevent, hinder, or delay the

20   execution of any law of the United States by force, that is

21   not enough, you must be unanimous as to one or the other or

22   both.

23           All right.

24           The two goals of the conspiracy charged in the

25   indictment -- (1) to oppose by force the authority of the

1   government of the United States, and (2) to prevent, hinder,

2   or delay the execution of any law of the United States by

3   force -- both have, as a common ingredient, the intent to

4   use force against the United States functioning through its

5   government.  I will now explain these concepts.

6          To determine whether the conspiracy was to oppose

7   by force the authority of the United States, you must

8   consider whether the agreement was to oppose the authority

9   of the United States and whether the agreement was to do so

10  by force.  The agreement must be to resist some positive

11  assertion or actual exercise authority by the government.

12  Resist means to act in opposition to, to endeavor to

13  counteract, defeat, or frustrate.  Authority, for purposes

14  of this offense, means the legal or rightful power of the

15  United States government.  An agreement to merely violate

16  the law is not sufficient.

17         To determine whether the conspiracy was to

18  prevent, hinder, or delay the execution of any law of the

19  United States by force, you shall determine whether the

20  agreement was to forcibly resist the authority of the

21  United States while it endeavored to carry the laws into

22  execution, or to put differently, you should determine

23  whether the agreement was to exert force against the

24  government of the United States in its execution of the laws

25  of the United States.

1              "Authority" and "resist" carry the same

2    definitions as above.  The laws, for purposes of this goal

3    and this count, are those governing the transfer of

4    Presidential power, including the United States

5    Constitution, specifically Article II and the 12th

6    Amendment, and Title III, Section 15 of the United States

7    Code.  Article II of the Constitution, as amended by the

8    12th Amendment, provides that the Vice President, as the

9    President of the Senate, must, in the presence of the Senate

10   and House of Representatives, open all certificates for

11   Presidential election sent by the electors to Congress, and

12   the vote shall then be counted.  Title III, Section 15 of

13   the U.S. Code further provides that the Senate and House of

14   Representatives must meet for that purpose at 1:00 p.m. on

15   January 6th following the Presidential election and

16   specifies the procedures by which the vote count shall be

17   conducted.  Finally, Article II of the Constitution provides

18   that the person with the greatest number of electoral votes

19   for President must take an oath before he or she enters

20   office.  An agreement to merely violate the law is not

21   sufficient.

22             Both goals of the seditious conspiracy require an

23   agreement that physical force would be used.  An agreement

24   to accomplish the goals of the conspiracy by litigation,

25   advocacy, protests, or deceit is insufficient.  Force is

1    defined in the conventional and ordinary sense.  An act

2    involves force if it threatens or results in violence or if

3    it threatens or results in harming or destroying property or

4    harming or killing people.  It is not necessary for the

5    government to show that force was actually used by the

6    conspirators.  Nor is it necessary for the government to

7    prove that the conspirators agreed as to every detail of how

8    force was to be used or as to the specific targets of the

9    use of force; however, the government must prove at least

10   the conspirators intended that force would be used.

11           Count 2 of the indictment charges that from in and

12   around December 2020 through in and around January 2021,

13   defendants participated in a conspiracy to obstruct an

14   official proceeding.

15           In order to find a defendant guilty of conspiring

16   to obstruct an official proceeding, you must find that the

17   government proved each of the following two elements beyond

18   a reasonable doubt:

19           First, that the defendant conspired or agreed with

20   at least one other person, with the goal of committing the

21   crime of obstructing an official proceeding.

22           Second, that the defendant joined or entered into

23   that agreement with an awareness of its unlawful goal.

24           I've already instructed you generally on

25   conspiracies.  The instructions in Count 3, which charges

4328

each defendant individually with obstruction of an official

proceeding and which I am about to provide, apply equally to

Count 2 when you are considering whether each defendant

conspired to commit the crime that is charged substantively

as Count 3.

Now, Count 3 of the indictment charges each

defendant individually with corruptly obstructing an

official proceeding on or about January 6th, 2021, which is

a violation of the law.  Count 3 also charges each defendant

individually with attempting to obstruct or impede an

official proceeding and aiding and abetting others to commit

that offense.

I'll first explain the elements of the substantive

offense, along with associated definitions.  Then I will

explain how to determine whether each defendant attempted

the offense, whether each defendant aided and abetted the

offense, or whether each defendant can be held responsible

for the offense under co-conspirator liability.

In order to find a defendant guilty of corruptly

obstructing an official proceeding, you must find that the

government proved each of the following four elements beyond

a reasonable doubt:

First, that the defendant obstructed or impeded an

official proceeding;

Second, the defendant intended to obstruct or

1    impede the official proceeding;

2            Third, the defendant acted knowingly with

3    awareness that the natural and probable effect of the

4    defendant's conduct would be to obstruct or impede the

5    official proceeding;

6            And fourth, the defendant acted corruptly.

7            The term "official proceeding" includes a

8    proceeding before Congress.  If the official proceeding was

9    not pending at the time of the offense, the government must

10   prove beyond a reasonable doubt that the official proceeding

11   was reasonably foreseeable to the defendant.  As used in

12   Counts 2 and 3, the term "official proceeding" means

13   Congress's joint session to certify the electoral college

14   vote.

15           A person acts knowingly if he realizes what he is

16   doing and is aware of the nature of his conduct and does not

17   act through ignorance, mistake, or accident.  In deciding

18   whether a defendant has acted knowingly, you may consider

19   all the evidence, including what the defendant did or said.

20           To act corruptly, the defendant must use unlawful

21   means or have an improper purpose or both.  The defendant

22   must also act with consciousness of wrongdoing.

23   Consciousness of wrongdoing means with an understanding or

24   awareness that what the person is doing is wrong.

25           Not all attempts to obstruct or impede an official

1   proceeding involve acting corruptly.  For example, a witness

2   in a court proceeding may refuse to testify by invoking his

3   constitutional privilege against self-incrimination,

4   thereby, obstructing or impeding the proceeding but he does

5   not act corruptly.  In contrast, an individual who obstructs

6   or impedes a court proceeding by engaging in conduct such as

7   offering illegal bribes, engaging in violence, committing

8   fraud, or through other independently unlawful conduct is

9   acting corruptly.

10          While the defendant must act with intent to

11   obstruct the official proceeding, this need not be the

12   defendant's sole purpose.  A defendant's lawful intent to

13   obstruct justice is not negated by the simultaneous presence

14   of another purpose for the defendant's conduct.

15          In Count 3, each defendant is also charged

16   individually with attempting to commit the crime of

17   obstruction of an official proceeding.  An attempt to commit

18   obstruction of an official proceeding is a crime even if the

19   defendant did not actually complete the crime of obstruction

20   of an official proceeding.  In order to find the defendant

21   guilty of attempting to commit obstruction of an official

22   proceeding, you must find that the government proved beyond

23   a reasonable doubt each of the following two elements:

24          First, that the defendant intended to commit the

25   crime of obstruction of an official proceeding, as I have

1    defined that offense above.

2            Second, that the defendant took a substantial step

3    toward committing obstruction of an official proceeding

4    which strongly corroborates or confirms that the defendant

5    intended to commit that crime.

6            With respect to the first element, you may not

7    find the defendant guilty of attempt to commit obstruction

8    of an official proceeding merely because the defendant

9    thought about it.  You must find that the evidence proved

10   beyond a reasonable doubt that the defendant's mental state

11   passed beyond the stage of thinking about the crime and to

12   actually intending to commit it.

13           With respect to the substantial step element, you

14   may not find the defendant guilty of attempt to commit

15   obstruction of an official proceeding merely because the

16   defendant made some plans to or some preparation for

17   committing that crime.  Instead, you must find that the

18   defendant took some firm, clear, undeniable action to

19   accomplish the defendant's intent to commit obstruction of

20   an official proceeding.  However, the substantial step

21   element does not require the government to prove that the

22   defendant did everything except the last act necessary to

23   complete the crime.

24           In this case, the government further alleges that

25   the defendants aided and abetted others in committing or

1    attempting to commit obstruction of an official proceeding

2    as charged in Count 3.  A person may be guilty of an offense

3    if he aided and abetted another person in committing the

4    offense.  A person who has aided and abetted another person

5    in committing an offense is often called an accomplice.  The

6    person whom the accomplice aids and abets is known as the

7    principle.  It is not necessary that all of the people --

8    that all the people who committed the crime be caught or

9    identified.  It is sufficient if you find beyond a

10   reasonable doubt that the crime was committed by someone and

11   that the defendant knowingly and intentionally aided and

12   abetted that person in committing the crime.

13         In order to find the defendant guilty of

14   obstruction of an official proceeding because the defendant

15   aided and abetted others in committing this offense or

16   attempting to commit this offense, you must find that the

17   government proved beyond a reasonable doubt the following

18   five requirements:

19         First, that others committed or attempted to

20   commit obstruction of an official proceeding by committing

21   each of the elements of the offense charged, as I have

22   explained above.

23         Second, the defendant knew that obstruction of an

24   official proceeding was going to be committed and was being

25   committed or was attempted to be committed by others.

1          Third, that the defendant performed an act or acts

2    in furtherance of the offense.

3          Fourth, that the defendant knowingly performed

4    that act or acts for the purpose of aiding, soliciting --

5    excuse me -- aiding, assisting, soliciting, facilitating, or

6    encouraging others in committing or attempting to commit the

7    offense of an obstruction of an official proceeding.

8          Fifth, that the defendant did that act or acts

9    with the intent that others commit, or attempt to commit,

10   the offense of obstruction of an official proceeding.

11         To show that the defendant performed an act or

12   acts in furtherance of the offense charged, the government

13   needs to show some affirmative participation by the

14   defendant which at least encouraged others to commit the

15   offense.  That is, you must find that the defendant's act or

16   acts did in some way aid, assist, facilitate, or encourage

17   others to commit the offense.  The defendant's act or acts

18   need not further aid, assist, facilitate, or encourage every

19   part or phase of the offense charged; it is enough if the

20   defendant's act or acts further aid, assist, facilitate, or

21   encourage only one or some parts or phases of the offense.

22   Also, the defendant's acts need not themselves be against

23   the law.

24         In deciding whether the defendant had the required

25   knowledge and intent to satisfy the fourth element of aiding

1   and abetting, you must consider both direct and

2   circumstantial evidence, including the defendant's words and

3   actions and other facts and circumstances.  However,

4   evidence that the defendant merely associated with people or

5   persons involved in a criminal venture or was merely present

6   or was merely a knowing spectator during the commission of

7   the offense is not enough for you to find the defendant

8   guilty as an aider and abettor.  If the evidence shows that

9   the defendant knew that the offense was being committed or

10  was about to be committed but does not also prove beyond a

11  reasonable doubt that it was the defendant's intent and

12  purpose to aid, assess, encourage, facilitate, or otherwise

13  associate himself with the offense, you may not find the

14  defendant guilty of obstruction of an official proceeding as

15  an aider and abettor.  The government must prove beyond a

16  reasonable doubt that the defendant in some way participated

17  in the offense committed by others as something the

18  defendant wished to bring about and to make succeed.

19          In this case, the government further alleges that

20  the defendants are guilty of the crime of obstruction of an

21  official proceeding as charged in Count 3 based on

22  co-conspirator liability.  A defendant is responsible for an

23  offense committed by a member of the conspiracy if the

24  defendant was a member of the conspiracy when the offense

25  was committed and if the offense was committed in

1    furtherance of and as a natural consequence of the

2    conspiracy.  In order to find a defendant guilty of

3    obstruction of an official proceeding as charged in Count 3,

4    you must find that the government proved beyond a reasonable

5    doubt the following six requirements:

6            First, the defendant knowingly joined a

7    conspiracy;

8            Second, the charged offense was committed by a

9    member of that conspiracy;

10           Third, that the defendant was a member of the

11   conspiracy at the time the charged offense was committed;

12           Fourth, that the charged offense was committed

13   during the existence of the conspiracy;

14           Fifth, that the charged offense was committed in

15   furtherance of the conspiracy; and

16           Sixth, that the charged offense was a reasonably

17   foreseeable consequence of the conspiracy.  It is not

18   necessary that the crime was intended as part of the

19   original plan, only that it was a reasonably foreseeable

20   consequence of the original plan.

21           The principles governing conspiracy that I

22   explained above apply here as well.

23           Now, a defendant may be found guilty of the

24   offense charged in Count 3 if the defendant obstructed an

25   official proceeding, attempted to obstruct an official

1    proceeding, aided and abetted the obstruction of an official

2    proceeding, or as a result of co-conspirator liability.

3    Each of these four ways of committing the offense is

4    described in the instructions that I have just given you.

5    You are not required to consider the ways of committing this

6    offense in any particular order.  If you find beyond a

7    reasonable doubt that the defendant committed the offense of

8    obstruction of an official proceeding in any one of these

9    four ways, you should find the defendant guilty of Count 3,

10   and you need not consider whether the defendant committed

11   the offense of obstruction of an official proceeding in the

12   other three ways.

13        Count 4 of the indictment charges the defendants

14   from in and around December 2020 through in and around

15   January 2021, conspired to prevent members of Congress from

16   discharging their duties which is a violation of the law.

17   In order to find the defendant guilty of conspiring to

18   prevent members of Congress from discharging their duties,

19   you must find that the government proved each of the

20   following two elements beyond a reasonable doubt:

21        First, that the defendant agreed with at least one

22   other person to by force, intimidation, or threat (1)

23   prevent a Member of Congress from discharging a duty as a

24   Member of Congress, or (2) induce a Member of Congress to

25   leave the place where the Member of Congress's duties are

4337

1    required to be performed.

2            Second, that the defendant knew of the agreement

3    and willfully joined the agreement.

4            I've already instructed you generally on

5    conspiracies and the instruction I gave you earlier about

6    unanimity with respect to the objects or goals of the

7    conspiracy applies equally here.  As to either or both goals

8    which you may find the conspirators agreed to promote, you

9    must be unanimous.

10           I just instructed you on the conspiracy counts

11   alleged in the indictment, Counts 1, 2, and 4.  Proof that a

12   defendant was a member of a separate uncharged conspiracy

13   would not prevent you from also finding that defendant

14   guilty of the conspiracy counts alleged in Count 1, 2, and

15   4.  However, if you find that a defendant was only a member

16   of a separate uncharged conspiracy but not any of the three

17   conspiracy counts alleged in Counts 1, 2, and 4, you must

18   acquit that defendant of the three conspiracy counts.

19           All right.  Count 5 of the indictment charges

20   Joseph Hackett and David Moerschel with injuring, damaging,

21   or destroying property of the United States on or about

22   January 6th, 2021.  Count 5 also charges the same two

23   defendants with attempting to injure, damage, or destroy

24   property of the United States and with aiding and abetting

25   others to commit that offense.  I will first explain the

4338

1    elements of the substantive offense.  I will then instruct

2    you on the elements for attempting to commit the crime and

3    aiding and abetting others to commit the crime.

4             In order to find a defendant guilty of injuring,

5    damaging, or destroying property of the United States, you

6    must find that the government proved each of the following

7    four elements beyond a reasonable doubt:

8             First, that the defendant injured, damaged, or

9    destroyed property;

10            Second, that the defendant did so willfully;

11            Third, that the property involved was property of

12   the United States or of any department or agency thereof;

13   and

14            Fourth, the damage or attempted damage to the

15   property in question exceeded the sum of $1,000.

16            A defendant acts willfully if the defendant acted

17   with a bad purpose or knowledge that the defendant's conduct

18   was unlawful.  While the government must show that a

19   defendant knew that the conduct was unlawful, the government

20   does not need to prove that the defendant was aware of the

21   specific law that the defendant's conduct violated.

22            The government also does not need to prove that

23   the defendant knew that the property belonged to the

24   United States.

25            You must decide whether the value of the property

4339

1    damaged was $1,000 or more.  Value means fair market value

2    at the time when and the place where the property was

3    allegedly damaged or destroyed.

4           Fair market value of the damaged or destroyed

5    property is measured by the cost of repairing or the cost of

6    replacing the property, whichever is less.  Do not speculate

7    or guess at the value of the property.  Base your

8    determination only on the evidence.

9           In Count 5, Joseph Hackett and David Moerschel are

10   also charged with attempting to commit the crime of

11   injuring, damaging, or destroying property of the

12   United States.  An attempt to commit this crime is against

13   the law even if a defendant did not actually complete the

14   crime.

15          In order to find the defendant guilty of attempt

16   to commit the crime of injuring, damaging, or destroying

17   property of the United States, you must find that the

18   government proved beyond a reasonable doubt each of the

19   following two elements:

20          First, that the defendant intended to commit the

21   crime of injuring, damaging, or destroying property of the

22   United States as I have defined that offense above.

23          Second, that the defendant took a substantial step

24   toward committing the crime of injuring, damaging, or

25   destroying property of the United States, which strongly

4340

1    corroborates or confirms that the defendant intended to

2    commit that crime.

3          The principles governing attempt that I explained

4    above apply here as well.

5          The government further alleges that Joseph Hackett

6    and David Moerschel aided and abetted others to commit or

7    attempt to commit the crime of injuring, damaging, or

8    destroying property of the United States of America as

9    charged in Count 5.

10          In order to find a defendant guilty of this

11    offense because the defendant aided and abetted others in

12    committing it or attempting to commit it, you must find that

13    the government proved beyond a reasonable doubt the

14    following five requirements:

15          First, that others committed or attempted to

16    commit the crime of injuring, damaging, or destroying

17    property of the United States as I have explained above.

18          Second, that the defendant knew that this offense

19    was going to be committed, was being committed, or was

20    attempted to be committed by others.

21          Third, that the defendant performed an act or acts

22    in furtherance of the offense.

23          Fourth, that the defendant knowingly performed

24    that act or acts for the purpose of aiding, assisting,

25    soliciting, facilitating, or encouraging others in

1    committing or attempting to commit the offense.

2            And fifth, that the defendant did that act or acts

3    with the intent that others commit or attempt to commit the

4    offense.

5            The principles governing aiding and abetting that

6    I explained above apply here as well.

7            A defendant may be found guilty of the offense

8    charged in Count 5 if the defendant injured, damaged, or

9    destroyed property of the United States, attempted to do so,

10   or aided and abetted others in doing so.  Each of these

11   three ways of committing the offense is described in the

12   instructions I have given you.  You're not required to

13   consider the ways of committing this offense in any

14   particular order.  If you find beyond a reasonable doubt

15   that the defendant committed the offense of injuring,

16   damaging, or destroying property of the United States in any

17   one of these three ways, you should find the defendant

18   guilty of Count 5, and you need not consider whether the

19   defendant committed the offenses in the other two ways.

20           All right.  I promise I'm getting near the end.

21           Three of the four defendants are charged with

22   obstruction of justice for tampering with documents or

23   proceedings between on or about January 6th, 2021 and the

24   date of the defendants's arrest.

25           In Count 6, Roberto Minuta is charged with

1    discarding a cellular phone, which contained certain media

2    files and communications that showed his involvement in the

3    conduct being investigated by the grand jury.

4           In Count 7, Joseph Hackett is charged with

5    deleting from his cellular phone certain media files and

6    communications that showed his involvement in the conduct

7    being investigated by the grand jury.

8           In Count 8, David Moerschel is charged with

9    deleting from his cellular phone certain media, files, and

10   communications that showed his involvement in the conduct

11   being investigated by the grand jury.

12          These counts also charge the same three defendants

13   with attempting to commit obstruction of justice for

14   tampering with documents or proceedings.  I will first

15   explain the elements of the substantive offense, and then

16   I will instruct you on the elements of attempting to commit

17   the crime.

18          In order for you to find a defendant guilty of

19   obstruction of justice for tampering with documents or

20   proceedings, the government must prove each of the following

21   four elements beyond a reasonable doubt:

22          First, the defendant altered, destroyed,

23   mutilated, or concealed a record, document, or other object.

24          Second, the defendant acted knowingly;

25          Third, the defendant acted corruptly;

1          And fourth, the defendant acted with the intent to

2    impair the object's integrity or availability for use in an

3    official proceeding.

4          The definitions of knowingly and corruptly that I

5    have explained above in connection with Counts 2 and 3 apply

6    here as well.

7          The term "official proceeding" includes a grand

8    jury proceeding.  If the official proceeding was not pending

9    at the time of the offense, the government must prove beyond

10   a reasonable doubt that the official proceeding was

11   reasonably foreseeable to the defendant.  As used in Count 6

12   through 8, the term "official proceeding" means the grand

13   jury's investigation into the role of Roberto Minuta,

14   Joseph Hackett, David Moerschel, Edward Vallejo and others

15   in the attack of the U.S. Capitol on January 6th of 2021.

16         While the defendant must act with intent to

17   obstruct the official proceeding, this is not to be -- this

18   need not be the defendant's sole purpose.  A defendant's

19   unlawful intent to obstruct justice is not negated by the

20   simultaneous presence of another purpose for the defendant's

21   conduct.

22         Counts 6, 7, and 8 -- in Counts 6, 7 and 8,

23   Roberto Minuta, Joseph Hackett and Defendant Moerschel are

24   also charged with attempting to commit the crime of

25   obstruction of justice for tampering with documents or

1    proceedings.  An attempt to commit obstruction of justice

2    for tampering with documents or proceedings is a crime even

3    if the defendant did not actually complete the crime.  In

4    order to find the defendant guilty of attempting to commit

5    obstruction of justice for tampering with documents or

6    proceedings, you must find the government proved beyond a

7    reasonable doubt each of the following two elements:

8         First, that the defendant intended to commit the

9    crime of obstruction of justice for tampering with documents

10   or proceedings, as I have defined that offense above.

11        Second, that the defendant took a substantial step

12   toward committing obstruction of justice for tampering with

13   documents or proceedings, which strongly corroborates or

14   confirms that the defendant intended to commit that crime.

15        The principles governing attempt that I explained

16   above apply here as well.

17        Now, a defendant may be guilty of the offense

18   charged in Counts 6, 7, and 8 if the defendant obstructed

19   justice by tampering with documents or proceedings or

20   attempted to do so.  Each of those two ways of committing

21   the offense is described in the instructions that I have

22   given you.  You are not required to consider the ways of

23   committing this offense in any particular order.  If you

24   find beyond a reasonable doubt that the defendant committed

25   the offense of obstruction of justice for tampering with

1    documents or proceedings in either of those two ways, you

2    should find the defendant guilty of Count 6, 7, and 8, and

3    you need not consider whether the defendant committed the

4    offense in any other way.

5            The defendants are not required to present a

6    defense or prove any fact.  Rather, the government must

7    prove each and every element of the offenses charged beyond

8    a reasonable doubt.  Defendants Roberto Minuta,

9    Joseph Hackett and David Moerschel contend that the

10   government has failed to prove the existence of any

11   conspiracy; specifically, Mr. Minuta, Hackett, and Moerschel

12   submit that the government has failed to prove they entered

13   into a conspiratorial agreement with respect to Count 1, 2,

14   and 4, that is, seditious conspiracy, conspiracy to obstruct

15   an official proceeding, and conspiracy to prevent members of

16   Congress from discharging their duties.  The government

17   failed to prove a meeting of the minds and unity of purpose

18   among the alleged co-conspirators.

19           Mr. Minuta, Mr. Hackett and Mr. Moerschel contend

20   that when they entered the Capitol Building on January 6th,

21   2021, they did not do so intending to disrupt the

22   certification of the electoral college vote and they did not

23   act corruptly.  Mr. Hackett and Mr. Moerschel further

24   contend that they did not cause any damage whatsoever to the

25   U.S. Capitol Building.

4346

1          With respect to Count 6, Mr. Minuta submits that

2     the government has failed to prove beyond a reasonable doubt

3     he discarded his phone or that he acted corruptly in any way

4     with the intent to destroy evidence so that it could not be

5     used in an official proceeding.

6          With respect to Count 7, Mr. Hackett submits that

7     he did not act corruptly when he removed the Signal

8     application from his phone.  The government has not proven

9     beyond a reasonable doubt that Mr. Hackett intended to

10    destroy evidence so it could not be used in an official

11    proceeding.

12         With respect to Count 8, Mr. Moerschel submits

13    that he did not act corruptly when he removed the Signal

14    application and text messages from his phone.  The

15    government has not proven beyond a reasonable doubt that

16    Mr. Moerschel intended to destroy evidence so it could not

17    be used in an official proceeding.

18         Mr. Vallejo contends that he did not join in any

19    conspiracy to stop the electoral certification or to oppose

20    the authority of the United States by force.  He was not

21    staged at the Comfort Inn as the part of any such plan.

22    Mr. Vallejo is not required to prove his innocence, rather,

23    the government must prove beyond a reasonable doubt that

24    Mr. Vallejo intentionally joined in a criminal conspiracy or

25    aided and abetted the obstruction of the certification

4347

```
 1    process.  If you find that the government has failed to

 2    prove each element of the charged crimes beyond a reasonable

 3    doubt, you must find Mr. Vallejo not guilty.

 4              Okay.

 5              Ladies and gentlemen, that is the end of the

 6    substantive instructions that I intend to deliver to you

 7    today.

 8              We have come to the end of our day.  What is now

 9    left is that we will begin tomorrow.  We will start tomorrow

10    at 9:30, and I promise we will start on time as close as

11    possible as we can.

12              We will start with the government's closings, and

13    then we will continue on from there.

14              And then after the closings have concluded, I will

15    have some final remarks before you have the case before you.

16              It is possible, and, in fact, likely, that we will

17    not complete all the closings tomorrow, including the

18    government's rebuttal, so you should expect that we will be

19    busy for the full day.

20              With that, we will adjourn for the day.

21    We thank you again for your time and your attention.

22    We look forward to seeing you tomorrow.

23              And just the same reminders as usual not to

24    discuss the case, no -- please avoid the media and no

25    independent research.  Thank you very much.  Enjoy the rest
```

```
 1    of your day, and we'll see you tomorrow morning.

 2              COURTROOM DEPUTY:  All rise.

 3              (Jury exited the courtroom.)

 4              THE COURT:  Please be seated, everyone.

 5              Any objections to the instructions as they were

 6    read?

 7              All right.

 8              Okay.  So with that, we will begin tomorrow at

 9    9:30.  I will generally try to keep you to the time

10    estimates, but I won't swing a dong to have you conclude at

11    a specified time.

12              So I'll just remind everybody to please make sure

13    any exhibits that you intend to show in your closings, to

14    exchange them with the other side so that we can deal with

15    any objections.  If there are objections, please let JC know

16    so we can resolve them before 9:30 or as close to before

17    9:30 as we can tomorrow.

18              MR. MANZO:  Your Honor, can I just raise two brief

19    points?

20              In regard to the 2384 charge, we intend to explain

21    to the jury how the guilty -- or not the guilty form -- but

22    the verdict form works and say that you only need to reach

23    unanimity for one, but if you reach them for both, you can

24    check both.

25              I just wanted to clear that with the Court so that
```

4349

```
 1   didn't strike anyone with a surprise or raise any objection.
 2              MS. HALIM:  Can I think about that?  I don't think
 3   there's an objection, but I'd like to think it about it if
 4   that's all right.
 5              THE COURT:  Okay.
 6              MR. MANZO:  And then Point 2 is we intend to very
 7   briefly display the rifle of Mr. Dolan and Mr. Moerschel,
 8   and I just didn't want to cause any alarm.
 9              THE COURT:  Okay.
10              All right.  Anything else?
11              All right.  Again, just a reminder with respect to
12   exhibit lists, and you should be prepared to get those to
13   the jury certainly by Thursday.
14              Anything else?
15              All right.  Thank you, everyone.  We'll see you
16   tomorrow.
17              (Concluded at 11:44 a.m.)
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.


Date:__January 17, 2023_____   

                               William P. Zaremba, RMR, CRR

4351

**COURTROOM DEPUTY: [6]** 4260/2 4260/6 4291/13 4291/16 4294/4 4348/2
**MR. EDWARDS: [40]** 4261/6 4261/13 4261/21 4262/1 4262/6 4262/17 4263/24 4274/11 4274/13 4274/16 4275/2 4275/11 4275/16 4275/18 4275/21 4276/16 4276/18 4278/1 4278/20 4279/3 4279/16 4280/2 4280/7 4281/1 4281/12 4282/7 4282/19 4284/25 4285/5 4285/12 4287/19 4290/1 4290/10 4290/13 4290/15 4290/18 4291/1 4291/3 4293/14 4294/23
**MR. MANZO: [2]** 4348/18 4349/6
**MR. NESTLER: [6]** 4268/19 4268/22 4271/14 4271/16 4273/1 4274/9
**MR. PEED: [27]** 4260/24 4262/10 4262/16 4262/24 4263/11 4274/4 4276/1 4276/10 4278/10 4278/16 4278/25 4279/10 4282/20 4283/8 4283/11 4284/2 4284/11 4284/20 4284/22 4286/6 4286/16 4286/19 4286/24 4287/1 4287/6 4293/9 4294/17
**MR. SHIPLEY: [5]** 4261/16 4265/10 4271/19 4272/20 4293/3
**MR. WEINBERG: [4]** 4273/4 4293/6 4293/24 4294/2
**MS. HALIM: [8]** 4261/11 4264/15 4272/21 4292/16 4292/24 4293/21 4294/3 4349/2
**THE COURT: [85]** 4260/4 4260/19 4260/25 4261/10 4261/15 4261/25 4262/5 4262/9 4262/14 4262/23 4263/5 4263/18 4264/4 4266/14 4268/20 4268/24 4271/15 4271/18 4272/6 4272/24 4273/2 4273/5 4274/6 4274/12 4274/14 4274/25

4275/17 4275/20 4275/25 4276/5 4276/14 4276/17 4277/21 4278/9 4278/15 4278/17 4278/21 4279/2 4279/8 4279/19 4280/6 4280/23 4281/9 4282/1 4282/8 4283/1 4283/9 4283/21 4284/9 4284/16 4284/21 4284/23 4285/3 4285/11 4286/14 4286/18 4286/22 4287/5 4287/16 4288/17 4288/21 4290/9 4290/11 4290/14 4290/17 4290/24 4291/2 4291/9 4291/18 4292/19 4293/2 4293/5 4293/8 4293/10 4293/17 4293/25 4294/6 4294/19 4294/24 4348/4 4349/5 4349/9

**$**
**$1,000 [2]** 4338/15 4339/1

**'**
**'the [1]** 4272/11

**1**
**10 [1]** 4279/20
**1006 [1]** 4266/11
**106 [9]** 4282/24 4283/3 4283/6 4283/7 4290/4 4290/20 4291/4 4291/23 4291/24
**106 housekeeping [1]** 4283/2
**10:25 a.m [1]** 4291/15
**10:27 a.m [1]** 4291/15
**11 [2]** 4260/10 4279/20
**1106 [1]** 4288/25
**114 [1]** 4259/16
**1150 [2]** 4259/20 4269/2
**11:44 [1]** 4349/17
**12 [1]** 4279/21
**12th [1]** 4326/5
**12th Amendment [1]** 4326/8
**1341 [1]** 4259/4
**15 [6]** 4258/4 4260/7 4279/7 4295/22 4326/6 4326/12
**1500.2 [1]** 4309/3
**1501.2 [1]** 4309/1
**1503.1 [1]** 4309/3
**1504 [1]** 4309/3
**1505 [1]** 4309/3
**1508 [1]** 4309/3
**1518 [1]** 4309/1
**1525 [1]** 4308/24

**1531 [10]** 4271/14 4272/10 4272/11 4272/12 4272/17 4273/9 4309/17 4309/18 4309/19 4309/24
**1532 [1]** 4259/11
**1557 [1]** 4308/24
**15th [3]** 4290/13 4290/14 4290/15
**16 witnesses [1]** 4266/3
**17 [2]** 4258/5 4350/7
**1700 [1]** 4309/6
**1701 [1]** 4309/6
**1775 [1]** 4259/20
**1776 [2]** 4280/11 4290/7
**19129 [1]** 4259/7
**1:00 [1]** 4326/14

**2**
**20 [1]** 4261/7
**20006 [1]** 4259/21
**202 [2]** 4258/17 4259/21
**2020 [5]** 4312/8 4312/14 4314/13 4327/12 4336/14
**2021 [10]** 4312/9 4312/14 4314/25 4327/12 4328/8 4336/15 4337/22 4341/23 4343/15 4345/21
**2023 [2]** 4258/5 4350/7
**20579 [1]** 4258/17
**20th [1]** 4322/22
**21 [2]** 4258/7 4322/22
**210 [1]** 4267/25
**215-300-3229 [1]** 4259/8
**22-15 [2]** 4258/4 4260/7
**228-1341 [1]** 4259/4
**237 [1]** 4267/13
**2384 [1]** 4348/20
**239 [1]** 4259/12
**24 [1]** 4291/7
**252-7277 [1]** 4258/17
**265 [1]** 4259/15
**29 [4]** 4292/22 4292/25 4293/4 4293/13
**29s [1]** 4292/14

**3**
**30 [1]** 4282/20
**30 days [7]** 4277/4 4280/22 4281/6 4282/9 4286/20 4287/11 4287/12
**30 days' [5]** 4277/13 4281/14 4281/19 4288/6 4288/10
**305.1 [2]** 4280/10 4282/5
**305.14 [1]** 4281/8

**311 [1]** 4267/25
**3229 [1]** 4259/8
**337-9755 [1]** 4259/12
**33901 [1]** 4259/12
**33950 [1]** 4259/16
**3580 [1]** 4259/7
**397 [1]** 4266/21

**4**
**403 [1]** 4269/14
**4202.1 [1]** 4308/1
**4802.2 [1]** 4308/1

**5**
**54 [1]** 4269/2
**575-8000 [1]** 4259/17

**6**
**601 [1]** 4258/16
**611 [3]** 4266/11 4266/13 4269/4
**6740A [1]** 4309/4
**6742A [1]** 4309/4
**6900 [1]** 4309/1
**6925 [1]** 4309/1
**6:00 [1]** 4282/10
**6th [10]** 4314/25 4315/7 4315/10 4315/15 4326/15 4328/8 4337/22 4341/23 4343/15 4345/20

**7**
**72 [1]** 4309/6
**7277 [1]** 4258/17
**745 [1]** 4259/3
**790 [1]** 4309/7
**7900 [1]** 4309/6
**7901 [1]** 4309/6
**7902 [1]** 4309/6
**797 [1]** 4288/25
**7th [2]** 4279/11 4290/12

**8**
**8000 [1]** 4259/17
**808 [1]** 4259/4
**808Shipleylaw [1]** 4259/5

**9**
**919-9491 [1]** 4259/21
**941 [1]** 4259/17
**9491 [1]** 4259/21
**952 [1]** 4266/21
**96734 [1]** 4259/4
**9700 [1]** 4309/8
**9701 [1]** 4309/8
**9702 [1]** 4309/9
**9704 [1]** 4309/9
**9755 [1]** 4259/12
**9:30 [6]** 4258/6 4295/13 4347/10 4348/9 4348/16 4348/17

**a.m [5]** 4258/6 4282/10 4291/15 4291/15 4349/17
**abets [1]** 4332/6
**abetted [11]** 4328/16 4331/25 4332/3 4332/4 4332/12 4332/15 4336/1 4340/6 4340/11 4341/10 4346/25
**abetting [5]** 4328/11 4334/1 4337/24 4338/3 4341/5
**abettor [2]** 4334/8 4334/15
**ability [1]** 4299/14
**able [2]** 4262/20 4266/3 4304/24
**about [67]** 4262/6 4264/14 4265/22 4266/19 4270/16 4271/3 4276/4 4277/4 4277/22 4277/23 4278/13 4279/1 4279/5 4279/7 4279/19 4279/22 4280/14 4281/4 4281/4 4281/14 4281/16 4282/5 4282/9 4283/3 4284/4 4284/7 4285/13 4285/16 4286/6 4286/14 4287/2 4287/25 4288/10 4290/8 4292/18 4294/10 4296/9 4296/11 4301/5 4301/10 4303/6 4305/19 4308/22 4308/24 4309/1 4309/3 4309/5 4309/10 4309/17 4310/17 4311/10 4311/25 4312/1 4312/23 4315/18 4315/25 4328/2 4328/8 4331/9 4331/11 4334/10 4334/18 4337/5 4337/21 4341/21 4349/2 4349/3
**above [13]** 4272/3 4326/2 4331/1 4332/22 4335/22 4339/22 4340/4 4340/17 4341/6 4343/5 4344/10 4344/16 4350/4
**above-titled [4]** 4350/4
**Abrams [1]** 4309/2
**absolute [1]** 4306/8
**abundance [1]** 4292/8
**abuse [1]** 4267/3
**accept [4]** 4296/18 4303/23 4305/2 4306/21
**acceptable [2]** 4272/23 4301/14
**access [14]** 4276/21 4276/23 4283/22 4284/1 4284/6 4284/7 4284/10 4284/19

**A**

**access... [6]** 4286/9
4286/10 4287/14
4287/21 4288/4
4289/12
**accident [2]** 4319/10
4329/17
**accompanying [1]**
4269/11
**accomplice [2]** 4332/5
4332/6
**accomplish [4]** 4316/3
4317/10 4326/24
4331/19
**accomplished [2]**
4317/7 4322/10
**accomplishment [3]**
4318/1 4321/11 4322/1
**accurate [7]** 4268/3
4268/10 4268/11
4268/13 4286/1 4303/3
4303/24
**accurately [2]** 4272/18
4309/25
**accusation [1]** 4314/6
**achieve [4]** 4316/15
4316/24 4323/23
4324/1
**acquiescence [1]**
4321/18
**acquit [1]** 4337/18
**across [2]** 4266/17
4281/20
**act [28]** 4299/5
4313/20 4318/4 4319/6
4320/24 4322/11
4325/12 4327/1
4329/17 4329/20
4329/22 4330/5
4330/10 4331/22
4333/1 4333/4 4333/8
4333/11 4333/15
4333/17 4333/20
4340/21 4340/24
4341/2 4343/16
4345/23 4346/7
4346/13
**acted [10]** 4267/20
4313/18 4329/2 4329/6
4329/18 4338/16
4342/24 4342/25
4343/1 4346/3
**acting [2]** 4330/1
4330/9
**action [1]** 4331/18
**actions [3]** 4317/17
4319/5 4334/3
**activities [2]** 4317/20
4320/1
**actors [1]** 4270/11
**acts [25]** 4313/7
4313/13 4318/25
4319/8 4319/12
4320/15 4320/17
4320/21 4320/21
4321/20 4329/15
4333/1 4333/4 4333/8

4333/17 4333/16
4333/17 4333/20
4333/22 4338/16
4340/21 4340/24
4341/2
**actual [4]** 4264/21
4265/8 4300/24
4325/11
**actually [17]** 4265/1
4265/2 4265/22
4266/25 4267/25
4268/4 4271/20
4279/24 4291/4 4313/5
4317/24 4318/6 4327/5
4330/19 4331/12
4339/13 4344/3
**addition [3]** 4287/9
4308/12 4308/21
**additional [4]** 4276/3
4289/19 4294/16
4323/19
**address [6]** 4262/12
4263/2 4263/3 4263/12
4263/17 4288/15
**addresses [1]** 4261/18
**addressing [1]**
4281/24
**adjourn [1]** 4347/20
**admissibility [3]**
4263/3 4263/6 4288/15
**admissible [1]** 4302/4
**admission [2]** 4266/23
4268/1
**admissions [1]**
4288/16
**admit [2]** 4288/10
4289/22
**admits [1]** 4267/3
**admitted [9]** 4263/25
4264/11 4267/5 4269/4
4272/9 4272/15
4276/25 4277/16
4277/23 4278/7
4279/20 4280/21
4288/12 4289/20
4296/24 4300/4 4300/6
4307/23 4307/24
4308/1 4308/4 4308/18
4309/16 4309/22
4310/3 4310/4 4310/6
4310/9 4310/13
**admittedly [1]** 4278/5
**adopted [1]** 4288/16
**advised [1]** 4322/4
**advocacy [1]** 4326/25
**affect [3]** 4299/14
4299/17 4304/6
**affirmative [2]** 4322/11
4333/13
**after [11]** 4273/10
4274/16 4275/5 4275/8
4287/24 4298/24
4299/4 4301/9 4302/8
4315/15 4347/14
**afternoon [1]** 4264/9
**afterwards [1]** 4292/15
**again [11]** 4264/2
4267/2 4282/10

4333/17 4333/18
4333/17 4333/16
4340/21 4340/24
4341/2
**against [21]** 4261/21
4302/1 4304/3 4304/12
4304/20 4305/8
4305/14 4306/10
4307/24 4307/24
4308/1 4308/4 4310/15
4314/1 4314/4 4314/6
4325/4 4325/23 4330/3
4333/22 4339/12
**agency [1]** 4338/12
**agent [24]** 4261/7
4267/14 4267/14
4276/15 4276/15
4276/25 4277/10
4277/25 4278/8
4278/13 4278/24
4278/25 4279/24
4280/8 4281/15
4281/22 4285/6 4285/7
4285/13 4285/19
4306/6 4308/23
4308/25 4309/2
**Agent Cody [12]**
4276/25 4277/10
4277/25 4278/8
4278/13 4278/24
4278/25 4280/8
4281/15 4285/6 4285/7
4285/19
**Agent Hilgeman [2]**
4276/15 4281/22
**agent's [3]** 4274/8
4305/24 4306/2
**agents [3]** 4308/21
4309/10 4309/13
**ago [1]** 4278/20
**agree [3]** 4271/6
4288/17 4323/23
**agreed [16]** 4300/9
4304/19 4304/20
4314/12 4317/5 4317/5
4318/19 4323/10
4324/7 4324/15
4324/16 4324/19
4327/7 4327/19
4336/21 4337/8
**agreement [37]**
4304/18 4305/8
4314/18 4314/24
4316/20 4316/23
4317/1 4317/1 4317/9
4317/14 4317/22
4317/24 4317/25
4318/5 4320/9 4320/18
4320/25 4321/8
4321/19 4321/24
4322/7 4323/16 4325/8
4325/9 4325/10
4325/23 4326/20
4325/23 4326/20
4326/23 4326/23
4327/23 4337/2 4337/3
4345/13

agreements [5] 4305/2
4305/6 4305/11
4305/13 4305/16
**ahead [3]** 4261/2
4284/24 4292/21
**aid [8]** 4267/9 4297/20
4309/12 4321/11
4333/16 4333/18
4333/20 4334/12
**aided [11]** 4328/16
4331/25 4332/3 4332/4
4332/11 4332/15
4336/1 4340/6 4340/11
4341/10 4346/25
**aider [2]** 4334/8
4334/15
**aiding [9]** 4322/1
4328/11 4333/4 4333/5
4333/25 4337/24
4338/3 4340/24 4341/5
**aids [2]** 4269/8 4332/6
**aims [1]** 4321/15
**airport [1]** 4290/23
**AL [1]** 4258/6
**alarm [1]** 4349/8
**Alexandra [2]** 4258/15
4260/11
**all [91]** 4260/2 4260/17
4260/21 4261/5 4262/9
4264/5 4264/8 4264/13
4265/4 4265/23 4266/8
4268/13 4268/14
4271/14 4271/22
4272/6 4272/24 4273/5
4273/12 4274/1 4276/9
4276/10 4278/10
4281/11 4285/3 4286/4
4287/7 4288/21
4289/15 4290/9
4290/24 4290/25
4291/10 4291/13
4291/16 4292/13
4292/21 4292/21
4292/25 4293/4 4293/4
4293/7 4293/10
4293/16 4293/19
4293/25 4294/6
4294/24 4295/5 4295/5
4295/14 4296/1 4296/7
4296/19 4298/7
4298/25 4299/9
4299/22 4301/21
4302/16 4307/2 4308/4
4308/4 4313/8 4313/15
4315/5 4316/1 4317/3
4317/5 4319/23 4320/1
4320/1 4320/14
4320/16 4320/18
4320/21 4324/23
4326/10 4329/19
4329/25 4332/7 4332/8
4337/19 4341/20
4347/17 4348/2 4348/7
4349/4 4349/10
4349/11 4349/15
**all right [4]** 4262/9
4272/24 4290/9 4349/4
**allegations [1]** 4315/14

**alleged [12]** 4296/9
4312/20 4312/24
4313/2 4315/9 4317/17
4319/13 4322/16
4337/11 4337/14
4337/17 4345/18
**allegedly [1]** 4339/3
**alleges [4]** 4314/11
4331/24 4334/19
4340/5
**allow [2]** 4282/3
4299/16
**allowing [3]** 4267/6
4269/15 4270/15
**allows [1]** 4269/5
**alone [4]** 4296/24
4296/25 4302/19
4305/4
**along [3]** 4293/20
4319/20 4328/14
**already [9]** 4263/24
4278/12 4285/20
4285/21 4296/4
4309/14 4323/18
4327/24 4337/4
**also [29]** 4266/23
4270/19 4270/24
4274/22 4277/16
4278/5 4280/20
4293/18 4293/19
4294/25 4295/9
4307/14 4307/20
4311/6 4312/10
4312/16 4317/2
4321/17 4328/9
4329/22 4330/15
4333/22 4334/10
4337/13 4337/22
4338/22 4339/10
4342/12 4343/24
**altered [1]** 4342/22
**although [4]** 4291/23
4304/12 4320/12
4324/4
**always [1]** 4303/17
**am [2]** 4314/1 4328/2
**amended [1]** 4326/7
**Amendment [7]**
4284/15 4310/19
4310/22 4311/8
4311/11 4326/6 4326/8
**AMERICA [3]** 4258/3
4260/7 4340/8
**AMIT [3]** 4258/9 4260/3
4291/17
**among [1]** 4345/18
**amount [1]** 4265/22
**analysis [2]** 4269/13
4270/2
**Angela [2]** 4259/6
4260/14
**Angela Halim [1]**
4260/14
**angiehalim [1]** 4259/8
**another [6]** 4295/6
4313/23 4330/14
4332/3 4332/4 4343/20
**answer [3]** 4302/7

**A**

**answer... [2]** 4302/9
4302/10
**answered [1]** 4302/8
**anticipated [2]** 4276/1
4294/12
**any [78]** 4261/21
4262/12 4263/2 4263/2
4263/12 4268/6
4273/23 4274/7
4276/11 4278/25
4279/10 4292/3
4294/15 4296/20
4296/25 4297/9
4297/12 4298/7
4298/12 4300/10
4300/15 4301/16
4302/20 4302/20
4302/23 4302/23
4303/4 4303/7 4304/2
4305/7 4305/25 4306/3
4306/5 4306/10
4306/12 4308/10
4308/18 4308/20
4309/13 4310/15
4311/24 4312/12
4312/17 4312/20
4313/7 4314/7 4314/8
4314/21 4318/24
4320/13 4320/24
4322/17 4323/1 4323/6
4323/13 4324/4
4324/20 4325/2
4325/18 4336/6 4336/8
4337/16 4338/12
4341/13 4341/16
4344/23 4345/4 4345/6
4345/10 4345/24
4346/3 4346/18
4346/21 4348/5
4348/13 4348/15
4349/1 4349/8
**anybody [1]** 4273/24
**anybody's [1]** 4297/4
**anyone [1]** 4349/1
**anything [7]** 4263/22
4284/5 4289/15
4289/16 4297/7
4349/10 4349/14
**apart [1]** 4272/8
**apologies [1]** 4294/9
**Appeals [1]** 4273/25
**appear [1]** 4310/12
**APPEARANCES [2]**
4258/13 4258/20
**appeared [1]** 4302/17
**applicable [1]** 4267/22
4288/23
**application [2]** 4346/8
4346/14
**applied [1]** 4270/2
**applies [3]** 4296/16
4315/19 4337/7
**apply [8]** 4306/3
4316/1 4328/2 4335/22
4340/4 4341/6 4343/5
4344/16
**Applying [1]** 4269/13

**appreciate [2]** 4290/14
4294/12
**appropriate [1]** 4283/5
**are [80]** 4260/11
4260/21 4262/12
4263/10 4263/11
4263/14 4263/15
4263/21 4263/22
4264/10 4266/4 4267/4
4267/9 4267/9 4268/9
4268/10 4268/11
4268/15 4273/16
4280/17 4283/7
4286/14 4287/3 4287/5
4287/7 4290/20
4292/11 4293/25
4295/21 4296/5 4296/5
4296/22 4296/22
4297/20 4297/24
4299/1 4300/12
4300/14 4300/17
4300/18 4300/20
4300/21 4300/22
4301/14 4301/18
4302/12 4302/18
4302/19 4305/6 4305/7
4305/21 4306/21
4306/24 4308/1 4308/7
4308/14 4310/5 4310/8
4310/10 4310/15
4311/16 4311/20
4313/11 4313/16
4315/14 4318/9
4319/13 4319/16
4324/5 4326/3 4328/3
4334/20 4336/5
4336/25 4339/9
4341/21 4343/23
4344/22 4345/5
4348/15
**arguably [1]** 4291/22
**argue [8]** 4284/9
4286/14 4286/19
4286/23 4287/10
4287/24 4288/3 4288/9
**arguing [1]** 4284/6
**argument [7]** 4264/23
4277/18 4282/22
4284/21 4285/2 4288/2
4301/24
**arguments [6]** 4265/4
4283/2 4283/3 4295/14
4296/3 4300/17
**Arizona [2]** 4275/6
4290/16
**around [13]** 4275/5
4290/7 4290/20 4312/8
4312/8 4312/13
4312/14 4322/22
4322/22 4327/12
4327/12 4336/14
4336/14
**arrangement [1]**
4275/7
**arrest [1]** 4341/24
**arrived [2]** 4316/22
4317/9
**arrives [3]** 4275/6

**Article [3]** 4326/5
4326/7 4326/17
**Article II [3]** 4326/5
4326/7 4326/17
**as [154]**
**ascertaining [1]**
4269/9
**ask [4]** 4261/11 4265/8
4279/5 4280/5
**asked [6]** 4262/10
4262/11 4285/14
4285/19 4299/12
4301/24
**asking [3]** 4263/5
4263/11 4283/14
**asks [1]** 4275/6
**asole [1]** 4285/14
**assembled [1]** 4321/16
**assertion [1]** 4325/11
**asserts [1]** 4300/24
**assess [1]** 4334/12
**assist [5]** 4300/18
4306/17 4333/16
4333/18 4333/20
**assisted [1]** 4322/5
**assisting [2]** 4333/5
4340/24
**associate [1]** 4334/13
**associated [5]** 4268/12
4268/15 4311/21
4328/14 4334/4
**associates [1]** 4270/18
**association [2]** 4321/2
4321/4
**assume [5]** 4261/8
4264/8 4301/3 4301/7
4306/12
**assuming [1]** 4274/17
**attack [1]** 4343/15
**attempt [11]** 4330/17
4331/7 4331/14 4333/9
4339/12 4339/15
4340/3 4340/7 4341/3
4344/1 4344/15
**attempted [9]** 4328/15
4332/19 4332/25
4335/25 4338/14
4340/15 4340/20
4341/9 4344/20
**attempting [15]**
4328/10 4330/16
4330/21 4332/1
4332/16 4333/6
4337/23 4338/2
4339/10 4340/12
4341/1 4342/13
4342/16 4343/24
4344/4
**attempts [1]** 4329/25
**attention [2]** 4304/21
4347/21
**ATTORNEY'S [1]**
4258/16
**attorneys [2]** 4297/12
4305/20
**audio [1]** 4310/8
**authenticate [1]**

**authority [14]** 4314/19
4322/24 4323/4
4323/12 4324/2
4324/17 4324/25
4325/7 4325/8 4325/11
4325/13 4325/20
4326/1 4346/20
**availability [1]** 4343/2
**available [1]** 4269/21
**Avenue [1]** 4259/15
**avoid [1]** 4347/24
**aware [3]** 4318/25
4329/16 4338/20
**awareness [4]** 4323/16
4327/23 4329/3
4329/24

**B**

**back [18]** 4260/20
4265/5 4271/7 4271/11
4272/22 4275/6 4275/7
4275/15 4280/3 4282/9
4283/15 4283/18
4285/8 4285/17
4290/16 4291/12
4293/22 4294/8
**bad [1]** 4338/17
**Badalament [1]** 4281/2
**bag [3]** 4286/24 4287/1
4287/8
**Banks [1]** 4306/15
**Barefoot [1]** 4266/21
**Base [1]** 4339/7
**based [20]** 4267/4
4267/18 4271/19
4272/14 4274/7 4279/6
4285/22 4288/9
4290/19 4291/4 4296/3
4298/22 4298/23
4299/7 4299/8 4306/22
4309/21 4315/14
4317/16 4334/21
**basically [2]** 4278/11
4282/24
**basis [2]** 4271/25
4305/4
**batch [2]** 4278/7
4278/10
**batches [1]** 4279/7
**be [122]**
**bearing [2]** 4302/24
4320/9
**became [1]** 4316/14
**because [22]** 4261/17
4262/3 4266/8 4268/1
4271/1 4276/12
4277/22 4280/24
4283/13 4283/20
4290/22 4291/5
4292/17 4306/16
4306/13 4310/25
4311/15 4313/4 4331/8
4331/15 4332/14
4340/11
**becomes [1]** 4322/6
**bedlam [1]** 4279/15
**been [22]** 4262/12

4272/10 4283/23
4285/21 4289/6
4289/22 4290/4
4299/18 4300/13
4301/10 4302/22
4303/25 4307/23
4308/4 4309/17
4310/14 4312/1
4317/21 4318/24
4319/8
**before [20]** 4258/9
4263/20 4266/17
4266/19 4267/17
4270/9 4277/25
4287/20 4296/9
4302/17 4305/20
4310/16 4320/15
4320/16 4326/19
4329/8 4347/15
4347/15 4348/16
4348/16
**beforehand [1]**
4263/17
**began [1]** 4312/16
**begin [4]** 4274/25
4296/6 4347/9 4348/8
**beginning [2]** 4295/2
4297/20
**behalf [4]** 4292/24
4293/3 4293/6 4293/9
**behavior [1]** 4302/25
**being [12]** 4263/16
4287/25 4291/24
4292/2 4311/21
4321/13 4332/24
4334/9 4340/19 4342/3
4342/7 4342/11
**believability [1]** 4297/1
**believable [1]** 4299/25
**believe [10]** 4272/19
4273/16 4278/6 4297/9
4299/24 4302/4
4302/20 4304/2 4310/1
4318/4
**believed [1]** 4301/25
4302/21
**belonged [1]** 4338/23
**below [1]** 4313/21
**beneath [1]** 4271/24
**Berry [2]** 4304/17
4307/14
**Berry's [2]** 4307/18
4307/20
**between [7]** 4266/1
4266/24 4303/11
4308/10 4317/4
4341/23
**beyond [52]** 4284/18
4298/4 4298/8 4298/12
4298/16 4298/21
4299/9 4299/11 4305/5
4312/5 4312/19 4313/1
4313/17 4316/9
4316/21 4317/7
4317/14 4318/9
4318/16 4319/3
4319/17 4320/24

**beyond... [30]** 4322/2
4323/9 4324/10
4327/17 4328/21
4329/10 4330/22
4331/10 4331/11
4332/9 4332/17
4334/10 4334/15
4335/4 4336/6 4336/20
4338/7 4339/18
4340/13 4341/14
4342/21 4343/9 4344/6
4344/24 4345/7 4346/2
4346/9 4346/15
4346/23 4347/2
**bias [1]** 4304/5
**biased [1]** 4304/3
**big [3]** 4264/19 4265/8
4271/7
**bins [10]** 4283/20
4283/23 4286/15
4286/16 4287/3 4287/3
4287/5 4287/6 4287/9
4288/1
**bit [1]** 4294/11
**blacked [1]** 4310/7
**bleed [1]** 4261/19
**blown [1]** 4271/16
**blown-up [1]** 4271/16
**board [5]** 4264/11
4264/19 4265/9 4271/7
4309/18
**board.' [1]** 4272/11
**both [21]** 4277/5
4286/2 4289/7 4291/21
4293/25 4301/13
4301/18 4301/22
4302/10 4317/12
4323/16 4324/8
4324/14 4324/22
4325/3 4326/22
4329/21 4334/1 4337/7
4348/23 4348/24
**bottom [1]** 4271/2
**bound [1]** 4306/21
**Box [1]** 4259/3
**break [3]** 4264/7
4264/9 4270/9
**breaking [1]** 4318/24
**Brian [1]** 4304/17
**Brian Ulrich [1]**
4304/17
**bribes [1]** 4330/7
**brief [1]** 4348/18
**briefing [1]** 4293/16
**briefly [3]** 4264/15
4265/10 4349/7
**bring [8]** 4274/2
4274/20 4276/4 4276/7
4280/23 4293/21
4304/21 4334/18
**bringing [5]** 4277/4
4280/14 4283/16
4287/2 4288/1
**brought [1]** 4262/8
4276/4 4276/11
4276/13 4277/12
4281/20 4286/20

4289/10
**BROWN [2]** 4259/11
4259/14
**bsrlegal.com [2]**
4259/13 4259/17
**building [3]** 4286/4
4345/20 4345/25
**bunch [1]** 4287/9
**burden [4]** 4298/5
4298/15 4299/10
4316/5
**busy [1]** 4347/19

**C**
**Cain [2]** 4309/5 4309/8
**Caleb [2]** 4304/17
4307/14
**Caleb Berry [1]**
4304/17
**call [2]** 4283/12
4304/10
**called [5]** 4266/21
4267/24 4288/22
4288/24 4332/5
**calling [1]** 4263/10
**came [2]** 4264/25
4277/5
**campground [4]**
4277/17 4277/24
4287/13 4289/14
**campsite [1]** 4263/1
**can [39]** 4261/25
4262/20 4263/12
4266/5 4266/6 4269/4
4270/23 4271/10
4271/12 4272/20
4274/9 4274/14
4274/17 4274/20
4274/22 4275/2 4275/3
4275/15 4278/18
4278/19 4278/23
4279/16 4280/16
4280/23 4285/11
4288/2 4288/4 4290/24
4292/13 4292/15
4293/20 4328/17
4347/11 4348/14
4348/16 4348/17
4348/18 4348/23
4349/2
**can't [3]** 4277/21
4285/23 4286/23
**candid [1]** 4264/16
**cannot [3]** 4298/25
4308/12 4313/4
**capability [1]** 4304/6
**Capitol [8]** 4278/16
4279/12 4279/14
4279/23 4315/10
4343/15 4345/20
4345/25
**Capitol Building [1]**
4345/20
**cardboard [1]** 4265/24
**careful [2]** 4298/24
4299/4
**carried [3]** 4317/21

**carry [2]** 4325/21
4326/1
**carrying [2]** 4287/9
4318/3
**Carter [10]** 4275/4
4275/6 4275/19 4276/4
4276/8 4276/13
4280/12 4283/17
4290/23 4291/8
**Carter's [2]** 4275/11
4290/22
**case [90]** 4260/7
4260/21 4261/3
4261/13 4261/22
4262/15 4262/16
4263/19 4265/12
4265/12 4265/14
4265/17 4266/12
4266/18 4266/20
4266/25 4267/14
4267/24 4269/11
4270/11 4272/14
4274/13 4274/18
4276/6 4276/11 4277/2
4277/12 4277/24
4278/6 4279/21 4280/1
4283/6 4284/7 4285/1
4285/1 4285/22 4286/2
4286/8 4286/25
4287/15 4287/24
4288/9 4288/13
4288/22 4288/22
4288/23 4289/4
4289/17 4291/22
4294/15 4295/3 4295/6
4295/16 4296/8
4296/10 4296/17
4296/22 4297/5 4297/8
4297/10 4297/21
4298/1 4298/24
4299/18 4300/5
4300/22 4301/21
4301/23 4302/16
4303/8 4303/9 4304/16
4304/19 4306/1 4306/7
4306/9 4306/14 4307/2
4307/23 4308/9
4309/21 4311/20
4312/19 4312/25
4314/10 4319/20
4331/24 4334/19
4347/15 4347/24
**cases [8]** 4264/17
4265/10 4266/12
4266/18 4294/21
4298/16 4298/18
4298/19
**categorizations [1]**
4268/8
**caught [1]** 4332/8
**cause [4]** 4299/4
4303/12 4345/24
4349/8
**caution [5]** 4292/8
4304/13 4305/16
4321/1 4321/17
**cell [2]** 4306/15

**cell-site [1]** 4306/15
**cellular [3]** 4342/1
4342/5 4342/9
**certain [15]** 4300/9
4304/20 4307/22
4308/21 4311/5 4311/9
4312/23 4315/15
4315/16 4315/25
4315/25 4319/12
**certainly [8]** 4270/3
4270/7 4282/10
4287/23 4289/6
4289/12 4295/14
4349/13
**certainty [3]** 4299/10
4301/20 4312/24
**certificates [1]**
4326/10
**certification [3]**
4345/22 4346/19
4346/25
**certify [4]** 4314/25
4315/7 4329/13 4350/2
**challenge [1]** 4267/22
**chance [2]** 4264/13
4266/15
**change [1]** 4273/19
**changes [1]** 4273/15
**character [1]** 4273/17
**charge [6]** 4314/16
4314/22 4315/2
4315/11 4342/12
4348/20
**charged [37]** 4298/9
4304/11 4312/2
4313/21 4316/6
4316/11 4316/16
4318/11 4323/21
4324/5 4324/12
4324/24 4328/4
4330/15 4332/2
4332/21 4333/12
4333/19 4334/21
4335/3 4335/8 4335/11
4335/12 4335/14
4335/16 4335/24
4339/10 4340/9 4341/8
4341/21 4341/25
4342/4 4342/8 4343/24
4344/18 4345/7 4347/2
**charges [27]** 4296/9
4299/14 4299/16
4304/20 4312/6
4312/10 4312/21
4314/1 4314/4 4314/5
4314/11 4314/11
4314/17 4314/23
4315/4 4315/5 4315/8
4315/14 4322/21
4323/25 4327/11
4327/25 4328/6 4328/9
4336/13 4337/19
4337/22
**charging [4]** 4264/24
4315/19 4315/20
4315/22

**chart [19]** 4264/20
4265/3 4265/19
4266/23 4267/15
4267/18 4268/1 4268/2
4268/3 4269/8 4269/15
4269/20 4269/23
4270/3 4270/14
4270/25 4271/4 4271/4
4273/8
**charts [7]** 4264/20
4267/4 4267/7 4267/9
4267/16 4269/25
4272/8
**chat [3]** 4280/11
4280/13 4290/5
**check [1]** 4348/24
**chief [6]** 4278/6
4288/13 4289/4
4289/17 4291/22
4294/21
**chose [1]** 4306/13
**chosen [2]** 4287/8
4306/9
**Circuit [12]** 4264/17
4265/13 4265/13
4265/14 4265/18
4266/22 4267/2
4267/12 4267/24
4268/2 4269/1 4288/21
**circulated [2]** 4273/12
4273/15
**circumstances [9]**
4299/23 4301/1
4311/10 4313/7 4313/9
4313/16 4317/18
4317/19 4334/3
**circumstantial [10]**
4273/21 4300/23
4301/2 4301/11
4301/13 4301/17
4301/19 4301/22
4317/13 4334/2
**cited [1]** 4265/11
**civil [2]** 4288/22
4298/16
**Claimants [1]** 4288/24
**clarify [1]** 4308/7
**clause [1]** 4273/21
**clear [5]** 4266/10
4279/19 4286/10
4331/18 4348/25
**CLINTON [1]** 4259/19
**clintonpeed.com [1]**
4259/22
**close [5]** 4264/9
4266/6 4293/4 4347/10
4348/16
**closing [2]** 4295/14
4296/3
**closings [5]** 4295/19
4347/12 4347/14
4347/17 4348/13
**co [7]** 4283/12 4283/14
4320/5 4328/18
4334/22 4336/2
4345/18
**co-conspirator [4]**
4320/5 4328/18

**co-conspirator...** [2]
4334/22 4336/2
**co-conspirators** [1]
4345/18
**Code** [2] 4326/7
4326/13
**Cody** [16] 4276/16
4276/17 4276/25
4277/10 4277/25
4278/8 4278/13
4278/24 4278/25
4280/8 4281/15 4285/6
4285/7 4285/13
4285/19 4289/19
**coincide** [1] 4297/13
**college** [4] 4315/1
4315/7 4329/13
4345/22
**colored** [1] 4304/5
**COLUMBIA** [1] 4258/1
**combination** [1]
4281/12
**combining** [1] 4281/13
**come** [10] 4264/21
4264/25 4282/3
4282/15 4284/14
4284/14 4289/14
4291/21 4291/22
4347/8
**comes** [3] 4262/3
4264/2 4283/10
**Comfort** [2] 4282/18
4346/21
**Comfort Inn** [2]
4282/18 4346/21
**coming** [3] 4263/14
4286/11 4294/11
**commencing** [2]
4312/8 4312/13
**commentary** [2]
4265/25 4266/2
**comments** [1] 4271/20
**commission** [1]
4334/6
**commit** [43] 4311/12
4316/13 4328/4
4328/11 4330/16
4330/17 4330/21
4330/24 4331/5 4331/7
4331/12 4331/14
4331/19 4332/1
4332/16 4332/20
4333/6 4333/9 4333/9
4333/14 4333/17
4337/25 4338/2 4338/3
4339/10 4339/12
4339/16 4339/20
4340/2 4340/6 4340/7
4340/12 4340/16
4341/1 4341/3 4341/3
4342/13 4342/16
4343/24 4344/1 4344/4
4344/8 4344/14
**committed** [32]
4310/24 4312/7
4312/13 4312/22
4312/23 4313/2 4332/8

4332/24 4332/25
4332/25 4334/9
4334/10 4334/17
4334/23 4334/25
4334/25 4335/8
4335/11 4335/12
4335/14 4336/7
4336/10 4340/15
4340/19 4340/19
4340/20 4341/15
4341/19 4344/24
4345/3
**committing** [21]
4327/20 4330/7 4331/3
4331/17 4331/25
4332/3 4332/5 4332/12
4332/15 4332/20
4333/6 4336/3 4336/5
4339/24 4340/12
4341/1 4341/11
4341/13 4344/12
4344/20 4344/23
**common** [3] 4317/11
4321/15 4325/3
**communications** [3]
4342/2 4342/6 4342/10
**compared** [1] 4266/2
**competence** [1]
4269/22
**competent** [1] 4267/5
**complete** [7] 4291/25
4292/3 4330/19
4331/23 4339/13
4344/3 4347/17
**completely** [4] 4264/16
4290/21 4291/6
4306/25
**complex** [1] 4270/11
**complexity** [1] 4269/10
**computer** [1] 4274/23
**concealed** [1] 4342/23
**concepts** [1] 4325/5
**concern** [1] 4273/24
**concerned** [2] 4303/9
4308/15
**concerning** [4]
4269/24 4306/15
4306/20 4318/1
**conclude** [5] 4295/13
4318/7 4318/8 4319/3
4348/10
**concluded** [4] 4294/21
4295/12 4347/14
4349/17
**conclusion** [1]
4302/22
**conduct** [18] 4296/14
4310/23 4311/14
4313/22 4313/24
4321/14 4329/4
4329/16 4330/6 4330/8
4330/14 4338/17
4338/19 4338/21
4342/3 4342/6 4342/10
4343/21
**conducted** [1] 4326/17
**conferred** [1] 4274/10

**continues** [3] 4301/8
4340/1 4344/14
**confusion** [1] 4269/11
**Congress** [12] 4279/15
4315/2 4315/23 4316/8
4326/11 4329/8
4336/15 4336/18
4336/23 4336/24
4336/24 4345/16
**Congress's** [4]
4314/25 4315/6
4329/13 4336/25
**connection** [1] 4343/5
**connor** [2] 4259/10
4259/13
**conscious** [1] 4319/9
**consciousness** [2]
4329/22 4329/23
**consequence** [4]
4270/7 4335/1 4335/17
4335/20
**consequences** [1]
4313/12
**consider** [45] 4269/8
4269/14 4269/25
4296/19 4299/17
4299/22 4300/3
4300/10 4300/12
4301/21 4302/13
4302/16 4302/23
4302/24 4303/17
4303/21 4303/24
4304/4 4304/22
4305/10 4305/12
4307/1 4307/10
4307/12 4307/19
4307/20 4308/17
4309/11 4310/13
4311/2 4311/16 4313/7
4313/15 4317/12
4319/16 4319/19
4325/8 4329/18 4334/1
4336/5 4336/10
4341/13 4341/18
4344/22 4345/3
**consideration** [2]
4297/5 4298/25
**considered** [5]
4267/10 4304/13
4305/16 4305/25
4314/7
**considering** [4]
4269/17 4288/14
4318/10 4328/3
**consistent** [1] 4309/14
**conspiracies** [4]
4316/1 4323/19
4327/25 4337/5
**conspiracy** [108]
**conspiracy's** [1]
4320/19
**conspirator** [12]
4283/12 4283/14
4283/17 4320/5 4320/6
4321/13 4321/13
4322/7 4322/8 4328/18
4334/22 4336/2
**conspiratorial** [2]

**conspirators** [11]
4266/24 4320/21
4323/23 4324/15
4324/16 4324/19
4327/6 4327/7 4327/10
4337/8 4345/18
**conspired** [4] 4323/10
4327/19 4328/4
4336/15
**conspiring** [4] 4323/3
4323/25 4327/15
4336/17
**Constitution** [5]
4310/19 4311/8 4326/5
4326/7 4326/17
**constitutional** [1]
4330/3
**constructed** [1]
4265/23
**contacts** [1] 4265/21
**contained** [2] 4314/2
4342/1
**contains** [1] 4314/10
**contemporaneously**
[1] 4283/4
**contend** [3] 4345/9
4345/19 4345/24
**contends** [3] 4272/14
4309/21 4346/18
**content** [3] 4315/15
4315/16 4315/17
**contents** [3] 4268/7
4271/4 4309/11
**contingent** [1] 4263/8
**continue** [3] 4322/9
4322/13 4347/13
**CONTINUED** [1]
4259/1
**contours** [1] 4288/9
**contradicted** [1]
4303/25
**contrary** [1] 4318/22
**contrast** [1] 4330/5
**control** [2] 4269/5
4297/14
**controls** [2] 4272/16
4309/23
**controversial** [1]
4270/17
**convenience** [1]
4308/6
**conventional** [1]
4327/1
**conversation** [1]
4285/16
**conversations** [3]
4319/13 4319/15
4319/17
**convict** [1] 4305/3
**conviction** [1] 4321/7
**convinced** [1] 4299/1
**convinces** [1] 4305/4
**cooperate** [1] 4318/20
**cooperation** [1]
4304/21
**copy** [1] 4295/24
**Copyright** [1] 4288/24

**correct** [1] 4350/3
**corroborates** [3]
4331/4 4340/1 4344/13
**corruptly** [13] 4328/7
4328/19 4329/6
4329/20 4330/1 4330/5
4330/9 4342/25 4343/4
4345/23 4346/3 4346/7
4346/13
**cost** [2] 4339/5 4339/5
**could** [11] 4262/12
4281/7 4285/5 4287/9
4291/21 4291/22
4292/7 4317/21
4346/4 4346/10
4346/16
**Couldn't** [1] 4274/25
**counsel** [1] 4274/10
**count** [44] 4314/16
4314/22 4315/2 4315/4
4315/7 4315/19
4315/20 4315/21
4316/6 4322/21
4323/21 4323/25
4324/12 4326/3
4326/16 4327/11
4327/25 4328/3 4328/5
4328/6 4328/9 4330/15
4332/2 4334/21 4335/3
4335/24 4336/9
4336/13 4337/14
4337/19 4337/22
4339/9 4340/9 4341/8
4341/18 4341/25
4342/4 4342/8 4343/11
4345/2 4345/13 4346/1
4346/6 4346/12
**Count 1** [6] 4314/16
4316/6 4323/21
4323/25 4337/14
4345/13
**Count 2** [3] 4314/22
4327/11 4328/3
**Count 3** [1] 4327/25
**Count 4** [3] 4315/2
4315/21 4336/13
**Count 5** [3] 4315/7
4337/19 4340/9
**Count 6** [3] 4343/11
4345/2 4346/1
**Count 7** [2] 4342/4
4346/6
**Count 8** [3] 4342/8
4346/12
**counted** [1] 4326/12
**counteract** [1] 4325/13
**country** [1] 4281/20
**counts** [14] 4292/25
4315/10 4329/12
4337/10 4337/11
4337/14 4337/17
4337/17 4337/18
4342/12 4343/5
4343/22 4343/22
4344/18
**Counts 1** [1] 4337/17
**Counts 2** [1] 4329/12
**Counts 6** [1] 4315/10

**Counts 6... [1]** 4344/18
**couple [7]** 4262/13
4262/14 4263/7
4263/13 4263/17
4266/19 4275/22
**coupled [2]** 4321/4
4321/6
**course [3]** 4271/10
4302/5 4310/2
**court [28]** 4258/1
4260/2 4265/7 4265/14
4266/25 4267/3 4267/5
4267/8 4267/16 4269/5
4269/7 4269/24 4270/2
4273/25 4279/4 4280/7
4281/3 4288/14 4289/1
4291/14 4291/16
4293/15 4297/12
4301/5 4307/19 4330/2
4330/6 4348/25
**Court's [5]** 4288/3
4290/2 4290/4 4290/20
4291/4
**courtroom [4]** 4260/18
4262/18 4294/5 4348/3
**courts [1]** 4269/17
**CR [1]** 4258/4
**creates [2]** 4268/8
4270/21
**creation [1]** 4272/4
**credibility [6]** 4297/1
4302/18 4302/22
4306/2 4307/11
4307/20
**credible [1]** 4303/25
**crime [38]** 4310/24
4311/12 4313/21
4316/19 4321/6 4321/6
4327/21 4328/4
4330/16 4330/18
4330/19 4330/25
4331/5 4331/11
4331/17 4331/23
4332/8 4332/10
4332/12 4334/20
4335/18 4338/2 4338/3
4339/10 4339/12
4339/14 4339/16
4339/21 4339/24
4340/2 4340/7 4340/16
4342/17 4343/24
4344/2 4344/3 4344/9
4344/14
**crimes [2]** 4312/2
4347/2
**criminal [10]** 4260/7
4298/1 4298/19 4306/7
4310/23 4311/14
4317/20 4318/18
4334/5 4346/24
**cross [16]** 4261/8
4269/21 4270/25
4277/5 4277/8 4280/8
4282/22 4282/22
4285/12 4289/7
4289/19 4289/22
4290/4 4291/5 4291/23

**cross-examination [5]**
4269/21 4277/8
4289/19 4289/22
4292/7
**cross-examinations [1]**
4289/7
**cross-examine [1]**
4270/25
**crossed [1]** 4285/7
**crossing [1]** 4285/6
**CRR [2]** 4350/2 4350/8
**curtailed [1]** 4277/1

**D**

**D.C [4]** 4258/5 4258/17
4259/21 4284/14
**D.C. [1]** 4264/17
**D.C. Circuit [1]**
4264/17
**damage [5]** 4315/9
4337/23 4338/14
4338/14 4345/24
**damaged [5]** 4338/8
4339/1 4339/3 4339/4
4341/8
**damaging [9]** 4337/20
4338/5 4339/11
4339/16 4339/21
4339/24 4340/7
4340/16 4341/16
**date [7]** 4290/9
4312/16 4312/24
4313/2 4313/2 4341/24
4350/7
**dates [2]** 4312/23
4322/17
**David [10]** 4259/10
4260/9 4315/11
4315/12 4337/20
4339/9 4340/6 4342/8
4343/14 4345/9
**David Moerschel [7]**
4315/12 4337/20
4339/9 4340/6 4342/8
4343/14 4345/9
**day [12]** 4258/7 4264/9
4275/5 4275/5 4292/13
4295/9 4295/13
4295/15 4347/8
4347/19 4347/20
4348/1
**days [12]** 4270/5
4270/5 4277/4 4280/22
4281/6 4282/9 4282/20
4286/20 4287/11
4287/12 4290/20
4295/15
**days' [5]** 4277/13
4281/14 4281/19
4288/6 4288/10
**deal [1]** 4348/14
**deceit [1]** 4326/25
**December [3]** 4312/14
4327/12 4336/14
**decide [11]** 4296/23
4296/24 4296/25
4297/5 4297/8 4301/16

**decided [1]** 4312/2
**deciding [3]** 4317/13
4329/17 4333/24
**decision [2]** 4287/18
4306/10
**decisions [1]** 4306/12
**deck [1]** 4278/23
**declines [1]** 4267/8
**defeat [1]** 4325/13
**defendant [172]**
4260/10
**Defendant 11 [1]**
4260/10
**Defendant Hackett [1]**
4260/14
**Defendant Minuta [1]**
4260/13
**Defendant Moerschel
[2]** 4260/15 4343/23
**Defendant Vallejo [1]**
4260/16
**defendant's [28]**
4299/1 4305/5 4313/22
4313/22 4313/24
4319/8 4319/9 4319/18
4320/8 4320/10
4320/18 4329/4
4330/12 4330/12
4330/14 4331/10
4331/19 4333/15
4333/17 4333/20
4333/22 4334/2
4334/11 4338/17
4338/21 4343/18
4343/18 4343/20
**defendants [38]**
4258/7 4260/17
4261/19 4304/12
4305/15 4306/8
4307/25 4308/4
4310/18 4311/2 4311/6
4311/20 4312/2 4312/5
4313/8 4314/2 4314/12
4314/14 4314/17
4314/23 4315/5 4315/8
4315/11 4315/14
4315/19 4315/20
4315/22 4322/23
4323/25 4327/13
4331/25 4334/20
4336/13 4337/23
4341/21 4342/12
4345/5 4345/8
**defendants's [1]**
4341/24
**defense [8]** 4261/20
4268/6 4270/22
4270/24 4273/2
4293/13 4294/20
4345/6
**defense's [1]** 4289/4
**defined [5]** 4320/7
4327/1 4331/1 4339/22
4344/10
**definition [1]** 4261/21
**definitions [3]** 4326/2
4328/14 4343/4

**delay [7]** 4294/9
4314/20 4323/1 4323/6
4324/19 4325/2
4325/18
**delaying [2]** 4323/13
4324/3
**deleted [2]** 4315/15
4315/16
**deleting [2]** 4342/5
4342/9
**deliberately [2]** 4319/5
4319/7
**deliberations [9]**
4271/10 4295/11
4295/25 4297/15
4297/19 4300/3
4302/11 4302/14
4310/5
**deliver [1]** 4347/6
**demeanor [1]** 4302/24
**demonstrative [2]**
4266/5 4266/10
**deny [1]** 4289/11
**department [1]**
4338/12
**depending [2]** 4261/8
4264/2
**described [5]** 4313/21
4322/17 4336/4
4341/11 4344/21
**describes [1]** 4314/3
**deserve [1]** 4308/20
**deserves [6]** 4272/19
4304/15 4305/18
4307/3 4310/1 4319/21
**desire [1]** 4304/6
**desktop [1]** 4278/3
**destroy [4]** 4337/23
4346/4 4346/10
4346/16
**destroyed [5]** 4338/9
4339/3 4339/4 4341/9
4342/22
**destroying [10]** 4327/3
4337/21 4338/5
4339/11 4339/16
4339/21 4339/25
4340/8 4340/16
4341/16
**destruction [1]** 4315/8
**detail [2]** 4303/18
4327/7
**details [4]** 4277/7
4317/2 4317/5 4319/23
**determination [2]**
4269/9 4339/8
**determine [14]**
4296/21 4297/2
4299/3 4300/22
4302/19 4304/4
4308/12 4318/12
4323/7 4325/6 4325/17
4325/19 4325/22
4328/15
**determined [2]** 4268/2
4299/21
**determining [5]**

**degree [1]** 4302/8
4306/18 4313/17
4319/17
**developed [1]** 4269/10
**Devotional [1]** 4288/24
**dictated [1]** 4285/1
**did [30]** 4264/17
4265/22 4266/25
4267/20 4276/8
4278/10 4282/17
4284/6 4284/6 4285/8
4285/8 4288/5 4289/17
4313/13 4313/13
4329/19 4330/19
4331/22 4333/8
4333/16 4338/10
4339/13 4341/2 4344/3
4345/21 4345/22
4345/24 4346/7
4346/13 4346/18
**didn't [15]** 4264/25
4276/4 4276/7 4276/9
4279/10 4280/5
4283/12 4283/25
4284/1 4284/5 4286/16
4288/3 4290/17 4349/1
4349/8
**difference [1]** 4308/10
**different [8]** 4265/18
4266/24 4270/11
4290/21 4290/21
4291/6 4303/11
4305/11
**differently [2]** 4303/14
4325/22
**difficult [1]** 4308/7
**digital [3]** 4265/8
4271/11 4271/12
**direct [16]** 4276/19
4277/1 4277/10
4277/14 4279/6 4280/4
4291/25 4300/22
4300/25 4301/6
4301/13 4301/17
4301/20 4301/22
4317/12 4334/1
**direct evidence [4]**
4300/22 4301/6
4301/20 4317/12
**directed [1]** 4289/2
**directly [2]** 4313/4
4317/4
**discarded [2]** 4315/15
4346/3
**discarding [1]** 4342/1
**discharging [8]**
4312/12 4315/3
4315/23 4316/9
4336/16 4336/18
4336/23 4345/16
**disclaimer [1]** 4264/18
**discredit [1]** 4303/12
**discrepancies [1]**
4303/10
**discrepancy [2]**
4303/17 4303/19
**discretion [3]** 4267/3
4267/6 4289/1

discuss [3] 4261/1
4316/17 4347/24
discussed [3] 4262/7
4317/4 4321/15
discussion [1] 4277/22
discussions [1]
4294/10
dismiss [1] 4304/20
display [1] 4349/7
dispute [1] 4270/20
disputes [1] 4286/17
disregard [2] 4307/1
4308/14
disrupt [1] 4345/21
distant [1] 4270/10
distinct [1] 4320/21
DISTRICT [7] 4258/1
4258/1 4258/10 4267/3
4267/5 4267/8 4269/24
District Court [3]
4267/3 4267/5 4267/8
do [28] 4261/5 4262/20
4263/6 4266/10 4275/2
4277/22 4282/9
4283/19 4283/21
4286/8 4286/18 4287/4
4288/4 4291/20
4292/14 4292/15
4292/16 4292/16
4295/17 4296/2
4311/17 4313/13
4322/23 4325/9 4339/6
4341/9 4344/20
4345/21
document [2] 4314/6
4342/23
documents [11]
4315/13 4341/22
4342/14 4342/19
4343/25 4344/2 4344/5
4344/9 4344/13
4344/19 4345/1
does [28] 4267/3
4270/14 4271/12
4274/7 4275/1 4281/2
4283/21 4297/13
4298/6 4301/15
4301/19 4305/8
4310/22 4311/11
4316/25 4317/23
4317/23 4318/23
4320/24 4321/2
4321/16 4321/22
4329/16 4330/4
4331/21 4334/10
4338/20 4338/22
doesn't [2] 4279/5
4289/11
doing [8] 4290/3
4311/11 4314/14
4319/3 4319/4 4329/16
4329/24 4341/10
Dolan [1] 4349/7
don't [30] 4263/5
4263/18 4264/13
4265/5 4265/11 4271/2
4271/9 4276/3 4276/11

4278/2 4278/25 4279/1
4280/21 4282/10
4283/1 4286/1 4286/17
4286/18 4287/3 4287/6
4287/19 4289/5
4289/15 4289/23
4292/5 4292/21
4295/25 4349/2
done [9] 4266/16
4292/13 4297/7 4313/8
4319/6 4319/7 4320/15
4320/16 4320/18
dong [1] 4348/10
Donna [1] 4279/14
Donna Hancock [1]
4279/14
door [3] 4276/3
4281/17 4284/5
doubt [59] 4284/18
4298/5 4298/8 4298/13
4298/16 4298/21
4298/21 4298/22
4298/22 4299/2 4299/3
4299/3 4299/7 4299/7
4299/8 4299/9 4299/11
4305/5 4312/5 4312/19
4313/1 4313/18
4316/10 4316/21
4317/8 4317/14 4318/9
4318/17 4319/3
4319/18 4322/2 4323/9
4324/10 4327/18
4328/22 4329/10
4330/23 4331/10
4332/10 4332/17
4334/11 4334/16
4335/5 4336/7 4336/20
4338/7 4339/18
4340/13 4341/14
4342/21 4343/10
4344/7 4344/24 4345/8
4346/2 4346/9 4346/15
4346/23 4347/3
down [1] 4296/1
draw [2] 4300/13
4314/8
drawn [2] 4301/2
4317/16
driving [2] 4292/6
4292/6
duration [1] 4320/8
during [18] 4262/21
4264/3 4271/10
4295/11 4295/25
4296/24 4297/15
4297/16 4297/18
4300/3 4300/8 4302/5
4308/19 4310/2
4313/15 4320/19
4334/6 4335/13
duties [8] 4312/12
4315/3 4315/23 4316/9
4336/16 4336/18
4336/25 4345/16
duty [3] 4296/18
4298/10 4336/23

each [36] 4279/6
4295/23 4299/21
4304/8 4306/8 4312/4
4313/21 4314/4 4314/5
4315/24 4316/6
4316/17 4320/20
4323/8 4327/17 4328/1
4328/3 4328/6 4328/9
4328/15 4328/16
4328/17 4328/21
4330/15 4330/23
4332/21 4336/3
4336/19 4338/6
4339/18 4341/10
4342/20 4344/7
4344/20 4345/7 4347/2
earlier [10] 4267/18
4274/21 4307/5
4307/10 4307/13
4307/15 4307/18
4307/21 4307/22
4337/5
Eats [1] 4281/18
education [2] 4306/20
4306/23
Edward [6] 4259/19
4260/10 4275/4
4275/12 4280/12
4343/14
Edwards [7] 4258/15
4260/12 4263/22
4276/14 4281/11
4287/17 4294/22
effect [2] 4303/16
4329/3
efficient [1] 4296/15
Eighth [1] 4265/13
either [10] 4265/11
4268/12 4304/3 4306/4
4316/23 4322/10
4324/6 4324/14 4337/7
4345/1
election [3] 4314/14
4326/11 4326/15
electoral [6] 4315/1
4315/7 4326/18
4329/13 4345/22
4346/19
Electoral College [1]
4315/7
electors [1] 4326/11
element [9] 4298/8
4298/12 4316/19
4331/6 4331/13
4331/21 4333/25
4345/7 4347/2
elements [17] 4316/10
4316/18 4323/9
4327/17 4328/13
4328/21 4330/23
4332/21 4336/20
4338/1 4338/2 4338/7
4339/19 4342/15
4342/16 4342/21
4344/7
else [4] 4265/25
4273/2 4349/10

email [8] 4258/18
4258/19 4259/5 4259/8
4259/13 4259/17
4259/22 4266/17
emphasized [1] 4289/9
encourage [4] 4333/16
4333/18 4333/21
4334/12
encouraged [1]
4333/14
encouraging [2]
4333/6 4340/25
end [4] 4273/21
4341/20 4347/5 4347/8
endeavor [1] 4325/12
endeavored [1]
4325/21
ended [2] 4312/16
4322/17
ends [3] 4261/3
4264/10 4322/1
enforcement [3]
4305/24 4306/6
4308/21
engage [2] 4310/22
4311/14
engaged [2] 4311/1
4322/4
engaging [3] 4281/15
4306/10 4330/7
Enjoy [1] 4347/25
enough [4] 4320/5
4324/21 4333/19
4334/7
ensuring [1] 4269/19
4269/23
entail [1] 4274/15
enter [1] 4305/1
entered [14] 4294/5
4304/17 4305/6
4305/11 4305/13
4305/15 4311/4
4314/17 4314/24
4318/17 4323/15
4327/22 4345/12
4345/20
enters [1] 4326/19
entirely [1] 4313/13
entitled [2] 4300/16
4304/9
equal [2] 4301/18
4320/23
equally [2] 4328/2
4337/7
error [6] 4265/15
4267/7 4267/13
4267/22 4267/23
4303/19
especially [1] 4264/24
essential [1] 4322/15
essentially [6] 4265/25
4269/5 4269/13
4270/14 4289/14
4289/18
establish [4] 4312/15
4312/17 4312/24
4321/16

established [1] 4324/6

establishes [2]
4312/19 4313/1
estimates [1] 4348/10
ET [1] 4258/6
ethnic [1] 4297/4
EV [1] 4282/8
EV105 [4] 4280/20
4281/14 4282/5 4282/9
EV106 [1] 4278/1
EV184 [1] 4279/22
EV305.1 [2] 4279/18
4280/23
evaluated [1] 4309/13
evaluating [3] 4306/1
4309/12 4309/15
even [9] 4266/17
4279/4 4280/4 4320/15
4321/3 4321/6 4330/18
4339/13 4344/2
evening [2] 4273/12
4273/13
event [1] 4306/3
every [8] 4270/25
4298/1 4298/8 4306/7
4320/3 4327/7 4333/18
4345/7
everybody [6] 4273/2
4274/3 4288/19
4291/10 4294/13
4348/12
everybody's [1] 4264/8
everyone [7] 4260/4
4260/5 4260/19
4284/13 4294/7 4348/4
4349/15
everything [2] 4265/24
4331/22
evidence [135]
exact [2] 4312/16
4312/24
examination [6]
4269/21 4277/8
4289/19 4289/22
4292/1 4292/7
examinations [1]
4289/7
examine [2] 4270/25
4310/11
Examiner [2] 4309/5
4309/8
Examiner Cain [1]
4309/8
example [6] 4277/17
4301/3 4311/3 4321/5
4324/16 4330/1
exceeded [1] 4338/15
except [3] 4268/7
4317/21 4331/22
exchange [1] 4348/14
exclude [3] 4289/24
4292/7 4292/9
exclusion [3] 4268/5
4281/6 4281/23
exclusive [1] 4297/11
excuse [6] 4270/5
4292/2 4309/6 4315/11
4323/5 4333/5

**execution [10]** 4314/21
4323/1 4323/6 4323/13
4324/3 4324/20 4325/2
4325/18 4325/22
4325/24
**exercise [3]** 4284/14
4306/9 4325/11
**exercised [1]** 4267/6
**exert [1]** 4325/23
**exhibit [34]** 4266/5
4266/8 4267/20 4268/7
4269/3 4269/4 4271/13
4271/14 4272/8
4272/10 4272/11
4272/12 4272/17
4272/22 4273/9 4278/1
4278/18 4279/16
4280/10 4280/14
4280/20 4281/16
4282/21 4282/25
4309/11 4309/12
4309/17 4309/18
4309/19 4309/24
4310/5 4310/7 4310/9
4349/12
**Exhibit 1531 [2]**
4272/10 4309/17
**Exhibit 305.1 [1]**
4280/10
**exhibits [54]** 4262/11
4263/12 4263/15
4266/10 4269/12
4270/12 4273/10
4275/24 4277/1 4277/2
4277/3 4277/6 4277/9
4277/16 4278/4 4278/7
4278/7 4279/7 4279/9
4279/21 4279/25
4280/4 4280/9 4280/10
4280/18 4281/4
4281/13 4281/25
4282/3 4282/4 4282/11
4282/15 4283/7 4283/7
4286/3 4288/12
4289/17 4289/19
4289/20 4300/6
4302/11 4308/1
4308/16 4308/18
4308/22 4308/24
4309/1 4309/3 4309/6
4309/8 4310/3 4310/3
4310/12 4348/13
**Exhibits 1500.2 [1]**
4309/3
**Exhibits 1501.2 [1]**
4309/1
**Exhibits 1700 [1]**
4309/6
**existed [8]** 4310/25
4311/4 4312/17
4312/20 4317/15
4318/7 4318/10
4322/19
**existence [9]** 4316/11
4316/12 4316/20
4316/25 4317/15
4318/2 4320/19

**exited [1]** 4348/3
**expect [1]** 4261/17
4295/21 4347/18
**experience [4]** 4300/15
4303/16 4306/19
4306/23
**explain [7]** 4315/18
4325/5 4328/13
4328/15 4337/25
4342/15 4348/20
**explained [7]** 4332/22
4335/22 4340/3
4340/17 4341/6 4343/5
4344/15
**explicitly [1]** 4316/23
**express [1]** 4317/1
**expressed [2]** 4297/9
4306/15
**extant [1]** 4320/1
**extensively [1]** 4284/3
**extent [5]** 4268/11
4273/6 4288/14
4302/20 4320/8
**Eye [1]** 4259/20
**eyewitness [1]**
4300/24

**F**

**F.2d [1]** 4266/21
**F.3d [3]** 4267/13
4267/25 4269/2
**F.3rd [1]** 4288/25
**facilitate [4]** 4333/16
4333/18 4333/20
4334/12
**facilitating [2]** 4333/5
4340/25
**fact [17]** 4265/14
4276/21 4276/22
4284/12 4285/23
4286/13 4298/17
4300/10 4300/24
4301/14 4306/18
4307/8 4320/3 4321/14
4321/20 4345/6
4347/16
**facts [15]** 4266/12
4296/22 4296/23
4297/2 4299/22 4300/6
4300/9 4300/13
4300/22 4301/1
4310/16 4313/8
4313/14 4317/19
4334/3
**failed [6]** 4298/11
4345/10 4345/12
4345/17 4346/2 4347/1
**failure [1]** 4303/15
**fair [6]** 4296/15 4297/5
4299/14 4299/18
4339/1 4339/4
**fairly [6]** 4267/4
4272/18 4300/16
4304/8 4307/3 4309/25
**falling [2]** 4301/4
4301/6
**false [1]** 4305/9

**falsely [1]** 4305/14
**far [1]** 4308/14
**fashion [1]** 4296/5
**favor [1]** 4301/15
**favoritism [1]** 4297/3
**FBI [4]** 4308/23
4308/25 4309/2 4309/5
**fear [1]** 4297/3
**feel [3]** 4295/25
4300/14 4308/20
**feet [1]** 4271/8
**few [2]** 4262/7 4296/11
**fifth [4]** 4267/24 4333/8
4335/14 4341/2
**files [3]** 4342/2 4342/5
4342/9
**filing [1]** 4304/22
**final [4]** 4293/13
4295/10 4295/12
4347/15
**finalize [2]** 4261/2
4262/20
**Finally [2]** 4315/10
4326/17
**find [64]** 4298/7
4298/10 4298/11
4298/13 4299/24
4300/2 4300/13
4306/22 4307/9
4307/17 4310/21
4310/24 4310/25
4311/1 4313/14
4317/15 4319/2 4322/2
4322/18 4323/3 4323/7
4324/6 4324/14
4324/16 4324/18
4327/15 4327/16
4328/19 4328/20
4330/20 4330/22
4331/7 4331/9 4331/14
4331/17 4332/9
4332/13 4332/16
4333/15 4334/7
4334/13 4335/2 4335/4
4336/6 4336/9 4336/17
4336/19 4337/8
4337/15 4338/4 4338/6
4339/15 4339/17
4340/10 4340/12
4341/14 4341/17
4342/18 4344/4 4344/6
4344/24 4345/2 4347/1
4347/3
**finding [1]** 4337/13
**finds [1]** 4270/22
**fine [1]** 4293/23
**fingertips [1]** 4278/2
**firearm [3]** 4287/1
4287/14 4311/12
**firearms [1]** 4273/20
4276/22 4276/23
4284/2 4286/11 4287/9
4311/7 4311/9 4311/15
**firm [1]** 4331/18
**firmly [1]** 4299/1
**first [27]** 4269/7 4270/2
4270/9 4271/22

**falsehood [1]** 4305/14
4310/22 4314/16
4315/24 4316/11
4316/19 4323/10
4327/19 4328/13
4328/23 4330/24
4331/6 4332/19 4335/6
4336/21 4337/25
4338/8 4339/20
4340/15 4342/14
4342/22 4344/8
**First Amendment [4]**
4310/19 4310/22
**five [4]** 4268/21
4291/10 4332/18
4340/14
**FL [2]** 4259/12 4259/16
**flagged [1]** 4281/23
**flavor [1]** 4262/19
**focused [3]** 4277/6
4277/16 4279/11
**focusing [1]** 4288/4
**follow [5]** 4265/21
4270/1 4288/2 4293/20
4296/20
**following [16]** 4307/25
4314/13 4316/10
4323/8 4326/15
4327/17 4328/21
4330/23 4332/17
4335/5 4336/20 4338/6
4339/19 4340/14
4342/20 4344/7
**food [21]** 4277/4
4277/12 4277/13
4277/23 4280/22
4281/6 4281/15
4281/19 4282/6 4282/9
4282/13 4282/20
4283/16 4283/24
4286/4 4286/20
4287/11 4287/12
4288/6 4288/10
4289/10
**force [29]** 4314/12
4314/19 4314/20
4322/24 4323/2 4323/4
4323/7 4323/11
4323/14 4324/2 4324/4
4324/17 4324/20
4324/25 4325/3 4325/4
4325/7 4325/10
4325/19 4325/23
4326/23 4326/25
4327/2 4327/5 4327/8
4327/9 4327/10
4336/22 4346/20
**forcibly [1]** 4325/20
**foregoing [2]** 4276/12
4350/3
**foreseeable [5]**
4320/17 4329/11
4335/17 4335/19
4343/11
**forever [1]** 4273/24
**form [4]** 4277/15
4301/15 4348/21
4348/22

**formal [1]** 4316/25
**formally [1]** 4314/5
**formed [2]** 4317/23
4322/9 4322/18
**Fort [1]** 4259/12
**forth [2]** 4280/3
4322/19
**forward [2]** 4261/23
4347/22
**found [5]** 4265/14
4265/15 4322/12
4335/23 4341/7
**four [13]** 4260/17
4268/21 4268/22
4268/24 4271/24
4272/3 4315/5 4328/21
4336/3 4336/9 4338/7
4341/21 4342/21
**fourth [12]** 4265/11
4265/18 4266/22
4267/2 4269/1 4329/6
4333/3 4333/25
4335/12 4338/14
4340/23 4343/1
**frame [2]** 4275/22
4290/6
**frankly [1]** 4292/8
**fraud [1]** 4330/8
**free [1]** 4310/20
**friendly [1]** 4321/12
**friendship [1]** 4303/8
**front [1]** 4282/11
**frustrate [1]** 4325/13
**full [3]** 4303/5 4320/1
4347/19
**fully [1]** 4319/23
**function [2]** 4296/14
4296/21
**functioning [1]** 4325/4
**furnished [1]** 4308/5
**further [11]** 4283/13
4311/13 4318/15
4321/21 4326/13
4331/24 4333/18
4333/20 4334/19
4340/5 4345/23
**furtherance [5]** 4333/2
4333/12 4335/1
4335/15 4340/22
**furthering [1]** 4322/5

**G**

**gave [2]** 4286/3 4337/5
**gear [1]** 4275/22
**gender [1]** 4297/4
**general [3]** 4282/4
4296/11 4318/25
**generally [4]** 4323/18
4327/24 4337/4 4348/9
**generate [1]** 4269/12
**gentlemen [2]** 4294/8
4347/5
**get [11]** 4262/19
4262/25 4273/25
4275/7 4276/13
4283/18 4285/4
4285/23 4287/20
4291/12 4349/12

**getting [3]** 4266/17
4284/16 4341/20
**give [17]** 4272/19
4287/17 4291/10
4296/25 4300/15
4301/3 4301/16
4301/18 4304/7
4304/13 4305/17
4306/4 4307/2 4308/19
4310/1 4319/20
4323/19
**given [4]** 4309/14
4336/4 4341/12
4344/22
**gives [1]** 4266/6
**giving [2]** 4281/17
4283/17
**gmail.com [2]** 4259/5
4259/8
**go [11]** 4261/2 4262/22
4264/5 4265/5 4266/11
4274/17 4275/15
4279/5 4284/24
4285/18 4292/21
**go ahead [3]** 4261/2
4284/24 4292/21
**goal [6]** 4323/11
4323/22 4324/12
4326/2 4327/20
4327/23
**goals [13]** 4323/17
4324/1 4324/5 4324/7
4324/8 4324/10
4324/11 4324/14
4324/24 4326/22
4326/24 4337/6 4337/7
**goes [1]** 4262/2
**going [28]** 4261/18
4261/19 4262/19
4262/22 4265/5 4266/7
4271/7 4272/22 4273/8
4274/4 4274/5 4277/17
4284/9 4286/14
4286/19 4286/22
4287/1 4287/10
4287/12 4287/20
4291/11 4291/18
4291/19 4292/11
4295/9 4314/1 4332/24
4340/19
**good [4]** 4260/4 4260/6
4260/19 4262/21
**Good morning [2]**
4260/4 4260/19
**Gorda [1]** 4259/16
**got [5]** 4262/19 4273/6
4285/9 4285/12
4285/14
**governing [5]** 4326/3
4335/21 4340/3 4341/5
4344/15
**government [124]**
**government's [13]**
4264/6 4264/22 4281/3
4281/21 4286/20
4288/8 4288/11 4290/6
4291/21 4298/20

4347/18
**government-adopted
[1]** 4288/16
**government-construct
ed [1]** 4265/23
**grand [7]** 4307/16
4315/17 4342/3 4342/7
4342/11 4343/7
4343/12
**graver [1]** 4299/5
**greater [3]** 4300/1
4301/19 4306/4
**greatest [1]** 4326/18
**Greene [3]** 4268/19
4268/20 4268/22
**ground [2]** 4301/8
4301/9
**group [4]** 4271/22
4272/3 4276/8 4282/17
**guess [6]** 4261/7
4263/11 4288/18
4289/11 4310/14
4339/7
**guesswork [1]** 4299/7
**guidance [1]** 4308/6
**guidelines [1]** 4306/2
**guilt [8]** 4299/1 4299/9
4299/11 4305/5
4311/23 4314/7 4314/8
4320/10
**guilty [36]** 4298/4
4298/10 4298/13
4298/16 4306/13
4312/5 4319/25 4323/3
4324/13 4327/15
4328/19 4330/21
4331/7 4331/14 4332/2
4332/13 4334/8
4334/14 4334/20
4335/2 4335/23 4336/9
4336/17 4337/14
4338/4 4339/15
4340/10 4341/7
4341/18 4342/18
4344/4 4344/17 4345/2
4347/3 4348/21
4348/21
**guns [5]** 4275/7 4276/7
4276/21 4287/22
4289/12

**H**

**Hackett [22]** 4259/6
4260/9 4260/14
4292/17 4292/24
4293/22 4308/2 4315/8
4315/11 4315/12
4337/20 4339/9 4340/5
4342/4 4343/14
4343/23 4345/9
4345/11 4345/19
4345/23 4346/6 4346/9
**had [49]** 4264/13
4265/18 4266/15
4266/17 4270/12
4270/24 4273/7
4273/20 4273/22

4278/5 4279/4 4280/3
4280/22 4281/5 4283/2
4283/24 4284/6
4284/10 4284/19
4285/16 4285/17
4285/20 4286/4 4286/8
4286/9 4286/10 4287/1
4287/14 4287/21
4289/11 4289/18
4289/21 4290/7
4290/23 4291/3
4292/18 4294/10
4294/13 4300/9 4301/5
4301/10 4301/11
4303/5 4303/7 4311/5
4318/10 4333/24
**Hagmann [1]** 4284/13
**Hagmann Report [1]**
4284/13
**half [1]** 4270/9
**Halim [3]** 4259/6
4260/14 4271/6
**Hancock [1]** 4279/14
**hand [2]** 4298/11
4300/25
**handle [1]** 4270/23
**hands [1]** 4295/21
**hang [1]** 4288/18
**happen [2]** 4301/7
4321/21
**happened [1]** 4279/19
**happy [1]** 4288/15
**hard [1]** 4264/19
**harming [1]** 4327/3
4327/4
**harmless [1]** 4265/16
**Harris [1]** 4308/23
**has [59]** 4261/23
4263/1 4267/19
4270/24 4270/25
4272/2 4272/10
4272/14 4273/24
4281/19 4281/19
4281/20 4283/19
4283/22 4283/23
4284/18 4285/21
4286/2 4288/22 4289/1
4289/6 4291/24
4294/20 4295/1 4295/4
4298/4 4298/8 4298/11
4298/15 4299/18
4302/15 4303/4 4303/6
4303/25 4304/2 4304/5
4306/7 4307/23 4308/4
4309/17 4309/21
4310/6 4310/14
4311/14 4312/4
4313/17 4317/14
4318/8 4320/9 4321/9
4324/11 4329/18
4332/4 4345/10
4345/12 4346/2 4346/8
4346/15 4347/1
**hateful [1]** 4310/21
**have [104]**
**having [8]** 4277/21
4281/14 4283/4

4296/4 4303/3 4311/20
**he [68]** 4261/23 4274/6
4274/25 4276/22
4277/10 4277/12
4278/7 4280/5 4280/21
4280/22 4281/17
4281/19 4281/19
4281/20 4283/24
4283/24 4283/25
4284/1 4284/6 4284/10
4285/8 4285/14 4286/2
4286/4 4286/10
4286/20 4287/8
4287/12 4287/12
4287/14 4287/24
4288/3 4288/3 4288/4
4288/5 4289/9 4289/11
4289/11 4289/17
4292/17 4298/4 4301/4
4301/7 4301/9 4303/6
4306/5 4318/19
4318/23 4318/24
4319/3 4320/5 4320/15
4320/16 4320/19
4322/12 4326/19
4329/15 4329/15
4330/4 4332/3 4346/3
4346/3 4346/7 4346/7
4346/13 4346/13
4346/18 4346/20
**he didn't [3]** 4280/5
4283/25 4288/3
**he had [2]** 4284/10
4289/11
**he's [4]** 4283/22
4285/22 4287/20
4289/8
**hear [5]** 4287/19
4288/6 4295/18
4303/14 4308/8
**heard [10]** 4296/4
4304/16 4305/19
4306/14 4307/4
4307/14 4310/17
4311/6 4312/1 4319/12
**held [3]** 4320/14
4320/16 4328/17
**help [2]** 4265/21
4308/8
**helpful [8]** 4267/12
4269/2 4270/3 4270/15
4270/20 4274/23
4280/16 4281/7
**here [19]** 4283/11
4285/23 4287/18
4288/3 4288/7 4288/11
4288/16 4295/20
4296/9 4307/6 4307/9
4307/17 4307/19
4335/22 4337/7 4340/4
4341/6 4343/6 4344/16
**Here's [1]** 4295/8
**herself [1]** 4304/3
**hesitate [1]** 4299/5
**HI [1]** 4259/4
**hierarchy [1]** 4264/23
**highlight [1]** 4287/8

**Hilgeman [3]** 4276/15
4281/22 4308/25
**him [15]** 4271/23
4276/7 4277/17
4278/19 4279/9
4279/10 4279/13
4279/22 4280/14
4285/14 4287/25
4289/10 4292/19
4304/2 4314/6
**himself [2]** 4321/13
4334/13
**hinder [6]** 4314/20
4322/25 4323/6
4324/19 4325/1
4325/18
**hindering [2]** 4323/13
4324/3
**his [31]** 4261/3 4261/3
4274/3 4276/22 4277/2
4278/7 4279/6 4283/14
4285/1 4286/2 4287/13
4288/12 4289/7
4289/17 4290/10
4290/23 4298/6
4307/17 4319/24
4322/13 4329/16
4330/2 4342/2 4342/5
4342/6 4342/9 4342/10
4346/3 4346/8 4346/14
4346/22
**hold [4]** 4273/24
4302/1 4306/10
4310/15
**holidays [1]** 4270/6
**honest [1]** 4298/24
**Honor [38]** 4260/6
4260/24 4261/6
4262/10 4262/17
4271/17 4271/19
4273/1 4273/4 4274/4
4274/9 4274/11
4274/16 4274/19
4275/3 4275/16 4276/1
4276/10 4276/16
4278/10 4279/16
4280/2 4280/17 4281/1
4282/7 4282/19
4282/20 4283/8 4284/8
4284/11 4284/20
4285/6 4287/19 4290/1
4293/15 4294/17
4294/23 4348/18
**Honor's [1]** 4276/24
**HONORABLE [3]**
4258/9 4260/3 4291/17
**hope [2]** 4294/13
4323/23
**hostility [1]** 4303/8
**hotel [8]** 4276/23
4284/19 4285/6
4285/13 4285/17
4286/24 4285/25
4287/22
**hour [1]** 4295/22
**hours [1]** 4291/7
**House [2]** 4326/10

**H**

House... [1] 4326/13
House... [1] 4326/13
housekeeping [4]
4278/11 4282/11
4282/24 4283/2
how [13] 4261/1
4261/16 4262/1
4276/14 4283/9
4283/10 4288/9 4289/5
4297/8 4301/16 4327/7
4328/15 4348/21
however [17] 4272/16
4299/6 4301/7 4305/10
4308/9 4309/23
4310/22 4311/2
4311/11 4311/16
4313/14 4321/1 4324/9
4327/9 4331/20 4334/3
4337/15
Hughes [2] 4258/15
4260/12

**I**

I am [2] 4314/1 4328/2
4264/8
I assume [2] 4261/8
4264/8
I believe [2] 4273/16
4278/6
I can [5] 4271/10
4272/20 4274/22
4278/19 4279/16
I did [1] 4264/17
I didn't [4] 4279/10
4283/12 4284/5
4290/17
I don't [14] 4265/5
4265/11 4271/2 4271/9
4276/3 4277/24
4278/25 4282/10
4286/1 4286/17 4287/6
4287/19 4292/5 4349/2
I don't have [1] 4278/2
I focused [1] 4279/11
I gave [1] 4337/5
I get [1] 4285/4
I guess [3] 4263/11
4288/18 4289/11
I have [12] 4271/20
4295/20 4302/12
4309/14 4312/2 4320/7
4330/25 4332/21
4336/4 4339/22
4341/12 4344/10
I hope [1] 4294/13
I just [5] 4263/2
4273/21 4318/5
4337/10 4349/8
I mean [8] 4262/2
4276/5 4276/12
4282/14 4284/24
4285/3 4286/13
4287/11
I rule [1] 4292/25
I spoke [1] 4274/5
I think [22] 4261/17
4263/16 4265/17
4266/2 4268/18 4270/2
4270/19 4270/22

I thought [4] 4269/2
4273/19 4279/8
4292/18
I told [2] 4292/17
4296/12
I understand [5]
4260/22 4280/24
4290/1 4290/6 4293/15
I want [5] 4262/2
4296/10 4321/1
4321/17
I will [14] 4265/7
4273/6 4292/12
4315/23 4315/24
4316/17 4323/19
4325/5 4328/14
4337/25 4342/14
4342/16 4347/14
4348/9
I'd [3] 4263/3 4275/22
4349/3
I'll [14] 4264/7 4264/15
4273/7 4282/3 4282/9
4282/15 4287/17
4287/18 4289/24
4291/1 4291/11 4292/7
4328/13 4348/12
I'm [26] 4263/11
4265/4 4271/6 4273/8
4273/13 4274/4 4274/5
4274/12 4275/9
4275/15 4276/12
4282/8 4282/18 4284/6
4285/11 4286/19
4287/10 4288/15
4288/23 4291/11
4291/18 4291/19
4291/23 4292/18
4315/18 4341/20
I'm going [4] 4286/19
4287/10 4291/18
4291/19
I'm just [4] 4273/8
4274/4 4274/5 4291/11
I'm not [2] 4271/6
4284/6
I'm sorry [7] 4273/13
4274/12 4275/15
4282/8 4282/18
4285/11 4292/18
I'm sure [1] 4288/23
I've [18] 4262/10
4262/11 4262/12
4262/24 4265/4
4266/16 4268/6 4272/9
4276/3 4287/15
4291/23 4297/9
4297/16 4297/19
4309/16 4323/18
4327/24 4337/4
identified [2] 4265/20
4332/9

ignorance [1] 4329/17
ignore [4] 4296/20
4297/10 4302/6 4302/9
II [3] 4326/5 4326/7
4326/12
III [2] 4326/6 4326/12
illegal [5] 4316/15
4318/11 4322/6
4323/22 4330/7
illustrative [1] 4267/9
imaginary [1] 4299/6
impair [1] 4343/2
impartial [3] 4298/24
4299/15 4299/19
impede [4] 4328/10
4329/1 4329/4 4329/25
impeded [1] 4328/23
impedes [1] 4330/6
impeding [1] 4330/4
implicate [1] 4310/11
implicity [1] 4316/23
implies [1] 4298/22
importance [1]
4308/19
important [3] 4295/6
4299/6 4303/18
impose [2] 4304/23
4304/25
impresses [3] 4303/2
4303/3 4303/3
impression [8]
4277/11 4281/17
4282/12 4283/23
4283/25 4285/21
4286/3 4289/13
impressions [1]
4282/14
improbability [1]
4303/22
improper [2] 4306/11
4329/21
improperly [1] 4297/3
inaccurate [1] 4268/4
inadmissible [1]
4310/10
incident [1] 4303/13
inclined [1] 4265/7
included [4] 4273/22
4280/10 4280/13
4308/22
includes [4] 4280/11
4307/25 4329/7 4343/7
including [8] 4272/3
4310/10 4310/20
4311/13 4326/4
4329/19 4334/2
4347/17
Inconsistencies [1]
4303/10
inconsistency [4]
4303/16 4303/19
4307/10 4307/19
inconsistent [4]
4307/6 4307/8 4307/17
4307/18
incriminating [2]
4287/4 4287/7

4330/3
independent [5]
4266/16 4272/7
4272/13 4309/20
4347/25
independently [1]
4330/8
Indian [1] 4259/7
indicate [1] 4313/9
indicated [1] 4297/9
indicating [1] 4297/8
indictment [18] 4312/6
4312/10 4312/21
4314/2 4314/3 4314/10
4314/11 4315/5
4318/12 4322/16
4322/20 4322/21
4324/25 4327/11
4328/6 4336/13
4337/11 4337/19
individual [6] 4269/19
4275/12 4290/22
4291/6 4311/24 4330/5
individual's [3]
4310/11 4310/20
4311/9
individually [4] 4328/1
4328/7 4328/10
4330/16
individuals [8] 4270/7
4270/19 4280/12
4310/18 4311/1 4311/3
4311/7 4311/25
induce [1] 4336/24
infer [5] 4311/13
4313/5 4313/11
4313/11 4319/24
inference [1] 4314/8
inferences [4] 4300/14
4301/2 4311/25
4317/16
infers [1] 4268/7
influenced [1] 4297/4
information [2]
4265/22 4306/16
informed [2] 4262/24
4319/23
ingredient [1] 4325/3
inherently [1] 4311/10
initial [1] 4291/19
initially [1] 4278/8
injure [1] 4337/23
injured [2] 4338/8
4341/8
injuring [9] 4337/20
4338/4 4339/11
4339/16 4339/21
4339/24 4340/7
4340/16 4341/15
inn [3] 4282/18
4282/18 4346/21
innocence [4] 4298/2
4298/6 4311/23
4346/22
innocent [4] 4298/2
4303/14 4303/19
4319/11

insert [1] 4273/9
insisted [2] 4283/4
4291/24
insofar [3] 4268/7
4270/21 4309/10
Instead [3] 4272/13
4309/20 4331/17
instruct [10] 4264/8
4292/12 4295/18
4296/8 4296/16
4296/18 4315/23
4315/24 4338/1
4342/16
instructed [7] 4269/24
4305/21 4308/3
4323/18 4327/24
4337/4 4337/10
instruction [12] 4267/1
4267/8 4270/23 4271/6
4272/7 4272/8 4272/22
4272/25 4273/10
4273/17 4273/20
4337/5
instructional [1]
4273/23
instructions [22]
4267/18 4273/14
4273/16 4273/22
4293/19 4295/10
4295/12 4295/20
4295/24 4296/1 4296/4
4296/13 4296/19
4309/14 4313/25
4323/20 4327/25
4336/4 4341/12
4344/21 4347/6 4348/5
insufficient [1]
4326/25
integral [1] 4310/23
integrity [1] 4343/2
intend [6] 4262/15
4287/23 4347/6
4348/13 4348/20
4349/6
intended [14] 4260/23
4297/24 4300/18
4327/10 4328/25
4330/24 4331/5
4335/18 4339/20
4340/1 4344/8 4344/14
4346/9 4346/16
intending [4] 4263/22
4277/19 4331/12
4345/21
intends [1] 4313/12
intent [24] 4283/8
4283/10 4290/3 4311/5
4313/3 4313/6 4313/10
4313/20 4316/15
4318/14 4318/18
4321/11 4325/3
4330/10 4330/12
4331/19 4333/9
4333/25 4334/11
4341/3 4343/1 4343/16
4343/19 4346/4
intention [1] 4321/25
intentional [1] 4303/20

**I**

**intentionally [10]**
4313/13 4316/22
4318/13 4318/17
4319/1 4319/6 4320/6
4322/4 4332/11
4346/24
**interest [2]** 4303/7
4305/11
**interested [2]** 4276/2
4276/20
**interests [1]** 4321/15
**internal [1]** 4264/22
**interpretation [2]**
4272/16 4309/23
**interpreting [2]**
4266/13 4286/6
**interrupted [1]** 4270/4
**interview [1]** 4305/22
**intimidation [1]**
4336/22
**introduce [2]** 4263/16
4275/23
**introduced [8]** 4265/15
4267/19 4277/10
4278/4 4278/5 4278/12
4281/14 4308/16
**introducing [1]**
4275/24
**introduction [2]**
4265/13 4267/21
**investigated [3]**
4342/3 4342/7 4342/11
**investigation [1]**
4343/13
**investigator [1]**
4305/22
**investigators [1]**
4305/20
**invoking [1]** 4330/2
**involve [1]** 4330/1
**involved [4]** 4266/23
4268/15 4334/5
4338/11
**involvement [3]** 4342/2
4342/6 4342/10
**involves [1]** 4327/2
**involving [1]** 4270/11
**irrelevant [1]** 4310/6
**is [252]**
**is there [1]** 4273/23
**issue [10]** 4263/6
4267/8 4269/18 4271/5
4273/24 4279/22
4283/6 4306/18 4312/3
4320/9
**issues [4]** 4262/12
4263/3 4263/14
4296/10
**it [165]**
**it is [1]** 4266/9
**it would be [2]** 4261/6
4306/10
**it's [30]** 4261/11
4261/17 4263/17
4264/19 4264/24
4265/2 4266/1 4266/10
4267/12 4267/13

4271/8 4271/20
4276/21 4276/22
4278/3 4279/18
4280/16 4286/1
4286/10 4288/22
4288/23 4289/15
4289/23 4290/15
4291/6 4291/20
4291/20 4295/4
**items [2]** 4281/6
4281/23
**its [28]** 4263/19 4267/3
4267/6 4270/16
4277/24 4278/5
4286/23 4294/21
4298/18 4299/10
4302/16 4316/5 4318/6
4318/10 4318/14
4318/15 4318/20
4320/2 4320/13
4321/10 4321/12
4322/10 4322/11
4322/14 4323/16
4325/4 4325/24
4327/23
**itself [7]** 4268/3 4271/7
4272/12 4309/19
4314/3 4318/3 4318/5

**J**

**Jackson [1]** 4259/11
**James [2]** 4271/23
4272/2
**January [20]** 4258/5
4279/11 4290/12
4290/14 4312/9
4312/14 4314/25
4315/7 4315/10
4315/15 4322/22
4326/15 4327/12
4328/8 4336/15
4337/22 4341/23
4343/15 4345/20
4350/7
**January 6th [8]**
4314/25 4315/7
4315/15 4326/15
4328/8 4341/23
4343/15 4345/20
**January 7th [1]**
4279/11
**JC [2]** 4274/22 4348/15
**Jeffrey [2]** 4258/14
4260/11
**jeffrey.nestler [1]**
4258/19
**Jennifer [1]** 4306/15
**Jennifer Banks [1]**
4306/15
**Joanna [1]** 4309/2
**Johnson [6]** 4265/12
4265/17 4266/17
4266/20 4269/1 4270/2
**join [2]** 4316/3 4346/18
**joined [12]** 4319/2
4320/10 4320/13
4320/15 4320/16

4323/15 4327/22
4335/6 4337/3 4346/24
**joining [2]** 4320/8
4320/25
**joint [1]** 4329/13
**Joseph [10]** 4259/6
4260/9 4315/12
4337/20 4339/9 4340/5
4342/4 4343/14
4343/23 4345/9
**Joseph Hackett [8]**
4260/9 4315/12
4337/20 4339/9 4340/5
4343/14 4343/23
4345/9
**Jr [1]** 4259/2
**judge [5]** 4258/10
4304/22 4304/23
4304/23 4304/24
**judges [2]** 4296/22
4302/18
**judging [1]** 4307/11
4307/20
**judgment [4]** 4300/16
4304/8 4304/14
4305/18
**jurors [4]** 4266/3
4274/2 4297/23
4324/18
**jury [46]** 4258/9 4265/6
4265/21 4266/6 4266/7
4267/7 4267/17 4269/8
4269/12 4269/24
4270/4 4270/13
4270/15 4271/9 4272/7
4272/12 4273/14
4275/23 4281/5
4281/18 4282/12
4283/25 4284/10
4284/17 4285/20
4285/22 4287/21
4288/10 4289/12
4293/21 4294/4 4294/5
4296/21 4297/18
4299/13 4306/17
4307/16 4309/19
4315/17 4342/3 4342/7
4342/11 4343/8 4348/3
4348/21 4349/13
**jury's [2]** 4270/10
4343/13
**just [54]** 4261/1 4261/2
4262/12 4262/25
4263/2 4264/7 4264/10
4264/15 4265/7
4266/19 4270/15
4271/9 4271/16 4273/7
4273/8 4273/21 4274/4
4274/5 4274/20
4274/22 4276/7
4276/19 4276/22
4278/19 4280/23
4282/10 4283/14
4284/16 4285/5 4288/4
4290/1 4290/24
4291/10 4291/11
4291/11 4292/14

4292/22 4293/14
4293/22 4294/9 4295/2
4295/23 4305/25
4318/5 4336/4 4337/10
4347/23 4348/12
4348/18 4348/25
4349/8 4349/11
**justice [14]** 4311/23
4315/13 4330/13
4341/22 4342/13
4342/19 4343/19
4343/25 4344/1 4344/5
4344/9 4344/12
4344/19 4344/25
**justified [1]** 4300/14

**K**

**Kailua [1]** 4259/4
**Kandaris [11]** 4275/9
4275/12 4276/8
4280/12 4283/15
4283/18 4283/19
4283/20 4284/3
4285/18 4286/11
**Kandaris' [2]** 4275/7
4275/10
**Kathryn [3]** 4258/14
4260/11 4309/5
**Kathryn Cain [1]**
4309/5
**Kathryn.Rakoczy [1]**
4258/18
**keep [2]** 4264/2 4348/9
**Keepers [3]** 4265/2
4311/19 4311/21
**Kelly [5]** 4276/4
4280/12 4290/22
4290/23 4291/8
**Kelly Carter [4]** 4276/4
4280/12 4290/23
4291/8
**Kelly Carter's [1]**
4290/22
**Kelsey [1]** 4308/23
**Kelsey Harris [1]**
4308/23
**killing [1]** 4327/4
**kind [8]** 4265/18
4266/8 4290/20
4291/20 4291/20
4292/5 4299/3 4305/2
**kitchen [8]** 4277/15
4277/19 4280/15
4280/15 4280/18
4281/20 4288/1 4290/8
**knew [7]** 4319/4
4332/23 4334/9 4337/2
4338/19 4338/23
4340/18
**know [22]** 4262/18
4263/5 4263/18
4264/13 4270/4 4279/1
4280/21 4281/18
4284/12 4285/4
4286/18 4287/3
4287/10 4289/5
4289/15 4289/23

4320/3 4320/4 4321/12
4348/15
**knowing [3]** 4313/4
4322/7 4334/6
**knowingly [15]**
4316/14 4316/21
4318/17 4319/1 4319/6
4320/7 4329/2 4329/15
4329/18 4332/11
4333/3 4335/6 4340/23
4342/24 4343/4
**knowledge [21]**
4300/24 4306/17
4306/19 4311/5
4311/21 4313/3 4313/6
4313/10 4318/14
4319/18 4319/24
4319/25 4321/4 4321/6
4321/8 4321/10
4321/18 4321/20
4321/24 4333/25
4338/17
**known [2]** 4318/23
4332/6
**knows [1]** 4263/13

**L**

**lack [1]** 4298/23
**Ladies [2]** 4294/8
4347/5
**Lane [1]** 4259/7
**language [1]** 4273/9
**large [3]** 4269/11
4270/12 4278/7
**largely [3]** 4268/3
4270/14 4282/13
**last [11]** 4264/3
4264/12 4265/1
4273/12 4273/13
4281/3 4281/24 4285/6
4287/17 4294/15
4331/22
**late [1]** 4281/24
**later [3]** 4290/21
4291/6 4301/5
**Laury [3]** 4275/4
4275/6 4275/9
**law [33]** 4259/2 4296/8
4296/11 4296/16
4296/16 4296/18
4298/6 4301/13
4301/15 4305/24
4306/6 4308/21
4314/21 4315/18
4318/19 4318/22
4318/24 4320/23
4321/23 4323/1 4323/6
4323/13 4324/4
4324/20 4325/2
4325/16 4325/18
4326/20 4328/9
4333/23 4336/16
4338/21 4339/3
**lawful [4]** 4313/22
4314/12 4314/18
4330/12
**lawfully [1]** 4311/15

**L**

laws [4] 4314/15
4325/21 4325/24
4326/2
lawyer [3] 4301/25
4302/2 4305/21
lawyer's [2] 4302/3
4302/6
lawyers [3] 4300/17
4300/20 4301/23
leadership [2] 4268/12
4268/17
least [12] 4264/10
4276/5 4283/7 4321/24
4322/23 4323/11
4324/10 4324/11
4327/9 4327/20
4333/14 4336/21
leave [4] 4282/12
4282/14 4291/19
4336/25
leaving [1] 4289/12
Lee [1] 4259/2
left [7] 4283/23
4283/25 4290/23
4294/10 4295/10
4295/17 4347/9
legal [1] 4325/14
length [2] 4269/10
4312/18
lengthy [1] 4295/21
lenient [1] 4304/24
less [1] 4339/6
lesser [2] 4267/6
4306/4
let [10] 4262/18
4266/19 4279/25
4282/15 4284/16
4295/23 4295/23
4296/6 4301/3 4348/15
let's [4] 4261/1 4261/2
4274/2 4279/19
liability [4] 4320/11
4328/18 4334/22
4336/2
lie [1] 4305/9
life [1] 4299/6
light [1] 4300/14
like [7] 4263/3 4263/16
4292/19 4295/9
4295/25 4303/15
4349/3
likely [2] 4298/17
4347/16
Likewise [1] 4302/11
limit [2] 4288/8 4289/1
limited [5] 4261/11
4261/17 4261/22
4282/3 4290/5
limiting [4] 4267/1
4267/17 4270/23
4271/5
line [6] 4268/12
4268/14 4268/14
4268/14 4268/15
4271/2
Line 1 [2] 4268/14
4268/14

4268/15
lines [1] 4268/11
linked [1] 4265/20
list [1] 4264/11
listened [1] 4308/6
listening [1] 4319/14
lists [1] 4349/12
litigation [2] 4274/18
4326/24
little [3] 4262/2
4270/10 4294/11
live [1] 4272/20
location [1] 4306/16
locations [1] 4268/10
lodging [1] 4285/23
long [3] 4270/4
4282/23 4294/13
longer [1] 4294/11
look [6] 4266/15
4278/19 4288/18
4291/11 4295/9
4347/22
looked [3] 4269/10
4301/4 4301/8
looks [1] 4292/19
loose [2] 4261/2
4264/10
lot [1] 4261/18
lots [1] 4283/2
Louis [1] 4260/12

**M**

made [11] 4265/4
4301/24 4302/2 4307/5
4307/7 4307/14
4310/17 4311/2 4313/7
4314/4 4331/16
main [1] 4283/12
major [1] 4320/22
make [11] 4265/5
4274/1 4275/7 4287/18
4292/21 4296/3
4311/24 4321/2
4321/22 4334/18
4348/12
makes [1] 4292/8
making [1] 4269/9
manner [4] 4269/25
4296/15 4303/1 4317/9
many [1] 4270/11
Manzo [1] 4260/12
Marion [1] 4259/15
market [2] 4339/1
4339/4
Martin [1] 4259/10
massive [1] 4265/21
mathematical [1]
4299/10
matt [1] 4259/22
matter [5] 4295/7
4302/23 4303/17
4317/23 4350/4
matters [3] 4299/6
4303/6 4306/21
Matthew [2] 4259/19
4260/16
Matthew Peed [1]

may [75] 4261/11
4263/15 4266/8
4267/17 4269/12
4270/9 4283/9 4288/9
4290/8 4296/20 4297/7
4297/7 4297/17 4300/3
4300/21 4301/2
4302/16 4302/23
4302/23 4302/24
4303/12 4303/12
4303/13 4303/21
4303/24 4304/4 4305/2
4305/10 4305/12
4306/20 4306/25
4307/4 4307/6 4307/10
4307/11 4307/16
4307/19 4307/20
4308/17 4310/8
4310/21 4310/23
4311/2 4311/13
4311/16 4313/5 4313/7
4313/11 4314/16
4317/12 4317/15
4318/2 4318/4 4319/16
4319/19 4320/4
4320/13 4320/20
4320/21 4321/12
4321/14 4321/20
4323/24 4324/5
4324/14 4329/18
4330/2 4331/6 4331/14
4332/2 4334/13
4335/23 4337/8 4341/7
4344/17
maybe [1] 4273/25
me [21] 4264/19
4266/19 4270/5
4271/12 4276/14
4279/25 4283/1
4284/16 4291/10
4291/22 4292/2
4295/10 4295/17
4295/22 4295/23
4296/8 4301/3 4309/6
4315/12 4323/5 4333/5
mean [10] 4262/2
4263/6 4274/16 4276/5
4276/12 4282/14
4284/24 4285/3
4286/13 4287/11
meaning [1] 4315/6
means [15] 4294/20
4295/1 4295/5 4301/14
4314/4 4317/6 4318/22
4319/1 4325/12
4325/14 4329/12
4329/21 4329/23
4339/1 4343/12
meant [1] 4282/11
measured [1] 4339/5
media [4] 4342/1
4342/5 4342/9 4347/24
meet [1] 4326/14
meeting [3] 4305/19
4317/10 4345/17
MEHTA [3] 4258/9
4260/3 4291/17

member [2] 4305/15
4316/15 4320/3 4320/4
4320/19 4320/20
4321/2 4321/3 4321/22
4322/12 4334/23
4334/24 4335/9
4335/10 4336/23
4336/24 4336/24
4336/25 4337/12
4337/15
members [11] 4271/24
4282/16 4315/2
4315/22 4316/8 4317/3
4317/17 4322/11
4336/15 4336/18
4345/15
membership [2]
4321/16 4322/12
memory [4] 4297/21
4297/22 4297/24
4303/4
mental [1] 4331/10
mention [1] 4293/22
mere [6] 4319/10
4321/2 4321/5 4321/14
4321/17 4321/18
merely [11] 4267/9
4306/5 4314/3 4314/6
4325/15 4326/20
4331/8 4331/15 4334/4
4334/5 4334/6
message [9] 4275/4
4275/8 4283/13
4285/18 4285/20
4286/7 4290/8 4291/21
4292/3
messages [16] 4276/3
4277/3 4278/4 4280/13
4280/17 4281/13
4281/16 4287/25
4287/25 4288/15
4289/8 4290/7 4290/10
4290/19 4292/10
4346/14
met [1] 4317/4
might [7] 4274/24
4281/7 4289/22
4299/24 4300/2
4304/24 4306/17
milestone [1] 4295/7
mind [8] 4264/18
4264/25 4270/10
4287/13 4292/7
4292/16 4313/19
4314/1
minds [2] 4317/10
4345/17
minimize [1] 4269/18
minor [1] 4320/22
MINUTA [15] 4258/6
4259/2 4260/8 4260/13
4271/22 4272/2 4293/3
4315/11 4341/25
4343/13 4343/23
4345/8 4345/11
4345/19 4346/1
minutes [3] 4261/7
4291/10 4295/22

misleading [2] 4268/4
4292/4
miscollection [1]
4303/14
mistake [2] 4319/10
4329/17
Moerschel [21]
4259/10 4260/9
4260/15 4293/6
4293/18 4293/24
4315/8 4315/12
4337/20 4339/9 4340/6
4342/8 4343/14
4343/23 4345/9
4345/11 4345/19
4345/23 4346/12
4346/16 4349/7
moments [1] 4296/11
monikers [2] 4268/9
4270/18
more [21] 4261/25
4263/23 4271/7
4275/15 4277/9
4278/17 4289/23
4291/4 4292/19
4298/17 4298/20
4299/5 4299/25
4303/13 4304/23
4316/2 4316/21 4317/8
4323/24 4324/7 4339/1
Moreover [1] 4321/19
morning [8] 4260/4
4260/6 4260/19 4264/8
4273/13 4294/9
4295/12 4348/1
morning's [1] 4260/22
motions [5] 4292/22
4292/25 4293/4 4293/7
4293/15
motivated [1] 4305/14
motive [2] 4303/4
4311/5
Mr [2] 4275/11 4277/17
Mr. [135]
Mr. Berry's [1] 4307/18
4307/20
Mr. Carter [3] 4276/8
4276/13 4283/17
Mr. Dolan [1] 4349/7
Mr. Edwards [5]
4263/22 4276/14
4281/11 4287/17
4294/22
Mr. Greene [2] 4268/19
4268/20
Mr. Hackett [8]
4292/17 4292/24
4293/22 4308/2
4345/19 4345/23
4346/6 4346/9
Mr. James [2] 4271/23
4272/2
Mr. Kandaris [6]
4276/8 4283/18
4283/19 4283/20
4284/3 4286/11
Mr. Kandaris' [1]
4275/10

**Mr. Minuta [6]** 4271/22
4272/2 4293/3 4345/11
4345/19 4346/1
**Mr. Moerschel [8]**
4293/6 4293/18
4293/24 4345/19
4345/23 4346/12
4346/16 4349/7
**Mr. Nestler [4]** 4264/12
4265/3 4265/11
4266/16
**Mr. Peed [25]** 4260/21
4261/3 4262/18 4274/2
4274/6 4274/17
4276/25 4278/4
4278/21 4279/5
4280/20 4281/3 4281/7
4281/17 4283/2 4285/9
4287/20 4288/2 4288/6
4288/9 4288/12
4289/20 4291/24
4292/11 4294/15
**Mr. Peed's [7]** 4264/5
4276/20 4277/8
4280/14 4281/17
4287/24 4289/7
**Mr. Rhodes [2]**
4268/17 4268/22
**Mr. Siekerman [1]**
4268/18
**Mr. Ulrich [1]** 4272/3
**Mr. Vallejo [48]**
4261/12 4261/13
4261/17 4261/19
4261/22 4261/23
4262/8 4274/5 4275/5
4275/8 4275/14
4275/18 4276/7
4276/11 4276/21
4277/4 4277/12
4277/14 4277/16
4277/18 4280/14
4280/18 4280/22
4281/18 4282/12
4282/22 4283/15
4283/16 4283/22
4284/6 4284/19 4285/8
4285/13 4285/17
4285/24 4286/8 4287/2
4287/21 4288/5 4289/9
4290/15 4291/7 4293/9
4294/18 4346/18
4346/22 4346/24
4347/3
**Mr. Vallejo's [3]**
4282/17 4283/23
4294/15
**Ms. [5]** 4268/17
4268/18 4271/6
4275/19 4281/2
**Ms. Badalament [1]**
4281/2
**Ms. Carter [1]** 4275/19
**Ms. Halim [1]** 4271/6
**Ms. SoRelle [2]**
4268/17 4268/18
**much [9]** 4265/18

4304/14 4305/17
4307/3 4310/1 4319/20
4347/25
**multiple [3]** 4277/9
4279/3 4287/25
**must [66]** 4267/22
4298/13 4298/20
4298/20 4299/16
4299/17 4302/1 4302/7
4302/13 4306/9
4306/12 4308/11
4308/14 4313/20
4314/8 4316/9 4316/20
4317/7 4318/12
4318/16 4318/24
4319/3 4319/8 4321/23
4322/2 4323/7 4323/7
4324/9 4324/13
4324/15 4324/21
4325/7 4325/10 4326/9
4326/14 4326/19
4327/9 4327/16
4328/20 4329/9
4329/20 4329/22
4330/10 4330/22
4331/9 4331/17
4332/16 4333/15
4334/1 4334/15 4335/4
4336/19 4337/9
4337/17 4338/6
4338/18 4338/25
4339/17 4340/12
4342/20 4343/9
4343/16 4344/6 4345/6
4346/23 4347/3
**mutilated [1]** 4342/23
**mutual [3]** 4316/22
4317/9 4317/15
**my [17]** 4263/20
4264/11 4264/20
4274/23 4278/2 4278/3
4278/13 4284/7 4286/8
4287/15 4291/19
4292/7 4294/8 4295/20
4296/12 4296/14
4296/23
**Myers [1]** 4259/12
**myriad [1]** 4265/20

**N**
**name [1]** 4298/21
**named [1]** 4260/17
**names [2]** 4265/24
4270/8
**natural [1]** 4313/12
4329/3 4335/1
**nature [5]** 4299/13
4299/16 4318/25
4322/4 4329/16
**near [2]** 4313/2
4341/20
**necessarily [3]** 4285/1
4299/20 4321/16
**necessary [11]**
4298/17 4313/18
4318/6 4319/22 4320/2
4321/9 4327/4 4327/6

4335/18
**need [20]** 4271/8
4295/25 4312/15
4312/16 4312/23
4313/21 4318/23
4319/25 4320/10
4320/24 4330/11
4333/18 4333/22
4336/10 4338/20
4338/22 4341/18
4343/18 4345/3
4348/22
**needing [1]** 4283/18
**needs [2]** 4289/23
4333/13
**negated [3]** 4313/23
4330/13 4343/19
**negligence [1]** 4319/10
**Nestler [6]** 4258/14
4260/11 4264/12
4265/3 4265/11
4266/16
**never [2]** 4264/25
4298/5
**new [7]** 4264/1
4275/21 4275/24
4289/3 4289/3 4289/16
4292/10
**newness [1]** 4289/6
**next [2]** 4281/9
4318/12
**nice [1]** 4294/13
**night [1]** 4264/12
**no [30]** 4258/4 4260/7
4260/8 4261/20
4263/14 4267/7
4271/14 4271/25
4278/21 4278/21
4282/8 4283/21
4284/11 4284/20
4284/22 4285/3
4288/17 4292/20
4293/12 4294/17
4295/1 4295/15 4301/8
4302/10 4306/3 4313/4
4320/9 4320/21
4347/24 4347/24
**non [4]** 4283/12
4283/14 4283/17
4312/22
**non-co-conspirator [2]**
4283/12 4283/14
**non-conspiracy [1]**
4312/22
**non-conspirator [1]**
4283/17
**None [1]** 4283/19
**nonetheless [1]**
4272/21
**not [199]**
**note [2]** 4266/19
4297/25
**note-taker's [1]**
4297/25
**notebooks [1]** 4297/18
**noted [1]** 4267/18
**notes [6]** 4266/3

4297/20 4297/23
4297/24
**nothing [4]** 4263/24
4284/7 4286/8 4311/10
**notice [1]** 4308/10
**notified [1]** 4314/5
**Noting [1]** 4272/21
**notion [4]** 4264/23
4265/2 4277/14
4282/16
**novel [1]** 4289/16
**November [2]** 4312/8
4322/22
**now [28]** 4263/4
4263/12 4266/7
4273/24 4274/17
4274/17 4283/6 4288/2
4290/22 4291/16
4291/17 4292/15
4292/16 4295/4
4295/16 4296/7 4296/8
4299/12 4306/7 4313/3
4314/1 4316/17
4323/19 4325/5 4326/6
4335/23 4344/17
4347/8
**number [12]** 4269/11
4269/17 4270/12
4271/3 4271/13 4277/2
4279/17 4280/8
4299/21 4299/25
4300/1 4326/18
**numbers [1]** 4275/7
**NW [2]** 4258/16
4259/20

**O**
**oath [6]** 4265/2 4305/9
4307/15 4311/19
4311/21 4326/19
**Oath Keepers [3]**
4265/2 4311/19
4311/21
**object [9]** 4267/21
4268/6 4302/3 4316/13
4318/1 4318/11
4323/22 4323/24
4342/23
**object's [1]** 4343/2
**objected [2]** 4285/9
4301/23
**objecting [1]** 4301/25
**objection [8]** 4272/21
4285/15 4285/22
4286/6 4302/6 4302/12
4349/1 4349/3
**objectionable [1]**
4270/22
**objections [5]** 4286/3
4302/1 4348/5 4348/15
4348/15
**objective [4]** 4316/16
4317/11 4319/9
4322/10
**objectives [8]** 4316/24
4317/5 4317/6 4318/15
4318/21 4321/12

**objects [2]** 4324/1
4337/6
**obligated [1]** 4263/19
**obligation [1]** 4305/7
**observe [1]** 4303/6
**observing [1]** 4319/15
**obstruct [17]** 4312/11
4314/22 4314/24
4315/14 4316/7
4327/13 4327/16
4328/10 4328/25
4329/4 4329/25
4330/11 4330/13
4330/19 4330/21
4330/25 4331/3 4331/7
4331/15 4331/19
4332/1 4332/14
4332/20 4332/23
4333/7 4333/10
4334/14 4334/20
4335/3 4336/1 4336/8
4336/11 4341/22
4342/13 4342/19
4343/25 4344/1 4344/5
4344/9 4344/12
4344/25 4346/25
**obstructs [1]** 4330/5
**obtaining [1]** 4315/17
**obviously [3]** 4270/10
4270/12 4275/22
**occasion [1]** 4307/5
**occurred [1]** 4310/6
**occurs [1]** 4267/7
**off [1]** 4274/10
**offense [68]** 4298/9
4298/10 4298/12
4298/14 4312/6
4313/1 4323/20
4325/14 4328/12
4328/14 4328/16
4328/17 4328/18
4329/9 4331/1 4332/2
4332/4 4332/5 4332/15
4332/16 4332/21
4333/2 4333/7 4333/10
4333/12 4333/15
4333/17 4333/19
4333/21 4334/7 4334/9
4334/13 4334/17
4334/23 4334/24
4334/25 4335/8
4335/11 4335/12
4335/14 4335/16
4335/24 4336/3 4336/6
4336/7 4336/11
4337/25 4338/1

**O**

offense... [18] 4339/22
4340/11 4340/18
4340/22 4341/1 4341/4
4341/7 4341/11
4341/13 4341/15
4342/15 4343/9
4344/10 4344/17
4344/21 4344/23
4344/25 4345/4
offenses [9] 4304/11
4312/21 4312/22
4315/24 4316/1 4316/6
4320/12 4341/19
4345/7
offensive [2] 4310/21
4311/1
offered [1] 4301/25
offering [1] 4330/7
office [2] 4258/16
4326/20
officer [2] 4306/6
4312/12
officer's [2] 4305/24
4306/1
OFFICES [1] 4259/2
official [55] 4312/11
4314/23 4314/24
4315/6 4315/21 4316/7
4327/14 4327/16
4327/21 4328/1 4328/8
4328/11 4328/20
4328/24 4329/1 4329/5
4329/7 4329/8 4329/10
4329/12 4329/25
4330/11 4330/17
4330/18 4330/20
4330/21 4330/25
4331/3 4331/8 4331/15
4331/20 4332/1
4332/14 4332/20
4332/24 4333/7
4333/10 4334/14
4334/21 4335/3
4335/25 4335/25
4336/1 4336/8 4336/11
4343/3 4343/7 4343/8
4343/10 4343/12
4343/17 4345/15
4346/5 4346/10
4346/17
officially [1] 4274/17
often [1] 4332/5
oh [3] 4273/17 4282/8
4290/17
okay [44] 4260/19
4260/25 4261/10
4261/15 4262/5
4262/23 4264/4
4266/14 4271/15
4272/25 4273/3
4273/11 4274/1 4274/6
4274/14 4275/17
4275/20 4275/25
4278/9 4280/23
4281/10 4282/1 4282/2
4284/23 4287/16
4289/25 4291/2 4291/9
4292/24 4293/2 4293/5
4293/8 4293/13
4293/25 4294/1
4294/19 4313/25
4322/21 4347/4 4348/8
4349/5 4349/9
omissions [1] 4310/12
omitted [1] 4313/8
once [5] 4262/21
4294/12 4295/11
4322/9 4322/12
one [41] 4261/6
4264/11 4266/20
4269/7 4270/15
4271/11 4275/15
4276/19 4278/3 4278/4
4278/6 4279/1 4279/6
4280/13 4282/14
4282/16 4285/7 4288/5
4288/18 4289/13
4290/11 4293/13
4298/19 4299/12
4299/25 4301/15
4318/11 4320/4
4323/11 4323/16
4323/24 4324/7
4324/10 4324/11
4324/21 4327/20
4333/21 4336/8
4336/21 4341/17
4348/23
one-page [1] 4271/11
only [32] 4265/19
4266/15 4271/20
4273/15 4274/20
4275/23 4277/15
4279/13 4285/22
4297/20 4298/17
4299/17 4300/3
4300/18 4307/24
4308/1 4308/11
4309/12 4310/4 4310/9
4310/13 4310/16
4312/3 4320/4 4320/22
4324/17 4324/19
4333/21 4335/19
4337/15 4339/8
4348/22
open [3] 4284/5
4289/23 4326/10
opened [4] 4276/3
4277/1 4279/6 4280/4
opens [1] 4281/16
opinion [1] 4297/10
4306/20 4306/22
4306/22 4306/24
4306/24 4307/1
opinions [1] 4306/15
opportunity [5]
4270/24 4289/18
4295/3 4296/3 4303/6
oppose [9] 4293/15
4314/12 4322/24
4323/4 4324/17
4324/25 4325/6 4325/8
4346/19
opposed [2] 4264/22
opposing [3] 4314/19
4323/11 4324/1
opposite [1] 4300/2
opposition [1] 4325/12
oral [1] 4317/1
order [16] 4295/22
4323/3 4327/15
4328/19 4330/20
4332/13 4335/2 4336/6
4336/17 4338/4
4339/15 4340/10
4341/14 4342/18
4344/4 4344/23
ordered [1] 4302/12
orderly [1] 4296/15
ordinarily [1] 4313/3
ordinary [1] 4327/1
org [1] 4264/19
organization [5]
4264/22 4266/25
4270/22 4311/19
4311/22
organization's [1]
4264/21
organizational [6]
4264/20 4265/3
4265/19 4267/15
4268/2 4273/8
organized [3] 4271/21
4271/21 4272/1
origin [1] 4297/4
original [3] 4273/22
4335/19 4335/20
other [67] 4263/3
4263/6 4263/12
4263/12 4263/14
4263/15 4263/17
4266/12 4266/16
4268/8 4268/13
4273/23 4277/6
4279/25 4281/4 4281/6
4281/13 4281/23
4282/16 4298/11
4300/2 4300/25
4301/15 4301/24
4302/19 4303/8
4303/25 4305/7
4305/12 4305/25
4306/16 4306/25
4307/2 4307/25 4308/4
4308/18 4309/13
4310/10 4310/18
4310/25 4311/3 4311/7
4311/25 4312/21
4313/8 4314/11 4315/4
4318/3 4319/4 4319/10
4319/20 4320/3 4320/4
4321/8 4323/11
4324/21 4327/20
4330/8 4334/3 4336/12
4336/22 4341/19
4342/23 4345/4
4348/14
others [21] 4320/22
4328/11 4331/25
4332/15 4332/19
4333/14 4333/17
4334/17 4337/25
4338/3 4340/6 4340/11
4340/15 4340/20
4340/25 4341/3
4341/10 4343/14
otherwise [5] 4292/3
4304/24 4308/3 4310/7
4334/12
ought [1] 4271/9
our [6] 4272/8 4274/2
4274/18 4284/25
4311/23 4347/8
out [16] 4267/11
4267/24 4273/16
4273/21 4291/8
4291/19 4292/8 4301/4
4301/8 4310/7 4310/14
4317/2 4317/21
4317/24 4318/4 4318/4
outcome [1] 4303/8
outset [2] 4295/23
4320/11
outweighed [1]
4306/25
over [3] 4261/19
4266/2 4301/15
overall [1] 4316/24
own [5] 4272/15
4297/13 4297/22
4297/23 4297/25

**P**

p.m [1] 4326/14
PA [1] 4259/7
packed [3] 4280/15
4280/19 4281/19
page [4] 4271/11
4272/12 4281/9
4309/19
panel [1] 4294/4
papers [1] 4304/22
parameters [1]
4290/20
part [15] 4276/6
4279/19 4280/1 4281/2
4282/5 4282/13
4285/15 4289/9
4289/16 4302/11
4318/20 4319/24
4333/19 4335/18
4346/21
partially [1] 4307/1
participants [2]
4317/20 4320/2
participated [6]
4304/11 4318/13
4320/6 4322/23
4327/13 4334/16
participation [1]
4333/13
particular [15] 4281/16
4282/5 4290/5 4292/3
4298/9 4298/12
4301/17 4307/24
4308/13 4312/17
4318/24 4322/16
4333/25 4344/3 4344/6
4344/23
particularly [2]
4289/16 4290/5
parties [3] 4296/2
4300/7 4300/8
parties' [1] 4295/18
parts [3] 4310/4 4310/6
4333/21
party [2] 4302/2
4310/15
passed [1] 4331/11
patience [1] 4294/12
Pause [1] 4288/20
peace [1] 4273/25
Peed [28] 4259/19
4259/19 4260/16
4260/21 4261/3
4262/18 4274/2 4274/6
4274/17 4276/25
4278/4 4278/21 4279/5
4280/20 4281/3 4281/7
4281/17 4283/2 4285/9
4287/20 4288/2 4288/6
4288/9 4288/12
4289/20 4291/24
4292/11 4294/15
Peed's [8] 4264/5
4276/20 4277/8
4277/17 4280/14
4281/12 4287/24
4289/7
penalty [1] 4307/15
pending [2] 4329/9
4343/8
people [14] 4265/1
4266/1 4266/4 4268/9
4268/9 4268/13
4270/11 4271/3
4279/14 4303/9 4327/4
4332/7 4332/8 4334/4
perfectly [1] 4305/21
perform [2] 4320/20
4320/24
performed [6] 4333/1
4333/3 4333/11 4337/1
4340/21 4340/23
perhaps [2] 4271/1
4289/21
period [2] 4312/7
4312/13
perjury [2] 4305/9
4307/16
permit [1] 4292/9
4304/23
permitted [6] 4292/2
4297/16 4300/12
4301/18 4304/10
4305/1
person [25] 4271/1
4282/17 4299/4 4301/3
4301/8 4301/12 4303/2
4311/15 4313/5
4313/12 4321/3
4321/12 4322/12
4323/11 4326/18
4327/20 4329/15
4329/24 4332/2 4332/3

**P**

person... [5] 4332/4
4332/4 4332/6 4332/12
4336/22

person's [2] 4313/3
4321/1

personal [3] 4276/22
4297/25 4311/24

personally [1] 4276/7

persons [8] 4303/13
4316/3 4316/21 4317/8
4317/23 4321/14
4324/7 4334/5

pertains [1] 4303/17

phase [1] 4333/19

phases [1] 4333/21

Philadelphia [1]
4259/7

phon [1] 4285/14

phone [7] 4290/23
4342/1 4342/5 4342/9
4346/3 4346/8 4346/14

phones [1] 4315/16

photos [1] 4281/4

phrase [2] 4278/14
4278/15

physical [1] 4326/23

pictures [4] 4262/25
4263/13 4265/24
4287/7

piece [1] 4265/23

place [5] 4319/13
4321/5 4321/7 4336/25
4339/2

plain [3] 4267/13
4267/22 4267/23

Plaintiff [1] 4258/4

plan [5] 4295/16
4321/18 4335/19
4335/20 4346/21

planned [1] 4311/17

plans [2] 4317/24
4331/16

play [3] 4302/10
4320/21 4320/22

played [1] 4310/8

players [1] 4265/19

plea [6] 4304/18
4305/2 4305/6 4305/8
4305/13 4305/16

plea agreements [1]
4305/13

please [7] 4260/4
4283/1 4294/6 4347/24
4348/4 4348/12
4348/15

PO [1] 4259/3

podcast [2] 4279/11
4279/11

point [4] 4276/20
4286/4 4289/25 4349/6

points [1] 4348/19

police [2] 4305/24
4306/6

portable [1] 4277/19

portion [1] 4310/9

portions [3] 4308/7
4310/10 4310/13

positive [1] 4325/10

possess [2] 4311/9
4311/12

possessed [2] 4311/7
4311/15

possesses [1] 4306/19

possible [4] 4269/14
4269/18 4347/11
4347/16

Possick [2] 4265/12
4265/14

posterboard [1]
4271/17

potentially [1] 4263/23

power [4] 4314/13
4314/18 4325/14
4326/4

powerful [1] 4298/20

practice [1] 4269/17

precise [1] 4261/25

preconceived [1]
4317/22

predisposition [1]
4311/14

prejudice [4] 4269/14
4269/19 4297/2 4304/5

prejudiced [1] 4304/3

preliminary [2]
4296/12 4313/25

preparation [2]
4305/22 4331/16

prepared [5] 4269/20
4271/1 4277/13
4282/23 4349/12

preparer [1] 4269/21

prerogative [1]
4288/11

presence [5] 4313/23
4321/5 4326/9 4330/13
4343/20

present [9] 4260/17
4261/3 4263/7 4263/9
4263/22 4292/9 4295/3
4334/5 4345/5

presentation [3]
4260/22 4269/6 4270/8

presented [21]
4261/20 4267/14
4269/23 4270/8
4272/18 4276/15
4277/25 4278/22
4279/8 4279/22
4279/23 4279/24
4280/1 4283/4 4286/2
4287/25 4291/25
4292/2 4299/18
4301/22 4309/25

presenting [1] 4294/21

presents [2] 4261/14
4283/5

President [3] 4326/8
4326/9 4326/19

Presidential [5]
4314/13 4314/13
4326/4 4326/11
4326/15

presiding [2] 4260/3

presumed [3] 4298/1
4322/9 4322/13

presumption [1]
4298/2

prevent [16] 4312/12
4314/20 4315/2
4315/16 4315/22
4316/8 4322/25 4323/6
4324/19 4325/1
4325/18 4336/15
4336/18 4336/23
4337/13 4345/15

preventing [2] 4323/13
4324/3

preview [2] 4263/19
4274/14

previously [2] 4265/6
4308/3

primarily [1] 4262/6

primary [1] 4289/13

principle [1] 4332/7

principles [5] 4315/25
4335/21 4340/3 4341/5
4344/15

prior [1] 4291/4

privacy [1] 4310/11

privilege [1] 4330/3

probability [1] 4303/22

probable [3] 4298/19
4313/12 4329/3

probably [3] 4264/7
4271/8 4295/21

problem [2] 4271/20
4274/24

procedures [1]
4326/16

proceed [1] 4261/1

proceeded [2] 4280/8
4285/18

proceeding [61]
4296/5 4312/11
4314/23 4314/24
4315/6 4315/21 4316/7
4327/14 4327/16
4327/21 4328/2 4328/8
4328/11 4328/20
4328/24 4329/1 4329/5
4329/7 4329/8 4329/8
4329/10 4329/12
4330/1 4330/2 4330/4
4330/6 4330/11
4330/17 4330/18
4330/20 4330/22
4330/25 4331/3 4331/8
4331/15 4331/20
4332/1 4332/14
4332/20 4332/24
4333/7 4333/10
4334/14 4334/21
4335/3 4335/25 4336/1
4336/2 4336/8 4336/11
4343/3 4343/7 4343/8
4343/8 4343/10
4343/12 4343/17
4345/15 4346/5
4346/11 4346/17
proceedings [14]

presumed [3] 4298/1
4315/13 4341/23
4342/14 4342/20
4344/1 4344/2 4344/6
4344/10 4344/13
4344/19 4345/1 4350/4
process [1] 4347/1
produce [2] 4262/15
4298/7
product [2] 4319/8
4319/9
proffered [1] 4289/3
progress [1] 4320/14
prolong [1] 4290/25
promise [2] 4341/20
4347/10
promote [3] 4318/20
4324/15 4337/8
prongs [1] 4270/1
proof [8] 4298/20
4312/15 4312/16
4312/23 4316/5 4318/1
4318/4 4337/11
proper [5] 4267/17
4289/24 4292/1 4302/1
4305/21
properly [4] 4267/5
4267/6 4269/24 4300/4
property [24] 4315/9
4315/9 4327/3 4337/21
4337/24 4338/5 4338/9
4338/11 4338/11
4338/15 4338/23
4338/25 4339/2 4339/5
4339/6 4339/7 4339/11
4339/17 4339/21
4339/25 4340/8
4340/17 4341/9
4341/16
propose [1] 4272/6
prosecution [1] 4305/8
protect [1] 4305/8
protective [1] 4277/6
protects [2] 4310/19
4311/8
protests [1] 4326/25
prove [34] 4298/6
4298/12 4298/17
4299/9 4299/11 4316/9
4316/20 4316/25
4317/3 4317/7 4317/20
4318/16 4322/15
4324/8 4324/9 4327/7
4327/9 4329/10
4331/21 4334/10
4334/15 4338/20
4338/22 4342/20
4343/9 4345/6 4345/7
4345/10 4345/12
4345/17 4346/2
4346/22 4346/23
4347/2
proved [19] 4302/15
4312/4 4313/4 4313/17
4317/14 4323/8 4324/6
4324/11 4327/17
4328/21 4330/22
4331/9 4332/17 4335/4

4315/3 4341/23
4342/14 4342/20
4344/1 4344/2 4344/6
4344/10 4344/13
4344/19 4345/1 4350/4
process [1] 4347/1
produce [2] 4262/15
4298/7
product [2] 4319/8
4319/9
proffered [1] 4289/3
progress [1] 4320/14
prolong [1] 4290/25
promise [2] 4341/20
4347/10
promote [3] 4318/20
4324/15 4337/8
prongs [1] 4270/1
proof [8] 4298/20
4312/15 4312/16
4312/23 4316/5 4318/1
4318/4 4337/11
proper [5] 4267/17
4289/24 4292/1 4302/1
4305/21
properly [4] 4267/5
4267/6 4269/24 4300/4
property [24] 4315/9
4315/9 4327/3 4337/21
4337/24 4338/5 4338/9
4338/11 4338/11
4338/15 4338/23
4338/25 4339/2 4339/5
4339/6 4339/7 4339/11
4339/17 4339/21
4339/25 4340/8
4340/17 4341/9
4341/16
propose [1] 4272/6
prosecution [1] 4305/8
protect [1] 4305/8
protective [1] 4277/6
protects [2] 4310/19
4311/8
protests [1] 4326/25
prove [34] 4298/6
4298/12 4298/17
4299/9 4299/11 4316/9
4316/20 4316/25
4317/3 4317/7 4317/20
4318/16 4322/15
4324/8 4324/9 4327/7
4327/9 4329/10
4331/21 4334/10
4334/15 4338/20
4338/22 4342/20
4343/9 4345/6 4345/7
4345/10 4345/12
4345/17 4346/2
4346/22 4346/23
4347/2
proved [19] 4302/15
4312/4 4313/4 4313/17
4317/14 4323/8 4324/6
4324/11 4327/17
4328/21 4330/22
4331/9 4332/17 4335/4

4338/6
4339/18 4340/13
4344/6
proven [9] 4272/14
4284/18 4298/4 4298/8
4300/13 4309/21
4318/8 4346/8 4346/15
provide [5] 4267/1
4273/11 4310/22
4311/11 4328/2
provided [1] 4308/22
provides [3] 4326/8
4326/13 4326/17
proving [2] 4298/15
4301/14
pull [4] 4274/23
4279/16 4280/16
4281/7
Punta [1] 4259/16
purely [2] 4272/4
4293/14
purpose [18] 4283/24
4313/22 4313/23
4316/4 4318/6 4318/19
4322/5 4326/14
4329/21 4330/12
4330/14 4333/4
4334/12 4338/17
4340/24 4343/8
4343/20 4345/17
purposely [1] 4319/7
purposes [11] 4274/18
4289/13 4318/11
4318/14 4319/19
4321/11 4321/21
4321/21 4321/24
4325/13 4326/2
pursuant [1] 4304/18
put [15] 4261/23
4261/23 4263/20
4265/24 4267/17
4271/23 4271/24
4274/3 4278/18
4278/23 4279/25
4282/11 4285/21
4292/14 4325/22

**Q**

QRF [3] 4268/12
4268/15 4268/16
qualified [1] 4262/2
qualifying [1] 4264/2
quality [1] 4289/6
Queen [1] 4259/10
question [11] 4261/16
4276/24 4279/12
4299/15 4301/24
4302/6 4302/7 4302/8
4302/10 4319/5
4338/15
questions [9] 4275/22
4277/11 4278/13
4279/5 4280/5 4285/7
4296/15 4299/12
4300/19
quick [4] 4264/7
4285/16 4290/25
4291/11

**Q**

quite [1]  4295/21

**R**

race [1]  4297/4
raise [2]  4348/18
4349/1
Rakoczy [2]  4258/14
4260/11
rather [6]  4269/4
4282/11 4299/22
4319/9 4345/6 4346/22
reach [2]  4348/22
4348/23
reached [1]  4295/6
reaching [3]  4291/8
4301/20 4302/22
read [5]  4264/17
4265/10 4295/10
4295/22 4348/6
reading [1]  4319/15
ready [1]  4264/8
real [1]  4290/25
realizes [1]  4329/15
really [2]  4270/16
4282/12
reason [8]  4268/5
4283/12 4298/22
4298/23 4299/8
4299/15 4306/11
4319/11
reasonable [56]
4284/18 4298/4 4298/8
4298/13 4298/16
4298/21 4298/21
4299/2 4299/3 4299/4
4299/11 4300/14
4301/1 4305/5 4312/5
4312/19 4313/1
4313/18 4316/10
4316/21 4317/8
4317/14 4317/16
4318/9 4318/16 4319/3
4319/18 4322/2 4323/9
4324/10 4327/18
4328/22 4329/10
4330/23 4331/10
4332/10 4332/17
4334/11 4334/16
4335/4 4336/7 4336/20
4338/7 4339/18
4340/13 4341/14
4342/21 4343/10
4344/7 4344/24 4345/8
4346/2 4346/9 4346/15
4346/23 4347/2
reasonableness [1]
4303/21
reasonably [6]  4313/2
4320/17 4329/11
4335/16 4335/19
4343/11
reasons [3]  4306/11
4306/23 4310/9
rebut [3]  4280/25
4288/12 4289/3
rebuttal [23]  4261/5
4262/16 4263/8

4274/13 4274/16
4277/14 4281/21
4284/25 4286/23
4288/8 4289/2 4289/24
4289/25 4291/5
4291/20 4292/10
4293/12 4295/1 4295/3
4347/18
rebutted [2]  4283/16
4289/20
rebutting [1]  4287/24
recall [4]  4276/25
4277/21 4279/4
4294/14
receive [2]  4300/16
4304/9
received [2]  4313/9
4313/15
recess [2]  4291/14
4291/15
recollection [7]
4270/16 4272/15
4297/13 4297/14
4303/4 4303/15
4309/22
recommended [1]
4285/19
record [7]  4274/10
4286/10 4292/14
4293/11 4293/14
4342/23 4350/3
recording [7]  4308/5
4308/6 4308/7 4308/8
4308/11 4308/11
4308/13
records [1]  4308/17
redirect [4]  4277/5
4277/11 4280/21
4281/15
reference [1]  4297/12
referenced [1]  4274/21
referred [3]  4270/25
4272/10 4309/17
reflect [1]  4293/11
reflection [2]  4283/13
4299/5
reflects [2]  4272/18
4309/25
refresh [1]  4270/16
refuse [2]  4296/20
4330/2
regard [3]  4315/4
4320/11 4348/20
rejected [2]  4267/23
4267/25
related [3]  4276/11
4291/8 4317/19
relates [1]  4276/14
relationship [1]  4266/1
relationships [2]
4266/24 4268/8
relevant [3]  4277/9
4310/5 4313/16
relied [1]  4269/21
rely [2]  4297/23
4308/11
remaining [2]  4271/24

remains [2]  4298/2
remarks [1]  4347/15
remember [3]  4277/22
4277/24 4295/2
remind [2]  4285/5
4348/12
reminder [2]  4314/2
4349/11
reminders [1]  4347/23
removed [3]  4310/7
4346/7 4346/13
render [1]  4299/14
rendering [1]  4299/18
renew [4]  4292/22
4292/25 4293/4 4293/7
repairing [1]  4339/5
repeat [1]  4296/12
replace [1]  4297/22
replacing [1]  4339/6
Report [1]  4284/13
represent [2]  4267/4
4302/2
representation [1]
4262/13
Representatives [2]
4326/10 4326/14
represents [2]  4272/13
4309/20
requested [1]  4275/19
require [4]  4298/6
4301/19 4326/22
4331/21
required [14]  4295/4
4299/9 4311/16
4313/11 4319/16
4321/23 4324/8
4333/24 4336/5 4337/1
4341/12 4344/22
4345/5 4346/22
requirements [3]
4332/18 4335/5
4340/14
requires [1]  4320/23
research [2]  4266/16
4347/25
resist [5]  4265/2
4325/10 4325/12
4325/20 4326/1
resolve [1]  4348/16
resolved [1]  4273/20
respect [11]  4265/17
4273/20 4316/5 4331/6
4331/13 4337/6
4345/13 4346/1 4346/6
4346/12 4349/11
respond [2]  4264/14
4264/15
responds [2]  4275/14
4275/18
response [2]  4276/19
4281/3
responsibility [3]
4296/23 4297/11
4302/3
responsible [4]
4320/14 4320/16
4328/17 4334/22

4274/5 4274/7 4292/12
4292/12 4295/8
4347/25
rested [2]  4293/11
4295/4
resting [2]  4274/17
4294/25
restroom [1]  4292/17
rests [2]  4294/18
4294/23
result [3]  4269/15
4317/21 4336/2
results [3]  4303/19
4327/2 4327/3
resume [1]  4295/13
return [1]  4285/8
returned [1]  4285/14
returning [2]  4285/13
4285/24
review [1]  4267/23
Rhodes [1]  4268/17
4268/22
rifle [1]  4349/7
rifles [11]  4284/4
4285/9 4285/15
4285/17 4285/24
4286/5 4286/12
4286/16 4287/21
4288/4 4288/11
right [52]  4260/21
4260/23 4262/9 4264/4
4264/5 4268/24 4269/3
4271/18 4271/23
4272/6 4272/24 4273/5
4273/12 4273/17
4273/18 4274/1 4279/8
4280/6 4280/25 4281/5
4281/11 4282/9
4288/21 4290/9
4290/12 4290/18
4290/24 4291/10
4291/12 4292/15
4292/21 4293/10
4293/17 4293/22
4293/25 4294/6
4294/24 4295/5 4306/8
4306/9 4310/20
4310/22 4311/9
4311/12 4324/23
4337/19 4341/20
4348/7 4349/4 4349/10
4349/11 4349/15
rightful [1]  4325/14
rights [1]  4284/15
RIOS [2]  4259/11
4259/15
rise [4]  4260/2 4291/13
4291/16 4348/2
RMR [2]  4350/2 4350/8
Robert [1]  4259/10
ROBERTO [7]  4258/6
4260/8 4315/11
4341/25 4343/13
4343/23 4345/8
Roberto Minuta [5]
4315/11 4341/25
4343/13 4343/23

robust [1]  4260/23
robustly [1]  4287/21
role [2]  4320/23
4343/13
roles [2]  4320/22
4320/22
room [8]  4266/7
4267/7 4272/12
4276/23 4282/19
4287/22 4297/18
4309/19
Royalty [1]  4288/24
rule [14]  4269/14
4283/6 4283/7 4288/23
4290/20 4291/23
4291/24 4292/14
4292/22 4292/25
4292/25 4293/4
4293/13 4296/15
Rule 106 [2]  4283/6
4290/20
Rule 29 [2]  4292/22
4293/13
ruled [3]  4279/4 4280/7
4302/9
rules [1]  4296/11
ruling [3]  4288/3
4290/2 4291/19
rulings [2]  4290/4
4291/4
run [2]  4266/17
4292/17

**S**

safeguards [1]
4269/18
said [10]  4267/2
4280/22 4284/13
4289/15 4295/2 4297/7
4307/12 4307/21
4318/5 4329/19
same [13]  4274/24
4282/19 4293/3 4293/6
4293/9 4293/12
4293/24 4305/6 4306/2
4326/1 4342/12
4342/12 4347/23
satisfy [1]  4333/25
Saturday [1]  4273/15
saved [1]  4266/11
saw [5]  4264/16
4301/4 4301/7 4301/8
4301/9
say [9]  4265/7 4281/9
4284/16 4285/11
4286/1 4287/21
4298/25 4322/8
4348/22
saying [8]  4272/7
4279/14 4281/11
4284/17 4284/11
4286/11 4287/20
4288/7
says [5]  4269/2 4269/7
4280/18 4288/5
4301/13
scene [1]  4321/5

**scheme [3]** 4317/18 4317/22 4320/23
**scientific [2]** 4299/10 4306/16
**scope [8]** 4277/2 4279/6 4280/4 4284/25 4285/1 4289/2 4292/6 4320/17
**scott [3]** 4259/14 4259/17 4260/15
**Scott Weinberg [1]** 4260/15
**screen [1]** 4275/4
**screens [1]** 4274/22
**scroll [1]** 4291/1
**seat [1]** 4288/18
**seated [3]** 4260/5 4294/6 4348/4
**second [22]** 4269/13 4274/9 4276/24 4278/20 4284/15 4288/18 4311/8 4311/11 4314/21 4316/14 4323/15 4327/22 4328/25 4331/2 4332/23 4335/8 4337/2 4338/10 4339/23 4340/18 4342/24 4344/11
**Second Amendment [2]** 4284/15 4311/8
**Secondly [2]** 4270/18 4271/23
**Section [2]** 4326/6 4326/12
**Section 15 [1]** 4326/6
**security [1]** 4277/7
**seditious [7]** 4312/7 4314/16 4315/20 4316/6 4323/20 4326/22 4345/14
**see [11]** 4262/1 4262/3 4262/11 4275/2 4275/3 4285/19 4290/24 4303/14 4310/12 4348/1 4349/15
**seeing [1]** 4347/22
**seeking [1]** 4280/24
**seemed [1]** 4287/7
**seems [1]** 4291/22
**seen [3]** 4285/20 4301/5 4301/10
**selected [1]** 4264/23
**selecting [1]** 4299/13
**self [2]** 4264/23 4330/3
**self-incrimination [1]** 4330/3
**self-selected [1]** 4264/23
**Senate [3]** 4326/9 4326/9 4326/13
**send [2]** 4271/7 4271/10
**sense [3]** 4262/22 4292/9 4327/1
**sent [3]** 4264/12 4293/19 4326/11

**sentencing [1]** 4304/22
**separate [8]** 4271/13 4272/7 4314/15 4320/20 4324/1 4324/5 4337/12 4337/16
**separately [1]** 4316/17
**sequence [1]** 4292/1
**series [1]** 4276/25
**serve [1]** 4277/19
**serving [1]** 4277/14
**session [5]** 4260/2 4291/17 4314/25 4315/6 4329/13
**set [4]** 4273/14 4289/14 4292/10 4322/19
**Settling [1]** 4288/24
**shall [3]** 4325/19 4326/12 4326/16
**she [10]** 4301/5 4301/7 4301/10 4303/6 4306/5 4318/19 4318/23 4318/24 4319/4 4326/19
**shifts [1]** 4298/5
**Shipley [3]** 4259/2 4259/3 4260/13
**short [4]** 4261/9 4261/24 4295/9 4295/15
**should [45]** 4263/16 4265/5 4272/19 4284/13 4296/19 4297/2 4297/3 4297/8 4297/10 4297/14 4297/22 4297/23 4299/22 4300/10 4300/15 4301/21 4302/6 4302/9 4302/9 4302/10 4302/21 4304/7 4304/13 4304/13 4305/9 4305/16 4305/17 4305/25 4306/2 4306/4 4307/1 4309/11 4309/13 4310/1 4310/13 4310/14 4310/15 4311/24 4313/15 4325/22 4336/9 4341/17 4345/2 4347/18 4349/12
**show [11]** 4279/10 4281/5 4287/2 4290/11 4319/17 4319/22 4327/5 4333/11 4333/13 4338/18 4348/13
**showed [9]** 4267/15 4278/18 4278/20 4278/23 4278/25 4279/13 4342/2 4342/6 4342/10
**shown [1]** 4304/2
**shows [1]** 4334/8
**sic [2]** 4275/9 4275/10
**side [7]** 4273/2

4300/2 4301/24 4304/4 4348/14
**siege [1]** 4282/23
**Siekerman [2]** 4268/18 4268/23
**Signal [4]** 4268/10 4270/19 4346/7 4346/13
**similarity [1]** 4321/14
**Similarly [2]** 4300/19 4322/11
**simply [3]** 4310/25 4311/15 4318/22
**simultaneous [3]** 4313/23 4330/13 4343/20
**sincere [1]** 4294/8
**single [6]** 4261/4 4263/9 4264/5 4272/12 4274/3 4309/19
**site [1]** 4306/15
**sitting [1]** 4271/9
**six [1]** 4335/5
**Sixth [1]** 4335/16
**size [1]** 4271/8
**skill [1]** 4306/19
**sleep [1]** 4301/9
**sleeping [1]** 4301/12
**slide [2]** 4278/23 4279/13
**slides [19]** 4262/13 4262/14 4263/3 4263/7 4263/8 4263/13 4263/17 4263/21 4264/1 4274/20 4275/3 4275/21 4276/2 4278/19 4278/21 4279/1 4279/10 4281/21 4290/24
**small [1]** 4273/19
**smaller [1]** 4299/25
**snippet [1]** 4280/17
**snow [4]** 4301/4 4301/6 4301/8 4301/9
**snowed [1]** 4301/11
**so [99]**
**so I think [4]** 4264/10 4289/24 4290/19 4292/7
**so this is [3]** 4272/6 4277/13 4277/20
**sole [6]** 4296/22 4297/11 4302/18 4313/22 4330/12 4343/18
**solely [1]** 4297/5
**soliciting [3]** 4333/4 4333/5 4340/25
**some [34]** 4265/1 4266/16 4266/18 4272/2 4277/3 4277/4 4277/15 4281/16 4281/24 4296/10 4296/11 4296/11 4298/18 4310/2 4310/3 4310/18 4311/6 4316/3 4317/8 4317/9 4319/10

4322/10 4324/16
4325/10 4331/16
4331/16 4331/18
4333/13 4333/16
4333/21 4334/16
4347/15
**somehow [1]** 4272/2
**someone [2]** 4291/7 4332/10
**someone's [1]** 4313/6
**something [8]** 4264/11 4264/12 4270/3 4270/23 4287/15 4291/25 4311/18 4334/17
**sometimes [2]** 4301/23 4310/4
**soon [1]** 4290/15
**SoRelle [3]** 4268/17 4268/18 4268/23
**sorry [11]** 4262/14 4273/13 4274/12 4275/9 4275/15 4279/2 4282/8 4282/18 4285/11 4290/25 4292/18
**sort [4]** 4270/1 4273/6 4282/22 4282/23
**sought [1]** 4289/21
**sound [1]** 4306/24
**southeast [2]** 4271/21 4271/22
**space [1]** 4286/21
**Speak [1]** 4273/24
**speakers [1]** 4308/8
**Special [3]** 4308/23 4308/25 4309/2
**Special Agent [3]** 4308/23 4308/25 4309/2
**specialized [1]** 4306/17
**specific [7]** 4296/9 4296/10 4320/24 4322/17 4323/20 4327/8 4338/21
**specifically [4]** 4265/12 4280/25 4326/5 4345/11
**specified [1]** 4348/11
**specifies [1]** 4326/16
**spectator [1]** 4334/6
**speculate [4]** 4302/7 4306/11 4311/25 4339/6
**speculation [1]** 4299/7
**speech [4]** 4310/20 4310/20 4310/23 4311/1
**spelling [1]** 4317/1
**spoke [1]** 4274/5
**spoken [1]** 4308/13
**Square [2]** 4280/11 4290/7
**stage [1]** 4331/11
**staged [1]** 4346/21
**stand [3]** 4274/6

**standard [2]** 4267/13 4267/22
**standing [1]** 4284/17
**stands [1]** 4291/14
**start [4]** 4279/21 4347/9 4347/10 4347/12
**started [2]** 4291/12 4322/16
**state [3]** 4306/20 4313/19 4331/10
**statement [10]** 4305/9 4307/8 4307/10 4307/13 4307/15 4307/16 4307/18 4307/21 4307/22 4313/7
**statements [7]** 4277/23 4300/17 4307/5 4307/6 4310/17 4311/2 4317/17
**STATES [48]** 4258/1 4258/3 4258/10 4260/7 4266/21 4267/11 4267/25 4310/19 4311/8 4314/20 4314/21 4322/25 4323/1 4323/4 4323/5 4323/7 4323/12 4323/14 4324/2 4324/4 4324/18 4324/20 4325/1 4325/2 4325/4 4325/7 4325/9 4325/15 4325/19 4325/21 4325/24 4325/25 4326/4 4326/6 4337/21 4337/24 4338/5 4338/12 4338/24 4339/12 4339/17 4339/22 4339/25 4340/8 4340/17 4341/9 4341/16 4346/20
**stay [1]** 4282/17
**step [5]** 4331/2 4331/13 4331/20 4339/23 4344/11
**stick [1]** 4291/18
**still [9]** 4262/19 4274/13 4277/1 4279/5 4281/5 4288/23 4320/5 4320/14 4320/15
**stipulated [2]** 4300/7 4300/9
**stipulation [1]** 4300/10
**stop [2]** 4314/18 4346/19
**Street [3]** 4258/16 4259/11 4259/20
**stricken [2]** 4302/9 4302/12
**strict [1]** 4289/5
**strike [2]** 4309/7 4349/1
**strongly [3]** 4331/4 4339/25 4344/13
**structure [3]** 4264/21 4269/5 4270/21

**SUAREZ [2]** 4259/11
4259/14
**subject [2]** 4302/24
4307/15
**submit [1]** 4345/12
**submits [3]** 4346/1
4346/6 4346/12
**submitting [1]** 4289/17
**substantial [5]** 4331/2
4331/13 4331/20
4339/23 4344/11
**substantive [6]**
4267/10 4320/12
4328/23 4338/1
4342/15 4347/6
**substantively [1]**
4328/4
**subtitles [1]** 4273/7
**succeed [2]** 4318/6
4334/18
**success [1]** 4318/3
**successful [1]** 4317/25
**such [20]** 4297/9
4298/19 4300/13
4300/15 4300/23
4302/1 4303/12 4304/5
4304/8 4304/12 4305/3
4305/11 4306/20
4307/7 4307/9 4308/19
4309/11 4316/13
4330/6 4346/21
**sufficient [10]** 4306/23
4312/18 4312/25
4321/7 4321/9 4321/19
4322/18 4325/16
4326/21 4332/9
**suggest [1]** 4276/6
**suggested [1]** 4265/3
**suggesting [1]** 4272/1
**suitable [1]** 4291/5
**Suite [2]** 4259/16
4259/20
**sum [2]** 4322/2
4338/15
**summaries [1]**
4267/16
**summarizing [1]**
4266/23
**summary [16]** 4267/4
4267/20 4269/3 4269/8
4269/15 4269/23
4272/8 4272/13
4273/10 4308/16
4308/17 4308/18
4308/22 4309/11
4309/12 4309/20
**superior [1]** 4272/2
**supplied [1]** 4266/16
**supply [1]** 4282/13
**support [4]** 4265/13
4268/25 4282/16
4321/7
**supported [2]** 4272/5
4303/25
**supporting [1]**
4306/24
**sure [4]** 4288/23

4348/12
**surprise [1]** 4349/1
**surrounding [2]**
4313/6 4317/18
**sustain [1]** 4316/5
**sustained [4]** 4285/10
4285/15 4302/5
4302/12
**swing [1]** 4348/10
**sworn [1]** 4300/5
**Sylvia [1]** 4308/25
**sympathy [1]** 4297/3
**system [1]** 4311/23

**T**

**take [12]** 4264/7
4266/3 4266/7 4291/11
4295/14 4295/22
4296/10 4297/7
4297/17 4297/17
4318/20 4326/19
**taken [9]** 4267/7
4278/14 4278/16
4278/16 4279/12
4279/14 4297/23
4310/14 4319/13
**taker's [1]** 4297/25
**takes [1]** 4286/21
**taking [3]** 4279/22
4321/5 4321/7
**talk [3]** 4266/19 4296/9
4296/11
**talking [1]** 4279/1
**talks [2]** 4280/14
4284/4
**tampering [11]**
4315/13 4341/22
4342/14 4342/19
4343/25 4344/2 4344/5
4344/9 4344/12
4344/19 4344/25
**targets [1]** 4327/8
**Taylor [1]** 4267/25
**technical [1]** 4306/16
**technically [1]** 4271/1
**tee [1]** 4270/5
**tell [6]** 4271/12
4274/25 4276/14
4283/1 4304/7 4305/7
**telling [1]** 4303/5
**ten [2]** 4270/5 4270/5
**ten days [1]** 4270/5
**tends [1]** 4264/20
**tenor [3]** 4277/8
4277/11 4282/4
**term [4]** 4329/7
4329/12 4343/7
4343/12
**termination [2]**
4322/11 4322/14
**terms [8]** 4262/7
4264/1 4278/16 4289/5
4289/8 4295/17 4319/1
4320/7
**terribly [1]** 4267/12
**test [1]** 4269/22
**testified [5]** 4272/4

4309/10
**testify [6]** 4304/11
4304/19 4305/14
4306/8 4306/13
4306/20 4330/2
**testifying [2]** 4299/21
4303/1
**testimony [43]**
4262/21 4267/19
4271/3 4271/25 4274/8
4281/22 4289/2
4299/24 4300/1 4300/5
4300/25 4301/6
4301/10 4302/16
4303/10 4303/11
4303/12 4303/23
4304/5 4304/7 4304/12
4304/14 4305/3 4305/4
4305/15 4305/17
4305/19 4305/25
4306/3 4306/5 4306/14
4307/6 4307/9 4307/17
4307/19 4308/22
4308/23 4308/25
4309/2 4309/5 4309/12
4309/13 4309/15
**text [2]** 4279/13
4346/14
**texts [2]** 4284/2
4287/11
**than [15]** 4263/3
4263/6 4263/12
4263/17 4263/23
4271/8 4278/17
4294/11 4298/18
4298/20 4300/1
4301/20 4304/24
4319/9 4323/24
**thank [5]** 4293/1
4293/5 4347/21
4347/25 4349/15
**Thank you [2]** 4293/1
4347/25
**that [510]**
**that's [29]** 4262/13
4263/24 4266/2 4266/8
4270/23 4271/7
4271/16 4272/1 4272/4
4272/5 4275/10
4279/23 4279/24
4280/24 4282/14
4283/5 4283/9 4283/10
4284/24 4286/22
4287/2 4288/6 4288/11
4289/16 4289/16
4291/25 4295/16
4296/4 4349/4
**their [27]** 4262/11
4270/8 4282/21
4282/22 4284/14
4287/10 4287/11
4296/3 4297/23 4301/5
4304/14 4304/21
4304/21 4304/22
4305/17 4306/12
4313/9 4315/3 4315/16
4315/23 4316/9 4317/4

4336/16 4336/18
4345/16
**them [21]** 4263/7
4264/17 4265/11
4271/25 4279/5
4286/17 4292/23
4293/22 4295/23
4296/20 4297/18
4302/2 4302/13
4304/20 4305/8
4305/14 4306/10
4308/19 4348/14
4348/16 4348/23
**theme [1]** 4289/6
**themselves [3]**
4299/16 4317/4
4333/22
**then [53]** 4261/1
4261/16 4262/13
4264/6 4264/6 4264/7
4264/9 4267/11
4268/16 4270/12
4271/5 4271/24
4272/22 4273/9
4273/17 4273/19
4275/14 4275/18
4277/1 4277/9 4277/10
4278/6 4279/21
4279/22 4279/23
4280/20 4281/13
4281/15 4283/18
4285/14 4285/18
4287/17 4288/10
4291/11 4291/12
4292/11 4292/13
4292/13 4292/22
4293/10 4294/1
4295/13 4295/16
4299/1 4301/9 4318/12
4326/12 4328/14
4338/1 4342/15
4347/13 4347/14
4349/6
**theories [1]** 4289/3
**there [41]** 4262/12
4263/12 4263/15
4263/21 4264/10
4265/25 4267/14
4268/21 4268/22
4271/3 4271/10
4273/19 4273/22
4273/23 4277/3 4277/5
4278/11 4279/3 4279/7
4279/25 4280/17
4282/13 4283/22
4283/24 4284/13
4285/14 4285/15
4285/23 4288/2 4289/9
4289/13 4294/9
4297/24 4299/15
4300/21 4310/8
4310/12 4313/4
4322/10 4347/13
4348/15
**there's [12]** 4263/2
4263/14 4267/11
4267/24 4268/24

4275/11 4278/17
4280/20 4311/10
4349/3
**thereby [2]** 4322/6
4330/4
**therefore [1]** 4267/20
**thereof [1]** 4338/12
**these [31]** 4260/18
4266/1 4266/4 4275/23
4280/11 4281/4
4281/24 4282/15
4289/22 4291/3
4293/16 4295/24
4296/1 4296/12 4305/1
4307/5 4309/10
4309/13 4312/5
4315/13 4315/14
4316/1 4316/17
4319/17 4324/7 4325/5
4336/3 4336/8 4341/10
4341/17 4342/12
**they [41]** 4262/15
4263/15 4264/16
4265/20 4265/22
4267/4 4268/9 4269/25
4271/21 4271/23
4271/24 4276/2 4276/9
4276/10 4277/6
4286/18 4287/1 4287/3
4287/4 4287/6 4297/21
4300/18 4301/5 4302/2
4302/3 4302/10
4304/11 4304/18
4305/9 4305/20
4306/13 4308/20
4312/1 4313/13 4319/4
4345/12 4345/20
4345/21 4345/24
4345/24 4348/5
**they'd [1]** 4263/16
**they're [7]** 4266/11
4268/10 4268/11
4271/14 4279/1 4287/1
4297/21
**they've [3]** 4282/21
4287/7 4287/8
**thing [1]** 4288/5
**things [5]** 4269/7
4270/15 4276/19
4278/11 4322/2
**think [50]** 4261/7
4263/16 4264/10
4264/13 4265/4 4265/5
4265/11 4265/17
4266/2 4268/18 4270/2
4270/19 4270/22
4271/2 4271/7 4271/9
4273/15 4276/3 4278/1
4278/3 4278/25 4282/4
4282/10 4283/25
4284/25 4286/1
4286/10 4286/17
4287/3 4287/6 4287/6
4287/10 4288/8
4288/21 4289/12
4289/22 4289/24
4290/19 4291/18

think... **[11]** 4291/20
4292/5 4292/7 4292/8
4297/8 4307/3 4313/16
4319/21 4349/2 4349/2
4349/3
**thinking [2]** 4313/5
4331/11
**third [9]** 4267/12
4275/11 4315/1 4329/2
4333/1 4335/10
4338/11 4340/21
4342/25
**this [98]**
**This is [1]** 4260/7
**those [43]** 4264/1
4268/14 4268/15
4268/24 4270/1 4271/3
4273/16 4274/1
4275/21 4276/1
4276/23 4277/2 4277/3
4277/22 4277/24
4278/4 4279/6 4280/5
4280/9 4280/10
4281/16 4281/21
4283/18 4290/19
4290/20 4293/15
4295/12 4295/14
4297/16 4297/22
4308/14 4310/4
4313/25 4315/24
4320/7 4320/15
4320/17 4322/1
4324/10 4326/3
4344/20 4345/1
4349/12
**thought [8]** 4269/2
4273/7 4273/19 4279/8
4290/6 4291/24
4292/18 4331/9
**thoughtful [1]** 4299/4
**thread [1]** 4290/21
**threat [1]** 4336/22
**threatens [2]** 4327/2
4327/3
**three [11]** 4277/18
4280/11 4314/15
4316/1 4336/12
4337/16 4337/18
4341/11 4341/17
4341/21 4342/12
**through [22]** 4262/3
4263/9 4264/5 4268/10
4274/18 4276/15
4276/24 4277/2
4277/10 4278/19
4284/7 4286/2 4295/23
4312/8 4312/14
4322/22 4325/4
4327/12 4329/17
4330/8 4336/14
4343/12
**throughout [3]** 4289/7
4298/3 4298/5
**Thursday [2]** 4294/15
4349/13
**time [26]** 4272/10
4272/10 4290/5 4290/7

4296/7 4301/7 4309/17
4309/17 4312/3 4312/7
4312/13 4312/18
4312/20 4312/20
4320/13 4322/19
4329/9 4335/11 4339/2
4343/9 4347/10
4347/21 4348/9
4348/11
**times [2]** 4262/7
4277/18
**title [5]** 4273/7 4273/7
4273/8 4326/6 4326/12
**titled [1]** 4350/4
**today [5]** 4262/3
4263/10 4295/8 4295/9
4347/7
**today's [1]** 4262/1
**Todd [5]** 4275/7
4275/12 4280/12
4283/15 4285/18
**Todd Kandaris [3]**
4280/12 4283/15
4285/18
**together [6]** 4276/9
4276/10 4312/3 4316/3
4316/23 4321/15
**told [6]** 4262/12 4266/6
4292/17 4296/12
4297/19 4300/8
**tomorrow [12]** 4295/8
4295/13 4295/15
4295/15 4347/9 4347/9
4347/17 4347/22
4348/1 4348/8 4348/17
4349/16
**took [8]** 4273/16
4273/21 4294/11
4319/5 4331/2 4331/18
4339/23 4344/11
**topic [3]** 4262/7
4275/23 4277/5
**total [1]** 4261/7
**touched [1]** 4287/15
**toward [4]** 4303/8
4331/3 4339/24
4344/12
**training [1]** 4306/19
**transaction [1]**
4303/13
**transactions [1]**
4265/20
**transcript [7]** 4258/9
4308/5 4308/9 4308/10
4308/12 4308/14
4350/3
**transfer [3]** 4314/12
4314/18 4326/3
**travel [1]** 4276/9
**traveled [2]** 4275/12
4276/10
**traveling [1]** 4282/17
**trial [26]** 4258/9
4264/25 4265/1
4269/10 4270/4 4270/9
4289/1 4296/14
4296/24 4297/16

4300/4 4300/8 4302/5
4304/4 4305/23 4307/6
4307/17 4308/19
4310/2 4311/20 4312/1
4312/3 4313/15
**Troy [2]** 4258/15
4260/12
**true [5]** 4282/4 4298/18
4303/24 4307/13
4307/22
**truth [5]** 4269/9
4298/18 4303/5 4304/7
4305/7
**truthful [1]** 4303/2
**truthfully [1]** 4304/19
**try [4]** 4281/5 4314/18
4317/10 4348/9
**turn [2]** 4305/2 4314/1
**two [44]** 4261/2
4261/23 4263/21
4264/1 4264/10 4269/7
4269/23 4270/1
4270/15 4271/24
4274/20 4275/3
4275/21 4275/24
4276/19 4278/20
4280/10 4281/21
4282/15 4300/21
4303/12 4304/17
4316/2 4316/10
4316/17 4316/21
4317/8 4322/24 4323/9
4324/1 4324/5 4324/7
4324/10 4324/24
4327/17 4330/22
4336/20 4337/22
4339/19 4341/19
4344/7 4344/20 4345/1
4348/18
**two elements [1]**
4323/9
**two separate [1]**
4324/5
**two witnesses [1]**
4304/17
**type [3]** 4282/24
4283/13 4317/9
**types [2]** 4300/21
4305/12

**U**

**U.S [3]** 4258/16
4314/13 4326/13
**U.S. [3]** 4315/10
4343/15 4345/25
**U.S. Capitol [3]**
4315/10 4343/15
4345/25
**Uber [1]** 4281/18
**Ulrich [2]** 4272/3
4304/17
**ultimately [3]** 4272/17
4309/24 4317/25
**unanimity [2]** 4337/6
4348/23
**unanimous [3]**
4324/15 4324/21

uncharged **[2]** 4337/12
4337/16
**uncommon [1]**
4303/15
**undeniable [1]**
4331/18
**under [13]** 4266/11
4266/11 4267/21
4268/14 4268/14
4269/4 4269/14
4271/23 4305/6 4305/9
4307/15 4321/23
4328/18
**understand [8]**
4260/22 4263/7 4266/4
4280/24 4285/3 4290/1
4290/6 4293/15
**understanding [12]**
4263/20 4264/20
4300/19 4306/17
4316/12 4316/22
4317/2 4317/10
4317/15 4317/22
4322/3 4329/23
**understood [2]** 4268/6
4276/6
**undertaking [1]** 4322/6
**undisputed [1]**
4300/10
**unfortunately [1]**
4278/3
**unimportant [1]**
4303/18
**UNITED [49]** 4258/1
4258/3 4258/10 4260/7
4266/20 4266/21
4267/11 4267/25
4310/19 4314/3
4314/20 4314/21
4322/25 4323/1 4323/4
4323/5 4323/7 4323/12
4323/14 4324/2 4324/4
4324/18 4324/20
4325/1 4325/2 4325/4
4325/7 4325/9 4325/15
4325/19 4325/21
4325/24 4325/25
4326/4 4326/6 4337/21
4337/24 4338/5
4338/12 4338/24
4339/12 4339/17
4339/22 4339/25
4340/8 4340/17 4341/9
4341/16 4346/20
**United States [36]**
4266/21 4267/11
4311/8 4314/20
4314/21 4323/1 4323/4
4323/5 4323/7 4323/12
4323/14 4324/2 4324/4
4324/18 4324/20
4325/1 4325/2 4325/4
4325/7 4325/9 4325/19
4325/21 4325/25
4337/21 4337/24
4338/5 4338/12
4338/24 4339/12

4339/17
4339/25 4340/17
4341/9 4341/16
4346/20
**unity [1]** 4345/17
**unlawful [24]** 4311/10
4311/18 4316/3
4316/13 4317/4
4317/11 4318/14
4318/15 4318/21
4318/25 4319/18
4321/10 4321/12
4321/18 4322/1 4322/3
4322/7 4323/16
4327/23 4329/20
4330/8 4338/18
4338/19 4343/19
**unlawfully [2]** 4318/22
4320/6
**unless [2]** 4298/3
4308/3
**unpublished [2]**
4266/20 4267/2
**unreasonableness [1]**
4303/22
**until [5]** 4273/25
4280/21 4298/3
4322/10 4322/13
**up [26]** 4261/24 4271/9
4271/16 4272/17
4274/6 4274/20
4274/23 4277/2 4277/5
4278/18 4278/23
4280/15 4280/23
4281/7 4281/19
4284/17 4284/17
4286/4 4286/21
4287/20 4289/14
4291/1 4296/8 4301/10
4309/24 4313/14
**updated [3]** 4273/13
4273/14 4293/19
**updates [1]** 4274/1
**upon [7]** 4263/8 4267/4
4269/20 4271/19
4274/7 4283/13
4298/23
**us [4]** 4262/19 4262/20
4294/13 4296/6
**usdoj.gov [2]** 4258/18
4258/19
**use [13]** 4267/16
4278/13 4278/15
4295/11 4297/18
4297/25 4306/2
4311/12 4314/20
4325/4 4329/9 4329/20
4343/2
**used [14]** 4266/5
4268/9 4270/19
4282/21 4284/3
4326/23 4327/5 4327/8
4327/10 4329/11
4343/11 4346/5
4346/10 4346/17
**usual [1]** 4347/23

## V

**Vallejo's [3]** 4282/17
4283/23 4294/15
**value [5]** 4338/25
4339/1 4339/1 4339/4
4339/7
**variety [1]** 4310/8
**Velasquez [1]** 4267/11
**venture [3]** 4317/21
4322/13 4334/5
**verdict [7]** 4297/10
4299/15 4299/17
4299/19 4301/20
4324/13 4348/22
**version [4]** 4265/8
4271/11 4271/12
4271/16
**versus [1]** 4260/8
**very [4]** 4261/8 4269/2
4347/25 4349/6
**Vice [1]** 4326/8
**Vice President [1]**
4326/8
**video [1]** 4310/8
**view [1]** 4264/19
**viewed [1]** 4291/3
**vile [1]** 4310/21
**violate [3]** 4318/19
4325/15 4326/20
**violated [2]** 4314/14
4338/21
**violation [2]** 4328/9
4336/16
**violence [2]** 4327/2
4330/7
**voluminous [2]** 4266/2
4308/17
**voluntarily [1]** 4319/6
**vote [4]** 4326/12
4326/16 4329/14
4345/22
**votes [3]** 4315/1
4315/7 4326/18
**vs [5]** 4258/5 4266/21
4267/11 4267/25
4288/24

## W

**waiting [1]** 4293/18
**want [15]** 4262/2
4262/3 4263/2 4263/7
4276/6 4276/12
4290/11 4292/14
4292/22 4293/16
4293/21 4296/10
4321/1 4321/17 4349/8
**wanted [2]** 4297/17
4348/25
**was [144]**
**Washington [3]** 4258/5
4258/17 4259/21
**watching [1]** 4319/14
**way [12]** 4262/18
4271/20 4271/21
4272/1 4279/25 4296/2
4313/4 4317/8 4333/16
4334/16 4345/4 4346/3
**ways [11]** 4336/3

4341/11 4341/13
4341/17 4341/19
4344/20 4344/22
4345/1
**we [70]** 4260/21
4261/3 4262/1 4262/3
4262/11 4262/20
4262/21 4263/12
4263/16 4269/7 4269/9
4269/14 4270/12
4270/23 4271/8
4273/12 4273/16
4273/20 4273/22
4274/3 4274/9 4274/17
4274/20 4274/21
4275/3 4275/24 4280/3
4280/16 4281/14
4281/24 4283/11
4285/6 4285/12
4285/16 4285/19
4285/23 4290/7
4292/15 4292/16
4292/18 4293/6
4293/15 4293/19
4294/10 4294/12
4294/14 4295/6
4295/13 4296/4 4296/5
4296/9 4299/12 4347/8
4347/9 4347/9 4347/10
4347/11 4347/12
4347/13 4347/16
4347/18 4347/20
4347/21 4347/22
4348/8 4348/14
4348/16 4348/17
4348/20 4349/6
**We look [1]** 4347/22
**We thank you [1]**
4347/21
**we will [11]** 4274/3
4295/13 4347/9 4347/9
4347/10 4347/12
4347/13 4347/16
4347/18 4347/20
4348/8
**We'd [1]** 4274/13
**we'll [14]** 4261/1
4264/5 4264/6 4264/7
4264/9 4273/9 4273/10
4274/1 4274/2 4291/12
4292/13 4293/3 4348/1
4349/15
**we're [3]** 4261/17
4286/11 4293/18
**we've [5]** 4262/7
4262/19 4273/6 4283/2
4295/11
**weapons [1]** 4283/14
4283/17 4283/18
4284/1 4284/7 4284/10
4284/19
**week [4]** 4281/3
4281/24 4285/6 4291/6
**weekend [1]** 4294/13
**weigh [1]** 4302/16
**weighing [1]** 4303/16
**weight [14]** 4272/19

4300/15 4301/16
4301/18 4304/4
4304/14 4305/17
4306/4 4307/3 4308/19
4310/1 4319/21
**WEINBERG [4]**
4259/11 4259/14
4259/15 4260/15
**welcome [2]** 4260/20
4294/8
**well [19]** 4261/1
4261/16 4262/1
4263/18 4266/18
4268/13 4268/25
4269/20 4271/2 4276/5
4279/24 4284/2
4286/16 4294/25
4335/22 4340/4 4341/6
4343/6 4344/16
**went [4]** 4268/14
4268/14 4280/21
4301/9
**were [42]** 4265/19
4265/20 4266/3
4268/21 4268/22
4269/25 4270/18
4271/4 4277/3 4277/6
4277/6 4277/25
4278/11 4278/13
4279/3 4279/7 4279/25
4280/1 4281/24 4285/6
4285/19 4285/23
4294/9 4294/14
4299/12 4299/13
4300/6 4300/8 4308/13
4308/17 4309/8 4310/3
4310/3 4310/5 4310/7
4310/13 4312/22
4312/22 4317/6 4319/4
4320/17 4348/5
**weren't [2]** 4264/17
4265/1
**what [83]** 4261/17
4261/22 4262/3 4262/7
4262/14 4262/15
4263/5 4263/6 4263/8
4263/11 4264/2
4264/23 4265/22
4266/15 4269/1
4269/13 4270/14
4271/8 4272/6 4272/14
4273/14 4274/14
4274/25 4275/19
4276/4 4276/11
4276/13 4276/15
4277/21 4278/15
4279/19 4279/23
4279/24 4280/24
4281/23 4283/5
4283/11 4283/19
4283/21 4283/22
4283/24 4283/24
4284/5 4284/5 4285/8
4286/8 4286/14
4286/22 4287/5
4288/6 4288/6
4288/21 4290/9 4292/6

4295/5 4295/8 4295/9
4296/12 4296/21
4296/23 4296/24
4300/22 4301/5
4301/10 4302/7
4307/12 4307/21
4308/13 4309/21
4310/14 4313/5
4313/14 4317/5 4317/7
4319/4 4320/23 4321/9
4329/15 4329/19
4329/24 4347/8
**what's [5]** 4262/19
4281/9 4284/12
4294/10 4295/17
**whatsoever [1]**
4345/24
**when [22]** 4264/16
4264/24 4267/3 4267/7
4281/24 4285/6 4285/6
4285/9 4285/12
4285/19 4285/24
4299/12 4300/12
4300/23 4301/23
4321/3 4328/3 4334/24
4339/2 4345/20 4346/7
4346/13
**where [9]** 4262/22
4265/19 4268/10
4292/11 4296/7 4310/6
4310/12 4336/25
4339/2
**whether [52]** 4264/13
4269/8 4272/17
4277/21 4277/24
4280/3 4285/17
4287/14 4299/13
4301/17 4302/15
4302/20 4303/1 4303/2
4303/4 4303/5 4303/7
4303/17 4303/18
4303/23 4303/24
4304/4 4305/10
4305/12 4307/7 4307/8
4309/24 4311/25
4312/1 4312/4 4313/17
4317/13 4317/23
4319/17 4325/6 4325/8
4325/9 4325/17
4325/19 4325/23
4328/3 4328/15
4328/16 4328/17
4329/18 4333/24
4336/10 4338/25
4341/18 4345/3
**which [58]** 4267/15
4269/1 4269/5 4269/20
4269/25 4270/16
4270/19 4272/10
4275/6 4277/6 4279/1
4280/11 4280/18
4280/22 4281/23
4284/3 4284/13 4287/8
4287/24 4288/5 4289/2
4290/6 4290/22
4291/24 4292/1

4298/22 4299/23
4300/21 4301/1
4302/11 4302/20
4303/6 4304/18
4304/23 4308/7
4309/17 4312/2 4312/3
4313/9 4314/5 4314/17
4314/23 4317/6
4317/19 4324/14
4326/16 4327/25
4328/2 4328/8 4331/4
4333/14 4336/16
4337/8 4339/25 4342/1
4344/13
**whichever [1]** 4339/6
**while [13]** 4281/2
4283/22 4289/11
4296/23 4301/11
4313/20 4319/14
4320/19 4320/22
4325/21 4330/10
4338/18 4343/16
**who [22]** 4261/20
4266/4 4269/19
4270/16 4270/16
4270/25 4271/3 4272/4
4283/12 4297/17
4297/23 4302/2
4302/17 4305/5
4305/10 4305/15
4306/15 4306/19
4317/23 4330/5 4332/4
4332/8
**whoever [1]** 4266/6
**whole [1]** 4296/20
**whom [1]** 4332/6
**why [8]** 4265/5
4286/23 4287/3 4287/5
4287/6 4292/21 4296/4
4310/9
**wife [3]** 4275/10
4275/11 4290/22
**will [57]** 4260/22
4261/7 4261/8 4261/22
4261/24 4262/6 4263/8
4265/7 4272/11 4273/6
4274/3 4274/6 4274/7
4274/15 4275/4
4280/18 4284/16
4284/21 4292/12
4292/12 4293/11
4293/13 4293/16
4293/22 4295/8
4295/11 4295/13
4295/13 4295/14
4295/21 4295/24
4296/12 4309/18
4312/2 4315/23
4315/24 4316/17
4320/14 4320/15
4323/19 4325/5
4328/14 4337/25
4338/1 4342/14
4342/16 4347/9 4347/9
4347/10 4347/12
4347/13 4347/14
4347/16 4347/18

# W

**will... [3]** 4347/20
4348/8 4348/9
**willfully [3]** 4337/3
4338/10 4338/16
**William [5]** 4259/2
4259/3 4260/13 4350/2
4350/8
**William Shipley [1]**
4260/13
**willing [1]** 4322/7
**window [3]** 4301/4
4301/8 4312/20
**wish [2]** 4264/14
4297/19
**wished [2]** 4295/4
4334/18
**within [4]** 4290/8
4291/7 4320/17
4322/19
**without [6]** 4297/2
4310/8 4321/8 4321/13
4321/19 4321/20
**witness [43]** 4261/4
4262/2 4262/4 4262/20
4262/22 4262/25
4263/9 4263/20 4264/3
4264/6 4270/25 4274/3
4292/1 4300/23 4302/8
4302/20 4302/21
4302/23 4302/25
4302/25 4303/1 4303/2
4303/3 4303/4 4303/5
4303/7 4303/11
4303/23 4303/24
4304/2 4304/6 4304/7
4304/8 4304/13
4305/22 4306/3 4306/5
4306/18 4307/7
4307/11 4307/12
4309/15 4330/1
**witness' [1]** 4300/25
**witness's [4]** 4262/21
4303/1 4306/21 4307/9
**witnesses [27]**
4261/23 4266/3
4269/12 4270/13
4277/9 4289/8 4294/16
4297/1 4299/21
4299/24 4299/25
4300/1 4300/5 4302/17
4302/19 4303/11
4304/10 4304/17
4305/3 4305/5 4305/7
4305/10 4305/12
4305/13 4305/15
4305/19 4307/4
**witnessing [1]** 4303/13
**wizard [1]** 4274/22
**woke [1]** 4301/10
**won't [2]** 4288/3
4348/10
**word [1]** 4287/17
**words [9]** 4268/8
4268/13 4302/19
4308/13 4308/14
4318/3 4319/4 4321/8
4334/2

**works [1]** 4348/22
**worth [5]** 4277/13
4281/15 4281/19
4288/6 4288/10
**would [33]** 4261/6
4261/22 4265/10
4269/15 4270/3
4274/23 4275/21
4275/23 4275/24
4276/2 4276/2 4280/4
4280/7 4280/15
4287/23 4292/3 4293/7
4293/23 4295/3
4295/21 4299/3
4299/14 4301/6
4301/10 4302/8
4304/23 4306/10
4308/18 4317/6
4326/23 4327/10
4329/4 4337/13
**write [1]** 4296/1
**written [2]** 4288/22
4317/1
**wrong [1]** 4329/24
**wrongdoing [2]**
4329/22 4329/23
**wrote [1]** 4267/16

# Y

**Yeah [2]** 4294/2 4294/3
**yes [18]** 4260/24
4261/6 4261/13
4261/13 4262/17
4264/15 4272/22
4273/1 4273/4 4274/11
4274/16 4275/16
4276/18 4280/2 4281/1
4282/7 4282/19
4287/19
**you [305]**
**you'll [2]** 4294/14
4295/1
**you're [8]** 4263/5
4269/3 4280/24
4281/11 4284/9
4286/22 4292/11
4341/12
**you've [4]** 4264/13
4283/3 4307/14
4310/17
**your [90]** 4260/6
4260/21 4260/24
4261/6 4262/10
4262/14 4262/17
4263/20 4271/17
4271/19 4271/19
4272/15 4273/1 4273/4
4273/25 4274/4 4274/9
4274/11 4274/16
4274/19 4275/3 4275/4
4275/16 4276/1 4276/6
4276/10 4276/18
4276/24 4278/10
4278/18 4278/23
4279/16 4279/21
4280/1 4280/2 4280/17
4281/1 4282/7 4282/19

4283/8 4284/8 4284/11
4284/20 4284/21
4285/6 4287/19 4290/1
4292/14 4292/22
4293/14 4294/12
4294/17 4294/23
4295/11 4295/25
4296/18 4296/21
4297/11 4297/13
4297/14 4297/15
4297/17 4297/18
4297/20 4297/21
4297/22 4298/10
4299/14 4299/17
4300/3 4300/15
4300/16 4302/11
4302/13 4304/8
4304/14 4305/17
4308/5 4309/22 4310/5
4324/12 4339/7
4347/21 4347/21
4348/1 4348/13
4348/18
**Your Honor [34]**
4260/6 4260/24 4261/6
4262/10 4262/17
4271/17 4271/19
4273/1 4273/4 4274/4
4274/16 4274/19
4275/3 4275/16 4276/1
4276/10 4276/18
4279/16 4280/2
4280/17 4281/1 4282/7
4282/19 4283/8 4284/8
4284/11 4284/20
4285/6 4290/1 4294/17
4294/23 4348/18
**Your Honor's [1]**
4276/24

# Z

**Zaremba [2]** 4350/2
4350/8