```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 22-15-8
                                   )    Washington, D.C.
          vs.                      )    June 2, 2023
                                   )    9:02 a.m.
DAVID MOERSCHEL,                   )
                                   )
          Defendant.               )
_____)


              TRANSCRIPT OF SENTENCING PROCEEDINGS
              BEFORE THE HONORABLE AMIT P. MEHTA
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             Jeffrey S. Nestler
                             Alexandra Hughes
                             Troy Edwards
                             Louis Manzo
                             U.S. ATTORNEY'S OFFICE
                             601 D Street, NW
                             Washington, D.C. 20579
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
                             Email:
                             jeffrey.nestler@usdoj.gov

APPEARANCES CONTINUED:

For the Defendant:          Connor Robert Martin
                            BROWN, SUAREZ, RIOS & WEINBERG
                            1532 Jackson Street
                            Fort Myers, FL 33901
                            (239) 337-9755
                            Email: connor@bsrlegal.com

                            Scott Weinberg
                            BROWN, SUAREZ, RIOS & WEINBERG
                            265 E Marion Avenue
                            Suite 114
                            Punta Gorda, FL 33950
                            (941) 575-8000
                            Email: scott@bsrlegal.com

Probation Officer:          Sherry Baker

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

3

<pre>
                       P R O C E E D I N G S
</pre>

1                       P R O C E E D I N G S

2              COURTROOM DEPUTY:  Good morning, Your Honor.

3              This is Criminal Case No. 22-15-8,

4    United States of America versus David Moerschel.

5              Kathryn Rakoczy, Jeffrey Nestler,

6    Alexandra Hughes, Troy Edwards, and Louis Manzo for the

7    government.

8              Scott Weinberg and Connor Martin for the defense.

9              Sherry Baker on behalf of the Probation Office.

10             The defendant is appearing in person for these

11   proceedings.

12             THE COURT:  Okay.  Good morning, everyone.

13             All right.  So we're here for sentencing this

14   morning.  Is everybody ready to proceed?

15             MR. EDWARDS:  Yes, Your Honor.

16             MR. WEINBERG:  The defense is ready, Judge.

17             THE COURT:  All right.  Terrific.

18             So just for the defense's benefit of how we'll

19   proceed this morning, so I'll just go through what I've

20   received and reviewed.

21             I'll then just ask you to confirm that

22   Mr. Moerschel has received and reviewed the PSR; just

23   quickly discuss the factual disputes, although I think in

24   this case they've largely been resolved; and then hear

25   argument about scope of activity and then any

 1    applications -- as well as any applications of the

 2    Guidelines.

 3          And then I'll make findings and then do the

 4    Guidelines calculation.

 5          And then we'll hear the allocutions from each

 6    side.

 7          I'll hear from Mr. Moerschel, and then we'll

 8    render sentence at that point, okay?

 9          All right.  So let me just go through what I've

10    received for purposes of sentencing, and that's the PSR at

11    552, the Probation Office's recommendation at 553, the

12    government's memorandum in aid of sentencing at 565 and its

13    reply at 580, the defendant's objections to the PSR at 534,

14    the memorandum in aid of sentencing at 567, and then the

15    supplemental letters that were submitted at 603.

16          Is there anything else I should have mentioned?

17          MR. WEINBERG:  Not for the defense, Judge.

18          MR. EDWARDS:  Not for the government.

19          THE COURT:  Okay.  Great.

20          So can I just ask the defense to confirm that

21    Mr. Moerschel has received and reviewed the PSR?

22          MR. WEINBERG:  Yes, he has, Judge.

23          THE COURT:  Okay.  Terrific.

24          All right.  So the only objection to the

25    Presentence Investigation Report, at least with respect to

1    its factual recitation, was that the PSR had originally

2    reflected that Mr. Moerschel was convicted of -- I can't

3    remember which count it was, but it was the 1512(c)(1)

4    count.  That was obviously a mistake and has been corrected

5    by the Presentence Report writer.

6            And so is there anyone else other than that,

7    Mr. Weinberg?

8            MR. WEINBERG:  No, Your Honor.

9            THE COURT:  Okay.  All right.

10           So let's then hear from the parties regarding

11   scope of conduct and any Guidelines applications.

12           Mr. Edwards.

13           MR. EDWARDS:  Yes, Your Honor.  Thank you.

14           As we have argued in all of the other defendants

15   in these sentencings, the government's position is that the

16   relevant conduct for -- applicable to Mr. Moerschel is broad

17   enough and coterminous with the scope of the conspiracy to

18   include the conduct of his co-conspirators.

19           I'm happy to just dive through a couple facts and

20   chronology unless the Court has questions right off the bat.

21           THE COURT:  No.

22           MR. EDWARDS:  Okay.

23           So in December, Mr. Moerschel joins the

24   "OK FL Hangout" group chat.  I highlight that point just to

25   note that from that date on, there are a number of messages

1  from notably Mr. Meggs and Mr. Rhodes and Mr. Moerschel

2  himself that shows that it was reasonably foreseeable that

3  the Oath Keepers would conduct themselves the way they did

4  on January 6th at the Capitol.

5           Those include just a couple examples for the

6  record:

7           December 22nd when Mr. Meggs messaged the

8  "OK FL Hangout" group chat:  "Go one, you're a criminal.  Go

9  dozens, you're a sal.  Go hundreds, you're a movement.  And

10 go thousands, you're patriots."

11          And the Court received, through two trials, a

12 number of examples of why that message, among others, made

13 it reasonably foreseeable that the Oath Keepers would do

14 what they did.

15          Mr. Dolan testified that hearing that kind of

16 message prepared him to "take up arms to fight against the

17 government."

18          Mr. Young testified that he knew that he could not

19 go up against "the corrupt government alone."  And he called

20 what Kelly Meggs later did common sense based on these

21 messages.

22          And then Mr. Berry testified to something similar.

23 "The more our numbers were, the better our chances of

24 succeeding in opposing the government."

25          Mr. Meggs, as Your Honor is well-aware, posted a

1  number of other messages in late December, including:  "It

2  is easy to chat here.  The real question is:  Who is willing

3  to die?"

4        And I don't need to go through the others.  But

5  there are a number of messages, including from Mr. Rhodes,

6  that are of the same sentiment.

7        Mr. Moerschel himself -- I'm happy to go through

8  some of these in my allocution.  But for the purposes of

9  showing that directly to Mr. Moerschel, he understood what

10  the Oath Keepers would be doing, he at least mentioned in

11  the "OK FL Hangout" that it was:  "Maybe our role on

12  January 6th as patriots will be more kinetic and less just

13  for show of force."  And that was Government's Exhibit 9514.

14        And so Mr. Moerschel, later on January 6th -- or

15  building up to January 6th brings a rifle and a Glock

16  semi-automatic handgun, travels with Mr. Bittner, who

17  ultimately is the QRF lead for Florida, and stays back with

18  those firearms.

19        And that fact is relevant because it is arguably

20  reasonably foreseeable that personal harm, what happened to

21  others -- this is getting into the 2J1.2(b)(1)(B)

22  specific-offense characteristic -- that there would be harm

23  to people if he is bringing a rifle and a handgun and

24  connecting it, in his mind, as he messaged to the purpose of

25  opposing the government or helping Trump.

1          THE COURT:  Remind me, did he -- I mean, there was

2    essentially a caravan from Florida.  They all met -- or some

3    of them met, Jeremy Brown, they all -- I think all of them

4    eventually ended up near Ranger Doug's farm, I think it was?

5          MR. EDWARDS:  Near, though, Mr. Moerschel in

6    particular was outside of that area.  I don't believe he

7    stayed at the training ground.  There was a hotel.

8          THE COURT:  Okay.

9          MR. EDWARDS:  And I'm forgetting.  It starts with

10   the word "White," but it's some town in North Carolina.

11         MR. WEINBERG:  Lumberton.  It was about 35 miles

12   away from --

13         MR. EDWARDS:  Right.

14         THE COURT:  So he was only traveling with

15   Mr. Stamey -- I'm sorry.

16         MR. EDWARDS:  Mr. Bittner.

17         THE COURT:  Mr. Bittner?  Just the two of them.

18         MR. EDWARDS:  To my memory, it was the two of

19   them, unless there was a third one I don't remember.

20         MR. WEINBERG:  Rob Lemar and Kenneth Bittner, who

21   traveled independently of the other group.

22         THE COURT:  Got you.  Okay.

23         MR. EDWARDS:  So I don't believe that they stay

24   then at the training ground.

25              But they do bring their own -- or at least

1    Mr. Moerschel brings his own rifle and his handgun.  And he

2    then goes to the QRF hotel where he does not stay and drops

3    off those firearms with Mr. Bittner where he does stay,

4    along with his other co-conspirators who drop off firearms

5    at the hotel.

6            So this is kind of mixing a little bit of two

7    arguments here.  It's reasonably foreseeable what his

8    co-conspirators did.  It's in furtherance and it's in scope

9    of the conspirators.  But to bleed a little bit into the

10   specific offense characteristics, by bringing those

11   firearms, it is reasonably foreseeable if, in his mind, he

12   may use them for the purposes of criminal objective that it

13   may lead to personal harm.

14           He has messages, including what I've already read,

15   about focusing on going kinetic.

16           And he messages earlier before January 6th that

17   maybe them, as patriots, should bring rifles or bring

18   firearms with him.

19           He puts in parentheses "legally," but that is not

20   some talismanic device that absolves him of any

21   responsibility from one of these specific offense

22   characteristics should he also have the criminal intent to

23   use them.

24           And he later on January 6th is with Mr. Meggs

25   throughout the entire day.  That becomes extremely relevant

1    to focusing on it being reasonably foreseeable that it would

2    cause -- he and his co-conspirators would cause harm to

3    others or property damage when he was with Mr. Meggs, as

4    other witnesses have testified, looking for a phone call,

5    looking to get ahold of Mr. Rhodes and eventually stopping

6    in a huddle and saying, "We're going in to stop the vote

7    count," according to Mr. Berry.

8            That's when Mr. Moerschel goes with Mr. Meggs and

9    his co-conspirators into the Capitol.  They go to the small

10   House Rotunda.  They have the interaction, the aggressive

11   interaction with Officer Dunn, as he testified, and then he

12   leaves.

13           So I'm happy to go into more detail.  But I'd

14   argue, Your Honor, that that at least satisfies that his

15   relevant conduct covers his co-conspirators conduct and it

16   covers 2J1.2(b)(1)(B) and 2J1.2(b)(2) and 2J1.2(b)(3)(C),

17   the extensive scope and preparation.

18           Does Your Honor have any questions about those?

19           THE COURT:  No.

20           MR. EDWARDS:  Okay.

21           So moving, Your Honor, to the obstruction of

22   justice, 3C1.1 enhancement for specific offense

23   characteristic.

24           Your Honor, I read the case law the Court cited

25   yesterday in *Henry* and *Reeves*, and I'd like to just note a

few points of respectful disagreement just in how this
specific-intent element works.

I understand Your Honor's read.  And it makes
sense that the D.C. Circuit has said that, overall, a
specific intent is necessary here for the defendant -- for
the Court to find that the defendant did this conduct to
obstruct.

The Court in *Henry* made it clear, though, that if
the -- there are different ways to get to that specific
intent; that the government doesn't have to show in all
cases a subjective specific intent; that there is conduct
that is sometimes so obviously obstructive that it can
amount to specific intent.

THE COURT:  Right.

MR. EDWARDS:  In fact, that's the default.  The
D.C. Circuit was very careful to say that it didn't want to
change the default here.

The Court in *Reeves* said -- and I apologize.  Let
me grab it.  There's a quote I'd like to point out -- or
in *Henry*.

And it talked at length a little bit about being
sure not to disrupt the precedent here about making the
threshold -- and, frankly, my read of *Henry* is that the
D.C. Circuit didn't want to raise the threshold higher than
it needed to for the government to prove this specific

1    intent.

2          So it says, "Our precedent is clear that where a

3    defendant offers evidence that he acted without any

4    subjective motivation to obstruct justice, a court must

5    evaluate that evidence and can apply the enhancement only

6    upon finding the defendant acted with the purpose of

7    obstructing."

8          That seems to be what I think the Court was

9    focusing on yesterday.  But I'd point out that the Court

10   kind of arranged this framework for the defendant to have to

11   show some alternative means in light of objective evidence

12   from the government that is obviously obstructive in nature.

13         Now, the fact pattern in *Henry* is interesting.  It

14   is an individual who disguised himself in an anonymous phone

15   call to the agent.  I'm sure the Court is well aware of the

16   fact pattern.  That is understandable.

17         If the government couldn't show there that it was

18   obviously obstructive of the investigation and it, according

19   to the D.C. Circuit, couldn't, because this individual was

20   anonymous, so the agent wouldn't know who was harassing him.

21   So there wasn't this link.  It wasn't as obvious.  And so

22   the Court said that the government didn't show enough there

23   and could have -- because it wasn't as obvious.

24         This is a little different.  And I respectfully

25   understand the Court's position on Mr. Minuta's -- been

 1    focusing on Mr. Moerschel at least, this conduct is

 2    different.  This is obviously an inherently obstructive, not

 3    just harassing, which is the dichotomy the *Henry* court

 4    set up.

 5         In writing an absence of reasons why Mr. Moerschel

 6    would have -- well, let me back up.  Let me talk about what

 7    he did.

 8         He deleted all of his text messages in a very

 9    specific time range.

10         THE COURT:  If I could just interrupt you for a

11    second.

12         I don't think we actually have a disagreement in

13    terms of the case law.  I maybe was not as precise as

14    I should have been yesterday.

15         I mean, I recognize that the Circuit has -- maybe

16    leave open slightly the issue of whose burden it is.  But

17    clearly, if there is evidence of non-obstructive conduct or

18    non-obstructive reason for the conduct, then the Court's

19    obligation is to make specific factual findings to support a

20    specific intent.

21         But if the defendant doesn't come forward or

22    doesn't -- there is no presentation of evidence or alternate

23    explanation, then I think the Court says the obvious one is

24    the one the Court can find without needing to make specific

25    facts, factual findings about specific intent.

1    For Mr. Minuta, it was slightly different in that

2 his phone was MIA completely, and then so the circumstances

3 of the phone being lost were unclear.

4    And then in terms of the deletion of the video,

5 given that the government's theory was that he was doing it

6 to protect James and that James asked him to do it and that

7 we don't know what James actually said, I think that's why I

8 ended up where I did.

9    And I recognize what Mr. Moerschel's -- how he is

10 differently situated in terms of the complete deletion of

11 the Signal app.  There's no messages at all from the

12 November 13th through the 16th.

13    MR. EDWARDS:  Right.

14    THE COURT:  And there may be more.

15    The one question I had is whether -- and I went

16 back and looked at Agent Cain's testimony and the CART

17 summary exhibit.  Unlike with Mr. Hackett, who we'll talk

18 about this afternoon, I don't know if there was a specific

19 date that we could pinpoint as to when the deletion may have

20 occurred with Mr. Moerschel.

21    MR. EDWARDS:  The -- oh, I see.  The deletion of

22 the -- this blocked time of messages?

23    THE COURT:  Right.

24    I mean, we were able to with Mr. Hackett at

25 least infer that the Signal app went away on or around

 1    January 20th because that was when the last update came

 2    through.

 3                MR. EDWARDS:  Right.

 4                THE COURT:  It's not clear to me we could make a

 5    similar determination with respect to Mr. Moerschel with

 6    respect to Signal and with respect to the text messages.

 7                I mean, I suppose the best inference or the most

 8    logical inference or a logical inference would be that he

 9    deleted at some time on or around January 7th since that's

10    when the last known message was.

11                And then in terms of the text messages -- you

12    know, reasonable to infer it was probably a little later,

13    certainly no earlier than September 16th -- I'm sorry,

14    January 16th.

15                MR. EDWARDS:  That's what I was going to say.

16    I think we can.  I think we can be a little firmer on the

17    fact that it's a specific date range.  It's not just the

18    month.

19                And I know this is obvious and probably doesn't

20    need repeating, but it is the exact date range charged in

21    Count 1, November 2020 to January 2021 --

22                THE COURT:  Right.

23                MR. EDWARDS:  -- which I think is relevant for the

24    government's position if it's obviously inherently under

25    *Henry* obstructive.

1          But to answer Your Honor's specific question, it's
2    November 13th, 2020, through January 16th, 2021.  So I think
3    we can safely at least say January 16th or 17th, because
4    then there was metadata in Government's Exhibit 9701 that
5    showed text messages after January 16th.
6          THE COURT:  Right.
7          MR. EDWARDS:  And so to answer Your Honor's, I
8    think, second question, in terms of deleting the Signal app
9    entirely --
10         THE COURT:  If I could interrupt you for a moment.
11         I mean, I don't recall that there was any
12    evidence -- well, let me put it differently.
13         I'm not sure why -- is it not theoretically
14    possible that the deletion happened as late as, say,
15    June 30th?  There was -- we didn't have any metadata, for
16    example, to show the exact date of the deletions.
17         MR. EDWARDS:  I see.  It's a fair point,
18    Your Honor.  I should say as early as January 16th, possibly
19    later.
20         Here's why that date doesn't matter.  It's not the
21    same thing as someone deleting the Signal app in March or
22    April of 2021 and leaving the Court to kind of speculate as
23    to what the intent of the deleter is.  It's not the same
24    thing.  It's not a widespread deletion.  It is a surgical
25    deletion of specific months of messages.

1          THE COURT:  Yeah.

2          MR. EDWARDS:  That reveals the inherent nature of

3     the obstructive intent.  It is the months of the charged

4     conspiracy.

5          And, frankly, sure, he may not have known at that

6     time the dates of the charged conspiracy.  He certainly had

7     knowledge of what he did in those months and what his folks

8     did around him.  And so that specific date range matters to

9     reflect, again, to quote *Henry*, this kind of obvious or

10    inherent nature of the obstruction.

11         And it's connected to just these particular

12    individuals.  It's different than this *Henry* individual who

13    was anonymous and the agent doesn't know who is harassing

14    him.  So he can't link it to what investigation.

15         It's different.  He's deleting messages that he

16    had with co-conspirators after the election and after what

17    they did on the 6th.

18         THE COURT:  And to be clear, with respect to the

19    text messages, he deleted all text messages, right?  In

20    other words, there were no text messages with anyone --

21         MR. EDWARDS:  Correct.

22         THE COURT:  -- from November 13th through

23    January 16th.

24         MR. EDWARDS:  That's correct.

25         THE COURT:  Right.

1            MR. EDWARDS:  Sorry.

2            What I was intending to say was his block of major

3    communications with these people is going to be in that date

4    range --

5            THE COURT:  Right.  No, no.  Got it.

6            MR. EDWARDS:  -- right?

7            It's not going to be afterward or before, because

8    he joined a little late.

9            If you'll recall, he joined in -- started

10   operating with these individuals more and more later in

11   December.  So it makes sense that he would pick that date

12   range for these people in particular, which I argue that to

13   say that that's a proxy for him focusing on this

14   investigation and what he -- his conduct with these folks.

15           So that's really the point I wanted to make here

16   for 3C1.1.  We think we've met kind of the lower burden here

17   even under *Henry* and *Reeves*.

18           And, Your Honor, even if the defense, after I am

19   done, gets up here and now proffers a reason for why he may

20   have deleted these messages, I'd point Your Honor to

21   *United States v. Taylor*, 997 F.2d 1551, D.C. Circuit, 1993.

22   This is where a defendant did offer a reason.  He fled the

23   courtroom, I think, during a trial or during at least some

24   sort of proceeding.  And he proffered later that he was

25   fearful and proffered a couple other reasons that were

1    related to fear, but not in any way connected to the

2    proceeding or his fear of punishment or wanting to stop the

3    proceeding from going forward.

4           This is an example of a case where the Court,

5    including the D.C. Circuit, says you can still analyze this

6    proffered reason and dig underneath it.  It doesn't have to

7    just be the defense proffered and, therefore, this specific

8    intent showing is not enough by the government.

9           The court can kind of dig underneath, like it did

10   in *Taylor*, and say, "Well, fear, what are you fearful of?

11   And is that really just another word for you wanted to stop

12   the proceeding from going forward?"

13          And I would suggest to Your Honor that, at least

14   my read of *Taylor* is that there has to be some evidence

15   given to the Court, not just some proffer that there was

16   some, you know, "I anticipate," you know, reason for why

17   Mr. Moerschel deleted these messages.

18          So if Your Honor has any other questions on 3C1.1,

19   I'm happy to address them or I can move forward.

20          THE COURT:  No.  You can move forward.  It's fine.

21          MR. EDWARDS:  So the last enhancement, as

22   Your Honor is aware, we did not seek an aggravating role

23   enhancement under 3B1.1 for Mr. Moerschel.  We do recognize

24   that there is a hierarchical structure in this conspiracy,

25   and we hope Your Honor was able to see that we stressed to

1    compartmentalize and figure out each individual's role in

2    this conspiracy.

3          We don't in any way think that Mr. Moerschel is

4    not responsible for his conduct, but we have endeavored to

5    structure this in such a way where Mr. Rhodes and folks at

6    the top receive certain enhancements; Mr. Moerschel,

7    potentially near the bottom.

8          I'd highlight, though, in Your Honor's

9    consideration of these enhancements and its sentence that

10   even the lesser kind of last person in the rock mine who

11   drives the truck on the last day not only was convicted but

12   received a significant sentence.

13         So I'd just note here that we moved past the

14   aggravating role.  We're not seeking that.  We do seek one

15   upward departure under Note 4.  We believe that -- we just

16   start with the fact that Mr. Moerschel's been convicted of

17   all three conspiracy charges.  He was part and parcel to

18   this conspiracy.

19         He, unlike Mr. Harrelson, the Court pointed out

20   certain lack of messages of existential threat or Civil War

21   or being prepared to do things for Mr. Harrelson.

22         Mr. Moerschel doesn't suffer from that problem.

23   He had a number of messages that unambiguously intended to

24   show his intent to influence or affect the conduct of the

25   government by intimidation.

1          I'll just name one of two.  He clearly on the way

2    to January 6th, in the lead-up, he messaged:  "If all

3    legislative options fail on January 6th, President Trump

4    will invoke the Insurrection Act probably the same day."

5          He starts providing this inkling of understanding

6    that they may have to act.  He does it through the lens of

7    President Trump possibly invoking the Insurrection Act.

8          But he later in December then notes the same quote

9    that I mentioned earlier, that he, as patriots in their

10   group, may have to go kinetic and not just be a show of

11   force against the government.  There was no question that he

12   was focused on the government as the government and getting

13   them to change their outcome in the election.

14         He then -- last message that I'd point out for now

15   is he told his co-conspirators that "Lawyers always think

16   the answer is legal" -- I'm sure the Court is well aware.

17   We've pointed this message out at length at trial -- "but

18   that warriors always think the answer is a gun battle."

19         And this was in the context of folks around

20   President Trump dissuading him from doing certain things to

21   move forward with the election, and Mr. Moerschel kind of

22   turning it around and considering, in our view, themselves

23   as the warriors that think the answer should be a gun

24   battle.  He then brought those guns to the D.C. area.

25         Unless Your Honor has further questions, I'm happy

```
 1   to arrest.

 2              THE COURT:  I don't.

 3              Thank you, Mr. Edwards.

 4              MR. EDWARDS:  Thank you.

 5              THE COURT:  Mr. Weinberg.

 6              MR. WEINBERG:  Good morning, Your Honor.

 7              THE COURT:  Good morning.

 8              MR. WEINBERG:  Judge, first, I'd like to talk

 9   about the obstruction, because that's fresh in my mind.

10              I mean, I know that the jury found him not guilty

11   of the obstruction, but there was evidence proffered during

12   the trial to explain the deletion of the messages.  If the

13   Court recalls, I believe it was Agent Cain's testimony,

14   Mr. Moerschel had numerous other gaps in his cell phone

15   history when it involved text messages.

16              I'd also point out that the government never

17   produced one message that Mr. Moerschel had sent to one of

18   the other co-conspirators that would have been on their

19   phone had he sent a text message.

20              Mr. Moerschel's -- did the Court follow that?

21              THE COURT:  I did.  I was going to ask you a

22   question.

23              MR. WEINBERG:  Go ahead.

24              THE COURT:  Can you remind me of what those

25   gaps were?  I don't have a recollection of what the
```

1  testimony was.

2         MR. WEINBERG:  And, Judge, and I believe I did put

3  this on the record during the trial.  He had no messages

4  from 8/24/2019 to 9/28/2019.

5         THE COURT:  I'm sorry.  8/24/19 to when?

6         MR. WEINBERG:  To 9/28/2019.

7         THE COURT:  Okay.

8         MR. WEINBERG:  And then there were gaps from

9  10/10/2019 to 5/22/2019.

10         And then there was another gap from 8/11/2020 to

11  9/23/2020.

12         And then the gap that the government is talking

13  about now, from November 14th, 2020, to January 14th, 2021.

14         THE COURT:  What was the second gap?

15         It was -- I thought you said 10/10/19?

16         MR. WEINBERG:  10/10/19, yes, Judge.

17         THE COURT:  To?

18         MR. WEINBERG:  To 5/22/19.

19         THE COURT:  Sorry.  Maybe I'm confused.

20         MR. WEINBERG:  That's okay.  It's a lot of dates.

21         THE COURT:  That's back in time.

22         10/10/19 to 5/22/19.  That's what I thought

23  you said.

24         MR. WEINBERG:  Oh, it's the other way around.

25  It's wrong on the paper that I was reading, Judge.

1              5/22/19 to 10/10/2019.

2              THE COURT:  Okay.

3              MR. WEINBERG:  So we got -- elicited that

4    testimony through, I believe it was FBI Agent Cain.

5              We also argued it in closing.  And that was also

6    submitted as evidence, those gaps in the messages.  So I

7    would argue that there is reasons why these text messages

8    were deleted and evidence was presented at the time.

9              It's also important to note that these messages

10   were deleted on November 14th, 2020.  And I don't

11   believe it's in dispute, but Mr. Moerschel's first

12   interaction with the group, besides when he signed up on

13   September 28th, was a December 19th message, is the first

14   time he signed on to the group.  So that would be our

15   argument for obstruction.

16             And when it comes to the Signal app, Your Honor,

17   and we made this argument in closing, he deleted the Signal

18   app not to hide evidence.  He was done with the group, and

19   that's why he deleted it.  And the jury agreed with that.

20             THE COURT:  I'm sorry.  Say that again.

21             MR. WEINBERG:  And the jury agreed with that.

22             THE COURT:  What's the first part you said?

23             MR. WEINBERG:  He deleted the Signal app because

24   he was done with the group.

25             THE COURT:  Right.  That's what you argued.  Yes.

1          MR. WEINBERG:  That's what we argued.  And the

2     jury agreed.

3          THE COURT:  Yes.  Okay.

4          MR. WEINBERG:  Oh, you're ready?

5          THE COURT:  Yes.

6          MR. WEINBERG:  Judge, the last thing I would point

7     out on that issue, I guess, is the message that Mr. Rhodes

8     sent to tell everybody to delete the message, Mr. Moerschel

9     wasn't on that thread, so he never got that message.

10          THE COURT:  Right.

11          MR. WEINBERG:  Next I'd like to talk about the

12     scope of conduct.  Was it reasonably foreseeable?  I'd like

13     to point out -- and I'm not trying to relitigate the case,

14     Judge, but based on David's messages that we submitted

15     during the trial -- and I'm referencing Defense Exhibit 3,

16     his understanding before he got to January 6th was that --

17     ask I'm quoting his text message -- "I'll do Congressman

18     duty or whatever else is needed."

19          Also, his first message to the group was:

20     "I missed the discussion of Trump's call to protest on

21     January 6th.  Always late to the party."

22          So I don't think at that time it was reasonably

23     foreseeable that people he had never met or didn't know

24     would do the things that they did in the Capitol up until

25     they were basically at the door.  That would be my argument,

 1    respecting the jury's verdict, Judge.

 2              THE COURT:  Okay.

 3              MR. WEINBERG:  Also, when it comes to scope of

 4    conduct -- and I think I was able to point this out in the

 5    cross-examinations of the FBI agents -- Mr. Moerschel did

 6    not caravan up with the crew of the main group of

 7    Oath Keepers.  I made that a big point of the defense

 8    throughout the entire trial, that he didn't stay at the same

 9    hotel as them.  He didn't drive up with them.

10              And the first time he really met these gentlemen

11    was on that date and the day before.  He never had a meal

12    with them.  You know, they didn't have a lot of

13    conversations.  He had minimal contact with this group until

14    the 6th.

15              Does the Court have any questions on that?

16              THE COURT:  No.

17              MR. WEINBERG:  And as to the last point the

18    government made, you know, a lot of this case was

19    interpretation of text messages.  And, obviously, we tried

20    to have the jury interpret it one way, and the jury pretty

21    much agreed with the government.

22              I just would like to point out that when it comes

23    to the firearm, which frankly is the worst fact for

24    Mr. Moerschel, there was always a condition precedent that

25    we should have the firearms closely if the Insurrection Act

1    is invoked.

2              And I'm not making the argument that -- about the

3    legality of the Insurrection Act or any of those other type

4    of arguments.  But I'm pointing out, in his mind, he would

5    not have gotten the firearm -- I would argue he wouldn't

6    have gotten it anyways, but he would not have done it had

7    not the President told him to go do it, not Stewart Rhodes

8    or not anybody else involved in the conspiracy.

9              And then I'd also point out if the Court looks at

10   the context -- and that's, again, what I tried to do during

11   the trial -- of the "lawyers versus warriors" messages,

12   I don't think the context of that is the way the government

13   is saying it.  The way I read it is he is just trying to

14   point out how people feel and think.  I don't think he was

15   advocating for warriors or lawyers at that time.

16             And I actually have a copy of that if the Court

17   would like to read it.

18             THE COURT:  That particular message?

19             MR. WEINBERG:  The context of that message

20   because --

21             THE COURT:  I'm happy to take a look at it.

22             MR. WEINBERG:  Because the government references

23   it quite a bit.  It's, David -- or Defense Exhibit 4.

24             Judge, both of those messages that I've been

25   talking about are on this exhibit.

1          Judge, just to point out, the "lawyers versus

2   warriors" is something called an axiom.

3          THE COURT:  Is what?

4          MR. WEINBERG:  Something called an axiom.

5   It's like --

6          THE COURT:  I know what an axiom is.  It's just

7   not an axiom I've ever heard of.

8          MR. WEINBERG:  That's a big word for me, Judge.

9   I am from Florida, after all, so...

10         THE COURT:  Okay.  All right.

11         Is there anything else?

12         MR. WEINBERG:  Judge, that's pretty much all

13   I have.

14         Just to point out -- and I think I'll probably

15   point this out a couple more times today -- is that based on

16   the U.S. Government's recommendation, they believe that

17   Mr. Moerschel is the least culpable of all of these

18   gentlemen involved in the conspiracy.

19         THE COURT:  All right.  Okay.

20         MR. WEINBERG:  That's all I have on this matter.

21   Thank you, Judge.

22         THE COURT:  Thank you.

23         MR. MARTIN:  Your Honor, I would like to make a

24   brief argument as to a downward adjustment due to a

25   mitigating role.

1          THE COURT:  Oh, okay.

2          MR. MARTIN:  Would Your Honor hear that now or --

3          THE COURT:  Sure.

4          MR. MARTIN:  Your Honor, albeit that the

5    government has not sought an aggravating role enhancement

6    for Mr. Moerschel, we believe that a downward adjustment due

7    to his mitigating role is appropriate in this context.

8          I would ask the Court to find that Mr. Moerschel

9    was a minimal participant under 3B1.2.  A minimal

10   participant finding requires this Court to analyze just a

11   few factors in that section.  It's the defense's position

12   that Mr. Moerschel, while completely culpable for his

13   actions, was among the most minimally involved of all the

14   participants in the charged conspiracy.

15         Your Honor, I will not recite the entirety of the

16   statute.  I do need to touch on each factor, though, very

17   briefly.

18         The first factor in this analysis is focused on

19   what level the defendant understood the scope and structure

20   of criminal activity.

21         Mr. Moerschel was not involved in the logistical

22   planning of January 6th as it relates to the Oath Keepers.

23   He didn't attend that November 9th GoToMeeting.  He wasn't

24   on any of the leadership chats.  He actually wasn't even a

25   member of the organization until just prior to January 6th.

1          He was instead following the back of the head of

2   the person in front of him on that day.

3          Did he think he was permitted to walk into the

4   Capitol?

5          No, he did not.

6          Did he understand that on January 6th, he was in

7   the midst of a seditious conspiracy?

8          I do not think he appreciated the gravity of that

9   at that point in time.  And that's what this factor is

10  focused on, what he appreciated the scope and structure of

11  the criminality to be.

12         And I believe, ultimately, what he discovered it

13  was, was far different than what he appreciated at the time.

14         The second factor for the Court's analysis

15  addresses the degree to which the defendant participated in

16  the planning and organization.

17         I'm not going to rehash the points that I just

18  named.  I believe that the Court is of the belief that he

19  did not have a significant role in the planning or

20  organizing of the actions of the Oath Keepers on

21  January 6th, so I will move on from that.

22         The third factor focuses on the degree to which

23  the defendant exercised decision-making authority.  This is,

24  again, similar to the argument just made.

25         He held no leadership role.  That's conceded by

1    the government.

2         The Oath Keepers organization did have a

3    hierarchical structure.  It's just Mr. Moerschel was nowhere

4    near the top of it.  So he did not exercise decision-making

5    authority on that day, at least as far as the leadership

6    context.

7         The fourth factor addresses the nature and extent

8    of the defendant's participation in the commission of the

9    criminal activity.  And, admittedly, this is the toughest

10   factor for the defense to argue when it comes to

11   Mr. Moerschel's culpability as a minimal participant.

12        This factor addresses his participation in the

13   commission in the offending conduct.  He did go inside the

14   Capitol.  He did bring weapons to the state of Virginia.

15   He had the discretion to do or to not do those things, the

16   same as anyone in this room has the free will to do and not

17   do things.

18        I'm not going to make the argument "But so did he,

19   he, she."  I don't intend to start with that as far as my

20   defense of Mr. Moerschel.

21        I would just highlight that this is a factor-based

22   determination, and nowhere in the statute does it denote

23   that one factor is weightier than the next.

24        The final factor that I would ask the Court to

25   consider or that the Court is to consider in this analysis

1    is determining the applicability of the -- in determining

2    the applicability of this downward adjustment, looks at what

3    the defendant stood to benefit from the criminal activity.

4              January 6th was not a money-making venture, at

5    least not for Mr. Moerschel.  No matter how things went that

6    day, he didn't stand to increase his status or acquire any

7    property of any kind.  Frankly, he stood to benefit nothing

8    and instead lost everything.

9              So based on those factors as a whole, I believe

10   that it's clear that Mr. Moerschel was, indeed, a minimal

11   participant in the offenses for which he was convicted, and

12   we would respectfully ask the Court to find the same.

13             THE COURT:  Okay.  Thank you, Counsel.

14             MR. MARTIN:  Thank you.

15             THE COURT:  Mr. Edwards, can I ask you to just

16   address Mr. Weinberg's point about the other gaps in time

17   that were found on his phone.

18             MR. EDWARDS:  Yes, Your Honor.

19             So at the outset, this is not a reason that is

20   non-obstructive.  This is just additional evidence.

21             I understand the Court can look into it and infer

22   some type of reason, but that's not -- that is not how you

23   read *Henry* and *Reeves*.

24             There's got to be some evidence proffered to the

25   Court or shown to the Court that gives a reason that is

1  non-obstructive, and that's not this.

2       This is other pockets of deletion that

3  Mr. Moerschel easily could have deleted the same second he

4  was deleting that important section that he knew he would

5  have to cover with other deletions.

6       THE COURT:  Well, I think the -- well, at least

7  one of the reasonable inferences is that Mr. Moerschel seems

8  to have routinely deleted large chunks.  You know, maybe

9  he's someone who thought this would be a way to preserve,

10  you know, data storage space or something like that.

11       MR. WEINBERG:  Judge, if I may, during the

12  trial --

13       COURT REPORTER:  Pick a mic.

14       MR. WEINBERG:  Just not to interrupt -- well, to

15  interrupt, Judge, during the trial, I think the defense

16  pointed out that Mr. Moerschel had a very -- an older

17  Motorola-type phone, not one with significant storage space,

18  so that would be part of the reason.

19       MR. EDWARDS:  Understood.

20       I still think this gets to the point of *Henry*,

21  though, where I don't think it's that the Court should infer

22  some reasons as opposed to see the evidence of the reasons.

23       The evidence in the other case in Taylor was that

24  the defendant had actually proffered, "I did this because

25  of X."  Or in *Henry*, the defendant had offered reasons to do

34

1    it.

2          And I think the example that the Court gave as an

3    alternative is if he had dumped garbage on the front yard of

4    one of the agents, like that's harassing, but it's not

5    obstructive, and so the government needed to do something

6    more here.

7          This is not a reason, it's surrounding evidence of

8    other deletion.  I understand the Court's inference here

9    that he may be saving space, but it is particularly unique

10   set of circumstances where he is deleting the November to

11   January time frame.

12         My understanding of the date ranges he gave there

13   were not consistent time ranges.  It didn't look like it was

14   like three months every single time, unless I wrote down

15   some of the numbers wrong as I heard them.

16         THE COURT:  No.

17         MR. EDWARDS:  My point for saying that is if

18   you're doing that and you're habitually or routinely doing

19   that, I think the logical -- and here we are just parsing

20   what people do to save space on a phone, but I think you

21   would do that by picking blocks of time or just deleting the

22   back half of your messages.  For the last six month, I'll

23   delete those.  Okay.  Now, I'll just keep texting.  And

24   I will always have 100 messages on my phone and then delete

25   until I get to that.

1          This random pocket, I would argue, Your Honor, is

2   still, you know -- the definition in *Henry* was "So long as

3   the conduct to a rational person appears obstructive."

4   I think this fits that even if there are pockets of deletion

5   that are random date ranges around it.

6          The other evidence I'll just point to Your Honor

7   circumstantially around his deletion focusing on 3C1.1.

8          On the day of January 6th, Mr. Moerschel is

9   marching to the Capitol with a hat on that has an American

10  flag patch on.  You know, it sounds like we're separated

11  from the messages.  Let me connect it.

12         When he's coming out of the Capitol building, he

13  now has that American flag patch off his hat and on his

14  chest and an Oath Keepers patch on the hat.  Candidly, that

15  caused us some issues in trying to identify Mr. Moerschel,

16  as much as I hate to admit that.

17         I say that to say, it's evidence that

18  Mr. Moerschel on his way out of the Capitol immediately

19  started understanding the criminal nature of what he was

20  doing.  He switched the patches around, and he kept his neck

21  Gator up the whole time.  That switch of the patches --

22  frankly, there's no reason for doing that, in our mind,

23  other than to look different on the cameras on your way out

24  of the Capitol Building.

25         And his messages date all the way up -- and I can

1    point Your Honor, just for evidence of this, Government's

2    Exhibit 1503 at 7 minutes and 2 seconds, that shows

3    Mr. Moerschel as he is about to head up the steps.

4            If Your Honor then looks at Government's

5    Exhibit 5702, that's a photograph of him coming down the

6    steps outside of the Capitol.  And both of those were shown

7    through Special Agent Joanna Abrams.  It shows very clearly

8    the difference in the attire, going in and coming out.

9    So it's just evidence that shows what he did was criminal

10   almost immediately.

11           MR. WEINBERG:  Judge, can I make an argument to

12   that point?

13           MR. EDWARDS:  So I just note then he continued his

14   messaging until January 7th.  On the day of January 7th, he

15   messages Kenneth Harrelson, who asked about his gear, "his

16   shit," I think his language was.  And Mr. Moerschel then

17   messages, DM Kane, stops messaging those group chats

18   entirely.  January 7th was the last date.

19           So it's just circumstantial evidence to, again,

20   add to this rational being who is conducting himself in this

21   way that is obstructive.

22           THE COURT:  And Kane was Bittner, correct?

23           MR. EDWARDS:  Correct; the person he rode up

24   with -- the Florida QRF.

25           THE COURT:  Right.

1          MR. EDWARDS:  Your Honor, on the -- I don't know

2     if you need to hear anything on the minimal participant.

3     I'm happy to just sit down.

4          THE COURT:  I'm sorry.  Say that again?

5          MR. EDWARDS:  On the minimal participant request.

6          THE COURT:  If you want to, but I don't --

7          MR. EDWARDS:  All I was going to do is point to

8     the definition of both minimal participant and minor

9     participant in Note 4 and Note 5 of the commentary.

10          I would just -- I think Your Honor understands

11     this.  This is not just a scope of nine defendants in this

12     case.  This is a scope of 30-or-more co-conspirators.  There

13     are plenty of other defendants who did not bring a rifle,

14     who did not message their understanding of the scope, and

15     who did not go into the building.

16          Thank you.

17          THE COURT:  Mr. Weinberg, you said you wanted to

18     add something?

19          MR. WEINBERG:  Just briefly as to the issue with

20     the flag, which was not mentioned during the trial.

21          I think the defense made a point that when

22     Mr. Moerschel left after 11 minutes being in the Capitol, he

23     was kind of lost and scared.  And he found Mr. Hackett, and

24     they walked out together.  The reason that one could argue

25     he changed the patch is so he could identify other

1   Oath Keepers and find them and know where to go.  So that

2   would just be my counter to that point.

3            THE COURT:  Okay.

4            All right.  If you all would just give me a couple

5   of minutes, I want to take a look at some of the exhibits

6   you've identified and then just look at a couple of the

7   cases.  So if you'll just give me about ten minutes or so,

8   I'll be back.

9            Thank you.

10           COURTROOM DEPUTY:  All rise.

11           This Court stands in recess.

12           (Recess from 9:44 a.m. to 10:10 a.m.)

13           THE COURT:  Thank you very much, everyone.

14           Okay.  So let me just state for the record again,

15  as I have previously, that the factual findings that I made

16  at the Rule 29 I'm adopting here as factual findings, as

17  well as the inferences that were drawn from those factual

18  findings by a preponderance of the evidence.

19           But I will be more specific as to Mr. Moerschel in

20  a moment.  This all comes against the background of the fact

21  that Mr. Moerschel was convicted of three conspiracies --

22  that is, seditious conspiracy, 1512(k), and 372 -- and also

23  was convicted of the substantive 1512(c)(2) count.  He was,

24  however, acquitted of 1512(c)(1) count.

25           I do find by a preponderance of the evidence that

1    Mr. Moerschel is responsible as related conduct for the acts

2    of his co-conspirators who were convicted of various

3    conspiracies, in particular, Mr. Meggs, Watkins, Minuta, and

4    James Hackett and Vallejo, just to name a few.

5            As part of that finding, I also find by a

6    preponderance of the evidence that Mr. Moerschel agreed to

7    participate in a conspiracy whose object was to oppose by

8    force the authority of the government of the United States.

9    That is the second object of the seditious conspiracy

10   charge.

11           The actions of these co-conspirators, including

12   their acts of force within the Capitol building, were, A,

13   within the scope of the jointly undertaken criminal

14   activity; B, in furtherance of the criminal conspiracy; and,

15   C, reasonably foreseeable in connection with that criminal

16   activity.  So let me just go through why I believe that to

17   be the case.

18           The facts show that Mr. Moerschel knowingly joined

19   the charged conspiracies and shared in their criminal

20   objectives, especially the use of force.  Mr. Moerschel

21   joins the "OK Florida Hangout" chat on December 20th.  And

22   on that same day, he says he is a tentative "yes" for

23   January 6th.

24           I will note, as Mr. Edwards point out, that by now

25   joining the "OK Florida Hangout" chat, he is also receiving

```
 1   all of the messages that are on that chat, including some of
 2   the messages that Mr. Meggs and others and Mr. Rhodes that
 3   we've highlighted -- that Mr. Edwards highlighted and I've
 4   also highlighted in the Rule 29 -- this is unlike
 5   Mr. Harrelson, who did not respond to any of these messages
 6   or any messages during this period of time.
 7            It would be evident that Mr. Moerschel does; and,
 8   therefore, it's certainly more than reasonable inference to
 9   draw the conclusion that Mr. Moerschel was, in fact,
10   monitoring these messages and -- by virtue of the fact that
11   he was responding to them.
12            On -- for example, on December 22nd of 2020,
13   somebody by the name of Monk says to the
14   "OK Florida Hangout":  "Insurrection Act?"
15            And Mr. Moerschel responds, "Only Trump can do
16   that and will he?  If not, then...," perhaps leaving the
17   impression that there still might need to be action taken if
18   the President doesn't invoke the Insurrection Act.
19            December 24th, he says, "Trump knows this is a
20   communist takeover.  What is he waiting for?"
21            Also, on December 24th, Mr. Moerschel says,
22   "I think he will wait until the Constitution completely
23   fails before he invokes the Insurrection Act.  That means if
24   all legislative options fail on January 6th, he will invoke
25   the Act.  Probably the same day.  I think he will wait
```

until the Constitution completely fails before he invokes

the Insurrection Act" -- I'm sorry.  I think I just

repeated that.

          And then he says, "IMO, any members in D.C.

absolutely have firearms somewhere legally nearby."

          He identifies January 6th as Trump's "personal

resolved date to act.  Why else would he call us up?"

          And then on that same date, he makes a statement:

"Lawyers always think the answer is legal.  Warriors always

think the answer is a gun battle."

          The next day, Christmas Day, he says, "Pence is

literally our last hope in Congress.  I don't think anyone

believes they have enough votes in Congress to change the

outcome."

          And then he says, "Need a simple majority."

          That same day he says, "It's a wartime Christmas."

          And then also says, "Gentlemen, Trump is going to

make his big move on January 6th.  Be prepared."

          On the next day, Jeremy Brown states that "We are

now on the brink of war.  Now we need to make wise choices

on our gear and weapon."

          And Mr. Moerschel responds, "My battle pistol is a

Glock 21 and a .45-caliber.  I want the extra knockdown

power," a clear reference to his recognition and willingness

to use force, including weapons, even potentially weapons,

1    as part of their trip to D.C. on January the 6th.

2           On January 1st, he writes, "Maybe Trump will

3    expose the actual people involved in the fraud on

4    January 6th when everyone in the world will be watching.

5    Maybe our role on January 6th as patriots will be more

6    kinetic and less for a show of force.  I'm just trying to

7    anticipate what might happen to be prepared.  As President,

8    he has enormous power.  I haven't seen any of that power at

9    work this whole time."

10          And then on January 2nd, he says, "A LEO" -- that

11   is a law enforcement officer -- "told me when the whole

12   defund the police movement started, that we would see the

13   good cops leave and only the bad cops stay.  I think that

14   may be happening now, especially in these more liberal

15   states.  We will need to be more cognizant of whose side the

16   police are on because the assumption that they on the side

17   of the righteous may be flawed."

18          All of those messages clearly establish, I think,

19   by a preponderance of the evidence that Mr. Moerschel

20   viewed -- understood the importance of January 6th as the

21   date of the transition of power; two, was prepared to engage

22   in violence on January 6th with respect to the transition of

23   power; and, three, that that may actually involve other

24   actors, government actors, who might oppose his view of what

25   is righteous.

1          And to be more precise, we do have Mr. Dolan's

2     testimony again, which was quite compelling, that, at least

3     in his view -- and I don't think it was an unreasonable

4     one -- that the invocation of the Insurrection Act would be

5     essentially a call to not simply fight on one side of the

6     government but would be a preparation to fight in a

7     government v. government-type posture in which there would

8     be warring factions within the government of President Trump

9     and President Biden.

10          The bottom line is this was a group of people who

11     were prepared to take up arms, whether President Trump

12     called upon them to do so or not, as abundantly -- as there

13     were an abundant number of messages from Kelly Meggs and

14     others and, of course, Mr. Rhodes about needing to take

15     up -- about needing to act in the event the President

16     himself does not.

17          And, of course, all of this is confirmed and

18     ratified in a sense by Mr. Moerschel's actually coming to

19     D.C. on January 6th.  He comes with Mr. Bittner.  And he

20     brings with him an AR-15, and the very Glock, .45-caliber,

21     semiautomatic handgun that he referred to as his battle

22     pistol that had the extra knockdown power.

23          He leaves that weapon at the QRF hotel.  And,

24     again, he doesn't actually stay at that hotel; but he leaves

25     it with Mr. Bittner, presumably, somebody who he drove up

44

1    with.  And I believe Mr. Bittner himself brought weapons to

2    the hotel.

3          He then, of course, on the day of January 6th is

4    part of the Line 1 group.  We've talked a great deal about

5    security and the like.  I think it's fairly clear from the

6    evidence that at least the march to the Capitol, one of its

7    purposes was not -- well, let me put it differently.  Its

8    exclusive purpose was not to do security, because certainly

9    at some point in time the only person they were escorting

10   was gone before they long entered into the Capitol.

11         He certainly would have been part of the group of

12   people who was -- was one of the group when Mr. Berry

13   testified, "Kelly Meggs said that they were going to go in

14   to stop the vote."  It's reasonable to infer that

15   Mr. Moerschel would have heard that conversation.  And

16   certainly by remaining with Mr. Meggs and others, it's

17   reasonable to infer that he shared the intent to go in the

18   Capitol for that purpose.

19         Once he is inside, he does go into the small House

20   Rotunda.  Notably, as Mr. Weinberg has pointed out in his

21   sentencing memo, there's no yelling or screaming that we

22   know of by Mr. Moerschel, no certainly confrontation -- or

23   even confrontations with police officers.  We don't see him

24   even in the photographs that were presented within -- and

25   some of the video of what transpired between Oath Keepers

1    and Officer Dunn, although certainly his presence there at

2    that time would have been intimidating to Officer Dunn and

3    the staffers in Speaker Pelosi's office who were hiding.

4         And then, of course, you do have the

5    consciousness-of-guilt evidence.  At a minimum, he does

6    immediately go off of Signal, at least signaling some

7    understanding of the wrongfulness of his conduct.  And we'll

8    talk up the deletion of the text messages momentarily.

9         So based on all of that evidence, I do find by a

10   preponderance that Mr. Moerschel agreed to use force,

11   including through the use of firearms to prevent, hinder, or

12   delay the execution of the laws governing the transfer of

13   power, as well as to forcibly resist the authority of the

14   United States, as well as, obviously, to impede or instruct

15   the congressional proceedings and the members of Congress

16   from undertaking their acts and responsibilities.

17        It would have been reasonably foreseeable to him

18   that as part of the conspiracy, Oath Keepers would have gone

19   into the Capitol and would have engaged in physical

20   violence, including against police officers, and certainly

21   that one of the purposes of the QRF would have been to

22   support their efforts in preventing the transfer of power if

23   they had been called upon to use such weapons to do so.

24        So what that means is that at a -- in addition to

25   the QRF and being responsible for actions relating to the

1    QRF, he's also responsible for his co-conspirators' conduct

2    with respect to the violent and assaultive acts that

3    occurred in the Capitol building, both by Ms. Watkins and

4    others in that Senate hallway, as well as the second line

5    that came in later that afternoon.  Although Mr. Moerschel

6    was not with that group, he certainly would have been aware

7    that other members of the Oath Keepers were in Washington,

8    D.C., at that time, including Mr. Harrelson, who was a

9    member of the Florida group.  But the bottom line is that he

10   would have understood that there were others.  And then, of

11   course, he would have met those others outside immediately

12   afterwards, after departing.  So there's that as well.

13           So in terms of the Guidelines issues, so the

14   eight-level enhancement does apply for an offense that

15   involved causing or threatening to cause physical injury to

16   a person or property damage in order to obstruct the

17   administration of justice.  Specifically, it is the presence

18   of the QRF and the agreement to bring that in that it

19   certainly constitutes a threat to cause physical injury as

20   part of the offense.

21           And then, of course, there is the actual

22   conduct -- assaultive behavior by some of the Oath Keepers

23   inside the Capitol building that does, at a minimum,

24   threaten to cause physical injury to police officers who

25   were there, if not, in fact, causing the injury, as we've

1    heard at trial, to the officer who was in the hallway, in

2    the Senate hallway.

3         This constitutes a substantial interference

4    with the administration of justice, so those three levels

5    will apply, because the proceeding itself was obstructed and

6    there was the cost associated with resuming the proceedings

7    that day, which was substantial and significant.

8         The offense involved otherwise -- was otherwise

9    extensive in scope, planning, and preparation.  Obviously,

10   there was planning that went into bringing this many people

11   to Washington, D.C., the bringing of firearms.  There was

12   planning and preparation in terms of going into the

13   building.

14        As we heard from Mr. Berry, there was actually a

15   discussion or at least an order from Mr. Meggs.  And in my

16   belief, there was an order from Mr. Rhodes or at least an

17   authorization from Mr. Rhodes to go in, based upon the phone

18   call that he had immediately before Line 1 entered the

19   Capitol building.

20        And so -- and, of course, there was the object of

21   the conspiracy, which was to interfere with the proceedings

22   and prevent the proceedings from going forward.  And so

23   I think that certainly constitutes some -- establishes the

24   degree of the extensiveness of the scope and the impact of

25   the conduct.

1          In terms of organizer, leader, I am going to

2    decline to impose the -- or decline to reduce for minor role

3    or -- excuse me, minimal role or minor participant.  Just

4    set forth the framework, first, that the Circuit has

5    applied, *U.S. versus Graham*.  The Circuit has said that "In

6    determining whether this reduction applies, the defendant's

7    conduct must be measured against the amount of relevant

8    conduct for which the defendant is being held responsible.

9    This relevant conduct is the denominator for purposes of

10   Section 3B1.2."

11         The Court then said in *United States versus*

12   *Gaviria* -- that's G-a-v-i-r-i-a -- the Court there discussed

13   how District Courts should approach comparing the

14   defendant's culpability to other co-conspirators.

15         The Court said, "Although in cases of joint

16   criminal liability, a District Court should examine a

17   defendant's culpability in relation to his co-conspirators'

18   culpability, a defendant is not entitled to a reduction

19   simply because he is the least culpable among several

20   participants in a jointly undertaken criminal enterprise.

21   Rather, a court my find that none of the co-conspirators

22   qualify as minor participants because even the least

23   culpable participants in the conspiracy, although they might

24   not have played the roles of organizers or supervisors

25   within the chain of command, nevertheless, were active

1   participants and were equally culpable vis-à-vis each other.

2   And so concluding, the District Court need not make express

3   findings of relative culpability so long as it is clear that

4   the Court assess the defendant's role in the specific

5   criminal conduct and did not gauge his culpability

6   generically."

7          Importantly, the Circuit has said in

8   *United States versus Soto*, 132 F.3d 56, that the defendant's

9   lack of knowledge or understanding of the scope and

10  structure of the enterprise and of the activities of others

11  is indicative of a role as a minimal participant.  And they

12  gave the example in that case -- or the facts in that case

13  involved the drug currier who was recruited for a single

14  transaction, who does not know the full scope and structure

15  of the conspiracy.

16         The facts simply don't support that kind of

17  minimal role or minor participant with respect to

18  Mr. Moerschel.

19         Counsel went through the factors, I'll just sort

20  of marry up some of the factors with the facts.  And they

21  are that he was, as I've just stated, an active participant

22  in the "OK Florida Hangout" chat in which there were active

23  discussions about coming to D.C., about what might occur in

24  D.C. when they were there, and preparedness for use of

25  firearms if necessary.

1          He traveled to D.C. with at least one other

2   person, two people.  He brought two weapons to the

3   District of Columbia.  He went in with Line 1.  And although

4   he did not engage in any assaultive behavior himself that we

5   know of, certainly he, in combination with others,

6   contributed to the strength of that group of people and the

7   danger that they presented that day.

8          It is certainly true that he had no leadership

9   role and did not directly engage in any violence.  And he

10  did not -- as I said, and did not provide any direct orders,

11  for example, or was not perhaps -- was not at the top of the

12  chain in terms of decision-making.  Those facts doesn't

13  render him as having either a minimal role or

14  minor-participant role as part of the offense conduct.  So

15  I'll decline to reduce the Guidelines under that -- the

16  offense level under that Guideline.

17          I will apply the terrorism enhancement because of

18  the convictions and the nature of the convictions.  They

19  were obviously all convictions whose object was to interfere

20  with, obstruct through force, intimidation, and the like.

21          And I find that Mr. Moerschel's contribution to

22  the conspiracy was calculated to affect the conduct of

23  government through intimidation.  And so I do think that

24  the -- so the intimidation and coercion, I just wanted to

25  make sure that I had the terms proper.  But in any event, it

1    clearly applies in this case.

2            I do think the one-level increase is appropriate

3    as the government has requested.  Given Mr. Moerschel's

4    relative participation in the conspiracy, he certainly does

5    not reach the level of anyone like Mr. Meggs and

6    Ms. Watkins.  And I do think the one level is appropriate,

7    and that's consistent with what we have done with other

8    lower-level folks in the conspiracy.

9            As for the obstruction, it's an interesting

10    question, and just a couple things.

11            In terms of the legal framework, the Circuit has

12    made clear in *Henry* that the Court needs to find essentially

13    what is a specific intent to obstruct.

14            And what's important about that in *Henry* is that

15    the government had actually suggested that that was not

16    necessary in light of an earlier case called *Taylor* in which

17    the defendant had fled the courthouse and said he had fled

18    because of fear; and the Court there said, "No."  That's

19    still -- the obstruction Guideline is still applicable

20    because the fact that he had claimed that fear, that didn't

21    necessarily mean the conduct didn't also have the other

22    purpose of being obstructive.

23            But, again, importantly, what the Circuit is

24    saying, that there needs to be facts and circumstances,

25    unless the conduct is inherently obstructive.  And I believe

1    something that's inherently obstructive -- I'm not exactly

2    sure.  I suppose lying on the witness stand is inherently

3    obstructive, but something like deleting documents is not or

4    evidence is not.

5              And I think what is important to point out is that

6    in identifying, as an example, the destruction or concealing

7    of evidence that is material to an official investigation or

8    judicial proceeding, that's one of the examples under 3C1.1.

9    The example that's provided is shredding a document or

10   destroying ledgers upon learning that an official

11   investigation is commenced or is about to commence.

12             Now, I don't think that -- well, let me put it

13   differently.  I don't know that the Guidelines are

14   suggesting this kind of strict nexus requirement that is

15   required for the conviction, that level of nexus.  However,

16   I do think that when we're talking about something like

17   document destruction or evidence destruction, it is

18   important to distinguish between what is considered

19   potentially routine document destruction, as was the case in

20   Arthur Andersen, versus document destruction that's done

21   with the specific intent to obstruct justice.

22             There is some parallel here, it seems to me.  And

23   I'll tell you, Mr. Weinberg, you have actually persuaded me

24   that not even by a preponderance of the evidence can I find

25   that the text message deletion was done with the intent to

1    obstruct.  And that's because, as Mr. Weinberg points out,

2    one, he had a very old phone, which presumably had limited

3    storage capacity; and that, two, there were actually other

4    periods of time that are not insubstantial where he actually

5    did have also large gaps.

6            And we went back into the transcript, and the

7    transcript is a little funky because it does reflect gaps

8    from August 8th of 2019 through September 28 of '19.  And

9    then actually the text of the transcript is October 10th of

10   2019 through May 22nd of 2019.  I don't know if that was

11   just --

12           MR. WEINBERG:  I was probably using the same piece

13   of paper with the inversion.

14           THE COURT:  And I don't know what the -- we tried

15   to look at what the report reflected.  But either way, she

16   actually agreed with me.  So that is at least the evidence

17   that there was some substantial block of time where there

18   was an absence of text messages.

19           And then there's a third block from August 11th of

20   '20 through September 23rd of '20.  And, of course, you

21   know, there is something to be said about the time block

22   here marrying up with the conspiracy period.  But it is

23   overinclusive in terms of Mr. Moerschel's involvement in the

24   conspiracy.  You know, his -- he becomes an Oath Keeper, I

25   think --

1          MR. WEINBERG:  September 28, Judge.

2          THE COURT:  -- in September.

3          But we don't actually see him engaging in any kind

4     of communications until he joins the Signal chat in early --

5     or sometime in December.

6          And Mr. Moerschel's right; it would require me to

7     speculate that the text messages between, starting in

8     mid-November actually were with other co-conspirators, when

9     presumably the government had access to other

10    co-conspirators -- we know the government had access to

11    other co-conspirators' text messages and did not come

12    forward with any evidence involving communications via text

13    with Mr. Moerschel.  At least that wasn't presented

14    at trial.

15          So -- and then in terms of the Signal app

16    deletion, you know, again, we don't have a precise date.

17    But even if I assume it's on or around January 7th, you

18    know, that occurs at a point in time where, you know,

19    I can't find by a preponderance of the evidence that

20    Mr. Moerschel would have understood that there would have

21    been a law enforcement investigation.

22          This is immediately afterwards.  It's the

23    following morning that he sends that DM Kane message and

24    then maybe deletes it on the way home, maybe the day after.

25    Again, it would require me to speculate as to exactly when

1    the deletion occurred and to, therefore, presume that he had

2    knowledge of an ongoing investigation, including a potential

3    investigation of his co-conspirators.

4            And so for all those reasons, I do find that the

5    evidence comes up short even by a

6    preponderance-of-the-evidence standard, that the two acts of

7    deletion were with the specific intent to obstruct justice.

8            So with that, the Guidelines calculations are as

9    follows:

10           For Count 1, it's 2X5.1.  The cross-reference is

11   to the treason Guidelines.  But because this is not

12   tantamount to waging war against the United States, the

13   applicable Guideline is the obstruction Guideline at 2J1.2.

14           Count 2, violation of 1512(k), also is 2J1.2.

15           Count 3, 1512 (c)(2), is also 2J1.2.

16           And Count 4 is also 2J1.2.

17           I know that I'm supposed to individually assess

18   the Guidelines total as to each count, but they're all under

19   the same Guideline, and all the same enhancements would

20   apply.

21           All of these group because it involves the same

22   victim or to two or more acts connected by a common criminal

23   objective or constituting part of the common scheme or plan,

24   and so the total offense level would apply as to each of

25   these counts with the exception of Count 4, which would be

1    capped at six years, because that's the statutory maximum.

2            So in any event, the ultimate Guidelines

3    calculation is driven by 1, 2, 3.

4            So the Base Offense Level is a 14.

5            Causing or threatening physical injury to a person

6    or property damage in order to obstruct the administration

7    of justice is an eight-level enhancement.

8            Substantial interference is a three-level

9    enhancement.

10           Offense was extensive in scope, planning, or

11   preparation is a two-level enhancement.

12           Additional enhancement under 3A1.4, Note 4, of one

13   level.

14           So that gets us to a 28, which is, with

15   category -- Criminal History Category I, 78 to 97 months

16   with a 25,000 to a $250,000 fine.

17           Okay.  So that's the Guidelines calculation.

18           All right.  So let's go ahead, and then let's roll

19   into the parties' allocution, starting with Mr. Edwards.

20           MR. EDWARDS:  Yes, Your Honor.  Thank you.

21           Your Honor, Mr. Moerschel on the date of

22   January 6th had an AR-15-style rifle and a Glock

23   semiautomatic handgun staged in a hotel across the river, in

24   the government's view, pointed at the District with the

25   purpose of it being ready to help him stop the transfer

1    of power.

2            And no matter how many times the government says

3    that phrase or describes that conduct, it should not

4    decrease in magnitude.  It is just the nature of it alone

5    that puts it in a category, a rare category of events in

6    American history that should always raise the hairs on the

7    back of our necks when we talk about it.

8            And Mr. Moerschel did that in a time, particularly

9    during the pandemic, when, up to now, we see national

10   tragedy after national tragedy that involved firearms,

11   particularly AR-15-style firearms.

12           I highlight that, Your Honor, because this city is

13   not escaping this epidemic of firearm violence across our

14   country, and the defendants in multiple courtrooms across

15   this building appear before Your Honor and other judges

16   having experienced the criminal justice system for

17   possessing firearms in many circumstances.

18           It is that context that I think the Court should

19   consider Mr. Moerschel's conduct.  Set aside the gravity of

20   his conduct as it relates to democracy and focus

21   specifically, the government respectfully submits, on this

22   nature of bringing such firearms from Florida to our

23   district and staging them, the criminal purpose.

24           And Mr. Moerschel didn't do it for any purpose

25   other than to be prepared for President Trump, for

1    Mr. Rhodes, or Mr. Kelly Meggs to tell him that it's go

2    time.

3            This wasn't an individual who needed firearms for

4    self-protection in his neighborhood or brought the firearms

5    to fire at a range lawfully outside the District.  He was

6    ready to use them should someone tell him it's go time.

7            And the safety of our community and the balance of

8    our democracy should not hinge on the impulses of madmen.

9            And I don't believe that Mr. Moerschel would have

10   ignored someone like Mr. Meggs or Mr. Rhodes should they

11   have said, "Go grab the firearms."

12           I think that brink is where we should bring

13   ourselves to when we consider Mr. Moerschel's conduct.

14           Now, I'd like to take a step back because I think

15   it is important to do this.  Mr. Moerschel should receive

16   credit for what he did do after this conduct.  He proffered

17   to the government before his arrest, and he voluntarily

18   provided both of the firearms and acknowledged to the

19   government that those were the firearms he brought to the

20   QRF hotel.  I think that's important that the Court should

21   consider that.

22           But in doing so, the Court, we'd ask, not view

23   Mr. Moerschel as a victim.  He's not.  He's just not.  There

24   were a number of victims in the January 6th context who sat

25   around their dinner tables across the country and believed

1    that an election was fraudulent and decided not to engage

2    civically anymore because what's the point?  Those are

3    victims.  Those people who diminish their role in their own

4    government because of the lies that were spread about that

5    election, those are victims.

6            Mr. Moerschel was not.  He did not lack role

7    models in his life.  By all accounts, he had supportive

8    parents who raised him and put him on a religious-bound path

9    focused on service.  He didn't lack a supportive network at

10   home.  He had a partner, and he had children to go home to

11   after work to decompress and love.

12           And he did not lack the foundations of a

13   principled life.  The letters are riddled with opportunities

14   for him to understand right from wrong, good from evil, and

15   develop a moral compass.  He had that opportunity.

16           And he didn't lack IQ.  Mr. Moerschel is a

17   neurophysiologist.  This is an individual who is responsible

18   for monitoring patients while they are under anesthesia to

19   determine whether or not they are okay.  He conducted

20   laboratory experiments on animal brains to study pain and

21   neural pathways.  That's not an individual who was led

22   astray by random words from the President or from Mr. Rhodes

23   or from Mr. Meggs.  It is not.

24           It is someone who had the IQ and, frankly, the

25   opportunities to develop the EQ to know that he should not

1    do what he did.  And he did it.  He's not a victim.  To call

2    him a victim or to consider him one in acknowledging what

3    sentence should be imposed would be a disservice to those

4    with lesser opportunities who did not, on January 6th, do

5    what he did.

6          When he came to this district, he brought weapons

7    of war and he wanted his guy.  And he was ready to act.  And

8    when he didn't get the act or the call for the guns, he did

9    get an act and a call to go in the Capitol and he joined.

10   He did that.

11         Mr. Moerschel is a seditious conspirator.  He

12   should be sentenced accordingly, Your Honor, to send a

13   message that folks with those kinds of opportunities, who

14   know right from wrong, cannot do what he did.

15         Thank you.

16         THE COURT:  Thank you, Mr. Edwards.

17         MR. WEINBERG:  Judge, I'm going to have

18   Mr. Moerschel speak first, and then I'll close down.

19         THE COURT:  Mr. Moerschel, why don't you come on

20   up, sir.

21         THE DEFENDANT:  Thank you, Your Honor.

22         My wife would like to be here, but we had issues

23   with childcare.  And as you know, we have three small

24   children.

25         What nobody mentioned -- and, Scott, you can

1  rebuke me later.  What nobody mentioned were the haunting

2  images that we saw at trial of the staffers running in fear.

3  Officer Jackson having a near-death experience and thinking

4  about his own children.

5          You know, there's a scripture that says, "There is

6  a way that seems right to a man, but in the end, it leads to

7  ruin."

8          And when I was on those stairs, Your Honor, I felt

9  like God said to me, "Get out of here," and I didn't.  And I

10  disobeyed God, and I broke laws.

11         And I'm not sorry because I'm being punished.

12  I'm sorry because of the harm that my actions caused to

13  other people.  And I think that you've seen that in my -- my

14  life has been about serving and helping.

15         This has indeed led to utter ruin of my life.  And

16  I've asked God's forgiveness.  And I thank God through Jesus

17  that I have forgiveness.  And I'd ask my wife's forgiveness,

18  who's been with me for 21 years, who's 50 years old now and

19  is faced with the prospect of moving in with my parents

20  again.

21         What remains is for me to ask the forgiveness of

22  the officers who, like Officer Jackson, one man I just

23  learned had his teeth knocked out, I mean -- and apologize

24  to the staffers and to the City of Washington, D.C., how my

25  behavior contributed to this.  And I see now how my messages

1    that I posted could have encouraged others to do bad things

2    that day and that my presence at the Capitol could have

3    emboldened others to do bad things that day.

4            And I appreciate the compliment, Troy; I'm a smart

5    guy.  But this was really dumb.  This was really dumb.

6            I don't mean anything bad about Kelly Meggs, but

7    he's a used car salesman, and that was really dumb to follow

8    this guy.

9            And I was wrong and I disobeyed God.  I broke

10   laws.  And this behavior is very shameful.  My mom had to

11   stop going out with her friends because she was ashamed of

12   my behavior.  My brothers and sister don't talk to me

13   anymore.  I've lost friends.  I lost my job.  I loved my

14   job.

15           My wife happened on some show on TV, and they were

16   actually talking about people that did what I did and that

17   worked in neurosurgery.  And the show was about a woman who

18   was going in for a tumor resection.  And I was like, that

19   was me.

20           You know, I'm the guy that's there to help people.

21   I was the crisis chaplain.  When people are in their worst

22   moments in life, I'm the guy that's there to bring them

23   through it, to help them.  But on January 6th, I was the guy

24   that made it worse.

25           I don't know how to tell my children.  They still

1    don't know.

2              We're in poverty again.  We spent ten years as

3    missionaries.  And, you know, there's no money in that.

4    You've got to be a televangelist to make any money.  But we

5    were missionaries.  We lived in poverty.  We finally got

6    out.  We were finally going to buy a house.

7              I can't think about how what I have done will

8    impact my children.  You know, some of them have needs, and

9    I'm able to help them but -- because of my training.  But

10   they won't be able to receive that help if I'm not there.

11             There's another scripture that says, where Jesus

12   quotes, he says, "God, be merciful to me to, a sinner."

13             So, Judge, I'm sorry.  I'm sorry for what it did

14   to the City of D.C.  I'm sorry for how my behavior

15   contributed to this natural crisis -- national crisis.

16   I'm sorry for what it's done to my family.

17             Thank you, Your Honor.

18             THE COURT:  Thank you for your remarks,

19   Mr. Moerschel.

20             Mr. Weinberg.

21             MR. WEINBERG:  Judge, I'll be brief.

22             Good morning again.  I just wanted to go through a

23   little bit of the facts that apply to some others that don't

24   apply to Mr. Moerschel.  I want to point out that

25   Mr. Moerschel did not go to the firearms training.  The

1   Court has said that he did not spend the night with the

2   other Oath Keepers.  We also noted that he didn't yell,

3   scream inside of the Capitol.  He didn't take any

4   photographs.

5            Like I said earlier, he joined on September 28th.

6   His first message was December 19th.  And he left the group

7   on January 7th.  The first time the evidence showed he met

8   an Oath Keeper was on January 4th.

9            He did not attend the November 9th GoToMeeting

10  that was a big part of the government's case.

11           He got permission to go to this rally a couple of

12  days before, from the exhibits and his text messages.  He

13  just got permission from his boss.  And we learned later

14  from his wife's letter that she encouraged him to go.  Not

15  blaming her.  David made the choice to go.

16           He did bring a gun, and that is the worst fact.

17  But he -- there was a condition precedent on the gun.

18           He's not mentioned much during the trial.

19  He wasn't mentioned much in his own PSR.  He wasn't

20  mentioned much in the government's memo.  He was just in the

21  back following the crowd.

22           And, also, the recommendation from the Department

23  of Justice for him to receive the lowest sentence of all,

24  the gentleman involved in this indictment.

25           And I want to go into David as a person because

1    nobody is the sum of their worst day, and this was

2    definitely the worst day of David's life.

3            We saw a letter from his wife, talked about how he

4    has three kids, how he's selfless, how he takes care of his

5    children, how he's been in the ministry, how he's helped

6    people in rural Kansas, and how he helped people after

7    Katrina.

8            We saw one of the letters discussing how he helped

9    somebody who was convulsing in a restaurant.  And I think

10   from all the letters, there's a general theme that David is

11   a God-fearing, helpful individual, and this is not in his

12   nature or in his character for what he did and what the jury

13   found him guilty of.

14           I'd even point out that even his father-in-law

15   said something nice about him after he had been arrested and

16   put his family through all of this stuff.

17           So David, like he said, has lost a lot.  His

18   degrees are no longer worth the paper they were printed on.

19   He can never practice in neurophysiology again.  Because of

20   this case, he was not able to buy a house.  And since this

21   case was pending -- he lost his job; but because he lost his

22   family, he job a job in construction.  He took odd jobs.

23   Here's a man who goes from working in a brain surgery lab to

24   then working in construction, landscaping in the hot sun in

25   Florida, and he did that for his family.  So he went from

1    making a decent salary down to an hourly wage.

2          And I want to point out something that Mr. Edwards

3    said about Mr. Moerschel being smart, and this has kind of

4    been something myself and Mr. Martin have been debating and

5    with David from the beginning of this case.  How does

6    somebody so smart do something so stupid and fall for

7    something as ridiculous as what was being preached before

8    January 6th?

9          And I thought about it.  And I think it's easier

10   for ourselves as lawyers, both the U.S. Government, myself,

11   everybody else in this, when we see somebody speaking, we

12   always look at them with a bit of a side eye because we're

13   lawyers and we know people have ulterior motives.  When we

14   see a politician, we say, "What's his angle?  What does he

15   want?"  When we see an individual like Stewart Rhodes, we

16   know this guy is trying to make money before he even gets

17   out his first word.

18         But when you take a smart person like

19   Mr. Moerschel, who doesn't have that experience with

20   criminal law or con artists in life, it's not an excuse, but

21   it's more understandable about why he could fall for

22   something so silly.

23         I mean, he has the President of the United States

24   telling him that the election was fraudulent.  He has a guy

25   by the name of Stewart Rhodes, who is a veteran and who

1    says, you know, "We are about the oath," and that means

2    something.  And David fell for it, and it's his fault.

3    I mean, he had an opportunity not to go, and his boss let

4    him go.

5          If it -- but for that December 19th tweet by the

6    President, we're not here; this never happens.  But for his

7    boss giving him the last moment off, we never meet.  But as

8    they say, "The fault is not in the stars, but in ourselves."

9    David made this mistake.  He went to January 6th.

10         And now I know it's a bit of a reach, but he has

11   lived an exemplary life besides those 11 minutes.  He has a

12   wife.  He has kids that rely on him.  He takes care of them

13   financially speaking.

14         January 6th was a black eye for our country.

15   And I know Mr. Moerschel is sorry, not because he's being

16   punished but because of what he did and what he

17   contributed to.

18         I think the Court's prior sentences have sent a

19   message across the country and to anyone who wants to get

20   involved in these nonsensical right-wing militia movements,

21   not to do it.  Anybody now has their eyes wide open as to

22   what and who these people are and what they're trying to do

23   to our country.  I think David was naive; and that is to

24   minimize it, but not to excuse him for what he did.

25         I just want the Court to remember who he was

1     before January 6th and who he is today.  And I know it's a

2     reach, but we would ask for home confinement.  Mr. Moerschel

3     has a lot to lose.  He's got a family to support, and he's

4     very remorseful and sorry, Judge.  So for those reasons, we

5     would ask for home confinement or minimal incarceration.

6            Thank you.

7            THE COURT:  All right, Mr. Weinberg.  Thank you.

8            Let's just take a few minutes, and I'll be back.

9            Thank you, everyone.

10           COURTROOM DEPUTY:  All rise.

11           This Court stands in recess.

12           (Recess from 10:57 a.m. to 11:17 a.m.)

13           COURTROOM DEPUTY:  All rise.

14           THE COURT:  Once more, the Guidelines Range is 78

15    to 97 months.

16           In addition to the Guidelines, I must consider all

17    the factors that are set forth in 18 U.S.C. 3553(a) and

18    impose a sentence that's sufficient but not greater than

19    necessary to achieve the objectives of sentencing set forth

20    in the statute.

21           The factors I must consider are the nature and

22    circumstances of the offense and the history and

23    characteristics of the defendant; the need for the sentence

24    imposed to reflect the seriousness of the offense, to

25    promote respect for the law, and to provide just punishment;

1   to afford adequate deterrence; to protect the public; and to

2   provide the defendant with any needed educational or

3   vocational training.  I also should consider the kinds of

4   sentences available and the need to avoid unwarranted

5   disparities.

6           Let me begin with perhaps the obvious factors, and

7   that is the need to promote respect for the law and the

8   seriousness of the offense and, obviously, for some degree

9   of general deterrence.  All of those factors weigh in favor

10  of a serious sentence.

11          I don't need to get on a soapbox here,

12  Mr. Moerschel, about the conduct and the impact it's had.

13  I think you, perhaps, have better articulated it than I

14  could.

15          You know, I don't think -- certainly there's no

16  need for specific deterrence as to Mr. Moerschel.  That's

17  not a concern.

18          But let me just get to the heart of the matter,

19  and that is both the nature and circumstances of the offense

20  and Mr. Moerschel's history and characteristics.

21          It is true that in terms of the conduct, that

22  Mr. Moerschel's conduct was of grave concern.  Mr. Edwards

23  is right about the significance of bringing that kind of

24  weaponry to this area.  And the weapon there is scary enough

25  as it is, and we don't need to be told about the damage that

1  kind of weapon could cause.

2          But the seriousness of it is magnified because of

3  the motivation.  There's political reasons to bring that

4  kind of weapon, and that sets it apart from someone who

5  otherwise may do something in a crime of passion -- as a

6  crime passion or out of vengeance.  Doesn't make that kind

7  of conduct any better, but something that is politically

8  motivated presents its own degree of danger that I think

9  those cases do not.

10         All that said, you know, Mr. Moerschel clearly was

11 among the lesser responsible or culpable people for the

12 events of that day with respect to the Oath Keepers.  He was

13 somebody who joined late among the chats, not until

14 December.  In fact, December 19th, I think, is the first one

15 or maybe December 20th.

16         He has, obviously, no leadership role.  He does

17 come, obviously, to the District or the area with the

18 weapons, understanding full well what those purposes were.

19 But once he's inside, he does obviously go in.  But once

20 he's inside, there's no evidence that he obviously

21 threatened or injured anyone.  And, frankly, there's no

22 evidence that he even shouted something of the nature of

23 like "Treason."

24         He was in for 12 minutes.  And I get the sense

25 from Mr. Moerschel that his understanding of the

1    wrongfulness of the conduct and the shame he felt was

2    immediate.  I say that because the patch change actually

3    could be viewed in a different way.  One would think that if

4    he was trying to really obscure who he was, he wouldn't

5    switch himself to an Oath Keepers patch, which then would

6    readily identify him as a member of the group.  But I'm not

7    saying that that necessarily -- it could go either way.

8         But, you know, he certainly does disassociate

9    himself with the group immediately, the very next day, and

10   then goes on to have no further dealings with the group.

11        In terms of his history and characteristics, you

12   know, they are exemplary.  I mean, here's a man who's 45

13   years old, married, three children.  By all accounts of

14   members of his family and his community, he is a terrific

15   father, husband, a servant to his community, a servant to

16   his God.

17        You know, graduate degrees, including a master's

18   of divinity, the kind of work he did as a neurophysiologist

19   is really extraordinary, and it is quite a fall.

20        I think the defense is right in a sense that

21   Mr. Moerschel does face punishment in other ways, loss of

22   reputation, loss of occupation, vocation.

23        One of the important factors I've considered here

24   is obviously where he falls among the conduct of others and

25   how others have been sentenced.

1          You know, Mr. Harrelson received four years.

2          Mr. Vallejo received three and a year of home

3    detention.  Mr. Vallejo had this home detention component

4    because of his age.

5          Mr. Harrelson was where he ended up because of his

6    conduct in part because of the significance I placed on his

7    actually having patted down the police officer as he left

8    the building and the comments that he made afterwards and

9    his continued communication with Kelly Meggs and conduct in

10   obstructing what happened that day or the investigation of

11   what happened that day.

12         You know, Mr. Moerschel is, in one sense, more

13   culpable than Mr. Harrelson.  He does have more

14   communications.  He's part of a group of people who are

15   chatting and discussing.  And in a sense, he is reinforcing

16   the beliefs of others, and that's not something

17   Mr. Harrelson did.

18         On the other hand, he did not scream "Treason,"

19   let alone engage in physical violence.  He did not pat down

20   or touch a police officer on his way out.  And, importantly,

21   he got out and got out quickly from this group.

22         And he, as Mr. Edwards, and I appreciate you

23   pointing this out, did cooperate and did turn over the

24   weapons, which I think is indicative of an early acceptance

25   of responsibility in the sense of -- perhaps not in the

1    Guidelines sense, but certainly in the moral sense.

2             You know, look, sentencings are -- each person is

3    unique, and the reasons for sentencing are unique to that

4    individual.  But I want to say something I haven't said so

5    far, and that is sentencings shouldn't be vengeful.  It

6    shouldn't be such that it is unduly harsh simply for the

7    sake of being harsh.  Sentencings mean different things for

8    different people.  Periods of incarceration mean different

9    things for different people, and they send different

10   messages.

11            And so with that in mind, the sentence of the

12   Court is as follows:

13            You will be committed to the custody of the

14   Bureau of Prisons for concurrent terms of 36 months on

15   Counts 1, 2, and 3 and 4.

16            You will be further sentenced to serve 36 months

17   as a term of supervised release on Counts 1, 2, 3, and 4,

18   which also shall run concurrently.

19            You will be ordered to pay a special assessment of

20   $100 per count, for a total of $400.

21            And I should have added that, look, I'm cognizant

22   of what he was convicted of, and I don't discount the

23   importance of that.  But I also, as I said, have considered

24   the conduct itself and where he falls in the overall

25   hierarchy of those who were there that day.

1          While on supervision, you shall abide by the

2     following mandatory conditions, as well as the discretionary

3     conditions that are recommended by the Probation Office in

4     Part D of the sentencing options of the Presentence Report,

5     which are imposed to establish basic expectations for your

6     conduct while on supervision.

7          Those conditions include not committing another

8     federal, state, or local crime; must not unlawfully possess

9     a controlled substance.  You shall drug-test -- I'm sorry.

10         The mandatory drug-testing condition is suspended,

11    based upon the Court's determination that you pose a low

12    risk of future substance abuse; cooperation in the

13    collection of DNA; and must make restitution as it is

14    ordered within the next -- as the Court ultimately

15    orders it.

16         The following special conditions shall apply:

17         You must not associate, communicate, or otherwise

18    interact with any known or unknown member of a terrorist

19    organization or any other known or unknown criminal

20    extremist group or individual.  This includes persons who

21    are or claim to be involved with violent acts or advocating

22    for acts of violence and any persons who are located outside

23    the U.S. without approval of the probation officer.

24         If you inadvertently associate, communicate, or

25    other otherwise interact with a known terrorist or extremist

1  group or individual, you must immediately report this to the

2  Probation Office.

3        You must seek approval of the probation officer if

4  you wish to access, view, or use any online social media.

5  You must not download any social media apps to your phone or

6  computer.  You must not access social media on any other

7  device not approved by the probation office.  That includes

8  social media sites, chat services, blogs, and the like.

9        You also must not access, view, or use or possess

10  any extremist media.  This includes materials such as

11  literature, video, photos, and the like of individuals or

12  groups that promote the use of violence to further an

13  ideological or religious cause.  If you inadvertently

14  access, view, or use or possess such material, you must

15  immediately report this to the Probation Office.

16        To ensure compliance with the foregoing

17  conditions, you will be subject to a computer-monitoring

18  condition in which you must allow the probation officer to

19  conduct initial and periodic unannounced searches of any

20  computers subject to computer monitoring.  You must allow

21  the probation officer to install computer-monitoring

22  software on any computer.  And that includes desktop,

23  laptops, mobile devices, smart watches, gaming systems, and

24  the like.

25        These searches shall be conducted to determine

1    whether the computer contains any prohibited data prior to

2    installation of the monitoring software, whether the

3    monitoring software is functioning effectively after its

4    installation, and whether there have been attempts to

5    circumvent the monitoring software after its installation.

6         You must warn any other people who use the

7    computers that the computers may be subject to searches

8    pursuant to this condition.

9         A probation officer may conduct a search pursuant

10   to this condition only when reasonable suspicion exists that

11   there is a violation of a condition of supervision and that

12   the computer or device contains evidence of this violation.

13   Any search will be conducted at a reasonable time and in a

14   reasonable manner.  You may not and cannot use any services

15   designed to encrypt, disguise, mask, or anonymize your

16   online activity.

17        You shall not use any online gaming services or

18   systems.  That includes any mobile device applications.

19        You also shall not use any telecommunications

20   application without the consent of the probation office.

21   And that includes products, such as Skype, Discord,

22   TeamSpeak, and the like, software that specializes in

23   providing chat and voice calls between computers, tablets,

24   and mobile devices and other devices.

25        You must provide the probation officer with access

1    to any requested financial information and authorize the

2    release of any financial information.  The probation office

3    may share financial information with the

4    U.S. Attorney's Office.

5            The Court will authorize that supervision be

6    transferred to the jurisdiction of residence, but I'll

7    maintain supervision -- excuse me, jurisdiction over the

8    case.

9            The amount of restitution is yet to be determined

10   but will be paid to the Architect of the Capitol.  The Court

11   determines that you don't have the ability to pay interest

12   and, therefore, waives interest or penalties on any balance

13   that may accrue.

14           The Court also finds that you don't have the

15   financial ability to pay a fine.

16           Any restitution payments shall be made to the

17   Clerk of the Court for the U.S. District Court of the

18   District of Columbia for reimbursement -- or disbursement to

19   the Architect of the Capitol.

20           Any payment plan will be instituted upon release.

21           The financial obligations that are owed to the

22   Court shall be immediately payable to the Clerk of the Court

23   for the U.S. District Court at 333 Constitution Avenue

24   in D.C.

25           If you have not paid the balance and you do change

1    your address, within 30 days of any change of address, you

2    shall notify the Clerk of the Court of the change until such

3    time as the obligation is paid in full.

4            The probation office has the authority to release

5    the Presentence Investigation Report to all appropriate

6    agencies, including the U.S. Probation Office in the

7    approved district of residence.

8            Mr. Moerschel, you do have the right on appeal

9    your conviction and your sentences -- and your sentence.  To

10   notice your appeal, you shall do so within 14 days after the

11   Court enters judgment.  If you cannot afford the cost of an

12   appeal, you could request costs to file an appeal without

13   cost to you.

14           If you cannot afford a lawyer, you can request

15   that the Court of Appeals appoint one for you.

16           You also may appeal your sentence and convictions

17   if you believe you have received ineffective assistance of

18   counsel in connection with your trial representation or at

19   sentencing.

20           You also, under 28 U.S.C. 2255, have the right to

21   challenge the conviction that's been entered or the sentence

22   imposed to the extent permitted by that statute.

23           All right.  So that'll be the sentence of

24   the Court.

25           Mr. Weinberg, do you wish to place anything else

1    on the record at this point?

2            MR. WEINBERG:  Judge, just one thing.  I believe

3    there's a prison in Florida called Coleman, if the Court

4    could make a recommendation of that.

5            THE COURT:  Happy to do so.

6            And I'll permit Mr. Moerschel to self-report.  He

7    has no prior convictions, has had no violations on a very

8    long time of pretrial release, and I do not think in the

9    time that he will await his assignment that he presents a

10   threat to the community.

11           Okay.  Mr. Moerschel, your lawyer is right.  We

12   are not the worst -- we're not defined by our worst days.

13   And I have every confidence that once you have served your

14   time, paid your debt to society, that you will resume what

15   has otherwise been a lawful, giving, and faithful life and

16   will do great -- move on to do wonderful things for your

17   family and your community.

18           Good luck to you, sir.

19           Thank you, everyone.

20           COURTROOM DEPUTY:  All rise.

21           This Court stands in recess.

22           (Proceedings concluded at 11:35 a.m.)

23

24

25

## C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__June 8, 2023_____     

William P. Zaremba, RMR, CRR

**COURT REPORTER:**
**[1]** 33/13
**COURTROOM**
**DEPUTY: [5]** 3/2 38/10
68/10 68/13 79/20
**MR. EDWARDS: [35]**
3/15 4/18 5/13 5/22 8/5
8/9 8/13 8/16 8/18 8/23
10/20 11/15 14/13
14/21 15/3 15/15 15/23
16/7 16/7 17/2 17/21
17/24 18/1 18/6 19/21
22/4 32/18 33/19 34/17
36/13 36/23 37/1 37/5
37/7 56/20
**MR. MARTIN: [4]**
28/23 29/2 29/4 32/14
**MR. WEINBERG: [40]**
3/16 4/17 4/22 5/8 8/11
8/20 22/6 22/8 22/23
23/2 23/6 23/8 23/16
23/18 23/20 23/24 24/3
24/21 24/23 25/1 25/4
25/6 25/11 26/3 26/17
27/19 27/22 28/4 28/8
28/12 28/20 33/1
33/14 36/11 37/19
53/12 54/1 60/17 63/21
79/2
**THE COURT: [74]**
3/12 3/17 4/19 4/23 5/9
5/21 8/1 8/8 8/14 8/17
8/22 10/19 11/14 13/10
14/14 14/23 15/4 15/22
16/6 16/10 17/1 17/18
17/22 17/25 18/5 19/20
22/2 22/5 22/7 22/21
22/24 23/5 23/7 23/14
23/17 23/19 23/21 24/2
24/20 24/22 24/25 25/3
25/5 25/10 26/2 26/16
27/18 27/21 28/3 28/6
28/10 28/19 28/22 29/1
29/3 32/13 32/15 33/6
34/16 36/22 36/25 37/4
37/6 37/17 38/3 38/13
53/14 54/2 60/16 60/19
63/18 68/7 68/14 79/5
**THE DEFENDANT: [1]**
60/21

**$**

**$100 [1]** 73/20
**$250,000 [1]** 56/16
**$400 [1]** 73/20

**'**

**'19 [1]** 53/8
**'20 [2]** 53/20 53/20

**.**

**.45 [2]** 41/23 43/20
**.45-caliber [2]** 41/23
43/20

**1**

**10/10/19 [3]** 23/15

**10/10/2019 [2]** 23/9
24/1
**100 [1]** 34/24
**10:10 a.m [1]** 38/12
**10:57 a.m [1]** 68/12
**10th [1]** 53/9
**11 minutes [2]** 37/22
67/11
**114 [1]** 2/7
**11:17 a.m [1]** 68/12
**11:35 [1]** 79/22
**11th [1]** 53/19
**12 minutes [1]** 70/24
**132 F.3d 56 [1]** 49/8
**13th [1]** 14/12 16/2
17/22
**14 [2]** 56/4 78/10
**14th [3]** 23/13 23/13
24/10
**15 [1]** 43/20
**1503 [1]** 36/2
**1512 [6]** 5/3 38/22
38/23 38/24 55/14
55/15
**1532 [1]** 2/3
**1551 [1]** 18/21
**16th [8]** 14/12 15/13
15/14 16/2 16/3 16/5
16/18 17/23
**17th [1]** 16/3
**18 U.S.C. 3553 [1]**
68/17
**19 [7]** 23/5 23/15 23/16
23/18 23/22 23/22 24/1
**1993 [1]** 18/21
**19th [4]** 24/13 64/6
67/5 70/14
**1st [1]** 42/2

**2**

**20001 [1]** 2/13
**2019 [9]** 23/4 23/4 23/6
23/9 23/9 24/1 53/8
53/10 53/10
**202 [2]** 1/18 2/14
**2020 [7]** 15/21 16/2
23/10 23/11 23/13
24/10 40/12
**2021 [4]** 15/21 16/2
16/22 23/13
**2023 [2]** 1/5 80/7
**20579 [1]** 1/17
**20th [3]** 15/1 39/21
70/15
**21 [2]** 41/23 61/18
**22-15-8 [1]** 1/4
**2255 [1]** 78/20
**22nd [3]** 6/7 40/12
53/10
**239 [1]** 2/4
**23rd [1]** 53/20
**24th [2]** 40/19 40/21
**25,000 [1]** 56/16
**252-7277 [1]** 1/18
**265 [1]** 2/6
**28 [3]** 53/8 54/1 56/14
**28 U.S.C. 2255 [1]**

**28th [2]** 24/13 64/5
**29 [2]** 38/16 40/4
**2J1.2 [8]** 7/21 10/16
10/16 10/16 55/13
55/14 55/15 55/16
**2nd [1]** 42/10
**2X5.1 [1]** 55/10

**3**

**30 [1]** 78/1
**30th [1]** 16/15
**3249 [1]** 2/14
**333 [1]** 2/13
**333 Constitution**
**Avenue [1]** 77/23
**337-9755 [1]** 2/4
**33901 [1]** 2/3
**33950 [1]** 2/7
**35 [1]** 8/11
**354-3249 [1]** 2/14
**3553 [1]** 68/17
**36 [2]** 73/14 73/16
**372 [1]** 38/22
**3A1.4 [1]** 56/12
**3B1.1 [1]** 19/23
**3B1.2 [2]** 29/9 48/10
**3C1.1 [5]** 10/22 18/16
19/18 35/7 52/8

**4**

**45 [1]** 71/12
**4th [1]** 64/8

**5**

**5/22/19 [3]** 23/18 23/22
24/1
**5/22/2019 [1]** 23/9
**50 [1]** 61/18
**534 [1]** 4/13
**552 [1]** 4/11
**553 [1]** 4/11
**56 [1]** 49/8
**565 [1]** 4/12
**567 [1]** 4/14
**5702 [1]** 36/5
**575-8000 [1]** 2/8
**580 [1]** 4/13

**6**

**601 [1]** 1/17
**603 [1]** 4/15
**6th [37]** 6/4 7/12 7/14
7/15 9/16 9/24 17/17
21/2 21/3 25/16 25/21
26/14 29/22 29/25 30/6
30/21 32/4 35/8 39/23
40/24 41/6 41/18 42/1
42/4 42/5 42/20 42/22
43/19 44/3 56/22 58/24
60/4 62/23 66/8 67/9
67/14 68/1

**7**

**7277 [1]** 1/18
**78 [2]** 56/15 68/14
**7th [6]** 15/9 36/14
36/14 36/18 54/17 64/7

**8/11/2020 [1]** 23/10
**8/24/19 [1]** 23/5
**8/24/2019 [1]** 23/4
**8000 [1]** 2/8
**8th [1]** 53/8

**9**

**9/23/2020 [1]** 23/11
**9/28/2019 [2]** 23/4 23/6
**941 [1]** 2/8
**9514 [1]** 7/13
**97 [2]** 56/15 68/15
**9701 [1]** 16/4
**9755 [1]** 2/4
**997 F.2d 1551 [1]**
18/21
**9:02 [1]** 1/6
**9:44 a.m [1]** 38/12
**9th [2]** 29/23 64/9

**A**

**a.m [6]** 1/6 38/12 38/12
68/12 68/12 79/22
**abide [1]** 74/1
**ability [2]** 77/11 77/15
**able [6]** 14/24 19/25
26/4 63/9 63/10 65/20
**about [44]** 3/25 8/11
9/15 10/18 11/21 11/22
13/6 13/25 14/18 22/9
22/13 25/11 27/2 27/25
32/16 36/3 36/15 38/7
43/14 43/15 44/4 49/23
49/23 51/14 52/11
52/16 53/21 57/7 59/4
61/4 61/14 62/6 62/16
62/17 63/7 65/3 65/15
66/3 66/9 66/21 67/1
69/12 69/23 69/25
**above [1]** 80/4
**above-titled [1]** 80/4
**Abrams [1]** 36/7
**absence [2]** 13/5 53/18
**absolutely [1]** 41/5
**absolves [1]** 9/20
**abundant [1]** 43/13
**abundantly [1]** 43/12
**abuse [1]** 74/12
**acceptance [1]** 72/24
**access [7]** 54/9 54/10
75/4 75/6 75/9 75/14
76/25
**according [2]** 10/7
12/18
**accordingly [1]** 60/12
**accounts [2]** 59/7
71/13
**accrue [1]** 77/13
**achieve [1]** 68/19
**acknowledged [1]**
58/18
**acknowledging [1]**
60/2
**acquire [1]** 32/6
**acquitted [1]** 38/24
**across [5]** 56/23 57/13
57/14 58/25 67/19

**[16]** 21/4 21/6 21/7
26/25 27/3 40/14 40/18
40/23 40/25 41/2 41/7
43/4 43/15 60/7 60/8
60/9
**acted [2]** 12/3 12/6
**action [1]** 40/17
**actions [5]** 29/13 30/20
39/11 45/25 61/12
49/22
**active [3]** 48/25 49/21
49/22
**activities [1]** 49/10
**activity [7]** 3/25 29/20
31/9 32/3 39/14 39/16
76/16
**actors [2]** 42/24 42/24
**acts [8]** 39/1 39/12
45/16 46/2 55/6 55/22
74/21 74/22
**actual [2]** 42/3 46/21
**actually [20]** 13/12
14/7 27/16 29/24 33/24
42/23 43/18 43/24
47/14 51/15 52/23 53/3
53/4 53/9 53/16 54/3
54/8 62/16 71/2 72/7
**add [2]** 36/20 37/18
**added [1]** 73/21
**addition [2]** 45/24
68/16
**additional [2]** 32/20
56/12
**address [4]** 19/19
32/16 78/1 78/1
**addresses [3]** 30/15
31/7 31/12
**adequate [1]** 69/1
**adjustment [3]** 28/24
29/6 32/2
**administration [3]**
46/17 47/4 56/6
**admit [1]** 35/16
**admittedly [1]** 31/9
**adopting [1]** 38/16
**advocating [2]** 27/15
74/21
**affect [2]** 20/24 50/22
**afford [3]** 69/1 78/11
78/14
**after [16]** 16/5 17/16
17/16 18/18 28/9 37/22
46/12 54/24 57/10
58/16 59/11 65/6 65/15
76/3 76/5 78/10
**afternoon [2]** 14/18
46/5
**afterward [1]** 18/7
**afterwards [3]** 46/12
54/22 72/8
**again [16]** 17/9 24/20
27/10 30/24 36/19 37/4
38/14 43/2 43/24 51/23
54/16 54/25 61/20 63/2
63/22 65/19
**against [7]** 6/16 6/19
21/11 38/20 45/20 48/7
55/12
**age [1]** 72/4

**A**

**agencies** [1] 78/6
**agent** [7] 12/15 12/20 14/16 17/13 22/13 24/4 36/7
**Agent Cain** [1] 24/4
**Agent Cain's** [1] 14/16 22/13
**agents** [2] 26/5 34/4
**aggravating** [3] 19/22 20/14 29/5
**aggressive** [1] 10/10
**agreed** [7] 24/19 24/21 25/2 26/21 39/6 45/10 53/16
**agreement** [1] 46/18
**ahead** [2] 22/23 56/18
**ahold** [1] 10/5
**aid** [2] 4/12 4/14
**aided** [1] 2/15
**albeit** [1] 29/4
**Alexandra** [2] 1/15 3/6
**Alexandra Hughes** [1] 3/6
**all** [53] 3/13 3/17 4/9 4/24 5/9 5/14 8/2 8/3 8/3 11/10 13/8 14/11 17/19 20/17 21/2 28/9 28/10 28/12 28/17 28/19 28/20 29/13 35/25 37/7 38/4 38/4 38/10 38/20 40/1 40/24 42/18 43/17 45/9 50/19 55/4 55/18 55/19 55/21 56/18 59/7 64/23 65/10 65/16 68/7 68/10 68/13 68/16 69/9 70/10 71/13 78/5 78/23 79/20
**All right** [2] 68/7 78/23
**allocution** [2] 7/8 56/19
**allocutions** [1] 4/5
**allow** [2] 75/18 75/20
**almost** [1] 36/10
**alone** [3] 6/19 57/4 72/19
**along** [1] 9/4
**already** [1] 9/14
**also** [30] 9/22 22/16 24/5 24/5 24/9 25/19 26/3 27/9 38/22 39/5 39/25 40/4 40/21 41/17 46/1 51/21 53/5 55/14 55/15 55/16 64/2 64/22 69/3 73/18 73/23 75/9 76/19 77/14 78/16 78/20
**alternate** [1] 13/22
**alternative** [2] 12/11 34/3
**although** [6] 3/23 45/1 46/5 48/15 48/23 50/3
**always** [9] 21/15 21/18 25/21 26/24 34/24 41/9 41/9 57/6 66/12
**am** [3] 18/18 28/9 48/1
**AMERICA** [2] 1/3 3/4
**American** [3] 35/9

**AMIT** [1] 1/9
**among** [6] 6/12 29/13 48/19 70/11 70/13 71/24
**amount** [3] 11/13 48/7 77/9
**analysis** [3] 29/18 30/14 31/25
**analyze** [2] 19/5 29/10
**Andersen** [1] 52/20
**anesthesia** [1] 59/18
**angle** [1] 66/14
**animal** [1] 59/20
**anonymize** [1] 76/15
**anonymous** [3] 12/14 12/20 17/13
**another** [4] 19/11 23/10 63/11 74/7
**answer** [7] 16/1 16/7 21/16 21/18 21/23 41/9 41/10
**anticipate** [2] 19/16 42/7
**any** [54] 3/25 4/1 5/11 9/20 10/18 12/3 16/11 16/15 19/1 19/18 20/3 26/15 27/3 29/24 32/6 32/7 40/5 40/6 41/4 42/8 50/4 50/9 50/10 50/25 54/3 54/12 56/2 57/24 63/4 64/3 69/2 70/7 74/18 74/19 74/22 75/4 75/5 75/6 75/10 75/19 75/22 76/1 76/6 76/13 76/14 76/17 76/18 76/19 77/1 77/2 77/12 77/16 77/20 78/1
**anybody** [2] 27/8 67/21
**anymore** [1] 59/2
**anyone** [7] 5/6 17/20 31/16 41/12 51/5 67/19 70/21
**anything** [5] 4/16 28/11 37/2 62/6 78/25
**anyways** [1] 27/6
**apart** [1] 70/4
**apologize** [2] 11/18 61/23
**app** [8] 14/11 14/25 16/8 16/21 24/16 24/18 24/23 54/15
**appeal** [5] 78/8 78/10 78/12 78/12 78/16
**Appeals** [1] 78/15
**appear** [1] 57/15
**APPEARANCES** [2] 1/13 1/20
**appearing** [1] 3/10
**appears** [1] 35/3
**applicability** [2] 32/1 32/2
**applicable** [3] 5/16 51/19 55/13
**application** [1] 76/20
**applications** [4] 4/1 4/1 5/11 76/18

**applied** [1] 48/11
**applies** [2] 48/6 51/1
**apply** [9] 12/5 46/14 47/5 50/17 55/20 55/24 63/23 63/24 74/16
**appoint** [1] 78/15
**appreciate** [2] 62/4 72/22
**appreciated** [3] 30/8 30/10 30/13
**approach** [1] 48/13
**appropriate** [4] 29/7 51/2 51/6 78/5
**approval** [2] 74/23 75/3
**approved** [2] 75/7 78/7
**apps** [1] 75/5
**April** [1] 1/7
**AR** [3] 43/20 56/22 57/11
**AR-15** [1] 43/20
**AR-15-style** [2] 56/22 57/11
**Architect** [2] 77/10 77/19
**are** [38] 5/25 7/5 7/6 11/9 19/10 27/25 34/19 35/4 35/5 37/13 40/1 41/19 42/14 49/21 52/13 53/4 55/8 59/2 59/5 59/13 59/18 59/19 62/21 65/18 67/1 67/22 68/17 68/21 71/12 72/14 73/2 73/3 74/3 74/5 74/21 74/22 77/21 79/12
**area** [4] 8/6 21/24 69/24 70/17
**arguably** [1] 7/19
**argue** [7] 10/14 18/12 24/7 27/5 31/10 35/1 37/24
**argued** [4] 5/14 24/5 24/25 25/1
**argument** [9] 3/25 24/15 24/17 25/25 27/2 28/24 30/24 31/18 36/11
**arguments** [2] 9/7 27/4
**arms** [2] 6/16 43/11
**around** [11] 14/25 15/9 17/8 21/19 21/22 23/24 35/5 35/7 35/20 54/17 58/25
**arranged** [1] 12/10
**arrest** [2] 22/1 58/17
**arrested** [1] 65/15
**Arthur** [1] 52/20
**Arthur Andersen** [1] 52/20
**articulated** [1] 69/13
**artists** [1] 66/20
**as** [115]
**ashamed** [1] 62/11
**aside** [1] 57/19
**ask** [13] 3/21 4/20 22/21 25/17 29/8 31/24 32/12 32/15 58/22

**asked** [3] 14/6 36/15 61/16
**assaultive** [3] 46/2 46/22 50/4
**assess** [2] 49/4 55/17
**assessment** [1] 73/19
**assignment** [1] 79/9
**assistance** [1] 78/17
**associate** [2] 74/17 74/24
**associated** [1] 47/6
**assume** [1] 54/17
**assumption** [2] 42/16 54/17
**astray** [1] 59/22
**attempts** [1] 76/4
**attend** [2] 29/23 64/9
**attire** [1] 36/8
**ATTORNEY'S** [2] 1/16 77/4
**August** [2] 53/8 53/19
**authority** [5] 30/23 31/5 39/8 45/13 78/4
**authorization** [1] 47/17
**authorize** [2] 77/1 77/5
**automatic** [1] 7/16
**available** [1] 69/4
**Avenue** [3] 2/6 2/13 77/23
**avoid** [1] 69/4
**await** [1] 79/9
**aware** [5] 6/25 12/15 19/22 21/16 46/6
**away** [2] 8/12 14/25
**axiom** [4] 28/2 28/4 28/6 28/7

**B**

**back** [12] 7/17 13/6 14/16 23/21 30/1 34/22 38/8 53/6 57/7 58/14 64/21 68/8
**background** [1] 38/20
**bad** [4] 42/13 62/1 62/3 62/6
**Baker** [2] 2/9 3/9
**balance** [3] 58/7 77/12 77/25
**Barrett** [1] 2/12
**Base** [1] 56/4
**based** [8] 6/20 25/14 28/15 31/21 32/9 45/9 47/17 74/11
**basic** [1] 74/5
**basically** [1] 25/25
**bat** [1] 5/20
**battle** [5] 21/18 21/24 41/10 41/22 43/21
**be** [71] 7/10 7/12 7/22 12/8 14/14 15/8 15/16 17/18 18/3 18/7 19/7 19/14 21/10 21/23 24/14 25/25 30/11 32/24 33/9 33/18 34/9 38/2 38/8 38/19 39/17 40/7 40/17 41/18 42/4 42/5 42/7 42/14 42/15 42/17 43/1 43/4 43/6

**47/8** 47/8 51/24 53/21 55/25 57/25 60/3 60/3 60/12 60/22 62/4 63/10 63/12 63/21 68/8 69/25 71/3 73/5 73/6 73/13 73/16 73/19 74/21 75/17 75/25 76/7 76/13 77/5 77/9 77/10 77/16 77/25 77/25 78/23
**because** [43] 7/19 12/19 12/23 15/1 16/3 18/7 22/9 24/23 27/20 27/22 33/24 42/16 44/8 47/5 48/19 48/22 50/17 51/18 51/20 53/1 53/7 55/11 55/21 56/1 57/12 58/14 59/2 59/4 61/11 61/12 62/11 63/9 64/25 65/19 65/21 66/12 67/15 67/16 70/2 71/2 72/4 72/5 72/6
**becomes** [1] 9/25 53/24
**been** [24] 3/24 5/4 12/25 13/14 20/16 22/18 27/24 44/11 45/2 45/17 45/21 45/23 46/6 54/21 61/14 61/18 65/5 65/15 66/4 66/4 71/25 76/4 78/21 79/15
**before** [15] 1/9 9/16 18/7 25/16 26/11 40/23 41/1 44/10 47/18 57/15 58/17 64/12 66/7 66/16 68/1
**begin** [1] 69/6
**beginning** [1] 66/5
**behalf** [1] 3/9
**behavior** [6] 46/22 50/4 61/25 62/10 62/12 63/14
**being** [15] 10/1 11/21 14/3 20/21 36/20 37/22 45/25 48/8 51/22 56/25 61/11 66/3 66/7 67/15 73/7
**belief** [2] 30/18 47/16
**beliefs** [1] 72/16
**believe** [18] 8/6 8/23 20/15 22/13 23/2 24/4 24/11 28/16 29/6 30/12 30/18 32/9 39/16 44/1 51/25 58/9 78/17 79/2
**believe it's** [1] 24/11
**believed** [1] 58/25
**believes** [1] 41/13
**benefit** [3] 3/18 32/3 32/7
**Berry** [4] 6/22 10/7 44/12 47/14
**besides** [2] 24/12 67/11
**best** [1] 15/7
**better** [3] 6/23 69/13 70/7
**between** [4] 44/25 52/18 54/7 76/23
**Biden** [1] 43/9

# B

big [4] 26/7 28/8 41/18 64/10
bit [7] 9/6 9/9 11/21 27/23 63/23 66/12 67/10
Bittner [9] 7/16 8/16 8/17 8/20 9/3 36/22 43/19 43/25 44/1
black [1] 67/14
blaming [1] 64/15
bleed [1] 9/9
block [4] 18/2 53/17 53/19 53/21
blocked [1] 14/22
blocks [1] 34/21
blogs [1] 75/8
boss [3] 64/13 67/3 67/7
both [7] 27/24 36/6 37/8 46/3 58/18 66/10 69/19
bottom [3] 20/7 43/10 46/9
bound [1] 59/8
brain [1] 65/23
brains [1] 59/20
brief [2] 28/24 63/21
briefly [5] 29/17 37/19
bring [10] 8/25 9/17 9/17 31/14 37/13 46/18 58/12 62/22 64/16 70/3
bringing [6] 7/23 9/10 47/10 47/11 57/22 69/23
brings [3] 7/15 9/1 43/20
brink [2] 41/20 58/12
broad [1] 5/16
broke [2] 61/10 62/9
brothers [1] 62/12
brought [6] 21/24 44/1 50/2 58/4 58/19 60/6
BROWN [4] 2/2 2/6 8/3 41/19
bsrlegal.com [2] 2/4 2/8
building [11] 7/15 35/12 35/24 37/15 39/12 46/3 46/23 47/13 47/19 57/15 72/8
burden [2] 13/16 18/16
Bureau [1] 73/14
buy [2] 63/6 65/20

# C

Cain [1] 24/4
Cain's [2] 14/16 22/13
calculated [1] 50/22
calculation [3] 4/4 56/3 56/17
calculations [1] 55/8
caliber [2] 41/23 43/20
call [9] 10/4 12/15 25/20 41/7 43/5 47/18 60/1 60/8 60/9
called [7] 6/19 28/2 28/4 43/12 45/23 51/16

calls [1] 76/23
came [3] 15/1 46/5 60/6
cameras [1] 35/23
can [21] 4/20 11/12 12/5 13/24 15/16 15/16 16/3 19/5 19/9 19/19 19/20 22/24 32/15 32/21 35/25 36/11 40/15 52/24 60/25 65/19 78/14
can't [4] 5/2 17/14 54/19 63/7
Candidly [1] 35/14
cannot [4] 60/14 76/14 78/11 78/14
capacity [1] 53/3
Capitol [24] 6/4 10/9 25/24 30/4 31/14 35/9 35/12 35/18 35/24 36/6 37/22 39/12 44/6 44/10 44/18 45/19 46/3 46/23 47/19 60/9 62/2 64/3 77/10 77/19
Capitol building [5] 35/12 35/24 46/3 46/23 47/19
capped [1] 56/1
car [1] 62/7
caravan [2] 8/2 26/6
care [2] 65/4 67/12
careful [1] 11/16
Carolina [1] 8/10
CART [1] 14/16
case [20] 3/3 3/24 10/24 13/13 19/4 25/13 26/18 33/23 37/12 39/17 49/12 49/12 51/1 51/16 52/19 64/10 65/20 65/21 66/15 70/9
cases [4] 11/11 38/7 48/15 70/9
category [4] 56/15 56/15 57/5 57/5
Category I [1] 56/15
cause [7] 10/2 10/2 46/15 46/19 46/24 70/1 75/13
caused [2] 35/15 61/12
causing [3] 46/15 46/25 56/5
cell [1] 22/14
cell phone [1] 22/14
certain [3] 20/6 20/20 21/20
certainly [18] 15/13 17/6 40/8 44/8 44/11 44/16 44/22 45/1 45/20 46/6 46/19 47/23 50/5 50/8 51/4 69/15 71/8 73/1
Certified [1] 2/11
certify [1] 80/2
CH [1] 2/12
chain [2] 48/25 50/12
challenge [1] 78/21
chances [1] 6/23

change [2] 11/11 71/20 41/13 71/2 77/25 78/1 78/2
changed [1] 37/25
chaplain [1] 62/21
character [1] 65/12
characteristic [7] 7/22 10/23
characteristics [5] 9/10 9/22 68/23 69/20 71/11
charge [1] 39/10
charged [5] 15/20 17/3 17/6 29/14 39/19
charges [2] 20/17
chat [10] 5/24 6/8 7/2 39/21 39/25 40/1 49/22 54/4 75/8 76/23
chats [3] 29/24 36/17 70/13
chatting [1] 72/15
chest [1] 35/14
childcare [1] 60/23
children [7] 59/10 60/24 61/4 62/25 63/8 65/5 71/13
choice [1] 64/15
choices [1] 41/20
Christmas [2] 41/11 41/16
chronology [1] 5/20
chunks [1] 33/8
Circuit [12] 11/4 11/16 11/24 12/19 13/15 18/21 19/5 48/4 48/5 49/7 51/11 51/23
circumstances [6] 14/2 34/10 51/24 57/17 68/22 69/19
circumstantial [1] 36/19
circumstantially [1] 35/7
circumvent [1] 76/5
cited [1] 10/24
city [5] 57/12 61/24 63/14
civically [1] 59/2
Civil [1] 20/20
Civil War [1] 20/20
claim [1] 74/21
claimed [1] 51/20
clear [9] 11/8 12/2 15/4 17/18 32/10 41/24 44/5 49/3 51/12
clearly [6] 13/17 21/1 36/7 42/18 51/1 70/10
Clerk [3] 77/17 77/22 78/2
close [1] 60/18
closely [1] 26/25
closing [2] 24/5 24/17
co [20] 5/18 9/4 9/8 10/2 10/9 10/15 17/16 21/15 22/18 37/12 39/2 39/11 48/14 48/21 54/8 54/10 54/11 55/3
co-conspirators' [3] 46/1 48/17 54/11
coercion [1] 50/24
cognizant [2] 42/15 73/21
Coleman [1] 79/3
collection [1] 74/13
COLUMBIA [3] 1/1 50/3 77/18
combination [1] 50/5
come [4] 13/21 54/11 60/19 70/17
comes [7] 24/16 26/3 26/22 31/10 38/20 43/19 55/5
coming [5] 35/12 36/5 36/8 43/18 49/23
command [1] 48/25
commence [1] 52/11
commenced [1] 52/11
commentary [1] 37/9
comments [1] 72/8
commission [2] 31/8 31/13
committed [1] 73/13
committing [1] 74/7
common [3] 6/20 55/22 55/23
communicate [2] 74/17 74/24
communication [1] 72/9
communications [4] 18/3 54/4 54/12 72/14
communist [1] 40/20
community [5] 58/7 71/14 71/15 79/10 79/17
comparing [1] 48/13
compartmentalize [1] 20/1
compass [1] 59/15
compelling [1] 43/2
complete [1] 14/10
completely [4] 14/2 29/12 40/22 41/1
compliance [1] 75/16
compliment [1] 62/4
component [1] 72/3
computer [8] 2/15 75/6 75/17 75/20 75/21 75/22 76/1 76/12
computer-aided [1] 2/15
computer-monitoring [2] 75/17 75/21
computers [4] 75/20 76/7 76/7 76/23
con [1] 66/20
concealing [1] 52/6
conceded [1] 30/25
concern [2] 69/17

concluded [1] 79/22
concluding [1] 49/2
conclusion [1] 40/9
concurrent [1] 73/14
concurrently [1] 73/18
condition [7] 26/24 64/17 74/10 75/18 76/8 76/10 76/11
conditions [5] 74/2 74/3 74/7 74/16 75/17
conduct [48] 5/11 5/16 5/18 6/3 10/15 10/15 11/6 11/11 13/11 13/17 13/18 18/14 20/4 20/24 25/12 26/4 31/13 35/3 39/1 45/7 46/1 46/22 47/25 48/7 48/8 48/9 49/5 50/14 50/22 51/21 51/25 57/3 57/19 57/20 58/13 58/16 69/12 69/21 69/22 70/7 71/1 71/24 72/6 72/9 73/24 74/6 75/19 76/9
conducted [3] 59/19 75/25 76/13
conducting [1] 36/20
confidence [1] 79/13
confinement [2] 68/2 68/5
confirm [2] 3/21 4/20
confirmed [1] 43/17
confrontation [1] 44/22
confrontations [1] 44/23
confused [1] 23/19
Congress [3] 41/12 41/13 45/15
congressional [1] 45/15
Congressman [1] 25/17
connect [1] 35/11
connected [3] 17/11 19/1 55/22
connecting [1] 7/24
connection [2] 39/15 78/18
connor [3] 2/2 2/4 3/8
Connor Martin [1] 3/8
consciousness [1] 45/5
consent [1] 76/20
consider [9] 31/25 31/25 57/19 58/13 58/21 60/2 68/16 68/21 69/3
consideration [1] 20/9
considered [3] 52/18 71/23 73/23
considering [1] 21/22
consistent [2] 34/13 51/7
conspiracies [3] 38/21 39/3 39/19
conspiracy [24] 5/17 17/4 17/6 19/24 20/2

**C**

**conspiracy... [19]**
20/17 20/18 27/8 28/18
29/14 30/7 38/22 39/7
39/9 39/14 45/18 47/21
48/23 49/15 50/22 51/4
51/8 53/22 53/24
**conspirator [1]** 60/11
**conspirators [18]** 5/18
9/4 9/8 9/9 10/2 10/9
10/15 17/16 21/15
22/18 37/12 39/2 39/11
48/14 48/21 54/8 54/10
55/3
**conspirators' [3]** 46/1
48/17 54/11
**constitutes [3]** 46/19
47/3 47/23
**constituting [1]** 55/23
**Constitution [4]** 2/13
40/22 41/1 77/23
**construction [2]** 65/22
65/24
**contact [1]** 26/13
**contains [2]** 76/1 76/12
**context [8]** 21/19 27/10
27/12 27/19 29/7 31/6
57/18 58/24
**continued [3]** 2/1
36/13 72/9
**contributed [4]** 50/6
61/25 63/15 67/17
**contributed to [1]**
67/17
**contribution [1]** 50/21
**controlled [1]** 74/9
**conversation [1]** 44/15
**conversations [1]**
26/13
**convicted [8]** 5/2 20/11
20/16 32/11 38/21
38/23 39/2 73/22
**conviction [3]** 52/15
78/9 78/21
**convictions [5]** 50/18
50/18 50/19 78/16 79/7
**convulsing [1]** 65/9
**cooperate [1]** 72/23
**cooperation [1]** 74/12
**cops [2]** 42/13 42/13
**copy [1]** 27/16
**correct [5]** 17/21 17/24
36/22 36/23 80/3
**corrected [1]** 5/4
**corrupt [1]** 6/19
**cost [3]** 47/6 78/11
78/13
**costs [1]** 78/12
**coterminous [1]** 5/17
**could [18]** 6/18 12/23
13/10 14/19 15/4 46/10
33/3 37/24 37/25 62/1
62/2 66/21 69/14 70/1
71/3 71/7 78/12 79/4
**couldn't [2]** 12/17
12/19
**counsel [3]** 32/13
49/19 78/18

**Counm [AJM]/M/3 5/20**
15/21 38/23 38/24
55/10 55/14 55/15
55/16 55/18 55/25
73/20
**Count 1 [2]** 15/21
55/10
**Count 2 [1]** 55/14
**Count 3 [1]** 55/15
**Count 4 [2]** 55/16
55/25
**counter [1]** 38/2
**country [1]** 57/14
58/25 67/14 67/19
67/23
**counts [3]** 55/25 73/15
73/17
**Counts 1 [2]** 73/15
73/17
**couple [8]** 5/19 6/5
18/25 28/15 38/4 38/6
51/10 64/11
**course [8]** 43/14 43/17
44/3 45/4 46/11 46/21
47/20 53/20
**court [71]** 1/1 2/10
2/12 5/20 6/11 10/24
11/6 11/8 11/18 12/4
12/8 12/9 12/15 12/22
13/3 13/23 13/24 16/22
19/4 19/9 19/15 20/19
21/16 22/13 22/20
26/15 27/9 27/16 29/8
29/10 30/18 31/24
31/25 32/12 32/21
32/25 32/25 33/21 34/2
38/11 48/11 48/12
48/15 48/16 48/21 49/2
49/4 51/12 51/18 57/18
58/20 58/22 64/1 67/25
68/11 73/12 74/14 77/5
77/10 77/14 77/17
77/17 77/22 77/22
77/23 78/2 78/11 78/15
78/24 79/3 79/21
**Court's [6]** 12/25 13/18
30/14 34/8 67/18 74/11
**courthouse [1]** 51/17
**courtroom [1]** 18/23
**courtrooms [1]** 57/14
**Courts [1]** 48/13
**cover [1]** 33/5
**covers [2]** 10/15 10/16
**CR [1]** 1/4
**credit [1]** 58/16
**crew [1]** 26/6
**crime [3]** 70/5 70/6
74/8
**criminal [22]** 3/3 6/8
9/12 9/22 29/20 31/9
32/3 35/19 36/9 39/13
39/14 39/15 39/19
48/16 48/20 49/5 55/22
56/15 57/16 57/23
66/20 74/19
**Criminal Case No.
22-15-8 [1]** 3/3
**criminality [1]** 30/11

**coun [AJM] 3/2 6/32/2**
63/15
**cross [2]** 26/5 55/10
**cross-examinations [1]**
26/5
**cross-reference [1]**
55/10
**crowd [1]** 64/21
**CRR [2]** 80/2 80/8
**culpability [6]** 31/11
48/14 48/17 48/18 49/3
49/5
**culpable [7]** 28/17
29/12 48/19 48/23 49/1
70/11 72/13
**currier [1]** 49/13
**custody [1]** 73/13

**D**

**D.C [15]** 1/5 1/17 2/13
21/24 41/4 42/1 43/19
46/8 47/11 49/23 49/24
50/1 61/24 63/14 77/24
50/1 61/24 63/14 77/24
**D.C. [6]** 11/4 11/16
11/24 12/19 18/21 19/5
**D.C. Circuit [6]** 11/4
11/16 11/24 12/19
18/21 19/5
**damage [4]** 10/3 46/16
56/6 69/25
**danger [2]** 50/7 70/8
**data [2]** 33/10 76/1
**date [20]** 5/25 14/19
15/17 15/20 16/16
16/20 17/8 18/3 18/11
26/11 34/12 35/5 35/25
36/18 41/7 41/8 42/21
54/16 56/21 80/7
**dates [2]** 17/6 23/20
**DAVID [11]** 1/6 3/4
27/23 64/15 64/25
65/10 65/17 66/5 67/2
67/9 67/23
**David Moerschel [1]**
3/4
**David's [2]** 25/14 65/2
**day [28]** 9/25 20/11
21/4 26/11 30/2 31/5
32/6 35/8 36/14 39/22
40/25 41/1 41/11
41/16 41/19 44/3 47/7
50/7 54/24 62/2 62/3
65/1 65/2 70/12 71/9
72/10 72/11 73/25
**days [4]** 64/12 78/1
78/10 79/12
**deal [1]** 44/4
**dealings [1]** 71/10
**death [1]** 61/3
**debating [1]** 66/4
**debt [1]** 79/14
**December [16]** 5/23
6/7 7/1 18/11 21/8
24/13 39/21 40/12
40/19 40/21 54/5 64/6
67/5 70/14 70/14 70/15
**December 22nd [2]** 6/7
40/12

**coun [AJM] 3/2 December 22nd [2]** 6/7
40/19 40/21
**decent [1]** 66/1
**decided [1]** 59/1
**decision [3]** 30/23 31/4
50/12
**decision-making [3]**
30/23 31/4 50/12
**decline [2]** 48/2 48/2
50/15
**decompress [1]** 59/11
**decrease [1]** 57/4
**default [2]** 11/15 11/17
**defendant [21]** 1/7 2/2
3/10 11/5 11/6 12/3
12/6 12/10 13/21 28/22
29/19 30/15 30/23 32/3
33/24 33/25 48/8 48/18
51/17 68/23 69/2
**defendant's [7]** 4/13
31/8 48/6 48/14 48/17
49/4 49/8
**defendants [4]** 5/14
37/11 37/13 57/14
**defense [14]** 3/8 3/16
4/17 4/20 18/18 19/7
25/15 26/7 27/23 31/10
31/20 33/15 37/21
71/20
**Defense Exhibit 3 [1]**
25/15
**Defense Exhibit 4 [1]**
27/23
**defense's [2]** 3/18
29/11
**defined [1]** 79/12
**definitely [1]** 65/2
**definition [2]** 35/2 37/8
**defund [1]** 42/12
**degree [5]** 30/15 30/22
47/24 69/8 70/8
**degrees [2]** 65/18
71/17
**delay [1]** 45/12
**delete [3]** 25/8 34/23
34/24
**deleted [12]** 13/8 15/9
17/19 18/20 19/17 24/8
24/10 24/17 24/9
24/23 33/3 33/8
**deleter [1]** 16/23
**deletes [1]** 54/24
**deleting [7]** 16/8 16/21
17/15 33/4 34/10 34/21
52/3
**deletion [17]** 14/4
14/10 14/19 14/21
16/14 16/24 16/25
22/12 33/2 34/8 35/4
35/7 45/8 52/25 54/16
55/1 55/7
**deletions [2]** 16/16
33/5
**democracy [2]** 57/20
58/8
**denominator [1]** 48/9
**denote [1]** 31/22
**departing [1]** 46/12

**Department [1]** 64/22
**departure [1]** 20/15
**describes [1]** 57/3
**designed [1]** 76/15
**desktop [1]** 75/22
**destroying [1]** 52/6
**destruction [5]** 52/6
52/17 52/17 52/19
52/20
**detail [1]** 10/13
**detention [2]** 72/3 72/3
**determination [1]** 15/5
31/22 74/11
**determine [1]** 59/19
75/25
**determined [1]** 77/9
**determines [1]** 77/11
**determining [3]** 32/1
32/1 48/6
**deterrence [3]** 69/1
69/9 69/16
**develop [2]** 59/15
59/25
**device [4]** 9/20 75/7
76/12 76/18
**devices [3]** 75/23
76/24 76/24
**dichotomy [1]** 13/3
**did [69]** 6/3 6/14 6/20
8/1 9/8 11/6 13/7 14/8
17/7 17/8 17/17 18/22
19/9 19/22 22/20 22/21
23/2 25/24 26/5 30/3
30/5 30/6 30/19 31/2
31/4 31/13 31/14 31/18
33/24 36/9 37/13 37/14
37/15 40/5 49/5 50/4
50/9 50/10 50/10 53/5
54/11 57/8 58/16 59/6
59/12 60/1 60/1 60/4
60/5 60/8 60/10 60/14
62/16 62/16 63/13
63/25 64/1 64/9 64/16
65/12 65/25 67/16
67/24 71/18 72/17
72/18 72/19 72/23
72/23
**didn't [20]** 11/16 11/24
12/22 16/15 25/23 26/8
26/9 26/12 29/23 32/6
34/13 51/20 51/21
57/24 59/9 59/16 60/8
61/9 64/2 64/3
**die [1]** 7/3
**difference [1]** 36/8
**different [14]** 11/9
12/24 13/2 14/1 17/12
17/15 30/13 35/23 71/3
73/7 73/8 73/8 73/9
73/9
**differently [4]** 14/10
16/12 44/7 52/13
**dig [2]** 19/6 19/9
**diminish [1]** 59/3
**dinner [1]** 58/25
**direct [1]** 50/10
**directly [2]** 7/9 50/9
**disagreement [2]** 11/1

**D**

disagreement... [1] 13/12
disassociate [1] 71/8
disbursement [1] 77/18
Discord [1] 76/21
discount [1] 73/22
discovered [1] 30/12
discretion [1] 31/15
discretionary [1] 74/2
discuss [1] 3/23
discussed [1] 48/12
discussing [2] 65/8 72/15
discussion [2] 25/20 47/15
discussions [1] 49/23
disguise [1] 76/15
disguised [1] 12/14
disobeyed [1] 61/10 62/9
disparities [1] 69/5
dispute [1] 24/11
disputes [1] 3/23
disrupt [1] 11/22
disservice [1] 60/3
dissuading [1] 21/20
distinguish [1] 52/18
district [16] 1/1 1/1 1/10 48/13 48/16 49/2 50/3 56/24 57/23 58/5 60/6 70/17 77/17 77/18 77/23 78/7
District Court [1] 49/2
dive [1] 5/19
divinity [1] 71/18
DM [2] 36/17 54/23
DM Kane [1] 54/23
DNA [1] 74/13
do [56] 4/3 6/13 8/25 14/6 19/23 20/14 20/21 25/17 25/24 27/7 27/10 29/16 30/8 31/15 31/15 31/16 31/17 33/25 34/5 34/20 34/21 37/7 38/25 40/15 43/1 43/12 44/8 45/4 45/9 45/23 50/23 51/2 51/6 52/16 55/4 57/24 58/15 58/16 60/1 60/4 60/14 62/1 62/3 66/6 67/21 67/22 70/5 70/9 77/25 78/8 78/10 78/25 79/5 79/8 79/16 79/16
document [4] 52/9 52/17 52/19 59/20
documents [1] 52/3
does [22] 9/2 9/3 10/18 21/6 26/15 31/22 40/7 43/16 44/19 45/5 46/14 46/23 49/14 51/4 53/7 66/5 66/14 70/16 70/19 71/8 71/21 72/13
doesn't [13] 11/10 13/21 13/22 15/19 16/20 17/13 19/6 20/22 40/18 43/24 50/12

doing [8] 7/10 14/5 21/20 34/18 34/18 35/20 35/22 58/22
Dolan [1] 6/15
Dolan's [1] 43/1
don't [42] 7/4 8/6 8/19 8/23 13/12 14/7 14/18 16/11 20/3 22/2 22/25 24/10 25/22 27/12 27/14 31/19 33/21 37/1 37/6 41/12 43/3 44/23 49/16 52/12 52/13 53/10 53/14 54/3 54/16 58/9 60/19 62/6 62/12 62/25 63/1 63/23 69/11 69/15 69/25 73/22 77/11 77/14
done [9] 18/19 24/18 24/24 27/6 51/7 52/20 52/25 63/7 63/16
door [1] 25/25
Doug's [1] 8/4
down [7] 34/14 36/5 37/3 60/18 66/1 72/7 72/19
download [1] 75/5
downward [2] 28/24 29/6 32/2
dozens [1] 6/9
draw [1] 40/9
drawn [1] 38/17
drive [1] 26/9
driven [1] 56/3
drives [1] 20/11
drop [1] 9/4
drops [1] 9/2
drove [1] 43/25
drug [3] 49/13 74/9 74/10
drug-test [1] 74/9
drug-testing [1] 74/10
due [2] 28/24 29/6
dumb [2] 62/5 62/5 62/7
dumped [1] 34/3
Dunn [3] 10/11 45/1 45/2
during [12] 18/23 18/23 22/11 23/3 25/15 27/10 33/11 33/15 37/20 40/6 57/9 64/18
duty [1] 25/18

**E**

each [7] 4/5 20/1 29/16 49/1 55/18 55/24 73/2
earlier [5] 9/16 15/13 21/9 51/16 64/5
early [3] 16/18 54/4 72/24
easier [1] 66/9
easily [1] 33/3
easy [1] 7/2
educational [1] 69/2
Edwards [12] 1/15 3/6 32/23 32/15 39/24 40/3 56/19 60/16 60/24

effectively [1] 76/3
efforts [1] 45/22
eight [2] 46/14 56/7
eight-level [2] 46/14 56/7
either [3] 50/13 53/15 71/7
election [6] 17/16 21/13 21/21 59/1 59/5 66/24
element [1] 11/2
elicited [1] 24/3
else [8] 4/16 5/16 25/18 27/8 28/11 41/7 66/11 78/25
Email [4] 1/18 1/19 2/4 2/8
emboldened [1] 62/3
encouraged [2] 62/1 64/14
encrypt [1] 76/15
end [1] 61/6
endeavored [1] 20/4
ended [3] 8/4 14/8 72/5
enforcement [2] 42/11 54/21
engage [2] 42/21 50/4 50/9 59/1 72/19
engaged [1] 45/19
engaging [1] 54/3
enhancement [11] 10/22 12/5 19/21 19/23 29/5 46/14 50/17 56/7 56/9 56/11 56/12
enhancements [3] 20/6 20/9 55/19
enormous [1] 42/8
enough [5] 5/17 12/22 19/8 41/13 69/24
ensure [1] 75/16
entered [3] 44/10 47/18 78/21
enterprise [2] 48/20 49/10
enters [1] 78/11
entire [2] 9/25 26/8
entirely [2] 16/9 36/18
entirety [1] 29/15
entitled [1] 48/18
epidemic [1] 57/13
EQ [1] 59/25
equally [1] 49/1
escaping [1] 57/13
escorting [1] 44/9
especially [2] 39/20 42/14
essentially [3] 8/2 43/5 51/12
establish [2] 42/18 74/5
establishes [1] 47/23
evaluate [1] 12/5
even [16] 18/17 18/18 20/10 29/24 35/4 41/25 44/23 44/24 48/22 52/24 54/17 55/5 65/14 65/14 66/16 70/22

events [2] 57/5 70/18 56/2
eventually [2] 8/4 10/5
ever [1] 28/7
every [2] 34/14 79/13
everybody [3] 3/14 25/8 66/11
everyone [5] 3/12 38/13 42/4 68/9 79/19
everything [1] 32/8
evidence [41] 12/3 12/5 12/11 13/17 13/22 16/12 19/14 22/11 24/6 24/8 24/18 32/20 32/24 33/22 33/23 34/7 35/6 35/17 36/1 36/9 36/19 38/18 38/25 39/6 42/19 44/6 45/5 45/9 52/4 52/7 52/17 52/24 53/16 54/12 54/19 55/5 55/6 64/7 70/20 70/22 76/12
evident [1] 40/7
evil [1] 59/14
exact [2] 15/20 16/16
exactly [2] 52/1 54/25
examinations [1] 26/5
examine [1] 48/9
example [8] 16/16 19/4 34/2 40/12 49/12 50/11 52/6 52/9
examples [3] 6/5 6/12 52/8
exception [1] 55/25
exclusive [1] 44/8
excuse [4] 48/3 66/20 67/24 77/7
execution [1] 45/12
exemplary [2] 67/11 71/12
exercise [1] 31/4
exercised [1] 30/23
exhibit [8] 7/13 14/17 16/4 25/15 27/23 27/25 36/2 36/5
Exhibit 1503 [1] 36/2
Exhibit 5702 [1] 36/5
exhibits [2] 38/5 64/12
existential [1] 20/20
exists [1] 76/10
expectations [1] 74/5
experience [1] 61/3 66/19
experienced [1] 57/16
experiments [1] 59/20
explain [1] 22/12
explanation [1] 13/23
expose [1] 42/3
express [1] 49/2
extensive [3] 10/17 47/9 56/10
extensiveness [1] 47/24
extent [2] 31/7 78/22
extra [2] 41/23 43/22
extraordinary [1] 71/19
extremely [1] 9/25

**F**

F.2d [1] 18/21
F.3d [1] 49/8
face [1] 71/21
faced [1] 61/19
fact [14] 7/19 11/15 12/13 12/16 15/17 20/16 26/23 38/20 40/9 40/10 46/25 51/20 64/16 70/14
factions [1] 43/8
factor [11] 29/16 29/18 30/9 30/14 30/22 31/7 31/10 31/12 31/21 31/23 31/24
factor-based [1] 31/21
factors [9] 29/11 32/9 49/19 49/20 68/17 68/21 69/6 69/9 71/23
facts [9] 5/19 13/25 39/18 49/12 49/16 49/20 50/12 51/24 63/23
factual [7] 3/23 5/1 13/19 13/25 38/15 38/16 38/17
fail [2] 21/3 40/24
fails [2] 40/23 41/1
fair [1] 16/17
fairly [1] 44/5
faithful [1] 79/15
fall [3] 66/6 66/21 71/19
falls [2] 71/24 73/24
family [7] 63/16 65/16 65/22 65/25 68/3 71/14 79/17
far [4] 30/13 31/5 31/19 73/5
farm [1] 8/4
father [2] 65/14 71/15
fault [2] 67/2 67/8
favor [1] 69/9
FBI [2] 24/4 26/5
fear [6] 19/1 19/2 19/10 51/18 51/20 61/2
fearful [2] 18/25 19/10
fearing [1] 65/11
federal [1] 74/8
feel [1] 27/14
fell [1] 67/2
felt [2] 61/8 71/1
few [4] 11/1 29/11 39/4 68/8
fight [1] 6/16 43/5 43/6
figure [1] 20/1
file [1] 78/12
final [1] 31/24
finally [2] 63/5 63/6
financial [5] 77/1 77/2 77/3 77/15 77/21
financially [1] 67/13
find [14] 11/6 13/24

**F**

find... [12] 29/8 32/12 38/1 38/25 39/5 45/9 48/21 50/21 51/12 52/24 54/19 55/4
finding [3] 12/6 29/10 39/5
findings [7] 4/3 13/19 13/25 38/15 38/16 38/18 49/3
finds [1] 77/14
fine [3] 19/20 56/16 77/15
fire [1] 58/5
firearm [3] 26/23 27/5 57/13
firearms [20] 7/18 9/3 9/4 9/11 9/18 26/25 41/5 45/11 47/11 49/25 57/10 57/11 57/17 57/22 58/3 58/4 58/11 58/18 58/19 63/25
firmer [1] 15/16
first [13] 22/8 24/11 24/13 24/22 25/19 26/10 29/18 48/4 60/18 64/6 64/7 66/17 70/14
fits [1] 35/4
FL [5] 2/3 2/7 5/24 6/8 7/11
flag [3] 35/10 35/13 37/20
flawed [1] 42/17
fled [3] 18/22 51/17 51/17
Florida [12] 7/17 8/2 28/9 36/24 39/21 39/25 40/14 46/9 49/22 57/22 65/25 79/3
focus [1] 57/20
focused [4] 21/12 29/18 30/10 59/9
focuses [1] 30/22
focusing [6] 9/15 10/1 12/9 13/1 18/13 35/7
folks [6] 17/7 18/14 20/5 21/19 51/8 60/13
follow [2] 22/20 62/7
following [5] 30/1 54/23 64/21 74/2 74/16
follows [1] 55/9 73/12
force [9] 7/13 21/11 39/8 39/12 39/20 41/25 42/6 45/10 50/20
forcibly [1] 45/13
foregoing [2] 75/16 80/3
foreseeable [10] 6/2 6/13 7/20 9/7 9/11 10/1 25/12 25/23 39/15 45/17
forgetting [1] 8/9
forgiveness [4] 61/16 61/17 61/17 61/21
Fort [1] 2/3
forth [3] 48/4 68/17 68/19
forward [8] 13/21 19/3

21/21 47/22 54/12
found [4] 22/10 32/17 37/23 65/13
foundations [1] 59/12
four [1] 72/1
fourth [1] 31/7
frame [1] 34/11
framework [3] 12/10 48/4 51/11
frankly [7] 11/23 17/5 26/23 32/7 35/22 59/24 70/21
fraud [1] 42/3
fraudulent [2] 59/1 66/24
free [1] 31/16
fresh [1] 22/9
friends [2] 62/11 62/13
front [2] 30/2 34/3
full [3] 49/14 70/18 78/3
functioning [1] 76/3
funky [1] 53/7
further [4] 21/25 71/10 73/16 75/12
furtherance [2] 9/8 39/14
future [1] 74/12

**G**

G-a-v-i-r-i-a [1] 48/12
gaming [2] 75/23 76/17
gap [3] 23/10 23/12 23/14
gaps [7] 22/14 22/25 23/8 24/6 32/16 53/5 53/7
gaps were [1] 22/25
garbage [1] 34/3
Gator [1] 35/21
gauge [1] 49/5
gave [3] 34/2 34/12 49/12
Gaviria [1] 48/12
gear [2] 36/15 41/21
general [2] 65/10 69/9
generically [1] 49/6
gentleman [1] 64/24
gentlemen [3] 26/10 28/18 41/17
get [10] 10/5 11/9 34/25 60/8 60/9 61/9 67/19 69/11 69/18 70/24
gets [4] 18/19 33/20 56/14 66/16
getting [2] 7/21 21/12
give [3] 38/4 38/7
given [3] 14/5 19/15 51/3
gives [1] 32/25
giving [2] 67/7 79/15
Glock [4] 7/15 41/23 43/20 56/22
go [39] 3/19 4/9 6/8 6/8 8/21 21/10 24/12 24/14 6/9 6/10 6/19 7/4 7/7 10/9 10/13 21/10 22/23

39/16 44/13 44/17 44/19 45/6 47/17 56/18 58/1 58/6 58/11 59/10 60/9 63/22 63/25 64/11 64/14 64/15 64/25 67/3 67/4 70/19 71/7
go ahead [2] 22/23 56/18
God [7] 61/9 61/10 61/16 62/9 63/12 65/11 71/16
God's [1] 61/16
God-fearing [1] 65/11
goes [4] 9/2 10/8 65/23 71/10
going [21] 9/15 10/6 15/15 18/3 18/7 19/3 19/12 22/21 30/17 31/18 36/8 37/7 41/17 44/13 47/12 47/22 48/1 60/17 62/11 62/18 63/6 gone [2] 44/10 45/18
good [8] 3/2 3/12 22/6 22/7 42/13 59/14 63/22 79/18
Good morning [2] 3/12 63/22
Gorda [1] 2/7
got [13] 8/22 18/5 24/3 25/9 25/16 32/24 63/4 63/5 64/11 64/13 68/3 72/21 72/21
GoToMeeting [2] 29/23 64/9
gotten [2] 27/5 27/6
governing [1] 45/12
government [43] 1/14 3/7 4/18 6/17 6/19 6/24 7/25 11/10 11/25 12/12 12/17 12/22 19/8 20/25 21/11 21/12 21/12 22/16 23/12 26/18 26/21 27/12 27/22 29/5 31/1 34/5 39/8 42/24 43/6 43/7 43/7 43/8 50/23 51/3 51/15 54/9 54/10 57/2 57/21 58/17 58/19 59/4 66/10 government's [12] 4/12 5/15 7/13 14/5 15/24 16/4 28/16 36/1 36/4 56/24 64/10 64/20
government-type [1] 43/7
grab [2] 11/19 58/11
graduate [1] 71/17
Graham [1] 48/5
grave [1] 69/22
gravity [2] 30/8 57/19
great [3] 4/19 44/4 79/16
greater [1] 68/18
ground [2] 8/7 8/24
group [28] 5/24 6/8 8/21 21/10 24/12 24/14 24/18 24/24 25/19 26/6 26/13 36/17 43/10 44/4

50/6 55/21 64/6 71/6 71/9 71/10 72/14 72/21 74/20 75/1
groups [1] 75/12
guess [1] 25/7
Guideline [5] 50/16 51/19 55/13 55/13 55/19
Guidelines [14] 4/2 4/4 5/11 46/13 50/15 52/13 55/8 55/11 55/18 56/2 56/17 68/14 68/16 78/4
Guidelines Range [1] 68/14
guilt [1] 45/5
guilty [2] 22/10 65/13
gun [5] 21/18 21/23 41/10 64/16 64/17
guns [2] 21/24 60/8
guy [8] 60/7 62/5 62/8 62/20 62/22 62/23 66/16 66/24

**H**

habitually [1] 34/18
Hackett [4] 14/17 14/24 37/23 39/4
had [46] 5/1 14/15 17/6 17/16 20/23 22/14 22/17 22/19 23/3 25/23 26/11 26/13 27/6 31/15 33/16 33/24 33/25 34/3 43/22 45/23 47/18 50/8 50/25 51/15 51/17 51/17 51/20 53/2 53/2 54/9 54/10 55/1 56/22 59/7 59/10 59/10 59/15 59/24 60/22 61/23 62/10 65/15 67/3 69/12 72/3 79/7
hairs [1] 57/6
half [1] 34/22
hallway [3] 46/4 47/1 47/2
hand [1] 72/18
handgun [5] 7/16 7/23 9/1 43/21 56/23
Hangout [7] 5/24 6/8 7/11 39/21 39/25 40/14 49/22
happen [1] 42/7
happened [5] 7/20 16/14 62/15 72/10 72/11
happening [2] 42/14
happens [1] 67/6
happy [8] 5/19 7/7 10/13 19/19 21/25 27/21 37/3 79/5
harassing [4] 12/20 13/3 17/13 34/4
harm [5] 7/20 7/22 9/13 10/2 61/12
Harrelson [9] 20/19 20/21 36/15 40/5 46/8 72/1 72/5 72/13 72/17
harsh [2] 73/6 73/7

40 [40] 3/22 4/21 4/22 5/4 5/20 9/14 11/4 13/15 19/14 19/18 21/25 29/5 31/16 35/9 35/13 42/8 44/20 48/4 48/5 49/7 51/3 51/11 61/14 61/15 64/1 65/4 65/17 66/3 66/23 66/24 67/10 67/11 67/12 67/21 68/3 70/16 78/4 79/7 79/7 79/15
hat [3] 35/9 35/13 35/14
hate [1] 35/16
haunting [1] 61/1
have [89]
haven't [12] 42/8 73/4
having [4] 50/13 57/16 61/3 72/7
he [284]
he didn't [5] 26/8 29/23 59/9 59/16 64/2
He had [1] 31/15
He wasn't [1] 64/19
he's [18] 17/15 33/9 35/12 46/1 58/23 58/23 60/1 62/17 64/18 65/4 65/5 65/5 67/15 68/3 68/3 70/19 70/20 72/14
head [2] 30/1 36/3
hear [6] 3/24 4/5 4/7 5/10 29/2 37/2
heard [5] 28/7 34/15 44/15 47/1 47/14
hearing [1] 6/15
heart [1] 69/18
held [2] 30/25 48/8
help [5] 56/25 62/20 62/23 63/9 63/10
helped [5] 65/5 65/6 65/8
helpful [1] 65/11
helping [2] 7/25 61/14
Henry [16] 10/25 11/8 11/20 11/23 12/13 13/3 15/25 17/9 17/12 18/17 32/23 33/20 33/25 35/2 51/12 51/14
her [22] 62/11 64/15
here [21] 3/13 7/2 9/7 11/5 11/17 11/22 18/15 18/16 18/19 20/13 34/6 34/8 34/19 38/16 52/22 53/22 60/22 61/9 67/6 69/11 71/23
here's [3] 16/20 65/23 71/12
hide [1] 24/18
hiding [1] 45/3
hierarchical [2] 19/24 31/3
hierarchy [1] 73/25
higher [1] 11/24
highlight [4] 5/24 20/8 31/21 57/12
highlighted [3] 40/3 40/3 40/4
him [36] 6/16 9/18 9/20

**H**

him... [33]  12/20 14/6
17/8 17/14 18/13 21/20
22/10 27/7 30/2 36/5
43/20 44/23 45/17
50/13 54/3 56/25 58/1
58/6 59/8 59/8 59/14
60/2 60/2 64/14 64/23
65/13 65/15 66/24 67/4
67/7 67/12 67/24 71/6
**himself [9]**  6/2 7/7
12/14 36/20 43/16 44/1
50/4 71/5 71/9
**hinder [1]**  45/11
**hinge [1]**  58/8
**his [93]**
**history [6]**  22/15 56/15
57/6 68/22 69/20 71/11
**home [7]**  54/24 59/10
59/10 68/2 68/5 72/2
72/3
**Honor [38]**  3/2 3/15 5/8
5/13 6/25 10/14 10/18
10/21 10/24 16/18
18/18 18/20 19/13
19/18 19/22 19/25
21/25 22/6 24/16 28/23
29/2 29/4 29/15 32/18
35/1 35/6 36/1 36/4
37/1 37/10 56/20 56/21
57/12 57/15 60/12
60/21 61/8 63/17
**Honor's [4]**  11/3 16/1
16/7 20/8
**HONORABLE [1]**  1/9
**hope [2]**  19/25 41/12
**hot [1]**  65/24
**hotel [9]**  8/7 9/2 9/5
26/9 43/23 43/24 44/2
56/23 58/20
**hourly [1]**  66/1
**house [4]**  10/10 44/19
63/6 65/20
**how [22]**  3/18 11/1
14/9 27/14 32/5 32/22
48/13 57/2 61/24 61/25
62/25 63/7 63/14 65/3
65/4 65/4 65/5 65/5
65/6 65/8 66/5 71/25
**however [2]**  38/24
52/15
**huddle [1]**  44/6
**Hughes [2]**  1/15 3/6
**hundreds [1]**  6/9
**husband [1]**  71/15

**I**

**I also [2]**  69/3 73/23
**I am [3]**  18/18 28/9
48/1
**I apologize [1]**  11/18
**I believe [10]**  22/13
23/2 24/4 30/12 30/18
32/9 39/16 44/1 51/25
79/2
**I can [2]**  19/19 35/25
**I can't [1]**  54/19
**I did [3]**  22/21 23/2

**I didn't [1]**  61/9
**I don't [18]**  7/4 8/6 8/23
13/12 22/2 24/10 25/22
27/12 27/14 31/19
33/21 37/6 43/3 52/12
58/9 69/11 69/15 73/22
**I don't have [1]**  22/25
**I don't recall [1]**  16/11
**I have [6]**  28/13 28/20
38/15 61/17 63/7 79/14
**I haven't [2]**  42/8 73/4
**I just [8]**  26/22 30/17
36/13 41/2 50/24 61/22
63/22 67/25
**I know [6]**  15/19 22/10
28/6 55/17 67/10 68/1
**I mean [9]**  8/1 13/15
14/24 15/7 16/11 61/23
66/23 67/3 71/12
**I missed [1]**  25/20
**I say [2]**  35/17 71/2
**I should [3]**  4/16 13/14
73/21
**I think [41]**  3/23 8/3
12/8 13/23 14/7 15/16
15/16 15/23 18/23 26/4
28/14 33/6 33/15 34/2
34/20 35/4 36/16 37/10
37/21 40/22 40/25 41/2
42/13 42/18 44/5 47/23
52/5 57/18 58/12 58/14
58/20 61/13 65/9 66/9
67/18 67/23 69/13 70/8
70/14 71/20 72/24
**I thought [3]**  23/15
23/22 66/9
**I understand [3]**  11/3
32/21 34/8
**I want [5]**  41/23 63/24
64/25 66/2 73/4
**I was [10]**  15/15 18/2
22/21 23/25 26/4 53/12
62/9 62/18 62/21 62/23
**I went [1]**  14/15
**I will [6]**  29/15 30/21
34/24 38/19 39/24
50/17
**I'd [16]**  10/13 10/25
11/19 12/9 18/20 20/8
20/13 21/14 22/8 22/16
25/11 25/12 27/18 51/14
61/17 65/14
**I'll [19]**  3/19 3/21 4/3
4/7 21/1 25/17 28/14
34/22 34/23 35/6 38/8
49/19 50/15 52/23
60/18 63/21 68/8 77/6
79/6
**I'm [45]**  5/19 7/7 8/9
8/15 10/13 12/15 15/13
16/13 19/19 21/16
21/25 23/5 23/19 24/20
25/13 25/15 25/17 27/2
27/4 27/21 30/17 31/18
37/3 37/4 38/16 41/2
42/6 52/1 55/17 60/17
61/11 61/11 61/12 62/4

63/13 63/13 63/14
63/16 71/6 73/21 74/9
**I'm going [1]**  60/17
**I'm just [1]**  42/6
**I'm not [8]**  25/13 27/2
30/17 31/18 52/1 61/11
63/10 71/6
**I'm not sure [1]**  16/13
**I'm sorry [11]**  8/15
23/5 24/20 37/4 41/2
61/12 63/13 63/13
63/14 63/16 74/9
**I'm sure [2]**  12/15
21/16
**I've [10]**  3/19 4/9 9/14
27/24 28/7 40/3 49/21
61/16 62/13 71/23
**identified [1]**  38/6
**identifies [1]**  41/6
**identify [3]**  35/15 37/25
71/6
**identifying [1]**  52/6
**ideological [1]**  75/13
**ignored [1]**  58/10
**images [1]**  61/2
**immediate [1]**  71/2
**immediately [10]**  35/18
36/10 45/6 46/11 47/18
54/22 71/9 75/1 75/15
77/22
**IMO [1]**  41/4
**impact [3]**  47/24 63/8
69/12
**impede [1]**  45/14
**importance [2]**  42/20
73/23
**important [8]**  24/9 33/4
51/14 52/5 52/18 58/15
58/20 71/23
**importantly [1]**  49/7
51/23 72/20
**impose [2]**  48/2 68/18
**imposed [4]**  60/3 68/24
74/5 78/22
**impression [1]**  40/17
**impulses [1]**  58/8
**inadvertently [2]**  74/24
75/13
**incarceration [2]**  68/5
73/8
**include [2]**  5/18 6/5
74/7
**includes [6]**  74/20 75/7
75/10 75/22 76/18
76/21
**including [13]**  7/1 7/5
9/14 19/5 39/11 40/1
41/25 45/11 45/20 46/8
55/2 71/17 78/6
**increase [2]**  32/6 51/2
**indeed [2]**  32/10 61/15
**independently [1]**  8/21
**indicative [2]**  49/11
72/24
**indictment [1]**  64/24
**individual [11]**  12/14
12/19 17/12 58/3 59/17

**individual's [2]**  20/1
**individually [1]**  55/17
**individuals [3]**  17/12
18/10 75/11
**ineffective [1]**  78/17
**infer [4]**  14/25 15/12
32/21 33/21 44/14
44/17
**inference [5]**  15/7 15/8
15/8 34/8 40/8
**inferences [2]**  33/7
38/17
**influence [1]**  20/24
**information [9]**  77/1
77/2 77/3
**inherent [2]**  17/2 17/10
**inherently [5]**  13/2
15/24 51/25 52/1 52/2
**initial [1]**  75/19
**injured [1]**  70/21
**injury [5]**  46/15 46/19
46/24 46/25 56/5
**inkling [1]**  21/5
**inside [6]**  31/13 44/19
46/23 64/3 70/19 70/20
**install [1]**  75/21
**installation [3]**  76/2
76/4 76/5
**instead [2]**  30/1 32/8
**instituted [1]**  77/20
**instruct [1]**  45/14
**insubstantial [1]**  53/4
**Insurrection [9]**  21/4
21/7 26/25 27/3 40/14
40/18 40/23 41/2 43/4
**Insurrection Act [9]**
21/4 21/7 26/25 27/3
40/14 40/18 40/23 41/2
43/4
**intend [1]**  31/19
**intended [1]**  20/23
**intending [1]**  18/2
**intent [18]**  9/22 11/2
11/5 11/10 11/11 11/13
12/1 13/20 13/25 16/23
17/3 19/8 20/24 44/17
51/13 52/21 52/25 55/7
**interact [2]**  74/18
74/25
**interaction [3]**  10/10
10/11 24/12
**interest [2]**  77/11
77/12
**interesting [2]**  12/13
51/9
**interfere [2]**  47/21
50/19
**interference [2]**  47/3
56/8
**interpret [1]**  26/20
**interpretation [1]**
26/19
**interrupt [4]**  13/10
16/10 33/14 33/15
**intimidating [1]**  45/2
**intimidation [4]**  20/25

**inversion [1]**  53/13
**investigation [11]**  4/25
12/18 17/14 18/14 52/7
52/11 54/21 55/2 55/3
72/10 78/5
**invocation [1]**  43/4
**invoke [3]**  21/4 40/10
40/24
**invoked [1]**  27/1
**invokes [2]**  40/23 41/1
**invoking [1]**  21/7
**involve [1]**  42/23
**involved [13]**  22/15
27/8 28/18 29/13 29/21
42/3 46/15 47/8 49/13
57/10 64/24 67/20
74/21
**involvement [1]**  53/23
**involves [1]**  55/21
**involving [1]**  54/12
**IQ [2]**  59/16 59/24
**is [234]**
**issue [3]**  13/16 25/7
37/19
**issues [3]**  35/15 46/13
60/22
**it [134]**
**It would be [1]**  40/7
**it's [54]**  8/10 9/7 9/8
9/8 15/4 15/17 15/17
15/24 16/1 16/17 16/20
16/23 16/24 17/11
17/12 17/15 18/7 19/20
23/20 23/24 23/25 24/9
24/11 27/23 28/5 28/6
29/11 31/3 32/10 33/21
34/4 34/7 35/17 36/9
36/19 40/8 41/16 44/5
44/14 44/16 51/9 54/17
54/22 55/10 58/1 58/6
63/16 66/9 66/20 66/21
67/2 67/10 68/1 69/12
**It's like [1]**  28/5
**its [8]**  4/12 5/1 20/9
44/6 44/7 70/8 76/3
76/5
**itself [2]**  47/5 73/24

**J**

**Jackson [3]**  2/3 61/3
61/22
**James [4]**  14/6 14/6
14/7 39/4
**January [54]**  6/4 7/12
7/14 7/15 9/16 9/24
15/1 15/9 15/14 15/21
16/2 16/3 16/5 16/18
17/23 21/2 21/3 23/13
25/16 25/21 29/22
29/25 30/6 30/21 32/4
34/11 35/8 36/14 36/14
36/18 39/23 40/24 41/6
41/18 42/1 42/2 42/4
42/5 42/10 42/20 42/22
43/19 44/3 54/17 56/22
58/24 60/4 62/23 64/7
64/8 66/8 67/9 67/14

**J**

January... [1] 68/1
January 16th [1] 17/23
January 1st [1] 42/2
January 20th [1] 15/1
January 2nd [1] 42/10
January 4th [1] 64/8
January 6th [33] 6/4
7/12 7/14 7/15 9/16
9/24 21/2 21/3 25/16
25/21 29/22 29/25 30/6
30/21 32/4 35/8 39/23
41/6 41/18 42/4 42/5
42/20 42/22 43/19 44/3
56/22 58/24 60/4 62/23
66/8 67/9 67/14 68/1
January 7th [4] 15/9
36/14 54/17 64/7
Jeffrey [2] 1/14 3/5
Jeffrey Nestler [1] 3/5
jeffrey.nestler [1] 1/20
Jeremy [2] 8/3 41/19
Jeremy Brown [2] 8/3
41/19
Jesus [2] 61/16 63/11
Joanna [1] 36/7
job [5] 62/13 62/14
65/21 65/22 65/22
jobs [1] 65/22
joined [6] 18/8 18/9
39/18 60/9 64/5 70/13
joining [1] 39/25
joins [3] 5/23 39/21
54/4
joint [1] 48/15
jointly [1] 39/13 48/20
JUDGE [25] 1/10 3/16
4/17 4/22 22/8 23/2
23/16 23/25 25/6 25/14
26/1 27/24 28/1 28/8
28/12 28/21 33/11
33/15 36/11 54/1 60/17
63/13 63/21 68/4 79/2
judges [1] 57/15
judgment [1] 78/11
judicial [1] 52/8
June [3] 1/5 16/15 80/7
June 30th [1] 16/15
jurisdiction [2] 77/6
77/7
jury [7] 22/10 24/19
24/21 25/2 26/20 26/20
65/12
jury's [1] 26/1
just [76] 3/18 3/19 3/21
3/22 4/9 4/20 5/19 5/24
6/5 7/12 8/17 10/25
11/1 13/3 13/10 15/17
17/11 19/7 19/11 19/15
20/13 20/15 21/1 21/10
26/22 27/13 28/1 28/6
28/14 29/10 29/25
30/17 30/24 31/3 31/21
32/15 32/20 33/14
34/19 34/21 34/23 35/6
36/1 36/9 36/13 36/19
37/3 37/10 37/11 37/19
38/2 38/4 38/6 38/7

**K**

Kane [3] 36/17 36/22
54/23
Kansas [1] 65/6
Kathryn [2] 1/14 3/5
Kathryn Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/19
Katrina [1] 65/7
keep [1] 34/23
Keeper [2] 53/24 64/8
Keepers [16] 6/3 6/13
7/10 26/7 29/22 30/20
31/2 35/14 38/1 44/25
45/18 46/7 46/22 64/2
70/12 71/5
Kelly [6] 6/20 43/13
44/13 58/1 62/6 72/9
Kelly Meggs [5] 6/20
43/13 44/13 62/6 72/9
Kenneth [2] 8/20 36/15
Kenneth Bittner [1]
8/20
Kenneth Harrelson [1]
36/15
kept [1] 35/20
kids [2] 65/4 67/12
kind [20] 6/15 9/6
12/10 16/22 17/9 18/16
19/9 20/10 21/21 32/7
37/23 49/16 52/14 54/3
66/3 69/23 70/1 70/4
70/6 71/18
kinds [2] 60/13 69/3
kinetic [4] 7/12 9/15
21/10 42/6
knew [2] 6/18 33/4
knockdown [2] 41/23
43/22
knocked [1] 61/23
know [55] 12/20 14/7
14/18 15/12 15/19
17/13 19/16 19/16
22/10 25/23 26/12
26/18 28/6 33/8 33/10
35/2 35/10 37/1 38/1
44/22 49/14 50/5 52/13
50/13 53/14 53/21
53/24 54/10 54/16
54/18 54/18 55/7 59/25
59/25 60/14 60/23 61/5
62/20 62/25 63/1 63/3
63/8 66/13 66/16 67/1
67/10 67/15 68/1 69/15
70/10 71/8 71/12 71/17
72/1 72/12 73/2
knowingly [1] 39/18

knowledge [3] 17/2
49/9 55/2
known [5] 15/10 17/5
74/18 74/19 74/25
knows [1] 40/19

**L**

lab [1] 65/23
laboratory [1] 59/20
lack [6] 20/20 49/9
59/6 59/9 59/12 59/16
landscaping [1] 65/24
language [1] 36/16
laptops [1] 75/23
large [2] 33/8 53/5
largely [1] 3/24
last [12] 15/1 15/10
19/21 20/10 20/11
21/14 25/6 26/17 34/22
36/18 41/12 67/7
late [5] 7/1 16/14 18/8
25/21 70/13
later [11] 6/20 7/14
9/24 15/12 16/19 18/10
18/24 21/8 46/5 61/1
64/13
law [8] 10/24 13/13
42/11 54/21 65/14
66/20 68/25 69/7
lawful [1] 79/15
lawfully [1] 58/5
laws [3] 45/12 61/10
62/10
lawyer [2] 78/14 79/11
lawyers [7] 21/15
27/11 27/15 28/1 41/9
66/10 66/13
lead [3] 7/17 9/13 21/2
lead-up [1] 21/2
leader [1] 48/1
leadership [5] 29/24
30/25 31/5 50/8 70/16
leads [1] 61/6
learned [2] 61/23 64/13
learning [1] 52/10
least [23] 4/25 7/10
8/25 10/14 13/1 14/25
16/3 18/23 19/13 28/17
31/5 32/5 33/6 43/2
44/6 45/6 47/15 47/16
48/19 48/22 50/1 53/16
54/13
least infer [1] 14/25
leave [2] 13/16 42/13
leaves [3] 10/12 43/23
43/24
leaving [1] 16/22 40/16
led [2] 59/21 61/15
ledgers [1] 52/10
left [3] 37/22 64/6 72/7
legal [3] 21/16 41/9
51/11
legality [1] 27/3
legally [2] 9/19 41/5
legislative [1] 21/3
40/24
Lemar [1] 8/20
length [1] 11/21 21/17

LEO [1] 42/10
less [2] 7/12 42/6
lesser [3] 20/10 60/4
70/11
let [14] 4/9 11/18 13/6
13/6 16/12 35/11 38/14
39/16 44/7 52/12 67/3
69/6 69/18 72/19
let's [4] 5/10 56/18
56/18 68/8
letter [2] 64/14 65/3
letters [4] 4/15 59/13
65/8 65/10
level [14] 29/19 46/14
50/16 51/2 51/5 51/6
51/8 52/15 55/24 56/4
56/7 56/8 56/11 56/13
levels [1] 47/4
liability [1] 48/16
liberal [1] 42/14
lies [1] 59/4
life [9] 59/7 59/13
61/14 61/15 62/22 65/2
66/20 67/11 79/15
light [2] 12/11 51/16
like [35] 10/25 11/19
19/9 22/8 25/11 25/12
26/22 27/17 28/5 28/23
33/10 34/4 34/13 34/14
35/10 44/5 50/20 51/5
52/3 52/16 58/10 58/14
60/22 61/9 61/22 62/18
64/5 65/17 66/15 66/18
70/23 75/8 75/11 75/24
76/22
limited [1] 53/2
line [6] 43/10 44/4 46/4
46/9 47/18 50/3
Line 1 [3] 44/4 47/18
50/3
link [2] 12/21 17/14
literally [1] 41/12
literature [1] 75/11
little [9] 9/6 9/9 11/21
12/24 15/12 15/16 18/8
53/7 63/23
lived [2] 63/5 67/11
local [1] 74/8
located [1] 74/22
logical [2] 15/8 15/8
34/19
logistical [1] 29/21
long [4] 35/2 44/10
49/3 79/8
longer [1] 65/18
look [10] 27/21 32/21
34/13 35/23 38/5 38/6
53/15 66/12 73/2 73/21
looked [1] 14/16
looking [2] 10/4 10/5
looks [3] 27/9 32/2
36/4
lose [1] 68/3
loss [2] 71/21 71/22
lost [8] 14/3 32/8 37/23
62/13 62/13 65/17
65/21 65/21

LEO [1] 42/10
Louis [2] 1/16 3/6
Louis Manzo [1] 3/6
love [1] 59/11
loved [1] 62/13
low [1] 74/11
lower [2] 18/16 51/8
lower-level [1] 51/8
lowest [1] 64/23
luck [1] 79/18
Lumberton [1] 8/11
lying [1] 52/2

**M**

made [14] 6/12 11/8
24/17 26/7 26/18 30/24
37/21 38/15 51/12
62/24 64/15 67/9 72/8
77/16
madmen [1] 58/8
magnified [1] 70/2
magnitude [1] 57/4
main [1] 26/6
maintain [1] 77/7
major [1] 18/2
majority [1] 41/15
make [17] 4/3 13/19
13/24 15/14 18/15 28/23
31/18 36/11 41/18
41/20 49/2 50/25 63/4
66/16 70/6 74/13 79/4
makes [3] 11/3 18/11
41/8
making [7] 11/22 27/2
30/23 31/4 32/4 50/12
66/1
man [4] 61/6 61/22
65/23 71/12
mandatory [2] 74/2
74/10
manner [1] 76/14
many [3] 47/10 57/2
57/17
Manzo [2] 1/16 3/6
march [2] 16/21 44/6
marching [1] 35/9
Marion [1] 2/6
married [1] 71/13
marry [1] 49/20
marrying [1] 53/23
Martin [3] 2/2 3/8 66/4
mask [1] 76/15
master's [1] 71/17
material [2] 52/7 75/14
materials [1] 75/10
matter [6] 16/20 28/20
32/5 57/2 69/18 80/4
matters [1] 17/8
maximum [1] 56/1
may [21] 9/12 9/13
14/14 14/19 17/5 18/19
21/6 21/10 33/11 34/9
42/14 42/17 42/23
53/10 70/5 76/7 76/9
76/14 77/3 77/13 78/16
maybe [11] 7/11 9/17
13/13 13/15 23/19 33/8

**M**

maybe... [5] 42/2 42/5 54/24 54/24 70/15
me [33] 4/9 8/1 11/19 13/6 13/6 15/4 16/12 22/24 28/8 35/11 38/4 38/7 38/14 39/16 42/11 44/7 48/3 52/12 52/22 52/23 53/16 54/6 54/25 61/1 61/9 61/18 61/21 62/12 62/19 63/12 69/6 69/18 77/7
meal [1] 26/11
mean [14] 8/1 13/15 14/24 15/7 16/11 22/10 51/21 61/23 62/6 66/23 67/3 71/12 73/7 73/8
means [4] 12/11 40/23 45/24 67/1
measured [1] 48/7
mechanical [1] 2/15
media [5] 75/4 75/5 75/6 75/8 75/10
meet [1] 67/7
Meggs [19] 6/1 6/7 6/20 6/25 9/24 10/3 10/8 39/3 40/2 43/13 44/13 44/16 47/15 51/5 58/1 58/10 59/23 62/6 72/9
MEHTA [1] 1/9
member [4] 29/25 46/9 71/6 74/18
members [4] 41/4 45/15 46/7 71/14
memo [2] 44/21 64/20
memorandum [2] 4/12 4/14
memory [1] 8/18
mentioned [9] 4/16 7/10 21/9 37/20 60/25 61/1 64/18 64/19 64/20
merciful [1] 63/12
Merit [1] 2/11
message [21] 6/12 6/16 15/10 21/14 21/17 22/17 22/19 24/13 25/7 25/8 25/9 25/17 25/19 27/18 27/19 37/14 52/25 54/23 60/13 64/6 67/19
messaged [3] 6/7 7/24 21/2
messages [51] 5/25 6/21 7/1 7/5 9/14 9/16 13/8 14/11 14/22 15/6 15/11 16/5 16/25 17/15 17/19 17/19 17/20 18/20 19/17 20/20 20/23 22/12 22/15 23/3 24/6 24/7 24/9 25/14 26/19 27/11 27/24 34/22 34/24 35/11 35/25 36/15 36/17 40/1 40/2 40/5 40/6 40/10 42/18 43/13 45/8 53/18 54/7 54/11 61/25 64/12 73/10
messaging [2] 35/20 36/17
met [7] 8/2 8/3 18/16 25/23 26/10 46/11 64/7
metadata [2] 16/4 16/15
MIA [1] 14/2
mic [1] 33/13
mid [1] 54/8
mid-November [1] 54/8
midst [1] 30/7
might [5] 40/17 42/7 42/24 48/23 49/23
miles [1] 8/11
militia [1] 67/20
mind [6] 7/24 9/11 22/9 27/4 35/22 73/11
mine [1] 20/10
minimal [13] 26/13 29/9 29/9 31/11 32/10 37/2 37/5 37/8 48/3 49/11 49/17 50/13 68/5
minimally [1] 29/13
minimize [1] 67/24
minimum [2] 45/5 46/23
ministry [1] 65/5
minor [6] 37/8 48/2 48/3 48/22 49/17 50/14
minor-participant [1] 50/14
Minuta [1] 14/1 39/3
Minuta's [1] 12/25
minutes [7] 36/2 37/22 38/5 38/7 67/11 68/8 70/24
missed [1] 25/20
missionaries [2] 63/3 63/5
mistake [2] 5/4 67/9
mitigating [2] 28/25 29/7
mixing [1] 9/6
mobile [3] 75/23 76/18 76/24
models [1] 59/7
MOERSCHEL [94]
Moerschel's [14] 14/9 20/16 22/20 24/11 31/11 43/18 50/21 51/3 53/23 54/6 57/19 58/13 69/20 69/22
mom [1] 62/10
moment [3] 16/10 38/20 67/7
momentarily [1] 45/8
moments [1] 62/22
money [4] 32/4 63/3 63/4 66/16
money-making [1] 32/4
monitoring [8] 40/10 59/18 75/17 75/20 75/21 76/2 76/3 76/5
Monk [1] 40/13
month [2] 15/18 34/22
months [6] 16/25 17/3
moral [2] 59/15 73/1
more [20] 6/23 7/12 10/13 14/14 18/10 18/20 18/25 34/6 37/12 38/19 40/8 42/5 42/14 42/15 43/1 55/22 66/21 68/14 72/12 72/13
morning [8] 3/2 3/12 3/14 3/19 22/6 22/7 54/23 63/22
most [2] 15/7 29/13
motivated [1] 70/8
motivation [2] 12/4 70/3
motives [1] 66/13
Motorola [1] 33/17
Motorola-type [1] 33/17
move [6] 19/19 19/20 21/21 30/21 41/18 79/16
moved [1] 20/13
movement [2] 6/9 42/12
movements [1] 67/20
moving [2] 10/21 61/19
Mr. [183]
Mr. Berry [4] 6/22 10/7 44/12 47/14
Mr. Bittner [7] 7/16 8/16 8/17 9/3 43/19 43/25 44/1
Mr. Dolan [1] 6/15
Mr. Dolan's [1] 43/1
Mr. Edwards [10] 5/12 22/3 32/15 39/24 40/3 56/19 60/16 66/2 69/22 72/22
Mr. Hackett [3] 14/17 14/24 37/23
Mr. Harrelson [8] 20/19 20/21 40/5 46/8 72/1 72/5 72/13 72/17
Mr. Kelly Meggs [1] 58/1
Mr. Martin [1] 66/4
Mr. Meggs [13] 6/1 6/7 6/25 9/24 10/3 10/8 39/3 40/2 44/16 47/15 51/5 58/10 59/23
Mr. Minuta [1] 14/1
Mr. Minuta's [1] 12/25
Mr. Moerschel [92]
Mr. Moerschel's [14] 14/9 20/16 22/20 24/11 31/11 43/18 50/21 51/3 53/23 54/6 57/19 58/13 69/20 69/22
Mr. Rhodes [12] 6/1 7/5 10/5 20/5 25/7 40/2 43/14 47/16 47/17 58/1 58/10 59/22
Mr. Stamey [1] 8/15
Mr. Vallejo [1] 72/2
Mr. Weinberg [9] 5/7
73/14 73/16
moral [2] 59/15 73/1
Mr. Weinberg's [1] 32/16
Mr. Young [1] 6/18
Ms. [2] 46/3 51/6
Ms. Watkins [1] 46/3 51/6
much [7] 26/21 28/12 35/16 38/13 64/18 64/19 64/20
multiple [1] 57/14
must [17] 12/4 48/7 68/16 68/21 74/8 74/13 74/17 75/1 75/3 75/5 75/6 75/9 75/14 75/18 75/20 76/6 76/25
my [35] 7/8 8/18 11/23 19/14 22/25 35/19 31/19 34/12 34/17 34/24 38/2 41/22 47/15 48/21 60/22 61/12 61/13 61/13 61/15 61/17 61/19 61/24 61/25 62/2 62/10 62/12 62/12 62/13 62/13 62/15 62/25 63/8 63/9 63/14 63/16
Myers [1] 2/3
myself [2] 66/4 66/10

**N**

naive [1] 67/23
name [4] 21/1 39/4 40/13 66/25
named [1] 30/18
national [1] 57/9 57/10 63/15
natural [1] 63/15
nature [12] 12/12 17/2 17/10 31/7 35/19 50/18 57/4 57/22 65/12 68/21 69/19 70/22
near [3] 8/4 8/5 20/7 31/4 61/3
near-death [1] 61/3
nearby [1] 41/5
necessarily [2] 51/21 71/7
necessary [4] 11/5 49/25 51/16 68/19
neck [1] 35/20
necks [1] 57/7
need [15] 7/4 15/20 29/16 37/2 40/17 41/15 41/20 42/15 49/2 68/23 69/4 69/7 69/11 69/16 69/25
needed [5] 11/25 25/18 34/5 58/3 69/2
needing [1] 13/24
needs [3] 51/12 51/24 63/8
neighborhood [1] 58/4
Nestler [2] 1/14 3/5
network [1] 59/9
neural [1] 59/21
neurophysiologist [1] 59/17 71/18
neurophysiology [1] 65/19
neurosurgery [1] 62/17
never [7] 22/16 25/9 25/23 26/11 65/19 67/6 67/7
nevertheless [1] 48/25
next [6] 25/11 31/23 41/11 41/19 71/9 74/14
nexus [2] 52/14 52/15
nice [1] 65/15
nine [1] 37/11
no [33] 1/4 5/8 5/21 10/19 13/22 14/11 15/13 17/20 18/5 18/5 19/20 21/11 23/3 26/16 30/5 30/25 32/5 34/16 35/22 44/21 44/22 50/8 51/18 57/2 63/3 65/18 69/15 70/16 70/20 70/21 71/10 79/7 79/7
No. [1] 3/3
nobody [3] 60/25 61/1 65/1
non [4] 13/17 13/18 32/20 33/1
non-obstructive [4] 13/17 13/18 32/20 33/1
none [1] 48/21
nonsensical [1] 67/20
North [1] 8/10
North Carolina [1] 8/10
not [147]
notably [2] 6/1 44/20
note [10] 5/25 10/25 20/13 20/15 24/9 36/13 37/9 37/9 39/24 56/12
Note 4 [3] 20/15 37/9 56/12
Note 5 [1] 37/9
noted [1] 64/2
notes [1] 21/8
nothing [1] 32/7
notice [1] 78/10
notify [1] 78/2
November [10] 14/12 15/21 16/2 17/22 23/13 24/10 29/23 34/10 54/8 64/9
November 14th [2] 23/13 24/10
November 9th [1] 29/23
now [18] 12/13 18/19 21/14 23/13 29/2 34/23 35/13 39/24 41/20 41/20 42/14 52/17 57/9 58/14 61/18 61/25 67/10 67/21
nowhere [2] 31/3 31/22
number [7] 5/25 6/12 7/1 7/5 20/23 43/13

**N**

number... [1] 58/24
numbers [2] 6/23 34/15
numerous [1] 22/14
NW [2] 1/17 2/13

**O**

oath [19] 6/3 6/13 7/10 26/7 29/22 30/20 31/2 35/14 38/1 44/25 45/18 46/7 46/22 53/24 64/2 64/8 67/1 70/12 71/5
Oath Keeper [2] 53/24 64/8
Oath Keepers [16] 6/3 6/13 7/10 26/7 29/22 30/20 31/2 35/14 38/1 44/25 45/18 46/7 46/22 64/2 70/12 71/5
object [4] 39/7 39/9 47/20 50/19
objection [1] 4/24
objections [1] 4/13
objective [3] 9/12 12/11 55/23
objectives [2] 39/20 68/19
obligation [2] 13/19 78/3
obligations [1] 77/21
obscure [1] 71/4
obstruct [9] 11/7 12/4 46/16 50/20 51/13 52/21 53/1 55/7 56/6
obstructed [1] 47/5
obstructing [2] 12/7 72/10
obstruction [8] 10/21 17/10 22/9 22/11 24/15 51/9 51/19 55/13
obstructive [17] 11/12 12/12 12/18 13/2 13/17 13/18 15/25 17/3 32/20 33/1 34/5 35/3 36/21 51/22 51/25 52/1 52/3
obvious [6] 12/21 12/23 13/23 15/19 17/9 69/6
obviously [16] 5/4 11/12 12/12 12/18 13/2 15/24 26/19 45/14 47/9 50/19 69/8 70/16 70/17 70/19 70/20 71/24
occupation [1] 71/22
occur [1] 49/23
occurred [3] 14/20 46/3 55/1
occurs [1] 54/18
October [1] 53/9
odd [1] 65/22
off [6] 5/20 9/3 9/4 35/13 45/6 67/7
offending [1] 31/13
offense [16] 7/22 9/10 9/21 10/22 46/14 46/20 47/8 50/14 50/16 55/24 56/4 56/10 68/22 68/24

offenses [1] 32/11
offer [1] 18/22
offered [1] 33/25
offers [1] 12/3
office [12] 1/16 3/9 45/3 74/3 75/2 75/7 75/15 76/20 77/2 77/4 78/4 78/6
Office's [1] 4/11
officer [16] 2/9 10/11 42/11 45/1 45/2 47/1 61/3 61/22 72/7 72/20 74/23 75/3 75/18 75/21 76/9 76/25
Officer Dunn [3] 10/11 45/1 45/2
Officer Jackson [2] 61/3 61/22
officers [4] 44/23 45/20 46/24 61/22
official [3] 2/12 52/7 52/10
oh [4] 14/21 23/24 25/4 29/1
OK [7] 5/24 6/8 7/11 39/21 39/25 40/14 49/22
OK FL Hangout [3] 5/24 6/8 7/11
OK Florida Hangout [2] 40/14 49/22
okay [24] 3/12 4/8 4/19 4/23 5/9 5/22 8/8 8/22 10/20 23/7 23/20 24/2 25/3 26/2 28/10 28/19 29/1 32/13 34/23 38/3 38/14 56/17 59/19 79/11
old [3] 53/2 61/18 71/13
older [1] 33/16
once [5] 44/19 68/14 70/19 70/19 79/13
one [36] 6/8 8/19 9/21 13/23 13/24 14/15 20/14 21/1 22/17 22/17 26/20 31/23 33/7 33/17 34/4 37/24 43/4 43/5 44/6 44/12 45/21 50/1 51/2 51/6 52/8 53/2 56/12 60/2 61/22 65/8 70/14 71/3 71/23 72/12 78/15 79/2
one-level [1] 51/2
ongoing [1] 55/2
online [3] 75/4 76/16 76/17
only [8] 4/24 8/14 12/5 20/11 40/15 42/13 44/9 76/10
open [2] 13/16 67/21
operating [1] 18/10
opportunities [4] 59/13 59/25 60/4 60/13
opportunity [2] 59/15 67/3
oppose [2] 39/7 42/24

opposing [2] 6/24 7/25
options [3] 21/3 40/24 74/4
order [4] 46/16 47/15 47/16 56/6
ordered [2] 73/19 74/14
orders [2] 50/10 74/15
orders it [1] 74/15
organization [4] 29/25 30/16 31/2 74/19
organizer [1] 48/1
organizers [1] 48/24
organizing [1] 30/20
originally [1] 5/1
other [44] 5/6 5/14 7/1 8/21 9/4 10/4 17/20 18/25 19/18 22/14 22/18 23/24 27/3 32/16 33/2 33/5 33/23 34/8 35/6 35/23 37/13 37/25 42/23 46/7 48/14 49/1 50/1 51/7 51/21 53/3 54/8 54/9 54/11 57/15 57/25 61/13 64/2 71/21 72/18 74/19 74/25 75/6 76/6 76/24
others [18] 6/12 7/4 7/21 10/3 40/2 43/14 44/16 46/4 46/10 46/11 49/10 50/5 62/1 62/3 63/23 71/24 71/25 72/16
otherwise [6] 47/8 47/8 70/5 74/17 74/25 79/15
our [18] 6/23 6/23 7/11 12/2 21/22 24/14 35/22 41/12 41/21 42/5 57/7 57/13 57/22 58/7 58/8 67/14 67/23 79/12
ourselves [3] 58/13 66/10 67/8
out [40] 11/19 12/9 20/1 20/19 21/14 21/17 22/16 25/7 25/13 26/4 26/22 27/4 27/9 27/14 28/1 28/14 28/15 33/16 35/12 35/18 35/23 36/8 37/24 39/24 44/20 52/5 53/1 61/9 61/23 62/11 63/6 63/24 65/14 66/2 66/17 70/6 72/20 72/21 72/21 72/23
outcome [2] 21/13 41/14
outset [1] 32/19
outside [5] 8/6 36/6 46/11 58/5 74/22
over [2] 72/23 77/7
overall [2] 11/4 73/24
overinclusive [1] 53/23
owed [1] 77/1
own [6] 8/25 9/1 59/3 61/4 64/19 70/8

paid [4] 77/10 77/25 78/3 79/14
pain [1] 59/20
pandemic [1] 57/9
paper [3] 23/25 53/13 65/18
parallel [1] 52/22
parcel [1] 20/17
parentheses [1] 9/19
parents [2] 59/8 61/19
parsing [1] 34/19
part [15] 20/17 24/22 33/18 39/5 42/1 44/4 44/11 45/18 46/20 50/14 55/23 64/10 72/6 72/14 74/4
Part D [1] 74/4
participant [13] 29/9 29/10 31/11 32/11 37/2 37/5 37/8 37/9 48/3 49/11 49/17 49/21 50/14
participants [5] 29/14 48/20 48/22 48/23 49/1
participate [1] 39/7
participated [1] 30/15
participation [3] 31/8 31/12 51/4
particular [5] 8/6 17/11 18/12 27/18 39/3
particularly [3] 34/9 57/8 57/11
parties [1] 5/10
parties' [1] 56/19
partner [1] 59/10
party [1] 25/21
passion [2] 70/5 70/6
past [1] 20/13
pat [1] 72/19
patch [6] 35/10 35/13 35/14 37/25 71/2 71/5
patches [2] 35/20 35/21
path [1] 59/8
pathways [1] 59/21
patients [1] 59/18
patriots [5] 6/10 7/12 9/17 21/9 42/5
patted [1] 72/7
pattern [2] 12/13 12/16
pay [3] 73/19 77/11 77/15
payable [1] 77/22
payment [1] 77/20
payments [1] 77/16
Pelosi's [1] 45/3
penalties [1] 77/12
Pence [1] 41/11
pending [1] 65/21
people [26] 7/23 18/3 18/12 25/23 27/14 34/20 42/3 43/10 44/12 47/10 50/2 50/6 59/3 61/13 62/16 62/20 62/21 65/6 65/6 66/13 67/22 70/11 72/14 73/8 73/9 76/6

perhaps [5] 40/16 50/11 69/6 69/13 72/25
period [2] 40/6 53/22
periodic [1] 75/19
periods [2] 53/4 73/8
permission [2] 64/11 64/13
permit [1] 79/6
permitted [3] 30/3 78/22
person [12] 3/10 20/10 30/2 35/3 36/23 44/9 46/16 50/2 56/5 64/25 66/18 73/2
personal [3] 7/20 9/13 41/6
persons [2] 74/20 74/22
persuaded [1] 52/23
phone [13] 10/4 12/14 14/2 14/3 22/14 22/19 32/17 33/17 34/20 34/24 47/17 53/2 75/5
photograph [1] 36/5
photographs [2] 44/24 64/4
photos [1] 75/11
phrase [1] 57/3
physical [6] 45/19 46/15 46/19 46/24 56/5 72/19
pick [2] 18/11 33/13
picking [1] 34/21
piece [1] 53/12
pinpoint [1] 14/19
pistol [2] 41/22 43/22
place [1] 78/25
placed [1] 72/6
Plaintiff [1] 1/4
plan [2] 55/23 77/20
planning [1] 29/22 30/16 30/19 47/9 47/10 47/12 56/10
played [1] 48/24
plenty [1] 37/13
pocket [1] 35/1
pockets [2] 33/2 35/4
point [39] 4/8 5/24 11/19 12/9 16/17 18/15 18/20 21/14 22/16 25/6 25/13 26/4 26/7 26/17 26/22 27/9 27/14 28/1 28/14 28/15 30/9 32/16 33/20 34/17 35/6 36/1 36/12 37/7 37/21 38/2 39/24 44/9 52/5 54/18 59/2 63/24 65/14 66/2 79/1
pointed [5] 20/19 21/17 33/16 44/20 56/24
pointing [2] 27/4 72/23
points [3] 11/1 30/17 53/1
police [7] 42/12 42/16 44/23 45/20 46/24 72/7 72/20

**P**

**political** [1] 70/3
**politically** [1] 70/7
**politician** [1] 66/14
**pose** [1] 74/11
**position** [4] 5/15 12/25 15/24 29/11
**possess** [3] 74/8 75/9 75/14
**possessing** [1] 57/17
**possible** [1] 16/14
**possibly** [2] 16/18 21/7
**posted** [2] 6/25 62/1
**posture** [1] 43/7
**potential** [1] 55/2
**potentially** [3] 20/7 41/25 52/19
**poverty** [2] 63/2 63/5
**power** [9] 41/24 42/8 42/8 42/21 42/23 43/22 45/13 45/22 57/1
**practice** [1] 65/19
**preached** [1] 66/7
**precedent** [4] 11/22 12/2 26/24 64/17
**precise** [3] 13/13 43/1 54/16
**preparation** [5] 10/17 43/6 47/9 47/12 56/11
**prepared** [7] 6/16 20/21 41/18 42/7 42/21 43/11 57/25
**preparedness** [1] 49/24
**preponderance** [8] 38/18 38/25 39/6 42/19 45/10 52/24 54/19 55/6
**presence** [3] 45/1 46/17 62/2
**presentation** [1] 13/22
**presented** [4] 24/8 44/24 50/7 54/13
**Presentence** [4] 4/25 5/5 74/4 78/5
**presents** [2] 70/8 79/9
**preserve** [1] 33/9
**President** [14] 21/3 21/7 21/20 27/7 40/18 42/7 43/8 43/9 43/11 43/15 57/25 59/22 66/23 67/6
**President Biden** [1] 43/9
**President Trump** [6] 21/3 21/7 21/20 43/8 43/11 57/25
**presumably** [3] 43/25 53/2 54/9
**presume** [1] 55/1
**pretrial** [1] 79/8
**pretty** [2] 26/20 28/12
**Prettyman** [1] 2/12
**prevent** [2] 45/11 47/22
**preventing** [1] 45/22
**previously** [1] 38/15
**principled** [1] 59/13
**printed** [1] 65/18

76/1 79/7
**prison** [1] 79/3
**Prisons** [1] 73/14
**probably** [6] 15/12 15/19 21/4 28/14 40/25 53/12
**probation** [17] 2/9 3/9 4/11 74/3 74/23 75/2 75/3 75/7 75/15 75/18 75/21 76/9 76/20 76/25 77/2 78/4 78/6
**Probation Office** [1] 75/2
**Probation Office's** [1] 4/11
**problem** [1] 20/22
**proceed** [2] 3/14 3/19
**proceeding** [6] 18/24 19/2 19/3 19/12 47/5 52/8
**proceedings** [9] 1/9 2/15 3/11 45/15 47/6 47/21 47/22 79/22 80/4
**produced** [2] 2/15 22/17
**products** [1] 76/21
**proffer** [1] 19/15
**proffered** [8] 18/24 18/25 19/6 19/7 22/11 32/24 33/24 58/16
**proffers** [1] 18/19
**prohibited** [1] 76/1
**promote** [3] 68/25 69/7 75/12
**proper** [1] 50/25
**property** [4] 10/3 32/7 46/16 56/6
**prospect** [1] 61/19
**protect** [2] 14/6 69/1
**protection** [1] 58/4
**protest** [1] 25/20
**prove** [1] 11/25
**provide** [4] 50/10 68/25 69/2 76/25
**provided** [2] 52/9 58/18
**providing** [2] 21/5 76/23
**proxy** [1] 18/13
**PSR** [6] 3/22 4/10 4/13 4/21 5/1 64/19
**public** [1] 69/1
**punished** [2] 61/11 67/16
**punishment** [3] 19/2 68/25 71/21
**Punta** [1] 2/7
**purpose** [8] 7/24 12/6 44/8 44/18 51/22 56/25 57/23 57/24
**purposes** [7] 4/10 7/8 9/12 44/7 45/21 48/9 70/18
**pursuant** [2] 76/8 76/9
**put** [6] 16/12 23/2 44/7 52/12 59/8 65/16
**puts** [2] 9/19 57/5

**QRF** [9] 7/17 9/2 36/24 43/23 45/21 45/25 46/1 46/18 58/20
**qualify** [1] 48/22
**question** [7] 7/2 14/15 16/1 16/8 21/11 22/22 51/10
**questions** [5] 5/20 10/18 19/18 21/25 26/15
**quickly** [2] 3/23 72/21
**quite** [3] 27/23 43/2 71/19
**quote** [3] 11/19 17/9 21/8
**quotes** [1] 63/12
**quoting** [1] 25/17

**R**

**raise** [2] 11/24 57/6
**raised** [1] 59/8
**Rakoczy** [2] 1/14 3/5
**rally** [1] 64/11
**random** [3] 35/1 35/5 59/22
**range** [8] 13/9 15/17 15/20 17/8 18/4 18/12 58/5 68/14
**Ranger** [1] 8/4
**Ranger Doug's** [1] 8/4
**ranges** [3] 34/12 34/13 35/5
**rare** [1] 57/5
**Rather** [1] 48/21
**ratified** [1] 43/18
**rational** [2] 35/3 36/20
**reach** [3] 51/5 67/10 68/2
**read** [8] 9/14 10/24 11/3 11/23 19/14 27/13 27/17 32/23
**readily** [1] 71/6
**reading** [1] 23/25
**ready** [6] 3/14 3/16 25/4 56/25 58/6 60/7
**real** [1] 7/2
**really** [8] 18/15 19/11 26/10 62/5 62/5 62/7 71/4 71/19
**Realtime** [1] 2/11
**reason** [12] 13/18 18/19 18/22 19/6 19/16 32/19 32/22 32/25 33/18 34/7 35/22 37/24 36/11 40/8 44/14 44/17 76/10 76/13 76/14
**reasonable** [8] 15/12 33/7 40/8 44/14 44/17 76/10 76/13 76/14
**reasonably** [10] 6/2 6/13 7/20 9/7 9/11 10/1 25/12 25/22 39/15 45/17
**reasons** [10] 13/5 18/25 24/7 33/22 33/22 33/25 55/4 68/4 70/3 73/3
**rebuke** [1] 61/1
**recall** [2] 16/11 18/9

**recalls** [1] 22/20
**receive** [4] 20/6 58/15 63/10 64/23
**received** [9] 3/20 3/22 4/10 4/21 6/11 20/12 72/1 72/2 78/17
**receiving** [1] 39/25
**recess** [5] 38/11 38/12 68/11 68/12 79/21
**recitation** [1] 5/1
**recite** [1] 29/15
**recognition** [1] 41/24
**recognize** [3] 13/15 14/9 19/23
**recollection** [1] 22/25
**recommendation** [4] 4/11 28/16 64/22 79/4
**recommended** [1] 74/3
**record** [5] 6/6 23/3 38/14 79/1 80/3
**recorded** [1] 2/15
**recruited** [1] 49/13
**reduce** [2] 48/2 50/15
**reduction** [2] 48/6 48/18
**Reeves** [4] 10/25 11/18 18/17 32/23
**reference** [2] 41/24 55/10
**references** [1] 27/22
**referencing** [1] 25/15
**referred** [1] 43/21
**reflect** [3] 17/9 53/7 68/24
**reflected** [2] 5/2 53/15
**regarding** [1] 5/10
**Registered** [1] 2/11
**rehash** [1] 30/17
**reimbursement** [1] 77/18
**reinforcing** [1] 72/15
**related** [2] 19/1 39/1
**relates** [2] 29/22 57/20
**relating** [1] 45/25
**relation** [1] 48/17
**relative** [2] 49/3 51/4
**release** [5] 73/17 77/2 77/20 78/4 79/8
**relevant** [7] 5/16 7/19 9/25 10/15 15/23 48/7 48/9
**religious** [2] 59/8 75/13
**religious-bound** [1] 59/8
**relitigate** [1] 25/13
**rely** [1] 67/12
**remaining** [1] 44/16
**remains** [1] 61/21
**remarks** [1] 63/18
**remember** [3] 5/3 8/19 67/25
**remind** [2] 8/1 22/24
**remorseful** [1] 68/4
**render** [2] 4/8 50/13
**repeated** [1] 41/3
**repeated that** [1] 41/3
**repeating** [1] 15/20

**reply** [1] 4/13
**report** [8] 4/25 5/5 53/15 74/4 75/1 75/15 78/5 79/6
**Reporter** [4] 2/10 2/11 2/11 2/12
**representation** [1] 78/18
**reputation** [1] 71/22
**request** [3] 37/5 78/12 78/14
**requested** [2] 51/3 77/1
**require** [2] 54/6 54/25
**required** [1] 52/15
**requirement** [1] 52/14
**requires** [1] 29/10
**resection** [1] 62/18
**residence** [2] 77/6 78/7
**resist** [1] 45/13
**resolved** [2] 3/24 41/7
**respect** [11] 4/25 15/5 15/6 15/6 17/18 42/22 46/2 49/17 68/25 69/7 70/12
**respectful** [1] 11/1
**respectfully** [3] 12/24 32/12 57/21
**respecting** [1] 26/1
**respond** [1] 40/5
**responding** [1] 40/11
**responds** [2] 40/15 41/22
**responsibilities** [1] 45/16
**responsibility** [2] 9/21 72/25
**responsible** [7] 20/4 39/1 45/25 46/1 48/8 59/17 70/11
**restaurant** [1] 65/9
**restitution** [3] 74/13 77/9 77/16
**resume** [1] 79/14
**resuming** [1] 47/6
**reveals** [1] 17/2
**reviewed** [2] 3/20 3/22 4/21
**Rhodes** [15] 6/1 7/5 10/5 20/5 25/7 27/7 40/2 43/14 47/16 47/17 58/1 58/10 59/22 66/15 66/25
**riddled** [1] 59/13
**ridiculous** [1] 66/7
**rifle** [5] 7/15 7/23 9/1 37/13 56/22
**rifles** [1] 9/17
**right** [36] 3/13 3/17 4/9 4/24 5/9 5/20 8/13 11/14 14/13 14/23 15/3 15/22 16/6 17/19 17/25 18/5 18/6 24/25 25/10 28/10 28/19 36/25 38/4 54/6 56/18 59/14 60/14 61/6 67/20 68/7 69/23 71/20 78/8 78/20 78/23 79/11

**R**

right-wing [1] 67/20
righteous [2] 42/17
 42/25
RIOS [2] 2/2 2/6
rise [4] 38/10 68/10
 68/13 79/20
risk [1] 74/12
river [1] 56/23
RMR [2] 80/2 80/8
Rob [1] 8/20
Rob Lemar [1] 8/20
Robert [1] 2/2
rock [1] 20/10
rode [1] 36/23
role [21] 7/11 19/22
 20/1 20/14 28/25 29/5
 29/7 30/19 30/25 42/5
 48/2 48/3 49/4 49/11
 49/17 50/9 50/13 50/14
 59/3 59/6 70/16
roles [1] 48/24
roll [1] 56/18
room [1] 31/16
Rotunda [2] 10/10
 44/20
routine [1] 52/19
routinely [2] 33/8
 34/18
ruin [2] 61/7 61/15
Rule [2] 38/16 40/4
Rule 29 [2] 38/16 40/4
run [1] 73/18
running [1] 61/2
rural [1] 65/6

**S**

safely [1] 16/3
safety [1] 58/7
said [27] 11/4 11/18
 12/22 14/7 23/15 23/23
 24/22 37/17 44/13 48/5
 48/11 48/15 49/7 50/10
 51/17 51/18 53/21
 58/11 61/9 64/1 64/5
 65/15 65/17 66/3 70/10
 73/4 73/23
sake [1] 73/7
sal [1] 6/9
salary [1] 66/1
salesman [1] 62/7
same [17] 7/6 16/21
 16/23 21/4 21/8 26/8
 31/16 32/12 33/3 39/22
 40/25 41/8 41/16 53/12
 55/19 55/19 55/21
sat [1] 58/24
satisfies [1] 10/14
save [1] 34/20
saving [1] 34/9
saw [3] 61/2 65/3 65/8
say [16] 11/16 15/15
 16/3 16/14 16/18 18/2
 18/13 19/10 24/20
 35/17 35/17 37/4 66/14
 67/8 71/2 73/4
saying [5] 10/6 27/13
 34/17 51/24 71/7

says [16] 12/1 13/2
 19/5 39/22 40/13 40/19
 40/21 41/4 41/11 41/15
 41/16 41/17 42/10 57/2
 61/5 63/11 63/12 67/1
scared [1] 37/23
scary [1] 69/24
scheme [1] 55/23
scope [18] 3/25 5/11
 5/17 9/8 10/17 25/12
 26/3 29/19 30/10 37/11
 37/12 37/14 39/13 47/9
 47/24 49/9 49/14 56/10
scott [4] 2/5 2/8 3/8
 60/25
Scott Weinberg [1] 3/8
scream [2] 64/3 72/18
screaming [1] 44/21
scripture [1] 61/5
 63/11
search [2] 76/9 76/13
searches [3] 75/19
 75/25 76/7
second [7] 13/11 16/8
 23/14 30/14 33/3 39/9
 46/4
seconds [1] 36/2
section [3] 29/11 33/4
 48/10
Section 3B1.2 [1]
 48/10
security [2] 44/5 44/8
seditious [4] 30/7
 38/22 39/9 60/11
see [12] 14/21 16/17
 19/25 33/22 42/12
 44/23 54/3 57/9 61/25
 66/11 66/14 66/15
seek [3] 19/22 20/14
 75/3
seeking [1] 20/14
seems [4] 12/8 33/7
 52/22 61/6
seen [2] 42/8 61/13
self [2] 58/4 79/6
self-protection [1]
 58/4
self-report [1] 79/6
selfless [1] 65/4
semi [1] 7/16
semi-automatic [1]
 7/16
semiautomatic [2]
 43/21 56/23
Senate [2] 46/4 47/2
send [2] 60/12 73/9
sends [1] 54/23
sense [11] 6/20 11/4
 18/11 43/18 70/24
 71/20 72/12 72/15
 72/25 73/1 73/1
sent [4] 22/17 22/19
 25/8 67/18
sentence [13] 4/8 20/9
 20/12 60/3 64/23 68/18
 68/23 69/10 73/11 78/9
 78/16 78/21 78/23
sentenced [3] 60/12

sentences [3] 67/18
 69/4 78/9
sentencing [10] 1/9
 3/13 4/10 4/12 4/14
 44/21 68/19 73/3 74/4
 78/19
sentencings [4] 5/15
 73/2 73/5 73/7
sentiment [1] 7/6
separated [1] 35/10
September [7] 15/13
 24/13 53/8 53/20 54/1
 54/2 64/5
September 28th [1]
 24/13
serious [1] 69/10
seriousness [3] 68/24
 69/8 70/2
servant [2] 71/15 71/15
serve [1] 73/16
served [1] 79/13
service [1] 59/9
services [3] 75/8 76/14
 76/17
serving [1] 61/14
set [6] 13/4 34/10 48/4
 57/19 68/17 68/19
set up [1] 13/4
sets [1] 70/4
several [1] 48/19
shall [11] 73/18 74/1
 74/9 74/16 75/25 76/17
 76/19 77/16 77/22 78/2
 78/10
shame [1] 71/1
shameful [1] 62/10
share [1] 77/3
shared [2] 39/19 44/17
she [4] 31/19 53/15
 62/11 64/14
Sherry [2] 2/9 3/9
shit [1] 36/16
short [1] 55/5
should [24] 4/16 9/17
 9/22 13/14 16/18 21/23
 26/25 33/21 48/13
 48/16 57/3 57/6 57/18
 58/6 58/8 58/10 58/12
 58/15 58/20 59/25 60/3
 60/12 69/3 73/21
shouldn't [2] 73/5 73/6
shouted [1] 70/22
show [12] 7/13 11/10
 12/11 12/17 12/22
 16/16 20/24 21/10
 39/18 42/6 62/15 62/17
showed [2] 16/5 64/7
showing [2] 7/9 19/8
shown [2] 32/25 36/6
shows [4] 6/2 36/2
 36/7 36/9
shredding [1] 52/9
side [5] 4/6 42/15
 42/16 43/5 66/12
Signal [11] 14/11 14/25
 15/6 16/8 16/21 24/16
 24/17 24/23 45/6 54/4

Signal app [7] 14/11
 14/25 16/8 16/21 24/16
 24/23 54/15
signaling [1] 45/6
signed [2] 24/12 24/14
significance [2] 69/23
 72/6
significant [4] 20/12
 30/19 33/17 47/7
silly [1] 66/22
similar [3] 6/22 15/5
 50/24
simple [1] 41/15
simply [4] 43/5 48/19
 49/16 73/6
since [2] 15/9 65/20
single [2] 34/14 49/13
sinner [1] 63/12
sir [2] 60/20 79/18
sister [1] 62/12
sit [1] 37/3
sites [1] 75/8
situated [1] 14/10
six [2] 34/22 56/1
Skype [1] 76/21
slightly [2] 13/16 14/1
small [3] 10/9 44/19
 60/23
smart [2] 62/4 66/3
smooth [2] 66/18 75/23
so [91]
So I think [1] 16/2
So it's [1] 36/9
So this is [1] 9/6
soapbox [1] 70/22
social [4] 75/4 75/5
 75/6 75/8
society [1] 79/14
software [5] 75/22
 76/2 76/3 76/5 76/24
some [29] 7/8 8/2 8/10
 9/20 12/11 15/9 18/23
 19/14 19/15 19/16
 32/22 32/24 33/22
 34/15 35/15 38/5 40/1
 44/9 44/25 45/6 46/22
 47/23 49/20 52/22
 53/17 62/15 63/8 63/23
 69/8
somebody [6] 40/13
 43/25 65/9 66/6 66/11
 70/13
someone [6] 16/21
 33/9 58/6 58/10 59/24
 70/4
something [22] 6/22
 28/2 28/4 33/10 34/5
 37/18 52/1 52/3 52/16
 53/21 65/15 66/2 66/4
 66/6 66/7 66/22 67/2
 70/5 70/7 70/22 72/16
 73/4
sometime [1] 54/5
sometimes [1] 11/12
somewhere [1] 41/5
sorry [17] 8/15 15/13
 18/1 23/5 23/19 24/20

94 41/2 61/11 61/12
 63/13 63/13 63/14
 63/16 67/15 68/4 74/6
sort [2] 18/24 49/19
Soto [1] 49/8
sought [1] 29/5
sounds [1] 35/10
space [4] 33/10 33/17
 34/9 34/20
speak [1] 60/18
Speaker [1] 45/3
Speaker Pelosi's [1]
 45/3
speaking [1] 66/11
 67/13
special [3] 36/7 73/19
 74/16
Special Agent Joanna
 Abrams [1] 36/7
specializes [1] 76/22
specific [27] 7/22 9/10
 9/21 10/22 11/2 11/5
 11/9 11/11 11/13 11/25
 13/9 13/19 13/20 13/24
 13/25 14/18 15/17 16/1
 16/25 17/8 19/7 38/19
 49/4 51/13 52/21 55/7
 69/16
specific-intent [1] 11/2
specific-offense [1]
 7/22
specifically [2] 46/17
 57/21
speculate [3] 16/22
 54/7 54/25
spend [1] 64/1
spent [1] 63/2
spread [1] 59/4
staffers [3] 45/3 61/2
 61/24
staged [1] 56/23
staging [1] 57/23
stairs [1] 61/8
Stamey [1] 8/15
stand [2] 32/6 52/2
standard [1] 55/6
stands [3] 38/11 68/11
 79/21
stars [1] 67/8
start [2] 20/16 31/19
started [3] 18/9 35/19
 42/12
starting [2] 54/7 56/19
starts [2] 8/9 21/5
state [3] 31/14 38/14
 74/8
stated [1] 49/21
statement [1] 41/8
states [13] 1/1 1/3 1/10
 3/4 18/21 39/8 41/19
 42/15 45/14 48/11 49/8
 55/12 66/23
status [1] 32/6
statute [4] 29/16 31/22
 68/20 78/22
statutory [1] 56/1
stay [6] 8/23 9/2 9/3
 26/8 42/13 43/24

**S**

stayed [1]  8/7
stays [1]  7/17
stenography [1]  2/15
step [1]  58/14
steps [2]  36/3 36/6
Stewart [3]  27/7 66/15
66/25
Stewart Rhodes [3]
27/7 66/15 66/25
still [7]  19/5 33/20 35/2
40/17 51/19 51/19
62/25
stood [2]  32/3 32/7
stop [6]  10/6 19/2
19/11 44/14 56/25
62/11
stopping [1]  10/5
stops [1]  36/17
storage [3]  33/10
33/17 53/3
Street [2]  1/17 2/3
strength [1]  50/6
stressed [1]  19/25
strict [1]  52/14
structure [7]  19/24
20/5 29/19 30/10 31/3
49/10 49/14
study [1]  59/20
stuff [1]  65/16
stupid [1]  66/6
style [2]  56/22 57/11
SUAREZ [2]  2/2 2/6
subject [3]  75/17 75/20
76/7
subjective [2]  11/11
12/4
submits [1]  57/21
submitted [3]  4/15
24/6 25/14
substance [2]  74/9
74/12
substantial [4]  47/3
47/7 53/17 56/8
substantive [1]  38/23
succeeding [1]  6/24
such [8]  20/5 45/23
57/22 73/6 75/10 75/14
76/21 78/2
suffer [1]  20/22
sufficient [1]  68/18
suggest [1]  19/13
suggested [1]  51/15
suggesting [1]  52/14
Suite [1]  2/7
sum [1]  65/1
summary [1]  14/17
sun [1]  65/24
supervised [1]  73/17
supervision [5]  74/1
74/6 76/11 77/5 77/7
supervisors [1]  48/24
supplemental [1]  4/15
support [4]  13/19
45/22 49/16 68/3
supportive [2]  59/7
59/9
suppose [2]  15/7 52/2

supposed [1]  55/2
sure [8]  11/22 12/15
16/13 17/5 21/16 29/3
50/25 52/2
surgery [1]  65/23
surgical [1]  16/24
surrounding [1]  34/7
suspended [1]  74/10
suspicion [1]  76/10
switch [1]  35/21 71/5
switched [1]  35/20
system [1]  57/16
systems [2]  75/23
76/18

**T**

tables [1]  58/25
tablets [1]  76/23
take [9]  6/16 27/21
38/5 43/11 43/14 58/14
64/3 66/18 68/8
taken [1]  40/17
takeover [1]  40/20
takes [2]  65/4 67/12
talismanic [1]  9/20
talk [3]  13/6 14/17 22/8
25/11 45/8 57/7 62/12
talked [3]  11/21 44/4
65/3
talking [4]  23/12 27/25
52/16 62/16
tantamount [1]  55/12
Taylor [5]  18/21 19/10
19/14 33/23 51/16
TeamSpeak [1]  76/22
teeth [1]  61/23
telecommunications
[1]  76/19
televangelist [1]  63/4
tell [5]  25/8 52/23 58/1
58/6 62/25
telling [1]  66/24
ten [2]  38/7 63/2
tentative [1]  39/22
term [1]  73/17
terms [16]  13/13 14/4
14/10 15/11 16/8 46/13
47/12 48/1 50/12 50/25
51/11 53/23 54/15
69/21 71/11 73/14
terrific [3]  3/17 4/23
71/14
terrorism [1]  50/17
terrorist [2]  74/18
74/25
test [1]  74/9
testified [6]  6/15 6/18
6/22 10/4 10/11 44/13
testimony [5]  14/16
22/13 23/1 24/4 43/2
testing [1]  74/10
text [20]  13/8 15/6
15/11 16/5 17/19 17/19
17/20 22/15 22/19 24/7
25/17 26/19 45/8 52/25
53/9 53/18 54/7 54/11
54/12 64/12
texting [1]  34/23

that [3]  5/6
15/13 17/12 30/13
31/23 35/23 40/8 57/25
68/18 69/13 72/13
thank [21]  5/13 22/3
22/4 28/21 28/22 32/13
32/14 37/16 38/9 38/13
56/20 60/15 60/16
60/21 61/16 63/17
63/18 68/6 68/7 68/9
79/19
Thank you [13]  5/13
22/3 28/22 32/14 37/16
38/9 60/15 60/16 60/21
63/17 63/18 68/6 68/7
Thank you very much
[1]  38/13
that [458]
that'll [1]  78/23
that's [44]  4/10 10/8
11/15 14/7 15/9 15/15
17/24 18/13 18/15 22/9
23/20 23/21 23/22
24/19 24/25 25/1 27/10
28/8 28/12 28/20 30/9
30/25 32/22 33/1 34/4
36/5 48/12 51/7 51/18
52/1 52/8 52/9 52/20
53/1 56/1 56/17 58/20
59/21 62/20 62/22
68/18 69/16 72/16
78/21
their [16]  8/25 21/9
21/13 22/18 37/14
39/12 39/19 42/1 45/16
45/22 58/25 59/3 59/3
62/21 65/1 67/21
them [24]  8/3 8/3 8/17
8/19 9/12 9/17 9/23
19/19 21/13 26/9 26/9
26/12 34/15 38/1 40/11
43/12 57/23 58/6 62/22
62/23 63/8 63/9 66/12
67/12
theme [1]  65/10
themselves [2]  6/3
21/22
then [51]  3/21 3/24
3/25 4/3 4/3 4/5 4/7
4/14 5/10 6/22 8/24 9/2
10/11 13/18 13/23 14/2
14/4 15/11 16/4 21/8
21/14 21/24 23/8 23/10
23/12 27/9 34/24 36/4
36/13 36/16 38/6 40/16
41/4 41/8 41/15 41/17
42/10 44/3 45/4 46/10
46/21 48/11 53/9 53/19
54/15 54/24 56/18
60/18 65/24 71/5 71/10
theoretically [1]  16/13
theory [1]  14/5
there [68]  4/16 5/6 5/25
7/5 7/22 8/1 8/7 8/19
11/9 11/11 12/17 12/21
12/22 13/17 13/22
14/14 14/18 16/4 16/11
16/15 17/20 19/14

of [3]  8/19 30/22
53/19
this [127]
This is [1]  3/3
those [36]  6/5 7/18 9/3
9/10 10/18 17/7 21/24
22/24 24/6 27/3 27/24
31/15 32/9 34/23 36/6
36/17 38/17 42/18
46/11 47/4 50/12 55/4
58/19 59/2 59/3 59/5
60/3 60/13 61/8 67/11
67/16 68/24 69/9 70/18
73/25 74/7
though [5]  8/5 11/8
20/8 29/16 33/21
thought [4]  23/15
23/22 33/9 66/9
thousands [1]  6/10
thread [1]  25/9
threat [3]  20/20 46/19
79/10
threaten [1]  46/24
threatened [1]  70/21
threatening [2]  46/15
56/5
three [10]  20/17 34/14
38/21 42/23 47/4 56/8
60/23 65/4 71/13 72/2
three-level [1]  56/8
threshold [2]  11/23
11/24
through [25]  3/19 4/9
5/19 6/11 7/4 7/7 14/12
15/2 16/2 17/22 21/6
24/4 36/7 39/16 45/11
49/19 50/20 50/23 53/8
53/10 53/20 61/16
62/23 63/22 65/16
throughout [2]  9/25
26/8
time [36]  13/9 14/22
15/9 17/6 23/21 24/8
24/14 25/22 26/10
27/15 30/9 30/13 32/16
34/11 34/13 34/14
34/21 35/21 40/6 42/9
44/9 45/2 46/8 53/4
53/17 53/21 54/18 57/8
58/2 58/6 64/7 76/13
78/3 79/8 79/9 79/14
times [2]  28/15 57/2
titled [1]  80/4
today [2]  28/15 68/1
together [1]  37/24
told [4]  21/15 27/7
42/11 69/25
took [1]  65/22
top [3]  20/6 31/4 50/11
total [3]  55/18 55/24
73/20
touch [2]  29/16 72/20
toughest [1]  31/9
town [1]  8/10
tragedy [2]  57/10
57/10
training [5]  8/7 8/24
63/9 63/25 69/3

## T

**transaction** [1] 49/14
**transcript** [6] 1/9 2/15
53/6 53/7 53/9 80/3
**transcription** [1] 2/15
**transfer** [3] 45/12
45/22 56/25
**transferred** [1] 77/6
**transition** [2] 42/21
42/22
**transpired** [1] 44/25
**traveled** [2] 8/21 50/1
**traveling** [1] 8/14
**travels** [1] 7/16
**treason** [3] 55/11
70/23 72/18
**trial** [15] 18/23 21/17
22/12 23/3 25/15 26/8
27/11 33/12 33/15
37/20 47/1 54/14 61/2
64/18 78/18
**trials** [1] 6/11
**tried** [3] 26/19 27/10
53/14
**trip** [1] 42/1
**Troy** [3] 1/15 3/6 62/4
**Troy Edwards** [1] 3/6
**truck** [1] 20/11
**true** [2] 50/8 69/21
**Trump** [11] 7/25 21/3
21/7 21/20 40/15 40/19
41/17 42/2 43/8 43/11
57/25
**Trump's** [2] 25/20 41/6
**trying** [7] 25/13 27/13
35/15 42/6 66/16 67/22
71/4
**tumor** [1] 62/18
**turn** [1] 72/23
**turning** [1] 21/22
**TV** [1] 62/15
**tweet** [1] 67/5
**two** [12] 6/11 8/17 8/18
9/6 21/1 42/21 50/2
50/2 53/3 55/6 55/22
56/11
**two-level** [1] 56/11
**type** [4] 27/3 32/22
33/17 43/7

## U

**U.S** [5] 1/16 74/23
77/17 77/23 78/6
**U.S.** [4] 28/16 48/5
66/10 77/4
**U.S. Attorney's Office**
[1] 77/4
**U.S. Government** [1]
66/10
**U.S. Government's** [1]
28/16
**U.S. versus Graham**
[1] 48/5
**U.S.C.** [2] 68/17 78/20
**ulterior** [1] 66/13
**ultimate** [1] 56/2
**ultimately** [3] 7/17
30/12 74/14

**unambiguously** [1]
20/23
**unannounced** [1]
75/19
**unclear** [1] 14/3
**under** [12] 15/24 18/17
19/23 20/15 29/9 50/15
50/16 52/8 55/18 56/12
59/18 78/20
**underneath** [2] 19/6
19/9
**understand** [6] 11/3
12/25 30/6 32/21 34/8
59/14
**understandable** [2]
12/16 66/21
**understanding** [9]
21/5 25/16 34/12 35/19
37/14 45/7 49/9 70/18
70/25
**understands** [1] 37/10
**understood** [6] 7/9
29/19 33/19 42/20
46/10 54/20
**undertaken** [2] 39/13
48/20
**undertaking** [1] 45/16
**unduly** [1] 73/6
**unique** [3] 34/9 73/3
73/3
**UNITED** [11] 1/1 1/3
1/10 3/4 18/21 39/8
45/14 48/11 49/8 55/12
66/23
**United States** [4]
18/21 39/8 45/14 55/12
**United States of** [1]
3/4
**United States versus
Soto** [1] 49/8
**unknown** [2] 74/18
74/19
**unlawfully** [1] 74/8
**unless** [5] 5/20 8/19
21/25 34/14 51/25
**unlike** [3] 14/17 20/19
40/4
**unreasonable** [1] 43/3
**until** [10] 25/24 26/13
29/25 34/25 36/14
40/22 41/1 54/4 70/13
78/2
**until the** [1] 41/1
**unwarranted** [1] 69/4
**up** [28] 6/16 6/19 7/15
8/4 13/4 13/6 14/8
18/19 21/2 24/12 25/24
26/6 26/9 35/21 35/25
36/3 36/23 41/7 43/11
43/15 43/25 45/8 49/20
53/22 55/5 57/9 60/20
72/5
**update** [1] 15/1
**upon** [7] 12/6 43/12
45/23 47/17 52/10
74/11 77/20
**upward** [1] 20/15
**us** [3] 35/15 41/7 56/14

**unambiguously** [1]
1/20
**use** [12] 9/12 9/23
39/20 41/25 45/10
45/11 45/23 49/24 58/6
75/4 75/9 75/12 75/14
76/6 76/14 76/17 76/19
**used** [12] 62/7
**using** [1] 53/12
**utter** [1] 61/15

## V

**Vallejo** [3] 39/4 72/2
72/3
**various** [1] 39/2
**vengeance** [1] 70/6
**vengeful** [1] 73/5
**venture** [1] 32/4
**verdict** [1] 26/1
**versus** [7] 3/4 27/11
28/1 48/5 48/11 49/8
52/20
**very** [12] 11/16 13/8
29/16 33/16 36/7 38/13
43/20 53/2 62/10 68/4
71/9 79/7
**veteran** [1] 66/25
**via** [1] 54/12
**victim** [4] 55/22 58/23
60/1 60/2
**victims** [3] 58/24 59/3
59/5
**video** [3] 14/4 44/25
75/11
**view** [8] 21/22 42/24
43/3 56/24 58/22 75/4
75/9 75/14
**viewed** [2] 42/20 71/3
**violation** [3] 55/14
76/11 76/12
**violations** [1] 79/7
**violence** [7] 42/22
45/20 50/9 57/13 72/19
74/22 75/12
**violent** [2] 46/2 74/21
**Virginia** [1] 31/14
**virtue** [1] 40/10
**vis** [2] 49/1 49/1
**vis-à-vis** [1] 49/1
**vocation** [1] 71/22
**vocational** [1] 69/3
**voice** [1] 76/23
**voluntarily** [1] 58/17
**vote** [2] 10/6 44/14
**votes** [1] 41/13
**vs** [1] 1/5

## W

**wage** [1] 66/1
**waging** [1] 55/12
**wait** [2] 40/22 40/25
**waiting** [1] 40/20
**waives** [1] 77/12
**walk** [1] 30/3
**walked** [1] 37/24
**want** [11] 11/16 11/24
37/6 38/5 41/23 63/24
64/25 66/2 66/15 67/25

**wanted** [6] 18/15 19/11
37/17 50/24 60/7 63/22
**wanting** [1] 19/2
**wants** [1] 67/19
**war** [4] 20/20 41/20
55/12 60/7
**warn** [1] 76/6
**warring** [1] 43/8
**warriors** [6] 21/18
21/23 27/11 27/15 28/2
41/9
**wartime** [1] 41/16
**was** [175]
**Washington** [6] 1/5
1/17 2/13 46/7 47/11
61/24
**wasn't** [10] 12/21
12/21 12/21 25/9 29/23
29/24 54/13 58/3 64/19
64/19
**watches** [1] 75/23
**watching** [1] 42/4
**Watkins** [3] 39/3 46/3
51/6
**way** [20] 6/3 19/1 20/3
20/5 21/1 23/24 26/20
27/12 27/13 33/9 35/18
35/23 35/25 36/21
53/15 54/24 61/6 71/3
71/7 72/20
**ways** [2] 11/9 71/21
**we** [75] 5/14 13/12
14/7 14/19 14/24 15/4
15/16 15/16 16/3 16/15
18/16 19/22 19/23
19/25 19/25 20/3 20/4
20/13 20/14 20/15
20/15 24/3 24/5 24/17
25/1 25/14 26/19 26/25
29/6 32/12 34/19 41/19
41/20 42/12 42/15 43/1
44/21 44/23 47/14 50/4
51/7 53/6 53/14 54/3
54/10 54/16 57/7 57/9
58/12 58/13 60/22
60/23 61/2 63/2 63/4
63/5 63/5 63/6 64/2
63/16 65/12 65/12 66/7
66/14 67/16 67/16
67/22 67/22 67/24
70/18 72/10 72/11
73/22 79/14
**we believe** [2] 20/15
29/6
**We will** [2] 15/10
42/15
**we'd** [1] 58/22
**we'll** [5] 3/18 4/5 4/7
14/17 45/7
**we're** [9] 3/13 10/6
20/14 35/10 52/16 63/2
66/12 67/6 79/12
**we've** [5] 18/16 21/17
40/3 44/4 46/25
**weapon** [5] 41/21
43/23 69/24 70/1 70/4
**weaponry** [1] 69/24
**weapons** [9] 31/14

**weapons...** 41/25 44/1 43/23
50/2 60/6 70/18 72/24
**weigh** [1] 69/9
**weightier** [1] 31/23
**WEINBERG** [13] 2/2
2/5 2/6 3/8 5/7 22/5
37/17 44/20 52/23 53/1
63/20 68/7 78/25
**Weinberg's** [1] 32/16
**well** [19] 4/1 6/25
12/15 13/6 16/12 19/10
21/16 33/6 33/6 33/14
38/17 44/7 45/13 45/14
46/4 46/12 52/12 70/18
74/2
**well-aware** [1] 6/25
**went** [9] 14/15 14/25
32/5 47/10 49/19 50/3
53/6 65/25 67/9
**were** [44] 4/15 6/23
14/3 14/24 17/20 18/25
22/25 23/8 24/8 24/10
25/25 32/17 34/13 36/6
38/17 39/2 39/12 43/11
43/13 44/9 44/13 44/24
45/3 46/7 46/10 46/25
48/25 49/1 49/22 49/24
50/19 53/3 54/8 55/7
58/19 58/24 59/4 61/1
62/15 63/5 63/6 65/18
70/18 73/25
**what** [78] 3/19 4/9 6/14
6/20 7/9 7/20 9/7 9/14
12/8 13/6 14/7 14/9
15/15 16/23 17/7 17/7
17/14 17/16 18/2 18/14
19/10 22/24 22/25
23/14 23/22 24/25 25/1
27/10 28/3 28/6 29/19
30/9 30/10 30/12 30/13
32/2 34/20 35/19 36/9
40/20 42/7 42/24 44/25
45/24 49/23 51/7 51/13
51/23 52/5 52/18 53/14
53/15 58/16 60/1 60/2
60/5 60/14 60/25 61/1
61/21 62/16 63/7 63/13
63/16 65/12 65/12 66/7
66/14 67/16 67/16
67/22 67/22 67/24
70/18 72/10 72/11
73/22 79/14
**what's** [4] 24/22 51/14
59/2 66/14
**whatever** [1] 25/18
**when** [34] 6/7 10/3
10/8 14/19 15/1 15/10
22/15 23/5 24/12 24/16
26/3 26/22 31/10 35/12
37/21 42/4 42/11 44/12
49/24 52/16 54/8 54/25
57/7 57/9 58/13 60/6
60/8 61/8 62/21 66/11
61/13 66/15 66/18
76/10
**where** [18] 9/2 9/3 12/2
14/8 18/22 19/4 20/5
33/21 34/10 38/1 53/4

**where... [7]** 53/17 54/18 58/12 63/11 71/24 72/5 73/24

**whether [7]** 14/15 43/11 48/6 59/19 76/1 76/2 76/4

**which [24]** 5/3 13/3 15/23 18/12 26/23 30/15 30/22 32/11 37/20 43/2 43/7 47/7 47/21 48/8 49/22 51/16 53/2 55/25 56/14 71/5 72/24 73/18 74/5 75/18

**while [4]** 29/12 59/18 74/1 74/6

**White [1]** 8/10

**who [56]** 7/2 7/16 8/20 9/4 12/14 12/20 14/17 17/12 17/13 20/10 33/9 36/15 36/20 37/13 37/14 37/15 39/2 40/5 42/24 43/10 43/25 44/12 45/3 46/8 46/24 47/1 49/13 49/14 58/3 58/24 59/3 59/8 59/17 59/21 59/24 60/4 60/13 61/22 62/17 65/9 65/23 66/19 66/25 66/25 67/19 67/22 67/25 68/1 70/4 70/13 71/4 72/14 73/25 74/20 74/22 76/6

**who's [3]** 61/18 61/18 71/12

**whole [4]** 32/9 35/21 42/9 42/11

**whose [4]** 13/16 39/7 42/15 50/19

**why [13]** 6/12 13/5 14/7 16/13 16/20 18/19 19/16 24/7 24/19 39/16 41/7 60/19 66/21

**wide [1]** 67/21

**widespread [1]** 16/24

**wife [4]** 60/22 62/15 65/3 67/12

**wife's [2]** 61/17 64/14

**will [30]** 7/12 21/4 29/15 30/21 31/16 34/24 38/19 39/24 40/16 40/22 40/24 40/25 42/2 42/4 42/5 42/15 47/5 50/17 63/7 73/13 73/16 73/19 75/17 76/13 77/5 77/10 77/20 79/9 79/14 79/16

**William [3]** 2/10 80/2 80/8

**willing [1]** 7/2

**willingness [1]** 41/24

**wing [1]** 67/20

**wise [1]** 41/20

**wish [2]** 75/4 78/25

**within [8]** 39/12 39/13 43/8 44/24 48/25 74/14 78/1 78/10

**without [5]** 12/3 13/24 74/23 76/20 78/12

**witnesses [1]** 10/4

**woman [1]** 62/17

**won't [1]** 63/10

**wonderful [1]** 79/16

**word [4]** 8/10 19/11 28/8 66/17

**words [2]** 17/20 59/22

**work [3]** 42/9 59/11 71/18

**worked [1]** 62/17

**working [2]** 65/23 65/24

**works [1]** 11/2

**world [1]** 42/4

**worse [1]** 62/24

**worst [7]** 26/23 62/21 64/16 65/1 65/2 79/12 79/12

**worth [1]** 65/18

**would [65]** 6/3 6/13 7/10 7/22 10/1 10/2 13/6 15/8 18/11 19/13 22/18 24/7 24/14 25/6 25/24 25/25 26/22 27/4 27/5 27/6 27/17 28/23 29/2 29/8 31/21 31/24 32/12 33/4 33/9 33/18 34/21 35/1 37/10 38/2 38/4 40/7 41/7 42/12 43/4 43/6 43/7 44/11 44/15 45/2 45/17 45/18 45/19 45/21 46/6 46/10 46/11 54/6 54/20 54/20 54/25 55/19 55/24 55/25 58/9 60/3 60/22 68/2 68/5 71/3 71/5

**wouldn't [3]** 12/20 27/5 71/4

**writer [1]** 5/5

**writes [1]** 42/2

**writing [1]** 13/5

**wrong [5]** 23/25 34/15 59/14 60/14 62/9

**wrongfulness [2]** 45/7 71/1

**wrote [1]** 34/14

## Y

**yard [1]** 34/3

**Yeah [1]** 17/1

**year [1]** 72/2

**years [6]** 56/1 61/18 61/18 63/2 71/13 72/1

**yell [1]** 64/2

**yelling [1]** 44/21

**yes [10]** 3/15 4/22 5/13 23/16 24/25 25/3 25/5 32/18 39/22 56/20

**yesterday [3]** 10/25 12/9 13/14

**yet [1]** 77/9

**you [123]**

**you said [1]** 23/23

**you'll [2]** 18/9 38/7

**you're [7]** 6/8 6/9 6/9 6/10 25/4 34/18 34/18

**you've [3]** 38/6 61/13

**Young [1]** 6/18

**your [60]** 3/2 3/15 5/8 5/13 6/25 10/14 10/18 10/21 10/24 11/3 16/1 16/7 16/18 18/18 18/20 19/13 19/18 19/22 19/25 20/8 21/25 22/6 24/16 28/23 29/2 29/4 29/15 32/18 34/22 35/1 35/6 35/23 36/1 36/4 37/1 37/10 56/20 56/21 57/12 57/15 60/12 60/21 61/8 63/17 63/18 74/5 75/5 76/15 78/1 78/9 78/9 78/9 78/10 78/16 78/18 79/11 79/13 79/14 79/16 79/17

**Your Honor [38]** 3/2 3/15 5/8 5/13 6/25 10/14 10/18 10/21 10/24 16/18 18/18 18/20 19/13 19/18 19/22 19/25 21/25 22/6 24/16 28/23 29/2 29/4 29/15 32/18 35/1 35/6 36/1 36/4 37/1 37/10 56/20 56/21 57/12 57/15 60/12 60/21 61/8 63/17

**Your Honor's [3]** 11/3 16/1 16/7

## Z

**Zaremba [3]** 2/10 80/2 80/8