**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, | Criminal Action No. 22-cr-15 (APM) |
| v. | Honorable Amit P. Mehta |
| Elmer Stewart Rhodes, III, *et al.,* | |
| Defendants. | |

## ORDER GRANTING APPLICATION FOR ACCESS TO TRIAL EXHIBITS

In consideration of the March 19, 2024 Application for Access to Trial Exhibits filed in this matter by applicant the District of Columbia (the "District"), and finding good cause for the relief sought therein, this Court hereby **GRANTS** the Application and **ORDERS** that the Government allow the District, through its counsel, to access and download all admitted exhibits from the trials in the above-captioned matter, including downloadable documentary, photographic, and videographic exhibits, via the electronic "drop box" solution outlined in Standing Order No. 21-28, which governs public access to video exhibit in criminal cases arising from the January 6, 2021 attack on the Capitol. This Court further **ORDERS** that the District is hereby authorized to distribute any trial exhibits obtained from the above-captioned matter to fulfill its obligations under the Federal Rules of Civil Procedure and any orders of this court entered in *District of Columbia* v. *Proud Boys Int'l LLC,* No. 21-cv-3267 (D.D.C.).

**SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE