```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
     vs.                         )    October 26, 2022
                                 )    9:02 a.m.
ROBERTO A. MINUTA, ET AL.,       )
                                 )
        Defendants.              )
_____)


      TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
            BEFORE THE HONORABLE AMIT P. MEHTA
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:         Kathryn Leigh Rakoczy
                            Troy A. Edwards
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-6928
                            Email:
                            kathryn.rakoczy@usdoj.gov
```

2

```
APPEARANCES CONTINUED:

For Defendant Minuta:        William Lee Shipley, Jr.
                             LAW OFFICES OF
                             WILLIAM L. SHIPLEY
                             PO Box 745
                             Kailua, HI 96734
                             (808) 228-1341
                             Email: 808Shipleylaw@gmail.com

For Defendant Hackett:       Angela Halim
                             Angela Halim
                             3580 Indian Queen Lane
                             Philadelphia, PA 19129
                             (215) 300-3229
                             Email: angiehalim@gmail.com

For Defendant Moerschel:     Scott Weinberg
                             Connor Robert Martin
                             BROWN, SUAREZ, RIOS & WEINBERG
                             1532 Jackson Street
                             Fort Myers, FL 33901
                             (239) 337-9755
                             Email: connor@bsrlegal.com

For Defendant Vallejo:       Matthew J. Peed
                             CLINTON & PEED
                             1775 Eye Street, NW
                             Suite 1150
                             Washington, D.C. 20006
                             (202) 919-9491
                             Email: matt@clintonpeed.com
```

```
APPEARANCES CONTINUED:

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman Courthouse
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2             COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is Criminal Case No. 22-15 -- oh, Counsel -- sorry
 4   about that, Judge.
 5             Your Honor, this is Criminal Case No. 22-15,
 6   United States of America versus Defendant No. 6, Roberto A.
 7   Minuta; Defendant 7, Joseph Hackett; Defendant 8,
 8   David Moerschel; and Defendant 11, Edward Vallejo.
 9             Kathryn Rakoczy and Troy Edwards for the
10   government.
11             William Shipley for Defendant Minuta.
12             Angela Halim for Defendant Hackett.
13             Scott Weinberg and Connor Martin for
14   Defendant Moerschel.
15             And Matthew Peed for Defendant Vallejo.
16             Defendants Minuta and Vallejo are present via
17   videoconference for this hearing.
18             Joseph Hackett and David Moerschel have had their
19   appearances waived by counsel.
20             THE COURT:  Okay.  Good morning, everybody; I hope
21   everybody is doing well.
22             All right.  So we're here this morning just to
23   talk scheduling, I gather.
24             I don't know if you all have been following the
25   trial and travails or of Rhodes Part 1, which is going on
```

1    longer than expected and causing cases on my docket to be
2    shifted back a little bit.
3            We were scheduled to start this case November 1.
4    Because of the length of the -- I'm sorry, we were going to
5    start November 29; is that right?
6            MR. PEED:  Yes, Your Honor.
7            THE COURT:  But because of the length of time the
8    Rhodes case is going on, at least Rhodes Part 1, I've had to
9    shift the trial that was immediately following that to start
10   with jury selection on the 22nd and commence with evidence
11   during the week of the 28th.
12           So my thinking would be fairly simple, which is
13   that we would -- I've been told that that case should take
14   no longer than a week to put on.
15           So assuming all goes well but -- being able to
16   start that case on the 28th, we ought to be able to start
17   this one with jury selection on December 5.  And go until as
18   close to Christmas as reasonable and then pick up after the
19   start of the year on the 3rd.
20           So those are my thoughts.  You know, I think
21   given -- I mean, I suppose this case -- this second-part
22   case may be a little shorter than the first part of the
23   case, but I think, you know, realistically, it probably
24   would have gone on past the year-end holidays in any event.
25           So those are my current thoughts.  Anybody have

1  any views or problems with that?
2  MR. EDWARDS: From the government, Your Honor,
3  we agree.
4  So we're fine with that schedule. We think it
5  was likely to go past the holiday anyway. So picking up as
6  soon as that trial ends, the Schwartz trial, is fine for the
7  government.
8  THE COURT: Does that work with defense counsel?
9  MR. PEED: I would ask, Your Honor -- I assume the
10 Court's schedule would not permit it to start after the
11 holidays? That's a pretty long break for the jury.
12 THE COURT: Yeah, no.
13 I mean, I've got another trial set for the 9th,
14 I've got another trial set for the 17th. I could bore you
15 with all the details, but the bottom line is, I've got three
16 trials set the rest of January. And then the Crowl case is
17 supposed to start in early February. So, you know, this is
18 the best we can do.
19 So we'll -- however, notwithstanding the sort of
20 one-week delay, we'll still have the jurors come in, I think
21 it's the 10th of November, to fill out their questionnaires.
22 We'll advise them on the 10th that, you know, the
23 start of the trial has been delayed by a week and that they
24 should start calling in essentially -- the way it works
25 here, for those of you who aren't familiar, the jurors call

1   in the night before they're required to report and they're
2   then told by phone whether they need to report the next day.
3   And so we sort of have them dial in as of the night of
4   December the 4th and we'll take it from there.
5             So when do we have our Pretrial in this case?
6             MR. EDWARDS:  It's November 15th, Your Honor.
7             THE COURT:  All right.  Well, that's not going to
8   happen.
9             MS. HALIM:  Your Honor, if I may, the 15th is when
10  all of the Joint Pretrial Statements are due, but I've got
11  on the calendar as the 22nd for the Pretrial Conference.
12            THE COURT:  Oh, okay.
13            MR. EDWARDS:  Oh, I'm sorry.  I thought you meant
14  when our filings are due.  So apologies, Your Honor.
15            THE COURT:  That's all right.
16            MS. HALIM:  Your Honor, if I may, I was going to
17  request a one-week -- in light of pushing the trial back one
18  week, I was going to ask for a one-week extension on filing
19  deadlines which would impact motions in limine and the final
20  Joint Pretrial Statement.  So I would propose that motions
21  in limine be due November 7th, that's a one-week extension;
22  and then the 22nd for the final joint submission from the
23  parties, and then a Pretrial Conference at the Court's
24  availability.  And I don't think the government objects to
25  that.

1              MR. EDWARDS:  No, Your Honor.

2              THE COURT:  Do you all have any sense of how long

3     you think the Pretrial will be in this case?

4              MS. HALIM:  I'm sorry, Your Honor, I couldn't hear

5     the question.

6              THE COURT:  How long do you anticipate the

7     Pretrial Conference will need to be in this case?

8              In Part 1, there was a lot of discussion from

9     defense counsel about dealing with statements and other

10    evidentiary issues pretrial.  That never sort of came to

11    pass.  And I don't know whether you all expect that we're

12    going to need a couple of days to deal with those

13    evidentiary issues or you think a day is going to be enough.

14             MS. HALIM:  I think that a day is going to be

15    enough.

16             I do think it will take a whole day, though.  I do

17    expect to be able to get to the Court more in writing in

18    advance than the Court saw in Part 1.  So that should

19    streamline things a bit.  But I do think we'll need a full

20    day for the Pretrial Conference.  And other issues may come

21    up, but I think those can be dealt with without booking

22    another Conference day.

23             THE COURT:  So all right.  Let's do this.  And

24    I know this is not optimal.

25             But I'm fine with extending the in-limine

1  deadlines; however, I need the joint report by the 18th of
2  November.  And we'll move our Pretrial to the 23rd of
3  November.  Does anybody have any pre-existing travel
4  conflicts on that day that can't be moved?  Okay.
5          And what that means is that, hopefully, Rhodes 1
6  is to the jury by the end of the week of the 18th.  I've got
7  jury selection in this other case on the 22nd.  And then
8  we will do our Pretrial in this case on the 23rd.  And we'll
9  just start at 9:30 and go as long we need to to finish
10 things up, okay?
11         MR. EDWARDS:  That works for the government,
12 Your Honor.
13         THE COURT:  All right.
14         And, you know, insofar as the Pretrial, it's up to
15 the defendants whether they want to be physically present
16 for the Pretrial.  If they want to be remote, that's fine.
17 If they want to be physically present, that's obviously
18 okay.  Just if they'd like to be remote, then they ought
19 to -- obviously we'll want to put that waiver on the record,
20 okay?  But otherwise, counsel should all be present.
21         MR. EDWARDS:  Your Honor, on one note, we had
22 requested an opportunity to appear before Your Honor for the
23 jury questionnaire before that goes out.  I was wondering if
24 now is a good time to pick a date for that.
25         THE COURT:  So they're coming in on the 10th.

1            MR. EDWARDS:  I believe that's right, Your Honor.

2            THE COURT:  So I looked at the questionnaire you

3    all sent me and it's largely fine.  But if we need to just

4    convene to make sure everybody's okay with it, how about

5    November 7th at 5:15?

6            MR. EDWARDS:  That works for the government,

7    Your Honor.

8            MS. HALIM:  Could we do that one remote by Zoom?

9            THE COURT:  Sure.

10           MS. HALIM:  Okay.

11           THE COURT:  That we can do remote.  I don't think

12   it will take very long.

13           And then I guess what we also will need is a date

14   to discuss for-cause strikes that you all are proposing.

15           So the jurors come in on the 10th.  We will try

16   and get you the juror questionnaires -- I can't remember how

17   quickly we turned them around in Part 1, I think it was

18   within a day.

19           JC, do you recall?

20           COURTROOM DEPUTY:  I think it was about maybe a

21   day or two, one day, Your Honor.

22           THE COURT:  Yeah, at the latest -- I'm sorry?

23           COURTROOM DEPUTY:  Just one day, Your Honor.

24

25

1        THE COURT:  Yeah, I think -- look, at the latest,
2  get those to me by November 14th.  And so you all ought to
3  start looking at those rather quickly.
4        And what I'll ask you to do by the 18th is --
5  or by the 17th, actually, send -- well, we can do it by the
6  18th -- send me a list -- and it doesn't need to be --
7  if you're going to docket it, put it under seal, that lists
8  each side's jurors -- we'll get an order out to this
9  effect -- that lists each of the jurors that you believe
10 should be stricken.  So Counsel submit a list, the
11 government will submit a list.  And then we will convene on
12 the 21st at 2:00 p.m., assuming I'm not in trial, at
13 2:00 p.m. to discuss those lists, and go through, and so
14 I can make final rulings on pre voir dire for-cause strikes.
15       I can tell you, just based on how we did this the
16 first time around, that there are a handful of questions
17 that at least Rhodes Group 1 thought were automatically
18 disqualifying, and those were, I think, questions 20 --
19 I can't remember -- hang on for a second.
20       Now, this is from the Rhodes questionnaire, but
21 it's Question 11, which is about, "Is there anything about
22 you that the Court should know that might affect your
23 ability to be fair and impartial as a juror in this case?"
24       Question 17 about firearms.
25       Question 22, which is the question about concern

1   for safety of yourself, a close friend or family member on
2   January 6th.
3           And then questions 45, 46, 47, 48, and 49.
4           Rhodes Group 1 took the view that any juror that
5   answered that question "yes" should be automatically
6   excluded.  I didn't view it that way.  And except for some
7   jurors who, by virtue of things they had written on their
8   questionnaire that made it abundantly clear that they
9   weren't going to be in a position to be fair, I wasn't
10  prepared to exclude them.
11          So you all ought to just keep that in mind, which
12  is not to say you shouldn't make your record, but I'm more
13  inclined even if some folks say, look, I can't -- I have a
14  strong opinion about January 6th, I'm still inclined to
15  bring them in and at least question them.  And as we found
16  out the first go-around, even some folks who said they had
17  strong opinions, after questioning, said that they could be
18  fair and impartial and weren't stricken for cause.  So just
19  be mindful of that and we'll take it from there, okay?
20          All right.  Anything else we need to talk about
21  this morning?
22          MR. EDWARDS:  Your Honor, the one concern that
23  comes to my mind is, we do think it would be most efficient
24  to hash out a lot of these issues before the trial starts as
25  anticipated in Rhodes 1.

```
1              Thanksgiving is the next day after what I think
2  you've just scheduled for the Pretrial Conference.  If it
3  happens to -- I guess we'd be prepared to go pretty late if
4  we need to.  I don't know the Court's thinking, but I know
5  that's the day before Thanksgiving.  I'm trying to balance
6  if we need a second day, would it come afterward or not.
7              THE COURT:  So the prospects of a second day are
8  dim --
9              MR. EDWARDS:  Right.
10             THE COURT:  -- because I'm supposed to start
11 Schwartz the 28th.  And I've been told that, you know, it's
12 probably going to be three, four days.  So perhaps in theory
13 we could squeeze another time period in on December 2nd, but
14 we'll just have to play that by ear.
15             MR. EDWARDS:  Okay.  Thank you, Your Honor.
16             THE COURT:  As it is, I've got -- I mean, I've got
17 no flexibility.  I've got sentencings on the afternoon of
18 the 2nd.
19             If Schwartz finishes by -- you know, if the jury
20 has it by December 1, we could come back on the morning of
21 the 2nd to finish up whatever we need to finish up.
22             MR. EDWARDS:  Okay.
23             THE COURT:  Okay?
24
25
```

1             MS. HALIM:  Your Honor, could I just ask a quick
2  clarification?
3             You said that you would move jury selection to
4  December 5th.
5             And did you say that we would start with evidence
6  the following week on the 12th or would we pick up with the
7  start of evidence whenever the jury is selected?
8             THE COURT:  So if things go to form as they did in
9  Rhodes 1, it took us three days to pick a jury.  So my
10 expectation is that you all would open on December 8, which
11 is a Thursday.
12            I think openings were, I don't know, about a day
13 and a half -- excuse me, half -- excuse me, three quarters
14 of a day, if memory serves, and so the government called its
15 first witness that afternoon.
16            So if things go consistently, then we would start
17 openings December 8th and government would begin its
18 case-in-chief on the afternoon of the 8th.
19            MS. HALIM:  Okay.  Thanks.
20            THE COURT:  And we go half-days on Fridays.
21            MS. HALIM:  All right.  Thank you.
22            THE COURT:  Okay?  Any other questions, concerns,
23 thoughts?
24            All right.  We'll see you all very soon.
25            MR. EDWARDS:  Your Honor, just to clarify for the

1  schedule into December and the holidays, would it be
2  Your Honor's intention to not sit for the week of the 26th
3  through 30?
4              THE COURT:  Right, the court's closed the week of
5  the 26th through the 30th.
6              As far as the week of the 19th goes, which is the
7  week leading up to Christmas, I think we will just have to
8  wait and see.
9              You know, we'll have to figure out -- I'll have to
10 see sort of who our jurors are.  And if we've got some who
11 say, look, Judge, we've got travel plans on the 22nd, you
12 know, maybe we don't sit on the 22nd.
13             But my plan would certainly be to at least try and
14 go through evidence as far as the 22nd, and if everybody
15 could do it, up through the 23rd.  But I think it's just
16 going to depend upon the composition of our jury and what
17 everybody's schedules look like.  So that's what you all
18 should anticipate that week.
19             MR. EDWARDS:  Okay.  Thank you, Your Honor.
20             THE COURT:  Okay?  Any other questions?
21             All right.  Perfect.  We'll see everybody soon.
22             (Proceedings concluded at 9:20 a.m.)

C E R T I F I C A T E

      I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__March 15, 2024_____  

                                   William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [3]** 4/2 10/20 10/23
**MR. EDWARDS: [14]** 6/2 7/6 7/13 8/1 9/11 9/21 10/1 10/6 12/22 13/9 13/15 13/22 14/25 15/19
**MR. PEED: [2]** 5/6 6/9
**MS. HALIM: [9]** 7/9 7/16 8/4 8/14 10/8 10/10 13/24 14/19 14/21
**THE COURT: [26]**

**1**

**10th [4]** 6/21 6/22 9/25 10/15
**11 [2]** 4/8 11/21
**1150 [1]** 2/15
**12th [1]** 14/6
**1341 [1]** 2/4
**14th [1]** 11/2
**15 [4]** 1/4 4/3 4/5 16/7
**1532 [1]** 2/11
**15th [2]** 7/6 7/9
**17 [1]** 11/24
**1775 [1]** 2/14
**17th [2]** 6/14 11/5
**18th [4]** 9/1 9/6 11/4 11/6
**19129 [1]** 2/7
**19th [1]** 15/6

**2**

**20 [1]** 11/18
**20001 [1]** 3/5
**20006 [1]** 2/15
**202 [3]** 1/16 2/16 3/5
**2022 [1]** 1/5
**2024 [1]** 16/7
**20530 [1]** 1/15
**215 [1]** 2/8
**21st [1]** 11/12
**22 [1]** 11/25
**22-15 [3]** 1/4 4/3 4/5
**228-1341 [1]** 2/4
**22nd [7]** 5/10 7/11 7/22 9/7 15/11 15/12 15/14
**239 [1]** 2/12
**23rd [3]** 9/2 9/8 15/15
**252-6928 [1]** 1/16
**26 [1]** 1/5
**26th [2]** 15/2 15/5
**28th [3]** 5/11 5/16 13/11
**29 [1]** 5/5
**2:00 [1]** 11/12
**2:00 p.m [1]** 11/13
**2nd [3]** 13/13 13/18 13/21

**3**

**30 [1]** 15/3
**300-3229 [1]** 2/8
**30th [1]** 15/5
**3229 [1]** 2/8
**32495-ABM [1]** 1/5
**333 [1]** 3/4
**337-9755 [1]** 2/12
**33901 [1]** 2/11
**354-3249 [1]** 3/5
**3580 [1]** 2/7
**3rd [1]** 5/19

**4**

**45 [1]** 12/3
**46 [1]** 12/3
**47 [1]** 12/3
**48 [1]** 12/3
**49 [1]** 12/3
**4th [1]** 7/4

**5**

**555 [1]** 1/15
**5:15 [1]** 10/5
**5th [1]** 14/4

**6**

**6928 [1]** 1/16
**6th [2]** 12/2 12/14

**7**

**745 [1]** 2/3
**7th [2]** 7/21 10/5

**8**

**808 [1]** 2/4
**808Shipleylaw [1]** 2/5
**8th [2]** 14/17 14/18

**9**

**919-9491 [1]** 2/16
**9491 [1]** 2/16
**96734 [1]** 2/4
**9755 [1]** 2/12
**9:02 [1]** 1/6
**9:20 [1]** 15/22
**9:30 [1]** 9/9
**9th [1]** 6/13

**A**

**a.m [2]** 1/6 15/22
**ability [1]** 11/23
**able [3]** 5/15 5/16 8/17
**about [11]** 4/4 8/9 10/4 10/20 11/21 11/24 11/25 12/14 12/20 14/12
**above [1]** 16/4
**above-titled [1]** 16/4
**abundantly [1]** 12/8
**actually [1]** 11/5
**advance [1]** 8/18
**advise [1]** 6/22
**affect [1]** 11/22
**after [4]** 5/18 6/10 12/17 13/1
**afternoon [3]** 13/17 14/15 14/18
**afterward [1]** 13/6
**agree [1]** 6/3
**aided [1]** 3/7
**AL [1]** 1/6
**all [23]**
**also [1]** 10/13
**AMERICA [1]** 1/3
**AMIT [1]** 1/10
**Angela [3]** 2/6 2/6 4/12
**angiehalim [1]** 2/8
**another [4]** 6/13 6/14 8/22 13/13
**answered [1]** 12/5
**anticipate [2]** 8/6 15/18
**anticipated [1]** 12/25
**any [7]** 5/24 6/1 8/2 9/3 12/4 14/22 15/20
**anybody [2]** 5/25 9/3
**anything [2]** 11/21 12/20
**anyway [1]** 6/5
**apologies [1]** 7/14
**appear [1]** 9/22
**appearances [4]** 1/12 1/18 2/22 4/19
**are [9]** 4/16 5/20 5/25 7/10 7/14 10/14 11/16 13/7 15/10
**aren't [1]** 6/25
**around [3]** 10/17 11/16 12/16
**as [17]**
**ask [4]** 6/9 7/18 11/4 14/1
**assume [1]** 6/9
**assuming [2]** 5/15 11/12
**ATTORNEY'S [1]** 1/14
**automatically [2]** 11/17 12/5
**availability [1]** 7/24
**Avenue [1]** 3/4

**B**

**back [3]** 5/2 7/17 13/20
**balance [1]** 13/5
**Barrett [1]** 3/4
**based [1]** 11/15
**be [30]**
**because [3]** 5/4 5/7 13/10
**been [4]** 4/24 5/13 6/23 13/11
**before [6]** 1/10 7/1 9/22 9/23 12/24 13/5
**begin [1]** 14/17
**being [1]** 5/15
**believe [2]** 10/1 11/9
**best [1]** 6/18
**bit [2]** 5/2 8/19
**booking [1]** 8/21
**bore [1]** 6/14
**bottom [1]** 6/15
**Box [1]** 2/3
**break [1]** 6/11
**bring [1]** 12/15
**BROWN [1]** 2/10
**bsrlegal.com [1]** 2/12

**C**

**calendar [1]** 7/11
**call [1]** 6/25
**called [1]** 14/14
**calling [1]** 6/24
**came [1]** 8/12
**can [6]** 6/18 8/21 10/11 11/5 11/14 11/15
**can't [4]** 9/4 10/16 11/19 12/13
**case [17]**
**cases [1]** 5/1
**cause [3]** 10/14 11/14 12/18
**causing [1]** 5/1
**certainly [1]** 15/13
**Certified [1]** 3/3
**certify [1]** 16/2
**chief [1]** 14/18
**Christmas [2]** 5/18 15/7
**clarification [1]** 14/2
**clarify [1]** 14/25
**clear [1]** 12/8
**CLINTON [1]** 2/14
**clintonpeed.com [1]** 2/16
**close [2]** 5/18 12/1
**closed [1]** 15/4
**COLUMBIA [2]** 1/1 1/14
**come [5]** 6/20 8/20 10/15 13/6 13/20
**comes [1]** 12/23
**coming [1]** 9/25
**commence [1]** 5/10
**composition [1]** 15/16
**computer [1]** 3/7
**computer-aided [1]** 3/7
**concern [2]** 11/25 12/22
**concerns [1]** 14/22
**concluded [1]** 15/22
**CONFERENCE [7]** 1/9 7/11 7/23 8/7 8/20 8/22 13/2
**conflicts [1]** 9/4
**connor [3]** 2/10 2/12 4/13
**Connor Martin [1]** 4/13
**consistently [1]** 14/16
**Constitution [1]** 3/4
**CONTINUED [2]** 2/1 3/1
**convene [2]** 10/4 11/11
**correct [1]** 16/3
**could [7]** 6/14 10/8 12/17 13/13 13/20 14/1 15/15
**couldn't [1]** 8/4
**counsel [6]** 4/3 4/19 6/8 8/9 9/20 11/10
**couple [1]** 8/12
**COURT [6]** 1/1 3/2 3/3 8/17 8/18 11/22
**court's [4]** 6/10 7/23 13/4 15/4
**Courthouse [1]** 3/4
**CR [1]** 1/4
**Criminal [2]** 4/3 4/5
**Crowl [1]** 6/16
**CRR [2]** 16/2 16/8
**current [1]** 5/25

**D**

**D.C [4]** 1/5 1/15 2/15 3/5
**date [3]** 9/24 10/13 16/7
**David [2]** 4/8 4/18
**David Moerschel [2]** 4/8 4/18
**day [17]**
**days [4]** 8/12 13/12 14/9 14/20
**deadlines [2]** 7/19 9/1
**deal [1]** 8/12
**dealing [1]** 8/9
**dealt [1]** 8/21
**December [8]** 5/17 7/4 13/13 13/20 14/4 14/10 14/17 15/1
**December 5th [1]** 14/4
**Defendant [12]** 2/2 2/6 2/9 2/13 4/6 4/7 4/7 4/8 4/11 4/12 4/14 4/15
**Defendant 11 [1]** 4/8
**Defendant Hackett [1]** 4/12
**Defendant Moerschel [1]** 4/14
**Defendant Vallejo [1]** 4/15
**defendants [3]** 1/7 4/16 9/15
**defense [2]** 6/8 8/9
**delay [1]** 6/20
**delayed [1]** 6/23
**depend [1]** 15/16
**details [1]** 6/15
**dial [1]** 7/3
**did [3]** 11/15 14/5 14/8
**did you [1]** 14/5
**didn't [1]** 12/6
**dim [1]** 13/8
**dire [1]** 11/14
**discuss [2]** 10/14 11/13
**discussion [1]** 8/8
**disqualifying [1]** 11/18
**DISTRICT [4]** 1/1 1/1 1/10 1/14
**do [16]** 6/18 7/5 8/2 8/6 8/16 8/16 8/19 8/23 9/8 10/8 10/11 10/19 11/4 11/5 12/23 15/15
**do you [2]** 8/6 10/19
**docket [2]** 5/1 11/7
**Does [2]** 6/8 9/3
**doesn't [1]** 11/6
**doing [1]** 4/21
**don't [7]** 4/24 7/24 8/11 10/11 13/4 14/12 15/12
**due [3]** 7/10 7/14 7/21
**during [1]** 5/11

**E**

**each [2]** 11/8 11/9
**ear [1]** 13/14
**early [1]** 6/17

**E**
**Edward [1]** 4/8
**Edwards [2]** 1/13 4/9
**effect [1]** 11/9
**efficient [1]** 12/23
**else [1]** 12/20
**Email [5]** 1/16 2/5 2/8 2/12 2/16
**end [2]** 5/24 9/6
**ends [1]** 6/6
**enough [2]** 8/13 8/15
**essentially [1]** 6/24
**ET [1]** 1/6
**even [2]** 12/13 12/16
**event [1]** 5/24
**everybody [4]** 4/20 4/21 15/14 15/21
**everybody's [2]** 10/4 15/17
**evidence [4]** 5/10 14/5 14/7 15/14
**evidentiary [2]** 8/10 8/13
**except [1]** 12/6
**exclude [1]** 12/10
**excluded [1]** 12/6
**excuse [2]** 14/13 14/13
**existing [1]** 9/3
**expect [2]** 8/11 8/17
**expectation [1]** 14/10
**expected [1]** 5/1
**extending [1]** 8/25
**extension [2]** 7/18 7/21
**Eye [1]** 2/14

**F**
**fair [3]** 11/23 12/9 12/18
**fairly [1]** 5/12
**familiar [1]** 6/25
**family [1]** 12/1
**far [2]** 15/6 15/14
**February [1]** 6/17
**figure [1]** 15/9
**filing [1]** 7/18
**filings [1]** 7/14
**fill [1]** 6/21
**final [3]** 7/19 7/22 11/14
**fine [5]** 6/4 6/6 8/25 9/16 10/3
**finish [3]** 9/9 13/21 13/21
**finishes [1]** 13/19
**firearms [1]** 11/24
**first [4]** 5/22 11/16 12/16 14/15
**FL [1]** 2/11
**flexibility [1]** 13/17
**folks [2]** 12/13 12/16
**following [3]** 4/24 5/9 14/6
**foregoing [1]** 16/3
**form [1]** 14/8
**Fort [1]** 2/11
**found [1]** 12/15
**four [1]** 13/12
**Fourth [1]** 1/15

Fridays [1] 4/20
**friend [1]** 12/1
**full [1]** 8/19

**G**
**gather [1]** 4/23
**get [4]** 8/17 10/16 11/2 11/8
**given [1]** 5/21
**gmail.com [2]** 2/5 2/8
**go [10]** 5/17 6/5 9/9 11/13 12/16 13/3 14/8 14/16 14/20 15/14
**go-around [1]** 12/16
**goes [3]** 5/15 9/23 15/6
**going [13]** 4/25 5/4 5/8 7/7 7/16 7/18 8/12 8/13 8/14 11/7 12/9 13/12 15/16
**gone [1]** 5/24
**good [3]** 4/2 4/20 9/24
**Good morning [1]** 4/20
**got [10]** 6/13 6/14 6/15 7/10 9/6 13/16 13/16 13/17 15/10 15/11
**government [10]** 1/13 4/10 6/2 6/7 7/24 9/11 10/6 11/11 14/14 14/17
**Group [2]** 11/17 12/4
**Group 1 [1]** 11/17
**guess [2]** 10/13 13/3

**H**
**Hackett [4]** 2/6 4/7 4/12 4/18
**had [5]** 4/18 5/8 9/21 12/7 12/16
**half [3]** 14/13 14/13 14/20
**half-days [1]** 14/20
**Halim [3]** 2/6 2/6 4/12
**handful [1]** 11/16
**hang [1]** 11/19
**happen [1]** 7/8
**happens [1]** 13/3
**has [2]** 6/23 13/20
**hash [1]** 12/24
**have [14]** 4/18 4/24 5/24 5/25 6/20 7/3 7/5 8/2 9/3 12/13 13/14 15/7 15/9 15/9
**hear [1]** 8/4
**hearing [1]** 4/17
**here [2]** 4/22 6/25
**HI [1]** 2/4
**holiday [1]** 6/5
**holidays [3]** 5/24 6/11 15/1
**Honor [23]**
**Honor's [1]** 15/2
**HONORABLE [1]** 1/10
**hope [1]** 4/20
**hopefully [1]** 9/5
**how [5]** 8/2 8/6 10/4 10/16 11/15
**however [2]** 6/19 9/1

**I**
**I assume [1]** 6/9
**I believe [1]** 10/1
**I can [2]** 11/14 11/15
**I can't [2]** 11/19 12/13
**I couldn't [1]** 8/4
**I didn't [1]** 12/6
**I don't [6]** 4/24 7/24 8/11 10/11 13/4 14/12
**I guess [2]** 10/13 13/3
**I have [1]** 12/13
**I hope [1]** 4/20
**I just [1]** 14/1
**I know [1]** 8/24
**I mean [2]** 5/21 13/16
**I think [12]** 5/23 6/20 8/14 8/21 10/17 10/20 11/1 11/18 13/1 14/12 15/7 15/15
**I thought [1]** 7/13
**I was [2]** 7/16 9/23
**I'll [2]** 11/4 15/9
**I'm [10]** 5/4 7/13 8/4 8/25 10/22 11/12 12/12 12/14 13/5 13/10
**I'm not [1]** 11/12
**I'm sorry [3]** 5/4 7/13 10/22
**I've [11]** 5/8 5/13 6/13 6/14 6/15 7/10 9/6 13/11 13/16 13/16 13/17
**immediately [1]** 5/9
**impact [1]** 7/19
**impartial [2]** 11/23 12/18
**inclined [2]** 12/13 12/14
**Indian [1]** 2/7
**insofar [1]** 9/14
**intention [1]** 15/2
**is [33]**
**Is there [1]** 11/21
**issues [4]** 8/10 8/13 8/20 12/24
**it [25]**
**it would be [1]** 12/23
**it's [7]** 6/21 7/6 9/14 10/3 11/21 13/11 15/15
**its [2]** 14/14 14/17

**J**
**Jackson [1]** 2/11
**January [3]** 6/16 12/2 12/14
**January 6th [2]** 12/2 12/14
**JC [1]** 10/19
**joint [4]** 7/10 7/20 7/22 9/1
**Joseph [2]** 4/7 4/18
**Joseph Hackett [1]** 4/7
**Jr [1]** 2/2
**JUDGE [3]** 1/10 4/4 15/11
**juror [3]** 10/16 11/23 12/4
**jurors [7]** 6/20 6/25

15/10
**jury [11]** 5/10 5/17 6/11 9/6 9/7 9/23 13/19 14/3 14/7 14/9 15/16
**just [14]** 4/22 9/9 9/18 10/3 10/23 11/15 12/11 12/18 13/2 13/14 14/1 14/25 15/7 15/15

**K**
**Kailua [1]** 2/4
**Kathryn [2]** 1/13 4/9
**Kathryn Rakoczy [1]** 4/9
**kathryn.rakoczy [1]** 1/17
**keep [1]** 12/11
**know [16]** 4/24 5/20 5/23 6/17 6/22 8/11 8/24 9/14 11/22 13/4 13/4 13/11 13/19 14/12 15/9 15/12

**L**
**Lane [1]** 2/7
**largely [1]** 10/3
**late [1]** 13/3
**latest [2]** 10/22 11/1
**LAW [1]** 2/2
**leading [1]** 15/7
**least [4]** 5/8 11/17 12/15 15/13
**Lee [1]** 2/2
**Leigh [1]** 1/13
**length [2]** 5/4 5/7
**Let's [1]** 8/23
**light [1]** 7/17
**like [2]** 9/18 15/17
**likely [1]** 6/5
**limine [3]** 7/19 7/21 8/25
**line [1]** 6/15
**list [3]** 11/6 11/10 11/11
**lists [3]** 11/7 11/9 11/13
**little [2]** 5/2 5/22
**long [5]** 6/11 8/2 8/6 9/9 10/12
**longer [2]** 5/1 5/14
**look [4]** 11/1 12/13 15/11 15/17
**looked [1]** 10/2
**looking [1]** 11/3
**lot [2]** 8/8 12/24

**M**
**made [1]** 12/8
**make [3]** 10/4 11/14 12/12
**March [1]** 16/7
**Martin [2]** 2/10 4/13
**matt [1]** 2/16
**matter [1]** 16/4
**Matthew [2]** 2/13 4/15
**Matthew Peed [1]** 4/15
**may [4]** 5/22 7/9 7/16

**maybe [2]** 10/20 15/12
**me [5]** 10/3 11/2 11/6 14/13 14/13
**mean [3]** 5/21 6/13 13/16
**means [1]** 9/5
**meant [1]** 7/13
**mechanical [1]** 3/7
**MEHTA [1]** 1/10
**member [1]** 12/1
**memory [1]** 14/14
**Merit [1]** 3/2
**might [1]** 11/22
**mind [2]** 12/11 12/23
**mindful [1]** 12/19
**MINUTA [5]** 1/6 2/2 4/7 4/11 4/16
**Moerschel [4]** 2/9 4/8 4/14 4/18
**more [2]** 8/17 12/12
**morning [5]** 4/2 4/20 4/22 12/21 13/20
**most [1]** 12/23
**motions [2]** 7/19 7/20
**move [2]** 9/2 14/3
**moved [1]** 9/4
**my [7]** 5/1 5/12 5/20 5/25 12/23 14/9 15/13
**Myers [1]** 2/11

**N**
**need [13]** 7/2 8/7 8/12 8/19 9/1 9/9 10/3 10/13 11/6 12/20 13/4 13/6 13/21
**never [1]** 8/10
**next [2]** 7/2 13/1
**night [2]** 7/1 7/3
**no [8]** 1/4 4/3 4/5 4/6 5/14 6/12 8/1 13/17
**not [7]** 6/10 7/7 8/24 11/12 12/12 13/6 15/2
**note [1]** 9/21
**notwithstanding [1]** 6/19
**November [9]** 5/3 5/5 6/21 7/6 7/21 9/2 9/3 10/5 11/2
**November 14th [1]** 11/2
**November 7th [2]** 7/21 10/5
**now [2]** 9/24 11/20
**NW [3]** 1/15 2/14 3/4

**O**
**objects [1]** 7/24
**obviously [2]** 9/17 9/19
**October [1]** 1/5
**OFFICE [1]** 1/14
**OFFICES [1]** 2/2
**Official [1]** 3/3
**oh [3]** 4/3 7/12 7/13
**okay [16]** 4/20 7/12 9/4 9/10 9/18 9/20 10/4 10/10 12/19 13/15 13/22 13/23 14/19

| O | say [4] 5/12 14/4 14/5 15/11 | SUAREZ [1] 4/9 submission [1] 7/22 | trails [1] 4/25 travel [2] 9/3 15/11 |
|---|---|---|---|
| **okay... [3]** 14/22 15/19 15/20 | **schedule [3]** 6/4 6/10 15/1 | **submit [2]** 11/10 11/11 **Suite [1]** 2/15 | **trial [10]** 4/25 5/9 6/6 6/6 6/13 6/14 6/23 7/17 11/12 12/24 |
| **one [11]** 5/17 6/20 7/17 7/17 7/18 7/21 9/21 10/8 10/21 10/23 12/22 | **scheduled [2]** 5/3 13/2 **schedules [1]** 15/17 **scheduling [1]** 4/23 | **suppose [1]** 5/21 **supposed [2]** 6/17 13/10 | **trials [1]** 6/16 **Troy [2]** 1/13 4/9 **Troy Edwards [1]** 4/9 |
| **one-week [4]** 6/20 7/17 7/18 7/21 | **Schwartz [3]** 6/6 13/11 13/19 | **sure [2]** 10/4 10/9 | **try [2]** 10/15 15/13 **trying [1]** 13/5 |
| **open [1]** 14/10 **openings [2]** 14/12 14/17 | **Scott [2]** 2/9 4/13 **Scott Weinberg [1]** 4/13 | **T** | **turned [1]** 10/17 **two [1]** 10/21 |
| **opinion [1]** 12/14 **opinions [1]** 12/17 | **seal [1]** 11/7 **second [4]** 5/21 11/19 13/6 13/7 | **take [5]** 5/13 7/4 8/16 10/12 12/19 **talk [2]** 4/23 12/20 | **U** |
| **opportunity [1]** 9/22 **optimal [1]** 8/24 **order [1]** 11/8 | **second-part [1]** 5/21 **see [4]** 14/24 15/8 15/10 15/21 | **tell [1]** 11/15 **than [4]** 5/1 5/14 5/22 8/18 | **U.S [1]** 1/14 **under [1]** 11/7 **UNITED [4]** 1/1 1/3 1/10 4/6 |
| **other [5]** 8/9 8/20 9/7 14/22 15/20 **otherwise [1]** 9/20 | **selected [1]** 14/7 **selection [4]** 5/10 5/17 9/7 14/3 | **Thank [3]** 13/15 14/21 15/19 **Thank you [2]** 13/15 15/19 | **United States of [1]** 4/6 **until [1]** 5/17 |
| **ought [4]** 5/16 9/18 11/2 12/11 | **send [2]** 11/5 11/6 **sense [1]** 8/2 | **Thanks [1]** 14/19 **Thanksgiving [2]** 13/1 13/5 | **up [10]** 5/18 6/5 8/21 9/10 9/14 13/21 13/21 14/6 15/7 15/15 |
| **our [6]** 7/5 7/14 9/2 9/8 15/10 15/16 | **sent [1]** 10/3 **sentencings [1]** 13/17 **serves [1]** 14/14 | **that [57]** **that's [9]** 6/11 7/7 7/15 7/21 9/16 9/17 10/1 | **upon [1]** 15/16 **us [1]** 14/9 **usdoj.gov [1]** 1/17 |
| **out [6]** 6/21 9/23 11/8 12/16 12/24 15/9 | **set [3]** 6/13 6/14 6/16 **shift [1]** 5/9 **shifted [1]** 5/2 | 13/5 15/17 **their [3]** 4/18 6/21 12/7 **them [6]** 6/22 7/3 10/17 | **V** |
| **P** | **Shipley [3]** 2/2 2/3 4/11 **shorter [1]** 5/22 | 12/10 12/15 12/15 **then [11]** 5/18 6/16 7/2 | **Vallejo [4]** 2/13 4/8 4/15 4/16 **versus [1]** 4/6 |
| **p.m [2]** 11/12 11/13 **PA [1]** 2/7 **part [7]** 4/25 5/8 5/21 5/22 8/8 8/18 10/17 | **should [8]** 5/13 6/24 8/18 9/20 11/10 11/22 12/5 15/18 **shouldn't [1]** 12/12 | 7/22 7/23 9/7 9/18 10/13 11/11 12/3 14/16 **theory [1]** 13/12 **there [5]** 7/4 8/8 11/16 | **very [2]** 10/12 14/24 **via [2]** 1/9 4/16 **videoconference [1]** 4/17 |
| **parties [1]** 7/23 **pass [1]** 8/11 **past [2]** 5/24 6/5 | **side's [1]** 11/8 **simple [1]** 5/12 **sit [2]** 15/2 15/12 | 11/21 12/19 **these [1]** 12/24 **they [11]** 6/23 7/2 9/15 | **view [2]** 12/4 12/6 **views [1]** 6/1 **virtue [1]** 12/7 |
| **Peed [3]** 2/13 2/14 4/15 **Perfect [1]** 15/21 **perhaps [1]** 13/12 | **so [30]** **some [4]** 12/6 12/13 12/16 15/10 | 9/16 9/17 9/18 12/7 12/8 12/16 12/17 14/8 **they'd [1]** 9/18 | **voir [1]** 11/14 **vs [1]** 1/5 |
| **period [1]** 13/13 **permit [1]** 6/10 **Philadelphia [1]** 2/7 | **soon [3]** 6/6 14/24 15/21 **sorry [5]** 4/3 5/4 7/13 | **they're [3]** 7/1 7/1 9/25 **things [5]** 8/19 9/10 12/7 14/8 14/16 | **W** |
| **phone [1]** 7/2 **physically [2]** 9/15 9/17 | 8/4 10/22 **sort [4]** 6/19 7/3 8/10 15/10 | **think [21]** **thinking [2]** 5/12 13/4 **this [21]** | **wait [1]** 15/8 **waived [1]** 4/19 **waiver [1]** 9/19 |
| **pick [4]** 5/18 9/24 14/6 14/9 **picking [1]** 6/5 | **squeeze [1]** 13/13 **start [16]** 5/3 5/5 5/9 5/16 5/16 5/19 6/10 | **this is [2]** 4/3 4/5 **those [9]** 5/20 5/25 6/25 8/12 8/21 11/2 | **want [4]** 9/15 9/16 9/17 9/19 **was [8]** 5/9 6/5 7/16 |
| **Plaintiff [1]** 1/4 **plan [1]** 15/13 **plans [1]** 15/11 | 6/17 6/23 6/24 9/9 11/3 13/10 14/5 14/7 14/16 **starts [1]** 12/24 | 11/3 11/13 11/18 **though [1]** 8/16 **thought [2]** 7/13 11/17 | 7/18 8/8 9/23 10/17 10/20 **was likely [1]** 6/5 |
| **play [1]** 13/14 **PO [1]** 2/3 **position [1]** 12/9 | **Statement [1]** 7/20 **statements [2]** 7/10 8/9 | **thoughts [3]** 5/20 5/25 14/23 **three [4]** 6/15 13/12 | **Washington [4]** 1/5 1/15 2/15 3/5 **wasn't [1]** 12/9 |
| **pre [2]** 9/3 11/14 **pre-existing [1]** 9/3 **prepared [2]** 12/10 13/3 | **STATES [4]** 1/1 1/3 1/10 4/6 **STATUS [1]** 1/9 **stenography [1]** 3/7 | 14/9 14/13 **through [5]** 11/13 15/3 15/5 15/14 15/15 **Thursday [1]** 14/11 | **way [2]** 6/24 12/6 **we [35]** **we agree [1]** 6/3 **we will [4]** 9/8 10/15 |
| **present [4]** 4/16 9/15 9/17 9/20 **pretrial [14]** 7/5 7/10 7/11 7/20 7/23 8/3 8/7 8/10 8/20 9/2 9/8 9/14 9/16 13/2 | **still [2]** 6/20 12/14 **streamline [1]** 8/19 **Street [3]** 1/15 2/11 2/14 **stricken [2]** 11/10 12/18 | **time [4]** 5/7 9/24 11/16 13/13 **titled [1]** 16/4 **told [3]** 5/13 7/2 13/11 **took [2]** 12/4 14/9 | 11/11 15/7 **we'd [1]** 13/3 **we'll [14]** 6/19 6/20 6/22 7/4 8/19 9/2 9/8 9/19 11/8 12/19 13/14 14/24 15/9 15/21 |
| **pretty [2]** 6/11 13/3 **Prettyman [1]** 3/4 **probably [2]** 5/23 13/12 | **strikes [2]** 10/14 11/14 **strong [2]** 12/14 12/17 | **transcript [3]** 1/9 3/7 16/3 **transcription [1]** 3/7 | **we're [3]** 4/22 6/4 8/11 **we've [2]** 15/10 15/11 **week [15]** 5/11 5/14 |
| **problems [1]** 6/1 **proceedings [4]** 1/9 | | | |

| **produced [1]** 3/7 **propose [1]** 7/20 **proposing [1]** 10/14 **prospects [1]** 13/7 **pushing [1]** 7/17 **put [3]** 5/14 9/19 11/7 |
|---|

| **Q** |
|---|
| **quarters [1]** 14/13 **Queen [1]** 2/7 **question [7]** 8/5 11/21 11/24 11/25 11/25 12/5 12/15 **Question 11 [1]** 11/21 **Question 17 [1]** 11/24 **Question 22 [1]** 11/25 **questioning [1]** 12/17 **questionnaire [4]** 9/23 10/2 11/20 12/8 **questionnaires [2]** 6/21 10/16 **questions [5]** 11/16 11/18 12/3 14/22 15/20 **quick [1]** 14/1 **quickly [2]** 10/17 11/3 |

| **R** |
|---|
| **Rakoczy [2]** 1/13 4/9 **rather [1]** 11/3 **realistically [1]** 5/23 **Realtime [1]** 3/3 **reasonable [1]** 5/18 **recall [1]** 10/19 **record [3]** 9/19 12/12 16/3 **recorded [1]** 3/7 **Registered [1]** 3/2 **remember [2]** 10/16 11/19 **remote [4]** 9/16 9/18 10/8 10/11 **report [3]** 7/1 7/2 9/1 **Reporter [4]** 3/2 3/2 3/3 3/3 **request [1]** 7/17 **requested [1]** 9/22 **required [1]** 7/1 **rest [1]** 6/16 **Rhodes [9]** 4/25 5/8 5/8 9/5 11/17 11/20 12/4 12/25 14/9 **Rhodes 1 [1]** 9/5 **right [13]** 4/22 5/5 7/7 7/15 8/23 9/13 10/1 12/20 13/9 14/21 14/24 15/4 15/21 **RIOS [1]** 2/10 **RMR [2]** 16/2 16/8 **Robert [1]** 2/10 **ROBERTO [2]** 1/6 4/6 **rulings [1]** 11/14 |

| **S** |
|---|
| **safety [1]** 12/1 **said [3]** 12/16 12/17 14/3 **saw [1]** 8/18 |

**W**

**week... [13]**  6/20 6/23 7/17 7/18 7/18 7/21 9/6 14/6 15/2 15/4 15/6 15/7 15/18
**Weinberg [3]**  2/9 2/10 4/13
**well [4]**  4/21 5/15 7/7 11/5
**were [5]**  5/3 5/4 11/17 11/18 14/12
**weren't [2]**  12/9 12/18
**what [6]**  9/5 10/13 11/4 13/1 15/16 15/17
**whatever [1]**  13/21
**when [3]**  7/5 7/9 7/14
**whenever [1]**  14/7
**whether [3]**  7/2 8/11 9/15
**which [8]**  4/25 5/12 7/19 11/21 11/25 12/11 14/10 15/6
**who [5]**  6/25 12/7 12/16 15/10 15/10
**whole [1]**  8/16
**will [10]**  8/3 8/7 8/16 9/8 10/12 10/13 10/15 11/11 11/11 15/7
**William [6]**  2/2 2/3 3/2 4/11 16/2 16/8
**William Shipley [1]**  4/11
**within [1]**  10/18
**without [1]**  8/21
**witness [1]**  14/15
**wondering [1]**  9/23
**work [1]**  6/8
**works [3]**  6/24 9/11 10/6
**would [17]**
**writing [1]**  8/17
**written [1]**  12/7

**Y**

**Yeah [3]**  6/12 10/22 10/24
**year [2]**  5/19 5/24
**year-end [1]**  5/24
**yes [2]**  5/6 12/5
**you [38]**
**you're [1]**  11/7
**you've [1]**  13/2
**your [26]**
**Your Honor [23]**
**Your Honor's [1]**  15/2
**yourself [1]**  12/1

**Z**

**Zaremba [3]**  3/2 16/2 16/8
**ZOOM [2]**  1/9 10/8