AMY KARLIN (CA Bar No. 150016)
Interim Federal Public Defender
CHAD J. PENNINGTON (CA Bar No. 354831)
(E-mail: Chad_Pennington@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorney for Defendant
David Moerschel

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

Plaintiff,

v.

DAVID MOERSCHEL (8)

Defendant.

Case No. 1:22-cr-00015-APM-8

**Defendant David Moerschel's (8) Notice of Appeal**

Pursuant to Federal Rule of Appellate Procedure 4(b), Defendant David Moerschel (8) hereby gives notice of his intent to appeal from the Memorandum Opinion and Order, entered August 4, 2026, (ECF 981) and this Court's August 5, 2026, MINUTE ORDER denying Defendant Edward Vallejo's Motion to Strike Unconstitutional Dicta from Order Dismissing Indictment with Prejudice (ECF 982), in the above captioned case.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED: August 18, 2026

*/s/ Chad Pennington*

CHAD PENNINGTON
Deputy Federal Public Defender
Attorney for DAVID MOERSCHEL (8)